IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

National Union Fire Insurance Co. of Pittsburgh PA et al. v. Boy Scouts of America & Delaware BSA, LLC

| | |
|---|---|
| National Union Fire Insurance Co. of Pittsburgh PA et al. , <br>    Appellant, <br><br>   v. <br><br> Boy Scouts of America & Delaware BSA LLC, <br>    Appellee. | Civil Action No. 1:22-cv-01237 <br><br><br> Bankruptcy Case No.  20-10343 (LSS) <br> Bankruptcy BAP No.  22-52 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 9/8/2022 was docketed in the District Court on 9/22/2022:

### SUPPLEMENTAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND ORDER CONFIRMING THE THIRD MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION (WITH TECHNICAL MODIFICATIONS) FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

### OPINION

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.  Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                  John A. Cerino
                  Clerk of Court

/APK
Date: 9/22/2022
CC. U.S. Bankruptcy Court
   Counsel via CM/ECF