# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] Debtors. | Bankruptcy Case No. 20-10343 (LSS) (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, Appellants. v. Boy Scouts of America and Delaware BSA, LLC, Appellees. | Case No. 22-cv-01237-UNA |
| Travelers Casualty and Surety Company, Inc. *et al.*, Appellants. v. Boy Scouts of America and Delaware BSA, LLC, Appellees. | Case No. 22-cv-01238-UNA |
| Old Republic Insurance Company, Appellant. v. Boy Scouts of America and Delaware BSA, LLC, Appellees. | Case No. 22-cv-01239-UNA |

---

[1]   The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

General Star Indemnity Company,

                Appellant.

v.

Boy Scouts of America and Delaware BSA, LLC,

                Appellees.

Case No. 22-cv-01240-UNA

Indian Harbor Insurance Company,

                Appellant.

v.

Boy Scouts of America and Delaware BSA, LLC,

                Appellees.

Case No. 22-cv-01241-UNA

Munich Reinsurance America, Inc.,

                Appellant.

v.

Boy Scouts of America and Delaware BSA, LLC,

                Appellees.

Case No. 22-cv-01242-UNA

Arch Insurance Company,

                Appellant.

v.

Boy Scouts of America and Delaware BSA, LLC,

                Appellees.

Case No. 22-cv-01243-UNA

2

| | |
|---|---|
| Great American Assurance Company *et al.*, | |
| Appellants. | Case No. 22-cv-01244-UNA |
| v. | |
| Boy Scouts of America and Delaware BSA, LLC, | |
| Appellees. | |
| The Continental Insurance Co., *et al.*, | |
| Appellants. | |
| v. | Case No. 22-cv-01245-UNA |
| Boy Scouts of America and Delaware BSA, LLC, | |
| Appellees. | |
| Gemini Insurance Company, | |
| Appellant. | |
| v. | Case No. 22-cv-01246-UNA |
| Boy Scouts of America and Delaware BSA, LLC, | |
| Appellees. | |
| Traders and Pacific Insurance Company *et al.*, | |
| Appellants. | |
| v. | Case No. 22-cv-01247-UNA |
| Boy Scouts of America and Delaware BSA, LLC, | |
| Appellees. | |

D & V Claimants,

        Appellants.

v.

Boy Scouts of America and Delaware BSA, LLC,

        Appellees.

Case No. 22-cv-01249-UNA

Argonaut Insurance Company *et al.*,

        Appellants.

v.

Boy Scouts of America and Delaware BSA, LLC,

        Appellees.

Case No. 22-cv-01250-UNA

Arrowood Indemnity Company,

        Appellant.

v.

Boy Scouts of America and Delaware BSA, LLC,

        Appellees.

Case No. 22-cv-01251-UNA

Liberty Mutual Insurance Company *et al.*,

        Appellants.

v.

Boy Scouts of America and Delaware BSA, LLC,

        Appellees.

Case No. 22-cv-01252-UNA

| | |
|---|---|
| The Archbishop of Agaña, | |
| Appellant. | |
| | Case No. 22-cv-01254-UNA |
| v. | |
| Boy Scouts of America and Delaware BSA, LLC, | |
| Appellees. | |
| The Lujan Claimants, | |
| Appellants. | |
| | Case No. 22-cv-01258-UNA |
| v. | |
| Boy Scouts of America and Delaware BSA, LLC, | |
| Appellees. | |
| Allianz Global Risks US Insurance Company *et al.*, | |
| Appellants. | |
| | Case No. 22-cv-01263-UNA |
| v. | |
| Boy Scouts of America and Delaware BSA, LLC, | |
| Appellees. | |

**JOINT MOTION FOR CONSOLIDATION AND TO APPROVE STIPULATION REGARDING APPEALS FROM ORDER CONFIRMING PLAN OF REORGANIZATION OF BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

Boy Scouts of America and Delaware BSA, LLC (together, the "Debtors") and the Certain

Insurers,[2] the claimants represented by Dumas & Vaughn, LLC, and the Archbishop of Agaña, a

---

[2]   The Certain Insurers are Allianz Global Risks US Insurance Company, National Surety Corporation, Interstate Fire & Casualty Company, Argonaut Insurance Company, Colony Insurance Company, Liberty Mutual Insurance Company, General Star Indemnity Company, Great American Assurance Company f/k/a Agricultural Insurance Company, Great American E&S Insurance Company f/k/a Agricultural Excess and Surplus Insurance Company, Great American E&S Insurance Company, Arch Insurance Company, Continental Insurance Company, Columbia Casualty Company, Indian Harbor Insurance Company on behalf of itself and as successor in interest to Catlin

