# **Boy Scouts of America – List of Appellees**

1. Tort Claimants' Committee

2. Coalition of Abused Scouts for Justice

3. Future Claimants' Representative

4. The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC

5. Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company

6. Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, and Chubb Companies

7. American Zurich Insurance Company, American Guarantee Insurance Company, and Steadfast Insurance Company

8. Clarendon National Insurance Company, as successor in interest by merger to Clarendon America Insurance Company; River Thames Insurance Company Limited, as successor in interest to Union America Insurance Company; and Zurich American Insurance Company, as successor to Maryland Casualty Company, Zurich Insurance Company, and American General Fire & Casualty Company

9. Official Committee of Unsecured Creditors

10. Ad Hoc Committee of Local Councils of the Boy Scouts of America