# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br><br> Appellants. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br> Appellees. | Case No. 22-cv-01237-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for

the admission *pro hac vice* of James Hallowell, Esquire to represent Appellants:

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01855112;v1}

National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania.

| | |
|---|---|
| Dated: 10/5/22 | */s/ Deirdre M. Richards* <br> Deirdre M. Richards (No.4191) <br> Fineman Krekstein & Harris, PC <br> 1300 N. King Street <br> Wilmington, DE 19801 <br> Telephone: (302) 558-8331 <br> Fax: (302) 394- 9228 <br> drichards@finemanlawfirm.com |
| | *Attorneys for Appellants: National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; and The Insurance Company of the State of Pennsylvania* |

# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC,[1] <br><br>        Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br><br> (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br><br>        Appellants. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br>        Appellees. | Case No. 22-cv-01237-RGA |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____          _____
                                                        United States District Judge

# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC, [1] <br><br>         Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br><br> (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br><br>         Appellants. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br>         Appellees. | <br><br><br><br><br> Case No. 22-cv-01237-RGA |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and am admitted in the United States Supreme Court, the United States Courts of Appeals for the First, Second and Fifth Circuits, the United States District Courts for the Eastern, Southern, and Northern Districts of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action. I also certify that I am generally familiar with this Court's local rules and with the

revised Standing Order for the District Court Fund. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court upon the filing of this motion.

| | |
|---|---|
| Date: 10/5/22 | /s/ James Hallowell |
| | James Hallowell, Esquire (NY 2688869) |
| | Gibson, Dunn & Crutcher LLP |
| | 200 Park Avenue |
| | New York, NY 10166-0193 |
| | Telephone (212) 351-3804 |
| | Fax (212) 351-5266 |
| | JHallowell@Gibsondunn.com |

---

1   The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01855112;v1}