# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| National Union Fire Insurance Co. of Pittsburgh PA *et al.*, <br>     Appellant. | Civil Action No. 22-cv-1237-RGA |
| v. | |
| Boy Scouts of America & Delaware BSA LLC, <br>     Appellee | |
| Travelers Casualty and Surety Company, Inc., *et al.*, <br>     Appellant. | Civil Action No. 22-cv-1238-RGA |
| v. | |
| Boy Scouts of America and Delaware BSA LLC, <br>     Appellee | |
| Old Republic Insurance Company, <br>     Appellant. | Civil Action No. 22-cv-1239-RGA |
| v. | |
| Boy Scouts of America and Delaware BSA LLC, <br>     Appellee | |
| General Star Indemnity Company, <br>     Appellant. | Civil Action No. 22-cv-1240-RGA |
| v. | |
| Boy Scouts of America and Delaware BSA LLC, <br>     Appellee | |
| Indian Harbor Insurance Company, <br>     Appellant. | Civil Action No. 22-cv-1241-RGA |
| v. | |

| | | |
|---|---|---|
| Boy Scouts of America and Delaware BSA LLC,<br>　　　　Appellee | : : : : | |
| Munich Reinsurance America, Inc.,<br>　　　　Appellant. | : : : : | Civil Action No. 22-cv-1242-RGA |
| v. | : : | |
| Boy Scouts of America and Delaware BSA LLC,<br>　　　　Appellee | : : : : : | |
| Arch Insurance Company *et al.,*<br>　　　　Appellant. | : : : : | Civil Action No. 22-cv-1243-RGA |
| v. | : : | |
| Boy Scouts of America and Delaware BSA LLC,<br>　　　　Appellee | : : : : : | |
| Great American Assurance Company *et al.*,<br>　　　　Appellant. | : : : : | Civil Action No. 22-cv-1244-RGA |
| v. | : : | |
| Boy Scouts of America and Delaware BSA LLC,<br>　　　　Appellee | : : : : : | |
| The Continental Insurance Co., *et al.*,<br>　　　　Appellant. | : : : : | Civil Action No. 22-cv-1245-RGA |
| v. | : : | |
| Boy Scouts of America and Delaware BSA LLC,<br>　　　　Appellee | : : : : : | |
| Gemini Insurance Company,<br>　　　　Appellant. | : : : : | Civil Action No. 22-cv-1246-RGA |
| v. | : : : : | |

| | |
|---|---|
| Boy Scouts of America & Delaware BSA LLC,<br>   Appellee | |
| Traders and Pacific Insurance Company *et al.*,<br>   Appellant. | Civil Action No. 22-cv-1247-RGA |
| v. | |
| Boy Scouts of America & Delaware BSA LLC,<br>   Appellee | |
| D & V Claimants,<br>   Appellant. | Civil Action No. 22-cv-1249-RGA |
| v. | |
| Boy Scouts of America and Delaware BSA LLC,<br>   Appellee | |
| Argonaut Insurance Company *et al.*,<br>   Appellant. | Civil Action No. 22-cv-1250-RGA |
| v. | |
| Boy Scouts of America and Delaware BSA LLC,<br>   Appellee | |
| Arrowood Indemnity Company,<br>   Appellant. | Civil Action No. 22-cv-1251-RGA |
| v. | |
| Boy Scouts of America and Delaware BSA LLC,<br>   Appellee | |
| Liberty Mutual Insurance Company *et al.*,<br>   Appellant. | Civil Action No. 22-cv-1252-RGA |
| v. | |
| Boy Scouts of America and Delaware BSA LLC, | |

|  |  |  |
|---|---|---|
| Appellee | : |  |
|  | : |  |
| The Tort Claimants, | : |  |
|     Appellant. | : |  |
|  | : | Civil Action No. 22-cv-1258-RGA |
| v. | : |  |
|  | : |  |
| Boy Scouts of America and Delaware BSA LLC, | : |  |
|     Appellee | : |  |
|  | : |  |
| Allianz Global Risks US Insurance Company *et al.*, | : |  |
|     Appellant. | : | Civil Action No. 22-cv-1263-RGA |
|  | : |  |
| v. | : |  |
|  | : |  |
| Boy Scouts of America and Delaware BSA LLC, | : |  |
|     Appellee | : |  |

## NOTICE OF APPEARANCE FOR THE PURPOSE OF RECEIVING NOTICES AND PLEADINGS

Please enter my limited appearance as attorney for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company parties-in interest in the above-captioned matter.

**The purpose of this appearance is for noticing only.** To the extent Century Indemnity Company wishes to file any substantive papers in this appeal, it will first seek leave of the Court to participate in the appeal. Pursuant to Fed. R. Civ. P. 5, the undersigned requests that he receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

Stamatios Stamoulis, Esq.
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
filings@swdelaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated:  October 5, 2022	By: /s/ Stamatios Stamoulis
	Stamatios Stamoulis (#4606)
	Stamoulis & Weinblatt LLC
	800 N. West Street, Suite 800
	Wilmington, Delaware 19801
	Telephone: (302) 999-1540
	Facsimile: (302) 762-1688
	stamoulis@swdelaw.com

*Counsel for Century Imdemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 5, 2022, a copy of foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      /s/ Stamatios Stamoulis
      Stamatios Stamoulis