# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA, *et al.*[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Bankruptcy Case No. 20-10343 (LSS)<br><br>Jointly Administered |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*,<br><br>　　　　Appellants,<br><br>　　　　v.<br><br>Boy Scouts of America and Delaware BSA, LLC<br><br>　　　　Appellees. | Case No. 22-cv-01237-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Philip D. Anker of Wilmer Cutler Pickering Hale and Dorr LLP to represent Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company in the above-captioned matter.

Dated: October 6, 2022

　　　　　　　　　　　　　　　　　*/s/ Erin R. Fay*
　　　　　　　　　　　　　　　　　Erin R. Fay (No. 5268)
　　　　　　　　　　　　　　　　　Gregory J. Flasser (No. 6154)
　　　　　　　　　　　　　　　　　BAYARD, P.A.
　　　　　　　　　　　　　　　　　600 North King Street, Suite 400
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　Telephone: (302) 655-5000
　　　　　　　　　　　　　　　　　Email: efay@bayardlaw.com
　　　　　　　　　　　　　　　　　　　　　gflasser@bayardlaw.com

　　　　　　　　　　　　　　　　　*Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: October 6, 2022  */s/ Philip D. Anker*  
Philip D. Anker  
WILMER CUTLER PICKERING  
HALE AND DORR LLP  
7 World Trade Center  
250 Greenwich Street  
Telephone: (212) 230-8890  
Email: philip.anker@wilmerhale.com

# ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____  _____  
United States District Judge