IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA, et al.,[1] | Bankruptcy Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| National Union Fire Insurance Co. of Pittsburgh, PA, et al., | |
| Appellants, | Case No. 22-cv-01237-RGA |
| v. | |
| Boy Scouts Of America and Delaware BSA, LLC, | |
| Appellees. | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Joseph C. Celentino and Richard G. Mason of Wachtell, Lipton, Rosen & Katz to represent appellee The Ad Hoc Committee of Local Councils of the Boy Scouts of America in the above captioned matter.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

EAST\196425861.1

Dated: October 6, 2022
    Wilmington, Delaware

/s/ R. Craig Martin
R. Craig Martin (No. 5032)
**DLA Piper, LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801
Telephone:  (302) 468-5655
Email:  craig.martin@us.dlapiper.com

*Counsel to Appellee*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____    _____
                                                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 9/1/16.  I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Dated: October 6, 2022            */s/ Joseph C. Celentino*
                                                                Joseph C. Celentino
                                                                **WACHTELL, LIPTON, ROSEN & KATZ**
                                                                51 W. 52nd Street
                                                                New York, New York  10019
                                                                Telephone:  (212) 403-1076
                                                                Email:  jccelentino@wlrk.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 9/1/16. I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Dated: October 6, 2022   */s/ Richard G. Mason*
Richard G. Mason
**WACHTELL, LIPTON, ROSEN & KATZ**
51 W. 52nd Street
New York, New York 10019
Telephone: (212) 403-1252
Email: rgmason@wlrk.com

EAST\196425861.1