**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| National Union Fire Company, | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 22-cv-1237 (RGA) |
| | ) | |
| v. | ) | |
| | ) | |
| Boy Scouts of America & Delaware BSA LLC, | ) | |
| | ) | |
| Appellee. | ) | |
| Travelers Casualty and Surety Company, Inc. | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 22-cv-1238 (RGA) |
| | ) | |
| v. | ) | |
| | ) | |
| Boy Scouts of America & Delaware BSA LLC, | ) | |
| | ) | |
| Appellee. | ) | |
| Old Republic Insurance Company, | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 22-cv-1239 (RGA) |
| | ) | |
| v. | ) | |
| | ) | |
| Boy Scouts of America & Delaware BSA LLC, | ) | |
| | ) | |
| Appellee. | ) | |
| General Star Indemnity Company, | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 22-cv-1240 (RGA) |
| | ) | |
| v. | ) | |
| | ) | |
| Boy Scouts of America & Delaware BSA LLC, | ) | |
| | ) | |
| Appellee. | ) | |
| Indian Harbor Insurance Company, | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 22-cv-1241 (RGA) |
| v. | ) | |
| | ) | |
| Boy Scouts of America & Delaware BSA LLC, | ) | |
| | ) | |
| Appellee. | ) | |

{00209776}

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Munich Reinsurance America, Inc. | ) |  |
|  | ) |  |
|      Appellant | ) | Civil Action No. 22-cv-1242 (RGA) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Boy Scouts of America & Delaware BSA LLC, | ) |  |
|  | ) |  |
|      Appellee. | ) |  |
| Arch Insurance Company, *et al.,* | ) |  |
|  | ) |  |
|      Appellant | ) | Civil Action No. 22-cv-1243 (RGA) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Boy Scouts of America & Delaware BSA LLC, | ) |  |
|  | ) |  |
|      Appellee. | ) |  |
| Great American Assurance Company *et al.,* | ) |  |
|  | ) |  |
|      Appellant | ) | Civil Action No. 22-cv-1244 (RGA) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Boy Scouts of America & Delaware BSA LLC, | ) |  |
|  | ) |  |
|      Appellee. | ) |  |
| The Continental Insurance Co, *et al.,* | ) |  |
|  | ) |  |
|      Appellant | ) | Civil Action No. 22-cv-1245 (RGA) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Boy Scouts of America & Delaware BSA LLC, | ) |  |
|  | ) |  |
|      Appellee. | ) |  |

{00209776}

| | |
|---|---|
| Gemini Insurance Company, | ) |
| | ) |
|      Appellant | )   Civil Action No. 22-cv-1246 (RGA) |
| | ) |
| v. | ) |
| | ) |
| Boy Scouts of America & Delaware BSA LLC, | ) |
| | ) |
|      Appellee. | ) |
| Traders and Pacific Insurance Company *et al.,* | ) |
| | ) |
|      Appellant | )   Civil Action No. 22-cv-1247 (RGA) |
| | ) |
| v. | ) |
| | ) |
| Boy Scouts of America & Delaware BSA LLC, | ) |
| | ) |
|      Appellee. | ) |
| D & V Claimants, | ) |
| | ) |
|      Appellant | )   Civil Action No. 22-cv-1249 (RGA) |
| | ) |
| v. | ) |
| | ) |
| Boy Scouts of America & Delaware BSA LLC, | ) |
| | ) |
|      Appellee. | ) |
| Argonaut Insurance Company *et al.,* | ) |
| | ) |
|      Appellant | )   Civil Action No. 22-cv-1250 (RGA) |
| | ) |
| v. | ) |
| | ) |
| Boy Scouts of America & Delaware BSA LLC, | ) |
| | ) |
|      Appellee. | ) |
| Arrowood Indemnity Company, | ) |
| | ) |
|      Appellant | )   Civil Action No. 22-cv-1251 (RGA) |
| | ) |
| v. | ) |
| | ) |
| Boy Scouts of America & Delaware BSA LLC, | ) |
| | ) |
|      Appellee. | ) |

{00209776}

| | | |
|---|---|---|
| Liberty Mutual Insurance Company, *et al.*, | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 22-cv-1252 (RGA) |
| | ) | |
| v. | ) | |
| | ) | |
| Boy Scouts of America & Delaware BSA LLC, | ) | |
| | ) | |
| Appellee. | ) | |
| The Tort Claimants, | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 22-cv-1258 (RGA) |
| | ) | |
| v. | ) | |
| | ) | |
| Boy Scouts of America & Delaware BSA LLC, | ) | |
| | ) | |
| Appellee. | ) | |
| Allianz Global Risks US Insurance Company, | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 22-cv-1263 (RGA) |
| | ) | |
| v. | ) | |
| | ) | |
| Boy Scouts of America & Delaware BSA LLC, | ) | |
| | ) | |
| Appellee. | ) | |

## NOTICE OF APPEARANCE
## <u>FOR THE PURPOSE OF RECEIVING NOTICES AND PLEADINGS</u>

Please enter the appearance of Rachel B. Mersky of Monzack Mersky and Browder, P.A. as

counsel for the Coalition of Abused Scouts for Justice in the above captioned matter.


**MONZACK MERSKY AND BROWDER, P.A.**

Dated: October 6, 2022          */s/ Rachel B. Mersky*
                               Rachel B. Mersky (DE Bar No.: 2049)
                               Monzack Mersky and Browder, P.A.
                               1201 N. Orange Street, Suite 400
                               Wilmington, DE 19801
                               Telephone: (302) 656-8162
                               Facsimile: (302) 656-2769
                               Email: *rmersky@monlaw.com*

                               *Attorneys for the Coalition of Abused Scouts for Justice*

{00209776}