# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC, *et al.*[1]<br><br>    Debtors. | Bankruptcy Case No. 20-10343 (LSS) |
| National Union Fire Company,<br><br>    Appellant<br><br>v.<br><br>Boy Scouts of America & Delaware BSA LLC,<br><br>    Appellee. | Civil Action No. 22-cv-1237 (RGA) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Eric R. Goodman, David J. Molton, Cameron Moxley and Tristan Axelrod of the firm of Brown Rudnick, LLP, Seven Times Square, New York, NY 10036 to represent Petitioner, the Coalition of Abused Scouts for Justice, in this matter.

Dated: October 6, 2022

                                        */s/ Rachel B. Mersky*
                                        Rachel B. Mersky (DE Bar No.: 2049)
                                        Monzack Mersky and Browder, P.A.
                                        1201 N. Orange Street, Suite 400
                                        Wilmington, DE 19801
                                        Telephone: (302) 656-8162
                                        Facsimile: (302) 656-2769
                                        Email: *rmersky@monlaw.com*
                                        *Attorneys for the Coalition of Abused Scouts for Justice*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors mailing address is 1325 West Walnut Hill Lane, Irving Texas 75038

{00209776}

## **ORDER GRANTING MOTION TO BE ADMITTED *PRO HAC VICE***

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                              UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, Illinois, Ohio, U.S. Court of Appeals for the Sixth and Ninth Circuit, U.S. District Courts for the Northern and Southern Districts of Ohio, U.S. District Courts for the Northern District of Illinois, U.S. District Courts for the Eastern District of Michigan, U.S. District Courts for the Western District of Pennsylvania, U.S. District Courts for the Southern District of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  October 6, 2022         */S/ Eric R. Goodman*
                                Eric R. Goodman
                                BROWN RUDNICK LLP
                                Seven Times Square
                                New York, NY 10036
                                Telephone: (212) 209-4800
                                Email: egoodman@brownrudnick.com

{00209776}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, New Jersey, California, the U.S. Supreme Court, U.S. Court of Appeal for the Second, Third and Ninth Circuits, U.S. District Court for the Southern and Eastern Districts of New York and U.S. District Court for the District of New Jersey, Northern District of Illinois, and Northern District of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  October 6, 2022            */s/ David J. Molton*
                                                        David J. Molton
                                                        BROWN RUDNICK LLP
                                                        Seven Times Square
                                                        New York, NY 10036
                                                        Telephone: (212) 209-4800
                                                        Email: *dmolton@brownrudnick.com*

{00209776}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, U.S. District Court for the Eastern District of New York, and U.S. District Court for the Southern District of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  October 6, 2022            */s/ Cameron Moxley*
                                   Cameron Moxley
                                   BROWN RUDNICK LLP
                                   Seven Times Square
                                   New York, NY 10036
                                   Telephone: (212) 209-4800
                                   Email: *cmoxley@brownrudnick.com*

{00209776}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  October 6, 2022 		*/s/ Tristan G. Axelrod*
Tristan G. Axelrod
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: *taxelrod@brownrudnick.com*

{00209776}