**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Bankruptcy Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, | |
| Appellants. | |
| v. | |
| Boy Scouts of America and Delaware BSA, LLC, | Case No. 22-cv-01237-RGA |
| Appellees. | |

**APPELLEES' JOINT DESIGNATION[2] PURSUANT TO FED. R. BANKR. P. 8009 OF
ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Boy Scouts of America and Delaware BSA, LLC (together, the "Debtors"), and the

additional undersigned parties (with the Debtors, the "Appellees"), by and through their

undersigned counsel, pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure

---

[1]     The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]     The Appellees that are party to this Joint Counter Designation are: The Debtors, the Tort Claimants' Committee, the Coalition of Abused Scouts for Justice, the Future Claimants' Representative, Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, and Chubb Companies, American Zurich Insurance Company, American Guarantee Insurance Company, and Steadfast Insurance Company, Clarendon National Insurance Company, as successor in interest by merger to Clarendon America Insurance Company; River Thames Insurance Company Limited, as successor in interest to Union America Insurance Company; and Zurich American Insurance Company, as successor to Maryland Casualty Company, Zurich Insurance Company, and American General Fire & Casualty Company, the Official Committee of Unsecured Creditors, and the Ad Hoc Committee of Local Councils of the Boy Scouts of America.  In addition to the Appellees, JPMorgan Chase Bank, N.A. and the United Methodist Ad Hoc Committee are interested parties to this appeal and join in this Joint Counter Designation.

(the "Bankruptcy Rules"), hereby designate the following additional items to be included in the record on appeal of the above-captioned appeal.

### Designation of Additional Items to be Included in the Record on Appeal[3]

Appellees submit the following counter-designation of items to be included in the record on appeal.

### A. Documents filed on the main bankruptcy case docket[4]

The Appellees reserve the right to seek to amend or supplement the below list to the extent necessary to add any omitted docket entries that are relevant to the appeal.

|  | ECF No. | Description | Date Filed |
|---|---|---|---|
| 1. | 770 | Old Republic Insurance Company's Reply in Support of its Motion Pursuant to Sections 105(a) and 362 of the Bankruptcy Code and Bankruptcy Rule 4001 For an Order Modifying the Automatic Stay to Permit Payments of Claims Against Non-Debtor Insureds and Related Defense Costs Under Insurance Policies | 6/3/2020 |
| 2. | 812 | Court appointment of panel of mediators Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [D.I. 812] | 6/9/2020 |
| 3. | 949 | Stipulation with Prepetition Secured Parties Reserving Certain Committee Rights Pursuant to Final Cash Collateral Order Between Tort Claimants' Committee and Official Committee of Unsecured Creditors, Future Claimants' Representative, JPMorgan Chase Bank, National Association, as Sole Lender and Collateral Agent | 7/2/2020 |
| 4. | 1114 | Letter regarding claim for Sexual Abuse Allegation Breach in Privacy [SEALED] | 8/18/2020 |
| 5. | 1175 | Stipulation (Second) With Prepetition Secured Parties Reserving Certain Committee Rights Pursuant to Final Cash Collateral Order Between Official Committee of Unsecured Creditors and Official Tort Claimants' Committee, Future Claims Representative, JPMorgan Chase Bank, N.A. and the Debtors | 8/27/2020 |

---

[3]     The items designated herein include all exhibits, attachments or other papers included within each docket entry for such item. In addition to the these items, Appellees hereby incorporate the Designations of Record filed by the appellants in each of the appeals of the Confirmation Order as if set forth in their entirety: Case No. 22-01237; Case No. 22-01238; Case No. 22-01239; Case No. 22-01240; Case No. 22-01241; Case No. 22-01242; Case No. 22-01249; Case No. 22-01243; Case No. 22-01244; Case No. 22-01245; Case No. 22-01246; Case No. 22-01247; Case No. 22-01250; Case No. 22-01251; Case No. 22-01252; Case No. 22-01258; and Case No. 22-01263.

[4]     The chapter 11 cases are jointly administered. Docket numbers used herein refer to the Bankruptcy Court's docket in the Debtors' main case, *In re Boy Scouts of America*, Case No. 20-10343 (LSS), unless otherwise provided.

| 6. | 1550 | Stipulation (Third) Between Official Committee of Unsecured Creditors and Prepetition Secured Parties Reserving Certain Committee Rights Pursuant to Final Cash Collateral Order | 10/19/2020 |
|----|------|---|---|
| 7. | 1883 | Stipulation (Fourth) Between Official Committee of Unsecured Creditors and Prepetition Secured Parties Reserving Certain Committee Rights Pursuant to Final Cash Collateral Order | 12/30/2020 |
| 8. | 1945 | Stipulation (Fifth) with Prepetition Secured Parties Reserving Certain Committee Rights Pursuant to the Final Cash Collateral Order Between Official Committee of Unsecured Creditors and Official Tort Claimants' Committee, Future Claims Representative, JPMorgan Chase Bank, N.A. and the Debtors | 1/14/2021 |
| 9. | 1971 | Hartford and Century's Motion for Rule 2004 Discovery [Filed Under Seal] | 1/22/2021 |
| 10. | 1972 | Hartford and Century's Motion for Rule 2004 Discovery [Redacted] | 1/22/2021 |
| 11. | 1989 | Stipulation (Sixth) Between Official Committee of Unsecured Creditors and Prepetition Secured Parties Reserving Certain Committee Rights Pursuant to Final Cash Collateral Order | 1/27/2021 |
| 12. | 2161 | Stipulation (Seventh) Between Official Committee of Unsecured Creditors and Prepetition Secured Parties Reserving Certain Committee Rights Pursuant to Final Cash Collateral Order | 2/11/2021 |
| 13. | 2180 | Insurers' Reply Brief in Support of Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim | 2/11/2021 |
| 14. | 2305 | Joinder of the Future Claimants' Representative to the Tort Claimants' Committee's Response to First Mediators' Report | 3/2/2021 |
| 15. | 2319 | Joinder and Statement of Support of the Coalition of Abused Scouts for Justice Regarding Objections to First Mediators' Report | 3/4/2021 |
| 16. | 2325 | Affidavit/Declaration of Mailing re: Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 2293], Disclosure Statement for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 2294], Debtors Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 2295], and Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 2298] | 3/05/2021 |
| 17. | 2297 | Tort Claimants' Committee's Response to First Mediator's Report | 3/2/2021 |
| 18. | 2591 | Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Second Amended Chapter 11 Plan for Reorganization for Boy Scouts of America and Delaware BSA, LLC | 4/13/2021 |
| 19. | 2609 | Affidavit/Declaration of Service re: Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Second Amended Chapter 11 Plan of Reorganization for Boys Scouts of America and Delaware BSA, LLC [Docket No. 2591], Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 2592], Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America | 4/15/2021 |

