# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC, [1] <br><br>             Debtors. | Chapter 11 <br><br> Bankruptcy Case No. <br><br> 20-10343 (LSS) <br><br> (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br><br>             Appellants. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br>             Appellees. | Case No. 22-cv-01237-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Keith R. Martorana, Esquire to represent Appellants: National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01856321;v1}

Company; The Insurance Company of the State of Pennsylvania.

Dated: October 14, 2022  */s/ Deirdre M. Richards*
Deirdre M. Richards (No.4191)
Fineman Krekstein & Harris, PC
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 558-8331; Fax: (302) 394- 9228
drichards@finemanlawfirm.com

*Attorneys for Appellants: National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____                    _____
                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and am admitted in the United States Supreme Court, the United States Court of Appeals for the First Circuit and the United States District Courts for the Southern and Eastern Districts of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action.  I also certify that I am generally familiar with this Court's local rules and with the revised Standing Order for the District Court Fund. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court upon the filing of this motion

Date: October 14, 2022            /s/ Keith R. Martorana
                                  Keith R. Martorana, Esquire (NY 4576971)
                                  Gibson, Dunn & Crutcher LLP
                                  200 Park Avenue
                                  New York, NY 10166-0193
                                  Telephone (212) 351-3991; Fax (212) 351-6391
                                  KMartorana@gibsondunn.com