# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC, [1] <br><br>         Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br><br>         Appellants. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br>         Appellees. | Case No. 22-cv-01237-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for

the admission *pro hac vice* of Blaine H. Evanson, Esquire to represent Appellants:

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01856030;v1}

National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania.

Dated: 10/14/22

*/s/ Deirdre M. Richards*
Deirdre M. Richards (No.4191)
Fineman Krekstein & Harris, PC
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 558-8331
Fax: (302) 394- 9228
drichards@finemanlawfirm.com

*Attorneys for Appellants: National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; and The Insurance Company of the State of Pennsylvania*

# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC, [1] <br><br>        Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br><br> (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br><br>       Appellants. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br>       Appellees. | <br><br><br><br><br><br> Case No. 22-cv-01237-RGA |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____                           _____
                                                                                  United States District Judge

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC, [1] <br><br> Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br><br> Appellants. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br> Appellees. | Case No. 22-cv-01237-RGA |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of California and the U.S. District Courts for the Central, Northern and Eastern Districts of California, 1st Circuit Court of Appeals, 2nd Circuit Court of Appeals, 3rd Circuit Court of Appeals, 4th Circuit Court of Appeals, 5th Circuit Court of Appeals, 7th Circuit Court of Appeals, 8th Circuit Court of Appeals, 9th Circuit Court of Appeals, 10th Circuit Court of Appeals, 11th Circuit Court of Appeals,

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01856030;v1}

Court of Appeals for the D.C. Circuit, Court of Appeals for the Federal Circuit and the United States Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action.  I also certify that I am generally familiar with this Court's local rules and with the revised Standing Order for the District Court Fund.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court upon the filing of this motion.

Date: 10/13/22    /s/ *Blaine H. Evanson*
Blaine H. Evanson, Esquire
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612
Telephone (949) 451-3805;
Fax (949) 475-4768
BEvanson@gibsondunn.com