# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America<br>and Delaware BSA, LLC,[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |
| National Union Fire Insurance<br>Company of Pittsburgh, PA, *et al.*,<br><br>     Appellants,<br><br>v.<br><br>Boy Scouts of America, *et al.*,<br><br>     Appellees. | Case No. 22-cv-01237-RGA<br><br>Jointly Consolidated[2] |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Kami E. Quinn, Emily P. Grim, Meredith C. Neely, Rachel H. Jennings, Kyle Y. Dechant, and December L. Huddleston of Gilbert LLP

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Case numbers 22-cv-01237, 22-cv-01238, 22-cv-01239, 22-cv-01240, 22-cv-01241, 22-cv-01242, 22-cv-01243, 22-cv-01244, 22-cv-01245, 22-cv-01246, 22-cv-01247, 22-cv-01249, 22-cv-01250, 22-cv-01251, 22-cv-01252, 22-cv-01258, and 22-cv-01263 have been jointly consolidated under 22-cv-01237.

29816937.2

to represent appellee James L. Patton, Jr., the legal representative for future claimants, in the above-captioned matter.

Dated: October 21, 2022  YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ Jared W. Kochenash
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kenneth J. Enos (No. 4544)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
          eharron@ycst.com
          kenos@ycst.com
          jkochenash@ycst.com

*Counsel to the Future Claimants' Representative*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____  _____
United States District Judge

29816937.2

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: October 21, 2022    /s/ *Kami E. Quinn*
                                                      Kami E. Quinn
                                                     Gilbert LLP
                                                     700 Pennsylvania Avenue, SE, Suite 400
                                                     Washington, DC 20003
                                                     Telephone: (202) 772-2200
                                                     Email: quinnk@gilbertlegal.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: October 21, 2022  /s/ *Emily P. Grim*
Emily P. Grim
Gilbert LLP
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
Email: grime@gilbertlegal.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: October 21, 2022  /s/ *Meredith C. Neely*
Meredith C. Neely
Gilbert LLP
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
Email: neelym@gilbertlegal.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: October 21, 2022     */s/ Rachel H. Jennings*
Rachel H. Jennings
Gilbert LLP
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
Email: jenningsr@gilbertlegal.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: October 21, 2022   */s/ Kyle Y. Dechant*
              Kyle Y. Dechant
              Gilbert LLP
              700 Pennsylvania Avenue, SE, Suite 400
              Washington, DC 20003
              Telephone: (202) 772-2200
              Email: dechantk@gilbertlegal.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: October 21, 2022  */s/ December L. Huddleston*
December L. Huddleston
Gilbert LLP
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
Email: huddlestond@gilbertlegal.com