# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] Debtors. | Bankruptcy Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| National Union Fire Insurance Company of Pittsburgh, PA, *et al.*, Appellants. | |
| v. | Case No. 22-cv-01237-(RGA) |
| Boy Scouts of America and Delaware BSA, LLC, Appellees. | Consolidated[2] |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached Certification, undersigned counsel moves the admission *pro hac vice* of Lorraine Armenti, Michael Hrinewski, and Kevin T. Coughlin of Coughlin Midlige & Garland LLP to represent Arrowood Indemnity Company in the above-captioned case.

Dated: October 21, 2022

    */s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
Joyce, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Case numbers 22-cv-01237, 22-cv-01238, 22-cv-01239, 22-cv-01240, 22-cv-01241, 22-cv-01242, 22-cv-01243, 22-cv-01244, 22-cv-01245, 22-cv-01246, 22-cv-01247, 22-cv-01249, 22-cv-01250, 22-cv-01251, 22-cv-01252, 22- cv-01258, and 22-cv-01263 have been jointly consolidated under 22-cv-01237.

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____  _____
The Honorable Richard G. Andrews
United States District Judge

# CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 83.5, I, Lorraine Armenti, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and the Bar of the State of New York, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 21, 2022

/s/ *Lorraine Armenti*
Lorraine Armenti, Esquire
Coughlin Midlige & Garland LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
(973)-267-0058
larmenti@cmg.law

# CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Michael Hrinewski, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 21, 2022

*/s/ Michael Hrinewski*
Michael Hrinewski, Esquire
Coughlin Midlige & Garland LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
(973)-267-0058
mhrinewski@cmg.law

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 83.5, I, Kevin T. Coughlin, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and the Bar of the State of New York, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 21, 2022

*/s/ Kevin T. Coughlin*
Kevin T. Coughlin, Esquire
Coughlin Midlige & Garland LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
kcoughlin@cmg.law