# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> Boy Scouts of America and Delaware BSA, LLC, [1] <br>                Debtors. | Chapter 11 <br> Bankruptcy Case No. <br> 20-10343 (LSS) <br> (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br>                Appellants. <br> v. <br> Boy Scouts of America and Delaware BSA, LLC, <br>                Appellees. | Case No. 22-cv-01237-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Theodore J. Boutrous, Jr., Esquire to represent Appellants: National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.
{01857234;v1}

Company; and The Insurance Company of the State of Pennsylvania.

| | |
|---|---|
| Dated: October 24, 2022 | */s/ Deirdre M. Richards* <br> Deirdre M. Richards (No.4191) <br> Fineman Krekstein & Harris, PC <br> 1300 N. King Street <br> Wilmington, DE 19801 <br> Telephone: (302) 558-8331; Fax: (302) 394- 9228 <br> drichards@finemanlawfirm.com <br><br> *Attorneys for Appellants: National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania* |

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____                          _____
                                          United States District Judge

{01857234;v1}

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of California, New York, and the District of Columbia, and to the United States District Courts for the Northern, Central, Eastern and Southern Districts of California, Southern and Eastern District of New York and the District of Columbia, United States Courts of Appeals for the 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 11th Circuits, the District of Columbia, Circuit, the District of Columbia Circuit, the Federal Circuit, the California Supreme Court, and the United States Supreme Court. I am also admitted in the United Kingdom (England and Wales) as a Solicitor and Registered Foreign Lawyer, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action. I also certify that I am generally familiar with this Court's local rules and with the revised Standing Order for the District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court upon the filing of this motion

Date: October 24, 2022

/s/ Theodore J. Boutrous Jr.
Theodore J. Boutrous, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone (213) 229-7804; Fax (213) 229-6804
TBoutrous@gibsondunn.com