## **ORDER GRANTING MOTION TO BE ADMITTED *PRO HAC VICE***

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____  _____
                                        UNITED STATES DISTRICT JUDGE