# **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Guam, Commonwealth of the Northern Mariana Islands, and California, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: October 24, 2022  /s/ *Delia L. Wolff*
Delia Lujan Wolff
LUJAN & WOLFF LLP
Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagåtña, Guam 96910
Tel. (671) 477-8064/5
dslwolff@lawguam.com