# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*,<br><br>              Appellants,<br><br>            v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>              Appellees. | Case No. 22-cv-01237 (RGA)<br><br>Jointly Consolidated[2] |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Margaret H. Warner, Ryan S. Smethurst, and Alex M. Spisak of McDermott Will & Emery LLP to represent Appellant Allianz Global Risks US Insurance Company in this matter.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The Case numbers 22-cv-01237, 22-cv-01238, 22-cv-01239, 22-cv-01240, 22-cv-01241, 22-cv-01242, 22-cv-01243, 22-cv-01244, 22-cv-01245, 22-cv-01246, 22-cv-01247, 22-cv-01249, 22-cv-01250, 22-cv-01251, 22-cv-01252, 22-cv-01258, and 22-cv-01263 have been jointly consolidated under 22-cv-01237.

Dated: October 25, 2022          TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ David M. Fournier*
David M. Fournier (DE No. 2812)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Email: david.fournier@troutman.com

*Attorneys for Allianz Global Risks US Insurance Company*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____      _____
Honorable Richard G. Andrews
United States District Judge

-2-

#132256072 v1

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office for the year of 2022.

Dated: October 25, 2022            */s/ Margaret H. Warner*
                                                       Margaret H. Warner
                                                       **MCDERMOTT WILL & EMERY LLP**
                                                       The McDermott Building
                                                       500 North Capitol Street, NW
                                                       Washington, DC 20001-1531
                                                       Telephone: (202) 756-8228
                                                       Email: mwarner@mwe.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office for the year of 2022.

Dated: October 25, 2022  /s/ Ryan S. Smethurst
Ryan S. Smethurst
**MCDERMOTT WILL & EMERY LLP**
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8036
Email: rsmethurst@mwe.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Massachusetts, the State of Rhode Island, and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office for the year of 2022.

Dated: October 25, 2022  /s/ *Alex M. Spisak*
Alex M. Spisak
**MCDERMOTT WILL & EMERY LLP**
650 Live Oak Avenue, Suite 300
Menlo Park, CA 94025-4885
Telephone: (650) 815-7400
Email: aspisak@mwe.com

#132256072 v1