IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*,<br><br>         Appellants,<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>         Appellees. | Case No. 22-cv-01237 (RGA)<br><br>Jointly Consolidated[2] |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Harris B. Winsberg and Matthew G. Roberts of Parker, Hudson, Ranier & Dobbs LLP to represent Appellants Allianz Global Risks US Insurance Company, National Surety Corporation and Interstate Fire & Casualty Company in this matter.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The Case numbers 22-cv-01237, 22-cv-01238, 22-cv-01239, 22-cv-01240, 22-cv-01241, 22-cv-01242, 22-cv-01243, 22-cv-01244, 22-cv-01245, 22-cv-01246, 22-cv-01247, 22-cv-01249, 22-cv-01250, 22-cv-01251, 22-cv-01252, 22-cv-01258, and 22-cv-01263 have been jointly consolidated under 22-cv-01237.

#132255588 v1

Dated: October 25, 2022          **TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ David M. Fournier*
David M. Fournier (DE No. 2812)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Email: david.fournier@troutman.com

*Attorneys for Allianz Global Risks US Insurance Company, National Surety Corporation and Interstate Fire & Casualty Company*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date: _____          _____
                                                            Honorable Richard G. Andrews
                                                            United States District Judge

#132255588 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Florida and Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office for the year of 2022.

Dated: October 25, 2022        */s/ Harris B. Winsberg*
                                                       Harris B. Winsberg
                                                       **PARKER, HUDSON, RANIER & DOBBS LLP**
                                                       303 Peachtree Street, NE,
                                                       Suite 3600
                                                       Atlanta, GA 30308
                                                       Tel: (404) 523-5300
                                                       Email: hwinsberg@phrd.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office for the year of 2022.

Dated: October 25, 2022      */s/ Matthew G. Roberts*
Matthew G. Roberts
Parker, Hudson, Ranier & Dobbs LLP
303 Peachtree Street, NE,
Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Email: mroberts@phrd.com