IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*,<br><br>        Appellants,<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>        Appellees. | Case No. 22-cv-01237 (RGA)<br><br>Jointly Consolidated[2] |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Todd C. Jacobs, John E. Bucheit, and Paul J. Esker of Bradley Riley Jacobs PC to represent Appellants National Surety Corporation and Interstate Fire & Casualty Company in this matter.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The Case numbers 22-cv-01237, 22-cv-01238, 22-cv-01239, 22-cv-01240, 22-cv-01241, 22-cv-01242, 22-cv-01243, 22-cv-01244, 22-cv-01245, 22-cv-01246, 22-cv-01247, 22-cv-01249, 22-cv-01250, 22-cv-01251, 22-cv-01252, 22-cv-01258, and 22-cv-01263 have been jointly consolidated under 22-cv-01237.

| | |
|---|---|
| Dated: October 25, 2022 | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| | |
| | */s/ David M. Fournier* |
| | David M. Fournier (DE No. 2812) |
| | Hercules Plaza, Suite 5100 |
| | 1313 N. Market Street, P.O. Box 1709 |
| | Wilmington, Delaware 19899-1709 |
| | Telephone: (302) 777-6500 |
| | Email: david.fournier@troutman.com |
| | |
| | *Attorneys for National Surety Corporation and Interstate Fire & Casualty Company* |

### **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
                              Honorable Richard G. Andrews
                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and Iowa, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office for the year of 2022.

Dated: October 25, 2022         /s/ *Todd C. Jacobs*
                                Todd C. Jacobs
                                **BRADLEY RILEY JACOBS PC**
                                500 West Madison Street, Suite 1000
                                Chicago, IL 60661
                                Telephone: (312) 281-0295
                                Email: tjacobs@bradleyriley.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office for the year of 2022.

Dated: October 25, 2022              /s/ *John E. Bucheit*
                                               John E. Bucheit
                                               **BRADLEY RILEY JACOBS PC**
                                               500 West Madison Street, Suite 1000
                                               Chicago, IL 60661
                                               Telephone: (630) 297-3101
                                               Email: jbucheit@bradleyriley.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Iowa, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office for the year of 2022.

Dated: October 25, 2022    */s/ Paul J. Esker*
Paul J. Esker
**BRADLEY RILEY JACOBS PC**
2007 First Avenue SE
P.O. Box 2804
Cedar Rapids, IA 52406-2804
Telephone: (319) 861-8779
Email: pesker@bradleyriley.com