# IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Boy Scouts of America and Delaware BSA, LLC, [1]<br><br>        Debtors. | Chapter 11<br><br>Bankruptcy Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*,<br><br>        Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>        Appellees. | Case No. 22-cv-01237-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission

*pro hac vice* of Seth M. Rokosky, Esquire to represent Appellants: National Union Fire Insurance

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; and

The Insurance Company of the State of Pennsylvania.

Dated: October 31, 2022

*/s/ Deirdre M. Richards*
Deirdre M. Richards (No.4191)
Fineman Krekstein & Harris, PC
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 558-8331; Fax: (302) 394- 9228
drichards@finemanlawfirm.com

*Attorneys for Appellants: National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; and The Insurance Company of the State of Pennsylvania*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date:_____                              _____
                                                        United States District Judge

{01859117;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and am admitted to the United States Courts of Appeals for the Second and Third Circuits and the United States District Court for the Southern District of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action. I also certify that I am generally familiar with this Court's local rules and with the revised Standing Order for the District Court Fund. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court upon the filing of this motion

Date: October 31, 2022

/s/ *Seth M. Rokosky*
Seth M. Rokosky, Esquire (NY 5025531)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Telephone (212) 351-6389; Fax (212) 716-0889
SRokosky@gibsondunn.com