**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> Boy Scouts of America <br> and Delaware BSA, LLC,[1] <br><br> Debtors. <br><br>_____ <br><br> National Union Fire Insurance <br> Company of Pittsburgh, PA, *et al.*, <br><br> Appellants, <br><br> v. <br><br> Boy Scouts of America, *et al.*, <br><br> Appellees. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered <br><br><br><br><br><br><br><br><br><br> Case No. 22-cv-01237-RGA <br><br> Jointly Consolidated[2] |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. Local Rule 83.5 and the accompanying Certification, counsel moves the admission *pro hac vice* William E. McGrath, Jr., Esquire to represent Appellant, Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Case numbers 22-cv-01237, 22-cv-01238, 22-cv-01239, 22-cv-01240, 22-cv-01241, 22-cv-01242, 22-cv-01243, 22-cv-01244, 22-cv-01245, 22-cv-01246, 22-cv-01247, 22-cv-01249, 22-cv-01250, 22-cv-01251, 22-cv-01252, 22-cv-01258, and 22-cv-01263 have been jointly consolidated under 22-cv-01237.

1

|  |  |
|---|---|
| | **DILWORTH PAXSON LLP** |
| Dated: November 3, 2022 | By: _/s/ Thaddeus J. Weaver_<br>Thaddeus J. Weaver (Id. No. 2790)<br>704 N. King Street, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899<br>(302) 571-8867 (telephone)<br>(302) 351-8735 (facsimile)<br>tweaver@dilworthlaw.com |
| | *Attorneys for Appellant, Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company* |