**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Boy Scouts of America<br>and Delaware BSA, LLC,[1]<br><br>               Debtors.<br>_____<br><br>National Union Fire Insurance<br>Company of Pittsburgh, PA, *et al.*,<br><br>               Appellants,<br><br>         v.<br><br>Boy Scouts of America, *et al.*,<br><br>               Appellees. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br><br><br><br><br><br><br>Case No. 22-cv-01237-RGA<br><br>Jointly Consolidated[2] |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

I, William E. McGrath, Jr., pursuant to D. Del. Local Rule 83.5, hereby certify as follows:

1.     I am eligible for admission to this Court.

2.     I am admitted and in good standing before the Bars of the Court of Appeals of the State of New York, the Supreme Court of the State of New Jersey, the United States Court of

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Case numbers 22-cv-01237, 22-cv-01238, 22-cv-01239, 22-cv-01240, 22-cv-01241, 22-cv-01242, 22-cv-01243, 22-cv-01244, 22-cv-01245, 22-cv-01246, 22-cv-01247, 22-cv-01249, 22-cv-01250, 22-cv-01251, 22-cv-01252, 22-cv-01258, and 22-cv-01263 have been jointly consolidated under 22-cv-01237.

1

Appeals for the Third Circuit, the United States District Court for the District of New Jersey, and the United States District Courts for the Southern and Eastern Districts of New York.

3. Pursuant to D. Del. Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of the above-captioned action.

4. I am generally familiar with the "Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware."

5. In accordance with the Standing Order for District Court Fund effective July 23, 2009, the annual fee payment of twenty five dollars ($25.00) has been submitted to the Clerk's Office (receipt no. ADEDC-3987849).

Respectfully Submitted,

William E. McGrath, Jr.
DILWORTH PAXSON LLP
2 Research Way
Princeton, NJ 08540
(609) 987-6679
wmcgrath@dilworthlaw.com

Dated: November 3, 2022