# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| National Union Fire Insurance Company of Pittsburgh, PA, *et al.*, | |
| Appellants, | |
| v. | Case No. 22-cv-01237-RGA |
| Boy Scouts of America, *et al.*, | Jointly Consolidated[2] |
| Appellees. | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of

William E. McGrath, Jr., Esquire to represent Appellant, Munich Reinsurance America, Inc.,

formerly known as American Re-Insurance Company is GRANTED.

SO ORDERED, THIS _____ DAY OF _____, 2022

_____
THE HONORABLE RICHARD G. ANDREWS

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Case numbers 22-cv-01237, 22-cv-01238, 22-cv-01239, 22-cv-01240, 22-cv-01241, 22-cv-01242, 22-cv-01243, 22-cv-01244, 22-cv-01245, 22-cv-01246, 22-cv-01247, 22-cv-01249, 22-cv-01250, 22-cv-01251, 22-cv-01252, 22-cv-01258, and 22-cv-01263 have been jointly consolidated under 22-cv-01237.