# CERTIFICATE OF SERVICE

I, Charles J. Brown, III, hereby certify that on November 7, 2022, I caused a copy of the forgoing **Appendix of Appellants D & V Claimants** to be filed with the clerk of Court via the CM/ECF system, which will notify all counsel of record for this matter.

Dated: November 7, 2022

                                              */s/ Charles J. Brown, III*
                                              Charles J. Brown, III (DE 3368)