IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC, <br> Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br> Appellants. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br> Appellees. | <br><br><br><br> Case No. 22-cv-01237-RGA |
| Travelers Casualty and Surety Company, Inc. *et al.*, <br> Appellants. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br> Appellees. | <br><br><br><br> Case No. 22-cv-01238-RGA |
| Old Republic Insurance Company, <br><br> Appellant. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br> Appellees. | <br><br><br><br> Case No. 22-cv-01239-RGA |

| | |
|---|---|
| General Star Indemnity Company,<br><br>    Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>    Appellees. | Case No. 22-cv-01240-RGA |
| Indian Harbor Insurance Company,<br><br>    Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>    Appellees. | Case No. 22-cv-01241-RGA |
| Munich Reinsurance America, Inc.,<br><br>    Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>    Appellees. | Case No. 22-cv-01242-RGA |
| Arch Insurance Company,<br><br>    Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>    Appellees. | Case No. 22-cv-01243-RGA |

| | |
|---|---|
| Great American Assurance Company *et al.*,<br><br>　　　　　Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>　　　　　Appellees. | Case No. 22-cv-01244-RGA |
| The Continental Insurance Co., *et al.*,<br><br>　　　　　Appellees.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>　　　　　Appellees. | Case No. 22-cv-01245-RGA |
| Gemini Insurance Company,<br><br>　　　　　Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>　　　　　Appellees. | Case No. 22-cv-01246-RGA |
| Traders and Pacific Insurance Company *et al.*,<br><br>　　　　　Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>　　　　　Appellees. | Case No. 22-cv-01247-RGA |

iii

| | |
|---|---|
| D & V Claimants,<br><br>                    Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>                    Appellees. | Case No. 22-cv-01249-RGA |
| Argonaut Insurance Company *et al.*,<br><br>                    Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>                    Appellees. | Case No. 22-cv-01250-RGA |
| Arrowood Indemnity Company,<br><br>                    Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>                    Appellees. | Case No. 22-cv-01251-RGA |
| Liberty Mutual Insurance Company *et al.*,<br><br>                    Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>                    Appellees. | Case No. 22-cv-01252-RGA |

| | |
|---|---|
| The Lujan Claimants,<br><br>　　　　Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>　　　　Appellees. | Case No. 22-cv-01258-RGA |
| Allianz Global Risks US Insurance Company *et al.*,<br><br>　　　　Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>　　　　Appellees. | Case No. 22-cv-01263-RGA |

**CERTIFICATE OF SERVICE**

I, Charles J. Brown, hereby certify that on November 8, 2022, I caused a copy of the [SEALED] APPENDIX OF APPELLANT D & V CLAIMANTS [D.I. 46], to be served on all parties in this case via secure Zip file link.

Dated: November 8, 2022

GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III, Esquire (No. 3368)
1201 N. Orange St., 3rd Floor
Wilmington, DE 19801
Phone: (302) 425-5813
Email: cbrown@gsbblaw.com
- and -

DUMAS & VAUGHN, LLC
Dumas & Vaughn, LLC., *admitted pro hac vice*
3835 NE Hancock Street, Suite GLB
Portland, OR 97212
Telephone: (503) 616-5007
*Counsel for D & V Claimants*