# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC,[1] <br><br>        Debtors. <br><br> National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br><br>        Appellants. <br><br> v. <br><br> Boy Scouts of America, *et al.*, <br><br>        Appellees. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br><br><br> Case No. 22-cv-01237-RGA |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Rule 8012 of the Federal Rules of Bankruptcy Procedure, and Rule 26.1 and 28(a)(1) of the Federal Rules of Appellate Procedure, Appellants The Continental Insurance Company and Columbia Casualty Company hereby state as follows:

<u>The Continental Insurance Company:</u> The Continental Insurance Company, a

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Pennsylvania insurance company is wholly owned by Continental Casualty Company. Continental Casualty Company is wholly owned by The Continental Corporation. The Continental Corporation is wholly owned by CNA Financial Corporation. CNA Financial Corporation has issued shares to the public. Loews Corporation owns the majority of the common stock of CNA Financial Corporation and is publicly traded. No other corporation owns 10% or more of the common stock of CNA Financial Corporation.

<u>Columbia Casualty Company:</u> Columbia Casualty Company, an Illinois insurance company is wholly owned by Continental Casualty Company. Continental Casualty Company is wholly owned by The Continental Corporation. The Continental Corporation is wholly owned by CNA Financial Corporation. CNA Financial Corporation has issued shares to the public. Loews Corporation owns the majority of the common stock of CNA Financial Corporation and is publicly traded. No other corporation owns 10% or more of the common stock of CNA Financial Corporation.

Dated: November 11, 2022     Respectfully submitted,

GOLDSTEIN & MCCLINTOCK LLLP

By: */s/Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (DE Bar #3320)
501 Silverside Rd. Suite 65
Wilmington, Delaware 19809
Tel: (302) 444-6710
Fax: (888) 267-0449
marias@goldmclaw.com

-and-

LOEB & LOEB LLP
Laura McNally (Admitted *pro hac vice*)
Emily Stone (Admitted *pro hac vice*)
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

-and-

DAVID CHRISTIAN ATTORNEYS LLC

David Christian (Admitted *pro hac vice*)

105 W. Madison St., Suite 1400

Chicago, IL 60602

Telephone:  312-282-5282

dchristian@dca.law

*Counsel for Appellants, The Continental Insurance Company and Columbia Casualty Company*

3