# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC, <br> Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br> Appellants. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br> Appellees. | Case No. 22-cv-01237-RGA |
| Travelers Casualty and Surety Company, Inc. *et al.*, <br> Appellants. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br> Appellees. | Case No. 22-cv-01238-RGA |
| Old Republic Insurance Company, <br><br> Appellant. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br> Appellees. | Case No. 22-cv-01239-RGA |

i

| | |
|---|---|
| General Star Indemnity Company,<br><br>               Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>               Appellees. | Case No. 22-cv-01240-RGA |
| Indian Harbor Insurance Company,<br><br>               Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>               Appellees. | Case No. 22-cv-01241-RGA |
| Munich Reinsurance America, Inc.,<br><br>               Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>               Appellees. | Case No. 22-cv-01242-RGA |
| Arch Insurance Company,<br><br>               Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>               Appellees. | Case No. 22-cv-01243-RGA |

| | |
|---|---|
| Great American Assurance Company *et al.*,<br><br>        Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>        Appellees. | Case No. 22-cv-01244-RGA |
| The Continental Insurance Co., *et al.*,<br><br>        Appellees.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>       Appellees. | Case No. 22-cv-01245-RGA |
| Gemini Insurance Company,<br><br>        Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>       Appellees. | Case No. 22-cv-01246-RGA |
| Traders and Pacific Insurance Company *et al.*,<br><br>        Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>       Appellees. | Case No. 22-cv-01247-RGA |

| | |
|---|---|
| D & V Claimants,<br><br>                    Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>                    Appellees. | Case No. 22-cv-01249-RGA |
| Argonaut Insurance Company *et al.*,<br><br>                    Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>                    Appellees. | Case No. 22-cv-01250-RGA |
| Arrowood Indemnity Company,<br><br>                    Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>                    Appellees. | Case No. 22-cv-01251-RGA |
| Liberty Mutual Insurance Company *et al.*,<br><br>                    Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>                    Appellees. | Case No. 22-cv-01252-RGA |

| | |
|---|---|
| The Lujan Claimants,<br><br>                    Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>                    Appellees. | Case No. 22-cv-01258-RGA |
| Allianz Global Risks US Insurance Company *et al.*,<br><br>                    Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>                    Appellees. | Case No. 22-cv-01263-RGA |

**STATEMENT PURSUANT TO LOCAL RULE 7.1.1 REGARDING
D & V CLAIMANTS' MOTION FOR LEAVE
TO FILE EXHIBITS IDENTIFIED IN THEIR APPENDIX UNDER SEAL**

I, Charles J. Brown, III, Esq., counsel to D & V Claimants, in the above-referenced action, do hereby certify that a reasonable effort has been made to reach agreement with counsel for Boy Scouts of America and Delaware BSA, LLC (collectively "Appellees") regarding the relief set forth in *D & V Claimants' Motion for Leave to File Exhibits Identified in Their Appendix Under Seal* [D.I. 54].

The Parties agreed that Abuse Proofs of Claim need to be filed under seal in their entirety and in redacted form in public. D & V Claimants seek the Court's permission to do so. The parties agreed that three of the Joint Trial Exhibits at issue do not have to be filed under seal. Appellees did not agree to waive their Confidential designation of the final, fourth Joint Trial Exhibit, so D & V Claimants need the Court's permission to file this document under seal.

Dated:  November 14, 2022

                GELLERT SCALI BUSENKELL & BROWN LLC

                /s/ *Charles J. Brown, III*
                Charles J. Brown, III, Esquire (No. 3368)
                1201 N. Orange St., 3rd Floor
                Wilmington, DE 19801
                Phone: (302) 425-5813
                Email: cbrown@gsbblaw.com

                - and -

                DUMAS & VAUGHN, LLC

                /s/ *Gilion C. Dumas*
                Dumas & Vaughn, LLC., *admitted pro hac vice*
                3835 NE Hancock Street, Suite GLB
                Portland, OR 97212
                Telephone: (503) 616-5007
                Email: gilion@dumasandvaughn.com