# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Boy Scouts of America and Delaware BSA, LLC,<br>Debtors. | Chapter 11<br><br>Bankruptcy Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*,<br>Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>Appellees. | Case No. 22-cv-01237-RGA |
| Travelers Casualty and Surety Company, Inc. *et al.*,<br>Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>Appellees. | Case No. 22-cv-01238-RGA |
| Old Republic Insurance Company,<br><br>Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>Appellees. | Case No. 22-cv-01239-RGA |

| | |
|---|---|
| General Star Indemnity Company,<br><br>     Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>     Appellees. | Case No. 22-cv-01240-RGA |
| Indian Harbor Insurance Company,<br><br>     Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>     Appellees. | Case No. 22-cv-01241-RGA |
| Munich Reinsurance America, Inc.,<br><br>     Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>     Appellees. | Case No. 22-cv-01242-RGA |
| Arch Insurance Company,<br><br>     Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>     Appellees. | Case No. 22-cv-01243-RGA |

| | |
|---|---|
| Great American Assurance Company *et al.*,<br><br>        Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>        Appellees. | Case No. 22-cv-01244-RGA |
| The Continental Insurance Co., *et al.*,<br><br>        Appellees.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>       Appellees. | Case No. 22-cv-01245-RGA |
| Gemini Insurance Company,<br><br>        Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>       Appellees. | Case No. 22-cv-01246-RGA |
| Traders and Pacific Insurance Company *et al.*,<br><br>        Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>       Appellees. | Case No. 22-cv-01247-RGA |

| | |
|---|---|
| D & V Claimants,<br><br>   Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>   Appellees. | Case No. 22-cv-01249-RGA |
| Argonaut Insurance Company *et al.*,<br><br>   Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>   Appellees. | Case No. 22-cv-01250-RGA |
| Arrowood Indemnity Company,<br><br>   Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>   Appellees. | Case No. 22-cv-01251-RGA |
| Liberty Mutual Insurance Company *et al.*,<br><br>   Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>   Appellees. | Case No. 22-cv-01252-RGA |

| | |
|---|---|
| The Lujan Claimants,<br><br>        Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>        Appellees. | Case No. 22-cv-01258-RGA |
| Allianz Global Risks US Insurance Company *et al.*,<br><br>        Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>       Appellees. | Case No. 22-cv-01263-RGA |

**NOTICE OF FILING REDACTED VERSION OF APPENDIX OF APPELLANT D & V CLAIMANTS**

PLEASE TAKE NOTICE that on November 7, 2022, D & V Claimants filed certain exhibits identified in their appendix under seal [D.I. 46].

Attached hereto as Exhibit 1 is the redacted version of D.I. 46 which includes appendix items ADV 292-716, and ADV 723-725.

*(Signature page to follow)*

v

Dated: November 14, 2022

GELLERT SCALI BUSENKELL & BROWN LLC

/s/ *Charles J. Brown, III*
Charles J. Brown, III, Esquire (No. 3368)
1201 N. Orange St., 3rd Floor
Wilmington, DE 19801
Phone: (302) 425-5813
Email: cbrown@gsbblaw.com

- and -

DUMAS & VAUGHN, LLC

/s/ *Gilion C. Dumas*
Dumas & Vaughn, LLC., *admitted pro hac vice*
3835 NE Hancock Street, Suite GLB
Portland, OR 97212
Telephone: (503) 616-5007
Email: gilion@dumasandvaughn.com