## **CERTIFICATE OF SERVICE**

I, Charles J. Brown, III, hereby certify that on November 14, 2022, I caused a copy of the forgoing **Notice of Filing Redacted Version of Appendix of Appellant D & V Claimants** to be filed with the clerk of Court via the CM/ECF system, which will notify all counsel of record for this matter.

Dated:  November 14, 2022

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)