# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br>                Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br>Jointly Administered |
| National Union Fire Insurance Co. of Pittsburgh PA el al.<br>v.<br>Boy Scouts of America & Delaware BSA LLC | Case No. 1:22-cv-01237-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF DAVID ELBAUM

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of David Elbaum of Simpson Thacher & Bartlett LLP to represent Federal Insurance Company and Westchester Fire Insurance Company in this matter.

Dated: December 1, 2022

Respectfully submitted,

STAMOULIS & WEINBLATT, LLP

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Counsel for Federal Insurance Company and Westchester Fire Insurance Company*

1

**<u>ORDER GRANTING MOTION</u>**

      IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of David Elbaum of Simpson Thacher & Bartlett LLP is GRANTED.


Dated: _____                          _____
                                                                                   United States District Judge

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE* OF DAVID ELBAUM

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office.

*/s/ David Elbaum*
David Elbaum
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Tel: 212-455-2846
Email: david.elbaum@stblaw.com

Dated: December 1, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, I electronically filed the above documents with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

                                            */s/Stamatios Stamoulis*
                                            Stamatios Stamoulis (#4606)