Corporation Sole, and other parties in interest that have sought review of the Confirmation Order (as defined below) by this Court (collectively, the "Appellants"[3] and, together with the Debtors and the Additional Appellees,[4] the "Parties")[5] hereby move this Court for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), procedurally consolidating the appeals, approving the *Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC*, attached to the Proposed Order as Exhibit 1 (the "Stipulation") and setting a date for oral argument, and state as follows:

## BACKGROUND

1.      On July 29, 2022, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered and docketed its opinion in connection with confirmation of the Debtors' plan of reorganization [Bankruptcy D.I. 10136] (the "Opinion").  On September 8, 2022, the Bankruptcy Court docketed and entered its Supplemental Findings of Fact and Conclusions of

---

Specialty Insurance Company, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, Gulf Insurance Company, Arrowood Indemnity Company, Gemini Insurance Company, Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company, Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, Endurance American Insurance Company, Old Republic Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, Lexington Insurance Company, Landmark Insurance Company, and The Insurance Company of the State of Pennsylvania.  Markel Service, Incorporated, Claims Service Manager for Alterra Excess & Surplus and Evanston Insurance Company, was included as a Certain Insurer in the Bankruptcy Court proceedings but has not filed a notice of appeal.

[3]     The undersigned Appellants have reached agreement with the Debtors and do not purport to speak for or have authority to act on behalf of other potential parties in interest.

[4]     The Tort Claimants' Committee, the Coalition, the Future Claimants' Representative, Pfau/Zalkin, Hartford, Century and Chubb Companies, Zurich Insurers and Zurich Affiliated Insurers, Clarendon, the Creditors' Committee, the Ad Hoc Committee, JPM, and the United Methodist ad hoc committee (collectively, the "Additional Appellees") have played active roles in the Chapter 11 Cases, including filing pleadings and statements in support of the Plan and the Confirmation Order and participating at the Confirmation Hearing and may wish to file briefs in support of the Plan and the Confirmation Order in the Appeals.

[5]     The Lujan Claimants are a party and signatory to the terms of the Stipulation, but did not authorize the Debtors to sign this Motion on their behalf due to last-minute comments to this Motion from counsel to the Lujan Claimants that were not included in the Motion.

Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Bankruptcy D.I. 10316] (the "Confirmation Order"), confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Bankruptcy D.I. 10296] (the "Plan").[6]   On September 12, 2022, the Bankruptcy Court docketed and entered its Order Releasing Pre-Petition Century/Chubb Claims Pursuant to Century and Chubb Companies Insurance Settlement Agreement [Bankruptcy D.I. 10327] ("the Century/Chubb Order").

2. On September 21 and 22, 2022, the Appellants filed notices of appeal of the Confirmation Order, the Opinion, the Century/Chubb Order, and all other subsumed judgments, orders, and decrees (collectively, the "Appeals").

3. After weeks of mediation, the Parties reached an agreement on the procedure for this Court's consideration of the Appeals that the Parties believe provides for an orderly, efficient, and timely review process, which is set forth in the Stipulation.

## RELIEF REQUESTED

4. The Parties seek this Court's approval of the Stipulation to establish the procedures for the Appeals.

### A. Consolidation

5. The Parties seek to procedurally consolidate the Appeals and any other appeals of the Opinion and the Confirmation Order pursuant to Rule 8003(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") under a single case number: Case No. 22-cv-

---

[6]   Capitalized terms that are used but not otherwise defined herein shall have the meaning ascribed to such terms in the Plan.

01237.  The Parties have agreed, subject to Court approval, to file papers under the master case number, with filings peculiar to any individual appeal to be docketed under both the master case number and the individual appeal case number.  The Parties request that the appeal styled as *D.W. v. Boy Scouts of America & Delaware BSA, LLC*, C.A. No. 22-1121-RGA, and any additional appeals of the Opinion and the Confirmation Order in the matter of *In re Boy Scouts of America and Delaware BSA, LLC*, automatically be subject to the Proposed Order.[7]

### B.    Effective Date of the Plan

6.    An order of this Court on appeal under certain circumstances has been defined to constitute an "Affirmation Order" under the terms set forth in the Confirmation Order and the Plan. *See* Confirmation Order ¶ II.K.2.  Absent waiver, entry of an Affirmation Order is a condition precedent to the Effective Date of the Plan.

7.    The Debtors have agreed not to waive the condition precedent to the Effective Date of the Plan set forth in Article IX.B.1(a) of the Plan prior to entry of this Court's decision and order on the Appeals, without providing 28 days' prior notice to the Appellants through email to their undersigned counsel.  Entry of an Affirmation Order satisfies the condition precedent to the Effective Date of the Plan set forth in Article IX.B.1(a) of the Plan such that waiver is no longer required.  Stipulation ¶ 2.