| | | and Delaware BSA, LLC [Docket No. 2594], and Notice of Filing of Redlines of Plan and Disclosure Statement, Trust Distribution Procedures, and Settlement Trust Agreement [Docket No. 2595] | |
|---|---|---|---|
| 20. | 2611 | Opposition of Certain Insurers to Motion of the Coalition, TCC and FCR to Estimate Current and Future Abuse Claims | 4/15/2021 |
| 21. | 2618 | Motion to Approve Debtors Motion for Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief | 4/15/2021 |
| 22. | 2647 | Affidavit/Declaration of Service re: Second Mediators Report [Docket No. 2624] | 4/20/2021 |
| 23. | 2668 | [SEALED] Objection of the Coalition of Abused Scouts for Justice and Future Claimants' Representative to Debtors' Third Motion for Entry of An Order Extending the Debtors' Exclusive Period to File a Chapter 11 Plan and Solicit Acceptances Thereof | 4/22/2021 |
| 24. | 2726 | Notice of Revised Solicitation Procedures Order | 4/28/2021 |
| 25. | 4103 | Statement of the Ad Hoc Committee of Local Councils in Support of Amended Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC | 5/16/2021 |
| 26. | 4104 | Debtors' Omnibus Reply to Objections to Motion for Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief | 5/16/2021 |
| 27. | 4108 | Proposed Amendments to Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC | 5/16/2021 |
| 28. | 4109 | Notice of Filing of Redlines of Proposed Amendments to Plan and Disclosure Statement | 5/16/2021 |
| 29. | 4111 | Motion for Leave to Exceed Page Limitations Regarding Debtors Omnibus Reply in Support of Debtors Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief | 5/16/2021 |
| 30. | 4112 | Notice of Filing of Revised Proposed Solicitation Procedures Order | 5/16/2021 |
| 31. | 4709 | Affidavit/Declaration of Service re: Proposed Amendments to Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 4107], Proposed Amendments to Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 4108], Notice of Filing of Redlines of Proposed Amendments to Plan and Disclosure Statement [Docket No. 4109], and Notice of Filing of Revised Proposed Solicitation Procedures Order [Docket No. 4112] | 05/20/2021 |
| 32. | 5280 | Affidavit/Declaration of Service re: Third Mediators Report [Docket No. 5219] | 06/08/2021 |
| 33. | 5328 | Affidavit/Declaration of Service re: Fifth Mediators Report [Docket No. 5287], Amended Notice of Status Conference and Adjournment of Hearing | 6/14/2021 |

| | | | |
|---|---|---|---|
| | | Originally Scheduled on June 11, 2021, at 10:10 A.M. (ET) [Docket No. 5288], and Sixth Supplemental Declaration of Derek C. Abbott in Support of The Debtors Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1, Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Co-Counsel for The Debtors *Nunc Pro Tunc* to The Petition Date [Docket No. 5299] | |
| 34. | 5402 | Affidavit/Declaration of Service re: Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 5368], Proposed Amendments to Disclosure Statement for the Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 5371], Notice of Filing of Redlines of Third Amended Plan and Proposed Amendments to Disclosure Statement [Docket No. 5372], and Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Third Amended Chapter 11 Plan of Reorganization for Boys Scouts of America and Delaware BSA, LLC [Docket No. 5373] | 6/22/2021 |
| 35. | 5466 | Restructuring Support Agreement | 11/14/2021 |
| 36. | 5469 | Declaration of Roger C. Mosby in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | 7/1/2021 |
| 37. | 5470 | Declaration of Brian Whittman in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | 7/1/2021 |
| 38. | 5488 | Notice of Filing of Revised Solicitation Procedures Order | 7/2/2021 |
| 39. | 5537 | Affidavit/Declaration of Service re: Second Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Third Amended Chapter 11 Plan of Reorganization for Boys Scouts of America and Delaware BSA, LLC [Docket No. 5463] | 07/09/2021 |
| 40. | 5539 | Affidavit/Declaration of Service re: Third Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fourth Amended Chapter 11 Plan of Reorganization for Boys Scouts of America and Delaware BSA, LLC [Docket No. 5527] | 07/09/2021 |
| 41. | 5559 | Affidavit/Declaration of Service (Supplemental Service) re: Second Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Third Amended Chapter 11 Plan of Reorganization for Boys Scouts of America and Delaware BSA, LLC [Docket No. 5463], Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 5484], Amended Disclosure Statement for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 5485], Notice of Filing of Redlines of Fourth Amended Plan and Amended Disclosure Statement to the Fourth Amended Plan [Docket No. 5486], Notice of Depositions [Docket No. 5487], Notice of Filing of Revised Proposed Solicitation Procedure Order [Docket No. 5488], and Notice of Filing of Revised Proposed Confirmation Scheduling Order [Docket No. 5489] | 07/12/2021 |

| 42. | 5680 | Notice of Filing of Final Redacted Version of the Joinder of the Coalition of Abused Scouts for Justice, The Official Committee of Tort Claimants, and The Future Claims Representative to, and Brief in Support of Debtors' Motion for Entry of an Order, Pursuant to Section 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | 7/22/2021 |
|---|---|---|---|
| 43. | 5681 | Hartford's Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | 7/22/2021 |
| 44. | 5756 | Reply - Statement of the Ad Hoc Committee of Local Councils in Support of the RSA Approval Motion | 07/26/2021 |
| 45. | 5758 | Declaration of Devang Desai in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | 07/26/2021 |
| 46. | 5755 | Brief Supplemental Brief of the Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants, and the Future Claims Representative in Support of Debtors' Motion for Entry of An Order, Pursuant to Sections 363(b) And 105(a) Of The Bankruptcy Code, (I) Authorizing The Debtors To Enter Into And Perform Under The Restructuring Support Agreement, And (II) Granting Related | 07/26/2021 |
| 47. | 5760 | Brief Supplemental Brief of the Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants, and the Future Claims Representative in Support of Debtors' Motion for Entry of An Order, Pursuant to Sections 363(b) And 105(a) Of The Bankruptcy Code, (I) Authorizing The Debtors To Enter Into And Perform Under The Restructuring Support Agreement, And (II) Granting Related Relief | 07/26/2021 |
| 48. | 5763 | Declaration of Devang Desai in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | 07/26/2021 |
| 49. | 5766 | Supplemental Declaration of Brian Whittman in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | 07/26/2021 |
| 50. | 5864 | Affidavit/Declaration of Service re: Fourth Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (As May be Further Amended) [Docket No. 5833] | 08/03/2021 |
| 51. | 5868 | Notice of Additional Joining Parties to the Restructuring Agreement | 8/4/2021 |
| 52. | 5916 | Claimant's Supplemental Objection to the Debtors Motion for Entry of an Order, Pursuant to Sections 363(B) and 105(A) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | 8/9/2021 |
| 53. | 6045 | Stipulated Additional Exhibits for RSA Hearing | 8/16/2021 |
| 54. | 6068 | Hr'g Tr. Aug. 16, 2021 | 8/17/2021 |