### C.    Waiver of Mediation

8.    On June 9, 2020, the Bankruptcy Court appointed mediators in the Debtors' Chapter 11 Cases for the purpose of mediating various issues, including issues concerning the confirmation of a chapter 11 plan.  Thus, the Debtors have engaged in discussions with the

---

[7]    The Debtors are also in the process of reaching out to D.W. as of the date hereof to request that he join the Stipulation.

Appellants in connection with the Plan, including through regular formal mediation discussions over the course of nearly two years, but the objections could not be resolved.  The Parties agree that a further formal mediation under the Court's July 23, 2004 Standing Order and September 11, 2012 Standing Order, referring appeals from the Bankruptcy Court to mediation, will not succeed and will only delay the case.

9.      As set forth in the Stipulation, the Parties request that these matters be withdrawn from the mandatory referral for mediation and immediately proceed through the appellate process of this Court.  Stipulation ¶ I.

**D.      Designation of the Record**

10.      Each Appellant has agreed to file a Designation of Record and a Statement of Issues on the issues to be presented in their appeal within 10 days after the last date on which an Appellant filed its notice of appeal, rather than the 14 days provided under Bankruptcy Rule 8009.  The Debtors and Additional Appellees have agreed to file Counter-Designations of Record within 3 days of the filing of the Appellants' Designation of Record, rather than the 14 days provided under Bankruptcy Rule 8009.  The Parties have agreed to cooperate to facilitate the expeditious transmittal by the bankruptcy clerk to this Court of the record or notice that the record is available electronically.  Stipulation ¶ 5.

**E.      Appellees/Intervenors**

11.      The Parties have agreed, subject to Court approval, that the Additional Appellees are permitted, but are not required, to intervene in the Appeals without having to file a motion pursuant to Bankruptcy Rule 8013.  To the extent that the applicable rules require intervention by any of the Additional Appellees, the Parties request that the Additional Appellees be allowed to

intervene.  All Parties' rights to challenge standing are preserved and are not affected by the Stipulation.  Stipulation ¶ 8.

### F.      Briefing Timeline and Word Limitations

12.      The Appellees wanted expedited briefing on this appeal, and the Appellants wanted more time than provided for under Bankruptcy Rule 8018(a).  Ultimately, the Parties agreed, subject to Court approval, to submit briefing on the timeline set forth in Bankruptcy Rule 8018(a), which is for the Appellants to file their opening briefs within 30 days of when the record is available, for Appellees to file response briefs within 30 days of the opening briefs, and for Appellants to file reply briefs within 14 days of the response briefs.  Stipulation ¶ 9.

13.      The Parties and Additional Appellees also agreed to endeavor to avoid duplicative briefing on appellate issues and to act in good faith to streamline briefing to the extent feasible. As of the date of this Motion, there are a total of 19 appeals arising from the Confirmation Order. If each Appellant were to file separate 13,000 word principal briefs, as provided in Bankruptcy Rule 8015(a)(7)(B) for each appeal, over 247,000 words of briefing would be presented to this Court.  Instead, the Appellants request word limits that, while exceeding the default word limit requirements in certain instances, nonetheless will promote judicial economy by consolidating briefing and avoiding duplication.  The Debtors agreed to such limitations with the understanding that they will receive additional words in length equal to the limits for each principal brief or supplemental brief filed by appellants.

14.      The Parties and Additional Appellees will comply with Bankruptcy Rules 8014 and 8015, but request that the Court approve the following word limitations with respect to briefing of the Appeals:

(a)     Each Appellant, other than the Certain Insurers, shall file its principal brief or briefs in respect of its Appeal, each of which, may be up to 19,500 words in length, within thirty (30) days from the filing of the Counter-Designation(s) of Record.  The Certain Insurers may file (i) one principal brief of up to 19,500 words; and (ii) supplemental briefs not to exceed 13,000 words in total, each within thirty (30) days from the filing of the Counter-Designation(s) of Record. Stipulation ¶ 9(b).

(b)     The Debtors shall file a single, consolidated brief in response to all of the Appellants' principal briefs within thirty (30) days following the filing of the Appellants' principal briefs, and the total number of words in such consolidated response may be up to 19,500 words in response to the Certain Insurers' principal brief and additional words in length equal to the limits for each other principal brief or supplemental brief filed (*e.g.*, to the extent that there are two other principal briefs filed by Appellants other than the Certain Insurers, the Debtors' consolidated brief in response may be up to 19,500 words plus an additional 39,000 words).  Stipulation ¶ 9(c).

(c)     Any response brief filed by any of the Additional Appellees may be up to 13,000 words in length per brief submitted by such Additional Appellee, and shall be filed within thirty (30) days following the filing of the Appellants' principal briefs.  Stipulation ¶ 9(d).