| 55. | 6117 | Affidavit/Declaration of Service re: Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (As May Be Further Amended) [Docket No. 6101] | 8/25/2021 |
|---|---|---|---|
| 56. | 6215 | Notice of Filing of Revised Proposed Solicitation Procedures Order | 9/15/2021 |
| 57. | 6240 | Notice of Withdrawal of Objection of the Future Claimants' Representative to (A) Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and (B) Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection With Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief | 9/16/2021 |
| 58. | 6245 | Ad Hoc Committee of Local Councils' Statement in Support of Fifth Amended Disclosure Statement and Related Filings and Objection to TCC's Motion to Adjourn Hearing | 9/16/2021 |
| 59. | 6246 | Joint Reply in Support of Debtors' Disclosure Statement for the Fifth Amended Plan, Solicitation Procedures and Form of Ballots | 9/16/2021 |
| 60. | 6293 | Debtors' Omnibus Objection to the TCC's Motions to (I) Adjourn the Disclosure Statement Hearing; (II) Enter an Order Terminating the Debtors' Exclusive Periods to File a Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Code; and (III) Shorten Notice Period and Scheduling Hearing on Motion for Entry of Order Terminating the Debtors' Exclusive Periods to File a Plan and Solicit Acceptances Thereof | 9/20/2021 |
| 61. | 6334 | Affidavit/Declaration of Service re: Notice of Filing of Redlines of Exhibit F to the Amended Disclosure Statement to the Fifth Amended Plan [Docket No. 6224] | 09/21/2021 |
| 62. | 6352 | Affidavit/Declaration of Service re: Sixth Mediators Report [Docket No. 6210], Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 6212], Amended Disclosure Statement for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 6213], Notice of Filing of Redlines of Fifth Amended Plan and Amended Disclosure Statement to the Fifth Amended Plan [Docket No. 6214], Notice of Filing of Revised Proposed Solicitation Procedures Order [Docket No. 6215], and Notice of Filing of Revised Proposed Confirmation Scheduling Order [Docket No. 6216] | 09/23/2021 |
| 63. | 6353 | Affidavit/Declaration of Service re: Debtors Amended Omnibus Reply in Support of Debtors Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 6249] and Motion for Leave to Exceed the Page Limit Regarding Debtors Amended Omnibus Reply in Support of Debtors Motion for Entry of an Order (I) Approving the Disclosure Statement and | 09/23/2021 |

| | | the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 6250] | |
|---|---|---|---|
| 64. | 6438 | Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief | 9/30/2021 |
| 65. | 6446 | Affidavit/Declaration of Service re: Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 6377], Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 6383], Notice of Filing of Redlines of Modified Fifth Amended Plan, Disclosure Statement and Related Documents [Docket No. 6385], Notice of Filing of Revised Proposed Solicitation Procedures Order [Docket No. 6386], and Notice of Amended Agenda of Matters Scheduled for Hearing on September 28, 2021, at 10:00 A.M. Eastern Time [Docket No. 6387] | 09/30/2021 |
| 66. | 6462 | Affidavit/Declaration of Service re: Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 6429], Notice of Filing of Redline of Modified Fifth Amended Chapter 11 Plan of Reorganization for the Boy Scouts of America and Delaware BSA, LLC [Docket No. 6430], Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 6431], Notice of Filing of Redline of the Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 6432], and Notice of Filing of Revised Proposed Solicitation Procedures Order [Docket No. 6433] | 10/01/2021 |
| 67. | 6520 | Certification of Counsel Regarding Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of The Debtors Plan Of Reorganization, (II) Establishing Certain Protocols, And (III) Granting Related Relief | 10/7/2021 |
| 68. | 6528 | Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of The Debtors Plan Of Reorganization, (II) Establishing Certain Protocols, And (III) Granting Related Relief | 10/8/2021 |
| 69. | 6760 | Affidavit/Declaration of Service re: Notice of Intended Modifications to Certain Conditions Precedent to Confirmation of the Debtors Chapter 11 Plan of Reorganization [Docket No. 6650] | 10/21/2021 |
| 70. | 6937 | [REDACTED] Letter Regarding Abuse | 11/03/2021 |
| 71. | 6938 | [SEALED] Letter Regarding Disputed Claim. Filed by D.W. (BJM) | 11/03/2021 |
| 72. | 6939 | [REDACTED] Letter Regarding Disputed Claim. (related document(s)[6938]) Filed by D.W. (BJM) | 11/03/2021 |
| 73. | 6940 | [SEALED] Letter (SUPPLEMENTED) Regarding Disputed Claim. Filed by D.W. (BJM) | 11/03/2021 |

| 74. | 6941 | [REDACTED] Letter (SUPPLEMENTAL) Regarding Disputed Claim. (related document(s)[6940]) Filed by D.W. (BJM) | 11/03/2021 |
|---|---|---|---|
| 75. | 7055 | [SEALED] Letter Regarding Further Supplemented Disputed Claim. Filed by D.W. (BJM) | 11/08/2021 |
| 76. | 7056 | [REDACTED] Letter Regarding Further Supplemented Disputed Claim. (related document(s)[7055]) Filed by D.W. (BJM) | 11/08/2021 |
| 77. | 7057 | [SEALED] Letter Regarding Objection. Filed by D.W. (BJM) | 11/09/2021 |
| 78. | 7058 | [REDACTED] Letter Regarding Objection. (related document(s)[7057]) Filed by D.W. (BJM) | 11/08/2021 |
| 79. | 7059 | [SEALED] Letter Regarding Settlement. Filed by D.W. (BJM) | 11/08/2021 |
| 80. | 7060 | [REDACTED] Letter Regarding Settlement. (related document(s)[7059]) Filed by D.W. (BJM) | 11/08/2021 |
| 81. | 7061 | [SEALED] Letter Regarding Conflict of Interest. Filed by D.W. (BJM) | 11/08/2021 |
| 82. | 7062 | [REDACTED] Letter Regarding Conflict of Interest. (related document(s)[7061]) Filed by D.W. (BJM) | 11/08/2021 |
| 83. | 7063 | [SEALED] Letter Regarding Unimpaired Status. Filed by D.W. (BJM) | 11/08/2021 |
| 84. | 7064 | [REDACTED] Letter Regarding Unimpaired Status. (related document(s)[7063]) Filed by D.W. (BJM) | 11/08/2021 |
| 85. | 7065 | [SEALED] Letter Regarding Abuse. Filed by N.S. (BJM) | 11/08/2021 |
| 86. | 7205 | Letter from Mark D. Plevin, Attorney, Crowell & Moring LLP to Court (Nov. 12, 2021) | 11/14/2021 |
| 87. | 7218 | [REDACTED] Letter Regarding Notification of Impact of Abuse. (related document(s)[7217]) Filed by D.W. (BJM) | 11/15/2021 |
| 88. | 7219 | [SEALED] Letter Regarding Notification of Misconduct. Filed by D.W. (BJM) | 11/15/2021 |
| 89. | 7220 | [REDACTED] Letter Regarding Notification of Misconduct. (related document(s)[7219]) Filed by D.W. (BJM) | 11/15/2021 |
| 90. | 7359 | [REDACTED] Letter Regarding Abuse. (related document(s)[7358]) Filed by D.W. (TH) | 11/19/2021 |
| 91. | 7360 | [SEALED] Letter Regarding Abuse. Filed by D.W. (TH) | 11/19/2021 |
| 92. | 7361 | [REDACTED] Letter Regarding Abuse. (related document(s)[7360]) Filed by D.W. (TH) | 11/19/2021 |
| 93. | 7362 | [SEALED] Letter Regarding Abuse. Filed by D.W. (TH) | 11/19/2021 |
| 94. | 7363 | [REDACTED] Letter Regarding Abuse. (related document(s)[7362]) Filed by D.W. (TH) | 11/19/2021 |
| 95. | 7364 | [SEALED] Letter Regarding Abuse. Filed by D.W. (TH) | 11/19/2021 |
| 96. | 7365 | [REDACTED] Letter Regarding Abuse. (related document(s)[7364]) Filed by D.W. (TH) | 11/19/2021 |
| 97. | 7366 | [SEALED] Letter Regarding Abuse. Filed by D.W. (TH) | 11/19/2021 |
| 98. | 7367 | [REDACTED] Letter Regarding Abuse. (related document(s)[7366]) Filed by D.W. (TH) | 11/19/2021 |
| 99. | 7368 | [SEALED] Letter Regarding Abuse. Filed by D.W. (TH) | 11/19/2021 |
| 100. | 7369 | [REDACTED] Letter Regarding Abuse. (related document(s)7368 Filed by D.W. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 (TH) | 11/19/2021 |
| 101. | 7673 | Affidavit/Declaration of Service re: Notice of Filing of Plan Supplement to Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 7515] | 12/10/2021 |
| 102. | 7701 | [REDACTED] Letter Regarding Abuse. (related document(s)[7700]) Filed by D.W. (TH) | 12/13/2021 |