(d)     Each Appellant that has filed a principal or supplemental brief may file a brief in reply to all response briefs within fourteen (14) days following the filing of such response briefs.  The Certain Insurers may file (i) one principal reply brief, up to 10,000 words in length, plus an additional 10,000 words for each response brief filed by Additional Appellees, and (ii) additional supplemental reply brief(s), up to 6,500 words in length, plus an additional 6,500 words for each response brief filed by Additional Appellees.  Each Appellant, other than the Certain

Insurers, may file a reply brief, up to 10,000 words in length, plus an additional 10,000 words for each response brief filed by Additional Appellees.  Stipulation ¶ 9(e).

**G.    Oral Argument**

15.    The Parties respectfully request that the Court schedule oral argument as soon as practicable after the briefing is complete, which should be approximately on December 21.

## **CONCLUSION**

WHEREFORE, the Parties respectfully request entry of the Proposed Order, substantially in the form attached hereto as **Exhibit A**, or as may be modified by the Court.

Dated: September 27, 2022

For the Debtors:

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

*/s/  Derek C. Abbott*
Derek C. Abbott (DE Bar No. 3376)
Andrew R. Remming (DE Bar No. 5120)
Paige N. Topper (DE Bar No. 6470)
Tori L. Remington (DE Bar No. 6901)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ptopper@morrisnichols.com
        tremington@morrisnichols.com

-and-

WHITE & CASE LLP
Jessica C. Lauria (*pro hac vice* forthcoming)
Glenn M. Kurtz (*pro hac vice* forthcoming)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com
        gkurtz@whitecase.com


WHITE & CASE LLP
Michael C. Andolina
(*pro hac vice* forthcoming)
Matthew E. Linder
(*pro hac vice* forthcoming)
Laura E. Baccash
(*pro hac vice* forthcoming)
Blair M. Warner
(*pro hac vice* forthcoming)
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 881-5400
Emails: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whtiecase.com

For the Certain Insurers:

FINEMAN KREKSTEIN & HARRIS PC

*/s/ Deirdre M. Richards*
Deirdre M. Richards (DE Bar No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228
Email: drichards@finemanlawfirm.com

-and-

FORAN GLENNON PALANDECH PONZI
& RUDLOFF P.C.
Susan N.K. Gummow
(*pro hac vice* forthcoming)
222 N. LaSalle St., Suite 1400
Chicago, IL 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5009
Email: sgummow@fgppr.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal
(*pro hac vice* forthcoming)
Mitchell A. Karlan
(*pro hac vice* forthcoming)
James Hallowell
(*pro hac vice* forthcoming)
Keith R. Martorana
(*pro hac vice* forthcoming)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: mrosenthal@gibsondunn.com
mkarlan@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

TROUTMAN PEPPER HAMILTON
SANDERS LLP

*/s/ Marcy J. McLaughlin Smith*
David M. Fournier (DE Bar No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

-and-

PARKER, HUDSON, RAINER & DOBBS
Harris B. Winsberg (*pro hac vice*
forthcoming)
303 Peachtree Street NE
Suite 3600
Atlanta, GA 30308
Telephone: (404) 420-4313
Facsimile: (404) 522-8409

-and-

McDERMOTT WILL & EMERY LLP
Margaret H. Warner
(*pro hac vice* forthcoming)
Ryan S. Smethurst
(*pro hac vice* forthcoming)
Alex M. Spisak
(*pro hac vice* forthcoming)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8228
Facsimile: (202) 756-8087

*Attorneys for Allianz Global Risks US
Insurance Company*

GIBSON, DUNN & CRUTCHER LLP
Richard Doren (*pro hac vice* forthcoming)
Blaine H. Evanson (*pro hac vice* forthcoming)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: rdoren@gibsondunn.com
bevanson@gibsondunn.com

*Attorneys for National Union Fire Insurance
Company of Pittsburgh, PA., Lexington
Insurance Company, Landmark Insurance
Company, and The Insurance Company of the
State of Pennsylvania*

BODELL BOVE, LLC

*/s/ Bruce W. McCullough*
Bruce W. McCullough (DE Bar No. 3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: (302) 655-6749
Facsimile: (302) 655-6827
Email: bmccullough@bodellbove.com

- and -

CLYDE & CO US LLP
Bruce D. Celebrezze (*pro hac vice*
forthcoming)
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
Email: bruce.celebrezze@clydeco.us

Konrad R. Krebs (*pro hac vice* forthcoming)
340 Mt. Kemble Avenue | Suite 300
Morristown, NJ 07960
Telephone: (973) 210-6700
Facsimile: (973) 210-6701
Email: konrad.krebs@clydeco.us