| 103. | 7705 | [REDACTED] Letter Regarding Abuse. (related document(s)[7703]) Filed by D.W. (TH) | 12/13/2021 |
|---|---|---|---|
| 104. | 7706 | [SEALED] Letter Regarding Abuse. Filed by D.W. (TH) | 12/13/2021 |
| 105. | 7707 | [REDACTED] Letter Regarding Abuse. (related document(s)[7706]) Filed by D.W. (TH) | 12/13/2021 |
| 106. | 7708 | [SEALED] Letter Regarding Abuse. Filed by D.W. (TH) | 12/13/2021 |
| 107. | 7709 | [REDACTED] Letter Regarding Abuse. (related document(s)[7708]) Filed by D.W. (TH) | 12/13/2021 |
| 108. | 7767 | Affidavit/Declaration of Service re: Seventh Mediators Report [Docket No. 7745] | 12/14/2021 |
| 109. | 7892 | [SEALED] Letter re: Claim Filed by D.W. (SJM) | 12/21/2021 |
| 110. | 7893 | Letter re: Claim Filed by D.W. (related document(s)[7892]). (SJM) | 12/21/2021 |
| 111. | 7930 | Affidavit/Declaration of Service re: Eighth Mediators Report [Docket No. 7884] | 12/22/2021 |
| 112. | 7996 | Order Granting Certain Insurers' Motion to Modify the Confirmation Scheduling Order | 12/28/2021 |
| 113. | 8090 | [SEALED] Letter Regarding Certification. Filed by D.W. (BJM) | 01/03/2022 |
| 114. | 8092 | [REDACTED] Letter Regarding Certification. (related document(s)[8090]) Filed by D.W. (BJM) | 01/03/2022 |
| 115. | 8170 | Affidavit/Declaration of Service re: Notice of Filing of Debtors Second Modified Fifth Amended Chapter 11 Plan of Reorganization and Blackline Thereof [Docket No. 7834] | 01/06/2022 |
| 116. | 8171 | Affidavit/Declaration of Service re: Notice of Eighth and Ninth Mediators Report Regarding United Methodist Term Sheet and Zurich Term Sheet and Zurich Term Sheet Including Treatment of Chartered Organizations [Docket No. 7929] | 01/06/2022 |
| 117. | 8172 | Affidavit/Declaration of Service re: Notice of Filing of Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 7953] | 01/06/2022 |
| 118. | 8224 | Affidavit/Declaration of Service re: Notice of Tenth Mediators Report Regarding Clarendon Term Sheet [Docket No. 8102] | 01/10/2022 |
| 119. | 8264 | [SEALED] Letter Regarding Mix Claim. Filed by D.W. (BJM) | 01/11/2022 |
| 120. | 8265 | [REDACTED] Letter Regarding Mix Claim. (related document(s)[8264]) Filed by D.W. (BJM) | 01/12/2022 |
| 121. | 8268 | [SEALED] Letter Regarding Request for Documents. Filed by D.W. (BJM) | 01/11/2022 |
| 122. | 8269 | [REDACTED] Letter Regarding Request for Documents. (related document(s)[8268]) Filed by D.W. (BJM) | 01/11/2022 |
| 123. | 8274 | [SEALED] Letter Regarding Rejection Damages Claim. Filed by D.W. (BJM) | 01/12/2022 |
| 124. | 8275 | [REDACTED] Letter Regarding Rejection Damages Claim. (related document(s)[8274]) Filed by D.W. (BJM) | 01/12/2022 |
| 125. | 8374 | [SEALED] Letter Regarding Abuse. Filed by D.W. (BJM) | 01/19/2022 |
| 126. | 8375 | [REDACTED] Letter Regarding Abuse. (related document(s)[8374]) Filed by D.W. (BJM) | 01/19/2022 |
| 127. | 8378 | Affidavit/Declaration of Mailing Supplemental re Plan Solicitation | 01/19/2022 |
| 128. | 8569 | [SEALED] Letter Regarding Claims. Filed by D.W. (BJM) | 01/28/2022 |
| 129. | 8570 | [REDACTED] Letter Regarding Claims. (related document(s)[8569]) Filed by D.W. (BJM) | 01/28/2022 |

| 130. | 8886 | Affidavit/Declaration of Service re: Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 8813], Debtors Motion for Entry of an Order Approving Supplemental Notices Regarding Plan Modifications [Docket No. 8823], Motion to Shorten Notice of Debtors Motion for Entry of an Order Approving Supplemental Notices Regarding Plan Modifications [Docket No. 8824], Order (I) Amending and Scheduling Certain Supplemental Dates and Deadlines in Connection With Confirmation of the Debtors Plan of Reorganization and (II) Approving a Limited Supplemental Voting Deadline for Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims [Docket No. 8830], and Order Shortening Notice of Debtors' Motion for Entry of an Order Approving Supplemental Notices Regarding Plan Modifications [Docket No. 8831] | 02/18/2022 |
| 131. | 8921 | Affidavit/Declaration of Service re: Order Approving Form and Manner of Notice of Supplemental Disclosure Regarding Plan Modifications [Docket No. 8894], Notice of Filing of Exhibits I-2, I-3, I-4 and J-2 to Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 8907], Notice of Filing of Exhibit J-1 to Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 8908], Notice of Errata Regarding Certain Provisions in Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 8910], and Notice of Identities of the Claims Administrators and Status Update Regarding the Settlement Trustee in Connection With the Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 8912] | 02/21/2022 |
| 132. | 8974 | [SEALED] Letter Regarding Lawsuit. Filed by D.W. (BJM) | 02/23/2022 |
| 133. | 8975 | [REDACTED] Letter Regarding Lawsuit. (related document(s)[8974]) Filed by D.W. (BJM) | 02/23/2022 |
| 134. | 8947 | Affidavit/Declaration of Service re: Notice of Filing of Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization and Blackline Thereof [Docket No. 8814] and Notice of Filing of Fourth Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 8815] | 02/22/2022 |
| 135. | 9012 | Affidavit/Declaration of Service re: Notice of Supplement to Disclosures Regarding Settlement Trustee in Connection with the Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 8981] | 02/25/2022 |
| 136. | 9073 | Affidavit/Declaration of Service re: Notice of Filing of Exhibits I-1 and J-1 to Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization and Redlines Thereof [Docket No. 8816] and Notice of Filing of Exhibits I-2, I-3, I-4 and J-2 to Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 8817] | 03/01/2022 |
| 137. | 9100 | [SEALED] Reply of The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC in Support of the Debtors' Third Modified Amended Plan of Reorganization | 3/2/2022 |
| 138. | 9111 | Century's Memorandum of Law in Support of Century and Chubb Settlements | 3/2/2022 |
| 139. | 9113 | Declaration of Samantha Indelicato in Support of Approval of the Century and Chubb Companies' Settlements | 3/3/2022 |