– and –

TROUTMAN PEPPER HAMILTON
SANDERS LLP

*/s/  Marcy J. McLaughlin Smith*
David M. Fournier (DE Bar No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

-and-

PARKER, HUDSON, RAINER &
DOBBS
Harris B. Winsberg (*pro hac vice*
forthcoming)
303 Peachtree Street NE
Suite 3600
Atlanta, GA 30308
Telephone: (404) 420-4313
Facsimile: (404) 522-8409

-and-

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (*pro hac vice* forthcoming)
John E. Bucheit (*pro hac vice* forthcoming)
Paul J. Esker (*pro hac vice* forthcoming)
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone: (312) 281-0295

*Attorneys for National Surety Corporation*
*and Interstate Fire & Casualty Company*

DAVID CHRISTIAN ATTORNEYS LLC
David Christian (*pro hac vice* forthcoming)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone:  312-282-5282
Email:  dchristian@dca.law

*Attorneys for Great American Assurance*
*Company, f/k/a Agricultural Insurance*
*Company; Great American E&S Insurance*
*Company, f/k/a Agricultural Excess and*
*Surplus Insurance Company; and Great*
*American E&S Insurance Company*

POST & SCHELL, P.C.

*/s/ Paul Logan*
Paul Logan (DE Bar No. 3339)
300 Delaware Avenue
Suite 1380
Wilmington, DE  19801
Phone:  (302) 251-8856
Fax:  (302) 251-8857
Email:  plogan@postschell.com

IFRAH PLLC
George R. Calhoun (*pro hac vice*
forthcoming)
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC  20006
Phone:  (202) 840-8758
Email:  george@ifrahlaw.com

*Attorneys for Argonaut Insurance Company*
*and Colony Insurance Company*

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (DE Bar No. 2898)
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Email: kmiller@skjlaw.com

-and-

WILEY REIN LLP
Mary E. Borja (*pro hac vice* forthcoming)
Gary P. Seligman (*pro hac vice* forthcoming)
Ashley L. Criss (*pro hac vice* forthcoming)
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
Email:  mborja@wiley.law,
gseligman@wiley.law,
acriss@wiley.law

*Attorneys for General Star Indemnity
Company*

GOLDSTEIN & MCCLINTOCK LLLP

/s/ Maria Aprile Sawczuk
Maria Aprile Sawczuk (DE Bar No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com

-and-

LOEB & LOEB LLP
Laura McNally
Emily Stone
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for The Continental Insurance
Company and Columbia Casualty
Company*

SEITZ, VAN OGTROP & GREEN, P.A

/s/ R. Karl Hill
R. Karl Hill (DE Bar No. 2747)
222 Delaware Avenue
Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com

-and-

CHOATE, HALL & STEWART LLP
Douglas R. Gooding (*pro hac vice*
forthcoming)
Jonathan D. Marshall (*pro hac vice*
forthcoming)
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com

-and-

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO PC
Kim V. Marrkand (*pro hac vice*
forthcoming)
Laura Bange Stephens (*pro hac vice*
forthcoming)
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
kvmarrkand@mintz.com
lbstephens@mintz.com

*Counsel to Liberty Mutual Insurance
Company*

REGER RIZZO & DARNALL LLP

*/s/ Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr., Esquire (DE Bar No. 3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email: lrizzo@regerlaw.com

*Attorney for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

DILWORTH PAXSON LLP

By:  */s/ Thaddeus J. Weaver*
Thaddeus J. Weaver (DE Bar. No. 2790)
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031
(302) 571-8867 (telephone)
(302) 655-1480 (facsimile)
tweaver@dilworthlaw.com

-and-

DILWORTH PAXSON LLP
William E. McGrath, Jr. (*pro hac vice* forthcoming)
2 Research Way, Suite 103
Princeton, NJ  08540
(609) 924-6000 (telephone)
(215) 893-8537 (facsimile)
wmcgrath@dilworthlaw.com

*Attorneys for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company*

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Kathleen M. Miller*
Kathleen M. Miller (DE Bar No. 2898)
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, DE  19899 (courier 19801)
302-652-8400

-and-

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
Ronald P. Schiller (*pro hac vice* forthcoming)
Matthew A. Hamermesh (*pro hac vice* forthcoming)
Sharon F. McKee (*pro hac vice* forthcoming)
Elizabeth C. Dolce (*pro hac vice* forthcoming)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568 6200
(215) 568 0300 facsimile
rschiller@hangley.com
mhamermesh@hangley.com
smckee@hangley.com
edolce@hangley.com