| 140. | 9106 | [SEALED] Reply Tort Claimants' Committee's (I) Statement Regarding Proposed Corrections to the Settlement Trust Agreement and (II) Reply to Confirmation Objections to the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC | 3/2/2022 |
|---|---|---|---|
| 141. | 9115 | [SEALED] Statement of the Coalition of Abused Scouts for Justice and Future Claimants' Representative in Support of Confirmation of Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC | 3/3/2022 |
| 142. | 9142 | Affidavit/Declaration of Service re: Eleventh Mediator's Report [Docket No. 8772] | 03/03/2022 |
| 143. | 9164 | Joinder of the Tort Claimants' Committee to Reply of The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC in Support of the Debtors' Third Modified Fifth Amended Plan of Reorganization | 3/4/2022 |
| 144. | 9258 | Affidavit/Declaration of Service re: Debtors (I) Memorandum of Law in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and (II) Omnibus Reply to Plan Confirmation Objections [Docket No. 9114] | 03/09/2022 |
| 145. | 9275 | Supplemental Nownes Declaration Regarding Class 8 and 9 Ballots | |
| 146. | 9291 | [SEALED] Response to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (related document(s)[7832]) Filed by D.W. (BJM) | 03/10/2022 |
| 147. | 9292 | Response to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (related document(s)[7832], [9291]) Filed by D.W. (BJM) | 03/10/2022 |
| 148. | 9297 | Affidavit/Declaration of Service re: Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 9146] | 03/11/2022 |
| 149. | 9315 | Debtors' Response to Objection of Roman Catholic Ad Hoc Committee to the Declaration of Brian Whittman | 3/13/2022 |
| 150. | 9318 | Debtors Response to Limited Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agana (Bankr. D. Guam 19-00010) to the Declaration of Brian Whittman in Support of Confirmation of the Third Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC | 3/14/2022 |
| 151. | 9321 | The Roman Catholic Diocese of Paterson's Statement in Support in Plan Confirmation and Joinder in Arguments Made by the Debtors, Hartford and Century, All in Opposition to Arguments Made by the RCAHC | 3/14/2022 |
| 152. | 9333 | Affidavit/Declaration of Service re: Notice of Filing of Fifth Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 9097] | 03/14/2022 |
| 153. | 9360 | Certification of Counsel Regarding the Certain Insurers' (I) Motion *In Limine* to Exclude Opinion Testimony of Debtors' Witnesses Nancy Gutzler and Michael Burnett and (II) Motion *In Limine* to Exclude Opinion Testimony of the Official Tort Claimants' Witnesses Mark Kolman and Katheryn McNally | 3/16/2022 |
| 154. | 9369 | Notice of Withdrawal of Zuckerman Spaeder LLP Objection to Confirmation of Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization [D.I. 8709] | 03/17/2022 |

| 155. | 9387 | Notice of Twelfth Mediators Report Regarding Roman Catholic Ad Hoc Committee Term Sheet | 3/17/2022 |
|---|---|---|---|
| 156. | 9390 | Notice of Filing of the Roman Catholic Ad Hoc Committee Term Sheet | 3/18/2022 |
| 157. | 9411 | Agreed Order Regarding Certain Insurers' Motion *in Limine* to Exclude Opinion Testimony of Nancy Gutzler, Katheryn McNally and Mark Kolman and Denying Certain Insurers' Motion *in Limine* to Exclude Testimony of Michael Burnett | 3/21/2022 |
| 158. | 9422 | Notice of Withdrawal of Documents Consistent with the Terms of the RCAHC Term Sheet | 03/21/2022 |
| 159. | 9442 | Affidavit/Declaration of Service re: Twelfth Mediators Report [Docket No. 9386] | 03/22/2022 |
| 160. | 9443 | Notice of Deposition of Morgan Wade Paul Filed by Boy Scouts of America, Delaware BSA, LLC | 3/22/2022 |
| 161. | 9444 | Notice of Deposition of Norman Aguon Filed by Boy Scouts of America, Delaware BSA, LLC | 3/22/2022 |
| 162. | 9445 | Debtors Supplemental Response to Objection of the Roman Catholic Ad Hoc Committee to the Declaration of Brian Whittman | 3/22/2022 |
| 163. | 9448 | Notice of Withdrawal of Joinder to Objection to Confirmation of the Debtors' Plan of Reorganization. Filed by Archdiocese of New York Parishes and Related Entities. | 03/23/2022 |
| 164. | 9453 | Debtors Submission in Support of Admitting Expert Demonstrative of Dr. Charles Bates | 3/23/2022 |
| 165. | 9461 | Notice of Deposition of Norman Aguon Filed by Tort Claimants' Committee | 03/23/2022 |
| 166. | 9462 | Notice of Deposition of Morgan Wade Paul Filed by Tort Claimants' Committee | 03/23/2022 |
| 167. | 9478 | Guam Committee's Response To The Debtors' Supplemental Response To Objection Of The Roman Catholic Ad Hoc Committee To The Declaration Of Brian Whittman (related document(s)[9312] | 3/24/2022 |
| 168. | 9489 | Brief in Support of Motion Under Bnkr. R. 5007(C) for Admission of Exhibits | 3/25/2022 |
| 169. | 9492 | Brief of the Settling Insurers in Support of the Admission of the Declaration of Brian Whittman | 3/25/2022 |
| 170. | 9493 | Declaration in Support of Tancred Schiavoni in Support of Settling Insurers Motion to Admit Whittman Testimony | 3/25/2022 |
| 171. | 9494 | Notice of Deposition of Morgan Wade Paul for March 26, 2022 Filed by Century Indemnity Company | 3/26/2022 |
| 172. | 9496 | Debtors' Submission in Support of the Testimony of Brian Whittman | 3/28/2022 |
| 173. | 9498 | Affidavit/Declaration of Service re: Notice of Twelfth Mediators Report Regarding Roman Catholic Ad Hoc Committee Term Sheet [Docket No. 9387] | 3/28/2022 |
| 174. | 9510 | Stipulation Between Munich Reinsurance America, Inc. f/k/a American Re-Insurance Company and Debtors and Debtors in Possession Regarding Policy No. M-1027493 | 3/29/2022 |
| 175. | 9558 | Notice of Withdrawal of the Certain Insurers' Designations and Counter-Designations to Certain Deposition Transcripts Filed by Travelers Casualty and Surety Company, Inc. | 4/03/2022 |
| 176. | 9560 | Notice of Filing of Revised Exhibit B (Settlement Trust Agreement) to the Third Modified Fifth Amended Plan | 4/4/2022 |