*Attorneys for Arch Insurance Company*

WERB & SULLIVAN

/s/ Brian A. Sullivan
Brian A. Sullivan
LEGAL ARTS BUILDING
1225 N. King Street
Suite 600
Wilmington, Delaware  19801
Telephone: (302)  652-1100
Facsimile: (302)  652-1111
Email: bsullivan@werbsullivan.com

-and-

GIEGER LABORDE & LAPEROUSE
LLC
John E.W. Baay II, Esq. (*pro hac vice*
forthcoming)
701 Poydras Street, Suite 4800
New Orleans, LA  70139-
Telephone:  (504) 561-0400
Facsimile: (504) 561-0100
Email: jbaay@glllaw.com

-and-

KIERNAN TREBACH LLP
William H. White Jr., Esq. (*pro hac vice*
forthcoming)
1233 20th Street, NW, 8th Floor
Washington, DC  20036
Direct: 202-712-7042
Fax: 202-712-7100
Email: wwhite@kiernantrebach.com

*Attorneys for Gemini Insurance Company*


MORRIS JAMES LLP

/s/ Sarah M. Ennis
Stephen M. Miller (DE Bar No. 2610)
Carl N. Kunz, III (DE Bar No. 3201)
Sarah M. Ennis (DE Bar No. 5745)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email:  smiller@morrisjames.com
        ckunz@morrisjames.com
        sennis@morrisjames.com

– and –

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (DE Bar No. 2898)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

-and-

MOUND COTTON WOLLAN &
GREENGRASS LLP
Lloyd A. Gura (*pro hac vice* forthcoming)
Pamela J. Minetto (*pro hac vice* forthcoming)
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com

*Attorneys for Indian Harbor Insurance*
*Company, on behalf of itself and as*
*successor in interest to Catlin Specialty*
*Insurance Company*

JOYCE, LLC

/s/ Michael J. Joyce
Michael J. Joyce, Esquire (DE Bar No. 4563)
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

COUGHLIN MIDLIGE & GARLAND,
LLP
Kevin Coughlin, Esquire
(*pro hac vice* forthcoming)
Lorraine Armenti, Esquire
(*pro hac vice* forthcoming)
Michael Hrinewski, Esquire
(*pro hac vice* forthcoming)
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law

FOX SWIBEL LEVIN & CARROLL LLP
Margaret M. Anderson, Esq. (*pro hac vice* forthcoming)
Ryan T. Schultz (*pro hac vice* forthcoming)
Adam A. Hachikian (*pro hac vice* forthcoming)
Kenneth M. Thomas (*pro hac vice* forthcoming)
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
Email:   panderson@foxswibel.com
rschultz@foxswibel.com
ahachikian@foxswibel.com
kthomas@foxswibel.com

*Counsel for Old Republic Insurance Company*

- and -

CARRUTHERS & ROTH, P.A.
Britton C. Lewis, Esquire (*pro hac vice* forthcoming)
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC  27401
(336) 478-1146 (Telephone)
(336) 478-1145 (Facsimile)
bcl@crlaw.com

*Counsel to Arrowood Indemnity Company*

COZEN O'CONNOR

*/s/ Marla S. Benedek*
Marla S. Benedek (DE Bar No. 6638)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2024
Facsimile: (302) 250-4498
Email: mbenedek@cozen.com

*Counsel to Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company*

For the D&V Claimants:

GELLERT SCALI BUSENKELL &
BROWN LLC

*//s/ Charles J. Brown, III*
Charles J. Brown, III (DE Bar No. 3368)
1201 North Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: (302) 425-5813
Email: cbrown@gsbblaw.com

- and –

DUMAS & VAUGHN, LLC
Gilion C. Dumas, Esq. (*pro hac vice*
forthcoming)
Ashley L. Vaughn (*pro hac vice* forthcoming)
3835 NE Hancock St., Ste. GL-B
Portland, OR 97212
Phone:  (503) 616-5007
Fax:  (503) 616-5007
Email:  gilion@dumasandvaughn.com
         ashley@dumasandvaughn.com

*Attorneys for D&V Claimants*

For the Archbishop of Agaña, a Corporation
Sole:

GELLERT SCALI BUSENKELL &
BROWN LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE Bar No. 3368)
1201 North Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: (302) 425-5813
Email: cbrown@gsbblaw.com

-and-

ELSAESSER ANDERSON, CHTD.
Ford Elsaesser (*pro hac vice* forthcoming)
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Telephone: (208) 667-2900
Email: ford@eaidaho.com

*Attorneys for Archbishop of Agaña, a
Corporation Sole*

20

For the Tort Claimants' Committee:

PACHULSKI STANG ZIEHL
& JONES LLP

*/s/   James E. O'Neill*
Richard M. Pachulski
(*pro hac vice* forthcoming)
Alan J. Kornfeld
(*pro hac vice* forthcoming)
Debra I. Grassgreen
(*pro hac vice* forthcoming)
Iain A.W. Nasatir
(*pro hac vice* forthcoming)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email: rpachulski@pszjlaw.com
akornfeld@pszjlaw.com
dgrassgreen@pszjlaw.com
inasatir@pszjlaw.com
joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

For the Zalkin Law Firm, P.C. and Pfau
Cochran Vertetis Amala PLLC:

BIELLI & KLAUDER, LLC

*/s/   David M. Klauder*
David M. Klauder, Esquire  (DE Bar No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

-and-

KTBS LAW LLP
Thomas E. Patterson
(*pro hac vice* forthcoming)
Daniel J. Bussel
(*pro hac vice* forthcoming)
Robert J. Pfister
(*pro hac vice* forthcoming)
Sasha M. Gurvitz
(*pro hac vice* forthcoming)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Email: tpatterson@ktbslaw.com
dbussel@ktbslaw.com
rpfister@ktbslaw.com
sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C.*
*and Pfau Cochran Vertetis Amala PLLC*

For the Coalition of Abused Scouts
for Justice:

MONZACK MERSKY & BROWDER, P.A.

*/s/   Rachel B. Mersky*
Rachel B. Mersky (DE Bar No. 2049)
1201 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
Email: RMersky@Monlaw.com

-and-

BROWN RUDNICK LLP
David J. Molton, Esq.
(*pro hac vice* forthcoming)
Eric R. Goodman, Esq.
(*pro hac vice* forthcoming)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: DMolton@BrownRudnick.com
Email: EGoodman@BrownRudnick.com

-and-

Sunni P. Beville, Esq.
(*pro hac vice* forthcoming)
Tristan G. Axelrod, Esq.
(*pro hac vice* forthcoming)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: SBeville@BrownRudnick.com
Email: TAxelrod@BrownRudnick.com

*Counsel to the Coalition of Abused Scouts for
Justice*

For the Future Claimants' Representative:

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/   Robert S. Brady*
Robert S. Brady (DE Bar No. 2847)
Edwin J. Harron (DE Bar No. 3396)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com
skohut@ycst.com

-and-

GILBERT LLP
Kami E. Quinn (*pro hac vice* forthcoming)
Emily P. Grim (*pro hac vice* forthcoming)
Kyle Y. Dechant (*pro hac vice* forthcoming)
700 Pennsylvania Ave, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: quinnk@gilbertlegal.com
grime@gilbertlegal.com
dechantk@gilbertlegal.com

*Counsel to the Future Claimants'
Representative*

For the Settling Insurance Companies:

BAYARD, P.A.

*/s/  Erin R. Fay*
Erin R. Fay (DE Bar No. 5268)
Gregory J. Flasser (DE Bar No. 6154)
600 North King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com
gflasser@bayardlaw.com

-and-

RUGGERI PARKS WEINBERG LLP
James P. Ruggeri (*pro hac vice* forthcoming)
Joshua D. Weinberg (*pro hac vice* forthcoming)
1875 K Street, NW, Suite 600
Washington, D.C. 20003
Tel: (202) 469-7750
Email: jrugerri@rugerrilaw.com
jweinberg@ruggerilaw.com

-and-

WILMER CUTLER PICKERING HALE AND
DORR LLP
Philip D. Anker (*pro hac vice* forthcoming)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8890
Email: philip.anker@wilmerhale.com

-and-

WILMER CUTLER PICKERING HALE AND
DORR LLP
Danielle Spinelli (*pro hac vice* forthcoming)
Joel Millar (*pro hac vice* forthcoming)
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Email: danielle.spinelli@wilmerhale.com
joel.millar@wilmerhale.com

*Attorneys for Hartford Accident and Indemnity*
*Company, First State Insurance Company, Twin*
*City Fire Insurance Company, and Navigators*
*Specialty Insurance Company*

STAMOULIS & WEINBLATT LLC

*/s/   Stamatios Stamoulis*
Stamatios Stamoulis (DE Bar No. 4606)
800 N. West Street, Third Floor
Wilmington, DE 19081
Telephone: (302) 999-1540
Email: stamoulis@swdelaw.com

-and-

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice* forthcoming)
Daniel Shamah (*pro hac vice* forthcoming)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: tschiavoni@omm.com
          dshamah@omm.com

-and-

O'MELVENY & MYERS LLP
Steve Warren (*pro hac vice* forthcoming)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Email: swarren@omm.com

-and-

SIMPSON THACHER & BARTLETT LLP
Mary Beth Forshaw (*pro hac vice* forthcoming)
David Elbaum (*pro hac vice* forthcoming)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Email: mforshaw@stblaw.com
          david.elbaum@stblaw.com