| 177. | 9595 | Notice of the Tort Claimants' Committee's Filing of Redlined Revised Pages of Exhibit B (Settlement Trust Agreement) to the Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization | 4/06/2022 |
|---|---|---|---|
| 178. | 9605 | Notice of Opinion and Order Granting BSA's Motion for Summary Judgment in Girl Scouts of the United States of America v. Boy Scouts of America Filed by Boy Scouts of America, Delaware BSA, LLC. | 4/07/2022 |
| 179. | 9615 | Notice of Corrected Assumption Schedule in Sixth Amended Plan Supplement | 4/7/2022 |
| 180. | 9657 | Affidavit/Declaration of Service re: Notice of Filing of Sixth Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 9594] | 04/18/2022 |
| 181. | 9689 | Statement Regarding Closing Argument of Liberty Mutual | 4/21/2022 |
| 182. | 9690 | Notice of Filing of Revised Exhibit B (Settlement Trust Agreement) to the Third Modified Fifth Amended Plan | 4/21/2022 |
| 183. | 9693 | 4/21/22 Lujan & Wolff Letter to Court | 4/21/2022 |
| 184. | 9694 | Notice of Errata Regarding Certain Provisions in Exhibit I-1 to the Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization | 4/21/2022 |
| 185. | 9699 | Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and Blackline Thereof | 4/22/2022 |
| 186. | 9728 | Affidavit/Declaration of Service re: Notice of Errata Regarding Certain Provisions in Exhibit I-1 to the Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 9694], Notice of Filing of Addendum to Exhibit J-1 to the Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 9695], and Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and Blackline Thereof [Docket No. 9699] | 4/26/2022 |
| 187. | 9732 | Affidavit/Declaration of Service re: Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 9696], Notice of Filing of Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and Blackline Thereof [Docket No. 9697], and Notice of Filing of Seventh Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 9698] | 4/26/2022 |
| 188. | 9795 | Affidavit/Declaration of Service (Supplemental Service) re: Notice of Filing of Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and Blackline Thereof [Docket No. 9697] and Notice of Filing of Seventh Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 9698] | 5/12/2022 |

| 189. | 10006 | [SEALED] Letter Regarding Motion of Failure of Notifications. Filed by D.W. (BJM) | 6/27/2022 |
|---|---|---|---|
| 190. | 10007 | [REDACTED] Letter Regarding Motion of Failure of Notifications. (related document(s)[10006] Filed by D.W. (BJM) | 6/27/2022 |
| 191. | 10117 | Debtors Motion for Entry of an Order (I) Approving Settlement Agreement Between Boy Scouts of America and Girl Scouts of the United States of America and (II) Granting Related Relief Filed by Boy Scouts of America, Delaware BSA, LLC. | 7/22/2022 |
| 192. | 10169 | Certificate of No Objection Regarding Debtors Motion for Entry of an Order (I) Approving Settlement Agreement Between Boy Scouts of America and Girl Scouts of the United States of America and (II) Granting Related Relief (related document(s)[10117]) Filed by Boy Scouts of America, Delaware BSA, LLC. (Remington, Tori) | 8/08/2022 |
| 193. | 10193 | Order (I) Approving Settlement Agreement Between Boy Scouts of America and Girl Scouts of the United States of America and (II) Granting Related Relief (Related Doc # [10117]) | 8/15/2022 |
| 194. | 10201 | Affidavit/Declaration of Service re: Notice of Corrected Thirteenth Mediator's Report Regarding Modifications to the Plan and Confirmation Order [Docket No. 10178] | 8/17/2022 |
| 195. | 10203 | Affidavit/Declaration of Service re: Notice of Filing of Blackline of Conformed (I) Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and (II) Certain Other Plan Documents [Docket No. 10190] | 8/17/2022 |
| 196. | 10219 | Notice of Withdrawal of Girl Scouts Of The United States Of Americas Withdrawal Of Proof Of Claim And Objection To Debtors Second Modified Fifth Amended Chapter 11 Plan Of Reorganization For Boy Scouts Of America And Delaware BSA, LLC (related document(s)[9696]) | 8/19/2022 |
| 197. | 10221 | Affidavit/Declaration of Service (Supplemental Service) re: Notice of Filing of Blackline of Conformed (I) Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and (II) Certain Other Plan Documents [Docket No. 10190] | 8/19/2022 |
| 198. | 10240 | [SEALED] Objection to Court's Opinion. (related document(s)10136 Filed by D.W.) | 8/24/2022 |
| 199. | 10241 | [REDACTED] Objection to Court's Opinion. (related document(s)10136, 10240) Filed by D.W. | 8/24/2022 |
| 200. | 10242 | [SEALED] Notice of Appeal of Filed 7/29/2022 Opinion. Receipt Number 00000, Fee Amount $298. (related document(s)[10136]) Appellants listed as: D.W. Appellees listed as: Boy Scouts of America and Delaware BSA, LLC. Filed by D.W. | 8/22/2022 |
| 201. | 10243 | [REDACTED] Notification of Premature Notice of Appeal of Filed 7/29/2022 Opinion. (related document(s)10136, 10242) Filed by D.W. (BJM) | 8/24/2022 |
| 202. | 10263 | Exhibit(s) Notice of Filing of Blackline of Further Conformed Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC | 8/29/2022 |
| 203. | 10284 | Affidavit/Declaration of Service re: Notice of Filing of Revised Supplemental Findings of Fact and Conclusions of Law and Order | 9/01/2022 |

| | | Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 10265] | |
|---|---|---|---|
| 204. | 10291 | Affidavit/Declaration of Service re: Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 10262] and Notice of Filing of Blackline of Further Conformed Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 10263] | 9/02/2022 |
| 205. | 10299 | Century's Statement Regarding Debtors' Proposed Revised Confirmation Order | 9/6/2022 |
| 206. | 10310 | Certification of Counsel Regarding Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC Filed by Boy Scouts of America, Delaware BSA, LLC | 9/7/2022 |
| 207. | 10311 | Affidavit/Declaration of Service re: Notice of Filing of Further Revised Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 10295] | 9/07/2022 |
| 208. | 10332 | Affidavit/Declaration of Service re: Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 10316] | 09/12/2022 |
| 209. | 10340 | [SEALED] Letter Regarding Abuse Filed by D.W. (LH) | 09/14/2022 |
| 210. | 10342 | [REDACTED] Letter Regarding Abuse (related document(s)[10340]) Filed by D.W. (LH) | 09/14/2022 |
| 211. | 10364 | [SEALED] Motion for Designation of Record Order to U.S. District Court, Wilmington DE (related document(s)10242, 10255) Filed by D.W. | 09/20/2022 |
| 212. | 10365 | (REDACTED) Motion for Designation of Record Order to U.S. District Court, Wilmington DE (related document(s)10242, 10255, 10364) Filed by D.W. | 09/20/2022 |
| 213. | 10366 | [SEALED] Motion to Stay Execution of Judgment Confirmation Order. Filed by D.W. | 09/20/2022 |
| 214. | 10367 | (REDACTED) Motion to Stay Execution of Judgment Confirmation Order. (related document(s)10366) Filed by D.W. | 09/20/2022 |
| 215. | 10409 | Affidavit/Declaration of Service (Supplemental Service) re: Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 10316]. | 09/21/2022 |
| 216. | 10481 | Affidavit/Declaration of Service re: Notice of Entry of Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 10358] | 09/26/2022 |
| 217. | 10488 | [SEALED] Motion to Revoke Confirmation Plan Order Filed by D.W. | 09/27/2022 |
| 218. | 10489 | Motion to Allow Motion to Revoke Confirmation Plan Order Filed by D.W. | 09/27/2022 |

| 219. | 10499 | [SEALED] Application for Certification of Classes Class Action. Filed by D.W. | 09/27/2022 |
| 220. | 10500 | [REDACTED] Application for Certification of Classes Class Action. (related document(s)[10499]) Filed by D.W. | 09/27/2022 |
| 221. | 10546 | Debtors' Motion for Entry of an Order (I) Approving the Stipulation Among BSA, AOA Debtor and AOA Committee and (II) Granted Related Relief | 10/6/2022 |
| 222. | 10547 | Declaration of Brian Whittman in Support of Debtors' Motion for Entry of an Order (I) Approving the Stipulation Among BSA, AOA Debtor and AOA Committee and (II) Granted Related Relief | 10/6/2022 |