*Attorneys for Century and Chubb Companies*

TYBOUT, REDFEARN & PELL

*/s/  Robert D. Cecil, Jr.*
Robert D. Cecil, Jr. (DE Bar No. 5317)
501 Carr Road, Suite 300
Wilmington, DE 19809
Telephone: (302) 658-6901
Email: rcecil@trplaw.com

-and-

CROWELL & MORING LLP
Mark D. Plevin (*pro hac vice* forthcoming)
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: mplevin@crowell.com

-and-

CROWELL & MORING LLP
Tacie H. Yoon (*pro hac vice* forthcoming)
Rachel A. Jankowski (*pro hac vice* forthcoming)
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Email: tyoon@crowell.com
rjankowski@crowell.com

*Attorneys for Zurich Insurers and Zurich
Affiliated Insurers*

BALLARD SPAHR LLP

*/s/  Matthew G. Summers*
Matthew G. Summers (DE Bar No. 5533)
Chantelle D. McClamb (DE No. 5978)
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4428
Email: summersm@ballardspahr.com
mcclambc@ballardspahr.com

-and-

STEPTOE & JOHNSON LLP
Harry Lee (*pro hac vice* forthcoming)
John O'Connor (*pro hac vice* forthcoming)
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Email: hlee@steptoe.com
joconnor@steptoe.com

*Attorneys for Clarendon*

For the Creditors' Committee:

REED SMITH LLP
*/s/  Mark W. Eckard*
Kurt F. Gwynne (DE Bar No. 3951)
Mark W. Eckard (DE Bar No. 4542)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com
meckard@reedsmith.com

-and-

KRAMER LEVIN NAFTALIS & FRANKEL
LLP
Rachael Ringer (*pro hac vice* forthcoming)
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email: rringer@kramerlevin.com

*Attorneys for the Creditors' Committee*


For JPM:

WOMBLE BOND DICKINSON (US) LLP
*/s/  Matthew P. Ward*
Matthew P. Ward (DE Bar No. 4471)
Morgan L. Patterson (DE Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com

-and-

NORTON ROSE FULBRIGHT US LLP
Kristian W. Gluck (*pro hac vice* forthcoming)
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
Email: Kristian.gluck@nortonrosefulbright.com

*Attorneys for JPMorgan Chase Bank., N.A.*


For the Ad Hoc Committee:

DLA PIPER, LLP (US)
*/s/  R. Craig Martin*
R. Craig Martin (DE Bar No. 5032)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5655
Facsimile: (302) 778-7834
Email: craig.martin@dlapiper.com

-and-

WACHTELL, LIPTON, ROSEN & KATZ
Richard G. Mason (*pro hac vice* forthcoming)
Douglas K. Mayer (*pro hac vice* forthcoming)
Joseph C. Celentino (*pro hac vice* forthcoming)
Mitchell S. Levy (*pro hac vice* forthcoming)
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Email:  RGMason@wlrk.com
       DKMayer@wlrk.com
       JCCelentino@wlrk.com
       MSLevy@wlrk.com

*Attorneys for Ad Hoc Committee of Local
Councils of the Boy Scouts of America*


For United Methodist Ad Hoc Committee:

MACAULEY LLC
*/s/  Thomas G. Macauley*
Thomas G. Macauley (DE Bar No. 3411)
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801-1607
Telephone: (302) 656-0100
Email: tm@macdelaw.com

-and-

BRADLEY ARANT BOULT CUMMINGS
LLP
Edwin G. Rice (*pro hac vice* forthcoming)
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Email: erice@bradley.com

*Attorneys for United Methodist ad hoc
committee*

25

## **LOCAL RULE 7.1.1 CERTIFICATION**

Pursuant to D. Del. L.R. 7.1.1, the undersigned hereby certifies that the counsel for the Debtors/Appellees have met and conferred with the Appellants and Additional Appellees (each as defined in the Stipulation) and reached agreement on the matters set forth in this Motion and the Appellants, Appellees, and Additional Appellees do not oppose this Motion.

Dated: September 27, 2022                    */s/ Derek C. Abbott*

Derek C. Abbott (DE Bar No. 3376)

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. Bankr. P. 8015(h), the undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. Bankr. P. 8013(f)(3)(A).  Exclusive of the exempted portions specified in Fed. R. Bankr. P. 8015(g), the motion contains 2,091 words.  The motion has been prepared using Microsoft Word. The undersigned has relied upon the word count feature of this word processing software in preparing this certificate.

Dated: September 27, 2022                    */s/ Derek C. Abbott*

Derek C. Abbott (DE Bar No. 3376)