## B. Joint Trial Exhibits admitted at the Confirmation Hearing[5]

The parties have agreed by stipulation that all exhibits admitted into the evidentiary record at the Confirmation Hearing shall be designated on appeal and that the parties shall cooperate to facilitate transmittal of the record to the District Court.  Below is a list of exhibits that the Appellees believe were admitted into evidence in addition to the exhibits designated by the Appellants.  The Appellees reserve the right to seek to amend or supplement the exhibit list to the extent necessary to add any omitted exhibits that were admitted at the Confirmation Hearing.

|  | JTX | Description | Date Admitted |
|---|---|---|---|
| 1. | 13-5 | Gutzler Opening Materials Considered List | 3/24/2022 |
| 2. | 347 | Revised Exhibit 9 to Gutzler Report | 3/24/2022 |
| 3. | 677 | BTF Minutes July 6, 2021 | 3/14/2022 |
| 4. | 701 | Deposition Transcript of J. Kinney, dated July 23, 2021 | — |
| 5. | 715 | BTF Minutes August 6, 2021 | 3/14/2022 |
| 6. | 728 | Special Nat'l Exec. Board Mins. (Confidential Portion) August 16, 2021 | 3/14/2022 |
| 7. | 729 | NEB Minutes (Not Confidential Portion) August 16, 2021 | 3/14/2022 |
| 8. | 743 | Presentation to BSA NEC re Chapter 11 August 22, 2021 | 3/14/2022 |
| 9. | 744 | NEC Minutes (Redacted) Aug. 22, 2021 | 3/14/2022 |
| 10. | 869 | Nat'l Exec. Board Minutes October 3, 2021 | 3/14/2022 |
| 11. | 870 | Nat'l Exec. Comm. Minutes October 3, 2021 | 3/14/2022 |
| 12. | 871 | Presentation to BSA National Executive Board re Chapter 11 October 3, 2021 | 3/14/2022 |
| 13. | 876 | Nat'l Exec. Comm. Minutes October 12, 2021 | 3/14/2022 |
| 14. | 878 | Nat'l Exec. Board Minutes October 13, 2021 | 3/14/2022 |

---

[5]     For purposes of presenting evidence at the Confirmation Hearing, the parties provided the Bankruptcy Court with a set of joint trial exhibits.  These exhibits are referred to as "JTX ___."

| 15. | 904 | Presentation to NEB on JPM Debt and Case Update | 3/14/2022 |
|---|---|---|---|
| 16. | 907 | Nov. 1, 2021 Signed Minutes of the National Executive Board.pdf | 3/14/2022 |
| 17. | 908 | Nov. 1, 2021 Signed Minutes of NEC.pdf | 3/14/2022 |
| 18. | 1040 | BSA Coverage Charts (Gutzler-Opening report-Exhibit 3) | 3/24/2022 |
| 19. | 1043 | Table of Policies with Prior Exhaustion Amounts (Gutzler-Opening report-Exhibit 5) | 3/24/2022 |
| 20. | 1044 | Prior Exhaustion (Gutzler-Opening report-Exhibit 6) | 3/24/2022 |
| 21. | 1045 | Policy Archeology (Gutzler-Opening report-Exhibit 7) | 3/24/2022 |
| 22. | 1046 | BSA Local Council Insurance Archaeology Guidance (Gutzler-Opening report-Exhibit 7.1) | 3/24/2022 |
| 23. | 1047 | Policy Allocation Assumptions (Gutzler-Opening report-Exhibit 8) | 3/24/2022 |
| 24. | 1050 | Claim Allocation Examples (Gutzler-Opening report-Exhibit 11) | 3/24/2022 |
| 25. | 1052 | Expert Report of Charles E. Bates | 3/24/2022 |
| 26. | 1058 | Bates White BSA valuation model (Tranche 6) (Gutzler Opening Materials Considered List) | 3/24/2022 |
| 27. | 1063 | Exhaustion Report – All Policies (Excel) - As of 01.22.2021 - Riskonnect data from the BSA (Gutzler Opening Materials Considered List) | 3/24/2022 |
| 28. | 1117 | December 22, 2021 BTF Minutes | 3/14/2022 |
| 29. | 1118 | December 29, 2021 Updated Expert Report of Brian Whittman | 3/24/2022 |
| 30. | 1128 | January 2, 2022 NEB Minutes | 3/14/2022 |
| 31. | 1186 | Policy Listing with Allocation Results | 3/24/2022 |
| 32. | 1194 | Supplemental Report of Charles E. Bates | 3/24/2022 |
| 33. | 1277 | Presentation by AM to BTF (Risk of Emergence & Liquidity Outlook), dated February 6, 2022 | 3/14/2022 |
| 34. | 1420 | NEC Minutes, dated February 16, 2022 | 3/14/2022 |
| 35. | 1431 | Charles E. Bates Second Supplemental Expert Report, dated March 2, 2022 | 3/24/2022 |
| 36. | 1435 | Brian Whittman Supplemental Expert Report, dated March 2, 2022 | 3/24/2022 |
| 37. | 1609 | ECF 4107 filed 5/16/21: Proposed Amendments to the Second Amended Plan | 3/17/2022 |
| 38. | 2646 | Debtors' Responses and Objections to Lujan Claimants' First Set of Requests for Admission to Boy Scouts of America and Delaware BSA, LLC, dated October 18, 2021, and any amendments or supplemental responses thereto. | 3/17/2022 |
| 39. | 2738 | Century and Chubb Companies Term Sheet | 3/22/2022 |

Dated:  October 6, 2022
        Wilmington, Delaware

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

*/s/  Andrew R. Remming*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Tori L. Remington (No. 6901)
Sophie Rogers Churchill (No. 6905)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ptopper@morrisnichols.com
        tremington@morrisnichols.com
        srchurchill@morrisnichols.com

-and-

WHITE & CASE LLP
Jessica C. Lauria (*pro hac vice* pending)
Glenn M. Kurtz (*pro hac vice* pending)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com
        gkurtz@whitecase.com


WHITE & CASE LLP
Michael C. Andolina
(*pro hac vice* forthcoming)
Matthew E. Linder
(*pro hac vice* forthcoming)
Laura E. Baccash
(*pro hac vice* forthcoming)
Blair M. Warner
(*pro hac vice* forthcoming)
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 881-5400
Emails: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whtiecase.com

*Counsel to the Debtors*

BIELLI & KLAUDER, LLC

*/s/  David M. Klauder*
David M. Klauder, Esquire  (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

-and-

KTBS LAW LLP
Thomas E. Patterson
(*pro hac vice* forthcoming)
Daniel J. Bussel
(*pro hac vice* forthcoming)
Robert J. Pfister
(*pro hac vice* forthcoming)
Sasha M. Gurvitz
(*pro hac vice* forthcoming)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Email: tpatterson@ktbslaw.com
        dbussel@ktbslaw.com
        rpfister@ktbslaw.com
        sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C.
and Pfau Cochran Vertetis Amala PLLC*

PACHULSKI STANG ZIEHL
& JONES LLP

*/s/   James E. O'Neill*
Richard M. Pachulski
(*pro hac vice* forthcoming)
Alan J. Kornfeld
(*pro hac vice* forthcoming)
Debra I. Grassgreen
(*pro hac vice* forthcoming)
Iain A.W. Nasatir
(*pro hac vice* forthcoming)
James E. O'Neill (No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email: rpachulski@pszjlaw.com
akornfeld@pszjlaw.com
dgrassgreen@pszjlaw.com
inasatir@pszjlaw.com
joneill@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/   Robert S. Brady*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
eharron@ycst.com

-and-

GILBERT LLP
Kami E. Quinn (*pro hac vice* forthcoming)
Emily P. Grim (*pro hac vice* forthcoming)
Rachel H. Jennings (*pro hac vice* forthcoming)
Kyle Y. Dechant (*pro hac vice* forthcoming)
700 Pennsylvania Ave, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: quinnk@gilbertlegal.com
grime@gilbertlegal.com
jenningsr@gilbertlegal.com
dechantk@gilbertlegal.com

*Counsel to the Future Claimants'
Representative*

MONZACK MERSKY & BROWDER, P.A.

/s/   Rachel B. Mersky
Rachel B. Mersky (No. 2049)
1201 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
Email: RMersky@Monlaw.com

-and-

BROWN RUDNICK LLP
David J. Molton, Esq.
(*pro hac vice* forthcoming)
Eric R. Goodman, Esq.
(*pro hac vice* forthcoming)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: DMolton@BrownRudnick.com
Email: EGoodman@BrownRudnick.com

-and-

Sunni P. Beville, Esq.
(*pro hac vice* forthcoming)
Tristan G. Axelrod, Esq.
(*pro hac vice* forthcoming)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: SBeville@BrownRudnick.com
Email: TAxelrod@BrownRudnick.com

*Counsel to the Coalition of Abused Scouts for*
*Justice*

DLA PIPER, LLP (US)

/s/   R. Craig Martin
R. Craig Martin (No. 5032)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5655
Facsimile: (302) 778-7834
Email: craig.martin@dlapiper.com

-and-

WACHTELL, LIPTON, ROSEN & KATZ
Richard G. Mason (*pro hac vice* forthcoming)
Douglas K. Mayer (*pro hac vice* forthcoming)
Joseph C. Celentino (*pro hac vice* forthcoming)
Mitchell S. Levy (*pro hac vice* forthcoming)
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Email:  RGMason@wlrk.com
          DKMayer@wlrk.com
          JCCelentino@wlrk.com
          MSLevy@wlrk.com

*Attorneys for Ad Hoc Committee of Local*
*Councils of the Boy Scouts of America*

BAYARD, P.A.

/s/  Erin R. Fay
Erin R. Fay (No. 5268)
Gregory J. Flasser (DE Bar No. 6154)
600 North King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com
gflasser@bayardlaw.com

-and-

RUGGERI PARKS WEINBERG LLP
James P. Ruggeri (*pro hac vice* forthcoming)
Joshua D. Weinberg (*pro hac vice* forthcoming)
1875 K Street, NW, Suite 600
Washington, D.C. 20003
Tel: (202) 469-7750
Email: jrugerri@rugerrilaw.com
jweinberg@ruggerilaw.com

-and-

WILMER CUTLER PICKERING HALE AND
DORR LLP
Philip D. Anker (*pro hac vice* forthcoming)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8890
Email: philip.anker@wilmerhale.com

-and-

WILMER CUTLER PICKERING HALE AND
DORR LLP
Danielle Spinelli (*pro hac vice* forthcoming)
Joel Millar (*pro hac vice* forthcoming)
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Email: danielle.spinelli@wilmerhale.com
joel.millar@wilmerhale.com

*Attorneys for Hartford Accident and Indemnity*
*Company, First State Insurance Company, Twin*
*City Fire Insurance Company, and Navigators*
*Specialty Insurance Company*

STAMOULIS & WEINBLATT LLC

/s/   Stamatios Stamoulis
Stamatios Stamoulis (No. 4606)
800 N. West Street, Third Floor
Wilmington, DE 19081
Telephone: (302) 999-1540
Email: stamoulis@swdelaw.com

-and-

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice* forthcoming)
Daniel Shamah (*pro hac vice* forthcoming)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: tschiavoni@omm.com
dshamah@omm.com

-and-

O'MELVENY & MYERS LLP
Steve Warren (*pro hac vice* forthcoming)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Email: swarren@omm.com

-and-

SIMPSON THACHER & BARTLETT LLP Mary
Beth Forshaw (*pro hac vice* forthcoming)
David Elbaum (*pro hac vice* forthcoming)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Email: mforshaw@stblaw.com
david.elbaum@stblaw.com

*Attorneys for Century and Chubb Companies*

TYBOUT, REDFEARN & PELL

*/s/  Robert D. Cecil* _____
Robert D. Cecil, Jr. (No. 5317)
501 Carr Road, Suite 300
Wilmington, DE 19809
Telephone: (302) 658-6901
Email: rcecil@trplaw.com

-and-

CROWELL & MORING LLP
Mark D. Plevin (*pro hac vice* forthcoming)
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: mplevin@crowell.com

-and-

CROWELL & MORING LLP
Tacie H. Yoon (*pro hac vice* forthcoming)
Rachel A. Jankowski (*pro hac vice* forthcoming)
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Email: tyoon@crowell.com
rjankowski@crowell.com

*Attorneys for Zurich Insurers and Zurich*
*Affiliated Insurers*

BALLARD SPAHR LLP

*/s/  Matthew G. Summers* _____
Matthew G. Summers (No. 5533)
Chantelle D. McClamb (No. 5978)
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4428
Email: summersm@ballardspahr.com
mcclambc@ballardspahr.com

-and-

STEPTOE & JOHNSON LLP
Harry Lee (*pro hac vice* forthcoming)
John O'Connor (*pro hac vice* forthcoming)
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Email: hlee@steptoe.com
joconnor@steptoe.com

*Attorneys for Clarendon*

REED SMITH LLP

*/s/  Mark W. Eckard*_____
Kurt F. Gwynne (No. 3951)
Mark W. Eckard (No. 4542)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com
meckard@reedsmith.com

-and-

KRAMER LEVIN NAFTALIS & FRANKEL
LLP
Rachael Ringer (*pro hac vice* forthcoming)
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email: rringer@kramerlevin.com

*Attorneys for the Creditors' Committee*


MACAULEY LLC

*/s/  Thomas G. Macauley*_____
Thomas G. Macauley (No. 3411)
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801-1607
Telephone: (302) 656-0100
Email: tm@macdelaw.com

-and-

BRADLEY ARANT BOULT CUMMINGS
LLP
Edwin G. Rice (*pro hac vice* forthcoming)
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Email: erice@bradley.com

*Attorneys for United Methodist Ad Hoc
Committee*

WOMBLE BOND DICKINSON (US) LLP

*/s/  Matthew P. Ward*_____
Matthew P. Ward (No. 4471)
Morgan L. Patterson (No. 5388)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com

-and-

NORTON ROSE FULBRIGHT US LLP
Kristian W. Gluck (*pro hac vice* forthcoming)
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
Email: Kristian.gluck@nortonrosefulbright.com

*Attorneys for JPMorgan Chase Bank., N.A.*