**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Bankruptcy Case No. 20-10343 (LSS) (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*,<br><br>Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC, *et al.*,<br><br>Appellees. | Lead Case No. 22-cv-01237-RGA<br><br>Consolidated Case Nos.<br>22-cv-01238-RGA;<br>22-cv-01239-RGA;<br>22-cv-01240-RGA;<br>22-cv-01241-RGA;<br>22-cv-01242-RGA;<br>22-cv-01243-RGA;<br>22-cv-01244-RGA;<br>22-cv-01245-RGA;<br>22-cv-01246-RGA;<br>22-cv-01247-RGA;<br>22-cv-01249-RGA;<br>22-cv-01250-RGA;<br>22-cv-01251-RGA;<br>22-cv-01252-RGA;<br>22-cv-01258-RGA;<br>22-cv-01263-RGA |

**DEBTORS-APPELLEES' APPENDIX TO CONSOLIDATED ANSWERING BRIEF: VOLUME 1 (SA 0001 THROUGH SA 0219)**

Dated: December 7, 2022

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
Glenn M. Kurtz (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
jessica.lauria@whitecase.com
gkurtz@whitecase.com

WHITE & CASE LLP
Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

WHITE & CASE LLP
Ronald K. Gorsich
Doah Kim
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone:  (213) 620-7700
rgorsich@whitecase.com
doah.kim@whitecase.com

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

*Counsel for Debtors-Appellees and Debtors in Possession*

# INDEX OF SUPPLEMENTAL DOCUMENTS

| BSA Records | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| List of Current Members of the NEB (Exhibit B to Desai Declaration) | 1-191 | SA 0001 – SA 0004 |
| List of Current Members of the NEC (Exhibit E to Desai Declaration) | 1-192 | SA 0005 – SA 0007 |
| BSA Charter and Bylaws (as amended through May 2021) | 468 | SA 0008 – SA 0035 |
| Rules and Regulations of the Boy Scouts of America (September 2020) | 291 | SA 0036 – SA 0059 |
| Local Council Charter Renewals (Excerpt) | 7-3 | SA 0060 – SA 0063 |
| 2010 Articles of Incorporation Template (Mobile Area Council Articles of Incorporation, Art. II. Duration) | 187 | SA 0064 – SA 0067 |
| Form of Annual Unit Charter Agreement (2020) | 264 | SA 0068 – SA 0069 |
| BSA Bylaws (June 1, 2019) | 234 | SA 0070 – SA 0095 |
| Local Council Charter Renewal for Greenwich NR A2 (January 15, 2020) | 2976 | SA 0096 |
| Troop Roster for Troop 172 (Patriots Path Council) (Redacted) | 17 | SA 0097 – SA 0106 |
| Troop Roster for Sanford Troop 37 (Abraham Lincoln Council) (Redacted) | 23 | SA 0107 – SA 0108 |

| | | |
|---|---|---|
| Examples and Templates of Local Council Articles & Bylaws | 7-2 | SA 0109 – SA 0373 |
| Troop Roster for Pack C-3210 (Cape Fear Council) (Redacted) | 43 | SA 0374 – SA 0377 |

| Proofs of Claim | Appendix Page Nos. |
|---|---|
| Proof of Claim No. 8174 | SA 0378 – SA 0387 |
| Proof of Claim No. 639 | SA 0388 – SA 0390 |
| Proof of Claim No. 4971 | SA 0391 – SA 0405 |
| Proof of Claim No. 9558 | SA 0406 – SA 0408 |
| Proof of Claim No. 9430 | SA 0409 – SA 0412 |
| Proof of Claim No. 9511 | SA 0413 – SA 0416 |
| Proof of Claim No. 12203 | SA 0417 – SA 0424 |
| Proof of Claim No. 5113 | SA 0425 – SA 0428 |
| Proof of Claim No. 10390 | SA 0429 – SA 0433 |
| Proof of Claim No. 12530 | SA 0434 – SA 0449 |
| Proof of Claim No. 1248 | SA 0450 – SA 0452 |
| Proof of Claim No. 9123 | SA 0453 – SA 0462 |
| Proof of Claim No. 7826 | SA 0463 – SA 0466 |

| | |
|---|---|
| Proof of Claim No. 343-13 | SA 0467 – SA 0469 |
| Proof of Claim No. 343-26 | SA 0470 – SA 0472 |
| Proof of Claim No. 6346 | SA 0473 – SA 0477 |

| State and Federal Litigation Documents | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Illinois Complaint filed by National Surety | 162 | SA 0478 – SA 0493 |
| Texas Complaint against Century, National Surety and Allianz | 185 | SA 0494 – SA 0515 |
| Texas Complaint against Hartford | 181 | SA 0516 – SA 0528 |
| Third Amended Complaint: *John Does I-XIX v. Boy Scouts of America, Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, et al.* (District Court for the District of Idaho, No. 1:13-cv-00275-BLW) | 2912 | SA 0529 – SA 0587 |
| Trial by Jury Demand: *Plaintiffs v. Boy Scouts of America Corporation, Mobile Area Council Boy Scouts of America, et al.* (Circuit Court of Mobile County, Alabama, No. CV-2016) | 2920 | SA 0588 – SA 0617 |
| Notice of Removal: *A.A. v. the Boy Scouts of America, North Florida Council, Inc., Boy Scouts of America, et al.* (District Court for the Middle of District of Florida Ocala Division) | 2921 | SA 0618 – SA 1601 |
| Verified Complaint for Damages and Equitable Relief: *Plaintiff v. Roman Catholic Archbishop, et al.* (Superior Court of Guam, No. CV 0207-17) | 2910 | SA 1602 – SA 1613 |
| Complaint: *John Doe v. Boy Scouts of America; and Central Minnesota Council, Boy Scouts of America* (State of Minnesota County of Stearns, District Court, Seventh Judicial District, No. []) | 2913 | SA 1614 – SA 1638 |

| Documents filed in *In re Archbishop of Agana* ("AOA"), Case No. 19-00010 (Bankr. D. Guam) | AOA Docket No. | Appendix Page Nos. |
|---|---|---|
| Motion for Derivative Standing to Enforce the Automatic Stay and Take Other Actions | 616 | SA 1639 – SA 1659 |

| | | |
|---|---|---|
| Transcript of Hearing Held September 10, 2021 | 693 | SA 1660 – SA 1681 |
| Third Amended Chapter 11 Plan | 920 | SA 1682 – SA 1818 |
| BSA's Objection and Reservation of Rights to Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization for the Archbishop of Agana | 948 | SA 1819 – SA 1836 |
| BSA's Objection to and Reservation of Rights to Debtors Motion Pursuant to Sections 105(a) and 363(f) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order (1) Approving Settlement Agreement Among the Archdiocese, the AOA Entities, the Official Committee of Unsecured Creditors, and AIG Insurers Entities, (2) Approving the Archdioceses Sale of the Policies Issued to the Debtor Back to AIG Insurers Entities Free and Clear of Claims and Interests, and (3) Enjoining Assertion Of Claims Against AIG Insurers Entities | 989 | SA 1837 – SA 1866 |
| Order Granting 218 Stipulated Motion for Order Directing Mediation and Appointing the Honorable Robert J. Faris to Serve as Mediator | 227 | SA 1867 – SA 1868 |
| Transcript of Hearing Held October 4, 2022 | 1092 | SA 1869 – SA 1924 |
| Fifth Amended Chapter 11 Plan | 1044 | SA 1925 – SA 2116 |
| Order Approving Stipulation By and Between Debtor, Official Committee of Unsecured Creditors and Boy Scouts of America Regarding the BSA Plan Objection and Claim Objection | 1048 | SA 2117 – SA 2126 |
| Order Confirming Fifth Amended Joint Chapter 11 Plan of Reorganization | 1093 | SA 2127 – SA 2139 |
| Minute Entry Regarding September 10 Hearing | 690 | SA 2140 |

| **Other Exhibits Admitted at Trial** | **Joint Trial Exhibit No.** | **Appendix Page Nos.** |
|---|---|---|
| Email from Jeff Hunt to Wendy Kurten, et al. | 725 | SA 2141 – SA 2145 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures | 502 | SA 2146 – SA 2175 |

| | | |
|---|---|---|
| Attachment to email: Claims Allowance Procedures | 527 | SA 2176 – SA 2195 |
| Email from Debtors regarding BSA - Preliminary Comments on Draft CAP sent to Coalition, FCR, and Mediator | 529 | SA 2196 |
| Attachment to email: BSA Redline of Claims Allowance Procedures (comparing June 8, 2021 version to June 6, 2021 version) | 533 | SA 2197 – SA 2245 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures (comparing version 3 and version 4) | 537 | SA 2246 – SA 2466 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures (comparing version 3 and version 1) | 539 | SA 2267 – SA 2290 |
| Plaintiff John Doe 4's First Amended Complaint: *John Doe 4 v. Boy Scouts of America, Chicago Area Council, et al.* (Circuit Court of Cook County, Illinois, No. 2018 L 211) | 2911 | SA 2291 – SA 2356 |
| Complaint Fraud and Constructive Fraud: *John Doe XX, et al. v. Boy Scouts of America, Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, et al.* (District Court for the District of Idaho) | 2914 | SA 2357 – SA 2380 |
| Redacted Second Revised Complaint: *John Doe #1, et al. v. Boy Scouts of America Corporation, Fairfield County Council of the Boy Scouts of America, et al.* (Superior Court, Connecticut, J.D. of Stamford/Norwalk at Stamford, No. FST-cv-15-5015023-S) | 2916 | SA 2381 – SA 2456 |

| **Insurance Policies** | **Joint Trial Exhibit No.** | **Appendix Page Nos.** |
|---|---|---|
| Hartford Pine Tree Council Casualty Insurance Policy No. 04C157992 | 1154 | SA 2457 – SA 2491 |
| Hartford Fire Insurance Co. Policy No. 12CCP500098 | 1155 | SA 2492 – SA 2547 |
| INA Policy No. 15-12-11 | 4000-1 | SA 2548 – SA 2599 |
| Allianz 1980 Umbrella Policy No. UMB 599346 | 10-1 | SA 2600 – SA 2620 |

| | | |
|---|---|---|
| Old Republic Insurance Company Commercial Excess Liability Insurance Policy for period of March 1, 2017 to March 1, 2018 | 10-7 | SA 2621 – SA 2664 |
| INA Policy No. 70-64-52 | 4000-2 | SA 2665 – SA 2700 |
| Hartford Insurance Policy | 4000-10 | SA 2701 – SA 3081 |
| INA Policy No. 07-54-09-4 | 4000-4 | SA 3082 – SA 3164 |
| INA Policy No. 4-84-03 | 4000-6 | SA 3165 – SA 3188 |
| Hartford Insurance Policy No. 10 C A43303 | 4000-8 | SA 3189 – SA 3332 |
| Hartford Insurance Policy | 4000-9 | SA 3333 – SA 3571 |
| Hartford Insurance Policy No. CBP 109170 | 4000-11 | SA 3572 – SA 3644 |
| Hartford Insurance Policy No. 54 C 990478 | 4000-12 | SA 3645 – SA 3673 |
| Hartford Insurance Policy No. 32 HU 380257 | 4000-13 | SA 3674 – SA 3684 |

| **Appendix Documents Filed Under Seal** | **Joint Trial Exhibit No.** | **Appendix Page Nos.** |
|---|---|---|
| Initial Hartford Settlement Agreement | 1481 | SA 3685 – SA 3696 |
| Proof of Claim No. 87715 | N/A | SA 3697 – SA 3789 |

| | | |
|---|---|---|
| Illinois Century Answer | 202 | SA 3790 – SA 3821 |

| **Multimedia Documents to be Lodged with the Court[2]** | **Joint Trial Exhibit No.** | **Appendix Page Nos.** |
|---|---|---|
| BSA and Local Council Insurance Policies | 10 | SA 3822 |
| All Proofs of Claim | 14 | SA 3823 |
| Settled and Unsettled Local Council Policy Information (Excel Format) | 2961 | SA 3824 |

[2] The following documents cannot be filed on the Court's docket due to their size or file format. The Appellees will make these documents available to the Court and the parties. For purposes of citing these documents in the Debtors-Appellees' Consolidated Answering Brief, the Appellees have assigned these documents appendix page numbers in accordance with the "SA___" convention.

TAB 3a

JTX-1-191

SA 0001

# EXHIBIT A

SA 0002

# Bylaws

## ARTICLE II. THE NATIONAL COUNCIL

MEMBERS OF THE NATIONAL COUNCIL

**Section 2.**

General

*Clause 1.* The National Council of the Boy Scouts of America shall consist of elected and ex officio members as provided for in these Bylaws. All members, except honorary members and commissioned professional Scouters, may vote.

Eligibility Requirements

*Clause 2.* No person shall be eligible for membership on the National Council who is not a citizen of the United States or has not taken the preliminary legal steps to become a citizen of the United States.

*Clause 3.* A commissioned professional Scouter is ineligible for voting privileges on the National Council.

The Election and Designation

*Clause 4.* Members of Executive Board. All persons elected members of the Executive Board shall upon their election become voting members of the National Council for the term of their election as members of the Executive Board.

*Clause 5.* Local Council Representatives. The duly elected president and council commissioner of a local council shall, during their terms of office, be members of the National Council. Each local council may, in addition, elect one of its members as a member of the National Council for every 5,000 youth members (Cub Scouts, Scouts BSA, and Venturers), or major portion thereof (2,501 or more), enrolled as of December 31 of the preceding year according to the records of the corporation. Local councils shall certify as to the election of National Council members so elected and to their terms on forms provided for that purpose.

*Clause 6.* Members at Large. Members at large of the National Council may be elected by the National Council at its annual meeting to serve for 1 year. Persons who become members of the National Operations and Leadership Committee and National Operations Council as defined under article V hereof, shall be members at large of the National Council during their respective terms.

## ARTICLE III. THE EXECUTIVE BOARD

POWERS, DUTIES, AND INTERPRETATION

**Section 1.**

Authority of the Executive Board

*Clause 1.* The Executive Board shall, in accordance with the provisions of its Charter and these Bylaws, be the governing body of the Corporation, manage its affairs, elect its officers, and be the final reviewing authority with respect to all matters whatsoever which may arise at any level within the Scouting movement, which in its judgment should be reviewed.

Interpretation

*Clause 2.* For the purpose of these Bylaws, the phrase “the whole Executive Board” shall mean the number of members on the Executive Board at the time actually holding office and vacancies shall not be included. The Executive Board shall have the following reserved powers that may not be delegated to a committee: amending these Bylaws; changing the mission or purpose of the Corporation; approving nominations to and filling vacancies on the Executive Board and its standing committees; electing officers; approving any merger or dissolution; approving the sale, mortgage, pledge, or transfer of substantially all of the assets of

the Corporation; increasing or materially changing the indebtedness of the Corporation beyond any previously authorized level; or authorizing distributions from the Corporation.

MEMBERSHIP

**Section 2.**

The Executive Board of the Corporation shall consist of:

Regular Members

*Clause 1*. Not to exceed 64 regular members who shall be elected at the annual meeting of the Corporation for 1-year terms. The number of board members comprising the Executive Committee shall not be included in the regular member total.

Effective the later of May 2021, or the first National Annual Meeting following the Corporation's emergence from Chapter 11, the Executive Board shall be comprised of not more than 40 regular members, including members of the Executive Committee, who shall be elected at the annual meeting of the Corporation for 1-year terms. Ex officio members shall not be included in the regular member total.

Ex Officio Voting Members

*Clause 2*. Ex officio voting members of the Executive Board shall include:

(a) All former National Chairs and Volunteer National Presidents for so long as they annually attend at least one meeting of the Executive Board.
(b) Chair of the National Boy Scouts of America Foundation.

ELECTION OF REGULAR MEMBERS; ELECTION, VACANCIES

**Section 3.**

*Clause 1*. At each annual meeting of the National Council, regular members of the Executive Board shall be elected to serve for a term of 1 year, commencing after the National Annual Meeting, or until their successors have been elected and have qualified.

*Clause 2*. Where vacancies occur, because of resignation or otherwise, of members before the expiration of their term of office, such vacancies may be filled for the unexpired period of the term by nomination by the Governance and Nominating Committee and confirmation by a majority vote of the remaining members of the Executive Board.

COMMITTEES OF THE EXECUTIVE BOARD

**Section 7.**

Executive Committee

*Clause 3*. Delegation of Authority to Executive Committee. Except for the powers reserved to the Executive Board, the duty and authority to manage the affairs of the Corporation shall be vested in the Executive Committee. The Executive Committee may not take any of the actions specifically reserved to the Executive Board in section 1 of this article. The Executive Committee may authorize the creation and management of affiliated organizations to engage in activities that directly or indirectly support the Corporation's and local councils' ability to achieve the mission of Scouting, provided, however, that any such action shall be reported to the Executive Board at the meeting following any such action.

*Clause 4*. National Key 3. The National Chair, National Commissioner, and Chief Executive Officer shall be known as the National Key 3. The National Key 3 shall be responsible for addressing issues which arise between meetings of the Executive Committee and for addressing such other matters and having such responsibilities as set forth by the Executive Committee. The National Key 3 will report to the Executive Committee on its significant actions at the Executive Committee's meetings.

*Clause 5*. Membership. The Executive Committee shall be comprised of 12 members including: National Chair, National Chair-elect, National Commissioner, Immediate Past National Chair, Standing Committee Chairs, Chief Executive Officer, and two members-at-large recommended by the National Chair or National Chair-elect. A board member normally will not serve in any office on the Executive Committee for more than four 1-year terms or on the Executive Committee for more than 10 consecutive years. A member of the Executive Committee shall not simultaneously serve as a member of any local council executive board.

# TAB 3b

JTX-1-192

SA 0005

# EXHIBIT B

SA 0006

**BSA National Executive Board Members**

1. Tanya Acker
2. Glenn Adams
3. David Alexander
4. Lisa Argyros
5. Bray Barnes
6. Scott Beckett
7. David Biegler
8. Howard Bulloch
9. Dan Cabela
10. Ray Capp
11. Dennis Chookaszian
12. David Clark
13. Keith Clark
14. Kent Clayburn
15. Ron Coleman
16. Wes Coleman
17. Phil Condit
18. Joe Crafton
19. Rick Cronk
20. John Cushman
21. Charles Dahlquist
22. Devang Desai
23. Douglas Dittrick
24. John Donnell
25. L. B. Eckelkamp Jr.
26. Craig Fenneman
27. Jack Furst
28. Robert Gates
29. Gordon Gee
30. John Gottschalk
31. Jenn Hancock
32. Brett Harvey
33. Aubrey Harwell
34. Janice Bryant Howroyd
35. Ray Johns
36. Ron Kirk
37. Lyle Knight
38. Frank McAllister
39. Drayton McLane
40. Dave Moody
41. Ellie Morrison
42. Jose Nino
43. Skip Oppenheimer
44. Dan Ownby
45. Doyle Parrish
46. Tico Perez
47. Wayne Perry
48. Jeanette Prenger
49. Frank Ramirez
50. Steve Rendle
51. Bob Reynolds
52. Jim Rogers
53. Nathan Rosenberg
54. Bill Rosner
55. Jim Ryffel
56. Alison Schuler
57. Michael Sears
58. Wes Smith
59. Scott Sorrels
60. Bill Stark
61. Randall Stephenson
62. David Steward
63. Thear Suzuki
64. Brad Tilden
65. Rex Tillerson
66. Frank Tsuru
67. Jim Turley
68. Steve Weekes
69. Gary Wendlandt
70. Jim Wilson
71. Tom Yarboro
72. Dr. Steve Zachow

# CHARTER AND BYLAWS

OF THE

# BOY SCOUTS OF AMERICA

AS AMENDED THROUGH MAY 2021

©2021 Boy Scouts of America

JTX-468

100-491
©2021 Boy Scouts of America
May 2021 Revision

Highly Confidential

BSA-PLAN_01340662

SA 0009

# CHANGES IN THIS EDITION

Some of the changes required the renumbering of provisions and the references below refer to the new Article, Section or Clause. The elimination of Regions and Areas and the creation of National Service Territories resulted in numerous changes throughout the Bylaws and the complete revision of Article V. Those changes are not itemized in detail on this page. However, "regional executive committee" was replaced by "Chief Executive Officer" in many instances.

Article II, Section 2, Clause 6 was amended to make members of the National Operations and Leadership Committee and National Operations Council at large members of the National Council.

Article III, Section 4, Clause 4. Notice for Special Executive Board meetings was changed to at least 5 business days in advance of the meeting.

Article III, Section 7, Clause 5. Requiring that one of the members of the Executive Committee shall serve as a member of the Board of Directors of the National Boy Scouts of America Foundation.

Article III, Section 7, Clause 7 was revised to correct the name of the Audit and Enterprise Risk Management Committee, to add the Development Committee and to eliminate the provision regarding the Chair-Elect serving as the chair of the Corporate Mission and Reputation Committee.

Article III, Section 7, Clause 10. Eliminated terms limits for members of the Governance and Nominating Committee.

Article III, Section 7, Clauses 20 through 24 pertaining to the Advisory Council were deleted pursuant to changed adopted in May 2020.

Article IV, Section 2, Clause 2. Authorized the Board to Commission a Chief Executive Officer who is not a commissioned professional and for the Chief Executive Officer commissioned by the Board to hold the title of Chief Scout Executive.

Article IV, Section 3, Clauses 1-3. Moved provisions regarding Honorary Positions to the renumbered Section.

Article IV, Section 5. The National Operations Leadership Committee Section was deleted and incorporated into the rewritten Article V.

Article V. Operations. This is a new section revising former provisions pertaining to the National Operations Leadership Committee, Operations Support Committees and National Operations Council.

Article VI, Section 3. Revising provision to provide Chief Executive Officer with authority to add charter conditions and issue conditional charters.

Article VI, Section 4. Adding "refuse to renew" to the available actions.

Highly Confidential

BSA-PLAN_01340663

# CONTENTS

CHANGES IN THIS EDITION ... i

CHARTER ... iii

CONGRESSIONAL REPORT IN SUPPORT OF ACT TO INCORPORATE BOY SCOUTS OF AMERICA ... v

**Article I. General**
Sec. 1. Name ........ 1
Sec. 2. Purpose ........ 1
Sec. 3. Seal; Designating Marks ........ 1
Sec. 4. National Service Center ........ 1
Sec. 5. Fiscal Year ........ 1
Sec. 6. Rules and Regulations ........ 1
Sec. 7. Priorities ........ 2

**Article II. The National Council**
Sec. 1. General ........ 3
Sec. 2. Members of the National Council ........ 3
Sec. 3. Meetings of the National Council ........ 4

**Article III. The Executive Board**
Sec. 1. Powers, Duties, and Interpretation ........ 5
Sec. 2. Membership ........ 5
Sec. 3. Election of Regular Members; Election, Vacancies . 5
Sec. 4. Meetings ........ 6
Sec. 5. Electronic Communications ........ 6
Sec. 6. Telecommunication Meetings ........ 6
Sec. 7. Committees of the Executive Board ........ 7

**Article IV. Volunteer Leadership, Corporate Officers, and Honorary Positions**
Sec. 1. Volunteer Leadership ........ 9
Sec. 2. Corporate Officers ........ 9
Sec. 3. Honorary Positions ........ 10

**Article V. Operations**
Sec. 1. National Operations Leadership Committee, Operations Support Committee, and National Operations Council ........ 11
Sec. 2. National Operations Council ........ 11

**Article VI. Local Councils**
Sec. 1. General ........ 12
Sec. 2. Applications ........ 12
Sec. 3. Conditions and Termination ........ 12
Sec. 4. Revocation or Modifications of Charters ........ 12
Sec. 5. Responsibility of the Local Council ........ 12
Sec. 6. Incorporation of Local Councils ........ 13
Sec. 7. Organization and Operation ........ 13

**Article VII. Youth Membership**
Sec. 1. General ........ 14
Sec. 2. Membership, Advancement, and Achievement ........ 14

**Article VIII. Adult Leadership**
Sec. 1. General ........ 15
Sec. 2. Professional Leadership ........ 15

**Article IX. Policies**
Sec. 1. Policies ........ 16

**Article X. Program**
Sec. 1. Program Objectives ........ 16

**Article XI. Business**
Sec. 1. Finance ........ 17
Sec. 2. Deeds, Contracts, Bonds, etc. ........ 17

**Article XII. Special Situations**
Sec. 1. Experimental Programs ........ 18
Sec. 2. Overseas Scouting ........ 18
Sec. 3. Learning for Life ........ 18

**Article XIII. Indemnification**
Sec. 1. Indemnification ........ 19

**Article XIV. Waivers and Amendments**
Sec. 1. Waivers ........ 19
Sec. 2. Amendment of Bylaws ........ 19

**Index** ........ 20

# CHARTER

*Sixty-Fourth Congress of the*

*United States of America*

*At the First Session*

*Begun and Held at the*

*City of Washington*

*On Monday, the Sixth Day of December*

*One Thousand Nine Hundred and Fifteen*

*AN ACT*

**To Incorporate the
Boy Scouts of America
and for Other Purposes**

**Section 1.**

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That Colin H. Livingstone and Ernest P. Bicknell, of Washington, District of Columbia; Benjamin L. Dulaney, of Bristol, Tennessee; Milton A. McRae, of Detroit, Michigan; David Starr Jordan, of Berkeley, California; F. L. Seely, of Asheville, North Carolina; A. Stamford White, of Chicago, Illinois; Daniel Carter Beard, of Flushing, New York; George D. Pratt, of Brooklyn, New York; Charles D. Hart, of Philadelphia, Pennsylvania; Franklin C. Hoyt, Jeremiah W. Jenks, Charles P. Neill, Frank Presbrey, Edgar M. Robinson, Mortimer L. Schiff, and James E. West, of New York, New York; G. Barrett Rich, Junior, of Buffalo, New York; Robert Garrett, of Baltimore, Maryland; John Sherman Hoyt, of Norwalk, Connecticut; Charles C. Jackson, of Boston, Massachusetts; John H. Nicholson, of Pittsburgh, Pennsylvania; William D. Murray, of Plainfield, New Jersey; and George D. Porter, of Philadelphia, Pennsylvania, their associates and successors, are hereby created a body corporate and politic of the District of Columbia, where its domicile shall be.*

**Section 2.**

*That the name of this corporation shall be "Boy Scouts of America," and by that name it shall have perpetual succession, with power to sue and be sued in courts of law and equity within the jurisdiction of the United States; to hold such real and personal estate as shall be necessary for corporate purposes, and to receive real and personal property by gift, devise, or bequest; to adopt a seal, and the same to alter and destroy at pleasure; to have offices and conduct its business and affairs within and without the District of Columbia and in the several States and Territories of the United States; to make and adopt bylaws, rules, and regulations not inconsistent with the law of the United States of America, or any State thereof, and generally to do all such acts and things (including the establishment of regulations for the election of associates and successors) as may be necessary to carry into effect the provisions of this Act and promote the purposes of said corporation.*

**Section 3.**

*That the purpose of this corporation shall be to promote, through organization, and cooperation with other agencies, the ability of boys to do things for themselves and others, to train them in Scoutcraft, and to teach them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by Boy Scouts.*

**Section 4.**

*That said corporation may acquire, by way of gift, all the assets of the existing national organization of Boy Scouts, a corporation under the laws of the District of Columbia, and defray and provide for any debts or liabilities to the discharge of which said assets shall be applicable; but said corporation shall have no power to issue certificates of stock or to declare or pay dividends, its object and purposes being solely of a benevolent character and not for pecuniary profit to its members.*

Highly Confidential

**Section 5.**

*That the governing body of the said Boy Scouts of America shall consist of an executive board composed of citizens of the United States. The number, qualifications, and terms of office of members of the executive board shall be prescribed by the bylaws. The persons mentioned in the first section of this Act shall constitute the first executive board and shall serve until their successors are elected and have qualified. Vacancies in the executive board shall be filled by a majority vote of the remaining members thereof. The bylaws may prescribe the number of members of the executive board necessary to constitute a quorum of the board, which number may be less than the majority of the whole number of the board. The executive board shall have power to make and to amend the bylaws, and, by two-thirds vote of the whole board at a meeting called for this purpose, may authorize and cause to be executed mortgages and liens upon the property of the corporation. The executive board may, by resolution passed by a majority of the whole board, designate three or more of their number to constitute an executive or governing committee, of which a majority shall constitute a quorum, which committee, to the extent provided in said resolution or in the bylaws of the corporation, shall have and exercise the powers of the executive board in the management of the business affairs of the corporation, and may have power to authorize the seal of the corporation to be affixed to all papers which may require it. The executive board, by the affirmative vote of a majority of the whole board, may appoint any other standing committees, and such standing committees shall have and may exercise such powers as shall be conferred or authorized by the bylaws. With the consent in writing and pursuant to an affirmative vote of a majority of the members of said corporation, the executive board shall have authority to dispose in any manner of the whole property of the corporation.*

**Section 6.**

*That an annual meeting of the incorporators, their associates and successors, shall be held once in every year after the year of incorporation, at such time and place as shall be prescribed in the bylaws, when the annual reports of the officers and executive board shall be presented and members of the executive board elected for the ensuing year. Special meetings of the corporation may be called upon such notice as may be prescribed in the bylaws. The number of members which shall constitute a quorum at any annual or special meeting shall be prescribed in the bylaws. The members and executive board shall have power to hold their meetings and keep the seal, books, documents, and papers of the corporation within or without the District of Columbia.*

**Section 7.**

*That said corporation shall have the sole and exclusive right to have and to use, in carrying out its purposes, all emblems and badges, descriptive or designating marks, and words or phrases now or heretofore used by the Boy Scouts of America in carrying out its program, it being distinctly and definitely understood, however, that nothing in this Act shall interfere or conflict with established or vested rights.*

**Section 8.**

*That on or before the first day of April of each year the said Boy Scouts of America shall make and transmit to Congress a report of its proceedings for the year ending December thirty-first preceding. **

**Section 9.**

*That Congress shall have the right to repeal, alter, or amend this Act at any time.*

*Approved 15 June 1916*

*Woodrow Wilson*

**As amended August 30, 1964, Pub. L. 88-504, 78 Stat. 636*

# CONGRESSIONAL REPORT IN SUPPORT OF ACT TO INCORPORATE BOY SCOUTS OF AMERICA

**House Report No. 130, Sixty-Fourth Congress**
**First Session**

*February 7, 1916. —Referred to the House Calendar and ordered to be printed.*

*Mr. Gard, from the Committee on the Judiciary, submitting the following report (to accompany H. R. 755).*

*The Committee on the Judiciary, to whom was referred the bill (H. R. 755) to incorporate the Boy Scouts of America and to protect its insignia, having carefully considered the same, beg leave to submit the following report with the recommendation that the bill do pass.*

*The Boy Scout movement is not one seeking to promote a juvenile military system, but is intended to supplement and enlarge established modern educational facilities in activities in the great and healthful out-of-doors where may be the better developed physical strength and endurance, self-reliance, and the powers of initiative and resourcefulness, all for the purpose of establishing through the boys of today the very highest type of American citizenship.*

*It tends to conserve the moral, intellectual, and physical life of the coming generation, and in its immediate results does much to reduce the problem of juvenile delinquency in the cities. The movement has grown rapidly during the past few years, until it is now organized in practically every community of 4,000 inhabitants and over and in many smaller communities of the United States. During the past two years Boy Scouts have demonstrated the value of the education and training they received as an auxiliary force in the maintenance of public order and in the administration of first-aid and practical assistance in times of great public emergencies. Their services on the occasion of the Ohio floods, at the Gettysburg reunion, in the inaugural ceremonies of President Wilson, and at the recent memorable reunion of the Grand Army of the Republic in Washington attracted Nationwide attention and received general commendation, particularly from the American National Red Cross and the officials of the Federal and State Governments. The importance and magnitude of its work is such as to entitle it to recognition and its work and insignia to protection by Federal incorporation.*

*The Scout scheme is based upon the methods involved in educating the boy. It is a scheme of placing the boy on honor. In addition to requiring him to live up to a standard or code of laws which ensure development of character along proper lines, it requires him to study in order to pass certain tests of qualification. The passing of these various tests is recognized by the award of appropriate badges or medals and insignia.*

*If any boy can secure these badges without meeting the required tests, the badges will soon be meaningless, and one of the leading features of the Scout program will be lost; likewise, with the uniform that designates the Scout. At the present time this is protected by the use of insignia—a seal woven or stamped into the cloth. All of these various badges and insignia are at present protected by the patent laws, but under the patent laws such protection is available for a limited period only. The passing by Congress of this bill will, it is believed, provide the organization with proper protection for its distinctive insignia, the integrity of which is essential to the maintenance of the movement, and protect it from those who are seeking to profit by the good repute and high standing and popularity of the Scout movement by imitating it in name alone.*

*The identical language of this bill was incorporated in the bill with amendments thereto, known as H.R. 19907, which was reported from the Committee on the Judiciary on February 3, 1915, with a recommendation that it, as so amended, do pass.*

# BOY SCOUTS OF AMERICA NATIONAL COUNCIL BYLAWS

## ARTICLE I. GENERAL

### NAME

**Section 1.**

The name of the corporation is Boy Scouts of America. For convenience in these Bylaws the corporation is sometimes referred to as the "Corporation."

### PURPOSE

**Section 2.**

The purpose of the Corporation is as set forth in the original certificate of incorporation under the laws of the District of Columbia, dated February 8, 1910, and restated in the Act of Incorporation enacted by the Congress of the United States of America on June 15, 1916, as follows: "That the purpose of this Corporation shall be to promote, through organization and cooperation with other agencies, the ability of boys to do things for themselves and others, to train them in Scoutcraft, and to teach them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by Boy Scouts." In achieving this purpose, emphasis shall be placed upon its educational program and the oaths, promises, and codes of the Scouting program for character development, citizenship training, leadership, and mental and physical fitness.

### SEAL; DESIGNATING MARKS

**Section 3.**

*Clause 1.* The seal of the Corporation shall be in the form of a circle enclosing the universal badge with the motto "Be Prepared" underneath the badge and the words "Boy Scouts of America" around the circle and shall be used only as authorized.

*Clause 2.* In accordance with provisions of the Charter, the Corporation shall establish and maintain policies to regulate the use of the seal and all other emblems and badges, descriptive and designating marks, and words or phrases associated with or referring to the Boy Scouts of America or any of its affiliates. Such policies may permit the use of the Boy Scouts of America designating marks by third parties as long as such are (i) consistent with the values and purpose of the Corporation, and (ii) pursuant to written agreement between the user and the corporation. Administration of such policies is the responsibility of the Chief Executive Officer, who may delegate such duties to an officer or employee of the Corporation.

### NATIONAL SERVICE CENTER

**Section 4.**

The principal office of the Corporation shall be located in the City of Irving, County of Dallas, in the State of Texas, and shall be known as the National Service Center of the Boy Scouts of America.

### FISCAL YEAR

**Section 5.**

The fiscal year of the Corporation shall be the calendar year.

### RULES AND REGULATIONS

**Section 6.**

*Clause 1.* In accordance with the provisions of the Charter, the Executive Committee may establish and amend Rules and Regulations for the further governance and guidance of the Boy Scouts of America including its local councils and affiliates.

*Clause 2.* The Rules and Regulations and amendments thereto shall normally be adopted by resolution of the Executive Committee.

*Clause 3*. Any amendment to the Rules and Regulations shall be reported to the members of the Executive Board at its next meeting and unless such amendment is altered or canceled by the Executive Board at such meeting, it will be as effective as if it had been originally adopted by the Executive Board.

PRIORITIES

**Section 7.**

*Clause 1*. These Bylaws shall be consistent with the Charter. The Rules and Regulations shall be consistent with the Charter and the Bylaws. In the event of any conflicts or inconsistencies, the Charter shall govern primarily and the Bylaws secondarily.

*Clause 2*. All statements contained in official publications of the Boy Scouts of America, its local councils and affiliates, including (but not limited to) handbooks, pamphlets, instructions, magazine articles, bulletins, manuals, and letters, which may, from time to time, be issued for clarification or explanation of official language shall be consistent with the language and intent of the Charter, the Bylaws, and the Rules and Regulations. Any contradictory or inconsistent language is unauthorized and without effect.

# ARTICLE II. THE NATIONAL COUNCIL

GENERAL

**Section 1.**

In accordance with the provisions of sections 1 and 2 of the Act of Congress, approved June 15, 1916, entitled "An Act to Incorporate the Boy Scouts of America and for Other Purposes," giving the incorporators therein named the power to provide for the election of their associates and successors, the incorporators, and all persons who were duly elected and qualified as members of the National Council herein provided for their successors duly chosen, shall constitute the corporate membership of the Boy Scouts of America, to be known and designated collectively as the National Council of the Boy Scouts of America.

MEMBERS OF THE NATIONAL COUNCIL

**Section 2.**

General

*Clause 1*. The National Council of the Boy Scouts of America shall consist of elected and ex officio members as provided for in these Bylaws. All members, except honorary members and commissioned professional Scouters, may vote.

Eligibility Requirements

*Clause 2*. No person shall be eligible for membership on the National Council who is not a citizen of the United States or has not taken the preliminary legal steps to become a citizen of the United States.

*Clause 3*. A commissioned professional Scouter is ineligible for voting privileges on the National Council.

The Election and Designation

*Clause 4*. Members of Executive Board. All persons elected members of the Executive Board shall upon their election become voting members of the National Council for the term of their election as members of the Executive Board.

*Clause 5*. Local Council Representatives. The duly elected president and council commissioner of a local council shall, during their terms of office, be members of the National Council. Each local council may, in addition, elect one of its members as a member of the National Council for every 5,000 youth members (Cub Scouts, Scouts BSA, and Venturers), or major portion thereof (2,501 or more), enrolled as of December 31 of the preceding year according to the records of the corporation. Local councils shall certify as to the election of National Council members so elected and to their terms on forms provided for that purpose.

*Clause 6*. Members at Large. Members at large of the National Council may be elected by the National Council at its annual meeting to serve for 1 year. Persons who become members of the National Operations and Leadership Committee and National Operations Council as defined under article V hereof, shall be members at large of the National Council during their respective terms.

*Clause 7*. Honorary Members. Honorary membership in the Boy Scouts of America shall consist of such citizens of the United States as may be elected thereto by the National Council for terms of 1 year in the furtherance of the program of the Boy Scouts of America.

Credentials of Members

*Clause 8*. The National Council shall issue certificates of membership and voting credentials to all voting members of the National Council indicating their right to participate and to vote at the annual meeting of the National Council. Votes shall be cast in person at the meeting and not by proxy.

MEETINGS OF THE NATIONAL COUNCIL

**Section 3.**

Regular Meetings

*Clause 1*. General. The National Council shall meet annually inside or outside of the District of Columbia at such time and place as may be determined by the Executive Board, for the purpose of delivering the annual reports of the officers and various committees of the National Council, electing members at large and honorary members of the National Council and regular members of its Executive Board, and transacting such other business as may come before the meeting. In the event of a national emergency or other circumstances making it impractical for the meeting to be held in person, the National Executive Committee may authorize the meeting to be held by other means, including virtually or by telecommunications. In such an event an amended notice shall be sent even if less than 30 days before the meeting. The National Chair shall determine what business is appropriate to come before the meeting. The Executive Board may, in its sole discretion, present matters of significance to the movement for a binding referendum vote of the National Council at the annual meeting and any such matter shall be described in the required notice of the annual meeting.

*Clause 2*. Notice. A notice of the annual meeting shall be mailed or sent by electronic mail to each member of the National Council at least 30 days in advance thereof, indicating the time and place of the meeting.

Special Meetings

*Clause 3*. Special meetings of the National Council may be called by the Executive Board at any time and shall be called within 90 days upon the request of at least 5% of the members of the National Council (such request specifying the object of such a special meeting) to be held at such place as the National Chair shall determine, provided, however, that a notice of such meeting, indicating the place and object thereof, shall be mailed to each member of the National Council at least 30 days in advance of the meeting. The business of the meeting shall be limited to the matters included in the notice of the meeting.

Quorum

*Clause 4*. Five percent of the members of the National Council present in person shall constitute a quorum for all purposes.

Voting

*Clause 5*. At any meeting of the National Council, each member present shall be entitled to one vote.

Guests

*Clause 6*. Honorary members of the Boy Scouts of America and such other persons as may be specially invited may attend meetings of the National Council but shall have no vote.

# ARTICLE III. THE EXECUTIVE BOARD

## POWERS, DUTIES, AND INTERPRETATION

**Section 1.**

Authority of the Executive Board

*Clause 1*. The Executive Board shall, in accordance with the provisions of its Charter and these Bylaws, be the governing body of the Corporation, manage its affairs, elect its officers, and be the final reviewing authority with respect to all matters whatsoever which may arise at any level within the Scouting movement, which in its judgment should be reviewed.

Interpretation

*Clause 2*. For the purpose of these Bylaws, the phrase "the whole Executive Board" shall mean the number of members on the Executive Board at the time actually holding office and vacancies shall not be included. The Executive Board shall have the following reserved powers that may not be delegated to a committee: amending these Bylaws; changing the mission or purpose of the Corporation; approving nominations to and filling vacancies on the Executive Board and its standing committees; electing officers; approving any merger or dissolution; approving the sale, mortgage, pledge, or transfer of substantially all of the assets of the Corporation; increasing or materially changing the indebtedness of the Corporation beyond any previously authorized level; or authorizing distributions from the Corporation.

## MEMBERSHIP

**Section 2.**

The Executive Board of the Corporation shall consist of:

Regular Members

*Clause 1*. Not to exceed 64 regular members who shall be elected at the annual meeting of the Corporation for 1-year terms. The number of board members comprising the Executive Committee shall not be included in the regular member total.

Effective the later of May 2021, or the first National Annual Meeting following the Corporation's emergence from Chapter 11, the Executive Board shall be comprised of not more than 40 regular members, including members of the Executive Committee, who shall be elected at the annual meeting of the Corporation for 1-year terms. Ex officio members shall not be included in the regular member total.

Ex Officio Voting Members

*Clause 2*. Ex officio voting members of the Executive Board shall include:

(a) All former National Chairs and Volunteer National Presidents for so long as they annually attend at least one meeting of the Executive Board.
(b) Chair of the National Boy Scouts of America Foundation.

## ELECTION OF REGULAR MEMBERS; ELECTION, VACANCIES

**Section 3.**

*Clause 1*. At each annual meeting of the National Council, regular members of the Executive Board shall be elected to serve for a term of 1 year, commencing after the National Annual Meeting, or until their successors have been elected and have qualified.

*Clause 2*. Where vacancies occur, because of resignation or otherwise, of members before the expiration of their term of office, such vacancies may be filled for the unexpired period of the term by nomination by the Governance and Nominating Committee and confirmation by a majority vote of the remaining members of the Executive Board.

MEETINGS

**Section 4.**

Regular Meetings

*Clause 1*. The Executive Board will meet at least three times annually at such times and places as may be designated by the Executive Board, with no more than one meeting during any calendar quarter. One meeting a year shall coincide with the National Council annual meeting.

*Clause 2*. Each Executive Board member must attend a minimum of two board meetings during each term in office. Any vacancy created under this clause may be filled in accordance with the Charter and Bylaws of the Corporation.

Special Meetings

*Clause 3*. Special meetings of the Executive Board may be called at any time by the National Chair or by 10 or more members. The call of the meeting shall state the purpose, and no other business not included in the notice of the call shall be transacted.

Notice

*Clause 4*. A notice of all Executive Board meetings shall be sent to each member at least 2 weeks in advance of any such meeting.

Quorum

*Clause 5*. One-half of the members of the Executive Board, present in person, shall constitute a quorum.

Majority Voting and Abstentions Due to Conflict of Interest

*Clause 6*. Except as required by law or specific provision by these Bylaws, a proposed action shall be deemed approved upon the affirmative vote of a majority of those voting. Additionally, if prior to a vote a member discloses that the member will not vote due to a perceived conflict of interest and asks that the minutes reflect that the member abstained from voting, the abstention shall not be considered in determining whether a quorum is present or the majority of votes cast.

ELECTRONIC COMMUNICATIONS

**Section 5.**

Electronic communications, records, and signatures may be used in connection with all matters contemplated by these Bylaws except to the extent prohibited by applicable law. Except as may be specifically set forth herein, the parties may use and rely upon electronic communications, records, and signatures for all notices, waivers, consents, undertakings, and other documents, communications, or information of any type sent or received in connection with the matters contemplated by these Bylaws. An electronically transmitted (but not oral) document will be deemed to satisfy any requirement under these Bylaws or applicable law that such document be “written,” “in writing,” or the like. An electronic signature or electronically transmitted signature by any person on any document (properly authenticated) will be deemed to satisfy any requirement under these Bylaws or applicable law that such document be “signed” or “executed” by such person. An electronic transmittal or communication (but not oral) of a document will constitute delivery of such document. Neither the Corporation nor any member, Executive Board member, or any committee thereof may contest the authorization for, or validity or enforceability of, electronic records and electronic signatures, or the admissibility of copies thereof, under any applicable law relating to whether certain agreements, files, or electronic records are to be in writing or signed by the party to be bound thereby.

TELECOMMUNICATION MEETINGS

**Section 6.**

The Executive Board or any committee or subcommittee thereof may meet by telecommunication. Action taken at any such meeting shall be recorded and, if required, the record signed by all members participating and filed as the official minutes of such meeting. All notice and quorum requirements shall apply to such meetings provided that the signing of the record of the action taken shall constitute a waiver of notice by persons so signing.

COMMITTEES OF THE EXECUTIVE BOARD

**Section 7.**

General

*Clause 1*. The committees of the Executive Board shall consist of an Executive Committee, and other governance standing committees of the Executive Board which shall, though separately structured, have such powers as shall be conferred or authorized by these Bylaws. In addition, the Executive Committee may authorize subcommittees of the standing committees. The National Chair may also appoint ad hoc committees and task forces to handle special assignments. Governance standing committee members shall be appointed by the National Chair.

*Clause 2*. Duties and Quorum. The duties and responsibilities of governance committees of the Executive Board shall be prescribed in these Bylaws, in the Rules and Regulations, and/or by approval of the Executive Board. Except as otherwise herein provided, a majority of the members of any standing committee or subcommittee, exclusive of ex officio members, present in person shall constitute a quorum. Once a quorum is present the departure of one or more members shall not invalidate the meeting.

Executive Committee

*Clause 3*. Delegation of Authority to Executive Committee. Except for the powers reserved to the Executive Board, the duty and authority to manage the affairs of the Corporation shall be vested in the Executive Committee. The Executive Committee may not take any of the actions specifically reserved to the Executive Board in section 1 of this article. The Executive Committee may authorize the creation and management of affiliated organizations to engage in activities that directly or indirectly support the Corporation's and local councils' ability to achieve the mission of Scouting, provided, however, that any such action shall be reported to the Executive Board at the meeting following any such action.

*Clause 4*. National Key 3. The National Chair, National Commissioner, and Chief Executive Officer shall be known as the National Key 3. The National Key 3 shall be responsible for addressing issues which arise between meetings of the Executive Committee and for addressing such other matters and having such responsibilities as set forth by the Executive Committee. The National Key 3 will report to the Executive Committee on its significant actions at the Executive Committee's meetings.

*Clause 5*. Membership. The Executive Committee shall be comprised of 12 members including: National Chair, National Chair-elect, National Commissioner, Immediate Past National Chair, Standing Committee Chairs, Chief Executive Officer, and two members-at-large recommended by the National Chair or National Chair-elect. A board member normally will not serve in any office on the Executive Committee for more than four 1-year terms or on the Executive Committee for more than 10 consecutive years. A member of the Executive Committee shall not simultaneously serve as a member of any local council executive board.

*Clause 6*. Meetings. Meetings of the Executive Committee may be called at any time by the National Chair and shall be called by the National Chair within 30 days upon the request of three or more members of the Committee. It shall be the general practice of the Executive Committee to meet at least three times annually.

Governance Standing Committees

*Clause 7*. The governance standing committees shall be: Audit and Enterprise Risk Management Committee; BSA Mission, Reputation, and Strategy Committee; Development Committee; Diversity Committee; Finance Committee; Governance and Nominating Committee; and Human Resources Committee.

*Clause 8*. Each member of the Executive Board not otherwise assigned a position of responsibility shall serve as a member of one standing committee. Each Executive Board member must attend a minimum of 50% of the meetings of the governance standing committee that the board member is assigned to during each term of office. The National Chair shall appoint new members of the Executive Board to serve on a committee immediately following their election. Standing committees shall have charters setting forth the committee's authority and responsibilities in accordance with any specific provisions of these Bylaws. Charters shall be approved by the Executive Committee. Governance standing committees shall be supported by one or more staff members assigned by the Chief Executive Officer with the approval of the National Chair. The chair of a standing committee may invite non-board members who have experience or knowledge that will enhance the committee to serve as advisory, nonvoting members with the approval of the National Chair. Any such advisory member shall be required to sign a nondisclosure agreement.

Special Requirements for Governance and Nominating Committee

*Clause 9*. General Duties. The Governance and Nominating Committee shall make nominations at the annual meetings of the National Council for members-at-large and honorary members of the National Council, regular members of the Executive Board, standing committee chairs, chairs of special committees, and the International Commissioner. The Governance and Nominating Committee shall report its nominations for positions on the Executive Committee and others as required at the first meeting following the election of the Executive Board.

*Clause 10.* The Immediate Past National Chair shall serve as the Chair of the Governance and Nominating Committee. No member of the Governance and Nominating Committee shall be eligible for nomination as a member of the Executive Committee.

*Clause 11*. Submission of Names. The names of possible candidates may be submitted by members of the National Council in writing to the Governance and Nominating Committee for its consideration. The Governance and Nominating Committee will submit nominations:

(a) To any meeting of the National Council for members at large and honorary members of the National Council and for members of the Executive Board.
(b) To the Executive Board to fill vacancies in its membership as prescribed in article III, section 3, clause 2.
(c) To the Executive Board for honorary officers, and, prior to the annual meeting of the National Council, for members of the Executive Committee.

Clause *12*. The Governance and Nominating Committee shall be given full information concerning all such candidates, together with advice from the Chief Executive Officer.

*Clause 13*. {Reserved}

*Clause 14*. A member of the Executive Board whose position has been vacated pursuant to article III, section 3, clause 2 shall be renominated to the Executive Board only with the approval of the Executive Committee.

*Clause 15*. Committee Procedures.

(a) On request of any member of the Governance and Nominating Committee, voting shall be by written ballot.
(b) During the actual voting for the selection of members of the Executive Committee and Executive Board, the Governance and Nominating Committee may, on an affirmative vote of the majority of its members, meet in executive session.

Specific Requirements for Audit and Enterprise Risk Management Committee

*Clause 16*. The Audit and Enterprise Risk Management Committee shall fulfill the Executive Board's fiduciary responsibilities relating to accounting and financial matters, financial reporting practices, and internal accounting and financial controls. The members shall be knowledgeable on financial and/or risk management matters. The Audit and Enterprise Risk Management Committee shall:

(a) Recommend independent auditors to the Executive Committee for its selection.
(b) Recommend to the Executive Board the approval and issuance of the Annual Report of the Treasurer together with the audited financial statements.
(c) Discuss with the independent auditors the scope of their audit and their fees.
(d) Discuss with the independent auditors, the internal auditor, and the appropriate administrative officers the Corporation's accounting principles, policies, practices, and reporting policies and practices.
(e) Discuss with the independent auditors and the internal auditor the results of their audits.
(f) Discuss with the independent auditors, the internal auditor, and the administrative officers the adequacies of the Corporation's accounting, financial, and operating controls.
(g) Discuss with the administrative officers, the internal auditor, and the independent auditors any proposed accounting policies which are of sufficient significance to be passed upon by the Executive Board.
(h) Report to the Executive Board any recommendations and observations with regard to significant financial and accounting matters brought to its attention.

Special Committees of the Executive Board

*Clause 17*. The National Court of Honor Committee and National Eagle Scout Association shall be chaired by members of the Executive Board who are not members of the Executive Committee. The National Executive Committee shall approve the charters for those committees.

*Clause 18*. A Resolutions Subcommittee of the Governance and Nominating Committee shall review and determine whether any resolution proposed by a member of the National Council is appropriate for discussion at the National Council annual business meeting or whether any such matter should be referred to another committee or dealt with in some other appropriate manner. The Chair of the Governance and Nominating Committee shall appoint members of the Resolutions Subcommittee.

*Clause 19.* The International Committee is a special committee authorized to represent the Corporation in connection with the World Scouting Organization and to support other international initiatives authorized by the Executive Committee. The International Commissioner shall serve as the chair and appoint members of the International Committee.

# ARTICLE IV. VOLUNTEER LEADERSHIP, CORPORATE OFFICERS, AND HONORARY POSITIONS

VOLUNTEER LEADERSHIP

**Section 1.**

*Clause 1.* The National Chair, National Commissioner, and chairs of governance standing committees shall be members of the Executive Board and thereafter elected annually by the Executive Board to serve for 1 year or until their successors have been elected and have qualified. An individual normally will not (a) serve as National Chair for more than two 1-year terms or (b) serve in any other position on the Executive Committee for more than four terms.

National Chair

*Clause 2.* The National Chair shall serve as chair of meetings of the National Council, the Executive Board, and the Executive Committee. The National Chair shall be a member ex officio of all committees, other than the Governance and Nominating Committee, and shall perform such duties as are or may be assigned by the Executive Board.

National Chair-Elect

*Clause 3.* A National Chair-elect may be elected annually and may serve as the chair of a governance standing committee.

Immediate Past National Chair

*Clause 4.* The Immediate Past National Chair shall be confirmed annually and serves as chair of the Governance and Nominating Committee.

Governance Standing Committee Chairs

*Clause 5.* The governance standing committee chairs shall be elected annually. Committee chairs shall chair their assigned committees and perform such additional functions as may be assigned to them by the Executive Committee. The Executive Board may designate one of the governance standing committee chairs to serve as National Chair only during the absence or inability of both the National Chair and the National Chair-elect.

National Commissioner

*Clause 6.* The National Commissioner shall represent the Boy Scouts of America in national affairs, be the chief morale officer of the Boy Scouts of America and represents the commissioner service team.

International Commissioner

*Clause 7.* The International Commissioner shall be a member of the Executive Board and shall represent the Boy Scouts of America in international affairs and serve as chair of the International Committee.

CORPORATE OFFICERS

**Section 2.**

*Clause 1.* The officers of the Corporation shall be the following employees: President, who shall be the Chief Executive Officer; Treasurer, who shall be the Chief Financial Officer; and Secretary, who shall be the General Counsel.

President and Chief Executive Officer

*Clause 2.* The President and Chief Executive Officer shall be appointed by and shall serve at the pleasure of the Executive Board. The Chief Executive Officer shall be a voting member of the Executive Committee, oversee the National Operations Leadership Committee, and be an ex officio nonvoting member of all other committees except the Governance and Nominating Committee, where the Chief Executive Officer shall serve as staff advisor. If the Chief Executive Officer is a commissioned professional, he or she may also hold the title of Chief Scout Executive. If the Chief Executive Officer is not a commissioned professional, the Chief Executive Officer shall have the authority, rights, privileges of the Chief Scout Executive. However, the Executive Board may commission the Chief Executive Officer and thereafter the Chief Executive Officer shall also hold the title of Chief Scout Executive.

*Clause 3.* The Chief Executive Officer shall have authority over the management and operations of the Corporation, subject to these Bylaws, the Rules and Regulations of the Boy Scouts of America, and the authority and direction of the Executive Committee.

*Clause 4*. The Chief Executive Officer shall have general authority to execute documents on behalf of the Corporation subject to any limitations prescribed by the Executive Committee or Executive Board. The Chief Executive Officer may delegate, as deemed appropriate, his authority to execute documents to any other staff officer or employee. The Chief Executive Officer, Executive Committee, or Executive Board may require a countersignature or adopt other policies with respect to the execution of documents as may be considered appropriate.

*Clause 5*. The Chief Executive Officer shall prepare an annual plan outlining operational goals and strategies for the Corporation. The plan shall be submitted to the Executive Committee for approval at the National Annual Meeting. The plan shall include the volunteer support committees and reporting structure.

*Clause 6*. The Chief Executive Officer shall submit a written report to the Executive Committee and Executive Board in advance of the regularly scheduled meetings of the governance standing committees on progress made on the approved annual plan as well as other matters of interest or significant developments. Significant proposed operational or program changes shall be submitted by the Chief Executive Officer to the Executive Committee for approval.

*Clause 7*. The Chief Executive Officer shall prepare an annual report of the Boy Scouts of America for each calendar year and, with the approval of the Executive Board, shall transmit it to Congress, as required by the provisions of the federal Charter, and shall present it to the National Council at the time of its annual meeting.

Chief Financial Officer and Treasurer

*Clause 8*. The Chief Financial Officer shall serve as Treasurer and shall monitor the financial affairs of the Corporation. The Chief Financial Officer shall utilize a system of internal controls and shall be responsible for the recording and deposit of all receipts of the Corporation, for the proper disbursements of its cash, and for control over all assets of the Corporation, whether real or personal, tangible or intangible, however acquired. The Chief Financial Officer shall provide periodic financial reports as requested by the Executive Committee, Executive Board, or Finance Standing Committee. The Chief Financial Officer shall prepare a report at the end of each calendar year of the expenses and revenues, together with a statement of assets, liabilities, reserves, and funds of the Corporation as at the end of that calendar year, these statements first having been duly audited by independent public accountants approved by the Executive Committee. The Chief Financial Officer shall serve as staff advisor to the Finance Standing Committee and may serve as the chair of any budget subcommittee or task force.

Secretary

*Clause 9*. The General Counsel shall serve as Secretary of the Corporation and shall see that notices are sent to those elected as members of the National Council and to those appointed as members of the governance standing committees. The General Counsel shall serve as staff advisor for governance matters before the Governance and Nominating Standing Committee.

*Clause 10*. If the Corporation employs a Deputy General Counsel, then the Deputy General Counsel shall serve as Assistant Secretary of the Corporation.

## HONORARY POSITIONS

**Section 3.**

*Clause 1*. With consent, the current President of the United States may be elected to Honorary National President. Such election shall be by the Executive Board upon the recommendation of the Governance and Nominating Committee.

*Clause 2*. A living, former National Chair or National President who no longer renders active service may request the honorary position of “Chair Emeritus” and shall be entitled to hold such position upon the approval of the Executive Board.

*Clause 3*. Those holding honorary positions under this section are under no obligation to render active service and are not corporate officers or members of the Executive Board in any legal or regulatory sense.

# ARTICLE V. OPERATIONS

NATIONAL OPERATIONS LEADERSHIP COMMITTEE,
OPERATIONS SUPPORT COMMITTEES AND NATIONAL OPERATIONS COUNCIL

**Section 1.**

*Clause 1*. The Chief Executive Officer shall, with the approval of the Executive Committee, organize and establish service territories to support local councils. National employees may be assigned to provide support to service territories under the supervision of the Chief Executive Officer to complement the National Operations Leadership Committee and Operations Support Committees as the Chief Executive Officer determines appropriate.

*Clause 2*. The purpose of the National Operations Leadership Committee is to assist in carrying out the mission of the Corporation by providing input and recommendations to the Chief Executive Officer and to assist in the execution of field operations and program delivery. The purpose of the National Operations Leadership Committee's support committees is to provide subject matter expertise and to help execute the annual plan of the National Operations Leadership Committee. The National Operations Leadership Committee shall report to the Chief Executive Officer.

*Clause 3*. The National Operations Leadership Committee shall comprise 13 members who are the co-chairs, the chairs the support committees, and volunteer chair elect. The Committee shall be co-chaired by a member of the Executive Board, who is not a member of the Executive Committee, proposed by the Chief Executive Officer and confirmed by the National Executive Committee and a commissioned professional appointed by the Chief Executive Officer. It shall advise the Chief Executive Officer and, when appropriate, make recommendations to the National Executive Committee. Members of the National Operations Leadership Committee shall be supported by staff advisors who may attend and participate in all meetings. While the Chief Executive Officer is responsible for reporting on program and operational matters to the governance standing committees, if a majority of the volunteer members of the Committee recommends a matter be reported to the Executive Committee, the Chief Executive Officer shall include the matter in his or her next report. The Chief Executive Officer shall submit a program and operations support committee structure to accompany the proposed annual goals and strategy for approval by the Executive Committee at the National Annual Meeting. The National Commissioner shall be an ex officio voting member of the National Operations Leadership Committee.

*Clause 4*. Support and subcommittees shall be governed by committee charters setting forth each committee's purpose, authority, annual goals, and action items. Charters shall be approved by the co-chairs. The staff advisors assigned by the Chief Executive Officer shall be responsible for coordinating the efforts of each committee as well as coordination with other committees or staff advisors. Unless specifically set forth in the committee charter, support committees will have no approval authority.

Support committees may be supported by subcommittees and task forces. Those subcommittees and task forces should be focused based upon areas of expertise, and members should possess the skill and knowledge necessary to assist in formulating policies, guidelines, program procedures, and related publications.

Support committees should typically meet in person or by telephone or digital conference or the equivalent on a quarterly basis. Agendas and minutes for committee meetings shall be prepared and submitted as directed by the Chief Executive Officer.

*Clause 5*. Support and subcommittee chairs should normally not be members of the Executive Board and shall not be members of the Executive Committee. Chairs shall be appointed by the Chief Executive Officer subject to the approval of the National Chair. Committee members shall be appointed to 1-year terms based upon staff recommendations in consultation with committee chairs and the approval of the Chief Executive Officer. Committee members shall be considered members of a national support committee and members of the National Council. Chairs should typically serve as chairs no more than 3 consecutive years. Committee and subcommittee members should typically serve a maximum of 8 years.

Support committee members may be selected based upon their experience and appropriate expertise in the committee's general area of responsibility. Committee members may include persons with no prior affiliation with Scouting. However, committee members must be registered Scouters during their period of service.

NATIONAL OPERATIONS COUNCIL

**Section 2.**

The National Operations Council's purpose is to provide recommendations to the National Operations Leadership Committee regarding field operations and program and to review, consider and provide feedback on specific areas as requested by the National Operations Leadership Committee or the Chief Executive Officer. The National Operations Council shall be comprised of not more than 50 members, including the chairs of the support committees, chair of the Order of the Arrow, the chair of Learning for Life, at least four youth members, including the elected youth member national leaders of the Order of the Arrow, Venturing and Sea Scouts and selected members of the Scout Executives Advisory Committee. The Chair-elect of the National Operations Leadership Committee shall serve as the Chair of the National Operations Council. The Chair, with the approval of the National Operations Leadership Committee, may appoint additional at-large members to the National Leadership Council for 1-year terms coinciding with the National Annual Meeting so long as the total number of members does not exceed 50. The terms of the chair and members of the National Operations Council should normally be limited in the same manner as the terms as members of the of the National Operations Leadership Committee.

# ARTICLE VI. LOCAL COUNCILS

GENERAL

**Section 1.**

*Clause 1*. Charters. In order to accomplish its purposes and to carry out its programs, the Corporation will charter local councils each with jurisdiction over a prescribed geographical area. All local council charters shall be issued for a period not exceeding 1 year ending June 30 and may be renewed annually upon application, accompanied by reports based upon operations for the preceding calendar year, together with such other evidence as may be required, showing a satisfactory effort to meet the responsibilities of a local council as herein provided. Such charters shall be contingent on such local councils' fulfilling the basic purpose of the Scouting movement within their specified territory in a sustainable manner, in accordance with these Bylaws and the Rules and Regulations of the Corporation.

*Clause 2*. Constructive Trust on Council Properties. All funds raised and property owned by local councils in the name of Scouting shall be subject to and used in accordance with the principles of a constructive trust for the benefit of Scouting as set forth in the Rules and Regulations of the Corporation. The National Council may request councils to provide information regarding assets, funds, properties, and indebtedness, and councils shall supply such information in a timely manner. Upon termination of a local council charter or dissolution of a council, all rights of management and ownership of local council property shall become vested in the National Council for use in accordance with the Rules and Regulations of the Corporation. Local council articles of incorporation and bylaws shall include or be revised to incorporate this provision at the time of chartering or the next charter renewal.

*Clause 3*. Audits. The National Council shall have the right to audit all records of local councils for compliance with national rules, regulations, and policies. Any report made following an audit shall be shared with the council president, commissioner, and Scout executive. The Chief Executive Officer shall have the right following any audit to take such action as it deems appropriate to correct any deficiencies or violations of any national rules, regulations, policies, or charter agreement.

APPLICATIONS

**Section 2.**

Applications for new charters shall be accompanied by a copy of the proposed Local Council Articles of Incorporation and Bylaws of the council incorporating terms approved and required by the National Council and evidence showing that it will be for the best interests of the youth of the community and the Scouting movement to have a chartered council and that those who are making the application are in a position to perform the functions of the local council in a manner which would justify the issuance of a charter.

CONDITIONS AND TERMINATION

**Section 3.**

Charters to local councils shall be issued by the Corporation. The Chief Executive Officer may at any time add such conditions to a local council charter as deemed appropriate. Subject to the approval of the other members of the National Key 3, the Chief Executive Officer may issue a council a transitional charter in advance of the realignment of territory assigned to a local council. The Key 3 will report on any such transitional charter to the Executive Committee as soon thereafter as feasible under the circumstances.

REVOCATION OR MODIFICATIONS OF CHARTERS

**Section 4.**

The Executive Committee may refuse to renew, revoke or modify the charter of a local council at any time in its sole discretion when it is believed to be in the best interest of the Scouting movement.

RESPONSIBILITY OF THE LOCAL COUNCIL

**Section 5.**

*Clause 1*. It shall be the responsibility of each local council to make sure that the general principles of advancement are understood and carried out by the units in the council area.

*Clause 2*. It shall make Scouting training available to all members of chartered organizations and community groups using the Scouting program while maintaining standards in policies, protecting official badges and insignia, and reviewing and making recommendations regarding unit leadership and finances.

Highly Confidential

*Clause 3*. The local council shall supervise advancement procedures to make sure that they are carried out in such a way as to ensure strict adherence to the requirements and standards as set forth in the Rules and Regulations and the official publications of the Boy Scouts of America. The local council shall organize the necessary unit, district, and council procedures to make sure that youth members have an opportunity to advance and receive recognition promptly. It shall provide training for leaders in the principles and conduct of advancement.

*Clause 4*. No local council Scouter shall have authority to increase or diminish requirements and standards established by the Corporation. A Scouter is an adult who applies and is approved for registration with the Boy Scouts of America; fulfills the obligations of his or her position; obligates himself or herself to subscribe to the Scout Oath; and agrees to abide by the Rules and Regulations, policies, and other guidelines of the Boy Scouts of America.

*Clause 5*. Every local council shall operate in a sustainable manner as determined by the standards established by the National Council. Local councils shall adhere to the policies established by the Corporation regarding the use of the seal and all other emblems and badges, descriptive and designating marks, and words or phrases associated with or referring to the Boy Scouts of America, or any of its affiliates. No local council, including employees or Scouting volunteers, may authorize any third party to trade on the goodwill and reputation of the Boy Scouts of America.

*Clause 6*. The powers and responsibilities of local councils shall be controlled by these Bylaws and by the Rules and Regulations.

## INCORPORATION OF LOCAL COUNCILS

**Section 6. General**

*Clause 1*. Local councils duly chartered by the Boy Scouts of America shall, wherever possible, become incorporated under the laws of their respective states pertaining to nonprofit corporations and pursuant to and consistent with these Bylaws and the Rules and Regulations of the Boy Scouts of America. The National Council may issue a prescribed form for local council articles of incorporation and bylaws, adoption of which shall be a condition of the issuance or renewal of the charter.

Approval of Documents

*Clause 2*. Proposed corporate articles and bylaws of local councils, and any amendments of such articles or bylaws, shall be submitted to the Corporation's National Service Center for review and approval in advance of adoption. When corporate articles are found to be in proper form, a certificate of approval, with consent to incorporate, for Scouting purposes under the name agreed upon, shall be furnished on behalf of the Boy Scouts of America. This certificate shall be attached to the corporate articles when filed by the local council with the state authorities. Any changes to the bylaws of the local council shall be approved in advance by the National Service Center, and any changes to the requirements for local council bylaws established by the Executive Committee shall be incorporated into the local council bylaws.

## ORGANIZATION AND OPERATION

**Section 7.**

*Clause 1*. The membership of each local council shall consist of a chartered organization representative from each chartered organization and additional members at large from within the territorial boundaries of the local council, totaling a minimum of 100 adults. When a council is incorporated, its incorporators shall be its initial members. Thereafter its members-at-large shall be elected annually by the council membership.

*Clause 2*. The executive board of each local council shall consist of (a) not fewer than 25 nor more than 50 members elected by the local council from among its active members; plus (b) the officers of the Corporation, including the Scout executive (who shall have no vote); (c) the chairs of the committees of the executive board; (d) the chairs of each district committee, upon being approved by the executive board; and (e) not more than two youth members, who shall be registered members or adult program participants (as defined in Article VII, Section 1) appointed by the council president with the approval of the executive board to serve for a term of 1 year. The executive board shall be the governing body of the council and shall be responsible for its operations and its assets.

*Clause 3*. The executive board annually shall elect its officers of the council, which will consist of a president, one or more vice presidents, a treasurer, and a council commissioner. The officers of the council shall be nominated and elected by a council nominating committee and election process operating in the same manner as is required for similar national positions.

# ARTICLE VII. YOUTH MEMBERSHIP

GENERAL

**Section 1.**

Those eligible to participate in programs designed for youth and young adults shall collectively be known as "members" or "youth program participants." Participation in programs shall be open to any person who meets the requirements for membership. Program participants who are at least 18 years of age and older and eligible to participate in programs designed for youth shall be referred to as "adult program participants."

MEMBERSHIP, ADVANCEMENT, AND ACHIEVEMENT

**Section 2.**

Membership in programs, advancement, and achievement of leadership in Scouting is open to all persons who qualify for membership and participation in the program, without regard to race, gender, sexual orientation, gender identity, ethnic background, or religion, and who subscribe to the Declaration of Religious Principle. Advancement and achievement of leadership in Scouting shall be based entirely upon individual merit.

Highly Confidential

# ARTICLE VIII. ADULT LEADERSHIP

GENERAL

**Section 1.**

Leadership Qualifications

*Clause 1*. General. No person shall be approved as a Scouter or leader unless, in the judgment of the Corporation, that person possesses and demonstrates the moral, educational, and emotional qualities deemed necessary for leadership and satisfies such other qualifications as it may from time to time require.

*Clause 2*. Violations of Rules, Regulations or Policies. The Chief Executive Officer shall have the right to take action against any Scouter found to have violated any rule, regulation, or policy of the National Council, including expiring the registration of any such Scouter. Any Scouter whose registration is expired shall be deemed to have resigned any appointed or elected office or board position on any national or council board or committee. This provision shall not be construed to limit (a) the ability of a local council to request action or (b) the authority of the National Council to take action with respect to any member or adult leader considered unsuitable to serve.

*Clause 3*. Positions. The National Council may limit the registration of any volunteer adult Scouter to such position(s) as it deems to be in the best interests of Scouting and such person shall not be allowed to register in any position other than the designated position(s).

PROFESSIONAL LEADERSHIP

**Section 2.**

General

*Clause 1*. Status. The commissioned status of professional Scouters is separate and distinct from his or her employment. The commissioning of a Scouter does not in itself entitle a professional to be appointed to or to retain a position. The appointment of an individual to a position in Scouting does not in itself entitle him or her to receive a commission.

Professional Scouters

*Clause 2*. General. A corps of qualified and trained professional Scouters is essential to the success of the whole Scouting movement. To secure and retain such people for service in the national and local councils, their professional status must be clearly defined. Commissioned professionals must be eligible for, apply, and be accepted as a Scouter before they are eligible for commissioning or employment.

*Clause 3*. Commissioning and Decommissioning. The Executive Committee may approve requirements or guidelines regarding the employment, commissioning and decommissioning of professionals. The Chief Executive Officer is responsible for overseeing the commissioning and decommissioning of all professionals and, in the absence of requirements approved by the Executive Committee, shall exercise discretion in administering the commissioning and decommissioning process.

*Clause 4*. Scout Executives. The Chief Executive Officer shall separately issue commissions to certify qualified professionals to serve as council Scout executives. The Chief Executive Officer may refuse to certify as qualified or remove the certification of any council Scout executive when, in the sole discretion of the Chief Executive Officer, it is determined that they are no longer qualified to hold that certification. If authorized by Guidelines approved by the National Executive Committee, in exceptional circumstances the Chief Executive Officer may authorize a local council to employ a chief executive officer who is not a commissioned professional or certified or eligible to be certified as a Scout executive. An individual who is not a commissioned professional may not use the title Scout Executive.

Employment

*Clause 5*. Authority of the Chief Executive Officer. The Chief Executive Officer is, subject to these Bylaws, the Rules and Regulations, and guidelines approved by the Executive Committee, authorized to appoint and remove all employees of the Corporation and to direct their work.

# ARTICLE IX. POLICIES

POLICIES

**Section 1.**

Declaration of Religious Principle

*Clause 1*. The Boy Scouts of America maintains that no member can grow into the best kind of citizen without recognizing an obligation to God. In the first part of the Scout Oath the member declares, "On my honor I will do my best to do my duty to God and my country and to obey the Scout Law." The recognition of God as the ruling and leading power in the universe and the grateful acknowledgment of His favors and blessings are necessary to the best type of citizenship and are wholesome precepts in the education of the growing members. No matter what the religious faith of the members may be, this fundamental need of good citizenship should be kept before them. The Boy Scouts of America, therefore, recognizes the religious element in the training of the member, but it is absolutely nonsectarian in its attitude toward that religious training. Its policy is that the home and the organization or group with which the member is connected shall give definite attention to religious life.

Activities

*Clause 2*. The activities of the Boy Scouts of America shall be carried on under conditions which show respect to the convictions of others in matters of custom and religion, as required by the twelfth point of the Scout Law, reading, "Reverent. A Scout is reverent toward God. He is faithful in his religious duties. He respects the beliefs of others."

Freedom

*Clause 3*. In no case where a unit is connected with a church or other distinctively religious organization shall members of other denominations or faiths be required, because of their membership in the unit, to take part in or observe a religious ceremony distinctly unique to that organization or church. However, no church or religious organization holding a valid charter shall be required to accept as an adult leader any person whose espoused personal beliefs are in conflict with the chartered organization's religious principles.

Leaders

*Clause 4*. Only persons willing to subscribe to these declarations of principles shall be entitled to certificates of leadership in carrying out the Scouting program.

*Clause 5*. Rules and Regulations approved by the Executive Board or Executive Committee shall be considered no less important to the Corporation merely because they are not specifically set forth in the Bylaws.

# ARTICLE X. PROGRAM

PROGRAM OBJECTIVES

**Section 1.**

The program shall be one designed to achieve objectives in character development, citizenship training, leadership, and mental and physical fitness.

In its several phases the program shall be adapted to the groups into which program participants are divided and shall be as set forth from time to time in these Bylaws, Rules and Regulations, and other publications of the Corporation.

In all activities, emphasis shall be placed upon practice in daily life of the principles of the Scout Oath. In association with suitable adult leadership, members registered in Scouting will be guided to develop traits of character which are expressed in self-reliance, consideration of and help to others, personal courage, and above all in lives of useful citizenship.

# ARTICLE XI. BUSINESS

FINANCE

**Section 1.**

Expenses

*Clause 1*. The necessary expenses of the Corporation shall be met from the receipts from annual registration fees and contributions; from the proceeds from sales of publications and supplies; and from such other sources as may be determined by the Corporation.

Contributions

*Clause 2*. Contributions shall be solicited in the name of the Boy Scouts of America only through or by the authority of the Corporation and shall be limited to the National Council or chartered local councils, in accordance with these Bylaws and Rules and Regulations of the Corporation. Youth members shall not be permitted to serve as solicitors of money for chartered organizations, for the local council, for the National Council, for corporate sponsors, or in support of other organizations. Adult leaders and youth members shall not be permitted to serve as solicitors in support of personal or unit participation in local, national, or international events.

Fundraising

*Clause 3*. Youth members may sell products as part of an approved fundraising project if (i) the nature of the product is consistent with the values and purpose of the Corporation; (ii) the value of the product is commensurate with the price at which it is offered; and (iii) it is in accordance with the Bylaws and Rules and Regulations of the Corporation. Furthermore, any product that is sold or offered for sale as part of an approved fundraising project and bears any emblems, logos, brands, or other designating marks associated with the Boy Scouts of America must be manufactured by a BSA licensee authorized by the Corporation to use such designating marks in that manner on those specific products. No youth member shall engage in such sales of products for more than 12 total weeks during any one 12-month period.

Deposit of Funds

*Clause 4*. All funds shall be deposited in such depositories as shall be approved by the Executive Board.

Custody of Securities

*Clause 5*. The securities of the Corporation shall be deposited in any such deposit vault or vaults or with such bank or banks, trust company or trust companies, or such other depositories, and access thereto shall be provided as may from time to time be determined by the Executive Board. Access to the securities may be had as provided in the Rules and Regulations or by resolution of the Executive Board and not otherwise.

They may be examined or withdrawn by such officer or officers or other employees of the Corporation as may from time to time be designated by the Executive Board. The Executive Board by resolution may authorize any two members of the Executive Board of the Corporation to have access to the securities for the purpose of audit or such other purpose as it may specify in the resolution.

Checks, Notes, Etc.

*Clause 6*. Except as otherwise provided by law or in these Bylaws, all checks, drafts, notes, bills of exchange, or other orders, instruments, or obligations for the payment of money shall be signed by such officer or officers, employee or employees, or agent or agents of the Corporation as shall be specified by the Executive Board.

DEEDS, CONTRACTS, BONDS, ETC.

**Section 2.**

Authority to Execute Documents

Except as otherwise provided by law or in these Bylaws, officers of the Corporation shall sign, in the name and on behalf of the Corporation, all deeds, bonds, contracts, or mortgages. Provided, however that the execution of such documents relating to the powers reserved to the Executive Board in Article III, Section 1, *Clause 2*, shall be authorized by the Executive Board, separately and specifically beforehand.

# ARTICLE XII. SPECIAL SITUATIONS

EXPERIMENTAL PROGRAMS

**Section 1.**

From time to time the Executive Board may wish to authorize experimental programs to determine how best to achieve the purpose of the Boy Scouts of America under changing conditions. If such experimental programs are in any manner inconsistent with these Bylaws, the programs shall be adopted only in accordance with the procedures established in the Rules and Regulations.

OVERSEAS SCOUTING

**Section 2.**

General

*Clause 1*. To further its objectives of extending membership privileges to citizens of the United States in other parts of the world, the Corporation authorizes the registration of youth members and leaders and the establishment of units in areas lying outside of the jurisdiction of any local council.

Policy of Cooperation

*Clause 2*. To foster and strengthen the close and friendly relationship that exists between the Boy Scouts of America and other Scout associations, members and leaders of units will work in close harmony with their fellow Scouts and Scouters in the area.

Services

*Clause 3*. Administration, organization, program, and training services shall be furnished by the International Division of the Corporation with the cooperation of councils where such can be utilized.

Deviations

*Clause 4*. To the extent feasible, the provisions of the Bylaws, Rules and Regulations, and policies of the Corporation relating to its domestic units shall apply to Direct Service units. It is recognized that as the application of certain of these may be impractical, their waiver or modifications will be permitted. Also due to varying conditions, it is recognized that such waiver and modification could result in nonuniform application as between units.

Any deviations will be authorized by the Executive Committee, whose authority may be delegated to a committee or subcommittee. Major deviations of a general nature normally will be set forth in the Rules and Regulations.

LEARNING FOR LIFE

**Section 3.**

*Clause 1*. To further the mission of the Boy Scouts of America to meet and serve the needs of youth and communities, the Corporation authorizes the establishment of an affiliated separate corporation to be known as Learning for Life, to work in cooperation with our nation's schools and businesses.

*Clause 2*. Learning for Life is an educational outreach program that takes place during or after school hours and is not part of the traditional Scouting program.

*Clause 3*. Exploring is Learning for Life's workforce development career program for young men and women who meet the participation requirements.

*Clause 4*. Exploring is based on five areas of emphasis: career opportunities, life skills, citizenship, character education, and leadership experience. Local community organizations initiate an Explorer post by matching their people and program resources to the interests of young people in the community.

*Clause 5*. The program, organization, and administration of and qualifications for participation in Learning for Life shall be established by Learning for Life.

Highly Confidential

# ARTICLE XIII. INDEMNIFICATION

**Section 1.**

The Corporation shall indemnify any person who was, is, or is threatened to be made a named defendant or respondent in any action, suit, or proceeding, civil or criminal (a "Proceeding"), because such person, or a person of whom such person is the legal representative, (i) is or was a member of the Executive Board, a committee of the Executive Board, a subcommittee of a committee of the Executive Board, or an officer of the Corporation; or (ii) while a member of the Executive Board, a committee of the Executive Board, a subcommittee of the Executive Board, or an officer of the Corporation, is or was serving at the request of the Corporation as a director, officer, agent, or employee of another corporation or organization, to the fullest extent that a nonprofit corporation may grant indemnification to such a person under applicable law, without subjecting the Corporation to any income or excise tax under the Internal Revenue Code of 1986, as amended, or the corresponding provision or provisions of any subsequent United States Internal Revenue law or laws; provided, however, that any right to indemnification from the Corporation under this provision shall not extend to any matter as to which such person shall have engaged in wanton or willful misconduct in the performance or neglect of a duty owed to the Corporation. Any right to indemnification under this provision shall be a contract right and shall include the right to be paid by the Corporation expenses incurred in defending such Proceeding in advance of its final disposition to the maximum extent permitted under applicable law. Any person who has requested an advancement of expenses under this provision and has not received such advance within 30 days of such request may thereafter bring suit against the Corporation to recover the unpaid amount of such claim and, if successful in whole or in part, shall be entitled to be paid also the expense of prosecuting such claim. In any such action, the burden of proof shall be on the Corporation to prove the claimant is not entitled to such payment. The rights conferred herein shall not be exclusive of any other right which any person may have or hereafter acquire under any statute, bylaw, vote of the Executive Board or a committee or subcommittee thereof, agreement or otherwise. This provision shall not be deemed to limit any power or exclude any right of the Corporation to provide any additional or other indemnity or right, or to maintain insurance or a similar arrangement for or on behalf of any person. If this provision should be invalid or ineffective in any respect, the validity and effect of this provision in any other respect shall not be affected.

# ARTICLE XIV. WAIVERS AND AMENDMENTS

WAIVERS

**Section 1.**

Whenever any notice is required by these Bylaws or by any law to be given to any member of the National Council, member of the Executive Board, or any committee or any officer, such notice except as otherwise provided by these Bylaws or by any law may be given personally or by fax or electronic mail addressed to the person at such person's place of business, if any, or (to the extent applicable) at such address as has been given to the Corporation as the home address of the person; or the notice may be given in writing by mail, in a sealed wrapper, postage prepaid, addressed to such person at such address. Any notice given by fax or electronic mail shall be deemed to be given when it shall have been delivered for transmission and any notice given by mail shall be deemed to have been given when it shall have been deposited in a post office, in a regularly maintained letter box, or with a postal carrier. A waiver of any such notice in writing, signed by the person entitled to such notice as required, shall be deemed the equivalent thereof, and the presence at any meeting of any person entitled to notice thereof shall be deemed a waiver of such notice as to such person.

AMENDMENT OF BYLAWS

**Section 2.**

Procedures

*Clause 1.* These Bylaws may be amended at any meeting of the Executive Board by the affirmative vote of a majority of the whole Executive Board; upon the recommendation of the Executive Committee of the Executive Board; or when the proposed amendment has been sent to the members of the Executive Board at least 15 days in advance of the meeting.

Promulgation

*Clause 2.* All changes in the Bylaws, when made, shall be announced to the national and local councils in such manner as the Executive Board shall direct.

# INDEX

*A-B*

Access to securities, 17
Activities, policy on, 16
Adult leadership, 15
Adult program participants, 15
Advancement, principles of, 14
Advancement standards, 14
Amendment
  Bylaws, 19
  Rules and Regulations, 2
American National Red Cross, v
Annual meeting, National Council, 4, 5, 6
Annual report to Congress, iv
Approval of documents, 13
Assets, iii
Audit and Enterprise Risk Management Committee, 7, 8
Audits, 12
Authority of Executive Board, 5
Authority to execute documents, 9, 17
Badges and insignia, protection of, v, 12
Bank or banks, 17
Bequest, iii
Bills of exchange, 17
Bonds, 17
Boy Scouts of America
  annual report, iv, 4, 8, 10
  governing body, iv, 5, 13
  handbooks, 2
  membership, 14
  name, iii, 1
  National Service Center, 1, 13
  official publications, 2, 13
  policies, 16
  program, 16
  purpose, iii, 1, 6
  seal, iii, iv, v, 1, 13
BSA Mission, Reputation & Strategy Committee, 7
Business, 17
Bylaws, amendments to, 19

*C-D*

Certificate of approval to incorporate, 13
Certificate of stock, iii
Changes in bylaws, 19
Character development, 1, 16
Chartered organization representative, 13
Checks, 17
Chief Financial Officer/Treasurer, 10
Chief Executive Officer, 1, 7, 8, 9, 10, 11, 12, 15
Chief Scout Executive, 9
Citizenship, v, 16, 18
Citizenship training, 1, 16
Commissioned leadership, 3, 9, 11, 15
Commissioning, 15
Congress, iii, iv, v, 1, 3, 10
Congressional report, v
Constructive trust, 12
Contracts, 17
Contributions, 17
Cooperation with Scout associations, 18
Corporate membership, 3
Corporation property, iii, iv
Courage, iii, 1, 16
Custody of securities, 17
Debts, iii
Declaration of religious principle, 16
Decommissioning, 15
Deeds, 17
Deposit of funds, 17
Depositories, 17
Deposit vault or vaults, 17
Development Committee, 7
Deviations, 18
Devise, iii
Direct Service units, 18
District of Columbia, iii, iv, 1, 4
Diversity Committee, 7
Dividends, iii
Documents, approval of, 13
Documents, authority to execute, 9, 17
Drafts, 17

*E-F*

Education, V, 1, 15, 16, 18
Election of members of Executive Board, 8
Election, regulations for, iii
Electronic communications, 6
Emblems and badges, iv, 1, 13, 17
Employment of professionals, 15
Equity, iii
Executive Board, iv, 2, 3-10
  ad hoc committees, 7
  appointment of committee, 7-8
  Audit and Enterprise Risk Management Committee, 7, 8
  BSA Mission, Reputation & Strategy Committee, 7
  committees of, 7-8
  Development Committee, 7
  Diversity Committee, 7
  duties of committees, 7
  election of regular members, 8
  electronic communications, 6
  ex officio members, 7, 9, 11
  Finance Committee, 7
  Governance and Nominating Committee, 5, 7, 8, 9, 10
  Human Resources Committee, 7
  International Committee, 8, 9
  interpretation of, 5
  meetings of, 4, 6
  membership, 5
  notice of meetings, 6
  quorum, iv, 6
  regular meetings, 6
  special committees, 8
  special meetings, 6
  standing committee chair, 7
  standing committees, iv, 5, 7, 9, 10, 11
  subcommittees, 7, 11
  task forces, 7, 11
  telecommunication meetings, 6
  vacancies, iv, 5, 8
  "whole Executive Board, the," 5, 19
Executive Committee, 1, 4, 5, 7-13, 15, 16, 18, 19
  duties of, 7
  meetings, 7
  membership, 7
Expenses of corporation, 17
Experimental programs, 18
Exploring, 18
Federal charter, 10
Finance, 17
Finance Committee, 7
Fiscal year, 1
Fitness, mental and physical, 1, 16
Freedom, religious, 16
Fundraising, 17

*G–H–I–J*

Gift, iii
Governance and Nominating Committee, 5, 7, 8, 9, 10
Governing body, iv, 5, 13
Honor, v
Human Resources Committee, 7
Incorporation of local councils, 13
Indemnification, 19
Individual merit, 14
Initiative, v
Insignia, v, 12
Instruments, 17
Intellectual life, v
International commissioner, 7, 8, 9
International Committee, 8, 9
International Division, 18
Juvenile delinquency, v

*K–L*

Key 3, 7, 12
  national, 7, 12
Leadership, 1, 9, 11, 14, 15, 16, 18
Leadership qualifications, 15
Learning for Life, 18
Liabilities, iii, 10
Liens, iv
Local councils, 12-13
  application for new charters, 12
  audits of, 12
  charters to, 12
  executive boards, 13
  incorporation of, 13
  officers, 13
  operation of, 13
  organization of, 23
  powers of, 13
  responsibilities of, 12-13

*M-N*

Medals, v
Mental fitness, 1, 16
Military system, v
Moral life, v
Mortgages, iv, 17
Motto, 1
Movement, Scouting, v, 5, 12, 15
Name of the corporation, iii, 1
National commissioner, 7, 9, 11
National Council, 3-4
  annual meetings, 4
  certificates of membership, 3
  corporate membership, 3
  elected members, 3
  eligibility requirements, 3
  Executive Board members, 3
  ex officio members, 3
  general meetings, 4
  guests, 4
  honorary members, 3
  local council representatives, 3
  meetings, 4
  members 3-4
  members at large, 3
  notice of meetings, 4
  quorum, 4
  request for special meeting, 4
  special meetings, 4
  voting credentials, 3
National Key 3, 7, 12
National Operations Council, 11
National Operations Leadership Committee, 9, 11
National Service Center, 1, 13
Notes, 17
Number, governing body, iv, 5, 13

*O–P*

Officers, 9-10
Overseas Scouting, 18
Patent laws, v
Patriotism, iii, 1
Payment of money, 17
Personal courage, 16
Personal estate, iii
Physical fitness, 1, 16
Policies, 16
President, 9
Priorities, 2
Professional leadership, 15
Professional Scouters, 15
Program, 16
Program objectives, 16
Property, iii, iv, 12
Publications, official, 2, 13
Public emergencies, v
Purpose, iii, 1, 6

*Q-R*

Qualifications, governing body, iv
Quorum
  annual or special meeting, iv, 4
  Executive Board, iv, 6
  National Council, 4
Red Cross, v
Regulations for election, iii
Religion, policy on, 16
Report to Congress, iv
Resolutions Subcommittee, 8
Resourcefulness, v
Revocation of charter, 12
Rules and Regulations, 1, 2, 7, 9, 12 13, 15, 16, 17, 18

*S*

Scoutcraft, iii, 1
Scouting movement, v, 5, 12, 15
Scout Oath, 13, 16
Seal, iii, iv, v, 1, 13
Self-reliance, iii, v, 1,
Signatures for payment, 17
Solicitors of money, 17
Special committees, 8
Special meetings, iv, 4, 6
Special situations, 18
Standing committees, iv, 5, 7, 9, 10, 11
Support committees, 10, 11
Suit, 19
Supplies, sales of, 17

*T*

Telecommunications, 6
Termination of charters, 12
Term of office, governing body, 5, 7
Tests, v
Training Scouts, v
Trust company or companies, 17
Trust, constructive, 12

*U–V–W–Y*

Uniforms, badges, and insignia, v
Vacancies, Executive Board, iv, 5, 8
Vice presidents, 13
Waivers, 6, 18, 19
Wilson, Woodrow, iv
Youth membership, 14
Youth program participants, 14

# RULES AND REGULATIONS OF THE BOY SCOUTS OF AMERICA

SEPTEMBER 2020

BOY SCOUTS OF AMERICA

©2020 Boy Scouts of America

JTX-291

Subject to Protective Order – Highly Confidential

BSA-PLAN_00332901

SA 0036

100-492
©2020 Boy Scouts of America
September 2020 Revision

2

Subject to Protective Order – Highly Confidential

BSA-PLAN_00332902

SA 0037

# SEPTEMBER 2020 CHANGES

**The term Chief Scout Executive has been changed to Chief Executive Officer throughout the document.**

**Section III, Local Councils, Local Council and Unit Finance**

Deleted provision allowing local councils to charge unit or activity fee or participant surcharge to be applied to national liability insurance program.

**Section V, Individual Registration, Registration of Youth Members and Adult Program Participants**

Deleted sentence prohibiting local councils from charging additional youth membership fee.

**Section V, Individual Registration, Local Council Registration or Program Fees**

Added provision allowing local councils to charge annual registration fee not to exceed national registration fee.

**Section VIII, Commissioned Professional Leadership**

Significant changes were made regarding the employment of professionals in local councils.

Subject to Protective Order – Highly Confidential

# CONTENTS

**I. Definitions** **5**

**II. Policies** **6**
Code of Conduct 6
Cooperation With National Movements 6
Participation in Public Functions 6
Scouting Public Display Activities 6
Commercialism Policy 6
Local Council and Unit Fundraising 6
Advertising Policy 7
Policy Concerning Political Questions 7
Policy Concerning Military Training 7
Conflict-of-Interest Policy 7

**III. Local Councils** **8**
Local Council Registration and Fees 8
Council Operations 8
Responsibilities of Local Council 8
District Organization 8
Council Program Promotion Outside of Assigned Territory 8
Local Council and Unit Finance 8
Real Estate 9
Restricted Funds 9
Council or Unit Assets Upon Dissolution 9

**IV. Units and Chartered Organizations** **10**
General 10
Charters to Organizations 10
Charters to Groups of Citizens 10
Charter Applications, Renewals, and Revocations 10
Chartered Organizations and Representative 10
Unit Committees 10
Unit Program Leaders 11
Unit Designation 11

**V. Individual Registration** **12**
Registration of Youth Members and Adult Program Participants 12
Registration of Adult Leaders 12
Procedure for Registration 12
Qualifications, Applications, Approval, and Removal 12
Unit Leaders 12
District and Council Scouters 12
Area, Region, and National Scouters 12
Scouter Training 12
Special Types of Registration 12
Sustaining Members 12
Camp Staff 13
College Scouter Reserve 13
Merit Badge Counselors 13
Scouter Reserve 13
Retired Professionals 13
Special Registration Status 13
Veteran Award 13
Period of Registration 13
Transfers 13
Confidentiality and Use of Registration Information 14
Denial, Expiration, or Revocation of Registration 14
Local Council Annual Registration or Program Fees 14

**VI. Council Commissioned Leaders** **15**
Commissioner Service 15
Roundtables 15

**VII. Programs** **16**
Youth Programs 16
Youth Leadership Positions 16
Advancement 16
General Principle 16
Administration 16
Advancement Requirements 16
Programs and Facilities 16
Responsibility for Merit Badges 16
Activities 17
Anniversary Celebration 17
Participant Fees 17
*Boys' Life* or *Scout Life* Magazine 17
Insignia, Uniforms, and Badges 17
General 17
Official Uniforms 17
Use of Uniform 17
Special Local Badges and Insignia 17
Authorization 17
Lifesaving and Meritorious Action Awards 18
Lifesaving Awards 18
Meritorious Action Awards 18
Applications 18
Awards for Distinguished Service to Youth 18
Silver Buffalo Award 18
Silver Antelope Award 18
Silver Beaver Award 19
Silver World Award 19

**VIII. Commissioned Professional Leadership** **20**
General 20
Professional Commissioning 20
Decommissioning 20
Employment of Professionals 20
Rules and Guidelines 20
Special Situations 20
National Professional Staff 21
Local Council Professional Personnel 21
Other Local Council Staff 21

**IX. Affiliates** **21**
Scouting Affinity Groups 21

**X. Special Situations** **22**
Experimental Programs 22
Scouting Outside of Council Territories 22
World Organization of the Scout Movement 22

**XI. Agreements With Other Organizations** **22**

**Index** **23**

# I. DEFINITIONS

**Adult.** Unless otherwise stated, the word "adult" refers to a person 18 years of age or older.

**Adult Program Participant.** An adult program participant is any person 18 years of age or older who registers to participate in a program in which youth members are also eligible to participate; obligates himself or herself to regularly attend the meetings; fulfills a member's obligation to the unit; subscribes to the Scout Oath; and participates in an appropriate program based on the current guidelines of the Boy Scouts of America. Adult program participants are subject to the same guidelines as adult Scouters when required by policies and guidelines.

**Boy Scouts of America.** The Boy Scouts of America means the Boy Scouts of America, National Council.

**Council Scouter.** A council Scouter is an adult volunteer leader serving as a member of the council, a council officer, a board or committee member, or a chartered organization representative.

**District Scouter.** A district Scouter is an adult volunteer leader serving on a district committee or district commissioner's staff.

**Leader.** A leader is an adult Scouter registered in a position of leadership or responsibility at the council, district, or unit level.

**Member.** Unless otherwise stated, a "member" is a youth member and, in context, an adult program participant.

**National Council.** National Council is generally synonymous with the Boy Scouts of America.

**National Service Center.** The National Service Center is the Boy Scouts of America National Council headquarters at Irving, Texas.

**Official Scouting Activity.** An official Scouting activity is an activity consistent with the values, Charter and Bylaws, Rules and Regulations, policies, manuals, and applicable literature of the Boy Scouts of America.

**Scouter.** A Scouter is an adult who registers with the Boy Scouts of America at the local, area, region, or national level; fulfills the obligations of his or her position; obligates himself or herself to subscribe to the Scout Oath; and agrees to abide by the Rules and Regulations, policies, and other guidelines of the Boy Scouts of America.

**Scouter Code of Conduct.** www.scouting.org/health-and-safety/gss/bsa-Scouter-code-of-conduct

**Scouting.** In context, Scouting refers to the collective programs of the Boy Scouts of America.

**Scouts BSA.** In context, Scouts BSA is the program for eligible youth who have completed or are too old for the Cub Scout program.

**Unit Scouter.** A unit Scouter is an adult volunteer leader registered with a unit, except for a chartered organization representative who is considered a council Scouter.

**Youth.** "Youth" generally means a youth member or adult program participant registered in a program.

**Youth Leader.** A youth leader is a youth member or adult program participant occupying a position of responsibility for leadership development purposes as a youth as opposed to an adult leader.

**Youth Member.** A youth member is a youth under 18 years of age who, with the approval of a parent or guardian, becomes a member of a unit; obligates himself or herself to regularly attend the meetings; fulfills a member's obligation to the unit; subscribes to the Scout Oath; and participates in an appropriate program based on the current guidelines of the Boy Scouts of America.

**Youth Programs.** A youth program is any program serving youth members and adult program participants.

# II. POLICIES

### Code of Conduct

Members and Scouters should conduct themselves in accordance with the Scout Oath and Scout Law. Additionally, the Boy Scouts of America may adopt rules or codes of conduct for youth members, adult program participants, and adult leaders, as well as others for specific positions. A code of conduct is enforceable in the same manner as these Rules and Regulations.

### Cooperation With National Movements

With the consent of the local council, members and leaders of the Boy Scouts of America may cooperate with established nonpartisan and nonsectarian national movements for the relief of humanity in undertakings to raise money by giving personal service, provided, however, that this not involve the use of youth members as collectors or solicitors of money.

### Participation in Public Functions

Scouters must, when practicable, cooperate in connection with civic or other public gatherings of a nonpartisan and nonpolitical character in a way that gives youth members an opportunity to render service in harmony with their training instead of merely taking part in parades in their uniforms. Any such participation must be consistent with the principles of the Scouting movement.

### Scouting Public Display Activities

Local councils may approve the sale of tickets for the public display of Scouting activities, such as merit badge shows, circuses, rallies, and demonstrations, when: (a) the nature of the program or function offers a value commensurate with the purchase price of tickets offered for sale, (b) the sale of tickets is not used as an indirect method of defeating the purpose of any other provision of these Rules and Regulations, and (c) the participation of youth members in the sale of tickets for such affairs is confined to their parents, families, and friends and does not involve methods similar to those used in the sale of tags or other general solicitation.

### Commercialism Policy

The National Council has the sole right to authorize the use of insignia, words, phrases, designation marks, pictorial representations, and descriptive remarks relating to the program of the Boy Scouts of America on commercial products, promotional efforts, and/or sale and distribution to members of the Boy Scouts of America and/or the general public. The use of the same by local councils must be only as authorized by the National Service Center.

No Scouter; member, employee, or representative of the Boy Scouts of America; or any local council or unit is authorized to use any logo, insignia, terms in common usage, or descriptive marks relating to Scouting for any commercial purpose without the express written authorization of the National Council for the subject use.

No Scouter; member, employee, or representative of the Boy Scouts of America; or any local council or unit is authorized to enter into a contract or relationship of a commercial character directly involving or obligating the Boy Scouts of America or that uses the seal, emblems, badges, descriptive marks, words, or phrases associated with or referring to the Boy Scouts of America unless duly authorized by the Chief Executive Officer.

A local council may not grant permission to any third party for the use of any logo, insignia, terms in common usage, or descriptive marks relating to Scouting unless that third party is authorized or licensed in writing by the National Council. Any use of a Boy Scouts of America designating mark by a local council must avoid appearing to be an endorsement of any commercial product or venture except in connection with approved corporate sponsorships entered into by the National Council as authorized by the Chief Executive Officer.

The National Council will not engage in direct product sales for fundraising unless conducted in such a manner as to also provide support opportunities for local councils and/or units. Any such activity shall be approved in advance by the National Executive Committee. Provided, however, the Chief Executive Officer may authorize commercial sponsorships and digital media sponsorships in connection with publications and digital media.

### Local Council and Unit Fundraising

Subject to the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America, chartered organizations and units may engage in projects to earn money to participate in Scouting, provided that all approved procedures for doing so are followed, including prior approval by the local council. Chartered organizations and units must not allow money-earning projects to be promoted or advertised in a manner that does not clearly indicate the project is for the direct and sole benefit of the Scouting unit. Fundraising projects involving games of chance, lotteries, sale of raffle tickets, or bingo, or which could be construed as a gambling activity and those in the nature of pyramid sales or multilevel marketing are prohibited.

### Advertising Policy

Advertisements for placement in Scouting publications and other media, in addition to meeting the standards in general use by publishers of high-grade periodicals and other advertising media, must:

(a) Relate to a service or product that could reasonably be foreseen to render some service to the audience of the advertisement, or relate in some way to the purposes of the Boy Scouts of America, and

(b) Merit the purchase price of the article or service offered in the advertisement.

No advertisement will use or display any logo, insignia, terms in common usage, or descriptive marks relating to Scouting without conforming to all currently accepted procedures and guidelines as established by the National Council.

### Policy Concerning Political Questions

The Boy Scouts of America must not, through its governing body or through any of its officers, chartered councils, Scouters, or members, involve Scouting in political matters. However, this must not be interpreted to prevent the teaching of ideals of patriotism and good citizenship as required to fulfill the Boy Scouts of America's purpose. Faith-based teachings incorporated into the Scouting program by religious chartered organizations in a manner consistent with the Bylaws are not considered political matters. This policy does not prohibit the Boy Scouts of America from expressing its opinion upon matters of governmental concern when considered in its best interest by the governing body of the Boy Scouts of America.

This policy does not limit the freedom of thought or action of any Scouter or member as an individual in a manner not directly or indirectly implying a connection to Scouting.

### Policy Concerning Military Training

Technical military training and drill must not be included in the Scouting program.

### Conflict-of-Interest Policy

A fundamental principle of ethics is that any person who exercises discretionary authority on behalf of the Boy Scouts of America may not use this authority for his or her own benefit.

It is therefore the basic policy of the Boy Scouts of America that all Executive Board members or members of any committee thereof or officers or employees of the Boy Scouts of America have a duty to be free from the influence of any conflicting interest when they act on behalf of the Boy Scouts of America or represent it in negotiations or advise others in the Boy Scouts of America with respect to dealing with third parties. They are expected to deal with suppliers, customers, contractors, and others having dealings with the Boy Scouts of America on the sole basis of that which is in the best interest of the Boy Scouts of America, without favor or preference to third parties based on personal considerations. To this end, the following is the policy of the Boy Scouts of America:

(a) No member of the Executive Board or member of any committee thereof or officer or employee of the Boy Scouts of America may accept from any person, directly or indirectly, whether by himself or herself or through his or her spouse or a member of his or her family or through any partner or business or professional associate, any gift, favor, service, employment or offer of employment, or any other thing of value that he or she knows or has reason to believe is made or offered to him or her with the intent to influence him or her in the performance of his or her duties as a member of the Executive Board or member of any committee thereof or officer or employee of the Boy Scouts of America.

(b) No member of the Executive Board or member of any committee thereof or officer or employee of the Boy Scouts of America who is a partner, officer, or employee of a partnership, firm, or corporation or who owns or controls, directly or indirectly, more than 10 percent of the stock of such corporation, may represent, appear for, or negotiate on behalf of the Boy Scouts of America in connection with the acquisition or sale by the Boy Scouts of America of any interest in real or tangible or intangible personal property from or to such partnership, firm, or corporation or any purchase of services from or to such partnership, firm, or corporation.

(c) No member of the Executive Board or member of any committee thereof may participate by discussion, voting, or by any other action taken by the Executive Board, or any committee thereof, in the enactment of or defeat of a motion in which that member has an interest as defined in paragraph (b) above. In case any such matter is discussed at any meeting where any Executive Board or committee member who has such an interest is present, the member must promptly disclose that interest in the matter to be voted on to the chairman of the meeting. The member may not vote on the matter and, at the discretion of the disinterested members present, may be required to leave the meeting during the discussion and the voting on the matter.

(d) The Boy Scouts of America may not enter into any transaction with any individual or entity that is a "disqualified person" with respect to the Boy Scouts of America under Section 4958 of the Internal Revenue Code, if such transaction would constitute an "excess benefits transaction" under that same section.

Subject to Protective Order – Highly Confidential

# III. LOCAL COUNCILS

**Local Council Registration and Fees**

The requirements set forth in the application for new or renewal charters as well as policies and guidelines must be satisfied in order to maintain the local council in good standing and eligible for a renewal charter. The application must also be accompanied by a statement of compliance with all membership validation requirements and the local council must maintain all membership validation records on file for no less than five years.

An annual registration fee, known as the council charter fee and determined from time to time by the Executive Committee and announced to the field, must be paid by local councils to the National Council upon charter application or renewal application. An annual assessment, known as the national service fee, for which the calculation will be determined from time to time by the Executive Committee and announced to the field, must be paid by the local councils to the National Service Center. This fee will be paid during the 10-month period beginning in February and ending in November.

**Council Operations**

Councils must be organized and operated pursuant to the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America. Local councils serve as the local representative of the National Council in administering the Scouting program and accepting and processing applications for membership, registration, and unit charters, as well as all other applications for certificates, commissions, awards, and other matters subject to the approval of the National Council. However, local councils are not agents of the National Council and have no authority to bind the Boy Scouts of America or act in a manner inconsistent with the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America. Council executive board members must be and remain registered in that position after their election to be eligible to serve.

**Responsibilities of Local Council**

It is the duty of the local council to promote the Scouting program through the organization and annual registration of units and their personnel and to provide leadership and support of program activities in such a manner as to ensure compliance with the provisions of the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America. Local councils must guard against the use of the official insignia and uniform by persons not registered with or authorized by the Boy Scouts of America and to bring to the attention of the Boy Scouts of America violations of regulations or attempts to commercialize Scouting. Local councils should encourage eligible units and youth to participate in a high-adventure activity or superactivity away from home each year. Local councils must provide the support necessary to ensure opportunities for advancement, awards, and recognition in accordance with the guidelines of the Boy Scouts of America.

**District Organization**

For the purpose of unit service and program administration, a local council may be divided geographically or functionally into such districts as the local council executive board may determine. Districts must operate pursuant to the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America. Their purpose is to make effective in the territory the policies and programs adopted by the local council, its executive board, and council committees. The administration of Scouting in each district will be exercised by the local council through a district Key 3, committee, and commissioner staff. The district committee, the operating committees of the district, and the district commissioner staff have no legislative authority.

**Council Program Promotion Outside of Assigned Territory**

Local councils may not directly or indirectly solicit, advertise, or otherwise use or authorize the use of any logo, insignia, terms in common usage, or descriptive marks of the Boy Scouts of America or status as a chartered affiliate outside of the United States to recruit non-Scouts to local programs. Local councils may publicize the availability of local council programs, including camps, in domestic publications if the facilities are suitable and in compliance with applicable laws, rules, and regulations.

**Local Council and Unit Finance**

No unit or local council has the authority to commit the National Council to any financial obligation whatsoever. All money raised by or received for the benefit of a unit or local council and all property acquired by a unit or local council will be deemed to be received or acquired solely for the benefit of Scouting as interpreted by and in accordance with the Bylaws, Rules and Regulations, and policies of the Boy Scouts of America.

Subject to these Rules and Regulations, local councils control the raising and expenditure of all funds for local Scouting work in their jurisdiction. Each chartered local council must render annually to the community in which it is located a duly audited statement of all funds collected and expended and must furnish a copy thereof to the National Service Center.

Subject to Protective Order – Highly Confidential

**Real Estate**

Except as hereafter provided with respect to incorporated local councils, the title to all real estate acquired for a unit or local council must be vested in a bank or trust company, in trust for the use of the unit or local council in accordance with the wishes of the donor with the provision that if such property cannot be utilized in such a manner, and title does not revert to the donor, that title or beneficial use of the property must nonetheless be for the benefit of Scouting in the local area.

Any incorporated local council may hold title to real property in its own name provided that in the event of the dissolution of the unit or council or the revocation or lapse of its charter said trustee or trustees will, after satisfying any claims against such unit or council to which such real estate may be subject, convey said property or, if sold, pay the net proceeds of such sale to the Boy Scouts of America, which may hold or use said property or funds for the benefit of Scouting in such locality or elsewhere if there is not suitable opportunity to use said property or funds in such locality. Any incorporated local council holding title to real property in its own name must ensure that its certificate or articles of incorporation expressly provide for the conveyance of such property or the net proceeds from the sale thereof to the Boy Scouts of America in the event of the dissolution of the local council or the revocation or lapse of its charter in a manner consistent with this provision.

**Restricted Funds**

Restricted funds received by a unit or local council must in all cases be held (a) in trust by either a corporate trustee for a bank or trust company, the National Boy Scouts of America Foundation, or the Boy Scouts of America Endowment Master Trust; or (b) in the Boy Scouts of America Commingled Endowment Fund LP for the use of the unit or the local council, in accordance with the wishes of the donors, with the provision in the statement of the conditions governing the administering of the funds that in the event of the dissolution of the unit or council or revocation or lapse of its charter said funds will, after any claims against said funds are satisfied, be turned over to the Boy Scouts of America for use by the Boy Scouts of America for the benefit of Scouting in such locality and for the specific purposes for which the fund was granted. If there is no suitable opportunity for the use of said funds in such locality, they may be used elsewhere.

**Council or Unit Assets Upon Dissolution**

Consistent with the Bylaws, in the event of the dissolution of a council or the revocation or lapse of its charter, the Executive Committee may, at its option, authorize the National Council to assume charge of the affairs of the council and continue operation pending reorganization or re-establishment of the council or wind up the business of the council. All funds and property in the possession or control of such council must be applied to the payment of the council's obligations. Any surplus funds or property may thereafter be administered as deemed to be in the best interest of Scouting.

In the event of the dissolution of a unit or the revocation or lapse of its charter, unit funds and assets must be used to first satisfy any outstanding unit obligations. Any remaining assets obtained with funds raised in the name of Scouting must be redeployed for Scouting use in the local area. Any assets obtained with funds from the chartered organization or parents of registered members may be redeployed as agreed upon by the chartered organization and local council.

Any property or funds acquired by the National Council upon the dissolution of a Scouting unit or local council will be administered so as to make effective, as far as possible, the intentions and wishes of the donors.

# IV. UNITS AND CHARTERED ORGANIZATIONS

**General**

The Boy Scouts of America has the power to grant charters to organizations and groups of individuals that it determines meet the requirements of the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America. The Boy Scouts of America has the power to revoke or modify such charters when in its sole judgment such revocation or modification is warranted.

**Charters to Organizations**

Charters for new units may be granted upon approval of the application in accordance with the guidelines of the Boy Scouts of America. Prior to approval of any new chartered organization, a review must be made as to the general objectives, purpose, character, intent, and programs of the prospective chartered organization or community group and its compatibility with the aims and purposes of the Boy Scouts of America. The history, length of service, and general reputation of the organization or community group are also factors that should be considered. The application must provide reference to the guidelines adopted by the Boy Scouts of America on the use of the Scouting program by chartered organizations and references to other policies and guidelines on the Scouting program. The charter agreement must obligate the holder to abide by the charter agreement; provide adequate facilities, supervision, and leadership for at least one year; and make an effort to provide youth members with the opportunity for a quality program experience as set forth in the official literature of the Boy Scouts of America. Unit meeting quarters must be periodically inspected to determine their adequacy as well as to ascertain other uses to be made of these or adjoining quarters, for the purpose of considering the compatibility of uses and the general appropriateness of the environment.

**Charters to Groups of Citizens**

While the formation of units in connection with existing organizations is preferred, when conditions warrant, a charter may be granted for the formation of a unit independent of any relationship with an existing organization, provided, however, that the applicants are citizens of the United States who subscribe to the principles of the Scout Oath, whose interest is primarily in helping youth through the Scouting program, and who have the resources to provide the necessary leadership, supervision, and facilities. In such cases, the obligations upon the applicants for a charter arethe same as those required for organizations.

**Charter Applications, Renewals, and Revocations** Applications for unit charters, new and renewal, must be issued in accordance with the policies and guidelines of the Boy Scouts of America and may be granted only upon the favorable recommendation of the local council. Prior to approving the renewal of unit charters, the council should determine that the unit is offering the Scouting program in accordance with the Rules and Regulations, policies, and guidelines of the Boy Scouts of America.

An annual unit charter fee determined from time to time by the Executive Committee and announced to the field must be paid to the National Council each time a unit registers or reregisters and is in addition to the individual registration fees. No additional unit charter or registration fees must be imposed by a local council

without the prior authorization of the Executive Committee. The expiration of the registration of units will normally be 12 months from the last day of the month in which the original organization of the unit was approved by the local council or, in the case of units not under local council supervision, by the Boy Scouts of America. The rights and privileges of all those units expire with the expiration of the unit registration. In cases where units have been dropped from the records under conditions that they could not avoid, they may have their record of continuous service reestablished by submitting evidence of continued activity and paying registration fees from the date of charter expiration.

**Chartered Organizations and Representative**

Chartered organizations must operate the unit in accordance with the Rules and Regulations and charter agreement. Chartered organization representatives are also members of the district committee and voting members of the local council.

**Unit Committees**

Each chartered unit of the Boy Scouts of America must be supervised by a unit committee, consisting of three or more qualified adults, 21 years of age or older, selected by the organization with which the unit is connected or, in the case of a unit chartered to a group of individuals, selected from those who make application for the unit charter. The unit must be operated under the guidance of the unit committee, one of whose members must be designated as chairman, in accordance with the Rules and Regulations, policies, and guidelines of the Boy Scouts of America.

Subject to Protective Order – Highly Confidential

### Unit Program Leaders

Two registered adult leaders 21 years of age or over are required at all Scouting activities, including meetings. A registered adult female leader must be present for any activity involving female youth. Notwithstanding the minimum leader requirements, age- and program-appropriate supervision must always be provided.

All adults accompanying a Scouting unit who are present at the activity for 72 total hours or more must be registered as leaders. The 72 hours need not be consecutive.

In Cub Scouting, units may have a separate pack for boys or girls, or separate dens for girls and dens for boys in the same pack. In the case of troops, separate troops for boys and girls are required. Chartered organizations may have "linked troops," which means a chartered organization can have a shared troop committee with separate troops for boys and for girls.

The chartered organization must select and its representative must approve unit leaders. The local council must process unit leader applications submitted on the proper form in accordance with guidelines established by the Boy Scouts of America. All units must be operated in accordance with the applicable policies and guidelines of the Boy Scouts of America.

### Unit Designation

Each unit will be designated by a serial number assigned by the local council. The National Council may establish guidelines by which units are designated and limit the use of such designations as appropriate.

Subject to Protective Order – Highly Confidential

# V. INDIVIDUAL REGISTRATION

### Registration of Youth Members and Adult Program Participants

Youth membership and adult program participation requires the payment of an annual registration fee determined from time to time by the Executive Committee and announced to the field. It is the philosophy of Scouting to welcome all eligible youth, regardless of gender, race, ethnic background, sexual orientation, or gender identification, who are willing to accept Scouting's values and meet any other requirements of membership. Young people of all religious backgrounds are welcome in Scouting, with some participating in units for youths of a particular religion and the greater majority participating in units open to members of various religious backgrounds.

Venturers and Sea Scouts may participate in more than one unit as well as a Scout troop with the payment of one primary registration in a Venturing or Sea Scout unit.

Scouting units are small, intimate groups. In the Scouting programs, units may be made up of even smaller groups which often meet regularly in private homes. As long as they are faithful to Scouting's membership philosophy, set forth above, it is for the units to determine on the basis of considerations such as group size or youth behavior whether to admit or to continue the membership of a youth member.

### Registration of Adult Leaders

The registration fee for Scouters shall include a subscription to *Scouting* magazine. If a Scouter serves in more than one registered capacity, only one registration fee is required.

### Procedure for Registration

All applications must be submitted on the current official form prepared for that purpose and carrying due reference to the requirements and provisions of the Bylaws of the Boy Scouts of America including the Declaration of Religious Principle. A suitable certificate of registration designating the official relationship to the Boy Scouts of America will be provided to all registered members and Scouters.

### Qualifications, Applications, Approval, and Removal

To be eligible for registration, a Scouter must agree to: subscribe to the Scout Oath; fulfill the obligations of his or her position; and perform his or her duties in accordance with the Rules and Regulations, policies, and guidelines of the Boy Scouts of America. The applicant may thereafter be registered by submitting the properly completed official application, approval, and payment of the required fee.

Registration and participation in Scouting is a privilege that may be denied, limited, or terminated when determined to be in the best interest of Scouting. Scouters must abide by the provisions of any applicable code of conduct. A Scouter who has not been designated as ineligible by the National Council, who is removed from a position or whose registration is not renewed by a local council is eligible for service in other positions subject to the required approval for the position.

**Unit Leaders.** Unit leaders must be selected and approved by the chartered organization and are subject to the approval of the local council and the Boy Scouts of America. Unit leaders must be 21 years of age or older when registering, except that assistant Cubmasters, assistant Scoutmasters, assistant den leaders, and assistant Webelos den leaders must be 18 years of age or older. Chartered organizations may remove or refuse to renew the unit registration of unit leaders when the unit committee and chartered organization representative agree that the Scouter's service is no longer desired or required.

**District and Council Scouters.** District and council Scouters must be approved by the local council Scout executive. Council Scout executives may remove or refuse to renew the position registration of a district or council Scouter when the council president and council Scout executive agree that the Scouter's service is no longer desired or required.

**Area, Region, and National Scouters.** Area, region, and National Council Scouters must be approved by the area, region, or national professional responsible for the area of service being provided by the Scouter. The National Council may remove or refuse to renew the registration of such Scouters when it is determined that their service is no longer desired or required.

**Scouter Training.** The Boy Scouts of America may establish training requirements for specified positions and completion of that training may be required prior to registration or renewal.

### Special Types of Registration

**Sustaining Members.** Persons who desire to be identified with the local council through their financial support and influence in the expansion of the council program may be enrolled as sustaining members of local councils.

**Camp Staff.** All persons serving as camp staff at a local council or at a National Council facility must be registered as camp staff members. No additional registration fee is required if the individual is already registered as a youth member, adult program participant, or Scouter. Camp staff includes employees and volunteers. Employees of contractors working at camps are to be registered as camp staff if they will reasonably be expected to have direct interaction with youth, unless an approved alternative procedure is adopted. For contractors working on camp property but not regularly interacting with youth, and those subject to any approved alternative procedure, the following must be the minimum requirements for granting access to camp property: compliance with applicable state laws; maintaining a roster of the name, address, and phone number of all such persons; approved screening or criminal background checks performed on each person; and completion of an approved youth protection training program.

**College Scouter Reserve.** College students who will commit themselves to an informed interest and active participation in the program, whenever possible, may be registered in the College Scouter Reserve.

**Merit Badge Counselors.** Persons who are at least 18 years of age may serve as merit badge counselors in subjects for which they are qualified and must register as such as adult Scouters as provided in this section. A fee for such registration will not be required.

**Scouter Reserve.** Individuals 21 years of age and over may, upon approval of the local council, register in the Scouter Reserve of the Boy Scouts of America by paying the registration fee required of a Scouter. Individuals so registered may serve in the following ways: as faculty members of Cub Scout training courses; assisting in organizing and training in connection with Cub or Scout units, Venturing crews, and Sea Scout ships; as hosts and hostesses; and by helping in finance and public relations campaigns. They may serve as members of fathers' and mothers' clubs, parents' clubs, and auxiliaries of units. Members of the Scouter Reserve may wear the universal badge of Scouting to signify their affiliation.

**Retired Professionals.** Persons who have retired from professional Scouting may be registered on an annual basis with the National Service Center upon the approval of the Chief Executive Officer.

**Special Registration Status.** The Chief Executive Officer may authorize guidelines and policies governing the registration of persons with special needs to accommodate those who are deemed qualified for special registration status outside of the otherwise prescribed program age requirements.

### Veteran Award

After five years of duly registered service in the Boy Scouts of America, individuals may upon application receive the designation of "veteran," provided they agree to live up to their Scouting obligations and to keep local Scouting authorities in the community in which they live informed as to their availability for service. A special badge will be made available to veterans. Such veterans, maintaining an active registered relationship in any capacity, must pay the regular registration fees of their class. Veterans desiring recognition as veterans for periods of time established by the Boy Scouts of America for particular recognition must maintain an active registered relationship for the required number of years, paying their annual registration fees.

### Period of Registration

The expiration of individual registration terms is as follows:

(a) National, regional, and area Scouters. At the end of the period for which they have been duly elected or appointed, unless registered in some other capacity.

(b) Council and district Scouters and those registered in the Scouter Reserve. At the expiration of the council year for which they are issued, unless registered in some other capacity.

(c) Unit Scouters serving in unit capacities only (including chartered organization representatives or group of citizens). At the expiration of the unit charter.

(d) Members. At the expiration of the registration of their respective units.

(e) Lone Cub Scouts and Lone Cub Scout friends and counselors. One year from the date of their last registration.

(f) Lone Scouts and Lone Scout friends and counselors. One year from the date of their last registration.

(g) Registered retired professional Scouters. One year from the date of their last registration.

### Transfers

Individuals (adult leaders or youth members) holding an unexpired registration certificate transferring from unit to council, council to unit, or unit to unit must pay a transfer charge. This charge applies to all transfers during the charter year but does not apply to Tigers becoming Cub Scouts in their affiliated pack.

Subject to Protective Order – Highly Confidential

### Confidentiality and Use of Registration Information

Lists of names, addresses, or other personal information of those currently or formerly registered as members or leaders of the Boy Scouts of America or financial supporters of the Boy Scouts of America and local councils are confidential and must not be used for commercial purposes. This provision does not prohibit the National Council from using affiliate or affinity group information to communicate membership benefits to members thereof in accordance with applicable guidelines or policies.

### Denial, Expiration, or Revocation of Registration

As a private, membership organization, the Boy Scouts of America has the right to set standards of membership and leadership. That right includes the ability to deny, expire, revoke, or otherwise limit or bar registration or affiliation with the Boy Scouts of America or any local council or any other affiliated organization. The general procedure for maintaining those standards is expressed in a publication titled *Procedures for Maintaining Standards of Membership and Leadership;* however, nothing contained therein limits the ability of the Boy Scouts of America to take such action as it may deem appropriate in its sole discretion.

### Local Council Annual Registration or Program Fees

A local council may charge an annual registration or program fee to youth members, adult program participants and Scouters whose primary registration is with the council in an amount not to exceed the amount of the applicable individual registration fee for their position established by the Executive Committee.

# VI. COUNCIL COMMISSIONED LEADERS

### Commissioner Service

All Scouters selected to serve as commissioners must first be approved by the local council commissioner and Scout executive. Commissioners will be issued commissions by the Boy Scouts of America on an annual basis. Commissioned Scouters must be at least 21 years of age.

**Council Commissioner.** The council commissioner is an elected officer of the council who is responsible for the delivery of commissioner service through monthly meetings with district commissioners and commissioner conferences. The council commissioner has the responsibility at the council level to report to the council president and regularly interpret the commissioner function to the council executive board. The council commissioner is responsible for the local council's commitment to on-time reregistration of units. The council commissioner also serves as a council representative to the National Council.

**Assistant Council Commissioners.** Each local council may have one or more assistant council commissioners. These individuals are appointed by the council commissioner subject to the approval of the Scout executive and assist, on direction, in the performance of the duties of that office.

**District Commissioner.** A district commissioner is offered for approval by the district nominating committee subject to the approval of the Scout executive. The district commissioner, through a volunteer staff, is responsible for on-time charter renewals, unit service, and monthly roundtables in the district and gives leadership to recruiting, training, and supervision of an effective staff. The district commissioner serves on the council commissioner's staff, reports to the district chairman, and has an advisory relationship with the district operating committees.

**Assistant District Commissioners.** Each district may have one or more assistant district commissioners. These individuals are appointed by the district commissioner subject to the approval of the Scout executive and recruit, train, and supervise unit commissioners or assist in staff operation through functional assignments as directed by the district commissioner.

**Unit Commissioners.** Unit commissioners must be appointed by the district commissioner subject to the approval of the Scout executive and are responsible for the continuity and program capability of assigned units. Unit commissioners provide their assigned units with meaningful service that brings about on-time charter renewal, membership growth, and the delivery of Scouting ideals to youth members. They give guidance in unit operation to unit leaders and interpret council and district activities in terms of unit opportunities.

### Roundtables

Cub and Scout roundtable commissioners are appointed by the district commissioner subject to the approval of the Scout executive and are responsible for monthly roundtables that provide unit program ideas and inspiration to reinforce leaders' commitment to help members grow. Roundtable commissioners must recruit, train, and supervise a permanent roundtable staff.

Roundtable staff members are appointed by the roundtable commissioner subject to the approval of the Scout executive and, under direction, plan and conduct monthly leader roundtables.

Subject to Protective Order – Highly Confidential

# VII. PROGRAMS

## Youth Programs

The youth programs of the Boy Scouts of America are Cub Scouts, Scouts BSA, Venturing, Sea Scouts, and Lone Scout. The eligibility requirements shall be published and available to unit leaders. Changes in the eligibility requirements must be approved by the National Operations Leadership Committee and reported to the National Executive Committee before becoming effective.

## Youth Leadership Positions

Each Scouting unit may have certain key youth leadership positions that involve youth members in leadership training through program management. Positions must be in accordance with guidelines established by the Boy Scouts of America, including:

(a) Junior Assistant Scoutmaster—A 16- to 17-year-old youth appointed by the Scoutmaster, approved by the troop committee, and responsible to the Scoutmaster for tasks assigned.

(b) Senior Patrol Leader—Must be elected by the majority of youth members registered in the troop and must meet the qualifications set by the patrol leaders' council. The senior patrol leader may appoint other youth leaders with the concurrence of the Scoutmaster and presides over the patrol leaders' council.

(c) Venturing Elected Officers—Elected Venturing officers work together to help the crew succeed. Elected officer positions are: president, first vice president, second vice president, secretary, and treasurer.

(d) Sea Scout Elected Officers—Elected Sea Scout officers work together to help the ship succeed. Elected officer positions are: ship boatswain, boatswain's mate/administration, boatswain's mate/program, yeoman, and purser.

## Advancement

### General Principle

Education is the chief function of Scouting and is the basis of the advancement program. A fundamental principle ofadvancement is that learning is a natural outcome of participation in the Scouting program.

### Administration

All advancement procedures must be administered under conditions that harmonize with the aims and purposes of the Boy Scouts of America.

### Advancement Requirements

Advancement ranks or program recognitions in Scouting programs must be in accordance with published program requirements. Unit activities should be planned to facilitate regular advancement. No additional advancement requirements may be added by a local council or unit. Any change in the advancement requirements in those programs must be approved in advance by the National Operations Leadership Committee.

### Programs and Facilities

Programs and facilities used to provide the Scouting program should be conducted, monitored, and inspected in accordance with the policies and guidelines of the Boy Scouts of America.

### Responsibility for Merit Badges

The responsibility for merit badges rests with the merit badge counselor approved by the local council and district advancement committee. Merit badge counselors must be registered adult leaders of the Boy Scouts of America. The merit badge counselor must prepare and qualify youth members. There is no board of review procedure for merit badges, but public recognition may be given at a unit court of honor or other suitable occasion.

Subject to Protective Order – Highly Confidential

## Activities

### Anniversary Celebration

The anniversary celebration of the Boy Scouts of America takes place annually on February 8, the anniversary of the original day of incorporation of the Boy Scouts of America, and throughout the week (beginning on Sunday) containing this date. This week is known as Scouting Anniversary Week. The National Service Center, with the cooperation of Scouters throughout the country, is to arrange for a nationwide celebration on February 8 and throughout the month of February for the purpose of bringing more definitely to the attention of each community the value of the Scouting program for its work with youth and young adults for the development of character and training for citizenship. The program for the anniversary celebration of the Boy Scouts of America must include a plan whereby every registered youth member is given an opportunity to observe Anniversary Day, February 8, with special ceremonies in which they recommit themselves to the Scout Oath and Scout Law. On this occasion it is the duty of the unit leader and other leaders to bring to the attention of the unit members the extent of the Scouting brotherhood in our own country and throughout the world and impress upon their minds the fact that every member the world over is committed to the same obligation, as stated in the Scout Oath and Scout Law.

### Participant Fees

All national events and activities for which a participant fee is charged must include a surcharge for the national liability insurance program. The National Council may also establish national liability insurance program policies with respect to persons not registered with the Boy Scouts of America who attend national or local Scouting activities or programs on the premises of a national or council facility.

## *Boys' Life* or *Scout Life* Magazine

The Boy Scouts of America will publish a periodical titled *Boys' Life* or *Scout Life* for all Scouting-age youth, providing wholesome stories and other material of interest and educational value, which will stimulate ambition and help in character development of youth. All stories and material must be in harmony with the principles of Scouting as set forth in the Scout Oath and Scout Law.

## Insignia, Uniforms, and Badges

### General

The intellectual property of the Boy Scouts of America must be made available and used only in accordance with the policies and guidelines of the Boy Scouts of America.

### Official Uniforms

The official uniforms authorized as evidence of official relationship to the Boy Scouts of America are those approved by the Boy Scouts of America from time to time, as illustrated and correctly described in the handbooks, catalogs, and other official guidelines of the Boy Scouts of America. The official uniforms and parts thereof may be issued only as authorized by the Boy Scouts of America and sold either directly by the National Service Center through responsible local merchants designated as local Scouting distributors or through designated local councils. Local Scouting distributors may be appointed and licensed and the licenses revoked only by the National Service Center, but chartered local councils may make recommendations for such actions. Imitation of United States Army, Navy, or Marine Corps uniforms is prohibited, in accordance with the provisions of the organization's Congressional Charter.

### Use of Uniform

The official uniforms are intended primarily for use in connection with official Scouting activities, and their use may be approved by the local council executive board for council events or activities under conditions consistent with the Rules and Regulations of the Boy Scouts of America. No alteration of, or additions to, the official uniforms, as described in the official guidelines or the Rules and Regulations covering the wearing of the uniform and the proper combinations thereof on official occasions, may be authorized by any Scouting official or local council. It is the responsibility of all leaders of the Boy Scouts of America and especially of all commissioned officers and chartered councils to cooperate with the Boy Scouts of America in preventing the use of the official uniforms by those who are not registered and in good standing.

### Special Local Badges and Insignia

Local councils are authorized to adopt special badges and insignia as awards for particular purposes in harmony with national policies and to permit their use upon the official uniform in accordance with the Rules and Regulations, policies, and guidelines of the Boy Scouts of America.

### Authorization

The National Council has the sole and exclusive right to authorize the use of insignia, words, phrases, designation marks, pictorial representation, and descriptive remarks relating to the program of the Boy Scouts of America on commercial products, promotional efforts, and/or sale and distribution to members of the Boy Scouts of America and/or the general public. The use of same by local councils shall be only as authorized and approved by the National Council.

## Lifesaving and Meritorious Action Awards

### Lifesaving Awards

Recognition may be given to a youth member or Scouter where the evidence presented to the local council, in accordance with the applicable guidelines, shows that he or she saved or attempted to save life under circumstances that indicate heroism and risk to self. The reviewing committee will give consideration to resourcefulness and to demonstrated skill in rescue methods. In no case may recognition be given where it appears that the risk involved was merely in the performance of duty or the meeting of an obligation because of responsibility to supervise and give leadership to the persons whose lives were saved. The awards are:

(a) Honor Medal With Crossed Palms. The Honor Medal With Crossed Palms may be awarded in exceptional cases to a youth member or adult leader who has demonstrated unusual heroism and extraordinary skill or resourcefulness in saving or attempting to save life at extreme risk to self.

(b) Honor Medal. The Honor Medal may be awarded to a youth member or adult leader who has demonstrated unusual heroism and skill in saving or attempting to save life at considerable risk to self.

(c) Heroism Award. The Heroism Award may be awarded to a youth member or adult leader who has demonstrated heroism and skill in saving or attempting to save life at minimum personal risk.

### Meritorious Action Awards

Recognition may be given to a youth member or Scouter where the evidence presented to the local council, in accordance with the applicable guidelines, shows that a significant or outstanding act of service, of an exceptional character, was performed. The action taken need not involve attempts of rescue or risk to self but must put into practice Scouting skills or ideals. Recognition may not be given where it appears that the action involved was merely in the performance of duty or the meeting of an obligation. The awards are:

(a) Medal of Merit. The Medal of Merit may be awarded to a youth member or adult leader who has performed an act of service of a rare or exceptional character that reflects an uncommon degree of concern for the well-being of others.

(b) National Certificate of Merit. The National Certificate of Merit may be awarded to a youth member or adult leader who has performed a significant act of service that is deserving of special national recognition.

### Applications

All applications should be processed and approved by the local council upon duly prescribed forms, and it is within the discretion of the local council to determine which type of recognition, if any, will be given. Recipients of these awards must be registered with the Boy Scouts of America at the time the action was performed. Awards are made in the name of the Boy Scouts of America.

## Awards for Distinguished Service to Youth

### Silver Buffalo Award

The Boy Scouts of America may award the Silver Buffalo to citizens of the United States for distinguished service upon the following basis and procedure:

(a) These awards may be made each year.

(b) The award is made on the basis of noteworthy service to youth, of a national or international character, outside of the line of regular duty, either directly to or independent of the Boy Scouts of America.

(c) As evidence of the award there will be presented: a suitable certificate, descriptive of the services rendered, duly authenticated by the Boy Scouts of America, pursuant to the action of the Executive Board; and a miniature silver buffalo, suspended by a red, white, and red ribbon to be worn around the neck.

(d) These awards will be made at the meeting of the National Council or at a major function of the Boy Scouts of America, pursuant to the action of the Executive Board, which action is to be based upon the recommendation to the Executive Board by the National Court of Honor, or by recommendations to the Executive Board by the National Chair and the Chief Executive Officer.

### Silver Antelope Award

The Boy Scouts of America, acting through the National Court of Honor, may award the Silver Antelope for distinguished service to youth upon the following basis and procedure:

(a) This award may be made each year upon the nomination of the regional cabinet. The nomination must be submitted not less than 30 days in advance of the date upon which it is desired to present the award. This award may be made for noteworthy service of exceptional character to youth by registered Cub Scout, Scouts BSA, Venturing, and Sea Scout leaders within the territory under the jurisdiction of a regional cabinet.

(b) As evidence of the award there will be presented: a suitable certificate, duly authenticated by the Boy Scouts of America, pursuant to the action of the National Court of Honor; and a miniature silver antelope suspended by an orange, white, and orange ribbon to be worn around the neck.

Subject to Protective Order – Highly Confidential

(c) No public announcements are to be made by the region in advance of action of the National Court of Honor with reference to the names presented for consideration.

(d) These awards are to be presented to the recipients by the region in connection with its annual meeting or other public function, but only after approval of the award by the National Court of Honor.

(e) Each region is entitled to eight recipients per year.

(f) Unused allotments for any previous years may not be accumulated or used in any subsequent year.

(g) The National Court of Honor may, based upon initial recommendation of the Operations Group, award the Silver Antelope to persons in overseas areas.

**Silver Beaver Award**

The Boy Scouts of America, acting through the National Court of Honor, may award the Silver Beaver for distinguished service to youth upon the following basis and procedure:

(a) Each council may process its own annual allotment of Silver Beaver awards and must send a list of Silver Beaver recipients honored each calendar year to the National Court of Honor no later than January 31 of the following year.

(b) The award is made for noteworthy service of exceptional character to youth by registered Scouters within the territory under the jurisdiction of a local council.

(c) As evidence of the award there will be presented: a suitable certificate, duly authenticated by the Boy Scouts of America, pursuant to the action of the National Court of Honor; and a miniature silver beaver suspended by a blue, white, and blue ribbon to be worn around the neck.

(d) No public announcements may be made by the local council in advance of action by the National Court of Honor with reference to names presented for consideration.

(e) These awards may be made to the recipients by the local council concerned in connection with its annual meeting or other public function.

(f) Each duly chartered local council is entitled to one nomination. Councils having more than 60 units are entitled to further nominations on the basis of one for each additional 60 units or fraction thereof in their territory, as of December 31 preceding thenomination, according to the records of the National Service Center.

(g) Councils not using their full allotment in any year may accumulate the unused portion for use in any subsequent year.

In extraordinary cases, the Silver Beaver Award may be made by the National Court of Honor to a Scouter upon the recommendation of the duly constituted Scouting authorities having supervision of one or more units of the Boy Scouts of America located outside of the United States and not under the jurisdiction of a local council.

**Silver World Award**

The Boy Scouts of America through the National Court of Honor, which has delegated the selection of recipients as hereinafter provided, may award the Silver World Award for distinguished service to youth as follows:

(a) The award may be presented to citizens of any country whose Scout association is a member of the World Scout Conference in recognition of his or her service of exceptional character to the youth of his or her own country or on an international basis.

(b) The recipient does not have to be a member of a Scout association. United States citizens may receive the Silver World Award for international service to youth, provided they are not registered members of the Boy Scouts of America.

(c) Approved awards may be presented by an authorized member of the Boy Scouts of America either by a personal visit with the recipient or at an official meeting of a national Scout association, including the Boy Scouts of America.

(d) Designation of recipients of the Silver World Award, by authority of the International Committee and the Executive Board, is delegated to the following:

i. National Chair of the Boy Scouts of America

ii. Chief Executive Officer

iii. International Commissioner

(e) Awards may be made at any time on behalf of the International Committee and the Executive Board. The International Committee receives a full report of the Silver World Award designation at each meeting and will maintain accumulative records of awards including support data.

(f) As evidence of the award there will be presented: a suitable certificate duly authorized by the Boy Scouts of America; and a medal suspended by a red and white ribbon to be worn around the neck when such practice does not conflict with approved uniform policy. The medal will be a circular blue enameled silver medallion upon which will be superimposed meridian lines and stars signifying the global scope of the award. An applied silver universal badge of the Boy Scouts of America will be centered upon the front of the medallion.

# VIII. COMMISSIONED PROFESSIONAL LEADERSHIP

**General**

Persons who have met the qualifications and requirements established for professional service in the Boy Scouts of America may be commissioned as professional Scouters by the Chief Executive Officer. The Chief Executive Officer is responsible for the development of such criteria, policies, and procedures necessary to assure the recruitment of professional candidates with the necessary physical, educational, personal, and moral qualifications. They must include at least the following:

(a) A pre-commissioned professional must be age 21 or older at the time they are commissioned and have earned a bachelor's degree from an accredited college or university. Consideration will be given a person with an associate degree with satisfactory evidence of a successful career experience of at least 10 consecutive years in general business, industry, government, or the military, along with at least five years of leadership experience. A person who has completed five consecutive years of successful employment as a district associate may also be considered. A pre-commissioned professional must also meet the qualifications to be a registered Scouter.

(b) The recruit must be, or declare an intention to become, a citizen of the United States of America before being commissioned as a professional Scouter.

**Professional Commissioning**

The following procedure provides the basis for the commissioning of persons as professional Scouters:

**Phase I.** A person employed as a pre-commissioned professional must demonstrate to the satisfaction of the local council Scout executive (or, in the case of being employed by the Boy Scouts of America, the Chief Executive Officer) an acceptable willingness to work, a degree of cooperation, a motivation toward career service within Scouting, and an apparent ability to succeed as a professional Scouter. In addition, Phase I pre-course work assigned must be completed prior to attending Phase II position-basic training. In the event he or she does not meet all of these requirements, employment will be terminated by the local council Scout executive (or, as applicable, the Chief Executive Officer).

**Phase II.** The pre-commissioned professional who successfully completes Phase I of the commissioning process must attend the required position-basic training within six months of their date of employment in a position requiring a commission.

The pre-commissioned professional must satisfactorily accomplish those designated assignments in position-basic training; satisfactorily demonstrate the development of necessary techniques; and demonstrate moral and personal fitness as set forth in the Scout Oath and Scout Law and in the Scout Executive's Code. The Boy Scouts of America training and development director or designee will decide whether the pre-commissioned professional has satisfactorily completed position-basic training. Those pre-commissioned professionals who successfully complete position-basic training will receive a certificate to that effect and will be commissioned by the Chief Executive Officer, or designee, as a professional Scouter and will receive documentary evidence of such commission and will thereupon be entered into the official roll of professional Scouters of the Boy Scouts of America.

**Decommissioning**

A professional Scouter may be decommissioned when, in the judgment of the Chief Executive Officer or Executive Committee, that person demonstrates that he or she does not possess the moral, educational, or emotional qualities deemed necessary for commissioned professional status, lacks such other commissioned professional qualifications, or fails to obey such requirements as the Boy Scouts of America from time to time may require. A decommissioned professional Scouter is ineligible for re-employment by the Boy Scouts of America or any local council in any capacity.

## Employment of Professionals

**Rules and Guidelines**

The Chief Executive Officer may determine the positions that may be held only by commissioned professionals and may establish guidelines for employment, training, promotion, tenure, and demotion of professional and professional-technical employees of the Boy Scouts of America. The applicable guidelines and those pertaining to transfer and retirement must be followed by local councils in the course of their employment of commissioned professionals.

**Special Situations**

It is recognized that for the efficient operation of the Boy Scouts of America certain professional and professional-technical staff positions may be held by people selected because of their specialized qualifications. The Chief Executive Officer may, in exceptional instances, waive the education or equivalency requirement for employment as a commissioned professional and grant to such persons commissioned professional or professional-technical status during their term of employment, which will be limited to such professional or professional-technical staff positions.

Subject to Protective Order – Highly Confidential

**National Professional Staff**

The Chief Executive Officer, subject to the approval of the Executive Committee, may determine the necessary national organization structure and professional staff requirements.

**Local Council Scout Executive and/or Chief Executive Officer**

A local council shall employ a commissioned professional certified to serve as local council Scout executive and/or its chief executive officer having general direction of its administration and supervision over Scouting activities within its jurisdiction. A local council may, if due to exceptional circumstances it is authorized in advance by the Chief Executive Officer and pursuant to guidelines approved by the National Executive Committee, hire a candidate who would not otherwise be eligible for the position. A council Scout executive or chief executive officer shall serve at the pleasure of the local council's executive board subject to the policies, procedures and guidelines of the National Council.

**Other Local Council Staff**

Other than newly employed persons not yet commissioned as professional Scouters, a local council may employ individuals for professional positions only in accordance with guidelines approved by the National Executive Committee. Such persons may serve in the local council so long as commissioned as provided herein and during the pleasure of the local council. The duties of such professional personnel are defined by the local council Scout executive with the approval of the local council executive committee. The classification and title of such position must be in accordance with the policies and guidelines of the Boy Scouts of America. Newly employed persons not yet commissioned may be employed as professional Scouters only as provided in these Rules and Regulations and with the preapproval of the National Service Center. The employment period cannot extend for more than five months prior to attending position-basic training.

Excepting approved non-commissioned Scout executives, only commissioned professionals may be employed by local councils or serve in a unit-serving executive position (district executive), a year-round program position, a position supervising other commissioned professional, or the position of council Scout executive.

# IX. AFFILIATES

The Executive Committee may authorize the creation of affiliates to engage in activities that directly or indirectly support the Corporation's and local councils' ability to achieve the mission of Scouting. Except for affinity organizations operated by the Corporation, the authorization may be provided without amendment to the Bylaws or the Rules and Regulations of the Corporation. The Chief Executive Officer shall ensure that the interests of the Corporation are protected insofar as the activities of any such affiliate, regardless of structure, or legal or contractual relationship.

**Scouting Affinity Groups**

The Corporation may operate or authorize national or local council affinity groups open to persons who support the mission of the Boy Scouts of America. National affinity groups shall be approved in advance by the Executive Committee. The Chief Executive Officer may authorize the use of the seal, emblems, badges, descriptive marks, words, or phrases associated with or referring to the Boy Scouts of America by local councils subject to such limitations and licensing as deemed necessary or appropriate. The Chief Executive Officer shall oversee the naming, management, and operation of any such national affinity group. Affinity groups may offer benefits to its members or other serve fraternal purposes. The organizational structure and operating practices of any such affinity group must be in harmony with the principles of Scouting.

Subject to Protective Order – Highly Confidential

# X. SPECIAL SITUATIONS

**Experimental Programs**

The Chief Executive Officer may authorize the development of experimental or pilot programs to achieve the purpose of the Boy Scouts of America on an expanded basis. Such programs may be inconsistent with or beyond the scope of current corporate governance documents and may include the use of affiliates of the Boy Scouts of America to sponsor such programs as deemed appropriate. The national Key 3 will be notified of proof of concept/pilot programs prior to the development of curriculum or program materials. Only experimental or pilot programs approved by the Chief Executive Officer are authorized for use by local councils.

Experimental programs thereafter showing potential may be further developed and tested through proof of concept/pilot programs on a limited, unpublicized basis. The national Key 3 is to be informed whenever a program is being expanded beyond proof of concept. The scope, duration, and other parameters of proof of concept/pilot programs are to be defined and the program re-evaluated annually. Updates on the progress of the proof of concept/pilot and an assessment upon completion of the proof of concept/pilot must be made by the Chief Executive Officer to the National Operations Leadership Committee.

The National Operations Leadership Committee may determine whether information on proof of concept/pilot programs is to be provided to the Executive Board and may direct the Chief Executive Officer to make such reports and answer questions presented by the Executive Board.

**Scouting Outside of Council Territories**

To further its objectives of extending membership privileges to citizens of the United States in other parts of the world, the Boy Scouts of America authorizes the registration of youth members and leaders and the establishment of units in areas lying outside of the jurisdiction of any local council. To foster and strengthen the close and friendly relationship that exists between the Boy Scouts of America and other Scout associations, members, and leaders of such units should work in close harmony with their fellow Scouts and Scouters in the area. Only those eligible for registration in the Boy Scouts of America are eligible to participate in such units.

**World Organization of the Scout Movement**

Member associations of the World Organization of the Scout Movement may organize, administer, and service units of their association for dependents of their citizens living temporarily in the United States. Such permission is to be granted upon certification by the National Service Center, under the following conditions:

(a) The approval to establish a unit will be on an annual basis and may be extended upon review of status as reflected in an annual report.

(b) Registration will be restricted to citizens and dependents of member countries. No registration will be accepted or allowed in the unit from citizens of the United States or any third country.

(c) The condition of registration will reflect agreements as to the use of Boy Scouts of America's intellectual property. In this instance only would there be a requirement for dual registration.

(d) There will normally be no registration fee assessed by the Boy Scouts of America for either a unit or an individual member.

(e) Standards of certification will include membership qualifications, intellectual property, and adherence to the basic policy, program, and methods of the World Organization of the Scout Movement.

# XI. AGREEMENTS WITH OTHER ORGANIZATIONS

Consistent with the mission and values of the Boy Scouts of America to help develop character and leadership in youth, the Boy Scouts of America may enter into agreements with Learning for Life and other youth, veteran, community, and educational organizations with similar missions and values to facilitate service to non-Scouting youth and communities, including for the use of suitable facilities or areas of facilities. Such agreements may not obligate the National Council to enter into or continue any such agreement.

Subject to Protective Order – Highly Confidential

# INDEX

**A**

Activities, 17
Adult, 5
Adult program participant, 5
Advancement
- general principles of, 16
- procedures for,16
- youth programs, 16

Advertising policy, 7
Age requirements
- assistant Cubmaster, 12
- assistant den leader, 12
- assistant Scoutmaster, 12
- assistant Webelos den leader, 12
- commissioned officials, 15
- junior assistant Scoutmaster, 16
- Lone Cub Scout, 16
- merit badge counselors, 13
- professional Scouters, 15

Agreements with other organizations, 22
Anniversary celebration,17
Assistant
- council commissioner, 15
- Cubmaster, 12
- den leader, 12
- district commissioner, 15
- Scoutmaster, 12
- Webelos den leader, 12

Awards, special
- Heroism Award, 18
- Honor Medal, 18
- Honor Medal With Crossed Palms, 18
- Lifesaving, 18
- Medal of Merit, 18
- Meritorious Action, 18
- National Certificate of Merit, 18

Awards, youth service
- Silver Antelope, 18-19
- Silver Beaver, 19
- Silver Buffalo, 18
- Silver World, 19

**B**

Badges, 17
*Boys' Life* Magazine, 17

**C**

Charter applications, renewals, and revocations, 10
Chartered organization representative, 10
Chartered organizations, 10
Charters
- to group of citizens, 10
- to organizations, 10

Code of Conduct, 5
College Scouter Reserve, 13
Commercial contracts, 6
Commercialism policy, 6
Commissioners, 15
Confidentiality of membership lists, 14
Conflict-of-interest policy, 7
Control of funds
- audited statement, 8
- council obligations, 9
- limitation of authority, 8
- local council control, 8

Cooperation with national movements, 6
Council, *see* local council
Council commissioner, 15
Cub Scout
- advancement, 16
- pack, 11
- registration, 12
- roundtable commissioner, 15

Cubmaster, 12

**D**

Declaration of religious principle, 12
Den leader, 12
Denial of registration, 14
Disposition of funds upon termination of council or unit, 9
Distinguished service to youth awards
- Silver Antelope, 18-19
- Silver Beaver, 19
- Silver Buffalo, 18
- Silver World, 19

District
- commissioner, 15
- committee, 8
- function of, 8
- organization, 8
- Scouters, 5, 12

**E-F-G-H-I-J-K**

Employment of professionals, 20
Experimental programs, 22
Gambling, 6
Insignia, 17
Junior assistant Scoutmaster, 16

**L**

Leader, 5
Learning for Life, 22
Lifesaving awards, 18
Local
- badges, 17
- units, 8, 9

Local council
- annual registration fees, 8
- approval of unit applications, 8
- commissioner, 15
- finance, 8
- fundraising, 8
- professional personnel, 20
- program promotion outside of assigned territory, 8
- real estate, 9
- responsibilities, 8
- restricted funds, 9
- Scouters, 5, 12

Lone
- Scout, 13, 16
- Scout friend and counselor, 13
- Cub Scout, 13
- Cub Scout friend and counselor, 13

**M**

Member, 5
Members, local councils
- approval of, 8
- sustaining, 12

Membership lists, confidentiality of, 14
Membership, term, 13
Merit badge
- counselors, 13
- responsibility for, 16

Meritorious action awards, 18
Military training, policy concerning, 7
Multilevel marketing, 6

**N**

National Council, 5
National Court of Honor, 18-19
National movements, cooperation with, 6
National Service Center, 5
Nonpartisan, nonpolitical functions, 6

**O–P**

Organization of local units, 8
Pack
- leaders, 11
- organization of, 11

Participant fees, 17
Patrol leaders' council, 16
Pilot programs, 22
Policies concerning
- advertising, 7
- commercialism, 6
- conflict of interest, 7
- cooperation with national movements, 6
- cooperation with other Scout associations, 22
- military training, 7
- participation in public functions, 6
- political questions, 7
- Scouting public display activities, 6
- unit money-earning projects, 6

Political questions, 7
Product sales, 6
Professional Scouters
- commissioning, 20
- decommissioning, 20
- pre-commissioned, 20
- requirements for, 20

Professional-technical positions, 20
Program managers, 16
Public functions, participation in, 6
Pyramid sales, 6

**R**

Registration
- adult leaders, 12
- adult program participants, 12
- camp staff, 13
- college Scouter reserve, 13
- denial or revocation of, 14
- expiration of, 14
- fee, 14
- membership, 12
- merit badge counselors, 13
- period, 13
- procedure for, 12
- qualifications, applications, approval, removal, 12
- retired professionals, 13
- Scouter Reserve, 13
- special status, 13
- special types of, 12-13
- sustaining membership, 12
- transfers, 13
- veteran, 13
- youth, 12

Renewals, unit charter, 10
Restricted funds, 9
Retired professional Scouters, 13
Retirement, 20
Roundtables, 15

**S**

Scout
- Law, 6, 17, 20
- Oath, 6, 17, 20

Scouter Reserve, 13
Scouters, 6
- area, regional, national, 12
- Code of Conduct, 6
- council, 5, 12
- district, 5, 12
- registration, 12, 13
- unit, 5, 13

Scouting, 5
- Anniversary Week, 17
- attempts to commercialize, 6
- outside of council territories, 22
- promotion of, 8
- public display activities, 6

*Scout Life* Magazine, 17
Scoutmaster, 12
Scouts BSA, 5
- advancement, 16
- registration, 12
- roundtable commissioner, 15

Sea Scouts, 16
- elected officers, 16
- registration, 12

Senior patrol leader, 16
Silver Antelope, 18-19
Silver Beaver, 19
Silver Buffalo, 18
Silver World, 19
Special registration status, 13
Superactivity, 8

**T**

Titles of professionals, 21
Training, 12
Troop
- committee, 11
- organization of, 11

**U**

Uniform and insignia
- alteration of, 17
- authorized, 17
- badges and insignia, 17
- distribution of, 17
- integral part of program, 17
- local council protection of, 6-7
- official, 17
- prohibition of imitation, 17
- protection of, 6-7

Uniform and insignia (cont'd)
- restricted sale and use, 17
- special, 17
- use of, 17

Unit
- commissioner, 15
- committee, 10
- Cub Scouters, 11, 13
- designation, 11
- leadership, -11, 12
- money-earning projects, 6
- number, 11
- program leader, 5
- Scouters, 5, 12

**V**

Venturing
- elected officers, 16
- registration, 12

Veteran Award, 13

**W**

Webelos
- den leader, 12

World Organization of the Scout Movement, 22

**Y**

Youth, 5
- leader, 5
- programs, 5

Youth members, 5
- Cub Scout, 16
- junior assistant Scoutmaster, 16
- Lone Cub Scout, 16
- Scout, 16
- Sea Scouts, 16
- senior patrol leader, 16
- Venturer, 16

APPLICATION FOR RENEWAL OF

# LOCAL COUNCIL CHARTER

**For the year beginning July 1, 2018**
**Send signed original or scan and email to**
LCCR@scouting.org
**before March 1, 2018.**

Region SO Area 04

Council no. 087

Headquarters city and state:
Jacksonville, Florida

## Application for Renewal of LOCAL COUNCIL CHARTER

The Boy Scouts of America charters local councils in order to accomplish its purposes and carry out its programs. The charters are issued for a period of one year and may be renewed annually upon application by the local council. The renewal of the charter is based on annual reports that show satisfactory efforts to meet the responsibilities of a local council in the corporation. The Boy Scouts of America may revoke or decline to renew council charters for failure to comply with the Bylaws, Rules and Regulations, or policies of the Boy Scouts of America, or in any instance where it deems such action advisable in the interests of Scouting.

The North Florida Council, Boy Scouts of America, hereby applies for renewal of its charter for the year beginning July 1, 2018.

This application has been reviewed and approved by the executive committee or executive board at a duly called meeting on January 30, 2018, at which meeting a quorum was present, and the council specifically accepted its obligation to cooperate with the Boy Scouts of America and its representatives in promoting the program of the Boy Scouts of America in accordance with the provisions of the Charter, Bylaws, resolutions, policies, and Rules and Regulations of the Boy Scouts of America. The Scout executive's letter of employment has been reviewed as part of the annual performance review process.

The charter fee of $100 as well as a national service fee estimated to be $60,175 is to be paid in 10 equal monthly installments beginning February 2019.

The final amount of the fee will be based upon data extracted from the council's general ledger, and using the formula outlined in the section "Computation of Estimated National Service Fee for 2019."

This council agrees with and accepts credit terms of the National Service Center, and agrees to the payment of "late payment charges" commensurate with the laws of the state of Texas, from which invoices are issued.

**In 2017 we had 767 paid LFL participants with a license fee of $3,259.75.**

Data submitted, to the best of our knowledge, represents an accurate and complete report of requested information. Finance reports have been prepared in conformity with accounting standards set forth in the *Local Council Accounting Manual*.

1. Mail checks to address shown on monthly statement or invoice.
2. The Membership Validation Requirements have been reviewed with all staff, with forms signed and filed.
3. Required: financial audit report for fiscal year ending December 31, 2017, one copy of the 990 form, audit, management letter and response are due to audits990@scouting.org by July 31, 2018.

Our accounts { have been audited ☐ / will be audited ☒ } by Ralston & Company CPA's
(Name of CPA)

shealy@ralstonco.com
Email address

## Computation of Estimated National Service Fee for 2019

The 2019 estimate will be subject to adjustment after a review of the council's 2017 independent financial audit.

Round all figures to the nearest dollar.

1. 2017 professional salaries (account No. 7002) for all funds - Operating, Capital and Endowment $1,023,122.00
2. 2017 office salaries (account no. 7003) for all funds - Operating, Capital and Endowment $502,347
3. Calculate the qualifying salaries for use in determining the 2019 national service fee (the sum of figures 1 and 2 above). $1,525,469
4. The council's national service fee for 2019 is 3.5% of the qualifying salaries above* (multiply figure 3 above by .035) 0.0138

   *For those councils that will be charged a national service fee of $40,000 or greater for the year 2018, your fee will increase at the same rate of qualifying salary growth from 2016 to 2017, not to exceed 10 percent.

Examples:

1. If the council's 2018 national service fee will be $48,783 and the qualifying salaries recorded in accounts 7002 and 7003 increased by 6.2% from 2016 to 2017, then the council's national service fee for 2019 would also increase by 6.2% to $51,808.

2. If the council's 2018 national service fee will be $48,783 and the qualifying salaries recorded in accounts 7002 and 7003 were the same or decreased, the council agrees to and will be invoiced the same national service fee of $48,783 for 2019.

### Insurance Summary

**Effective March 1, 2016 local councils were required to have automobile liability insurance coverage of $1,000,000 combined single limit (CSL) for owned, non-owned, leased or hired vehicles which also provides excess coverage to volunteers and employees engaged in official scouting activities, on Scouting business, on council business or under your direction.**

**If the council does not have owned vehicles, insurance must still be purchased to cover the council for non-owned, hired and leased automobile liability for employees and volunteers.**

**Councils must submit with the Local Council Charter application, a certificate of insurance showing evidence of the following coverages:**

- **Automobile liability - $1,000,000 with volunteer coverage endorsement or equivalent language**
- **Property Insurance**
- **Workers' Compensation**
- **D&O excess insurance (if purchased outside BSA offered)**

Our Enterprise Risk Management chair is **Mandatory** — Dr. Michael Freeman (Name) — doctordoctor@mfi.net (Email address)

**Risk and Insurance Team, SUM 402, at the National Service Center.**

[signature] Council President 2/27/18 date

[signature] Council Commissioner 2/27/18 date

[signature] Scout Executive 2/27/18 date

APPLICATION FOR RENEWAL OF

# LOCAL COUNCIL CHARTER

**For the year beginning July 1, 2017**
**Send signed original or scan and email to**
https://reservations.scouting.org/profile/form/index.cfm?PKformID=0x671475316
**before March 1, 2017.**

Region SR Area 3
Council no. 564
Headquarters city and state: Austin Texas

## Application for Renewal of LOCAL COUNCIL CHARTER

The Boy Scouts of America charters local councils in order to accomplish its purposes and carry out its programs. The charters are issued for a period of one year and may be renewed annually upon application by the local council. The renewal of the charter is based on annual reports that show satisfactory efforts to meet the responsibilities of a local council in the corporation. The Boy Scouts of America may revoke or decline to renew council charters for failure to comply with the Bylaws, Rules and Regulations, or policies of the Boy Scouts of America, or in any instance where it deems such action advisable in the interests of Scouting.

The Capitol Area Council, Boy Scouts of America, hereby applies for renewal of its charter for the year beginning July 1, 2017.

This application has been reviewed and approved by the executive committee or executive board at a duly called meeting on January 27, 2017, at which meeting a quorum was present, and the council specifically accepted its obligation to cooperate with the Boy Scouts of America and its representatives in promoting the program of the Boy Scouts of America in accordance with the provisions of the Charter, Bylaws, resolutions, policies, and Rules and Regulations of the Boy Scouts of America. The Scout executive's letter of employment has been reviewed as part of the annual performance review process.

The charter fee of $100 as well as a national service fee estimated to be $(TBD next year) is to be paid in 10 equal monthly installments beginning February 2018.

The final amount of the fee will be based upon data extracted from the council's general ledger, and using the formula outlined in the section "Computation of Estimated National Service Fee for 2018."

This council agrees with and accepts credit terms of the National Service Center, and agrees to the payment of "late payment charges" commensurate with the laws of the state of Texas, from which invoices are issued.

**In 2016 we had** 5,000 **paid LFL participants with a license fee of $** 20,000.00

Data submitted, to the best of our knowledge, represents an accurate and complete report of requested information. Finance reports have been prepared in conformity with accounting standards set forth in the *Local Council Accounting Manual*.

1. Mail checks to address shown on monthly statement or invoice.
2. The Membership Validation Requirements have been reviewed with all staff, with forms signed and filed.
3. Required: financial audit report for fiscal year ending December 31, 2016, one copy of the 990 form, audit, management letter and response are due to https://reservations.scouting.org/profile/form/index.cfm?PKformID=0x667298e16 by July 31, 2017.

Our accounts { have been audited ☐ / will be audited ☑ } by Atchley's Associates (Name of CPA)

rarmstrong@atchleycpas.com
Email address

# Computation of Estimated National Service Fee for 2018

This estimation is being delayed until after the effects of the new FLSA rules are known.

By June 30, 2017, there will be a new calculation to determine the 2018 National Service Fee which will take into account the increase in wages due to FLSA.

## Insurance Summary

Effective March 1, 2016 local councils were required to have automobile liability insurance coverage of $1,000,000 combined single limit (CSL) for owned, non-owned, leased or hired vehicles which also provides excess coverage to volunteers and employees engaged in official scouting activities, on Scouting business, on council business or under your direction.

If the council does not have owned vehicles, insurance must still be purchased to cover the council for non-owned, hired and leased automobile liability for employees and volunteers.

Councils must submit with the Local Council Charter application, a certificate of insurance showing evidence of the following coverages:

- Automobile liability - $1,000,000 with volunteer coverage endorsement or equivalent language
- Property Insurance
- Workers' Compensation
- D&O excess insurance (if purchased outside BSA offered)

Our Enterprise Risk Management chair is **Mandatory** Dwight Thompson (Name) dwightmobile@yahoo.com (Email address)

Risk and Insurance Team, SUM 402, at the National Service Center.

[signature] 1/27/17
Council President date

[signature] 1/27/17
Council Commissioner date

[signature] 2/1/17
Scout Executive date

PLEASE REFER TO THE INSTRUCTIONAL LETTER THAT CAME WITH THIS TEMPLATE.

ANY CHANGES TO THE ARTICLES OF INCORPORATION must be filed WITH THE OFFICE OF THE SECRETARY OF STATE FOR THE STATE(S) IN WHICH YOUR COUNCIL DOES BUSINESS.

# ARTICLES OF INCORPORATION
# __________________COUNCIL

## ARTICLE I. NAME

The name of the corporation is ______________________ Council, Inc., Boy Scouts of America, sometimes referred to as the "corporation."

## ARTICLE II. DURATION

The corporation shall have perpetual existence but shall take such action as may be necessary to dissolve in the event of the revocation or termination of its charter from the Boy Scouts of America, a corporation organized under Act of Congress.

## ARTICLE III. PURPOSES

The corporation shall promote, within the territory covered by the charter from time to time granted it by the Boy Scouts of America and in accordance with the Congressional Charter, Bylaws, and Rules and Regulations of the Boy Scouts of America, the Scouting program of promoting the ability of boys and young men and women to do things for themselves and others,

JTX-187

training them in Scoutcraft, and teaching them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by the Boy Scouts of America.

## ARTICLE IV. PRINCIPLES AND POLICIES

The corporation shall be operated as a nonprofit corporation exclusively for charitable and educational* purposes within the meaning of Section 501 of the Internal Revenue Code of 1954, as from time to time amended.

The corporation shall at all times maintain the principles and policies of the Boy Scouts of America, as set forth in detail in the Bylaws and the Rules and Regulations of the Boy Scouts of America in official handbooks, or as may be announced by the Boy Scouts of America from time to time, specifically restricting the leadership to those persons who are willing to subscribe to the declarations of principles therein set forth and to the Scout Oath and Law and who otherwise are qualified to receive certificates of leadership.

* *Include "and educational" where permitted by state tax law.*

## ARTICLE V. POWERS

The corporation shall have and may exercise (in a manner consistent with the Congressional Charter, Bylaws, and Rules and Regulations of the Boy Scouts of America) all powers given to nonprofit corporations under the ____________________________________

______________________________________________________________________________

(insert name of state nonprofit corporation law)

In addition, ________________________________________________________________

*(Here set forth specific powers corporation is to enjoy if attorney for corporation advises enumeration*

______________________________________________________________________________

*of specific powers is required or advisable under state law and the Boy Scouts of America approves powers listed.)*

______________________________________________________________________________

## ARTICLE VI. MEMBERS

The corporation shall have one or more classes of members, as provided in the Bylaws of the corporation, and may have honorary members.

Each active, associate, or honorary member of the corporation shall be a citizen of the United States of America or reside within the country and agree to respect and obey the laws of the United States of America, and shall (a) subscribe to the Scout Oath and Law, the statement of religious principle, and the Bylaws and Rules and Regulations of the Boy Scouts of America, (b) be registered by the Boy Scouts of America in accordance with its Bylaws and Rules and

Regulations, and (c) otherwise meet all qualifications for membership from time to time established by the Boy Scouts of America.

## ARTICLE VII. EXECUTIVE BOARD

The executive board of the corporation shall be composed of such number of persons, in no event fewer than 25 or more than 50 regular members who shall be elected in such manner as prescribed in the bylaws and rules of the corporation and any applicable regulations. The initial executive board shall be composed of ___ members. The names and addresses of the persons who are to serve as the initial executive board of the corporation until the first annual meeting of the members of the corporation and until their successors are elected and qualify are:

*Name* *Address*

______________________________

______________________________

______________________________

______________________________

## ARTICLE VIII. ADDRESS

The address of the initial registered office of the corporation is and the name of its initial registered agent at such address is .

## ARTICLE IX. INCORPORATORS

The name and address of each incorporator is:

*Name* *Address*

______________________________

______________________________

______________________________

______________________________

## ARTICLE X. DISSOLUTION

The property and assets of the corporation are irrevocably dedicated to the charitable and educational* purposes of carrying out the program of the Boy Scouts of America.

In the event of the dissolution, merger/consolidation or final liquidation of the corporation or upon the revocation or termination of its charter from the Boy Scouts of America, none of such property or assets or the proceeds therefrom shall inure to the benefit of any individual but shall, after all liabilities and obligations of the corporation have been paid or satisfied or provision otherwise made therefore, be distributed (a) to another local council of the Boy Scouts of America as specified by the Boy Scouts of America to be used for charitable and educational* purposes, or (b) in the absence of such specification, to the Boy Scouts of America itself to be used for charitable and educational* purposes, contemplated that in either instance such property and assets shall continue to be devoted to the furtherance of Scouting in ____________________.
*(State or States)*

On occasion it is desirable, in order to strengthen the Scouting movement or facilitate its administration, that two or more local councils merge or consolidate. The procedure to be followed in electing such a merger or consolidation, which can only be carried out with the approval of the national council of the Boy Scouts of America, is governed by applicable state law which usually requires approval of the merger or consolidation by the local council executive boards and members of the affected local councils.

* *Include "and educational" where permitted by state tax law.*

## ARTICLE XI. AMENDMENT

These Articles of Incorporation may be amended by the majority vote of the members having the right to vote present at a duly called meeting of the members of the corporation at which a quorum is present and of which at least twenty days written notice has been given, the notice for which has been accompanied by the text of the proposed amendment or amendments, provided, however, that no amendment to these Articles of Incorporation shall be effective unless first presented to and approved by (a) the executive board of the corporation and (b) an authorized official at the national office of the Boy Scouts of America.

Adopted this ________________ day of ________________________________________, 20_______

| ________________________________ | ________________________________ |
|---|---|
| Scout Executive | Council President |

# THE ANNUAL UNIT CHARTER AGREEMENT BETWEEN:

________________________________ and the __________________________ Council, BSA

Chartered Organization — Local Council

Pack No. _____ Troop No. _____ Crew No. _____ Ship No. _____

(Please identify those units chartered by the Chartered Organization.)

The purpose of the Boy Scouts of America (BSA) program is to prepare young people to make ethical and moral choices over their lifetimes by instilling in them the values and principles taught in the Scout Oath and Scout Law.

The Chartered Organization, as a duly constituted organization that serves youth, desires to use the program(s) of the BSA to further its mission respecting the youth it supports. The Local Council provides the support and service necessary to help the Chartered Organization succeed in its use of Scouting.

## The Chartered Organization agrees to:

- Use Scouting to further the Chartered Organization's aims and values for youth.
- Chartered organizations must utilize the Scouting program to accomplish specific objectives related to one or more of the following:
  - Youth character development
  - Career skill development
  - Community service
  - Patriotism and military and veteran recognition
  - Faith-based youth ministry
- Conduct the Scouting program consistent with BSA rules, regulations, and policies. They may be found on the My.Scouting website and at the following location: www.scouting.org/about/membership-standards/.
- Chartered organizations must not use the Scouting program to pursue any objectives related to political or social advocacy, including partisan politics, support or opposition to government action, or controversial legal, political, or social issues or causes.
- Be represented in the Local Council and the local Scouting district by a Chartered Organization Representative (COR), who will be appointed by the Chartered Organization. The COR will be the point of contact between the Chartered Organization and the Local Council; will serve as a voting member of district and council committees on which the COR serves; and will, with the Chartered Organization, select and approve volunteer leaders for submission to the Local Council for its consideration. The COR will work with the unit committees sponsored by the Chartered Organization.
- Support unit committee(s) made up of at least three persons for each unit.
- Assure that adults selected as unit leaders are suitable by, at a minimum, having the appropriate leaders of the Chartered Organization review and sign each application.
- Ensure appropriate facilities for the unit for its regular meetings to facilitate the aims of the Chartered Organization and Scouting.
- Encourage adult leaders to receive additional applicable training made available by the council.

## The Local Council agrees to:

- Respect the aims and objectives of the Chartered Organization and assist the Chartered Organization by making available Scouting resources.
- Make available to the Chartered Organization and its units and members program training, program resources, and other Scouting support services.
- Make available training and support for the Chartered Organization and for the COR, the primary link between the Chartered Organization, the Local Council, and the BSA. Track and require all unit leaders to attend BSA Youth Protection Training.
- Conduct criminal background checks on adult leaders approved by the Chartered Organization.
- Provide camping opportunities, administrative support, and professional staff to assist the Chartered Organization in developing a successful Scouting program.
- Provide primary general liability insurance to cover the Chartered Organization, its board, officers, COR, employees, and adult volunteers for authorized Scouting activities. Indemnify the Chartered Organization in accordance with the resolutions and policies of the National Executive Board of the Boy Scouts of America.

Signed __________________________ Title __________________ Date __________
For the chartered organization

Signed __________________________ Title __________________ Date __________
For the BSA local council

Signed __________________________ Title __________________ Date __________
Chartered Organization Representative

BOY SCOUTS OF AMERICA

JTX-264

524-182
2020 Printing

## Annual Meeting With Chartered Organization

The annual meeting between the executive officer of a chartered organization and the district professional, or in appropriate cases his or her designee, should be scheduled at least 90 days prior to the renewal date of the unit's charter. If problems in renewing the unit's charter are anticipated or there is significant corrective action needed, the discussion should be held early enough to allow time to take positive corrective action before the renewal deadline.

The meeting must be a face-to-face discussion, as the concept of working together is central to mutual long-term success.

1. Chartered organizations must use the Scouting program to accomplish their objectives in a manner consistent with the Bylaws, Rules and Regulations, guidelines, policies, and other publications available on the BSA national website located at www.scouting.org/about/membership-standards/.
    - The Charter and Bylaws of the Boy Scouts of America
    - The Mission of the Boy Scouts of America
    - The Rules and Regulations of the Boy Scouts of America
    - The Scout Oath and the Scout Law, including Duty to God
    - BSA youth protection policies and guidelines, including mandatory reporting
    - The *Guide to Safe Scouting*
    - The Sweet Sixteen of BSA Safety
    - Scouter Code of Conduct

2. Chartered organizations must not use their chartered organization affiliation or the Scouting brand as a means to imply Scouting's endorsement of the objectives of their organization except with respect to youth development consistent with the goals and objectives of the Scouting program.

3. Chartered organizations must not use the Scouting program to obtain financial support or assistance except as authorized for the chartered unit.

All new organizations applying for a charter must have an approved code issued by the National Council. As a private organization, the Boy Scouts of America is the sole arbiter of whether it will issue a charter to any organization. The Boy Scouts of America may deny a charter for any reason or revoke a previously issued charter for failure to abide by these guidelines.

See other side for charter agreement.

# CHARTER AND BYLAWS

## OF THE

# BOY SCOUTS OF AMERICA

BOY SCOUTS OF AMERICA®

JTX-234

June 2019

©2019 Boy Scouts of America

100-491
©2019 Boy Scouts of America
June 2019 Revision

Subject to Protective Order – Highly Confidential
BSA-PLAN_00333783
SA 0071

# 2019 CHANGES

The Bylaws were revised in 2019 to reflect changes related to the national Executive Board and its committees (Article III). Article IV, Section 4, on honorary positions, was also significantly revised. Below is a list of articles and sections affected.

**Article III, Section 4**

**Article III, Section 8**

**Article IV, Section 1**

**Article IV, Section 2**

**Article IV, Section 3**

**Article IV, Section 4**

Subject to Protective Order – Highly Confidential

# CONTENTS

**CHARTER** 4

**CONGRESSIONAL REPORT IN SUPPORT OF ACT TO INCORPORATE BOY SCOUTS OF AMERICA** 6

**BYLAWS** 7

**Article I. General** 7
Section 1. Name 7
Section 2. Purpose 7
Section 3. Seal; Designating Marks 7
Section 4. National Service Center 7
Section 5. Fiscal Year 7
Section 6. Rules and Regulations 7
Section 7. Priorities 7

**Article II. The National Council** 8
Section 1. General 8
Section 2. Members of the National Council 8
Section 3. Meetings of the National Council 8

**Article III. The Executive Board** 9
Section 1. Powers, Duties, and Interpretation 9
Section 2. Membership 9
Section 3. Election of Regular Members; Election, Vacancies 9
Section 4. Meetings 9
Section 5. Electronic Communications 10
Section 6. Telecommunication Meetings 10
Section 7. National Chair's Council 10
Section 8. Committees of the Executive Board 10

**Article IV. Volunteer Leadership, Corporate Officers, and Honorary Positions** 13
Section 1. Volunteer Leadership 13
Section 2. Corporate Officers 13
Section 3. National Leadership Council and Operations Support Committees 14
Section 4. Honorary Positions 14

**Article V. Regional Organization** 14
Section 1. Regions 14
Section 2. Regional Committees 15
Section 3. Regional Board 15
Section 4. Regional Executive Committee 15
Section 5. Regional Director 15
Section 6. Regional Officers 15
Section 7. Regional Standing Committees 16
Section 8. Area Committees 16
Section 9. Regional Advisory Council 16

**Article VI. Local Councils** 16
Section 1. General 16
Section 2. Applications 17
Section 3. Conditions and Termination 17
Section 4. Revocation or Modifications of Charters 17
Section 5. Responsibility of the Local Council 17
Section 6. Incorporation of Local Councils 17
Section 7. Organization and Operation 18

**Article VII. Youth Membership** 18
Section 1. General 18
Section 2. Membership, Advancement, and Achievement 18

**Article VIII. Adult Leadership** 18
Section 1. General 18
Section 2. Professional Leadership 18

**Article IX. Policies** 19
Section 1. Policies 19

**Article X. Program** 19
Section 1. Program Objectives 19

**Article XI. Business** 19
Section 1. Finance 19
Section 2. Deeds, Contracts, Bonds, etc. 20

**Article XII. Special Situations** 20
Section 1. Experimental Programs 20
Section 2. Overseas Scouting 20
Section 3. Learning for Life 20

**Article XIII. Indemnification** 21
Section 1. Indemnification 21

**Article XIV. Waivers and Amendments** 21
Section 1. Waivers 21
Section 2. Amendment of Bylaws 21

**Index** 22

# CHARTER

Sixty-Fourth Congress of the

United States of America

At the First Session

Begun and Held at the

City of Washington

On Monday, the Sixth Day

of December

One Thousand Nine Hundred

and Fifteen

## AN ACT

**To Incorporate the Boy Scouts of America and for Other Purposes**

Section 1.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That Colin H. Livingstone and Ernest P. Bicknell, of Washington, District of Columbia; Benjamin L. Dulaney, of Bristol, Tennessee; Milton A. McRae, of Detroit, Michigan; David Starr Jordan, of Berkeley, California; F. L. Seely, of Asheville, North Carolina; A. Stamford White, of Chicago, Illinois; Daniel Carter Beard, of Flushing, New York; George D. Pratt, of Brooklyn, New York; Charles D. Hart, of Philadelphia, Pennsylvania; Franklin C. Hoyt, Jeremaiah W. Jenks, Charles P. Neill, Frank Presbrey, Edgar M. Robinson, Mortimer L. Schiff, and James E. West, of New York, New York; G. Barrett Rich, Junior, of Buffalo, New York; Robert Garrett, of Baltimore, Maryland; John Sherman Hoyt, of Norwalk, Connecticut; Charles C. Jackson, of Boston, Massachusetts; John H. Nicholson, of Pittsburgh, Pennsylvania; William D. Murray, of Plainfield, New Jersey; and George D. Porter, of Philadelphia, Pennsylvania, their associates and successors, are hereby created a body corporate and politic of the District of Columbia, where its domicile shall be.

Section 2.

That the name of this corporation shall be "Boy Scouts of America," and by that name it shall have perpetual succession, with power to sue and be sued in courts of law and equity within the jurisdiction of the United States; to hold such real and personal estate as shall be necessary for corporate purposes, and to receive real and personal property by gift, devise, or bequest; to adopt a seal, and the same to alter and destroy at pleasure; to have offices and conduct its business and affairs within and without the District of Columbia and in the several States and Territories of the United States; to make and adopt bylaws, rules, and regulations not inconsistent with the law of the United States of America, or any State thereof, and generally to do all such acts and things (including the establishment of regulations for the election of associates and successors) as may be necessary to carry into effect the provisions of this Act and promote the purposes of said corporation.

Section 3.

That the purpose of this corporation shall be to promote, through organization, and cooperation with other agencies, the ability of boys to do things for themselves and others, to train them in Scoutcraft, and to teach them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by Boy Scouts.

Section 4.

That said corporation may acquire, by way of gift, all the assets of the existing national organization of Boy Scouts, a corporation under the laws of the District of Columbia, and defray and provide for any debts or liabilities to the discharge of which said assets shall be applicable; but said corporation shall have no power to issue certificates of stock or to declare or pay dividends, its object and purposes being solely of a benevolent character and not for pecuniary profit to its members.

Section 5.

That the governing body of the said Boy Scouts of America shall consist of an executive board composed of citizens of the United States. The number, qualifications, and terms of office of members of the executive board shall be prescribed by the bylaws. The persons mentioned in the first section of this Act shall constitute the first executive board and shall serve until their successors are elected and have qualified. Vacancies in the executive board shall be filled by a majority vote of the remaining members thereof. The bylaws may prescribe the number of members of the executive board necessary to constitute a quorum of the board, which number may be less than the majority of the whole number of the board. The executive board shall have power to make and to amend the bylaws, and, by two-thirds vote of the whole board at a meeting called for this purpose, may authorize and cause to be executed mortgages and liens upon the property of the corporation. The executive board may, by resolution passed by a majority of the whole board, designate three or more of their number to constitute an executive or governing committee, of which a majority shall constitute a quorum, which committee, to the extent provided in said resolution or in the bylaws of the corporation, shall have and exercise the powers of the executive board in the management of the business affairs of the corporation, and may have power to authorize the seal of the corporation to be affixed to all papers which may require it. The executive board, by the affirmative vote of a majority of the whole board, may appoint any other standing committees, and such standing committees shall have and may exercise such powers as shall be conferred or authorized by the bylaws. With the consent in writing and pursuant to an affirmative vote of a majority of the members of said corporation, the executive board shall have authority to dispose in any manner of the whole property of the corporation.

Section 6.

That an annual meeting of the incorporators, their associates and successors, shall be held once in every year after the year of incorporation, at such time and place as shall be prescribed in the bylaws, when the annual reports of the officers and executive board shall be presented and members of the executive board elected for the ensuing year. Special meetings of the corporation may be called upon such notice as may be prescribed in the bylaws. The number of members which shall constitute a quorum at any annual or special meeting shall be prescribed in the bylaws. The members and executive board shall have power to hold their meetings and keep the seal, books, documents, and papers of the corporation within or without the District of Columbia.

Section 7.

That said corporation shall have the sole and exclusive right to have and to use, in carrying out its purposes, all emblems and badges, descriptive or designating marks, and words or phrases now or heretofore used by the Boy Scouts of America in carrying out its program, it being distinctly and definitely understood, however, that nothing in this Act shall interfere or conflict with established or vested rights.

Section 8.

That on or before the first day of April of each year the said Boy Scouts of America shall make and transmit to Congress a report of its proceedings for the year ending December thirty-first preceding.*

Section 9.

That Congress shall have the right to repeal, alter, or amend this Act at any time.

Approved 15 June 1916

Woodrow Wilson

*As amended August 30, 1964, Pub. L. 88-504, 78 Stat. 636.

Subject to Protective Order – Highly Confidential

# CONGRESSIONAL REPORT IN SUPPORT OF ACT TO INCORPORATE BOY SCOUTS OF AMERICA

House Report No. 130, Sixty-Fourth Congress
First Session

February 7, 1916.—Referred to the House Calendar and ordered to be printed.

Mr. Gard, from the Committee on the Judiciary, submitting the following report (to accompany H. R. 755).

The Committee on the Judiciary, to whom was referred the bill (H. R. 755) to incorporate the Boy Scouts of America and to protect its insignia, having carefully considered the same, beg leave to submit the following report with the recommendation that the bill do pass.

The Boy Scout movement is not one seeking to promote a juvenile military system, but is intended to supplement and enlarge established modern educational facilities in activities in the great and healthful out-of-doors where may be the better developed physical strength and endurance, self-reliance, and the powers of initiative and resourcefulness, all for the purpose of establishing through the boys of today the very highest type of American citizenship.

It tends to conserve the moral, intellectual, and physical life of the coming generation, and in its immediate results does much to reduce the problem of juvenile delinquency in the cities. The movement has grown rapidly during the past few years, until it is now organized in practically every community of 4,000 inhabitants and over and in many smaller communities of the United States. During the past two years Boy Scouts have demonstrated the value of the education and training they received as an auxiliary force in the maintenance of public order and in the administration of first-aid and practical assistance in times of great public emergencies. Their services on the occasion of the Ohio floods, at the Gettysburg reunion, in the inaugural ceremonies of President Wilson, and at the recent memorable reunion of the Grand Army of the Republic in Washington attracted Nationwide attention and received general commendation, particularly from the American National Red Cross and the officials of the Federal and State Governments. The importance and magnitude of its work is such as entitle it to recognition and its work and insignia to protection by Federal incorporation.

The Scout scheme is based upon the methods involved in educating the boy. It is a scheme of placing the boy on honor. In addition to requiring him to live up to a standard or code of laws which insure development of character along proper lines, it requires him to study in order to pass certain tests of qualification. The passing of these various tests is recognized by the award of appropriate badges or medals and insignia.

If any boy can secure these badges without meeting the required tests, the badges will soon be meaningless, and one of the leading features of the Scout program will be lost; likewise, with the uniform that designates the Scout. At the present time this is protected by the use of insignia—a seal woven or stamped into the cloth. All of these various badges and insignia are at present protected by the patent laws, but under the patent laws such protection is available for a limited period only. The passing by Congress of this bill will, it is believed, provide the organization with proper protection for its distinctive insignia, the integrity of which is essential to the maintenance of the movement, and protect it from those who are seeking to profit by the good repute and high standing and popularity of the Scout movement by imitating it in name alone.

The identical language of this bill was incorporated in the bill with amendments thereto, known as H.R. 19907, which was reported from the Committee on the Judiciary on February 3, 1915, with a recommendation that it, as so amended, do pass.

Subject to Protective Order – Highly Confidential

# BYLAWS

## ARTICLE I. GENERAL

### NAME

SECTION 1.

The name of the corporation is Boy Scouts of America. For convenience in these Bylaws the corporation is sometimes referred to as the "Corporation."

### PURPOSE

SECTION 2.

The purpose of the Corporation is as set forth in the original certificate of incorporation under the laws of the District of Columbia, dated February 8, 1910, and restated in the Act of Incorporation enacted by the Congress of the United States of America on June 15, 1916, as follows: "That the purpose of this Corporation shall be to promote, through organization and cooperation with other agencies, the ability of boys to do things for themselves and others, to train them in Scoutcraft, and to teach them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by Boy Scouts." In achieving this purpose, emphasis shall be placed upon its educational program and the oaths, promises, and codes of the Scouting program for character development, citizenship training, leadership, and mental and physical fitness.

### SEAL; DESIGNATING MARKS

SECTION 3.

*Clause 1.* The seal of the Corporation shall be in the form of a circle enclosing the universal badge with the motto "Be Prepared" underneath the badge and the words "Boy Scouts of America" around the circle and shall be used only as authorized.

*Clause 2.* In accordance with provisions of the Charter, the Corporation shall establish and maintain policies to regulate the use of the seal and all other emblems and badges, descriptive and designating marks, and words or phrases associated with or referring to the Boy Scouts of America or any of its affiliates. Such policies may permit the use of the Boy Scouts of America designating marks by third parties as long as such are (i) consistent with the values and purpose of the Corporation, and (ii) pursuant to written agreement between the user and the Corporation. Administration of such policies is the responsibility of the Chief Scout Executive, who may delegate such duties to an officer or employee of the Corporation.

### NATIONAL SERVICE CENTER

SECTION 4.

The principal office of the Corporation shall be located in the City of Irving, County of Dallas, in the State of Texas, and shall be known as the National Service Center of the Boy Scouts of America.

### FISCAL YEAR

SECTION 5.

The fiscal year of the Corporation shall be the calendar year.

### RULES AND REGULATIONS

SECTION 6.

**Establishment**

*Clause 1.* In accordance with the provisions of the Charter, the Executive Committee may establish and amend Rules and Regulations for the further governance and guidance of the Boy Scouts of America including its local councils and affiliates.

**Amendment**

*Clause 2.* The Rules and Regulations and amendments thereto shall normally be adopted by resolution of the Executive Committee.

**Amendment—Reporting Changes to the Executive Board**

*Clause 3.* Any amendment to the Rules and Regulations shall be reported to the members of the Executive Board at its next meeting and unless such amendment is altered or canceled by the Executive Board at such meeting, it will be as effective as if it had been originally adopted by the Executive Board.

### PRIORITIES

SECTION 7.

**General**

*Clause 1.* These Bylaws shall be consistent with the Charter. The Rules and Regulations shall be consistent with the Charter and the Bylaws. In the event of any conflicts or inconsistencies, the Charter shall govern primarily and the Bylaws secondarily.

**Specifics**

*Clause 2.* All statements contained in official publications of the Boy Scouts of America, its local councils and affiliates, including (but not limited to) handbooks, pamphlets, instructions, magazine articles, bulletins, manuals, and letters, which may, from time to time, be issued for clarification or explanation of official language shall be consistent with the language and intent of the Charter, the Bylaws, and the Rules and Regulations. Any contradictory or inconsistent language is unauthorized and without effect.

# ARTICLE II. THE NATIONAL COUNCIL

## GENERAL

SECTION 1.

In accordance with the provisions of sections 1 and 2 of the Act of Congress, approved June 15, 1916, entitled "An Act to Incorporate the Boy Scouts of America and for Other Purposes," giving the incorporators therein named the power to provide for the election of their associates and successors, the incorporators, and all persons who were duly elected and qualified as members of the National Council herein provided for their successors duly chosen, shall constitute the corporate membership of the Boy Scouts of America, to be known and designated collectively as the National Council of the Boy Scouts of America.

## MEMBERS OF THE NATIONAL COUNCIL

SECTION 2.

**General**

*Clause 1.* The National Council of the Boy Scouts of America shall consist of elected and ex officio members as provided for in these Bylaws. All members, except honorary members and commissioned professional Scouters, may vote.

**Eligibility Requirements**

*Clause 2.* No person shall be eligible for membership on the National Council who is not a citizen of the United States or has not taken the preliminary legal steps to become a citizen of the United States.

*Clause 3.* A commissioned professional Scouter is ineligible for voting privileges on the National Council.

**The Election and Designation**

*Clause 4.* Members of Executive Board. All persons elected members of the Executive Board shall upon their election become members of the National Council for the term of their election as members of the Executive Board.

*Clause 5.* Members of Regional Executive Committees and Area Commissioners. Persons serving as members of a regional executive committee and area commissioners shall be members of the National Council during their respective terms.

*Clause 6.* Local Council Representatives. The duly elected president and council commissioner of a local council shall, during their terms of office, be members of the National Council. Each local council may, in addition, elect one of its members as a member of the National Council for every 5,000 youth members (Cub Scouts, Boy Scouts, Varsity Scouts, and Venturers), or major portion thereof (2,501 or more), enrolled as of December 31 of the preceding year according to the records of the Corporation. Local councils shall certify as to the election of National Council members so elected and to their terms on forms provided for that purpose.

*Clause 7.* Members at Large. Members at large of the National Council may be elected by the National Council at its annual meeting to serve for 1 year. Persons who become members of national support committees and members of regional committees as defined under article V, section 2 hereof, shall be members at large of the National Council during their respective terms.

*Clause 8.* Honorary Members. Honorary membership in the Boy Scouts of America shall consist of such citizens of the United States as may be elected thereto by the National Council for terms of 1 year in the furtherance of the program of the Boy Scouts of America.

**Credentials of Members**

*Clause 9.* The National Council shall issue certificates of membership and voting credentials to all voting members of the National Council indicating their right to participate and to vote at the annual meeting of the National Council. Votes shall be cast in person at the meeting and not by proxy.

## MEETINGS OF THE NATIONAL COUNCIL

SECTION 3.

**Regular Meetings**

*Clause 1.* General. The National Council shall meet annually inside or outside of the District of Columbia at such time and place as may be determined by the Executive Board, for the purpose of delivering the annual reports of the officers and various committees of the National Council, electing members at large and honorary members of the National Council and regular members of its Executive Board, and transacting such other business as may come before the meeting. The National Chair shall determine what business is appropriate to come before the meeting. The Executive Board may, in its sole discretion, present matters of significance to the movement for a binding referendum vote of the National Council at the annual meeting and any such matter shall be described in the required notice of the annual meeting.

*Clause 2.* Notice. A notice of the annual meeting shall be mailed or sent by electronic mail to each member of the National Council at least 30 days in advance thereof, indicating the time and place of the meeting.

**Special Meetings**

*Clause 3.* Special meetings of the National Council may be called by the Executive Board at any time and shall be called within 90 days upon the request of at least 5% of the members of the National Council (such request specifying the object of such a special meeting) to be held at such place as the National Chair shall determine, provided, however, that a notice of such meeting, indicating the place and object thereof, shall be mailed to each member of the National Council at least 30 days in advance of the meeting. The business of the meeting shall be limited to the matters included in the notice of the meeting.

**Quorum**

*Clause 4.* Five percent of the members of the National Council present in person shall constitute a quorum for all purposes.

**Voting**

*Clause 5.* At any meeting of the National Council, each member present shall be entitled to one vote.

**Guests**

*Clause 6.* Honorary members of the Boy Scouts of America and such other persons as may be specially invited may attend meetings of the National Council but shall have no vote.

Subject to Protective Order – Highly Confidential

# ARTICLE III. THE EXECUTIVE BOARD

### POWERS, DUTIES, AND INTERPRETATION

SECTION 1.

**Authority of Executive Board**

*Clause 1.* The Executive Board shall, in accordance with the provisions of its Charter and these Bylaws, be the governing body of the Corporation, manage its affairs, elect its officers, and be the final reviewing authority with respect to all matters whatsoever which may arise at any level within the Scouting movement, which in its judgment should be reviewed.

**Interpretation**

*Clause 2.* For the purpose of these Bylaws, the phrase "the whole Executive Board" shall mean the number of members on the Executive Board at the time actually holding office and vacancies shall not be included. The Executive Board shall have the following reserved powers that may not be delegated to a committee: amending these Bylaws; changing the mission or purpose of the Corporation; approving nominations to and filling vacancies on the Executive Board and its standing committees; electing officers; approving any merger or dissolution; approving the sale, mortgage, pledge, or transfer of substantially all of the assets of the Corporation; increasing or materially changing the indebtedness of the Corporation beyond any previously authorized level; or authorizing distributions from the Corporation.

### MEMBERSHIP

SECTION 2.

The Executive Board of the Corporation shall consist of:

**Regular Members**

*Clause 1.* Not to exceed 64 regular members who shall be elected at the annual meeting of the Corporation for 1-year terms. The number of board members comprising the Executive Committee shall not be included in the regular member total.

**Regional Presidents**

*Clause 2.* Regional presidents whose terms as members of the Executive Board shall be the same as their respective terms of office as regional presidents. Each regional president who is a regular member of the Executive Board at the time of becoming a regional president shall continue as a regular member of the Executive Board until the end of the term of such, whereupon the individual shall become a regional member provided that at such time the member is still regional president. Nothing herein contained shall prevent a regional member from being elected as a regular member of the Executive Board.

**Youth Members**

*Clause 3.* Those persons who shall be registered youth program participants may be appointed by the National Chair with the approval of the Executive Board to serve for a specified term of up to 1 year. A youth program participant may be reappointed for a second 1-year term. The aggregate number of youth program participants shall at no time exceed five.

**Special Members**

*Clause 4.* The Chairman of the Advisory Council, the President of the National Eagle Scout Association, the Chairman of the Order of the Arrow Committee, a designated representative of the Board of the National Boy Scouts of America Foundation, and the Chairman of Learning for Life shall serve as ex officio voting members of the Executive Board during their 1-year terms. The names of those proposed to serve shall be submitted for consideration and, if accepted, nomination to the national Governance and Nominating Committee and shall thereafter be elected in the same manner as other members of the Executive Board.

**Immediate Past Chair**

*Clause 5.* The Immediate Past National Chair shall be an ex officio voting member of the Executive Board.

### ELECTION OF REGULAR MEMBERS; ELECTION, VACANCIES

SECTION 3.

*Clause 1.* At each annual meeting of the National Council, regular members of the Executive Board shall be elected to serve for a term of 1 year, commencing after the National Annual Meeting, or until their successors have been elected and have qualified.

*Clause 2.* Where vacancies occur, because of resignation or otherwise, of members before the expiration of their term of office, such vacancies may be filled for the unexpired period of the term by nomination by the Governance and Nominating Committee and confirmation by a majority vote of the remaining members of the Executive Board.

### MEETINGS

SECTION 4.

**Regular Meetings**

*Clause 1.* The Executive Board will meet at least three times annually at such times and places as may be designated by the Executive Board, with no more than one meeting during any calendar quarter. One meeting a year shall coincide with the National Council annual meeting.

*Clause 2.* Each Executive Board member must attend a minimum of two board meetings during each term in office. Any vacancy created under this clause may be filled in accordance with the Charter and Bylaws of the Corporation.

**Special Meetings**

*Clause 3.* Special meetings of the Executive Board may be called at any time by the National Chair or by 10 or more members. The call of the meeting shall state the purpose, and no other business not included in the notice of the call shall be transacted.

**Notice**

*Clause 4.* A notice of all Executive Board meetings shall be sent to each member at least 2 weeks in advance of any such meeting.

**Quorum**

*Clause 5.* One-half of the members of the Executive Board, present in person, shall constitute a quorum.

Subject to Protective Order – Highly Confidential

## ELECTRONIC COMMUNICATIONS

SECTION 5.

Electronic communications, records, and signatures may be used in connection with all matters contemplated by these Bylaws except to the extent prohibited by applicable law. Except as may be specifically set forth herein, the parties may use and rely upon electronic communications, records, and signatures for all notices, waivers, consents, undertakings, and other documents, communications, or information of any type sent or received in connection with the matters contemplated by these Bylaws. An electronically transmitted (but not oral) document will be deemed to satisfy any requirement under these Bylaws or applicable law that such document be "written," "in writing," or the like. An electronic signature or electronically transmitted signature by any person on any document (properly authenticated) will be deemed to satisfy any requirement under these Bylaws or applicable law that such document be "signed" or "executed" by such person. An electronic transmittal or communication (but not oral) of a document will constitute delivery of such document. Neither the Corporation nor any member, Executive Board member, or any committee thereof may contest the authorization for, or validity or enforceability of, electronic records and electronic signatures, or the admissibility of copies thereof, under any applicable law relating to whether certain agreements, files, or electronic records are to be in writing or signed by the party to be bound thereby.

## TELECOMMUNICATION MEETINGS

SECTION 6.

The Executive Board or any committee or subcommittee thereof may meet by telecommunication. Action taken at any such meeting shall be recorded and, if required, the record signed by all members participating and filed as the official minutes of such meeting. All notice and quorum requirements shall apply to such meetings provided that the signing of the record of the action taken shall constitute a waiver of notice by persons so signing.

## NATIONAL CHAIR'S COUNCIL

SECTION 7.

*Clause 1.* There shall be a National Chair's Council, composed of members of the Executive Board who, because of their tenure, experience, and particular expertise, would be of assistance to the National Chair of the Corporation in assessing the effectiveness of programs and offering advice and counsel on issues affecting the Scouting movement.

*Clause 2.* There shall be no more than 20 members of the National Chair's Council who shall be appointed by the National Chair each year for 1-year terms and who shall meet from time to time upon request of the National Chair.

*Clause 3.* Members of the National Chair's Council may elect to continue to serve as special members of the Executive Board of the Corporation with full voting privileges, but they will not serve as regular members, as that term is defined in section 2, clause 1 of this article.

## COMMITTEES OF THE EXECUTIVE BOARD

SECTION 8.

**General**

*Clause 1.* The committees of the Executive Board shall consist of an Executive Committee, and other governance standing committees of the Executive Board which shall, though separately structured, have such powers as shall be conferred or authorized by these Bylaws. In addition, the Executive Committee may authorize subcommittees of the standing committees. The National Chair may also appoint ad hoc committees and task forces to handle special assignments. Each member of the Executive Board shall serve on one governance standing committee. Governance standing committee members shall be appointed by the National Chair.

*Clause 2.* Duties and Quorum. The duties and responsibilities of governance committees of the Executive Board shall be prescribed in these Bylaws, in the Rules and Regulations, and/or by approval of the Executive Board. Except as otherwise herein provided, a majority of the members of any standing committee or subcommittee, exclusive of ex officio members, present in person shall constitute a quorum. Once a quorum is present the departure of one or more members shall not invalidate the meeting.

**Executive Committee**

*Clause 3.* Delegation of Authority to Executive Committee. Except for the powers reserved to the Executive Board, the duty and authority to manage the affairs of the Corporation shall be vested in the Executive Committee. The Executive Committee may not take any of the actions specifically reserved to the Executive Board in section 1 of this article. The Executive Committee may authorize the creation and management of affiliated organizations to engage in activities that directly or indirectly support the Corporation's and local councils' ability to achieve the mission of Scouting, provided, however, that any such action shall be reported to the Executive Board at the meeting following any such action.

*Clause 4.* National Key 3. The National Chair, National Commissioner, and Chief Scout Executive shall be known as the National Key 3. The National Key 3 shall be responsible for addressing issues which arise between meetings of the Executive Committee and for addressing such other matters and having such responsibilities as set forth by the Executive Committee. The National Key 3 will report to the Executive Committee on its significant actions at the Executive Committee's meetings.

*Clause 5.* Membership. The Executive Committee shall be comprised of 12 members including: National Chair, National Chair-elect, National Commissioner, Immediate Past National Chair, Standing Committee Chairs, two of which standing committees shall be chaired by the National Chair-elect and Immediate Past Chair, two members-at-large recommended by the National Chair or National Chair-elect and the Chief Scout Executive. The Chief Scout Executive is also a voting member of the Executive Committee. A board member normally will not serve in any office on the Executive Committee for more than four 1-year terms or on the Executive Committee for more than 10 consecutive years.

*Clause 6.* Meetings. Meetings of the Executive Committee may be called at any time by the National Chair and shall be called by the National Chair within 30 days upon the request of three or

more members of the Committee. It shall be the general practice of the Executive Committee to meet at least three times annually.

**Governance Standing Committees**

*Clause 7.* The governance standing committees shall be: Audit and Enterprise Risk Management Committee, BSA Mission and Reputation Committee, Development Committee, Diversity Committee, Finance Committee, Governance and Nominating Committee, and Human Resources Committee. The Chair-Elect shall chair the BSA Mission and Reputation Committee.

*Clause 8.* Each member of the Executive Board shall serve as a member of one standing committee. Each Executive Board member must attend a minimum of 50% of the meetings of the governance standing committee that the board member is assigned to during each term of office. The National Chair shall appoint new members of the Executive Board to serve on a committee immediately following their election. Standing committees shall have charters setting forth the committee's authority and responsibilities in accordance with any specific provisions of these Bylaws. Charters shall be approved by the Executive Committee. Governance standing committees shall be supported by one or more staff members assigned by the Chief Scout Executive with the approval of the National Chair.

**Special Requirements for Governance and Nominating Committee**

*Clause 9.* General Duties. The Governance and Nominating Committee shall make nominations at the annual meetings of the National Council for members-at-large and honorary members of the National Council, regular members of the Executive Board, standing committee chairs, chairs of special committees, and the International Commissioner. The Governance and Nominating Committee shall report its nominations for positions on the Executive Committee and others as required at the first meeting following the election of the Executive Board.

*Clause 10.* The Immediate Past National Chair shall serve as the Chair of the Governance and Nominating Committee. No member of the Governance and Nominating Committee shall be eligible for reappointment for more than three consecutive terms. No member of the Governance and Nominating Committee shall be eligible for nomination as a member of the Executive Committee.

*Clause 11.* Submission of Names. The names of possible candidates may be submitted by members of the National Council in writing to the Governance and Nominating Committee for its consideration. The Governance and Nominating Committee will submit nominations:

(a) To any meeting of the National Council for members at large and honorary members of the National Council and for members of the Executive Board.

(b) To the Executive Board to fill vacancies in its membership as prescribed in article III, section 3, clause 2.

(c) To the Executive Board for election of members of the Advisory Council.

(d) To the Executive Board for honorary officers, and, prior to the annual meeting of the National Council, for members of the Executive Committee, regional presidents, and regional presidents-elect.

*Clause 12.* The Governance and Nominating Committee shall be given full information concerning all such candidates, together with advice from the Chief Scout Executive.

*Clause 13.* The Governance and Nominating Committee shall review and, subject to the Governance and Nominating Committee's approval, accept nominations from the regional nominating committees for regional presidents who shall be elected in the same manner as other members of the Executive Board.

*Clause 14.* A member of the Executive Board whose position has been vacated pursuant to article III, section 3, clause 2 shall be renominated to the Executive Board only with the approval of the Executive Committee.

*Clause 15.* Committee Procedures.

(a) On request of any member of the Governance and Nominating Committee, voting shall be by written ballot.

(b) During the actual voting for the selection of members of the Executive Committee and Executive Board, the Governance and Nominating Committee may, on an affirmative vote of the majority of its members, meet in executive session.

**Specific Requirements for Audit and Enterprise Risk Management Committee**

*Clause 16.* The Audit and Enterprise Risk Management Committee shall fulfill the Executive Board's fiduciary responsibilities relating to accounting and financial matters, financial reporting practices, and internal accounting and financial controls. The members shall be knowledgeable on financial and/or risk management matters. The Audit and Enterprise Risk Management Committee shall:

(a) Recommend independent auditors to the Executive Committee for its selection.

(b) Recommend to the Executive Board the approval and issuance of the Annual Report of the Treasurer together with the audited financial statements.

(c) Discuss with the independent auditors the scope of their audit and their fees.

(d) Discuss with the independent auditors, the internal auditor, and the appropriate administrative officers the Corporation's accounting principles, policies, practices, and reporting policies and practices.

(e) Discuss with the independent auditors and the internal auditor the results of their audits.

(f) Discuss with the independent auditors, the internal auditor, and the administrative officers the adequacies of the Corporation's accounting, financial, and operating controls.

(g) Discuss with the administrative officers, the internal auditor, and the independent auditors any proposed accounting policies which are of sufficient significance to be passed upon by the Executive Board.

(h) Report to the Executive Board any recommendations and observations with regard to significant financial and accounting matters brought to its attention.

**Special Committees of the Executive Board**

*Clause 17.* (Reserved)

*Clause 18.* A Resolutions Subcommittee of the Governance and Nominating Committee shall review and determine whether any resolution proposed by a member of the National Council is appropriate for discussion at the National Council annual business meeting or whether any such matter should be referred to another committee or dealt with in some other appropriate manner. The Chair of the Governance and Nominating Committee shall appoint members of the Resolutions Subcommittee.

*Clause 19.* The International Committee is a special committee authorized to represent the Corporation in connection with the World Scouting Organization and to support other international initiatives authorized by the Executive Committee. The International Commissioner shall serve as the chair and appoint members of the International Committee.

**Advisory Council**

*Clause 20.* There shall be an Advisory Council to the Executive Board composed of members of the National Council and United States citizens who, because of experience, have a particular expertise that would benefit the national movement and are elected to membership on the Advisory Council by a two-thirds vote of the members of the Executive Board present at any meeting. The Advisory Council shall meet annually.

*Clause 21.* The Chair of the Advisory Council shall be appointed by the National Chair with the approval of a majority of the Executive Board, to serve for a term not exceeding 1 year or until a successor has been appointed and has qualified. The Chair of the Advisory Council shall be an ex officio voting member of the Executive Board.

*Clause 22.* The Advisory Council shall be responsible to the Executive Board, acting in an advisory capacity on matters of major national concern. The Advisory Council also may be requested by the Executive Board to carry out specific projects.

*Clause 23.* Members of the Advisory Council shall receive notice of all such meetings of the Executive Board and be entitled to attend but not to vote.

Subject to Protective Order – Highly Confidential

# ARTICLE IV. VOLUNTEER LEADERSHIP, CORPORATE OFFICERS, AND HONORARY POSITIONS

SECTION 1.

### VOLUNTEER LEADERSHIP

*Clause 1.* The National Chair, National Commissioner, and chairs of governance standing committees shall be elected annually by the Executive Board to serve for 1 year or until their successors have been elected and have qualified. An individual normally will not (a) serve as National Chair for more than two 1-year terms or (b) serve in any other position on the Executive Committee for more than four terms.

### NATIONAL CHAIR

*Clause 2.* The National Chair shall serve as chair of meetings of the National Council, the Executive Board, and the Executive Committee. The National Chair shall be a member ex officio of all committees, other than the Governance and Nominating Committee, and shall perform such duties as are or may be assigned by the Executive Board.

### NATIONAL CHAIR-ELECT

*Clause 3.* The National Chair-elect shall be elected annually and serves as chair of the Corporate Mission and Reputation Committee.

### IMMEDIATE PAST NATIONAL CHAIR

*Clause 4.* The Immediate Past National Chair shall be confirmed annually and serves as chair of the Governance and Nominating Committee.

### GOVERNANCE STANDING COMMITTEE CHAIRS

*Clause 5.* The governance standing committee chairs shall be elected annually. Committee chairs shall chair their assigned committees and perform such additional functions as may be assigned to them by the Executive Committee. The Executive Board may designate one of the governance standing committee chairs to serve as National Chair only during the absence or inability of both the National Chair and the National Chair-elect.

### NATIONAL COMMISSIONER

*Clause 6.* The National Commissioner shall represent the Boy Scouts of America in national affairs, be the chief morale officer of the Boy Scouts of America, and represents the commissioner service team.

### INTERNATIONAL COMMISSIONER

*Clause 7.* The International Commissioner shall represent the Boy Scouts of America in international affairs and shall serve as chair of the International Committee.

SECTION 2.

**Corporate Officers**

*Clause 1.* The officers of the Corporation shall be the following employees: President, who shall be the Chief Scout Executive and Chief Executive Officer; Treasurer, who shall be the Chief Financial Officer; and Secretary, who shall be the General Counsel.

### CHIEF SCOUT EXECUTIVE

*Clause 2.* The Chief Scout Executive shall be appointed by and shall serve at the pleasure of the Executive Board and shall serve as the chief executive officer of the Corporation. The Chief Scout Executive shall be a voting member of the Executive Committee, Co-Chair of the National Leadership Council, and an ex officio nonvoting member of all other committees except the Governance and Nominating Committee, where the Chief Scout Executive shall serve as staff advisor. The Chief Scout Executive shall not serve after attaining the age of 65 years.

*Clause 3.* The Chief Scout Executive shall have authority over the management and operations of the Corporation, subject to these Bylaws, the Rules and Regulations of the Boy Scouts of America, and to the authority and direction of the Executive Committee.

*Clause 4.* The Chief Scout Executive shall have general authority to execute documents on behalf of the Corporation subject to any limitations prescribed by the Executive Committee or Executive Board. The Chief Scout Executive may delegate, as deemed appropriate, his authority to execute documents to any other staff officer or employee. The Chief Scout Executive, Executive Committee, or Executive Board may require a countersignature or adopt other policies with respect to the execution of documents as may be considered appropriate.

*Clause 5.* The Chief Scout Executive shall prepare an annual plan outlining operational goals and strategies for the Corporation. The plan shall be submitted to the Executive Committee for approval at the National Annual Meeting. The plan shall include the volunteer support committees and reporting structure.

*Clause 6.* The Chief Scout Executive shall submit a written report to the Executive Committee and Executive Board in advance of the regularly scheduled meetings of the Governance Standing Committees, on progress made on the approved annual plan as well as other matters of interest or significant developments. Significant proposed operational or program changes shall be submitted by the Chief Scout Executive to the Executive Committee for approval.

*Clause 7.* The Chief Scout Executive shall prepare an annual report of the Boy Scouts of America for each calendar year and, with the approval of the Executive Board, shall transmit it to Congress, as required by the provisions of the federal Charter, and shall present it to the National Council at the time of its annual meeting.

### CHIEF FINANCIAL OFFICER AND TREASURER

*Clause 8.* The Chief Financial Officer shall serve as Treasurer and shall monitor the financial affairs of the Corporation. The Chief Financial Officer shall utilize a system of internal controls

and shall be responsible for the recording and deposit of all receipts of the Corporation, for the proper disbursements of its cash, and for control over all assets of the Corporation, whether real or personal, tangible or intangible, however acquired. The Chief Financial Officer shall provide periodic financial reports as requested by the Executive Committee, Executive Board, or Finance Standing Committee. The Chief Financial Officer shall prepare a report at the end of each calendar year of the expenses and revenues, together with a statement of assets, liabilities, reserves, and funds of the Corporation as at the end of that calendar year, these statements first having been duly audited by independent public accountants approved by the Executive Committee. The Chief Financial Officer shall serve as staff advisor to the Finance Standing Committee and may serve as the chair of any budget subcommittee or task force.

### SECRETARY

*Clause 9.* The General Counsel shall serve as Secretary of the Corporation and shall see that notices are sent to those elected as members of the National Council and to those appointed as members of the governance standing committees. The General Counsel shall serve as staff advisor for governance matters before the Governance and Nominating Standing Committee.

SECTION 3.

**National Leadership Council and Operations Support Committees**

*Clause 1.* The purpose of the National Leadership Council and its support committees is to provide an appropriate level of volunteer oversight and subject matter expertise to the Chief Scout Executive on matters related to field operations and programs.

The Chief Scout Executive shall submit an operations support committee structure to accompany the proposed annual goals and strategy for approval by the Executive Committee at the National Annual Meeting.

*Clause 2.* The National Leadership Council shall be co-chaired by the Chief Scout Executive and a volunteer Board member proposed by the Chief Scout Executive and confirmed by the National Executive Committee. The Council shall advise the Chief Scout Executive and, when appropriate, make recommendations to the National Executive Committee. Members of the Council shall be the operations support committee chairs and staff advisors. While the Chief Scout Executive is responsible for reporting on operational matters to the governance standing committees, if a majority of the volunteer members of the Council recommends a matter be reported to the Executive Committee, the Chief Scout Executive shall include the matter in his next report.

*Clause 3.* Support committees shall be governed by committee charters setting forth each committee's purpose, authority, annual goals, and action items. Charters shall be approved by the co-chairs. The staff advisor assigned by the Chief Scout Executive shall be responsible for coordinating the efforts of each committee as well as coordination with other committees or staff advisors. Unless specifically set forth in the committee charter, support committees will have no approval authority.

Support committees may be supported by subcommittees and task forces. Those subcommittees and task forces should be focused based upon area of expertise, and members should possess the skill and knowledge necessary to assist in formulating policies, guidelines, program procedures, and related publications.

Support committees should typically meet in person or by telephone or digital conference or the equivalent on a quarterly basis. Agendas and minutes for committee meetings shall be prepared by the staff advisor and submitted as directed by the Chief Scout Executive.

*Clause 4.* Support committee chairs may be members of the Executive Board or the Advisory Council, but not the Executive Committee. Chairs shall be appointed by the Chief Scout Executive subject to the approval of the National Chair. Committee members shall be appointed to 1-year terms based upon staff recommendations in consultation with committee chairs and the approval of the Chief Scout Executive. Committee members shall be considered members of a national support committee and members of the National Council. Chairs should typically serve as chairs no more than 4 consecutive years.

Support committee members may be selected based upon their experience and appropriate expertise in the committee's general area of responsibility. Committee members may include persons with no prior affiliation with Scouting. However, committee members must be registered Scouters during their period of service.

SECTION 4.

**Honorary Positions**

*Clause 1.* With consent, the current President of the United States may be elected to Honorary National President. Such election shall be by the Executive Board upon the recommendation of the Governance and Nominating Committee.

*Clause 2.* A living, former National Chair or National President who no longer renders active service may be elected to an honorary position as "Chair Emeritus." Such election shall be by the Executive Board upon the recommendation of the Governance and Nominating Committee.

*Clause 3.* Those elected to positions under this section are under no obligation to render active service and are not corporate officers or members of the Executive Board in any legal or regulatory sense.

# ARTICLE V. REGIONAL ORGANIZATION

### REGIONS

SECTION 1.

**General**

*Clause 1.* Geographical areas within and without the United States shall be divided into administrative units to be known as regions. The number of such regions, their geographical boundaries, and their designation shall be determined by the Executive Committee.

**Responsibilities**

*Clause 2.* Each region shall have a regional executive committee that is responsible for the achievement of approved goals and for the effective operation of each of its councils. The region is responsible for assessing and improving the performance of each council in the region. The region may issue conditional charters to councils within the region as deemed appropriate. Subject to the approval of the National Key 3, the region may realign councils and their territories

and issue transitional charters. The region is responsible for assuring sufficient qualified volunteer and professional leadership in each area and council. The National Executive Committee retains the authority to take any action otherwise delegated to the regions under this Article.

## REGIONAL COMMITTEES

SECTION 2.

**Organization**

*Clause 1.* Subject to these Bylaws, the Rules and Regulations, and the general control of the Executive Board, each region shall implement national policy and program through a regional committee.

**Membership**

*Clause 2.* Regular Members. The membership of the regional committee shall consist of members of the National Council residing in the region and such additional members as may be elected by the regional committee.

**Meetings**

*Clause 3.* Each regional committee shall meet once a year at such time and place as the regional executive committee or president may direct.

## REGIONAL BOARD

SECTION 3.

**General**

*Clause 1.* The regional board, consisting of the regional executive committee plus not more than 50 regular members at large elected annually by the regional committee, shall be the body of the region that reviews matters regarding the Scouting movement as presented or requested by the regional executive committee. Each member at large must hold some specific committee or other regional assignment.

*Clause 2.* Each regional board member must attend a minimum of one board meeting each calendar year during each term in office. In the event a board member fails to meet this minimum requirement, said board member's position shall be vacated unless the regional executive committee specifically votes to retain the board member as a member of the regional board.

**Youth Members**

*Clause 3.* Youth program participants may be appointed by the regional president with the approval of the regional board to serve as members of the regional board, subject to the following criteria:

(a) The term of appointment shall be for 1 year.

(b) A youth program participant may be reappointed for a second 1-year term.

(c) At no time will the aggregate number of youth members exceed five.

**Meetings**

*Clause 4.* Each regional board shall meet at least annually at such times and places as the regional president may direct for planning of regional events and activities and for meetings of the regional standing committees for training and planning council service.

## REGIONAL EXECUTIVE COMMITTEE

SECTION 4.

**General**

*Clause 1.* The regional executive committee shall consist of the elected officers, including the regional president, regional commissioner, regional vice presidents, the area presidents, and the chairs of the regional standing committees as appointed by the regional president, and the regional director. The regional executive committee shall have and may exercise the authority over all matters to which the region is assigned responsibility. The regional presidents shall provide recommendations and report to the Executive Committee on actions taken in connection with the issuance of conditional charters. Any realignment of council territories and issuance of transitional charters shall be approved in advance by the National Key 3. Any recommendation on charter revocation must be made to the Executive Committee.

**Meetings**

*Clause 2.* Each regional executive committee shall meet twice annually at such times and places as the regional president may direct.

**Authority to Require Council Improvement Plans**

*Clause 3.* The regional executive committee shall have the authority to require councils to adopt improvement plans so as to achieve goals established by the region and aligned with the goals of the Corporation. The improvement plan may be accompanied by a conditional charter.

**Regional Key 3**

*Clause 4.* The regional president, regional commissioner, and regional director shall be known as the regional Key 3. The regional Key 3 shall be responsible for addressing issues which arise between meetings of the regional executive committee and for addressing such other matters and having such responsibilities as set forth by the regional executive committee. The regional Key 3 will report to the regional executive committee on its significant actions at the regional executive committee's meetings.

## REGIONAL DIRECTOR

SECTION 5.

The regional director of field operations shall serve as secretary of the regional committee, the regional board, the executive committee, and the standing committees.

## REGIONAL OFFICERS

SECTION 6.

**Regional President**

*Clause 1.* One member of each regional committee shall annually be elected regional president. Regional presidents shall be nominated and elected in the same manner as other members of the Executive Committee. The regional president shall serve as the chair of the regional committee, regional executive board and as an ex officio member of regional committees, other than the regional nominating committee.

*Clause 2.* One member of the regional committee shall annually be elected regional president-elect, who shall perform such duties as may be assigned by the regional president or regional executive

committee. The regional president-elect shall be elected in the same manner as the regional president. The regional president-elect may designate the regional president-elect to serve as the regional president in connection with regional matters during the regional president's absence or inability to serve.

**Regional Vice President**

*Clause 3.* One or more regional vice presidents may be elected to carry out responsibilities as may be assigned by the regional board.

**Regional Commissioner**

*Clause 4.* The regional commissioner shall be elected annually and shall (a) be an officer of the region; (b) provide support to areas in membership, charter renewal, and training; and (c) support commissioner service.

**Area President**

*Clause 5.* One member from each area of the region shall be elected annually as area president. Area presidents will report directly to the regional president. In the event of a vacancy in an area presidency, the regional president will appoint a successor subject to the approval of the regional executive committee.

**Area Commissioner**

*Clause 6.* Each area commissioner shall be elected annually and shall (a) report to the regional commissioner; (b) provide support to councils in membership, charter renewal, and training; and (c) support commissioner service.

**Elections**

*Clause 7.* Elections shall be by majority vote of those persons voting. On request of 10 members, voting shall be by secret ballot.

### REGIONAL STANDING COMMITTEES

SECTION 7.

**Nominating Committee**

*Clause 1.* Except as otherwise provided, the regional and area officers and commissioners and regional executive committee shall be nominated and elected by a regional nominating committee and election process operating in the same manner as is required for similar national positions.

*Clause 2.* Timing. The nominating committee will be appointed and the chair designated by the regional president at the time of the annual elections or within 30 days following such elections to serve until the next elections.

*Clause 3.* Nominees. Persons to be nominated and elected annually shall include the regional president, regional vice presidents, area presidents, and members of the regional board.

*Clause 4.* Suggestions. At least 120 days prior to the regional elections, members of the regional committee will be invited to submit in writing names of persons to be considered for regional committee membership.

*Clause 5.* Report. The report of the nominating committee will be submitted to all eligible voters in writing at the time of elections.

**Other Regional Committees**

*Clause 6.* Regional standing committees shall reasonably mirror national standing committees applicable to the region and the chairs of those committees may serve as members of the counterpart national committee as requested by the chair of the support committee. The regional executive committee may authorize other regional support committees as may be warranted and select chairs.

### AREA COMMITTEES

SECTION 8.

*Clause 1.* The area executive committee, council presidents, and National Council members from the local councils in the area, shall constitute the area committee. The area executive committee, with the approval of the regional Key 3, may approve the establishment of area committees consistent with the regional committee structure and task forces to address assigned matters on a temporary basis, including providing assistance in the realignment of council territories within the region.

*Clause 2.* The area president, area commissioner, and area director shall be known as the area Key 3. The area Key 3 shall be responsible for addressing issues assigned to them by the regional executive committee.

### REGIONAL ADVISORY COUNCIL

SECTION 9.

*Clause 1.* There shall be an advisory council to the regional board composed of members who because of experience have a particular expertise that would benefit the movement through the region and are elected to membership on the advisory council by a two-thirds vote of the members of the regional board present at any meeting.

*Clause 2.* Members of the advisory council shall be relieved of the obligation of regular attendance at meetings of the regional board, but shall receive notice of all such meetings and be entitled to attend, but not to vote.

# ARTICLE VI. LOCAL COUNCILS

### GENERAL

SECTION 1.

*Clause 1.* Charters. In order to accomplish its purposes and to carry out its programs, the Corporation will charter local councils each with jurisdiction over a prescribed geographical area. All local council charters shall be issued for a period not exceeding 1 year ending June 30 and may be renewed annually upon application, accompanied by reports based upon operations for the preceding calendar year, together with such other evidence as may be required, showing a satisfactory effort to meet the responsibilities of a local council as herein provided. Such charters shall be contingent on such local councils' fulfilling the basic purpose of the Scouting movement within their specified territory in a sustainable manner, in accordance with these Bylaws and the Rules and Regulations of the Corporation.

*Clause 2.* Constructive Trust on Council Properties. All funds raised and property owned by local councils in the name of Scouting shall be subject to and used in accordance with the principles of a constructive trust for the benefit of Scouting as set forth

in the Rules and Regulations of the Corporation. The National Council may request councils to provide information regarding assets, funds, properties, and indebtedness, and councils shall supply such information in a timely manner. Upon termination of a local council charter or dissolution of a council, all rights of management and ownership of local council property shall become vested in the National Council for use in accordance with the Rules and Regulations of the Corporation. Local council articles of incorporation and bylaws shall include or be revised to incorporate this provision at the time of chartering or the next charter renewal.

*Clause 3.* Audits. The National Council shall have the right to audit all records of local councils for compliance with national rules, regulations, and policies. Any report made following an audit shall be shared with the council president, commissioner, and Scout executive. The regional executive committee shall have the right following any audit to take such action as it deems appropriate to correct any deficiencies or violations of any national rules, regulations, policies, or charter agreement.

## APPLICATIONS

SECTION 2.

Applications for new charters shall be accompanied by a copy of the proposed Local Council Articles of Incorporation and Bylaws of the council incorporating terms approved and required by the National Council and evidence showing that it will be for the best interests of the youth of the community and the Scouting movement to have a chartered council and that those who are making the application are in a position to perform the functions of the local council in a manner which would justify the issuance of a charter.

## CONDITIONS AND TERMINATION

SECTION 3.

Charters to local councils shall be issued by the Corporation. The regional executive committee may at any time add such conditions to a local council charter as it may deem appropriate. Subject to the approval of the National Key 3, the regional executive committee may issue a council a transitional charter in advance of the realignment of territory assigned to a local council. The Key 3 will report on any such transitional charter to the Executive Committee as soon thereafter as feasible under the circumstances. The regional executive committee may, with the approval of the Executive Committee, refuse to renew a local council charter in any instance where it deems such action advisable in the interests of Scouting.

## REVOCATION OR MODIFICATIONS OF CHARTERS

SECTION 4.

The Executive Committee may revoke or modify the charter of a local council at any time in its sole discretion when it is believed to be in the best interest of the Scouting movement.

## RESPONSIBILITY OF THE LOCAL COUNCIL

SECTION 5.

*Clause 1.* It shall be the responsibility of each local council to make sure that the general principles of advancement are understood and carried out by the units in the council area.

*Clause 2.* It shall make Scouting training available to all members of chartered organizations and community groups using the Scouting program while maintaining standards in policies, protecting official badges and insignia, and reviewing and making recommendations regarding unit leadership and finances.

*Clause 3.* The local council shall supervise advancement procedures to make sure that they are carried out in such a way as to ensure strict adherence to the requirements and standards as set forth in the Rules and Regulations and the official publications of the Boy Scouts of America. The local council shall organize the necessary unit, district, and council procedures to make sure that youth members have an opportunity to advance and receive recognition promptly. It shall provide training for leaders in the principles and conduct of advancement.

*Clause 4.* No local council Scouter shall have authority to increase or diminish requirements and standards established by the Corporation. A Scouter is an adult who registers with the Boy Scouts of America at the local, area, region, or national level; fulfills the obligations of his or her position; obligates himself or herself to subscribe to the Scout Oath; and agrees to abide by the Rules and Regulations, policies, and other guidelines of the Boy Scouts of America.

*Clause 5.* Every local council shall operate in a sustainable manner as determined by the regional executive committee and measurement standards established by the National Council. Local councils shall adhere to the policies established by the Corporation regarding the use of the seal and all other emblems and badges, descriptive and designating marks, and words or phrases associated with or referring to the Boy Scouts of America, or any of its affiliates. No local council, including employees or Scouting volunteers, may authorize any third party to trade on the goodwill and reputation of the Boy Scouts of America.

*Clause 6.* The powers and responsibilities of local councils shall be controlled by these Bylaws and by the Rules and Regulations.

## INCORPORATION OF LOCAL COUNCILS

SECTION 6.

**General**

*Clause 1.* Local councils duly chartered by the Boy Scouts of America shall, wherever possible, become incorporated under the laws of their respective states pertaining to nonprofit corporations and pursuant to and consistent with these Bylaws and the Rules and Regulations of the Boy Scouts of America. The National Council may issue a prescribed form for local council articles of incorporation and bylaws, adoption of which shall be a condition of the issuance or renewal of the charter.

**Approval of Documents**

*Clause 2.* Proposed corporate articles and bylaws of local councils, and any amendments of such articles or bylaws, shall be submitted to the Corporation's National Service Center for review and approval in advance of adoption. When corporate articles are found to be in proper form, a certificate of approval, with consent to incorporate, for Scouting purposes under the name agreed upon, shall be furnished in behalf of the Boy Scouts of America. This certificate shall be attached to the corporate articles when filed by the local council with the state authorities. Any changes to the bylaws of the local council shall be approved in advance by the National Service Center, and any changes to the requirements for

local council bylaws established by the Executive Committee shall be incorporated into the local council bylaws.

### ORGANIZATION AND OPERATION

SECTION 7.

*Clause 1.* The membership of each local council shall consist of a chartered organization representative from each chartered organization and additional members at large from within the territorial boundaries of the local council, totaling a minimum of 100 adults. When a council is incorporated, its incorporators shall be its initial members. Thereafter its members-at-large shall be elected annually by the council membership.

*Clause 2.* The executive board of each local council shall consist of (a) not fewer than 25 nor more than 50 members elected by the local council from among its active members; plus (b) the officers of the Corporation, including the Scout executive (who shall have no vote); (c) the chairs of the committees of the executive board; (d) the chairs of each district committee, upon being approved by the executive board; and (e) not more than two youth members, who shall be registered members or adult program participants (as defined in Article VII, Section 1) appointed by the council president with the approval of the executive board to serve for a term of 1 year. The executive board shall be the governing body of the council and shall be responsible for its operations and its assets.

*Clause 3.* The executive board annually shall elect its officers of the council, which will consist of a president, one or more vice presidents, a treasurer, and a council commissioner. The officers of the council shall be nominated and elected by a council nominating committee and election process operating in the same manner as is required for similar national positions.

# ARTICLE VII. YOUTH MEMBERSHIP

### GENERAL

SECTION 1.

Those eligible to participate in programs designed for youth and young adults shall collectively be known as "members" or "youth program participants." Participation in programs shall be open to any person who meets the requirements for membership. Program participants who are at least 18 years of age and older and eligible to participate in programs designed for youth shall be referred to as "adult program participants."

### MEMBERSHIP, ADVANCEMENT, AND ACHIEVEMENT

SECTION 2.

Membership in programs, advancement, and achievement of leadership in Scouting is open to all persons who qualify for membership and participation in the program, without regard to race, gender, sexual orientation, gender identity, ethnic background, or religion, and who subscribe to the Declaration of Religious Principle. Advancement and achievement of leadership in Scouting shall be based entirely upon individual merit.

# ARTICLE VIII. ADULT LEADERSHIP

### GENERAL

SECTION 1.

**Leadership Qualifications**

*Clause 1.* General. No person shall be approved as a Scouter or leader unless, in the judgment of the Corporation, that person possesses and demonstrates the moral, educational, and emotional qualities deemed necessary for leadership and satisfies such other qualifications as it may from time to time require.

*Clause 2.* Authority of Region. The Executive Committee and regional Key 3 shall have the right to take action against any Scouter found to have violated any rule, regulation, or policy of the National Council, including expiring the registration of any such Scouter. Any Scouter whose registration is expired shall be deemed to have resigned any appointed or elected office or board position on any council, area, regional, or national executive board or committee. This provision shall not be construed to limit (a) the ability of a local council to request action or (b) the authority of the National Council to take action with respect to any member or adult leader considered unsuitable to serve. The Chief Scout Executive may establish the process for any such action.

*Clause 3.* Positions. The National Council or regional executive committee may limit the registration of any volunteer adult Scouter to such position(s) as it deems to be in the best interests of Scouting and such person shall not be allowed to register in any position other than the designated position(s).

### PROFESSIONAL LEADERSHIP

SECTION 2.

**General**

*Clause 1.* Status. The commissioned status of professional Scouters is separate and distinct from their employment. The commissioning of a Scouter does not in itself entitle a professional to be appointed to or to retain a position. The appointment of an individual to a position in Scouting does not in itself entitle him to receive a commission.

**Professional Scouters**

*Clause 2.* General. A corps of qualified and trained professional Scouters is essential to the success of the whole Scouting movement. To secure and retain such people for service in the national and local councils, their professional status must be clearly defined. Commissioned professionals must be eligible for, apply, and be accepted as a Scouter before they are eligible for commissioning or employment.

*Clause 3.* Commissioning and Decommissioning. The Executive Committee may establish requirements to be met by any person seeking to become or remain a professional Scouter. The Chief Scout Executive is responsible for the commissioning and decommissioning of all professionals and, in the absence of requirements established by the Executive Committee, shall exercise discretion in administering the commissioning and decommissioning process. The Chief Scout Executive shall separately issue commissions to certify qualified professionals to serve as council Scout executives. The Chief Scout Executive may

Subject to Protective Order – Highly Confidential

refuse to certify as qualified or remove the certification of any council Scout executive when, in the sole discretion of the Chief Scout Executive, it is determined that they are no longer qualified to hold that certification. Except for newly employed, pre-commissioned professionals, no person may be employed in a professional capacity by any local council or by the Corporation who does not hold a currently valid commission.

**Employment**

*Clause 4.* Rules and Guidelines. The Executive Committee, subject to the provisions of these Bylaws, shall establish rules and regulations covering the employment, training, promotion, tenure, demotion, and retirement or discharge of all professional and other employees of the Corporation and of all professional employees of the local councils.

*Clause 5.* Authority of the Chief Scout Executive. The Chief Scout Executive is, subject to these Bylaws, the Rules and Regulations, and the decisions of the Executive Board, authorized to appoint and remove all employees of the Corporation and to direct their work.

# ARTICLE IX. POLICIES

## POLICIES

SECTION 1.

**Declaration of Religious Principle**

*Clause 1.* The Boy Scouts of America maintains that no member can grow into the best kind of citizen without recognizing an obligation to God. In the first part of the Scout Oath the member declares, "On my honor I will do my best to do my duty to God and my country and to obey the Scout Law." The recognition of God as the ruling and leading power in the universe and the grateful acknowledgment of His favors and blessings are necessary to the best type of citizenship and are wholesome precepts in the education of the growing members. No matter what the religious faith of the members may be, this fundamental need of good citizenship should be kept before them. The Boy Scouts of America, therefore, recognizes the religious element in the training of the member, but it is absolutely nonsectarian in its attitude toward that religious training. Its policy is that the home and the organization or group with which the member is connected shall give definite attention to religious life.

**Activities**

*Clause 2.* The activities of the Boy Scouts of America shall be carried on under conditions which show respect to the convictions of others in matters of custom and religion, as required by the twelfth point of the Scout Law, reading, "Reverent. A Scout is reverent toward God. He is faithful in his religious duties. He respects the beliefs of others."

**Freedom**

*Clause 3.* In no case where a unit is connected with a church or other distinctively religious organization shall members of other denominations or faiths be required, because of their membership in the unit, to take part in or observe a religious ceremony distinctly unique to that organization or church. However, no church or religious organization holding a valid charter shall be required to accept as an adult leader any person whose espoused personal beliefs are in conflict with the chartered organization's religious principles.

**Leaders**

*Clause 4.* Only persons willing to subscribe to these declarations of principles shall be entitled to certificates of leadership in carrying out the Scouting program.

*Clause 5.* Rules and Regulations approved by the Executive Board or Executive Committee shall be considered no less important to the Corporation merely because they are not specifically set forth in the Bylaws.

# ARTICLE X. PROGRAM

## PROGRAM OBJECTIVES

SECTION 1.

The program shall be one designed to achieve objectives in character development, citizenship training, leadership, and mental and physical fitness.

In its several phases the program shall be adapted to the groups into which program participants are divided and shall be as set forth from time to time in these Bylaws, Rules and Regulations, and other publications of the Corporation.

In all activities, emphasis shall be placed upon practice in daily life of the principles of the Scout Oath. In association with suitable adult leadership, members registered in Scouting will be guided to develop traits of character which are expressed in self-reliance, consideration of and help to others, personal courage, and above all in lives of useful citizenship.

# ARTICLE XI. BUSINESS

## FINANCE

SECTION 1.

**Expenses**

*Clause 1.* The necessary expenses of the Corporation shall be met from the receipts from annual registration fees and contributions; from the proceeds from sales of publications and supplies; and from such other sources as may be determined by the Corporation.

**Contributions**

*Clause 2.* Contributions shall be solicited in the name of the Boy Scouts of America only through or by the authority of the Corporation, and shall be limited to the National Council or chartered local councils, in accordance with these Bylaws and Rules and Regulations of the Corporation. Youth members shall not be permitted to serve as solicitors of money for chartered organizations, for the local council, for the National Council, for corporate sponsors, or in support of other organizations. Adult leaders and

Subject to Protective Order – Highly Confidential

youth members shall not be permitted to serve as solicitors in support of personal or unit participation in local, national, or international events.

**Fundraising**

*Clause 3.* Youth members may sell products as part of an approved fundraising project if (i) the nature of the product is consistent with the values and purpose of the Corporation; (ii) the value of the product is commensurate with the price at which it is offered; and (iii) it is in accordance with the Bylaws and Rules and Regulations of the Corporation. Furthermore, any product that is sold or offered for sale as part of an approved fundraising project and bears any emblems, logos, brands, or other designating marks associated with the Boy Scouts of America must be manufactured by a BSA licensee authorized by the Corporation to use such designating marks in that manner on those specific products. No youth member shall engage in such sales of products for more than 12 total weeks during any one 12-month period.

**Deposit of Funds**

*Clause 4.* All funds shall be deposited in such depositories as shall be approved by the Executive Board.

**Custody of Securities**

*Clause 5.* The securities of the Corporation shall be deposited in any such deposit vault or vaults or with such bank or banks, trust company or trust companies, or such other depositories, and access thereto shall be provided as may from time to time be determined by the Executive Board. Access to the securities may be had as provided in the Rules and Regulations or by resolution of the Executive Board and not otherwise. They may be examined or withdrawn by such officer or officers or other employees of the Corporation as may from time to time be designated by the Executive Board. The Executive Board by resolution may authorize any two members of the Executive Board of the Corporation to have access to the securities for the purpose of audit or such other purpose as it may specify in the resolution.

**Checks, Notes, Etc.**

*Clause 6.* Except as otherwise provided by law or in these Bylaws, all checks, drafts, notes, bills of exchange, or other orders, instruments, or obligations for the payment of money shall be signed by such officer or officers, employee or employees, or agent or agents of the Corporation as shall be specified by the Executive Board.

### DEEDS, CONTRACTS, BONDS, ETC.

SECTION 2.

**Authority to Execute Documents**

Except as otherwise provided by law or in these Bylaws, officers of the Corporation shall sign, in the name and on behalf of the Corporation, all deeds, bonds, contracts, or mortgages. Provided, however that the execution of such documents relating to the powers reserved to the Executive Board in Article III, Section 1, Clause 2, shall be authorized by the Executive Board, separately and specifically beforehand.

# ARTICLE XII. SPECIAL SITUATIONS

### EXPERIMENTAL PROGRAMS

SECTION 1.

From time to time the Executive Board may wish to authorize experimental programs to determine how best to achieve the purpose of the Boy Scouts of America under changing conditions. If such experimental programs are in any manner inconsistent with these Bylaws, the programs shall be adopted only in accordance with the procedures established in the Rules and Regulations.

### OVERSEAS SCOUTING

SECTION 2.

**General**

*Clause 1.* To further its objectives of extending membership privileges to citizens of the United States in other parts of the world, the Corporation authorizes the registration of youth members and leaders and the establishment of units in areas lying outside of the jurisdiction of any local council.

**Policy of Cooperation**

*Clause 2.* To foster and strengthen the close and friendly relationship that exists between the Boy Scouts of America and other Scout associations, members and leaders of units will work in close harmony with their fellow Scouts and Scouters in the area.

**Services**

*Clause 3.* Administration, organization, program, and training services shall be furnished by the International Division of the Corporation with the cooperation of region, area, or council where such can be utilized.

**Deviations**

*Clause 4.* To the extent feasible, the provisions of the Bylaws, Rules and Regulations, and policies of the Corporation relating to its domestic units shall apply to Direct Service units. It is recognized that as the application of certain of these may be impractical, their waiver or modifications will be permitted. Also due to varying conditions, it is recognized that such waiver and modification could result in nonuniform application as between units.

Any deviations will be authorized by the Executive Committee, whose authority may be delegated to a committee or subcommittee. Major deviations of a general nature normally will be set forth in the Rules and Regulations.

### LEARNING FOR LIFE

SECTION 3.

*Clause 1.* To further the mission of the Boy Scouts of America to meet and serve the needs of youth and communities, the Corporation authorizes the establishment of an affiliated separate corporation to be known as Learning for Life, to work in cooperation with our nation's schools and businesses.

*Clause 2.* Learning for Life is a nontraditional, nonmembership, educational outreach program that takes place during or after school hours and is not part of the traditional Scouting program.

*Clause 3.* Exploring is Learning for Life's workforce development career program for young men and women who meet the participation requirements.

*Clause 4.* Exploring is based on five areas of emphasis: career opportunities, life skills, citizenship, character education, and leadership experience. Local community organizations initiate an Explorer post by matching their people and program resources to the interests of young people in the community.

*Clause 5.* The program, organization, and administration of and qualifications for participation in Learning for Life shall be established by Learning for Life.

# ARTICLE XIII. INDEMNIFICATION

### INDEMNIFICATION

Section 1.

The Corporation shall indemnify any person who was, is, or is threatened to be made a named defendant or respondent in any action, suit, or proceeding, civil or criminal (a "Proceeding"), because such person, or a person of whom such person is the legal representative, (i) is or was a member of the Executive Board, a committee of the Executive Board, a subcommittee of a committee of the Executive Board, or an officer of the Corporation; or (ii) while a member of the Executive Board, a committee of the Executive Board, a subcommittee of the Executive Board, or an officer of the Corporation, is or was serving at the request of the Corporation as a director, officer, agent, or employee of another corporation or organization, to the fullest extent that a nonprofit corporation may grant indemnification to such a person under applicable law, without subjecting the Corporation to any income or excise tax under the Internal Revenue Code of 1986, as amended, or the corresponding provision or provisions of any subsequent United States Internal Revenue law or laws; provided, however, that any right to indemnification from the Corporation under this provision shall not extend to any matter as to which such person shall have engaged in wanton or willful misconduct in the performance or neglect of a duty owed to the Corporation. Any right to indemnification under this provision shall be a contract right and shall include the right to be paid by the Corporation expenses incurred in defending such Proceeding in advance of its final disposition to the maximum extent permitted under applicable law. Any person who has requested an advancement of expenses under this provision and has not received such advance within 30 days of such request, may thereafter bring suit against the Corporation to recover the unpaid amount of such claim and, if successful in whole or in part, shall be entitled to be paid also the expense of prosecuting such claim. In any such action, the burden of proof shall be on the Corporation to prove the claimant is not entitled to such payment. The rights conferred herein shall not be exclusive of any other right which any person may have or hereafter acquire under any statute, bylaw, vote of the Executive Board or a committee or subcommittee thereof, agreement or otherwise. This provision shall not be deemed to limit any power or exclude any right of the Corporation to provide any additional or other indemnity or right, or to maintain insurance or a similar arrangement for or on behalf of any person. If this provision should be invalid or ineffective in any respect, the validity and effect of this provision in any other respect shall not be affected.

# ARTICLE XIV. WAIVERS AND AMENDMENTS

### WAIVERS

Section 1.

Whenever any notice is required by these Bylaws or by any law to be given to any member of the National Council, member of the Executive Board, or any committee or any officer, such notice except as otherwise provided by these Bylaws or by any law may be given personally or by fax or electronic mail addressed to the person at such person's place of business, if any, or (to the extent applicable) at such address as has been given to the Corporation as the home address of the person; or the notice may be given in writing by mail, in a sealed wrapper, postage prepaid, addressed to such person at such address. Any notice given by fax or electronic mail shall be deemed to be given when it shall have been delivered for transmission and any notice given by mail shall be deemed to have been given when it shall have been deposited in a post office, in a regularly maintained letter box, or with a postal carrier. A waiver of any such notice in writing, signed by the person entitled to such notice as required, shall be deemed the equivalent thereof, and the presence at any meeting of any person entitled to notice thereof shall be deemed a waiver of such notice as to such person.

### AMENDMENT OF BYLAWS

Section 2.

**Procedures**

*Clause 1.* These Bylaws may be amended at any meeting of the Executive Board by the affirmative vote of a majority of the whole Executive Board; upon the recommendation of the Executive Committee of the Executive Board; or when the proposed amendment has been sent to the members of the Executive Board at least 15 days in advance of the meeting.

**Promulgation**

*Clause 2.* All changes in the Bylaws, when made, shall be announced to the national and local councils in such manner as the Executive Board shall direct.

Subject to Protective Order – Highly Confidential

# INDEX

**A**

Access to securities, 20
Activities, policy on, 19
Adult leadership, 18–19
Adult program participants, 18
Advancement, principles of, 17
Advancement standards, 17
Advisory Council, 12
  election to, 12
  meetings of, 12
  members of, 12
Amendment
  Bylaws, 5, 21
  Rules and Regulations, 7
American National Red Cross, 6
Annual meeting, National Council, 5, 8, 9
Annual report to Congress, 5
Approval of documents, 17–18
Area committees, 16
Area executive committee, 16
Assets, 4
Audit and Enterprise Risk Management Committee, 11
Audits, 17
Authority of Executive Board, 9
Authority to execute documents, 13, 20

**B**

Badges and insignia, protection of, 6, 17
Bank or banks, 20
Bequest, 4
Bills of exchange, 20
Bonds, 20
Boy Scouts of America
  annual report, 5, 8, 13
  governing body, 5, 9
  handbooks, 7
  membership, 18
  name, 4, 7
  National Service Center, 7
  official publications, 7, 17
  policies, 19
  program, 19
  purpose, 4, 7
  seal, 4, 5, 7, 17
Business, 19–20
Bylaws, amendments to, 5, 21

**C**

Certificate of approval to incorporate, 17
Certificate of stock, 4
Changes in bylaws, 5, 21
Character development, 6, 7, 19
Chartered organization representative, 18
Checks, 20
Chief Financial Officer/Treasurer, 13–14
Chief Scout Executive, 7, 10, 11, 13, 14, 18–19
Citizenship, 6, 19, 21
Citizenship training, 7, 19
Civil suit, 21
Commissioned leadership, 8, 18
Commissioning, 18
Congress, 4–5, 6, 7, 8, 13
Congressional report, 6
Consistency, 7, 17, 20
Constructive trust, 16
Contracts, 20, 21
Contributions, 19–20
Cooperation with Scout associations, 20
Corporate membership, 8
Corporate Mission and Reputation Committee, 11, 13
Corporation property, 5
Council improvement plans, authority to require, 15
Council property trust, 16
Courage, 4, 7, 19
Criminal suit, 21
Custody of securities, 20

**D**

Debts, 4
Declaration of religious principle, 18, 19
Decommissioning, 18–19
Deeds, 20
Deposit of funds, 20
Depositories, 20
Deposit vault or vaults, 20
Development Committee, 11
Deviations, 20
Devise, 4
Direct Service units, 20
District of Columbia, 4, 5, 7, 8
Diversity Committee, 11
Dividends, 4
Documents, approval of, 17–18
Documents, authority to execute, 13, 20
Drafts, 20

**E**

Education, 6, 7, 18, 19, 20–21
Election of members of Executive Board, 8, 9, 11, 14
Election, regulations for, 4
Electronic communications, 10
Emblems and badges, 7, 17
Employment of professionals, 18, 19
Equity, 4
Executive Board, 5, 9–12
  ad hoc committees, 10
  Advisory Council, 12, 14
  appointment of committee, 10–11
  Audit and Enterprise Risk Management Committee, 11
  committees of, 9, 10–12
  Corporate Mission and Reputation Committee, 11, 13
  Development Committee, 11
  Diversity Committee, 11
  duties of committees, 10
  election of regular members, 8, 9
  electronic communications, 10
  ex officio members, 9, 10, 12
  Finance Committee, 11
  Governance and Nominating Committee, 11, 12, 13, 14
  Human Resources Committee, 11
  International Committee, 12, 13
  interpretation of, 9
  meetings of, 9
  membership, 9
  notice of meetings, 9
  quorum, 10
  regional members, 9
  regional presidents, 9
  regular meetings, 9
  reporting changes to, 7
  special committees, 12
  special meetings, 9
  standing committee chair, 10, 11, 13
  standing committees, 9, 10, 11, 13, 14
  subcommittees, 10, 12, 14, 20, 21
  task forces, 10, 14
  telecommunication meetings, 10
  vacancies, 5, 9, 11
  "whole Executive Board, the," 9, 21
  youth members, 9

Executive Committee, 7, 9, 10–11, 12, 13, 14, 15, 17, 18, 19, 20, 21
 duties of, 10
 meetings, 10–11
 membership, 10
 quorum, 10–11
Expenses of corporation, 19
Experimental programs, 20
Exploring, 21

**F**

Federal charter, 4–5, 13
Finance, 19
Finance Committee, 11
Fiscal year, 7
Fitness, mental and physical, 7, 19
Freedom, religious, 19
Fundraising, 20

**G–H–I–J**

Gift, 4
Governance and Nominating Committee, 9, 11, 12, 13, 14
Governing body, 5, 9, 18
Honor, 6
Honorary officers, 11
Human Resources Committee, 11
Incorporation of local councils, 17–18
Indemnification, 21
Individual merit, 18
Initiative, 6
Insignia, 6, 17
Instruments, 20
Intellectual life, 6
International commissioner, 11, 12, 13
International Committee, 12, 13
International Division, 20
Juvenile delinquency, 6

**K–L**

Key 3, 5
 area, 16
 national, 10, 14, 15, 17
 regional, 15, 16
Leadership, 7, 13, 15, 17, 18–19, 21
Leadership qualifications, 18
Learning for Life, 9, 20–21
Liabilities, 4, 14
Liens, 5
Local councils, 16–18
 application for new charters, 16
 audits of, 17
 charters to, 17
 executive boards, 18
 incorporation of, 17
 officers, 18
 operation of, 18
 organization of, 18
 powers of, 17
 responsibilities of, 17

**M**

Medals, 6
Mental fitness, 7, 19
Military system, 6
Moral life, 6
Mortgages, 9, 20
Motto, 7
Movement, Scouting, 6, 8, 9, 10, 12, 15, 16, 17, 19, 20

**N**

Name of the corporation, 4, 7
National commissioner, 10, 13
National Council, 8
 annual meetings, 8
 certificates of membership, 8
 corporate membership, 8
 elected members, 8
 eligibility requirements, 8
 Executive Board members, 8
 ex officio members, 8
 general meetings, 8
 guests, 8
 honorary members, 8
 local council representatives, 8
 meetings, 8
 members, 8
 members at large, 8
 notice of meetings, 8
 quorum, 8
 request for special meeting, 8
 special meetings, 8
 voting, 8
 voting credentials, 8
National Service Center, 7
Notes, 20
Number, governing body, 5

**O–P**

Officers, 13–14
Overseas Scouting, 20
Patent laws, 6
Patriotism, 4, 7
Payment of money, 20
Personal courage, 19
Personal estate, 4
Physical fitness, 7, 19
Policies, 19
President, 13, 14
President-elect, 15–16
Priorities, 7
Professional leadership, 18–19
Professional Scouters, 18–19
Program, 19
Program objectives, 19
Property, 4, 5, 16, 17
Publications, official, 7, 17, 18
Public emergencies, 6
Purpose, 4, 7

**Q**

Qualifications, governing body, 5
Quorum
 annual or special meeting, 9
 Executive Board, 5, 9
 Executive Committee, 10–11
 National Council, 8

**R**

Red Cross, 6
Regional advisory council, 16
Regional board, 15
 meetings, 15
 youth members, 15
Regional committees, 15
 meetings, 15
 organization of, 15
 regular members, 15
Regional director, 15
Regional executive committee, 15
 meetings, 15
 members, 15
Regional officers
 area commissioner, 16
 area president, 16
 elections, 16
 regional commissioner, 16
 regional president, 15–16
 regional vice presidents, 16

Subject to Protective Order – Highly Confidential BSA-PLAN_00333805
SA 0093

Regional organization, 14–16
Regional standing committees, 16
Regions, 14–16
Regulations for election, 4
Religion, policy on, 19
Religious freedom, 19
Report to Congress, 5
Resolutions Subcommittee, 12
Resourcefulness, 6
Responsibilities of regions, 14–15
Revocation of charter, 15, 17
Rules and Regulations, 7, 10, 13, 15, 16, 17, 19, 20

**S**

Scoutcraft, 4, 7
Scouting movement, 6, 8, 9, 10, 12, 15, 16, 17, 18
Scout Oath, 17, 19
Seal, 4, 5, 7, 17
Self-reliance, 4, 6, 7, 19
Signatures for payment, 20
Solicitors of money, 19–20
Special committees, 11, 12
Special meetings, 5, 8, 9
Special situations, 20–21
Standing committees, 5, 9, 10, 11, 13, 14, 15, 16
Support committees, 8, 13, 14, 16
Suit, 21
Supplies, sales of, 19

**T**

Telecommunications, 10
Termination of charters, 17
Term of office, governing body, 9, 11
Tests, 6
Training Scouts, 6
Trust company or companies, 20
Trust, constructive, 16

**U–V–W–Y**

Uniforms, badges, and insignia, 7
Vacancies
  Executive Board, 5, 9, 11
  honorary officers, 11
Varsity Scouting, 8
Vice presidents, 15, 16, 18
Waivers, 10, 20, 21
Wilson, Woodrow, 5
Youth membership, 18
Youth members not to solicit money, 19–20
Youth program participants, 9, 15, 18

Subject to Protective Order – Highly Confidential



BOY SCOUTS OF AMERICA
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015-2079
http://www.scouting.org

100-491
June 2019 Printing

APPLICATION FOR RENEWAL OF

# LOCAL COUNCIL CHARTER

**For the year beginning July 1, 2020**
**Send signed original or scan and email to LCCR@scouting.org before March 1, 2020.**

Region Northeast Area 2
Council no. 067
Headquarters city and state: Greenwich Council, BSA

The Boy Scouts of America charters local councils in order to accomplish its purposes and carry out its programs. The charters are issued for a period of one year and may be renewed annually upon application by the local council. The renewal of the charter is based on annual reports that show satisfactory efforts to meet the responsibilities of a local council in the corporation. The Boy Scouts of America may revoke or decline to renew council charters for failure to comply with the Bylaws, Rules and Regulations, or policies of the Boy Scouts of America, or in any instance where it deems such action advisable in the interests of Scouting.

The Greenwich Council, Boy Scouts of America, hereby applies for renewal of its charter for the year beginning July 1, 2020.

This application has been reviewed and approved by the executive committee or executive board at a duly called meeting on January 15, 2020, at which meeting a quorum was present, and the council specifically accepted its obligation to cooperate with the Boy Scouts of America and its representatives in promoting the program of the Boy Scouts of America in accordance with the provisions of the Charter, Bylaws, resolutions, policies, and Rules and Regulations of the Boy Scouts of America. The Scout executive's letter of employment has been reviewed as part of the annual performance review process.

This council agrees with and accepts credit terms of the National Service Center and agrees to the payment of "late payment charges" commensurate with the laws of the state of Texas, from which invoices are issued.

**In 2018, our council budget funded the following youth/adults:**

**we had** 1,243 **paid LFL participants with a license fee of $** 5,300.

**and had** 660 **council paid Traditional/Scoutreach members at a total cost of $** 21,780.

Data submitted, to the best of our knowledge, represents an accurate and complete report of requested information. Finance reports have been prepared in conformity with accounting standards set forth in the *Local Council Accounting Manual*. Financial audit report for fiscal year ending December 31, 2019, one copy of the 990 form, audit, management letter and response are due to audits990@scouting.org by July 31, 2020.

A National Service Fee will be assessed. It will be no more than 1.4% of the average total operating support & revenue for the past three years and be billed between February-November. This plan is being phased in over the next three years and to stabilize revenue, some councils will see increases/decreases to reach the maximum. The 2021 Fee will be sent to local councils in July 2020.

## Insurance & Risk Management

Local councils are required to have automobile liability insurance coverage of $1,000,000 combined single limit (CSL) for owned, non-owned, leased or hired vehicles which also provides excess coverage to volunteers and employees engaged in official Scouting activities, on Scouting business, on council business or under your direction.

If the council does not have owned vehicles, insurance must still be purchased to cover the council for non-owned, hired and leased automobile liability for employees and volunteers.

Councils must submit with the Local Council Charter application, a certificate of insurance showing evidence of the following coverages:

- Automobile liability - $1,000,000 with volunteer coverage endorsement or equivalent language
- Property Insurance
- Workers' Compensation
- D&O excess insurance (if purchased outside BSA offered)

Our Enterprise Risk Management Chair is Stephen Fox email stephenfoxlaw@gmail.com

Our Safe Scouting Champion is William Druschell email will@druschell.com

[signature] 1/15/20
**Council President signature** **date**

[signature] 1/18/2020
**Council Commissioner signature**

[signature] 1/15/20
**Scout Executive signature** **date**

JTX-2976

**Please return via email to:** LCCR@scouting.org **by March 1, 2020.**

# APPLICATION FOR TROOP CHARTER

BOY SCOUTS OF AMERICA

Re Registering (New or reregistering) Local Troop No. 172

City Westfield State New Jersey

District Watchung #4 County Union

EXPIRATION DATE OF NEW CHARTER January 1967

| FOR OFFICE USE ONLY | | | |
|---|---|---|---|
| REGION NO. | COUNCIL NO. | DISTRICT NO. | TROOP NATIONAL NO. |
| 2 | 358 | 4 | 172 |

## APPLICATION OF INSTITUTION

THE Benjamin Franklin School Parent Teacher's Association

(Full name of organization or group of citizens. Initials cannot be accepted.) (If a religious body, state denomination or sect.)

ADDRESS Westfield, N. J. 07090 HEREBY MAKES APPLICATION FOR THIS ANNUAL TROOP CHARTER AND APPROVES THE TROOP OFFICIALS WHOSE NAMES APPEAR BELOW.

DATE 1/7/66 SIGNED [redacted] TITLE President TEL. 232-9586

(Executive officer of institution, organization, or group)

ADDRESS 430 Longfellow Ave., Westfield, N. J. 07090

Troop meets at Benj. Franklin School Day Monday Time 7:30 PM

Troop committee meetings held monthly Day Thurs. Time 8:00 PM

PLEASE CHECK IF APPLICABLE ☐ Physically handicapped ☐ Mentally retarded

| FULL NAME (PLEASE PRINT OR TYPE FULL NAME.) | MAIL ADDRESS STREET OR RD | POSTAL ADDRESS AND ZIP CODE | TELEPHONE | Amer. Citiz. | Age | Relig. Pref. | If new registered and fee paid in another capacity, indicate where | STATUS* |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |

JTX-17

LOCAL COUNCIL APPROVAL

Jan. 27, 1966 [redacted]

Date — For Organization and Extension Committee

*STATUS N = new; Re = reregistering; SR = separated-reregistering; T = transfer; M = multiple

## GRANTING COMMISSIONS AND CERTIFICATES OF MEMBERSHIP

The Constitution and Bylaws of the Boy Scouts of America authorize commissions and certificates of membership only to those who subscribe to the Scout Oath and Law, the declaration of religious principle, the Constitution and Bylaws, and who are American citizens or have declared their intention.

## PURPOSE: CHARACTER BUILDING—CITIZENSHIP TRAINING

Article II. The purpose of this corporation is as set forth in the original certificate of incorporation under the laws of the District of Columbia, dated February 8, 1910, and restated in Section 3 of the charter granted by Congress June 15, 1916, as follows: "That the purpose of this corporation shall be to promote, through organization, and cooperation with other agencies, the ability of boys to do things for themselves and others, to train them in Scoutcraft, and to teach them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by Boy Scouts" by placing emphasis upon the Scout Oath or Promise and Law for character development, citizenship training, and physical fitness.

## DECLARATION OF RELIGIOUS PRINCIPLE

Article IV, Section 1. The Boy Scouts of America maintains that no boy can grow into the best kind of citizenship without recognizing his obligation to God. In the first part of the Boy Scout's Oath or Promise the boy declares, "On my honor I will do my best to do my duty to God and my country and to obey the Scout Law." The recognition of God as the ruling and leading power in the universe and the grateful acknowledgment of His favors and blessings are necessary to the best type of citizenship and are wholesome precepts in the education of the growing boy. No matter what the boy may be— Catholic or Protestant or Jew— this fundamental need of good citizenship should be kept before him. The Boy Scouts of America therefore recognizes the religious element in the training of the boy, but it is absolutely nonsectarian in its attitude toward that religious training. Its policy is that the organization or institution with which the Boy Scout is connected shall give definite attention to his religious life.

Only persons willing to subscribe to this declaration of principle shall be entitled to certificates of leadership in carrying out the Boy Scout program.

## THE SCOUT OATH OR PROMISE

On my honor I will do my best to do my duty to God and my country and to obey the Scout Law; to help other people at all times; to keep myself physically strong, mentally awake, and morally straight.

## THE SCOUT LAW

1. A SCOUT IS TRUSTWORTHY.
2. A SCOUT IS LOYAL.
3. A SCOUT IS HELPFUL.
4. A SCOUT IS FRIENDLY.
5. A SCOUT IS COURTEOUS.
6. A SCOUT IS KIND.
7. A SCOUT IS OBEDIENT.
8. A SCOUT IS CHEERFUL.
9. A SCOUT IS THRIFTY.
10. A SCOUT IS BRAVE.
11. A SCOUT IS CLEAN.
12. A SCOUT IS REVERENT.

## PERSONAL REGISTRATION OF TROOP OFFICIALS

I hereby make application for registration with the Boy Scouts of America and subscribe to its declaration of religious principle, Scout Oath or Promise and Law and agree to be guided by the Constitution and Bylaws and other regulations of the National Council and local councils. I am an American citizen (or have declared intention) and am 21 years of age (18 years for assistants) or older. I transmit herewith $1 registration fee for 1 year (or an amount for a different period at the same rate), one half of which is for subscription to the magazine *Scouting*.

## APPROVING ACTION OF THE TROOP COMMITTEE OF THE CHARTER APPLICATION

This committee met on 1/27/66 and reviewed this application with representatives of the local council. The committee accepted its responsibilities and made plans for the successful operation of the troop.

The committeemen certify that the men named as Scoutmaster and assistants are, to our personal knowledge, of good character and qualified to lead boys. If the Scoutmaster ceases to serve, we agree to notify the council and to find a suitable successor; meanwhile, we will assume active leadership of the troop.

Signed [redacted]
Committee Chairman

Boys' Life

PERSONAL SIGNATURE (REQUIRED)
(PLEASE SIGN FULL NAME.)

[redacted]

# APPLICATION FOR TROOP CHARTER

BOY SCOUTS OF AMERICA

.................................Local Troop No.......................
(New or reregistering)

City.......................................... State..........................

District...................................... County.........................

EXPIRATION DATE OF NEW CHARTER......................................

| FOR OFFICE USE ONLY | | | |
|---|---|---|---|
| REGION NO. | COUNCIL NO. | DISTRICT NO. | TROOP NATIONAL NO. |
| 2 | 358 | 4 | 172 |

## APPLICATION OF INSTITUTION

THE ..........................................................................
(Full name of organization or group of citizens. Initials cannot be accepted.) (If a religious body, state denomination or sect.)

ADDRESS ..........................................................HEREBY MAKES APPLICATION FOR THIS ANNUAL TROOP CHARTER AND APPROVES THE TROOP OFFICIALS WHOSE NAMES APPEAR BELOW.

DATE.................. SIGNED................................ TITLE.................... TEL..............
(Executive officer of institution, organization, or group)

ADDRESS ..........................................................................

Troop meets at.............................. Day.............. Time..............

Troop committee meetings held monthly.............. Day.............. Time..............

PLEASE CHECK IF APPLICABLE

☐ Physically handicapped ☐ Mentally retarded

| FULL NAME (PLEASE PRINT OR TYPE FULL NAME.) | MAIL ADDRESS STREET OR RD | POSTAL ADDRESS AND ZIP CODE | TELEPHONE | Amer. Citiz. | Age | Relig. Pref. | If now registered and fee paid in another capacity, indicate where | STATUS* |
|---|---|---|---|---|---|---|---|---|
| | | | H | | | | | |
| | | | B H | | | | | |
| | | | B H | | | | | |
| | | | B H | | | | | |
| | | | B H | | | | | |

**LOCAL COUNCIL APPROVAL**

1-27-66
Date

For Organization and Extension Committee

*STATUS N = new; Re = reregistering
SR = separated-reregistering; T = transfer; M = multiple

## GRANTING COMMISSIONS AND CERTIFICATES OF MEMBERSHIP

The Constitution and Bylaws of the Boy Scouts of America authorize commissions and certificates of membership only to those who subscribe to the Scout Oath and Law, the declaration of religious principle, the Constitution and Bylaws, and who are American citizens or have declared their intention.

## PURPOSE: CHARACTER BUILDING—CITIZENSHIP TRAINING

Article II. The purpose of this corporation is as set forth in the original certificate of incorporation under the laws of the District of Columbia, dated February 8, 1910, and restated in Section 3 of the charter granted by Congress June 15, 1916, as follows: "That the purpose of this corporation shall be to promote, through organization, and cooperation with other agencies, the ability of boys to do things for themselves and others, to train them in Scoutcraft, and to teach them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by Boy Scouts" by placing emphasis upon the Scout Oath or Promise and Law for character development, citizenship training, and physical fitness.

## DECLARATION OF RELIGIOUS PRINCIPLE

Article IV, Section 1. The Boy Scouts of America maintains that no boy can grow into the best kind of citizenship without recognizing his obligation to God. In the first part of the Boy Scout's Oath or Promise the boy declares, "On my honor I will do my best to do my duty to God and my country and to obey the Scout Law." The recognition of God as the ruling and leading power in the universe and the grateful acknowledgment of His favors and blessings are necessary to the best type of citizenship and are wholesome precepts in the education of the growing boy. No matter what the boy may be—Catholic or Protestant or Jew—this fundamental need of good citizenship should be kept before him. The Boy Scouts of America therefore recognizes the religious element in the training of the boy, but it is absolutely nonsectarian in its attitude toward that religious training. Its policy is that the organization or institution with which the Boy Scout is connected shall give definite attention to his religious life.

Only persons willing to subscribe to this declaration of principle shall be entitled to certificates of leadership in carrying out the Boy Scout program.

### THE SCOUT OATH OR PROMISE

On my honor I will do my best to do my duty to God and my country and to obey the Scout Law; to help other people at all times; to keep myself physically strong, mentally awake, and morally straight.

### THE SCOUT LAW

1. A SCOUT IS TRUSTWORTHY.
2. A SCOUT IS LOYAL.
3. A SCOUT IS HELPFUL.
4. A SCOUT IS FRIENDLY.
5. A SCOUT IS COURTEOUS.
6. A SCOUT IS KIND.
7. A SCOUT IS OBEDIENT.
8. A SCOUT IS CHEERFUL.
9. A SCOUT IS THRIFTY.
10. A SCOUT IS BRAVE.
11. A SCOUT IS CLEAN.
12. A SCOUT IS REVERENT.

### PERSONAL REGISTRATION OF TROOP OFFICIALS

I hereby make application for registration with the Boy Scouts of America and subscribe to its declaration of religious principle, Scout Oath or Promise and Law and agree to be guided by the Constitution and Bylaws and other regulations of the National Council and local councils. I am an American citizen (or have declared intention) and am 21 years of age (18 years for assistants) or older. I transmit herewith $1 registration fee for 1 year (or an amount for a different period at the same rate), one half of which is for subscription to the magazine *Scouting*.

### APPROVING ACTION OF THE TROOP COMMITTEE OF THE CHARTER APPLICATION

This committee met on.......................... and reviewed this application with representatives of the local council. The committee accepted its responsibilities and made plans for the successful operation of the troop.

The committeemen certify that the men named as Scoutmaster and assistants are, to our personal knowledge, of good character and qualified to lead boys. If the Scoutmaster ceases to serve, we agree to notify the council and to find a suitable successor; meanwhile, we will assume active leadership of the troop.

Signed ..........................................
Committee Chairman

| Boys' Life | PERSONAL SIGNATURE (REQUIRED) (PLEASE SIGN FULL NAME.) | |
|---|---|---|
| | [redacted] | |
| | * | |
| | * | |
| | * | |

*If used, indicate proper title

No. 3888A

CHECK ONE: [XX] APPLICATION FOR CHARTER [ ] ADDITIONAL ENROLLMENT

| | REGION NO. | COUNCIL NO. | DISTRICT NO. | |
|---|---|---|---|---|
| Re-Reg. [XX] New [ ] Sep. Rereg. [ ] Troop (Type of unit) No. 172 (Local)<br>City Westfield State N.J.<br>District 4 County Union<br>EXPIRATION DATE OF UNIT Jan. 1967 | 2 | 358 | 4 | Pack<br>Type of unit NATIONAL NO. 172 |

**INSTITUTION, ORGANIZATION, OR GROUP OF CITIZENS APPLYING FOR CHARTER**
(COMPLETE FOR CHARTER APPLICATION ONLY)

NAME Benjamin Franklin School, Parent Teacher's Association
(If a religious body, state denomination or sect.)

ADDRESS Westfield, N.J. Unit meets at School Day Mon. Time 7:30

EXECUTIVE OFFICER [redacted] TITLE President TEL 232 9586

ADDRESS 430 Longfellow Ave. Westfield, N.J. 07090

**CERTIFICATION OF THE SCOUT EXECUTIVE**

The council has received and approved the original application bearing the personal signatures of the adults registered below. We transmit herewith $1.00 membership fee for one year (or a prorata fee), half of which is to cover subscription to SCOUTING magazine for the period of membership for each adult listed below.

| FULL NAME (Be sure copies are clear.) | MAIL ADDRESS STREET AND NUMBER | POSTAL ADDRESS AND ZIP CODE | TELEPHONE | Amer. Citiz. | Age | Relig. Pref. | IF NOW REGISTERED AND FEE PAID IN ANOTHER CAPACITY, INDICATE WHERE | STATUS N-R-SRR | IF PARTIAL FEE USE N/R OR TO INDICATE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|

[redacted]

No. 32??A

CHECK ONE: [XX] APPLICATION FOR CHARTER [ ] ADDITIONAL ENROLLMENT

| | REGION NO. | COUNCIL NO. | DISTRICT NO. | Troop |
|---|---|---|---|---|
| Re-Reg. [XX] New [ ] Sep. Rereg. [ ] Troop (Type of unit) No. 172 (Local) | | | | Type of unit NATIONAL NO. 172 |
| City Westfield State N.J | | | | |
| District 4 County Union | | | | |
| EXPIRATION DATE OF UNIT Jan. 1967 | 2 | 358 | 4 | |

INSTITUTION, ORGANIZATION, OR GROUP OF CITIZENS APPLYING FOR CHARTER
(COMPLETE FOR CHARTER APPLICATION ONLY)

NAME Benjamin Franklin School, Parent Teacher's Association
(If a religious body, state denomination or sect.)

ADDRESS Westfield, N.J. Unit meets at School Day Mon Time 7.30

EXECUTIVE OFFICER [redacted] TITLE President TEL.

ADDRESS

CERTIFICATION OF THE SCOUT EXECUTIVE

The council has received and approved the original application bearing the personal signatures of the adults registered below. We transmit herewith $1.00 membership fee for one year (or a prorata fee), half of which is to cover subscription to SCOUTING magazine for the period of membership for each adult listed below.

| FULL NAME (Be sure copies are clear.) | MAIL ADDRESS STREET AND NUMBER / POSTAL ADDRESS AND ZIP CODE | TELEPHONE | Amer. Citiz. | Age | Relig. Pref. | IF NOW REGISTERED AND FEE PAID IN ANOTHER CAPACITY, INDICATE WHERE | STATUS | M — SR — | IF PARTIAL FEE USE MARGIN TO INDICATE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Instit. Repres. | | B H | | | | | | | |
| [redacted] | | | | | | | | | |
| | | H | | | | | | | |
| DM | | B H | | | | | | | |
| DM | | B H | | | | | | | |

# HOW TO MARK COLUMNS

PLEASE GIVE COMPLETE INFORMATION FOR EACH BOY, AS FOLLOWS:

1. BOYS' LIFE—Indicate *Boys' Life* subscription by marking "X" in the left-hand column.
2. STATUS—Indicate as follows: N = new (never before registered with BSA); NC = new Boy Scout (formerly a Cub Scout); Re = reregistering; SR = separated-reregistering; T = transferred.
3. AGE—A Boy Scout must be at least 11 years of age and less than 18. No exception can be made.
4. RANK—T = Tenderfoot; S = Second Class; F = First Class; St = Star; L = Life; E = Eagle.
5. FORMER UNIT NUMBER—If a boy holds an unexpired registration certificate in a Cub Scout pack or another Boy Scout troop, indicate by unit initial (P = pack; T = troop) and number.

| 1. | ROSTER OF BOY SCOUT MEMBERSHIP (11 through 17 years old) | | | | 2. | 3. | 4. | 5. |
|---|---|---|---|---|---|---|---|---|
| Boys' Life | (PLEASE PRINT OR TYPE) | | MAIL ADDRESS | | Status | Age | Rank | Former Unit Number |
| | FIRST NAME INITIAL | LAST NAME | STREET OR RD | POSTAL ADDRESS AND ZIP CODE | | | | |

NOTICE: If there are 10 or more subscriptions on the initial troop subscription order for the current year, the Scoutmaster is entitled to a complimentary 1-year subscription or a cash commission of $1.50 (or pro rata subscription term or commission). List name of Scoutmaster in space below and place "S" in box for complimentary subscription, "C" for cash commission.

Check if entitled to *Boys' Life* banner: X

Scoutmaster ............

Street or RD ............

City ............ State ............ ZIP Code ............ [C]

Troop operates on budget plan ☐ Yes ☒ No

| | | |
|---|---|---|
| REGISTRATION FEES (Boy) | 118 | $ 59.00 |
| One (M) (Adult) | 48 | 48.00 |
| BOYS' LIFE FEES | 98 | 147.00 |
| TOTAL AMOUNT TRANSMITTED | | $ 254.00 |

**SCOUTMASTER'S CERTIFICATION** — I certify that each new boy has the consent of his parents to join the troop. They are at least 11 years of age and under 18.

Signed ............
Scoutmaster

Under normal procedure, boys pass Tenderfoot requirements prior to registration.

# HOW TO MARK COLUMNS

PLEASE GIVE COMPLETE INFORMATION FOR EACH BOY, AS FOLLOWS:

1. BOYS' LIFE—Indicate *Boys' Life* subscription by marking "X" in the left-hand column.
2. STATUS—Indicate as follows: N = new (never before registered with BSA); NC = new Boy Scout (formerly a Cub Scout); Re = reregistering; SR = separated-reregistering; T = transferred.
3. AGE—A Boy Scout must be at least 11 years of age and less than 18. No exception can be made.
4. RANK—T = Tenderfoot; S = Second Class; F = First Class; St = Star; L = Life; E = Eagle.
5. FORMER UNIT NUMBER—If a boy holds an unexpired registration certificate in a Cub Scout pack or another Boy Scout troop, indicate by unit initial (P = pack; T = troop) and number.

| 1. | ROSTER OF BOY SCOUT MEMBERSHIP (11 through 17 years old) | | | | | 2. | 3. | 4. | 5. |
|---|---|---|---|---|---|---|---|---|---|
| Boys' Life | (PLEASE PRINT OR TYPE) | | | MAIL ADDRESS | | Status | Age | Rank | Former Unit Number |
| | FIRST NAME | INITIAL | LAST NAME | STREET OR RD | POSTAL ADDRESS AND ZIP CODE | | | | |
| [redacted] | | | | | | | | | |

NOTICE: If there are 10 or more subscriptions on the initial troop subscription order for the current year, the Scoutmaster is entitled to a complimentary 1-year subscription or a cash commission of $1.50 (or pro rata subscription term or commission). List name of Scoutmaster in space below and place "S" in box for complimentary subscription, "C" for cash commission.

| Check if entitled to *Boys' Life* banner | X |
|---|---|

Scoutmaster [redacted]

Street or RD [redacted]

City [redacted]

C

Troop operates on budget plan ☐ Yes ☐ No

REGISTRATION FEES (Boy) $..........
(Adult) ..........
BOYS' LIFE FEES ..........
TOTAL AMOUNT TRANSMITTED $..........

**SCOUTMASTER'S CERTIFICATION** — I certify that each new boy has the consent of his parents to join the troop. They are at least 11 years of age and under 18.

Signed [redacted]
Scoutmaster

Under normal procedure, boys pass Tenderfoot requirements prior to registration.

IF THIS IS NOT AN APPLICATION FOR CHARTER CHECK ☐ ADDITIONAL ENROLLMENT ☐ BOYS' LIFE ORDER

| REGION NO. | COUNCIL NO. | DISTRICT NO. | Troop |
|---|---|---|---|
| 2 | 350 | 4 | Type of unit NATIONAL NO. 172 |

Type of unit Troop Local No. 172

City Westfield State N.J.

District 4 County Union

EXPIRATION DATE OF UNIT Jan. 1967

**BOYS' LIFE SUBSCRIPTION INFORMATION**

Number of Subscriptions

Paid 98 Complimentary Commission Total 98

Subscription Term Remittance $ 147.00

Months 12 First Issue Apr. 66 Last Issue Mar. 67

BOYS' LIFE CHECK X FOR SUBSCRIPTION

BOY MEMBERSHIP

PLEASE TYPE! Be sure copies are clear and legible

| FIRST NAME AND INITIALS | LAST NAME | MAIL ADDRESS STREET OR ROAD POSTAL ADDRESS AND ZIP CODE | Status | Age | Rank | Position |
|---|---|---|---|---|---|---|

NOTICE: If there are ten or more subscriptions on the initial unit subscription order for the current year, the unit leader is entitled to a complimentary one-year subscription or a cash commission of $1.50 (or pro rata subscription term or commission). List name of unit leader in space below and place "S" in box for complimentary subscription, "C" for cash commission.

Unit Leader

Street or R.F.D.

City Zone State ☐

PLEASE CHECK

Check if entitled to BOYS' LIFE banner XX

Indicate the number of boys fourteen years of age and over

Is this unit operating on the budget plan? YES ☐ NO ☐

FOR NATIONAL OFFICE USE ONLY

| Rdreg. | Sep. Rereg. | New | Total |
|---|---|---|---|
| | | | |

IF THIS IS NOT AN APPLICATION FOR CHARTER

CHECK ☐ ADDITIONAL ENROLLMENT ☐ BOYS' LIFE ORDER

| REGION NO. | COUNCIL NO. | DISTRICT NO. | Troop |
|---|---|---|---|
| | | | Type of unit NATIONAL NO. |
| 2 | 358 | 4 | 172 |

Type of unit Troop Local No. 172

City Westfield State N.J.

District 4 County Union

EXPIRATION DATE OF UNIT Jan. 1967

BOYS' LIFE SUBSCRIPTION INFORMATION

Number of Subscriptions SEE FRONT SHEET

Paid ____ Complimentary ____ Total ____

Subscription Term Remittance: $ ____

Months ____ First Issue ____ Last Issue ____

BOYS' LIFE CHECK X FOR SUB-SCRIPTION

BOY MEMBERSHIP

PLEASE TYPE! Be sure copies are clear and legible

MAIL ADDRESS

| FIRST NAME AND INITIALS | LAST NAME | STREET OR ROAD | POSTAL ADDRESS AND ZIP CODE | Status | Age | Rank | Partial Fee |
|---|---|---|---|---|---|---|---|
| | | | Westfield, N.J. 07090 | | | | |
| | | | " | | | | |
| | | | " | | | | |
| | | | " | | | | |
| | | | " | | | | |

NOTICE: If there are ten or more subscriptions on the initial unit subscription order for the current year, the unit leader is entitled to a complimentary one-year subscription or a cash commission of $1.50 (or pro rata subscription term or commission). List name of unit leader in space below and place "S" in box for complimentary subscription, "C" for cash commission.

Unit Leader ____

Street or R.F.D. ____

City ____ Zone ____ State ____ ☐

PLEASE CHECK

Check if entitled to BOYS' LIFE banner ☐

Indicate the number of boys fourteen years of age and over ☐

Is this unit operating on the budget plan? YES ☐ NO ☐

FOR NATIONAL OFFICE USE ONLY

| Rereg. | Sep. Rereg. | New | Total |
|---|---|---|---|
| | | | |

| TROOP | ROSTER | STATUS | CITY | STATE | COUNTY | DISTRICT | REG# | CNCL# | DIST# | NAT# | LOCAL# | EXP DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ADULT | R | SPRINGFIELD | IL | SANGAMON,LINCOLN HOME | | 3 | 144 | 1 | 37 | 37 | 01/31/77 |

ST PAUL AFRICAN METHODIST EPISCOPAL CHURCH,1116 S 16TH ST,SPRINGFIELD IL — 204 MONTHS

NAME AND ADDRESS OF CHARTERED PARTNER — UNIT TENURE

COMPLETED

EXECUTIVE OFFICER'S NAME, TITLE AND ADDRESS — STER TRAINED

| NAME | ADDRESS | CITY | STATE | ZIP CODE | TEL or BUS OR HOME | AGE | BOYS LIFE | STATUS | POS. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

JTX-23

| TROOP | ROSTER | STATUS | CITY | STATE | COUNTY | DISTRICT | REG # | CNCL # | DIST # | NAT # | LOCAL # | EXP DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOYS | | R | SPRINGFIELD | IL | SANGAMON | LINCOLN HOME | 3 | 144 | 1 | 37 | 37 | 01/[illegible] |

TROOP MEETING PLACE=ST PAUL AME CHUR DAY=MONDAY

SUBSCRIPTION TERM MONTHS 12 1ST ISSUE 04/76 LAST ISSUE 03/77

100 % BOYS LIFE

REGISTRATION TERM MTHS 12

| NAME | ADDRESS | CITY | STATE | ZIP CODE | | AGE | BOYS LIFE | STA. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |



LOCAL COUNCIL

ARTICLES OF INCORPORATION AND BYLAWS

# BOY SCOUTS OF AMERICA

Revisions made in **Local Council Articles of Incorporation and Bylaws** since the 1968 edition:

**Bylaws Revisions in 1969 printing—**

Article III, Section 3, Clause 4
Article III, Section 3, Clause 6
Article IV, Section 5
Article V, Section 1
Article V, Section 3
Article VI, Section 4

**Bylaws Revisions in 1970 printing—**

Article III, Section 3, Clause 3
Article IV, Section 3
Article X, Section 2, Clause 4

**Bylaws Revisions in 1971 printing—**

Article V, Section 3
Article VI, Section 2
Article VI, Section 5
Article VI, Section 7
Executive Board Resolution 1

# LOCAL COUNCIL ARTICLES OF INCORPORATION AND BYLAWS

1971 PRINTING

Copyright 1968
BOY SCOUTS OF AMERICA
North Brunswick, N.J.
No. 3736 Printed in U.S.A. 3.4M1170

70¢

# TABLE OF CONTENTS

## ARTICLES OF INCORPORATION

Article One. Name 1
Article Two. Duration 1
Article Three. Purposes 1
Article Four. Principles and Policies 1
Article Five. Powers 2
Article Six. Members 2
Article Seven. Executive Board 3
Article Eight. Address 3
Article Nine. Incorporators 3
Article Ten. Dissolution 4
Article Eleven. Amendment 4

## BYLAWS

Article I. Name 5

Article II. Purpose and Responsibilities 5
- Section 1. Purpose 5
- Section 2. Responsibilities 6

Article III. Members of the Local Council 7
- Section 1. Number, Classes, and Qualifications 7
- Section 2. Election and Term; Vacancies 9
- Section 3. Meetings; Quorum; Voting 10
- Section 4. Nominating Committee of the Local Council 12
- Section 5. Committee on Program and Resolutions 12

Article IV. The Executive Board 13
- Section 1. Powers and Functions 13
- Section 2. Membership 13
- Section 3. Election and Term; Vacancies 13
- Section 4. Meetings; Quorum; Voting 14
- Section 5. Advisory Council 15

Article V. Committees of the Executive Board 15
- Section 1. Committees; Appointment 15
- Section 2. Executive Committee 16
- Section 3. Operating Committees 17
- Section 4. Planning Committees 18

Article VI. Officers and National Council Members 18
- Section 1. Officers; Elections and Appointment 18
- Section 2. President 19
- Section 3. Vice-Presidents 19
- Section 4. Treasurer 20
- Section 5. Council Commissioner 20
- Section 6. Scout Executive 21
- Section 7. National Council Members 23

Article VII. Commissioner Staff and Professional Staff 24
- Section 1. Commissioner Staff 24
- Section 2. Assistant Council Commissioners 25

Section 3. District Commissioners and Assistant District Commissioners 25
Section 4. Roundtable Commissioner 26
Section 5. Neighborhood Commissioner 26
Section 6. Professional Staff 26

**Article VIII. District Organization 27**

Section 1. Districts 27
Section 2. District Committee 27
Section 3. District Committee Officers 28
Section 4. Meetings of the District Committee 28
Section 5. District Operating Committees 29

**Article IX. Local Units 29**

Section 1. Approval of Unit Charters 29
Section 2. Unit Designation 29

**Article X. Finances and Property 30**

Section 1. Raising Funds 30
Section 2. Control of Funds and Property 30
Section 3. Administration of Unit Funds 33

**Article XI. Additional Administrative Matters 34**

Section 1. Indemnification 34
Section 2. Contracts, Checks, Drafts, etc. 35
Section 3. Notices and Waivers 35
Section 4. Action Without a Meeting 36
Section 5. Fiscal Year 36
Section 6. Seal 37
Section 7. Amendment 37

**Executive Board Resolutions 37**

# ARTICLES OF INCORPORATION

## ARTICLE ONE. NAME

The name of the corporation is ..............................................

Council of Boy Scouts of America, ............................ (Inc.*)

*If required by State law.

## ARTICLE TWO. DURATION

The Corporation shall have perpetual existence but shall take such action as may be necessary to dissolve in the event of the revocation or termination of its charter from the Boy Scouts of America, a corporation organized under Act of Congress.

## ARTICLE THREE. PURPOSES

The Corporation shall promote, within the territory covered by the charter from time to time granted it by the Boy Scouts of America and in accordance with the Congressional Charter, Bylaws, policies and regulations of the Boy Scouts of America, the Scout program of promoting the ability of boys to do things for themselves and others, training them in Scoutcraft, and teaching them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by the Boy Scouts of America.

## ARTICLE FOUR. PRINCIPLES AND POLICIES

The Corporation shall be operated as a nonprofit corporation exclusively for charitable ........................ (and educational*) purposes within

*Include where permitted by State tax law.

the meaning of Section 501 of the Internal Revenue Code of 1954, as from time to time amended.

The Corporation shall at all times maintain the principles and policies of the Boy Scouts of America, as set forth in detail in the Bylaws of the Boy Scouts of America and its regulations, as set forth in official handbooks or as may be announced by the Boy Scouts of America from time to time, specifically restricting the leadership to those persons who are willing to subscribe to the declarations of principles therein set forth and to the Scout Oath and Law and who otherwise are qualified to receive certificates of leadership.

## ARTICLE FIVE. POWERS

The Corporation shall have and may exercise (in a manner consistent with the Congressional Charter, Bylaws, policies and regulations of the Boy Scouts of America) all powers given to nonprofit corporations under the ..............................
(insert name of State nonprofit corporation law)
.............................. In addition ..............................
(here set forth specific powers Corporation is to enjoy if attorney for Corporation advises enumeration of specific powers is required or advisable under State law and the Boy Scouts of America approves powers listed)
..............................
..............................

## ARTICLE SIX. MEMBERS

The Corporation shall have one or more classes of members, as provided in the Bylaws of the Corporation, and may have honorary members.

Each active, associate or honorary member of the Corporation shall be a man twenty-one years of age or over who (a) is a citizen of the United States or who has legally declared his intention to become a citizen of the United States, (b) has subscribed to the Scout Oath and Law and Bylaws of the Boy Scouts of America, (c) has been registered by the Boy Scouts of America in accordance with its Bylaws, and

(d) otherwise meets all qualifications for membership from time to time established by the Boy Scouts of America.

## ARTICLE SEVEN. EXECUTIVE BOARD

The Executive Board of the Corporation shall be composed of such number of persons, in no event fewer than .................. nor more than ......................., who shall be elected in such manner, as prescribed in the Bylaws of the Corporation. The initial Executive Board shall be composed of ...................... members. The names and addresses of the persons who are to serve as the initial Executive Board of the Corporation until the first annual meeting of the members of the Corporation and until their successors are elected and qualify are—

| *Name* | *Address* |
| --- | --- |
| .............................. | .............................. |
| .............................. | .............................. |
| .............................. | .............................. |
| .............................. | .............................. |

## ARTICLE EIGHT. ADDRESS

The address of the initial registered office of the Corporation is .............................................. and the name of its initial registered agent at such address is ..............................

## ARTICLE NINE. INCORPORATORS

The name and address of each incorporator is —

| *Name* | *Address* |
| --- | --- |
| .............................. | .............................. |
| .............................. | .............................. |
| .............................. | .............................. |
| .............................. | .............................. |

## ARTICLE TEN. DISSOLUTION

The property and assets of the Corporation are irrevocably dedicated to the charitable .......................... purposes of carrying out the program of the Boy Scouts of America. In the event of the dissolution or final liquidation of the Corporation or upon the revocation or termination of its charter from the Boy Scouts of America, none of such property or assets or the proceeds therefrom shall inure to the benefit of any individual but shall, after all liabilities and obligations of the Corporation have been paid or satisfied or provision otherwise made therefor, be distributed (a) to another local council of the Boy Scouts of America as specified by the Boy Scouts of America to be used for charitable ............................ purposes, or (b) in the absence of such specification, to the Boy Scouts of America itself to be used for charitable ......................... purposes, it being contemplated that in either instance such property and assets shall continue to be devoted to the furtherance of Scouting in .........................................................†

(and educational*) (and educational*) (and educational*) (State or States)

*Include where permitted by State tax law.

†On occasion it is desirable, in order to strengthen the Scout movement or facilitate its administration, that two or more local councils merge or consolidate. The procedure to be followed in effecting such a merger or consolidation, which can only be carried out with the approval of the national office of the Boy Scouts of America, is governed by applicable State law which usually requires approval of the merger or consolidation by the Executive Board and members of the affected Local Councils.

## ARTICLE ELEVEN. AMENDMENT

These Articles of Incorporation may be amended by the majority vote of the members having the right to vote present at a duly called meeting of the members of the Corporation at which a quorum is present and of which at least twenty days written notice has been given, the notice for which has been accompanied by the text of the proposed amendment or amendments, provided, however, that no amendment to these Articles of Incorporation shall be effective unless first presented to and approved by (a) the Executive Board of the Corporation and (b) an authorized official at the national office of the Boy Scouts of America.

# BYLAWS

## ARTICLE I. NAME

The name of the corporation is ................................................ Council of Boy Scouts of America, .......................... sometimes referred to in these Bylaws as the "Corporation."

(Inc.*)

*If required by State law.

## ARTICLE II. PURPOSE AND RESPONSIBILITIES

### PURPOSE

SECTION 1.

The Corporation shall promote, within the territory covered by the charter from time to time granted it by the Boy Scouts of America and in accordance with the Congressional Charter, Bylaws, policies and regulations of the Boy Scouts of America, the Scout program of promoting the ability of boys to do things for themselves and others, training them in Scoutcraft, and teaching them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by the Boy Scouts of America. In achieving this purpose, emphasis shall be placed upon the educational program of the Boy Scouts of America and the oaths, promises, and codes of the Scout program for character development, citizenship training, mental and physical fitness.

*Reference:* Articles of Incorporation, Article Three

The Corporation shall fulfill the basic purpose of the Scout movement within its territory, making Scout training available to all boys and serving organizations and institutions using the Scout program while maintaining standards and policies, protecting official badges and insignia, and providing adequate leadership and finances.

## RESPONSIBILITIES

SECTION 2.

The responsibilities of the Corporation shall be controlled and directed by the Boy Scouts of America through its Bylaws and rules and regulations promulgated by it.

*Clause 1.* It shall be the duty of the Corporation to promote the program of Scouting through the organization and registration annually of units and their personnel; also to provide leadership and supervision of all program activities, within the territory covered by its charter, in such a manner as to ensure compliance with the provisions of the Bylaws of the Boy Scouts of America and the regulations thereof.

*Clause 2.* The Corporation shall guard against the use of the official uniform and insignia by persons not officially registered with the Boy Scouts of America and shall bring to the attention of the Boy Scouts of America any violation of regulations not within its power to prevent or any attempt to commercialize the Scout movement.

*Clause 3.* The Corporation shall through its Scout executive or other representatives make the benefits of the Scout program known to all agencies or institutions having contact with boy life and cooperate in the organization of units so that boys and young men may have the benefit of the Scout program.

The Corporation shall provide means for assisting sponsors in securing and training qualified persons to serve as unit leaders and assistants. The Corporation shall provide facilities and leadership in order that Boy Scouts under its jurisdiction may have the opportunity to have a year-round outdoor program totaling at least ten days and nights of hike, overnight camp, camporee, and summer camp experiences, with adequate facilities and supervision.

*Clause 4.* The Corporation shall endeavor to provide facilities and leadership in order that Explorers under its jurisdiction may have the opportunity to participate in at least five days and five nights of trips and Explorer activities away from home each year.

*Clause 5.* The Corporation shall provide procedures for advancement in order that Cub Scouts, Boy Scouts, and Explorers may meet the various requirements of rank as authorized by the Boy Scouts of America, under such conditions as will reduce to a minimum the necessity of traveling a great distance from home or of interfering with schoolwork or home duties.

*Clause 6.* The Corporation shall recommend to the Boy Scouts of America stores located within its territory which the Boy Scouts of America may appoint as authorized distributors of official uniforms, literature, and equipment in such territory. A sufficient number of stores of the type prescribed by the Boy Scouts of America shall be so proposed so that Scouts and Scouters in such territory may be served conveniently.

# ARTICLE III. MEMBERS OF THE LOCAL COUNCIL

## NUMBER, CLASSES, AND QUALIFICATIONS

SECTION 1.

The corporate membership of the Corporation shall be composed of active members and may also include associate members and honorary members; the corporate membership shall be known and designated collectively as the Local Council of the Corporation. All active, associate and honorary members must meet the membership qualifications established by Article Six of the Corporation's Articles of Incorporation. The Corporation also may enroll sustaining members pursuant to Clause 3 of this Section. Sustaining members shall not be part of the corporate membership of the Corporation unless elected as associate members pursuant to Clause 2.

### Active Members

*Clause 1.* The active membership of the Local Council shall consist of institutional representatives and members at large. Institutional representatives shall represent institutions or

groups of citizens sponsoring units. Each institution or group of citizens to which a charter is granted by the Boy Scouts of America to sponsor one or more recognized Scout units shall elect or appoint a representative, who shall be other than the unit leader or assistant unit leader, as a member of the Local Council.

Members at large of the Local Council shall include men chosen from the various business, civic, educational, labor, professional, social, and religious interests of the communities in the Corporation's territory.

The Local Council shall have not fewer than ............. active members. At all times institutional representatives shall constitute a majority of the active membership of the Local Council.

### Associate Members

*Clause 2.* The active members of the Local Council may elect as associate members of the Local Council men desiring to maintain an active Scouter membership without assignment to active service. Associate members shall have no vote but may wear the uniform and insignia of laymen without office.

### Sustaining Members

*Clause 3.* The Corporation may enroll as sustaining members persons desiring to be identified with the Corporation through their financial support and influence in expansion of the Corporation's program. Sustaining members who satisfy the eligibility requirements may be elected as associate members pursuant to Clause 2 of this Section. Sustaining members shall have no vote.

### Honorary Members

*Clause 4.* The active members of the Local Council may elect as honorary members of the Local Council persons whose election may further the Scout program. Honorary members shall have no vote.

## ELECTION AND TERM: VACANCIES

SECTION 2.

### Active Members

*Clause 1.* Each institutional representative shall become an active member of the Local Council upon his election or appointment by the sponsoring organization or group and upon his being registered by the Boy Scouts of America as an institutional representative; he shall continue to be an active member for such period as such organization or group shall desire but in any event only during such time as such organization or group shall continue to hold a charter from the Boy Scouts of America to sponsor a unit.

Each member at large shall be elected at the annual meeting of the Local Council by the active members then in office, shall take office immediately following such meeting and shall hold office until the conclusion of the next succeeding annual meeting of the Local Council.

### Associate and Honorary Members

*Clause 2.* Associate members and honorary members of the Local Council shall be elected at the annual meeting of the Local Council by the active members then in office, shall take office immediately following such meeting and shall hold office until the conclusion of the next succeeding annual meeting of the Local Council.

### Vacancies in Active Membership

*Clause 3.* A vacancy in the active membership of the Local Council caused by the death, resignation, removal, or failure to qualify of an institutional representative shall be filled by the chartered institution or group of citizens which initially elected or appointed the institutional representative. A vacancy in the active membership of the Local Council caused by the death, resignation, removal, or failure to qualify of a member at large may be filled by the Executive Board of the

Corporation and the member at large so elected shall hold office until the conclusion of the next succeeding annual meeting of the Local Council.

## MEETINGS; QUORUM; VOTING

SECTION 3.

### Annual Meeting

*Clause 1.* The annual meeting of the Local Council of the Corporation shall be held at such place within the Corporation's territory and at such time as the Executive Board of the Corporation may determine. The annual meeting of the Local Council shall be for the purpose of (a) receiving annual reports of the Executive Board, officers and various committees, (b) electing members at large, associate and honorary members of the Local Council, National Council members, regular members of the Executive Board, and officers of the Corporation other than the Scout executive, (c) receiving and approving financial statements showing the financial position of the Corporation as of the close of its most recent complete fiscal year and the results of operations during such year, and (d) transacting such other business as may come before the meeting.

### Other Regular Meetings

*Clause 2.* In addition to the annual meeting, the Local Council may have such other regular meetings as may be established by resolution of the Executive Board of the Corporation. Each regular meeting shall be held at such place within the Corporation's territory as the President or the Executive Board may specify.

### Special Meetings

*Clause 3.* Special meetings of the Local Council may be called by the President or the Executive Board at any time and shall be called within sixty days upon the request in writing of at least one-fifth of the active members of the Local Council (such request specifying the object of the special meeting). Special meetings shall be held at such place within the Corporation's territory as the President or Executive Board may specify except that a special meeting called to consider a proposal to merge or consolidate with one or more corporations which are chartered Local Councils of the Boy Scouts of America may, to the extent permitted by law, be held in the territory of one of such other corporations if the President or the Executive Board shall so specify.

### Notice

*Clause 4.* A written notice of any meeting of the Local Council, regular or special, shall be mailed to each member of the Local Council who is entitled to attend the meeting at least twenty days in advance thereof and shall indicate the time and place of and the business to be transacted at the meeting.

### Quorum

*Clause 5.* One-fifth of the active members of the Local Council then in office shall constitute a quorum for all purposes.

### Attendance at Meetings; Voting

*Clause 6.* All active, honorary, and associate members of the Local Council shall be entitled to attend any meeting of the Local Council. The Local Council may invite other persons to attend Local Council meetings but such persons shall have no vote. Each active member of the Local Council present at a Local Council meeting shall be entitled to one vote and voting by proxy shall not be permitted. Except in the case of elections where voting shall be by ballot, voting at a meeting of the Local Council may be by ballot, voice or show of hands as the chairman of the meeting may rule unless otherwise determined by the members entitled to vote. Unless otherwise required by law, the Articles of Incorporation or these Bylaws, any question (other than elections) presented to a meeting of the Local Council at which a quorum is present shall be determined by a majority of those actually voting; elections shall be determined by plurality of those actually voting.

Subject to Protective Order – Highly Confidential

## NOMINATING COMMITTEE OF THE LOCAL COUNCIL

SECTION 4.

At least ninety days prior to the annual meeting of the Local Council, the President shall appoint, with the approval of the Executive Board, not fewer than three active members of the Local Council to serve as a nominating committee. At the annual meeting of the Local Council the nominating committee shall nominate persons to be elected as members at large of the Local Council, associate and honorary members of the Local Council, regular members of the Executive Board, National Council members, and officers of the Corporation other than the Scout executive. The notice of the annual meeting mailed to members of the Local Council shall announce the membership of the nominating committee so that active members of the Local Council may make recommendations of possible nominees to the committee for its consideration. All recommendations to the committee shall be made in writing at least fifteen days prior to the meeting.

## COMMITTEE ON PROGRAM AND RESOLUTIONS

SECTION 5.

At least sixty days prior to each regular meeting of the Local Council including the annual meeting, the President may appoint, with the approval of the Executive Board, not fewer than three nor more than five active members of the Local Council to serve as a committee on program and resolutions for the next regular Local Council meeting. The notice of such meeting mailed to members of the Local Council shall announce the membership of this committee and shall invite suggestions from each active member of the Local Council for the arrangement of the program and resolutions to be considered at the meeting. All suggestions to the committee shall be in writing. The committee shall consider and present to the meeting of the Local Council or to the appropriate committee of the Executive Board with recommendations, all suggestions made to it at least five days prior to the meeting or which it itself proposes for consideration and action. If a committee on program and resolutions is appointed, no resolution shall be considered at any regular meeting of the Local

Council unless it has first been presented to or proposed by the committee in accordance with this Section.

# ARTICLE IV. THE EXECUTIVE BOARD

## POWERS AND FUNCTIONS

SECTION 1.

The Executive Board shall be the governing body of the Corporation and shall manage its affairs. The Executive Board shall be the local reviewing authority with respect to matters within the Scout movement which arise in the territory of the Corporation.

## MEMBERSHIP

SECTION 2.

The Executive Board of the Corporation shall consist of (a) not fewer than ............ nor more than ............ regular members elected by the Local Council from among its active members,* (b) the officers of the Corporation other than the Scout executive, (c) the chairmen of the operating and planning committees of the Executive Board, and (d) upon their being approved by the Executive Board, the chairmen of the several district committees.

*Where practicable, it is suggested that the Executive Board have no more than fifty regular members.

## ELECTION AND TERM: VACANCIES

SECTION 3.

Regular members of the Executive Board shall be elected at the annual meeting of the Local Council, shall take office immediately following such meeting, and shall continue in office until the conclusion of the next succeeding annual meeting of the Local Council and until their respective successors are elected and qualify. Chairmen of operating and planning committees take office as members of the Executive Board upon their being appointed by the President and approved by the

Case 1:22-cv-01237-RGA Document 68 Filed 12/07/22 Page 127 of 228 PageID #: 3888

Subject to Protective Order – Highly Confidential

BSA-PLAN_00434947

Executive Board. District chairmen take office as members of the Executive Board upon their being approved by the Executive Board.

Upon the death, resignation, removal, or failure to qualify as a member of the Executive Board of any regular member or officer, the Executive Board may elect an eligible person to fill the vacancy so created for the unexpired period of the term of office.

## MEETINGS; QUORUM; VOTING

SECTION 4.

The Executive Board shall meet at such time and place as the Executive Board may direct and in any event at least ............... times annually including an organizational meeting as soon as practicable following the annual meeting of the Local Council. It shall be the general practice of the Executive Board to meet monthly. Special meetings of the Executive Board may be called by the Executive Committee of the Executive Board or by the President and shall be called within thirty days upon the written request of at least one-fifth of the members of the Executive Board (which request shall specify the purpose of such special meeting). A notice of each meeting of the Executive Board shall be mailed to each member at least five days in advance of the meeting.

One-third of the members of the Executive Board shall constitute a quorum for all purposes.

Unless otherwise required by law, the Articles of Incorporation or these Bylaws, all questions (except elections and appointments) presented to a meeting of the Executive Board at which a quorum is present shall be decided by a majority of those actually voting; elections or appointments shall be decided by a plurality of those actually voting.

Any regular member of the Executive Board who fails to attend two meetings of the Executive Board in any one year shall not be eligible for reelection as a regular member of the Executive Board for the ensuing term, provided, however, that the Executive Board may excuse absences and any absence so excused shall be counted as a meeting attended.

## ADVISORY COUNCIL

SECTION 5.

No member of the Executive Board, other than a person who is a member of the Executive Board on January 1, ........*, shall continue to serve as such after the annual meeting of the Local Council next occurring after he has attained the age of seventy years. There shall be an Advisory Council to the Executive Board composed of (a) all officers or regular members of the Executive Board who, having served upon the Executive Board not less than five years, attain or have attained the age of seventy years, (b) other officers or regular members of the Executive Board who retire after having served upon the Executive Board for at least five years, are willing to continue their relationship with the Corporation in an advisory or consulting capacity to the Executive Board and are elected to membership on the Advisory Council by a two-thirds vote of the members of the Executive Board present at any meeting, and (c) such other men who, being unable to devote time to Scouting on a regular basis, wish to serve Scouting upon special assignment and are elected to membership on the Advisory Council by a two-thirds vote of the members of the Executive Board present at any meeting. Members of the Advisory Council shall be entitled to receive notice of and to attend all meetings of the Executive Board but shall have no vote.

*Insert the year following the year in which these Bylaws are adopted.

# ARTICLE V. COMMITTEES OF THE EXECUTIVE BOARD

## COMMITTEES; APPOINTMENT

SECTION 1.

There shall be an Executive Committee consisting of the persons and having the powers specified in Section 2 of this Article.

In addition, subject to the provisions of Sections 3 and 4 of this Article, the Executive Board shall have such operating committees and planning committees, each of which shall have such powers and responsibilities, as may be fixed by resolution of the Executive Board in accordance with guide-

Subject to Protective Order – Highly Confidential

BSA-PLAN_00434948

lines and procedures from time to time recommended by the Boy Scouts of America. The operating and planning committees of the Executive Board shall be appointed from members of the Local Council or from women satisfying the qualifications set forth below, annually by the President with the advice and approval of the Executive Board, at the regular meeting of the Executive Board next following the annual meeting of the Local Council. In addition to such appointees, operating committees shall have as members chairmen of the corresponding district operating committees. In the event a male, other than the chairman of a district operating committee, who is not a member of the Local Council is appointed to such a committee, he shall be elected as a member at large of the Local Council. Women 21 years or over who (a) are citizens of the United States or who have legally declared their intention to become citizens of the United States, (b) have subscribed to the Scout Oath and Law and Bylaws of the Boy Scouts of America, (c) have been registered by the Boy Scouts of America in accordance with its Bylaws, and (d) otherwise meet all qualifications for membership from time to time established by the Boy Scouts of America may be appointed to serve on operating and planning committees of the Executive Board. As provided in Section 2 of Article IV of these Bylaws, the chairmen of the operating and planning committees shall, by reason of their positions as such, be members of the Executive Board. All actions of the operating and planning committees shall be subject to the approval of the Executive Board.

## EXECUTIVE COMMITTEE

SECTION 2.

The Executive Committee shall be composed of those persons who are the officers of the Corporation including the Scout executive (who shall have no vote) and such other members of the Executive Board, as may be elected by the Executive Board.

The Executive Committee of the Executive Board shall have and may exercise all the necessary powers of the Executive Board in the management of the Corporation during the intervals between the meetings of the Executive Board, but in no event shall the Executive Committee act contrary to action theretofore taken by the Executive Board. Minutes

shall be kept of all Executive Committee action and reported to the ensuing meeting of the Executive Board.

Meetings of the Executive Committee may be called at any time by the President and shall be called by the President within thirty days upon the request of three or more members of the Executive Committee. It shall be the general practice of the Executive Committee to meet in those months in which the Executive Board does not meet. All meetings of the Executive Committee shall be held on at least three-days written notice or one-day notice by cablegram, telegram, or radiogram. A majority of the voting members of the Executive Committee shall constitute a quorum.

## OPERATING COMMITTEES†

SECTION 3.

The operating committees of the Executive Board shall be responsible for the development and effectiveness of programs and policies of the Corporation in accordance with standards and requirements as established by the Boy Scouts of America. Normally the Corporation shall have as operating committees of the Executive Board a committee on organization and extension, a committee on leadership training, a committee on advancement, a committee or committees on camping and activities, a committee on health and safety, a committee on finance, a committee on Exploring, and a committee on public relations. However, the Executive Board may by resolution, in situations where it believes local conditions warrant, combine two or more of the foregoing operating committees or divide the functions of any of such committees among two or more such committees as may be authorized by the Boy Scouts of America in handbooks or other announcements.

The operating committees of the Executive Board shall be so organized as to provide for the coordination of their work throughout the entire territory of the Corporation. Each district of the Corporation may have operating committees of like name and function as authorized by the Executive Board. Each Executive Board operating committee shall include in its membership the chairmen of the corresponding district operating committees as provided for in Article V, Section 1 of

†Executive Board Resolution 1 (page 37) is needed to implement this section.

Subject to Protective Order – Highly Confidential BSA-PLAN_00434949

these Bylaws. The Executive Board's operating committees shall be concerned with the development of policy, program, and procedures as approved by the Executive Board in the interest of the uniform development and extension of Scouting throughout the territory of the Corporation. The Executive Board's operating committees shall, through the representative members of operating committees for each district where they exist, make certain that the district operating committees of like name and function operate in making effective the policies, programs, and procedures as adopted.

The operating committees shall function throughout the year, meeting as often as may be necessary in the judgment of the committee chairman, President, or Scout executive.

### PLANNING COMMITTEES†

SECTION 4.

The planning committees of the Executive Board shall serve in a cooperative and advisory capacity to the Executive Board, its operating committees and officers of the Corporation, in their respective fields of activity. Planning committees shall be guided by the program material made available by the national office of the Boy Scouts of America and shall make recommendations in light of their experience and knowledge of local conditions.

The planning committees shall not be duplicated in the districts and shall meet only as often as there is a specific task to be performed.

## ARTICLE VI. OFFICERS AND NATIONAL COUNCIL MEMBERS

### OFFICERS; ELECTIONS AND APPOINTMENT

SECTION 1.

The officers of the Corporation shall be a President, ............ Vice-Presidents, a Treasurer, a Council Commissioner, and a

†Executive Board Resolution 1 (page 37) is needed to implement this section.

Scout executive who shall also fill the office of Secretary. The officers, with the exception of the Scout executive, shall be elected from the active membership of the Local Council at the annual meeting of the Local Council, shall take office immediately following such meeting and shall hold office until the conclusion of the next succeeding annual meeting of the Local Council and until their successors are elected and qualify. Vacancies in these offices occurring between annual meetings of the Local Council may be filled by the Executive Board. The Scout executive shall be appointed by and shall serve during the pleasure of the Executive Board.

The Local Council may, upon the nomination of the Executive Board, create such honorary offices and elect persons to fill the offices so created. Honorary officers shall have no duties or vote.

### PRESIDENT

SECTION 2.

The President shall serve as chairman of meetings of the Local Council, the Executive Board, and the Executive Committee and shall be a member ex officio of all committees of the Executive Board and shall perform such other functions as herein provided or as are assigned to him by the Executive Board. The President is automatically elected by the National Council to serve as a local council representative during his term of office.

### VICE-PRESIDENTS

SECTION 3.

The Vice-Presidents shall perform such functions as may be assigned to them by the Executive Board. In case of the President's inability or failure to make such designation, the Executive Board or Executive Committee may designate one of the Vice-Presidents to serve during the President's absence or inability to serve.

## TREASURER

SECTION 4.

The Treasurer shall be responsible, through methods of internal control, for the recording and deposit of all receipts of the Corporation, for the proper disbursement of its cash, and accounting for all property of the Corporation, whether real or personal, tangible or intangible, however acquired. He shall present annually to the Executive Board a statement of all income and expenses during the prior year, together with a statement of all assets, liabilities, and fund balances of the Corporation as at the end of that year, these statements first having been duly audited and certified in accordance with generally accepted auditing standards by certified public accountants or other recognized independent public accountants approved by the Executive Board or Executive Committee. A copy of such audited annual statements shall be kept available at the office of the Corporation for inspection by members of the Corporation, and a copy shall be filed with the national office of the Boy Scouts of America. He shall also present interim period reports as required by the Executive Board.

.............................. Assistant Treasurers may be appointed by and shall act during the pleasure of the Executive Board or Executive Committee.

The Treasurer and Assistant Treasurers shall be bonded.

## COUNCIL COMMISSIONER

SECTION 5.

Working in close cooperation with the Scout executive, the Council Commissioner shall—

(a) Supervise the activities of the commissioner staff and preside at council-wide meetings of district commissioners and conduct commissioner conferences.

(b) Give leadership to the recruiting and training of an adequate commissioner staff so as to provide continuing and effective commissioner service to each unit.

(c) Maintain the standards of the Boy Scouts of America, uphold national policies, promote good uniforming and the correct wearing of insignia, and give leadership to the holding of regular roundtable programs in the districts.

(d) Be concerned with the proper recognition of unit leaders and the maintenance of their morale, and periodically report unit conditions to the Executive Board.

(e) Help the district commissioners to maintain a good working relationship with related district Scout executives.

(f) Maintain procedures that will assure maximum unit charter renewal by district commissioner staffs.

The Council Commissioner shall work with the President to secure help of operating committees in meeting unit needs.

The Council Commissioner must be at least twenty-one years of age and his election is subject to approval and issuance of a commission as Council Commissioner by the Boy Scouts of America.

The Council Commissioner is automatically elected by the National Council to serve as a local council representative during his term of office.

## SCOUT EXECUTIVE

SECTION 6.

(a) The Scout executive shall be the chief executive officer of the Corporation and shall have general direction over the administrative work of the Corporation, subject to the authority and direction of the Executive Board. He shall serve as the Secretary of the Local Council, the Executive Board, its Executive Committee, all other committees of the Executive Board and district committees and shall be a member ex officio of all committees of the Executive Board without vote, except where otherwise provided.

The Scout executive may designate one or more representatives to serve in his absence as secretaries of district committees and, when necessary, committees of the Executive Board.

(b) The Scout executive shall be responsible for the administration of the Scout program within the territory

of the Corporation and for making effective within such territory the policies and programs of the Corporation in accordance with the policies of the Boy Scouts of America as from time to time announced by it.

(c) He may execute, on behalf of the Corporation, all documents, deeds, or notes duly authorized to be executed and shall be the custodian of the seal of the Corporation and may affix the same duly attested to such documents, deeds, or notes as may require it. As to notes and deeds, such countersignatures shall be required as the Executive Board may direct.†

(d) He shall assist the Treasurer in maintaining the accounting records, the budget system, and shall be responsible for preparing monthly detailed statements of all financial operations including the budget report for the information of the Treasurer and the finance committee.

(e) He may with the approval of the Executive Board delegate to any staff officer or employee authority in writing to execute such leases, contracts, and other instruments as he may deem desirable. Subject to the provisions of these Bylaws and the direction of the Executive Board, he shall have the power to appoint and remove all employees of the Corporation and to direct their work.†

(f) He shall see that notices are sent to those elected as members of the Local Council and the Executive Board and as officers of the Corporation and to those appointed as members of committees; he shall cause notices to be sent out of all meetings for which provision is made hereunder and be responsible for the minutes of all meetings of the Local Council, Executive Board, and committees of which he is Secretary.

(g) He shall be responsible for the preparation and keeping of such records as will make possible the Corporation's application for renewal of its charter. He shall submit a report at each meeting of the Executive Board relative to the work of the Corporation and to the status of the Scout movement throughout the territory of the Corporation, inviting attention to matters of particular interest and in-

†Executive Board Resolution 2 (page 38) is needed to implement (c) and (e) of this section.

forming the Executive Board concerning any problems of which the Executive Board should be advised, together with his recommendations and suggestions for the good of the movement requiring action by the Executive Board.

(h) He shall prepare an annual report covering the activities and achievements of the Corporation which, with the approval of the Executive Board, he shall present to the annual meeting of the Local Council, transmit to the national office of the Boy Scouts of America, and make public to the communities within the territory of the Corporation.

(i) The Scout executive appointed by the Executive Board must be one recommended by the Boy Scouts of America and have been commissioned as Scout executive by the Boy Scouts of America.

## NATIONAL COUNCIL MEMBERS

SECTION 7.

At its annual meeting, the Local Council of the Corporation shall elect from its active membership such number of National Council members as the Corporation is entitled to under the Bylaws of the Boy Scouts of America to hold office until the conclusion of the next annual meeting of the Local Council and until their successors are elected and qualify. National Council members shall attend the annual meeting, and any special meetings, of the National Council of the Boy Scouts of America and shall participate in its proceedings and perform such other duties as may be assigned to them by the Executive Board or the National Council of the Boy Scouts of America. As liaison officers between this Corporation and the National Council they shall –

(a) present the point of view of the Corporation to the National Council in respect to matters of national policy and procedure, and

(b) interpret to the Corporation decisions and policies of the National Council and assist the Corporation in its

Subject to Protective Order – Highly Confidential

responsibility to make effective and bring about an understanding among local Scouters of such decisions and policies of the National Council.

National Council members shall serve as members of the regional committee and shall attend all regional committee meetings and participate in the proceedings thereof. The duly elected Council President and Council Commissioner are automatically elected by the National Council to serve as local council representatives during their terms of office.

## ARTICLE VII. COMMISSIONER STAFF AND PROFESSIONAL STAFF

### COMMISSIONER STAFF

SECTION 1.

The commissioner staff may be composed of the Council Commissioner, one or more assistant council commissioners, district commissioners, assistant district commissioners, roundtable commissioners, and neighborhood commissioners. Each such Scouter shall be a man twenty-one years of age and over to whom the Boy Scouts of America has issued a commission for his respective volunteer post.

Assistant council commissioners shall be appointed by the Executive Board after considering the recommendation of the Council Commissioner. District commissioners shall be appointed by the Executive Board after considering the recommendation of the district committee and the Scout executive. Assistant district commissioners, neighborhood commissioners, and roundtable commissioners shall be appointed by the Executive Board after considering the recommendation of the district commissioner, the district committee, and the Scout executive. All the staff positions provided for in this Section except the Council Commissioner shall be appointed annually as hereafter provided subject in each case to the approval of and issuance of commissions by the Boy Scouts of America.

### ASSISTANT COUNCIL COMMISSIONERS

SECTION 2.

Assistant council commissioners shall assist the Council Commissioner in the performance of his duties in such manner as he may direct.

### DISTRICT COMMISSIONERS AND ASSISTANT DISTRICT COMMISSIONERS

SECTION 3.

District commissioners serve as members of their respective district committees and have an advisory relationship to the operating committees of their districts.

District commissioners shall serve as volunteers working in close cooperation with the Council Commissioner, the Scout executive, and his staff. The district commissioner shall —

(a) Recruit and train an adequate staff of assistant district, roundtable, and neighborhood commissioners.

(b) Coordinate and supervise the work of the assistant district, roundtable, and neighborhood commissioners of the district.

(c) Give general supervision to the planning and conducting of monthly Cub Scout and Boy Scout leader roundtables in the district.

(d) Conduct monthly meetings of the commissioner staff of the district.

(e) Supervise annual charter renewal procedures.

Assistant district commissioners shall assist the district commissioner in the performance of his duties.

Subject to Protective Order – Highly Confidential

## ROUNDTABLE COMMISSIONER

SECTION 4.

Roundtable commissioners serve under the direction of the district commissioners and are responsible for the program roundtables in the district.

## NEIGHBORHOOD COMMISSIONER

SECTION 5.

Neighborhood commissioners shall serve under the supervision and direction of the district commissioner or assigned assistant district commissioner. Neighborhood commissioners shall work with units through their respective leaders to assist in making effective their operation in accordance with established program and policy. The neighborhood commissioner shall —

(a) Be responsible for giving guidance, encouragement, and cooperative leadership to his assigned units and their chartered institutions; when practicable, he should not serve more than three units.

(b) Encourage adequate programs in the units to which he is related and assist them to maintain a high standard of accomplishment, through the use of all available resources.

(c) Keep unit leaders informed about activities of the Corporation and its districts and training opportunities, and assist them in using such helps to enrich unit program.

(d) Be responsible for annual unit charter renewal.

## PROFESSIONAL STAFF

SECTION 6.

The Corporation may employ men in professional positions who have been recommended by and commissioned as such by the Boy Scouts of America. Such members of the profes-

sional staff shall be appointed to office by the Executive Board upon the recommendation of the Scout executive and shall serve, under the direction and supervision of the Scout executive, at the pleasure of the Executive Board and the Scout executive.

Duties of members of the professional staff shall be as defined by the Scout executive with the approval of the Executive Board. They may be designated so as to indicate their respective functions, but all professional titles shall first be approved by the Boy Scouts of America.

# ARTICLE VIII. DISTRICT ORGANIZATION

## DISTRICTS

SECTION 1.

For the purpose of area service and administration, the Corporation's territory shall be divided geographically into such districts as the Executive Board may from time to time determine, subject to applicable rules and regulations of the Boy Scouts of America.

## DISTRICT COMMITTEE

SECTION 2.

The Corporation shall supervise Scouting in each district through a district committee consisting of all active members of the Local Council residing within the district and such additional members at large as the district committee may elect. The district committee and the committees of the district have no legislative authority, the purpose of the district committee being to make effective within the district policies and programs adopted by the Corporation.

## DISTRICT COMMITTEE OFFICERS

SECTION 3.

Each district committee shall subject to the approval of the Executive Board elect a chairman; shall elect one or more vice-chairmen; and shall, in consultation with the Scout executive, nominate a district commissioner for appointment by the Executive Board. The district chairman shall be nominated for election to the Executive Board in accordance with Article IV, Section 2 of these Bylaws. Assistant district commissioners, neighborhood commissioners, and roundtable commissioners may be appointed as needed in accordance with Article VII, Section 1 of these Bylaws. District chairmen and vice-chairmen shall take office immediately following their election in accordance with this Section, and shall continue in office until the next annual meeting of the district.

## MEETINGS OF THE DISTRICT COMMITTEE

SECTION 4.

The district committee shall meet monthly at such time and place, preferably within the district, as may be fixed by the committee or its chairman. The business transacted at each monthly meeting shall be concerned with service to chartered institutions and to units within the district and shall include the receiving of reports from the chairmen of various district operating committees, the Scout executive or his designee (as secretary of the district committee) and the district commissioner, and such other business as the chairman and officers and Scout executive may indicate.

The district committee meeting immediately preceding the annual meeting of the Local Council shall be the annual meeting of the district. At least ninety days prior thereto a nominating committee shall be appointed from the membership of the district committee by the district chairman which shall make nominations for district officers and members at large for election at the annual meeting of the district. At this meeting the officers and district operating committees shall present reports of the year's activities.

## DISTRICT OPERATING COMMITTEES

SECTION 5.

As provided in Article V, Section 3 of these Bylaws, each district may have operating committees of like function and name as the operating committees of the Executive Board, and each Executive Board operating committee shall include in its membership the several chairmen of the corresponding district operating committees. Each district operating committee shall be responsible for cooperating in making effective the policies and programs adopted by the Executive Board.

The chairmen of district operating committees shall be appointed by the district chairman with the approval of the district committee. The members of the district operating committees shall be appointed by the district committee, upon the recommendation of the respective committee chairman and the district chairman.

Women meeting the qualifications as set forth in Article V, Section 1 of these Bylaws may be appointed to serve on district operating committees.

# ARTICLE IX. LOCAL UNITS

## APPROVAL OF UNIT CHARTERS

SECTION 1.

The Executive Board shall review or shall authorize some committee or person to review all applications for new charters or renewal of charters by sponsors within the Corporation's territory and shall forward the recommendation with respect to each such application to the national office of the Boy Scouts of America.

## UNIT DESIGNATION

SECTION 2.

All units within the Corporation's territory shall be designated by the name of the community in which the unit is

located, by the name of the sponsor, and by a serial number assigned by the Corporation.

# ARTICLE X. FINANCES AND PROPERTY

## RAISING FUNDS

SECTION 1.

*Clause 1.* All money raised by or received for the benefit of the Corporation or a unit under its jurisdiction and all property acquired by the Corporation or such a unit shall be deemed to be received or acquired for the benefit of Scouting as interpreted and promoted by the Boy Scouts of America, in accordance with rules and procedures from time to time adopted by the Boy Scouts of America.

*Clause 2.* Subject to general rules and regulations adopted by the Boy Scouts of America, the Corporation shall control the raising and expenditure of all funds for local Scout work within the territory of the Corporation. The necessary expenses of the Corporation shall be met by funds secured by solicitation or otherwise in accordance with general rules and regulations of the Boy Scouts of America pertaining to the raising of funds for Scouting purposes.

*Clause 3.* Neither the Corporation nor any unit under its jurisdiction shall have any authority to bind the Boy Scouts of America to any financial obligation whatever.

## CONTROL OF FUNDS AND PROPERTY

SECTION 2.

**Budget**

*Clause 1.* The Executive Board shall, preceding the commencement of each fiscal year, consider and adopt a budget

of estimated expenditures by the Corporation for such fiscal year. No funds shall be expended by the Corporation during a fiscal year without the authorization of the Executive Board or the Executive Committee for any item not covered by, or in excess of the amount authorized by, the budget for such year.

**General Funds**

*Clause 2.* All funds of this Corporation or funds handled on behalf of this Corporation or the Boy Scouts of America, from whatever source and for whatever purpose received, shall be deposited to the credit of the Corporation in such depositories as shall be approved by the Executive Board, Executive Committee, or finance committee. The funds shall be disbursed only upon the authority of the Executive Board, Executive Committee, or finance committee or upon the order of officers of the Corporation duly authorized by the Executive Board, Executive Committee, or finance committee; in any event the signatures of at least two authorized persons shall be required for the disbursal of funds.

All receipts from registration fees, *Boys' Life* subscriptions, and any other funds of the Boy Scouts of America which are received by this Corporation for transmission to the Boy Scouts of America shall be carefully segregated, through bookkeeping and accounting procedures, as established by the Boy Scouts of America.

All persons having access to any funds (general or special) of the Corporation shall be bonded.

**Special Funds**

*Clause 3.* The Corporation may create special funds for specific purposes to be used in the interest of the Boy Scouts of America by the Corporation or a unit under its jurisdiction. Such special funds may be established by recordation in proper account on the books of the Corporation and shall, if required by direction of the Executive Board or the term of a gift or bequest, be vested in a bank or trust company in trust for the use of the Corporation or the unit, with the provision in the statement of the conditions governing the administering of the trust that in the event of the dissolution

of the unit or Corporation or revocation, termination, or lapse of its charter said trustee will, after satisfying any claims against such fund, turn over to the Boy Scouts of America the balance for use by the Boy Scouts of America for the benefit of Scouting in such locality and for the specific purposes for which the fund was granted. If, after a reasonable period, there is no suitable opportunity for the use of said fund in such locality, it may be used elsewhere.

### Real Estate

*Clause 4.* The Corporation may hold title to real property in its own name as long as its Articles of Incorporation expressly provide for the conveyance of such property or the net proceeds from the sale thereof to the Boy Scouts of America in the event of the dissolution of the Corporation or the revocation or termination of its charter. Title to real property acquired for the Corporation may also be vested in a bank or trust company in trust for the use of the Corporation, where appropriate in accordance with the wishes of the donor, with a provision in the trust deed that in the event of the dissolution of the Corporation or the revocation or termination of its charter, the trustee, after satisfying any claims against the Corporation to which such property may be subject, will convey said property or pay the net proceeds from a sale of the property to the Boy Scouts of America, which shall hold or use said property or funds for the benefit of Scouting in the locality in which the Corporation is located or elsewhere if after a reasonable period there is not suitable opportunity to use said property or funds in said locality.

Title to all real estate acquired for a unit under the jurisdiction of the Corporation shall be vested in (a) the name of the Corporation (if the Corporation agrees to hold title to the property), (b) the sponsor of such unit (if the sponsor is a chartered institution), or (c) a bank or trust company, in each case in trust for the use of the unit, where appropriate in accordance with the wishes of the donor, with a provision in the trust deed that in the event of the dissolution of the unit or the revocation, termination, or lapse of its charter, the trustee will, after satisfying any claim against such unit to which such real estate may be subject, hold the property

upon the instructions of the Corporation or, if so instructed, convey said property or pay the net proceeds from a sale of the property to the Corporation, which shall hold or use said property or funds for the benefit of Scouting in the locality in which the unit is located or elsewhere if, after a reasonable period, there is not a suitable opportunity to use said property or funds in such locality.

### Securities

*Clause 5.* The securities of the Corporation shall be deposited in any such deposit vault or vaults or with such bank or banks, trust company or trust companies, or such other depositories as may from time to time be designated by the Executive Board, Executive Committee, or finance committee. Access to the securities may be had as provided by resolutions of the Executive Board, Executive Committee, or finance committee and not otherwise.

### Audit

*Clause 6.* A statement of all income and expenses of the Corporation during the fiscal year and a statement of all assets, liabilities, and fund balances of the Corporation as at the end of such year shall be duly audited and certified annually in accordance with generally accepted auditing standards, by certified public accountants or other recognized independent public accountants approved by the Executive Board or Executive Committee.

## ADMINISTRATION OF UNIT FUNDS

SECTION 3.

*Clause 1.* At the request of the unit committee of any unit under the jurisdiction of the Corporation, the Treasurer may hold for such committee funds for the unit. Such funds shall be transferred, in whole or in part, to the custody of the unit or an institutional treasurer upon duly accredited authority for such transfer.

*Clause 2.* In the event of the dissolution of a unit or the revocation or lapse of its charter, the unit committee shall apply unit funds and property to the payment of unit obligations and shall turn over the surplus, if any, to the Corporation. In the case of an institutional unit, any funds or equipment which may have been secured as property of the unit shall be held in trust by the institution or the Corporation, as may be agreed upon, pending its reorganization or the development of other plans, with the approval of the Corporation, for the use of such funds and property in connection with a program for character development, citizenship training, mental and physical fitness for the boys of that institution or, by the agreement of those involved, shall be used elsewhere for the promotion of the program of the Boy Scouts of America.

# ARTICLE XI. ADDITIONAL ADMINISTRATIVE MATTERS

## INDEMNIFICATION

SECTION 1.

Any person made a party to any action, suit, or proceeding, civil or criminal, by reason of the fact that he, his testator or intestate, is or was a member of the Executive Board or committee of the Executive Board of the Corporation, or an officer or National Council member or employee of the Corporation, or a director, officer, or employee of any corporation in which he served as such at the request of the Corporation, or a member of the commissioner staff of the Corporation, or a member of a district committee or a district officer under the jurisdiction of the Corporation, may, in the discretion of the Executive Board and upon such terms and conditions as it may choose to impose, be indemnified by the Corporation against the reasonable expenses, including attorney's fees, actually and necessarily incurred by him in connection

with defense of such action, suit or proceeding, whether or not such defense shall be successful in whole or in part, or in connection with any appeal therein or any settlement thereof, except in relation to matters as to which it shall be adjudged in such action, suit or proceeding that such person is liable for negligence or misconduct in the performance of his duties. Such indemnification, if afforded, shall not be deemed exclusive of any other rights to which such persons may be entitled apart from this Section. This Section shall not be deemed to limit any power or exclude any right of the Corporation to provide any additional or other indemnity or right for any Executive Board member, officer, employee, or other person. If this Section should be invalid or ineffective in any respect, the validity and effect of the Section in any other respect shall not be affected.

## CONTRACTS, CHECKS, DRAFTS, ETC.

SECTION 2.

Except as otherwise provided by law or in these Bylaws, such officer or officers, employee or employees, or agent or agents of the Corporation as shall be specified by the Executive Board or Executive Committee shall sign, in the name and on behalf of the Corporation, all deeds, bonds, contracts, mortgages, and other instruments or documents, the execution of which shall be authorized by the Executive Board or Executive Committee; and such authority may be general or confined to specific instances.

Except as otherwise provided by law or in these Bylaws, all checks, drafts, notes, bonds, bills of exchange, or other orders, instruments, or obligations for the payment of money shall be signed by such officer or officers, employee or employees, or agent or agents of the Corporation as shall be specified by the Executive Board or Executive Committee.

## NOTICES AND WAIVERS

SECTION 3.

Whenever any notice is required by these Bylaws or by any law to be given to any member of the Local Council, member

of the Executive Board, or any committee or any officer, such notice except as otherwise provided by these Bylaws or by any law may be given personally or by telegram, cable, or radiogram addressed to such person at his or its place of business, if any, or (to the extent applicable) at such address as has been given to the Corporation as the home address of the person; or the notice may be given in writing by mail, in a sealed wrapper, postage prepaid, addressed to such person at such address. Any notice given by telegram, cable, or radiogram shall be deemed to be given when it shall have been delivered for transmission and any notice given by mail shall be deemed to have been given when it shall have been deposited in a post office, in a regularly maintained letter box or with a postal carrier. A waiver of any such notice in writing, signed by the person entitled to such notice in writing, as required, shall be deemed the equivalent thereof; and the presence at any meeting of any person entitled to notice thereof shall be deemed a waiver of such notice as to such person.

## ACTION WITHOUT A MEETING

SECTION 4.

Except to the extent otherwise restricted by any applicable law, any action required or permitted to be taken at any meeting of the Executive Board or any committee thereof may be taken without a meeting if prior to such action a written consent thereto is signed by all members of the Executive Board or committee and such written consent is filed with the minutes of the proceedings of the Executive Board or committee.

## FISCAL YEAR

SECTION 5.

The fiscal year of the Corporation shall be the calendar year.

## SEAL†

SECTION 6.

The seal of the Corporation shall be in the form of a circle enclosing the universal badge with the motto Be Prepared underneath this badge and the words "......................Council of Boy Scouts of America ..................(, Inc.*)" around the circle and shall be used only as authorized.

†A seal may be ordered from the Supply Division, No. 5957—$17.50.
*If part of corporation name.

## AMENDMENT

SECTION 7.

These Bylaws may be amended at any meeting of the Executive Board, upon the recommendation of the Executive Committee of the Executive Board or when the proposed amendment has been sent to members of the Executive Board at least fifteen days in advance of the meeting. All amendments to these Bylaws must first be approved by the national office of the Boy Scouts of America before being submitted to the Executive Board for adoption.

# EXECUTIVE BOARD RESOLUTIONS

RESOLUTION 1.—*This resolution implements Article V, Sections 3 and 4 (pages 17 and 18).*

**Operating and Planning Committees of the Executive Board**

*Resolved,* That the following operating committees of the Executive Board shall be appointed: (list the desired committees). Their duties and responsibilities shall be as set forth in the official and applicable literature of the Boy Scouts of America; and be it further

*Resolved*, That the following planning committees of the Executive Board shall be appointed: (list the desired committees). Their duties and responsibilities shall be as set forth in the official and applicable literature of the Boy Scouts of America.

Types of committees that will be approved:

Operating — advancement, activities, camping, camping and activities, finance, Exploring, health and safety, leadership training, organization and extension, and public relations.

Planning — long-range planning, relationships, camp development, and properties.

RESOLUTION 2.—*This resolution implements Article VI, Section 6 (c) and (e) (page 22).*

**Authority of Scout Executive and Members of Professional Staff**

*Resolved*, That subject to any limitation imposed by law, the Bylaws, or any resolution of the Executive Board or Executive Committee, the Scout executive, or any member of his professional staff to whom he has delegated in writing authority with respect to the matter, be and hereby is authorized and empowered, for and on behalf of the Corporation and in its name, to deliver, enter into, acknowledge, cancel, and revoke any and all agreements, conveyances, mortgages, powers of attorney, or other instruments which are incident to the carrying on, in the normal course, of the regular affairs of the Corporation; and be it further

*Resolved*, That subject to any limitation imposed by law, the Bylaws, or any resolution of the Executive Board or Executive Committee, the Scout executive, and the Treasurer, be and hereby are and each of them hereby is authorized and empowered, for and on behalf of the Corporation and in its name, to deliver, execute, acknowledge, and pay any fees connected with any and all applications, reports, returns, or other instruments required by any governmental authority, which are incident to the carrying on, in the normal course, of the regular affairs of the Corporation.

# INDEX

A

Active members, 7
Activities committee, 17, 38
Address of Corporation, 3
Advancement committee, 17, 38
Advancement procedures, 6
Advisory Council, 15
Amendment
  Articles of Incorporation, 4
  Bylaws, 37
Annual Meetings
  District, 28
  Local Council, 10, 12
Annual Report of Corporation, 23
Appointment of committees, 15, 29
Appointment of officers, 18
Assistant council commissioners, 25
Assistant district commissioners, 25
Assistant treasurers, 20
Associate members, 8
Attendance at meetings, 11
Audit, 33

B

*Boys' Life* subscriptions, 31
Budget, 30

C

Camp development committee, 38
Camping and activities committee, 17, 38
Camping committee, 17, 38
Charter renewal, 22, 26, 29
Charter, unit, 29
Checks, 35
Commissioner, Council, 20, 24
Commissioner staff, 24
Committee on program and resolutions, 12
Committees of Executive Board, 15
Committees, operating, 17, 38
Committees, planning, 18, 38
Contracts, 35
Corporation, 1
  Chief executive officer, 21
Council Commissioner, 20, 24
Council President, 19

D

Dissolution
  Corporation, 4
  Unit, 34
District commissioners and assistants, 25
District committee, 27
District committee officers, 28
District operating committees, 29
District organization, 27
Drafts, 35
Duration of Corporation, 1

E

Election and term
  Active members, 9
  Associate and honorary members, 9
  Executive Board, 13
  Officers, 18
Executive Board, 3
  Action without a meeting, 36
  Meetings, 14
  Resolutions, 16, 37, 38
Executive Committee, 16
  Meetings, 17
  Membership, 16
Exploring committee, 17, 38

F

Facilities, 6
  Camp, 6
  Explorer, 6
Finance committee, 17, 38
Finances, 30
Fiscal year, 36
Funds, 30
  *Boys' Life* subscriptions, 31
  Control of, 30
  Expenses, 30
  General, 31
  Raising, 30
  Registration fees, 31
  Special, 31
  Unit, 33

H

Health and safety committee, 17, 38
Honorary members, 8, 9
Honorary officers, 19

I

Incorporators, 3
Indemnification, 34
Insignia, 6
Institutional representative, 7, 8, 9

L

Leaders, 6
Leadership training committee, 17, 38
Local Council
  Classes, 7
  Meetings, 10
  Members, 7, 10, 16
  Representative, 19, 21

Number, 7
Qualifications, 7
Long-range planning committee, 38

M

Meetings of district committee, 28
Meetings of Executive Board, 14
Meetings of Executive Committee, 16
Meetings of Local Council, 10
Members at large, 7, 8, 10, 16
Members of Corporation, 2
Members of Executive Board, 3, 13
Members of operating committees, 16, 29
Members of planning committees, 16

N

Name of Corporation, 1, 5
National Council members, 10, 23, 24
Neighborhood commissioner, 26
Nominating committee, 12
Nonprofit organization, 1, 2
Notice of meetings, 11, 12
Notices, 35

O

Officers of Corporation, 18
Operating committees, 17
Membership, 16, 29
Powers and responsibilities, 16, 37
Organization and extension committee, 17, 38
Outdoor program, 6

P

Planning committees, 16
Membership, 16
Powers and responsibilities, 16, 37
Policies, 1
Powers and functions of Executive Board, 13
Powers and functions of Executive Committee, 16
Powers of Corporation, 2
President, Council, 19
Principles, 1
Professional staff, 26, 38
Program promotion, 6
Properties committee, 38
Property, 30
Protection of uniform and insignia, 6
Public relations committee, 17, 38
Purpose of Corporation, 1, 5

Q

Quorum
Executive Board, 14
Local Council, 11

R

Raising funds, 30
Real estate, 32
Recognition of unit leaders, 21
Registration fees, 31
Relationships committee, 38
Responsibilities, 6
Roundtable commissioner, 26
Roundtables, 25

S

Scout distributors, 7
Scout executive, 19, 21, 38
Seal, 37
Custodian of, 22
Secretary, 19, 21
Securities, 33
Special funds, 31
Special meetings of Local Council, 10
Sponsor assistance, 6
Sustaining members, 8

T

Terms of offices, 19
Treasurer and assistants, 20

U

Uniforms, 6
Units
Charters, 29
Designation, 29
Funds, 33
Leaders, 6

V

Vacancies
Active membership, 9
Executive Board, 13
Officers, 19
Vice-Presidents, 19
Voting
Executive Board, 14
Local Council, 11

W

Waivers, 35
Women
Appointment, 16, 29
Qualifications, 16

Subject to Protective Order – Highly Confidential

BSA-PLAN_00434961

Subject to Protective Order – Highly Confidential BSA-PLAN_00434962

SA 0133



ARCHIVES PROPERTY
DO NOT TAKE
LOCAL COUNCIL
ARTICLES OF INCORPORATION AND BYLAWS

# BOY SCOUTS OF AMERICA

Subject to Protective Order – Highly Confidential BSA-PLAN_00435024

SA 0134

Revisions made in **Local Council Articles of Incorporation and Bylaws** since the 1969 edition:

**Bylaws Revisions in 1970 printing—**

Article III, Section 3, Clause 3
Article IV, Section 3
Article X, Section 2, Clause 4

**Bylaws Revisions in 1971 printing—**

Article V, Section 3
Article VI, Section 2
Article VI, Section 5
Article VI, Section 7
Executive Board Resolution 1

**Bylaws Revisions in 1972 printing—**

Article III, Section 3, Clause 1
Article III, Section 3, Clause 2
Article III, Section 3, Clause 3
Article VII, Section 1
Article VII, Section 3, (a) and (b)
Article VII, Section 4
Article VIII, Section 3
Article X, Section 2, Clause 2

**Amendments to**

# ARTICLES OF INCORPORATION AND BYLAWS

Amendments made in **Local Council Articles of Incorporation and Bylaws**, No. 3736, in October 1972.

Articles of Incorporation—Article Six (Page 3)

Bylaws—Article III, Section 2, Clause 1 (Page 10)

Bylaws—Article IV, Section 2 (Page 15)

Bylaws—Article VII, Section 1 (Page 27)

**ARTICLES OF INCORPORATION—Article Six (Page 3)**

## ARTICLE SIX. MEMBERS

The Corporation shall have one or more classes of members, as provided in the Bylaws of the Corporation, and may have honorary members.

Each active, associate, or honorary member of the Corporation shall be a citizen of the United States of America or have taken the preliminary steps to becoming a citizen of the United States of America, (a) has subscribed to the Scout Oath and Law and the Bylaws of the Boy Scouts of America, (b) has been registered by the Boy Scouts of America in accordance with its Bylaws, and (c) otherwise meets all qualifications for membership from time to time established by the Boy Scouts of America.

**BYLAWS—Article III, Section 2, Clause 1 (Page 10)**

### ELECTION AND TERM: VACANCIES

SECTION 2.

**Active Members**

*Clause 1.* Institutional representatives shall become active members of the Local Council upon their election or appointment by the sponsoring organization or group and upon their being registered by the Boy Scouts of America as institutional representatives; they shall continue to be active members for such period as such organization or group shall desire but in any event only during such time as such organization or group shall continue to hold a charter from the Boy Scouts of America to sponsor a unit.

Each member at large shall be elected at the annual meeting of the Local Council by the active members then in office, shall take office immediately following such meeting, and shall hold office until the conclusion of the next succeeding annual meeting of the Local Council.

**BYLAWS—Article IV, Section 2 (Page 15)**

### MEMBERSHIP

SECTION 2.

The Executive Board of the Corporation shall consist of (a) not fewer than ............. nor more than ............. regular members elected by the Local Council from among its active members,* (b) the officers of the Corporation other than the Scout executive, (c) the chairmen of the operating and planning committees of the Executive Board, (d) the chairmen of the several district committees, upon their being approved by the Executive Board, and (e) not more than ..................... youth members, who shall be registered Explorers or Scouts appointed by the Council President with the approval of the Executive Board to serve for a term of one year.

*Where practicable, it is suggested that the Executive Board have no more than fifty regular members.

**BYLAWS—Article VII, Section 1 (Page 27)**

### COMMISSIONER STAFF

SECTION 1.

The commissioner staff may be composed of the Council Commissioner, one or more assistant council commissioners, district commissioners, assistant district commissioners, roundtable commissioners, assistant roundtable commissioners, and unit commissioners. Each such Scouter shall be a man —with the exception of a unit commissioner for Cub Scouting or a Cub roundtable commissioner who may be a woman— twenty-one years of age or over to whom the Boy Scouts of America has issued a commission for a respective volunteer post.

Assistant council commissioners shall be appointed by the Executive Board after considering the recommendation of the

Council Commissioner. District commissioners shall be appointed by the Executive Board after considering the recommendation of the district committee and the Scout executive. Assistant district commissioners, neighborhood commissioners, roundtable commissioners, and assistant roundtable commissioners shall be appointed by the Executive Board after considering the recommendation of the district commissioner, the district committee, and the Scout executive. All the staff positions provided for in this Section except the Council Commissioner shall be appointed annually as hereafter provided subject in each case to the approval of and issuance of commissions by the Boy Scouts of America.

# LOCAL COUNCIL

# ARTICLES OF INCORPORATION AND BYLAWS

1972 PRINTING

Copyright 1968
BOY SCOUTS OF AMERICA
North Brunswick, N.J.
No. 3736 Printed in U.S.A. 3.7M1071

70¢

# TABLE OF CONTENTS

## ARTICLES OF INCORPORATION

**Article One. Name** 1
**Article Two. Duration** 1
**Article Three. Purposes** 1
**Article Four. Principles and Policies** 2
**Article Five. Powers** 2
**Article Six. Members** 3
**Article Seven. Executive Board** 3
**Article Eight. Address** 4
**Article Nine. Incorporators** 4
**Article Ten. Dissolution** 4
**Article Eleven. Amendment** 5

## BYLAWS

**Article I. Name** 6

**Article II. Purpose and Responsibilities** 6

Section 1. Purpose 6
Section 2. Responsibilities 7

**Article III. Members of the Local Council** 8

Section 1. Number, Classes, and Qualifications 8
Section 2. Election and Term; Vacancies 10
Section 3. Meetings; Quorum; Voting 11
Section 4. Nominating Committee of the Local Council 14
Section 5. Committee on Program and Resolutions 14

**Article IV. The Executive Board** 15

Section 1. Powers and Functions 15
Section 2. Membership 15
Section 3. Election and Term; Vacancies 15
Section 4. Meetings; Quorum; Voting 16
Section 5. Advisory Council 17

**Article V. Committees of the Executive Board** 18

Section 1. Committees; Appointment 18
Section 2. Executive Committee 19
Section 3. Operating Committees 19
Section 4. Planning Committees 20

**Article VI. Officers and National Council Members** 21

Section 1. Officers; Elections and Appointment 21
Section 2. President 22
Section 3. Vice-Presidents 22
Section 4. Treasurer 22
Section 5. Council Commissioner 23
Section 6. Scout Executive 24
Section 7. National Council Members 26

**Article VII. Commissioner Staff and Professional Staff** 27

Section 1. Commissioner Staff 27
Section 2. Assistant Council Commissioners 27

Section 3. District Commissioners and Assistant District Commissioners 28
Section 4. Roundtable Commissioner 28
Section 5. Neighborhood Commissioner 29
Section 6. Professional Staff 29

**Article VIII. District Organization 30**

Section 1. Districts 30
Section 2. District Committee 30
Section 3. District Committee Officers 30
Section 4. Meetings of the District Committee 31
Section 5. District Operating Committees 32

**Article IX. Local Units 32**

Section 1. Approval of Unit Charters 32
Section 2. Unit Designation 32

**Article X. Finances and Property 33**

Section 1. Raising Funds 33
Section 2. Control of Funds and Property 33
Section 3. Administration of Unit Funds 37

**Article XI. Additional Administrative Matters 37**

Section 1. Indemnification 37
Section 2. Contracts, Checks, Drafts, etc. 38
Section 3. Notices and Waivers 39
Section 4. Action Without a Meeting 40
Section 5. Fiscal Year 40
Section 6. Seal 40
Section 7. Amendment 41

**Executive Board Resolutions 41**

# ARTICLES OF INCORPORATION

## ARTICLE ONE. NAME

The name of the corporation is ................................................

Council of Boy Scouts of America, ............................. (Inc.*)

*If required by State law.

## ARTICLE TWO. DURATION

The Corporation shall have perpetual existence but shall take such action as may be necessary to dissolve in the event of the revocation or termination of its charter from the Boy Scouts of America, a corporation organized under Act of Congress.

## ARTICLE THREE. PURPOSES

The Corporation shall promote, within the territory covered by the charter from time to time granted it by the Boy

Scouts of America and in accordance with the Congressional Charter, Bylaws, policies and regulations of the Boy Scouts of America, the Scout program of promoting the ability of boys to do things for themselves and others, training them in Scoutcraft, and teaching them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by the Boy Scouts of America.

## ARTICLE FOUR. PRINCIPLES AND POLICIES

The Corporation shall be operated as a nonprofit corporation exclusively for charitable ........................ (and educational*) purposes within the meaning of Section 501 of the Internal Revenue Code of 1954, as from time to time amended.

The Corporation shall at all times maintain the principles and policies of the Boy Scouts of America, as set forth in detail in the Bylaws of the Boy Scouts of America and its regulations, as set forth in official handbooks or as may be announced by the Boy Scouts of America from time to time, specifically restricting the leadership to those persons who are willing to subscribe to the declarations of principles therein set forth and to the Scout Oath and Law and who otherwise are qualified to receive certificates of leadership.

*Include where permitted by State tax law.

## ARTICLE FIVE. POWERS

The Corporation shall have and may exercise (in a manner consistent with the Congressional Charter, Bylaws, policies and regulations of the Boy Scouts of America) all powers given to nonprofit corporations under the ..................................
(insert name of State nonprofit corporation law)

................................ In addition ..................................................
(here set forth specific powers Corporation is to enjoy if attorney for Corpora-
..........................................................................................................
tion advises enumeration of specific powers is required or advisable under State
..........................................................................................................
law and the Boy Scouts of America approves powers listed)

## ARTICLE SIX. MEMBERS

The Corporation shall have one or more classes of members, as provided in the Bylaws of the Corporation, and may have honorary members.

Each active, associate or honorary member of the Corporation shall be a man twenty-one years of age or over who (a) is a citizen of the United States or who has legally declared his intention to become a citizen of the United States, (b) has subscribed to the Scout Oath and Law and Bylaws of the Boy Scouts of America, (c) has been registered by the Boy Scouts of America in accordance with its Bylaws, and (d) otherwise meets all qualifications for membership from time to time established by the Boy Scouts of America.

## ARTICLE SEVEN. EXECUTIVE BOARD

The Executive Board of the Corporation shall be composed of such number of persons, in no event fewer than ................. nor more than ......................., who shall be elected in such manner, as prescribed in the Bylaws of the Corporation. The initial Executive Board shall be composed of ........................ members. The names and addresses of the persons who are

to serve as the initial Executive Board of the Corporation until the first annual meeting of the members of the Corporation and until their successors are elected and qualify are—

| Name | Address |
|---|---|
| ........................................ | ........................................ |
| ........................................ | ........................................ |
| ........................................ | ........................................ |
| ........................................ | ........................................ |

## ARTICLE EIGHT. ADDRESS

The address of the initial registered office of the Corporation is ................................................. and the name of its initial registered agent at such address is ................................

## ARTICLE NINE. INCORPORATORS

The name and address of each incorporator is —

| Name | Address |
|---|---|
| ........................................ | ........................................ |
| ........................................ | ........................................ |
| ........................................ | ........................................ |
| ........................................ | ........................................ |

## ARTICLE TEN. DISSOLUTION

The property and assets of the Corporation are irrevocably dedicated to the charitable .......................... (and educational*) purposes of carrying out the program of the Boy Scouts of America. In the event of the dissolution or final liquidation of the Corporation or upon the revocation or termination of its charter from the Boy Scouts of America, none of such property or assets or the proceeds therefrom shall inure to the benefit of any individual but shall, after all liabilities and obligations of the Corporation have been paid or satisfied or provision otherwise made therefor, be distributed (a) to another local council of the Boy Scouts of America as specified by the Boy Scouts of America to be used for charitable ............................ (and educational*) purposes, or (b) in the absence of such specification, to the Boy Scouts of America itself to be used for charitable ........................ (and educational*) purposes, it being contemplated that in either instance such property and assets shall continue to be devoted to the furtherance of Scouting in ........................................................ (State or States)†

*Include where permitted by State tax law.

†On occasion it is desirable, in order to strengthen the Scout movement or facilitate its administration, that two or more local councils merge or consolidate. The procedure to be followed in effecting such a merger or consolidation, which can only be carried out with the approval of the national office of the Boy Scouts of America, is governed by applicable State law which usually requires approval of the merger or consolidation by the Executive Board and members of the affected Local Councils.

## ARTICLE ELEVEN. AMENDMENT

These Articles of Incorporation may be amended by the majority vote of the members having the right to vote present at a duly called meeting of the members of the Corporation at which a quorum is present and of which at least twenty days written notice has been given, the notice for which has been accompanied by the text of the proposed amendment or amendments, provided, however, that no amendment to these Articles of Incorporation shall be effective unless first presented to and approved by (a) the Executive Board of the Corporation and (b) an authorized official at the national office of the Boy Scouts of America.

# BYLAWS

## ARTICLE I. NAME

The name of the corporation is .............................................. Council of Boy Scouts of America, ........................... (Inc.*) sometimes referred to in these Bylaws as the "Corporation."

*If required by State law.

## ARTICLE II. PURPOSE AND RESPONSIBILITIES

### PURPOSE

SECTION 1.

The Corporation shall promote, within the territory covered by the charter from time to time granted it by the Boy Scouts of America and in accordance with the Congressional Charter, Bylaws, policies and regulations of the Boy Scouts of America, the Scout program of promoting the ability of boys to do things for themselves and others, training them in Scoutcraft, and teaching them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by the Boy Scouts of America. In achieving this purpose, emphasis shall be placed upon the educational program of the Boy Scouts of America and the oaths, promises, and codes of the Scout program for character development, citizenship training, mental and physical fitness.

*Reference:* Articles of Incorporation, Article Three

The Corporation shall fulfill the basic purpose of the Scout movement within its territory, making Scout training available to all boys and serving organizations and institutions using the Scout program while maintaining standards and policies, protecting official badges and insignia, and providing adequate leadership and finances.

### RESPONSIBILITIES

SECTION 2.

The responsibilities of the Corporation shall be controlled and directed by the Boy Scouts of America through its Bylaws and rules and regulations promulgated by it.

*Clause 1.* It shall be the duty of the Corporation to promote the program of Scouting through the organization and registration annually of units and their personnel; also to provide leadership and supervision of all program activities, within the territory covered by its charter, in such a manner as to ensure compliance with the provisions of the Bylaws of the Boy Scouts of America and the regulations thereof.

*Clause 2.* The Corporation shall guard against the use of the official uniform and insignia by persons not officially registered with the Boy Scouts of America and shall bring to the attention of the Boy Scouts of America any violation of regulations not within its power to prevent or any attempt to commercialize the Scout movement.

*Clause 3.* The Corporation shall through its Scout executive or other representatives make the benefits of the Scout program known to all agencies or institutions having contact with boy life and cooperate in the organization of units so that boys and young men may have the benefit of the Scout program.

The Corporation shall provide means for assisting sponsors in securing and training qualified persons to serve as unit

leaders and assistants. The Corporation shall provide facilities and leadership in order that Boy Scouts under its jurisdiction may have the opportunity to have a year-round outdoor program totaling at least ten days and nights of hike, overnight camp, camporee, and summer camp experiences, with adequate facilities and supervision.

*Clause 4.* The Corporation shall endeavor to provide facilities and leadership in order that Explorers under its jurisdiction may have the opportunity to participate in at least five days and five nights of trips and Explorer activities away from home each year.

*Clause 5.* The Corporation shall provide procedures for advancement in order that Cub Scouts, Boy Scouts, and Explorers may meet the various requirements of rank as authorized by the Boy Scouts of America, under such conditions as will reduce to a minimum the necessity of traveling a great distance from home or of interfering with schoolwork or home duties.

*Clause 6.* The Corporation shall recommend to the Boy Scouts of America stores located within its territory which the Boy Scouts of America may appoint as authorized distributors of official uniforms, literature, and equipment in such territory. A sufficient number of stores of the type prescribed by the Boy Scouts of America shall be so proposed so that Scouts and Scouters in such territory may be served conveniently.

# ARTICLE III. MEMBERS OF THE LOCAL COUNCIL

## NUMBER, CLASSES, AND QUALIFICATIONS

SECTION 1.

The corporate membership of the Corporation shall be composed of active members and may also include associate

members and honorary members; the corporate membership shall be known and designated collectively as the Local Council of the Corporation. All active, associate and honorary members must meet the membership qualifications established by Article Six of the Corporation's Articles of Incorporation. The Corporation also may enroll sustaining members pursuant to Clause 3 of this Section. Sustaining members shall not be part of the corporate membership of the Corporation unless elected as associate members pursuant to Clause 2.

### Active Members

*Clause 1.* The active membership of the Local Council shall consist of institutional representatives and members at large. Institutional representatives shall represent institutions or groups of citizens sponsoring units. Each institution or group of citizens to which a charter is granted by the Boy Scouts of America to sponsor one or more recognized Scout units shall elect or appoint a representative, who shall be other than the unit leader or assistant unit leader, as a member of the Local Council.

Members at large of the Local Council shall include men chosen from the various business, civic, educational, labor, professional, social, and religious interests of the communities in the Corporation's territory.

The Local Council shall have not fewer than ............. active members. At all times institutional representatives shall constitute a majority of the active membership of the Local Council.

### Associate Members

*Clause 2.* The active members of the Local Council may elect as associate members of the Local Council men desiring to maintain an active Scouter membership without assignment to active service. Associate members shall have no vote but may wear the uniform and insignia of laymen without office.

ing members at large, associate and honorary members of the Local Council, National Council members, regular members of the Executive Board, and officers of the Corporation other than the Scout executive, (c) receiving and approving financial statements showing the financial position of the Corporation as of the close of its most recent complete fiscal year and the results of operations during such year, and (d) transacting such other business as may come before the meeting.

### Other Regular Meetings

*Clause 2.* In addition to the annual meeting, the Local Council may have such other regular meetings as may be established by resolution of the Executive Board of the Corporation. Each regular meeting shall be held at such place within the Corporation's territory, or on property that is owned or leased by the Corporation that is not located within the Corporation's territory, as the President or the Executive Board may specify.

### Special Meetings

*Clause 3.* Special meetings of the Local Council may be called by the President or the Executive Board at any time and shall be called within sixty days upon the request in writing of at least one-fifth of the active members of the Local Council (such request specifying the object of the special meeting). Special meetings shall be held at such place within the Corporation's territory, or on property that is owned or leased by the Corporation that is not located within the Corporation's territory, as the President or Executive Board may specify except that a special meeting called to consider a proposal to merge or consolidate with one or more corporations which are chartered Local Councils of the Boy Scouts of America may, to the extent permitted by law, be held in the territory of one of such other corporations if the President or the Executive Board shall so specify.

### Notice

*Clause 4.* A written notice of any meeting of the Local Council, regular or special, shall be mailed to each member of the Local Council who is entitled to attend the meeting at least twenty days in advance thereof and shall indicate the time and place of and the business to be transacted at the meeting.

### Quorum

*Clause 5.* One-fifth of the active members of the Local Council then in office shall constitute a quorum for all purposes.

### Attendance at Meetings; Voting

*Clause 6.* All active, honorary, and associate members of the Local Council shall be entitled to attend any meeting of the Local Council. The Local Council may invite other persons to attend Local Council meetings but such persons shall have no vote. Each active member of the Local Council present at a Local Council meeting shall be entitled to one vote and voting by proxy shall not be permitted. Except in the case of elections where voting shall be by ballot, voting at a meeting of the Local Council may be by ballot, voice or show of hands as the chairman of the meeting may rule unless otherwise determined by the members entitled to vote. Unless otherwise required by law, the Articles of Incorporation or these Bylaws, any question (other than elections) presented to a meeting of the Local Council at which a quorum is present shall be determined by a majority of those actually voting; elections shall be determined by plurality of those actually voting.

## NOMINATING COMMITTEE OF THE LOCAL COUNCIL

SECTION 4.

At least ninety days prior to the annual meeting of the Local Council, the President shall appoint, with the approval of the Executive Board, not fewer than three active members of the Local Council to serve as a nominating committee. At the annual meeting of the Local Council the nominating committee shall nominate persons to be elected as members at large of the Local Council, associate and honorary members of the Local Council, regular members of the Executive Board, National Council members, and officers of the Corporation other than the Scout executive. The notice of the annual meeting mailed to members of the Local Council shall announce the membership of the nominating committee so that active members of the Local Council may make recommendations of possible nominees to the committee for its consideration. All recommendations to the committee shall be made in writing at least fifteen days prior to the meeting.

## COMMITTEE ON PROGRAM AND RESOLUTIONS

SECTION 5.

At least sixty days prior to each regular meeting of the Local Council including the annual meeting, the President may appoint, with the approval of the Executive Board, not fewer than three nor more than five active members of the Local Council to serve as a committee on program and resolutions for the next regular Local Council meeting. The notice of such meeting mailed to members of the Local Council shall announce the membership of this committee and shall invite suggestions from each active member of the Local Council for the arrangement of the program and resolutions to be considered at the meeting. All suggestions to the committee shall be in writing. The committee shall consider and present to the meeting of the Local Council or to the appropriate committee of the Executive Board with recommendations, all suggestions made to it at least five days prior to the meeting or which it itself proposes for consideration and action. If a

committee on program and resolutions is appointed, no resolution shall be considered at any regular meeting of the Local Council unless it has first been presented to or proposed by the committee in accordance with this Section.

# ARTICLE IV. THE EXECUTIVE BOARD

## POWERS AND FUNCTIONS

SECTION 1.

The Executive Board shall be the governing body of the Corporation and shall manage its affairs. The Executive Board shall be the local reviewing authority with respect to matters within the Scout movement which arise in the territory of the Corporation.

## MEMBERSHIP

SECTION 2.

The Executive Board of the Corporation shall consist of (a) not fewer than ............. nor more than ............. regular members elected by the Local Council from among its active members,* (b) the officers of the Corporation other than the Scout executive, (c) the chairmen of the operating and planning committees of the Executive Board, and (d) upon their being approved by the Executive Board, the chairmen of the several district committees.

*Where practicable, it is suggested that the Executive Board have no more than fifty regular members.

## ELECTION AND TERM: VACANCIES

SECTION 3.

Regular members of the Executive Board shall be elected at the annual meeting of the Local Council, shall take office im-

mediately following such meeting, and shall continue in office until the conclusion of the next succeeding annual meeting of the Local Council and until their respective successors are elected and qualify. Chairmen of operating and planning committees take office as members of the Executive Board upon their being appointed by the President and approved by the Executive Board. District chairmen take office as members of the Executive Board upon their being approved by the Executive Board.

Upon the death, resignation, removal, or failure to qualify as a member of the Executive Board of any regular member or officer, the Executive Board may elect an eligible person to fill the vacancy so created for the unexpired period of the term of office.

## MEETINGS: QUORUM: VOTING

SECTION 4.

The Executive Board shall meet at such time and place as the Executive Board may direct and in any event at least ............... times annually including an organizational meeting as soon as practicable following the annual meeting of the Local Council. It shall be the general practice of the Executive Board to meet monthly. Special meetings of the Executive Board may be called by the Executive Committee of the Executive Board or by the President and shall be called within thirty days upon the written request of at least one-fifth of the members of the Executive Board (which request shall specify the purpose of such special meeting). A notice of each meeting of the Executive Board shall be mailed to each member at least five days in advance of the meeting.

One-third of the members of the Executive Board shall constitute a quorum for all purposes.

Unless otherwise required by law, the Articles of Incorporation or these Bylaws, all questions (except elections and appointments) presented to a meeting of the Executive Board

at which a quorum is present shall be decided by a majority of those actually voting; elections or appointments shall be decided by a plurality of those actually voting.

Any regular member of the Executive Board who fails to attend two meetings of the Executive Board in any one year shall not be eligible for reelection as a regular member of the Executive Board for the ensuing term, provided, however, that the Executive Board may excuse absences and any absence so excused shall be counted as a meeting attended.

## ADVISORY COUNCIL

SECTION 5.

No member of the Executive Board, other than a person who is a member of the Executive Board on January 1, ........*, shall continue to serve as such after the annual meeting of the Local Council next occurring after he has attained the age of seventy years. There shall be an Advisory Council to the Executive Board composed of (a) all officers or regular members of the Executive Board who, having served upon the Executive Board not less than five years, attain or have attained the age of seventy years, (b) other officers or regular members of the Executive Board who retire after having served upon the Executive Board for at least five years, are willing to continue their relationship with the Corporation in an advisory or consulting capacity to the Executive Board and are elected to membership on the Advisory Council by a two-thirds vote of the members of the Executive Board present at any meeting, and (c) such other men who, being unable to devote time to Scouting on a regular basis, wish to serve Scouting upon special assignment and are elected to membership on the Advisory Council by a two-thirds vote of the members of the Executive Board present at any meeting. Members of the Advisory Council shall be entitled to receive notice of and to attend all meetings of the Executive Board but shall have no vote.

*Insert the year following the year in which these Bylaws are adopted.

and extension, a committee on leadership training, a committee on advancement, a committee or committees on camping and activities, a committee on health and safety, a committee on finance, a committee on Exploring, and a committee on public relations. However, the Executive Board may by resolution, in situations where it believes local conditions warrant, combine two or more of the foregoing operating committees or divide the functions of any of such committees among two or more such committees as may be authorized by the Boy Scouts of America in handbooks or other announcements.

The operating committees of the Executive Board shall be so organized as to provide for the coordination of their work throughout the entire territory of the Corporation. Each district of the Corporation may have operating committees of like name and function as authorized by the Executive Board. Each Executive Board operating committee shall include in its membership the chairmen of the corresponding district operating committees as provided for in Article V, Section 1 of these Bylaws. The Executive Board's operating committees shall be concerned with the development of policy, program, and procedures as approved by the Executive Board in the interest of the uniform development and extension of Scouting throughout the territory of the Corporation. The Executive Board's operating committees shall, through the representative members of operating committees for each district where they exist, make certain that the district operating committees of like name and function operate in making effective the policies, programs, and procedures as adopted.

The operating committees shall function throughout the year, meeting as often as may be necessary in the judgment of the committee chairman, President, or Scout executive.

### PLANNING COMMITTEES†

SECTION 4.

The planning committees of the Executive Board shall serve in a cooperative and advisory capacity to the Executive Board,

†Executive Board Resolution 1 (page 41) is needed to implement this section.

its operating committees and officers of the Corporation, in their respective fields of activity. Planning committees shall be guided by the program material made available by the national office of the Boy Scouts of America and shall make recommendations in light of their experience and knowledge of local conditions.

The planning committees shall not be duplicated in the districts and shall meet only as often as there is a specific task to be performed.

## ARTICLE VI. OFFICERS AND NATIONAL COUNCIL MEMBERS

### OFFICERS: ELECTIONS AND APPOINTMENT

SECTION 1.

The officers of the Corporation shall be a President, ............. Vice-Presidents, a Treasurer, a Council Commissioner, and a Scout executive who shall also fill the office of Secretary. The officers, with the exception of the Scout executive, shall be elected from the active membership of the Local Council at the annual meeting of the Local Council, shall take office immediately following such meeting and shall hold office until the conclusion of the next succeeding annual meeting of the Local Council and until their successors are elected and qualify. Vacancies in these offices occurring between annual meetings of the Local Council may be filled by the Executive Board. The Scout executive shall be appointed by and shall serve during the pleasure of the Executive Board.

The Local Council may, upon the nomination of the Executive Board, create such honorary offices and elect persons to fill the offices so created. Honorary officers shall have no duties or vote.

## PRESIDENT

SECTION 2.

The President shall serve as chairman of meetings of the Local Council, the Executive Board, and the Executive Committee and shall be a member ex officio of all committees of the Executive Board and shall perform such other functions as herein provided or as are assigned to him by the Executive Board. The President is automatically elected by the National Council to serve as a local council representative during his term of office.

## VICE-PRESIDENTS

SECTION 3.

The Vice-Presidents shall perform such functions as may be assigned to them by the Executive Board. In case of the President's inability or failure to make such designation, the Executive Board or Executive Committee may designate one of the Vice-Presidents to serve during the President's absence or inability to serve.

## TREASURER

SECTION 4.

The Treasurer shall be responsible, through methods of internal control, for the recording and deposit of all receipts of the Corporation, for the proper disbursement of its cash, and accounting for all property of the Corporation, whether real or personal, tangible or intangible, however acquired. He shall present annually to the Executive Board a statement of all income and expenses during the prior year, together with a statement of all assets, liabilities, and fund balances of the Corporation as at the end of that year, these statements first having been duly audited and certified in accordance with generally accepted auditing standards by certified public accountants or other recognized independent public accountants approved by the Executive Board or Executive Committee. A copy of such audited annual statements shall be kept available at the office of the Corporation for inspection by members of the Corporation, and a copy shall be filed with the national office of the Boy Scouts of America. He shall also present interim period reports as required by the Executive Board.

............................ Assistant Treasurers may be appointed by and shall act during the pleasure of the Executive Board or Executive Committee.

The Treasurer and Assistant Treasurers shall be bonded.

## COUNCIL COMMISSIONER

SECTION 5.

Working in close cooperation with the Scout executive, the Council Commissioner shall—

(a) Supervise the activities of the commissioner staff and preside at council-wide meetings of district commissioners and conduct commissioner conferences.

(b) Give leadership to the recruiting and training of an adequate commissioner staff so as to provide continuing and effective commissioner service to each unit.

(c) Maintain the standards of the Boy Scouts of America, uphold national policies, promote good uniforming and the correct wearing of insignia, and give leadership to the holding of regular roundtable programs in the districts.

(d) Be concerned with the proper recognition of unit leaders and the maintenance of their morale, and periodically report unit conditions to the Executive Board.

(e) Help the district commissioners to maintain a good working relationship with related district Scout executives.

(f) Maintain procedures that will assure maximum unit charter renewal by district commissioner staffs.

The Council Commissioner shall work with the President to secure help of operating committees in meeting unit needs.

The Council Commissioner must be at least twenty-one years of age and his election is subject to approval and issuance of a commission as Council Commissioner by the Boy Scouts of America.

The Council Commissioner is automatically elected by the National Council to serve as a local council representative during his term of office.

## SCOUT EXECUTIVE

SECTION 6.

(a) The Scout executive shall be the chief executive officer of the Corporation and shall have general direction over the administrative work of the Corporation, subject to the authority and direction of the Executive Board. He shall serve as the Secretary of the Local Council, the Executive Board, its Executive Committee, all other committees of the Executive Board and district committees and shall be a member ex officio of all committees of the Executive Board without vote, except where otherwise provided.

The Scout executive may designate one or more representatives to serve in his absence as secretaries of district committees and, when necessary, committees of the Executive Board.

(b) The Scout executive shall be responsible for the administration of the Scout program within the territory of the Corporation and for making effective within such territory the policies and programs of the Corporation in accordance with the policies of the Boy Scouts of America as from time to time announced by it.

(c) He may execute, on behalf of the Corporation, all documents, deeds, or notes duly authorized to be executed and shall be the custodian of the seal of the Corporation and may affix the same duly attested to such documents, deeds, or notes as may require it. As to notes and deeds,

such countersignatures shall be required as the Executive Board may direct.†

(d) He shall assist the Treasurer in maintaining the accounting records, the budget system, and shall be responsible for preparing monthly detailed statements of all financial operations including the budget report for the information of the Treasurer and the finance committee.

(e) He may with the approval of the Executive Board delegate to any staff officer or employee authority in writing to execute such leases, contracts, and other instruments as he may deem desirable. Subject to the provisions of these Bylaws and the direction of the Executive Board, he shall have the power to appoint and remove all employees of the Corporation and to direct their work.†

(f) He shall see that notices are sent to those elected as members of the Local Council and the Executive Board and as officers of the Corporation and to those appointed as members of committees; he shall cause notices to be sent out of all meetings for which provision is made hereunder and be responsible for the minutes of all meetings of the Local Council, Executive Board, and committees of which he is Secretary.

(g) He shall be responsible for the preparation and keeping of such records as will make possible the Corporation's application for renewal of its charter. He shall submit a report at each meeting of the Executive Board relative to the work of the Corporation and to the status of the Scout movement throughout the territory of the Corporation, inviting attention to matters of particular interest and informing the Executive Board concerning any problems of which the Executive Board should be advised, together with his recommendations and suggestions for the good of the movement requiring action by the Executive Board.

(h) He shall prepare an annual report covering the activities and achievements of the Corporation which, with the approval of the Executive Board, he shall present to the annual meeting of the Local Council, transmit to the na-

†Executive Board Resolution 2 (page 42) is needed to implement (c) and (e) of this section.

tional office of the Boy Scouts of America, and make public to the communities within the territory of the Corporation.

(i) The Scout executive appointed by the Executive Board must be one recommended by the Boy Scouts of America and have been commissioned as Scout executive by the Boy Scouts of America.

## NATIONAL COUNCIL MEMBERS

SECTION 7.

At its annual meeting, the Local Council of the Corporation shall elect from its active membership such number of National Council members as the Corporation is entitled to under the Bylaws of the Boy Scouts of America to hold office until the conclusion of the next annual meeting of the Local Council and until their successors are elected and qualify. National Council members shall attend the annual meeting, and any special meetings, of the National Council of the Boy Scouts of America and shall participate in its proceedings and perform such other duties as may be assigned to them by the Executive Board or the National Council of the Boy Scouts of America. As liaison officers between this Corporation and the National Council they shall—

(a) present the point of view of the Corporation to the National Council in respect to matters of national policy and procedure, and

(b) interpret to the Corporation decisions and policies of the National Council and assist the Corporation in its responsibility to make effective and bring about an understanding among local Scouters of such decisions and policies of the National Council.

National Council members shall serve as members of the regional committee and shall attend all regional committee meetings and participate in the proceedings thereof. The duly elected Council President and Council Commissioner are automatically elected by the National Council to serve as local council representatives during their terms of office.

# ARTICLE VII. COMMISSIONER STAFF AND PROFESSIONAL STAFF

## COMMISSIONER STAFF

SECTION 1.

The commissioner staff may be composed of the Council Commissioner, one or more assistant council commissioners, district commissioners, assistant district commissioners, roundtable commissioners, assistant roundtable commissioners, and neighborhood commissioners. Each such Scouter shall be a man twenty-one years of age and over to whom the Boy Scouts of America has issued a commission for his respective volunteer post.

Assistant council commissioners shall be appointed by the Executive Board after considering the recommendation of the Council Commissioner. District commissioners shall be appointed by the Executive Board after considering the recommendation of the district committee and the Scout executive. Assistant district commissioners, neighborhood commissioners, roundtable commissioners, and assistant roundtable commissioners shall be appointed by the Executive Board after considering the recommendation of the district commissioner, the district committee, and the Scout executive. All the staff positions provided for in this Section except the Council Commissioner shall be appointed annually as hereafter provided subject in each case to the approval of and issuance of commissions by the Boy Scouts of America.

## ASSISTANT COUNCIL COMMISSIONERS

SECTION 2.

Assistant council commissioners shall assist the Council Commissioner in the performance of his duties in such manner as he may direct.

## DISTRICT COMMISSIONERS AND ASSISTANT DISTRICT COMMISSIONERS

SECTION 3.

District commissioners serve as members of their respective district committees and have an advisory relationship to the operating committees of their districts.

District commissioners shall serve as volunteers working in close cooperation with the Council Commissioner, the Scout executive, and his staff. The district commissioner shall —

(a) Recruit and train an adequate staff of assistant district, roundtable, assistant roundtable, and neighborhood commissioners.

(b) Coordinate and supervise the work of the assistant district, roundtable, assistant roundtable, and neighborhood commissioners of the district.

(c) Give general supervision to the planning and conducting of monthly Cub Scout and Scout leader roundtables in the district.

(d) Conduct monthly meetings of the commissioner staff of the district.

(e) Supervise annual charter renewal procedures.

Assistant district commissioners shall assist the district commissioner in the performance of his duties.

## ROUNDTABLE COMMISSIONER

SECTION 4.

Roundtable commissioners serve under the direction of the district commissioners and are responsible for the program roundtables in the district. Assistant roundtable commissioners shall assist the roundtable commissioner in the performance of his duties.

## NEIGHBORHOOD COMMISSIONER

SECTION 5.

Neighborhood commissioners shall serve under the supervision and direction of the district commissioner or assigned assistant district commissioner. Neighborhood commissioners shall work with units through their respective leaders to assist in making effective their operation in accordance with established program and policy. The neighborhood commissioner shall —

(a) Be responsible for giving guidance, encouragement, and cooperative leadership to his assigned units and their chartered institutions; when practicable, he should not serve more than three units.

(b) Encourage adequate programs in the units to which he is related and assist them to maintain a high standard of accomplishment, through the use of all available resources.

(c) Keep unit leaders informed about activities of the Corporation and its districts and training opportunities, and assist them in using such helps to enrich unit program.

(d) Be responsible for annual unit charter renewal.

## PROFESSIONAL STAFF

SECTION 6.

The Corporation may employ men in professional positions who have been recommended by and commissioned as such by the Boy Scouts of America. Such members of the professional staff shall be appointed to office by the Executive Board upon the recommendation of the Scout executive and shall serve, under the direction and supervision of the Scout executive, at the pleasure of the Executive Board and the Scout executive.

Duties of members of the professional staff shall be as defined by the Scout executive with the approval of the Executive Board. They may be designated so as to indicate their respective functions, but all professional titles shall first be approved by the Boy Scouts of America.

# ARTICLE VIII. DISTRICT ORGANIZATION

## DISTRICTS

SECTION 1.

For the purpose of area service and administration, the Corporation's territory shall be divided geographically into such districts as the Executive Board may from time to time determine, subject to applicable rules and regulations of the Boy Scouts of America.

## DISTRICT COMMITTEE

SECTION 2.

The Corporation shall supervise Scouting in each district through a district committee consisting of all active members of the Local Council residing within the district and such additional members at large as the district committee may elect. The district committee and the committees of the district have no legislative authority, the purpose of the district committee being to make effective within the district policies and programs adopted by the Corporation.

## DISTRICT COMMITTEE OFFICERS

SECTION 3.

Each district committee shall, subject to the approval of the Executive Board, elect a chairman; shall elect one or more

vice-chairmen; and shall, in consultation with the Scout executive, nominate a district commissioner for appointment by the Executive Board. The district chairman shall be nominated for election to the Executive Board in accordance with Article IV, Section 2 of these Bylaws. Assistant district commissioners, neighborhood commissioners, roundtable commissioners, and assistant roundtable commissioners may be appointed as needed in accordance with Article VII, Section 1 of these Bylaws. District chairmen and vice-chairmen shall take office immediately following their election in accordance with this Section, and shall continue in office until the next annual meeting of the district.

## MEETINGS OF THE DISTRICT COMMITTEE

SECTION 4.

The district committee shall meet monthly at such time and place, preferably within the district, as may be fixed by the committee or its chairman. The business transacted at each monthly meeting shall be concerned with service to chartered institutions and to units within the district and shall include the receiving of reports from the chairmen of various district operating committees, the Scout executive or his designee (as secretary of the district committee) and the district commissioner, and such other business as the chairman and officers and Scout executive may indicate.

The district committee meeting immediately preceding the annual meeting of the Local Council shall be the annual meeting of the district. At least ninety days prior thereto a nominating committee shall be appointed from the membership of the district committee by the district chairman which shall make nominations for district officers and members at large for election at the annual meeting of the district. At this meeting the officers and district operating committees shall present reports of the year's activities.

### DISTRICT OPERATING COMMITTEES

SECTION 5.

As provided in Article V, Section 3 of these Bylaws, each district may have operating committees of like function and name as the operating committees of the Executive Board, and each Executive Board operating committee shall include in its membership the several chairmen of the corresponding district operating committees. Each district operating committee shall be responsible for cooperating in making effective the policies and programs adopted by the Executive Board.

The chairmen of district operating committees shall be appointed by the district chairman with the approval of the district committee. The members of the district operating committees shall be appointed by the district committee, upon the recommendation of the respective committee chairman and the district chairman.

Women meeting the qualifications as set forth in Article V, Section 1 of these Bylaws may be appointed to serve on district operating committees.

## ARTICLE IX. LOCAL UNITS

### APPROVAL OF UNIT CHARTERS

SECTION 1.

The Executive Board shall review or shall authorize some committee or person to review all applications for new charters or renewal of charters by sponsors within the Corporation's territory and shall forward the recommendation with respect to each such application to the national office of the Boy Scouts of America.

### UNIT DESIGNATION

SECTION 2.

All units within the Corporation's territory shall be designated by the name of the community in which the unit is located, by the name of the sponsor, and by a serial number assigned by the Corporation.

## ARTICLE X. FINANCES AND PROPERTY

### RAISING FUNDS

SECTION 1.

*Clause 1.* All money raised by or received for the benefit of the Corporation or a unit under its jurisdiction and all property acquired by the Corporation or such a unit shall be deemed to be received or acquired for the benefit of Scouting as interpreted and promoted by the Boy Scouts of America, in accordance with rules and procedures from time to time adopted by the Boy Scouts of America.

*Clause 2.* Subject to general rules and regulations adopted by the Boy Scouts of America, the Corporation shall control the raising and expenditure of all funds for local Scout work within the territory of the Corporation. The necessary expenses of the Corporation shall be met by funds secured by solicitation or otherwise in accordance with general rules and regulations of the Boy Scouts of America pertaining to the raising of funds for Scouting purposes.

*Clause 3.* Neither the Corporation nor any unit under its jurisdiction shall have any authority to bind the Boy Scouts of America to any financial obligation whatever.

### CONTROL OF FUNDS AND PROPERTY

SECTION 2.

**Budget**

*Clause 1.* The Executive Board shall, preceding the commencement of each fiscal year, consider and adopt a budget

of estimated expenditures by the Corporation for such fiscal year. No funds shall be expended by the Corporation during a fiscal year without the authorization of the Executive Board or the Executive Committee for any item not covered by, or in excess of the amount authorized by, the budget for such year.

## General Funds

*Clause 2.* All funds of this Corporation or funds handled on behalf of this Corporation or the Boy Scouts of America, from whatever source and for whatever purpose received, shall be deposited to the credit of the Corporation in such depositories as shall be approved by the Executive Board, Executive Committee, or finance committee. The funds shall be disbursed only upon the authority of the Executive Board, Executive Committee, or finance committee or upon the order of officers of the Corporation duly authorized by the Executive Board, Executive Committee, or finance committee; in any event the signatures of at least two authorized persons shall be required for the disbursal of funds except in the case of checks made payable to the Boy Scouts of America where a single signature will be accepted provided authorization has been accorded by the Executive Board.

All receipts from registration fees, *Boys' Life* subscriptions, and any other funds of the Boy Scouts of America which are received by this Corporation for transmission to the Boy Scouts of America shall be carefully segregated, through bookkeeping and accounting procedures, as established by the Boy Scouts of America.

All persons having access to any funds (general or special) of the Corporation shall be bonded.

## Special Funds

*Clause 3.* The Corporation may create special funds for specific purposes to be used in the interest of the Boy Scouts of

America by the Corporation or a unit under its jurisdiction. Such special funds may be established by recordation in proper account on the books of the Corporation and shall, if required by direction of the Executive Board or the term of a gift or bequest, be vested in a bank or trust company in trust for the use of the Corporation or the unit, with the provision in the statement of the conditions governing the administering of the trust that in the event of the dissolution of the unit or Corporation or revocation, termination, or lapse of its charter said trustee will, after satisfying any claims against such fund, turn over to the Boy Scouts of America the balance for use by the Boy Scouts of America for the benefit of Scouting in such locality and for the specific purposes for which the fund was granted. If, after a reasonable period, there is no suitable opportunity for the use of said fund in such locality, it may be used elsewhere.

## Real Estate

*Clause 4.* The Corporation may hold title to real property in its own name as long as its Articles of Incorporation expressly provide for the conveyance of such property or the net proceeds from the sale thereof to the Boy Scouts of America in the event of the dissolution of the Corporation or the revocation or termination of its charter. Title to real property acquired for the Corporation may also be vested in a bank or trust company in trust for the use of the Corporation, where appropriate in accordance with the wishes of the donor, with a provision in the trust deed that in the event of the dissolution of the Corporation or the revocation or termination of its charter, the trustee, after satisfying any claims against the Corporation to which such property may be subject, will convey said property or pay the net proceeds from a sale of the property to the Boy Scouts of America, which shall hold or use said property or funds for the benefit of Scouting in the locality in which the Corporation is located or elsewhere if after a reasonable period there is not suitable opportunity to use said property or funds in said locality.

Title to all real estate acquired for a unit under the jurisdiction of the Corporation shall be vested in (a) the name of

the Corporation (if the Corporation agrees to hold title to the property), (b) the sponsor of such unit (if the sponsor is a chartered institution), or (c) a bank or trust company, in each case in trust for the use of the unit, where appropriate in accordance with the wishes of the donor, with a provision in the trust deed that in the event of the dissolution of the unit or the revocation, termination, or lapse of its charter, the trustee will, after satisfying any claim against such unit to which such real estate may be subject, hold the property upon the instructions of the Corporation or, if so instructed, convey said property or pay the net proceeds from a sale of the property to the Corporation, which shall hold or use said property or funds for the benefit of Scouting in the locality in which the unit is located or elsewhere if, after a reasonable period, there is not a suitable opportunity to use said property or funds in such locality.

**Securities**

*Clause 5.* The securities of the Corporation shall be deposited in any such deposit vault or vaults or with such bank or banks, trust company or trust companies, or such other depositories as may from time to time be designated by the Executive Board, Executive Committee, or finance committee. Access to the securities may be had as provided by resolutions of the Executive Board, Executive Committee, or finance committee and not otherwise.

**Audit**

*Clause 6.* A statement of all income and expenses of the Corporation during the fiscal year and a statement of all assets, liabilities, and fund balances of the Corporation as at the end of such year shall be duly audited and certified annually in accordance with generally accepted auditing standards, by certified public accountants or other recognized independent public accountants approved by the Executive Board or Executive Committee.

### ADMINISTRATION OF UNIT FUNDS

SECTION 3.

*Clause 1.* At the request of the unit committee of any unit under the jurisdiction of the Corporation, the Treasurer may hold for such committee funds for the unit. Such funds shall be transferred, in whole or in part, to the custody of the unit or an institutional treasurer upon duly accredited authority for such transfer.

*Clause 2.* In the event of the dissolution of a unit or the revocation or lapse of its charter, the unit committee shall apply unit funds and property to the payment of unit obligations and shall turn over the surplus, if any, to the Corporation. In the case of an institutional unit, any funds or equipment which may have been secured as property of the unit shall be held in trust by the institution or the Corporation, as may be agreed upon, pending its reorganization or the development of other plans, with the approval of the Corporation, for the use of such funds and property in connection with a program for character development, citizenship training, mental and physical fitness for the boys of that institution or, by the agreement of those involved, shall be used elsewhere for the promotion of the program of the Boy Scouts of America.

## ARTICLE XI. ADDITIONAL ADMINISTRATIVE MATTERS

### INDEMNIFICATION

SECTION 1.

Any person made a party to any action, suit, or proceeding, civil or criminal, by reason of the fact that he, his testator or intestate, is or was a member of the Executive Board or

committee of the Executive Board of the Corporation, or an officer or National Council member or employee of the Corporation, or a director, officer, or employee of any corporation in which he served as such at the request of the Corporation, or a member of the commissioner staff of the Corporation, or a member of a district committee or a district officer under the jurisdiction of the Corporation, may, in the discretion of the Executive Board and upon such terms and conditions as it may choose to impose, be indemnified by the Corporation against the reasonable expenses, including attorney's fees, actually and necessarily incurred by him in connection with defense of such action, suit or proceeding, whether or not such defense shall be successful in whole or in part, or in connection with any appeal therein or any settlement thereof, except in relation to matters as to which it shall be adjudged in such action, suit or proceeding that such person is liable for negligence or misconduct in the performance of his duties. Such indemnification, if afforded, shall not be deemed exclusive of any other rights to which such persons may be entitled apart from this Section. This Section shall not be deemed to limit any power or exclude any right of the Corporation to provide any additional or other indemnity or right for any Executive Board member, officer, employee, or other person. If this Section should be invalid or ineffective in any respect, the validity and effect of the Section in any other respect shall not be affected.

## CONTRACTS, CHECKS, DRAFTS, ETC.

SECTION 2.

Except as otherwise provided by law or in these Bylaws, such officer or officers, employee or employees, or agent or agents of the Corporation as shall be specified by the Executive Board or Executive Committee shall sign, in the name and on behalf of the Corporation, all deeds, bonds, contracts,

mortgages, and other instruments or documents, the execution of which shall be authorized by the Executive Board or Executive Committee; and such authority may be general or confined to specific instances.

Except as otherwise provided by law or in these Bylaws, all checks, drafts, notes, bonds, bills of exchange, or other orders, instruments, or obligations for the payment of money shall be signed by such officer or officers, employee or employees, or agent or agents of the Corporation as shall be specified by the Executive Board or Executive Committee.

## NOTICES AND WAIVERS

SECTION 3.

Whenever any notice is required by these Bylaws or by any law to be given to any member of the Local Council, member of the Executive Board, or any committee or any officer, such notice except as otherwise provided by these Bylaws or by any law may be given personally or by telegram, cable, or radiogram addressed to such person at his or its place of business, if any, or (to the extent applicable) at such address as has been given to the Corporation as the home address of the person; or the notice may be given in writing by mail, in a sealed wrapper, postage prepaid, addressed to such person at such address. Any notice given by telegram, cable, or radiogram shall be deemed to be given when it shall have been delivered for transmission and any notice given by mail shall be deemed to have been given when it shall have been deposited in a post office, in a regularly maintained letter box or with a postal carrier. A waiver of any such notice in writing, signed by the person entitled to such notice in writing, as required, shall be deemed the equivalent thereof; and the presence at any meeting of any person entitled to notice thereof shall be deemed a waiver of such notice as to such person.

## ACTION WITHOUT A MEETING

SECTION 4.

Except to the extent otherwise restricted by any applicable law, any action required or permitted to be taken at any meeting of the Executive Board or any committee thereof may be taken without a meeting if prior to such action a written consent thereto is signed by all members of the Executive Board or committee and such written consent is filed with the minutes of the proceedings of the Executive Board or committee.

## FISCAL YEAR

SECTION 5.

The fiscal year of the Corporation shall be the calendar year.

## SEAL†

SECTION 6.

The seal of the Corporation shall be in the form of a circle enclosing the universal badge with the motto Be Prepared underneath this badge and the words "..........................Council of Boy Scouts of America, ....................." (Inc.*) around the circle and shall be used only as authorized.

†A seal may be ordered from the Supply Division, No. 5957—$17.50.
*If part of corporation name.

## AMENDMENT

SECTION 7.

These Bylaws may be amended at any meeting of the Executive Board, upon the recommendation of the Executive Committee of the Executive Board or when the proposed amendment has been sent to members of the Executive Board at least fifteen days in advance of the meeting. All amendments to these Bylaws must first be approved by the national office of the Boy Scouts of America before being submitted to the Executive Board for adoption.

# EXECUTIVE BOARD RESOLUTIONS

RESOLUTION 1.—*This resolution implements Article V, Sections 3 and 4 (pages 19 and 20).*

**Operating and Planning Committees of the Executive Board**

*Resolved*, That the following operating committees of the Executive Board shall be appointed: (list the desired committees). Their duties and responsibilities shall be as set forth in the official and applicable literature of the Boy Scouts of America; and be it further

*Resolved*, That the following planning committees of the Executive Board shall be appointed: (list the desired committees). Their duties and responsibilities shall be as set forth in the official and applicable literature of the Boy Scouts of America.

Types of committees that will be approved:

Operating – advancement, activities, camping, camping and activities, finance, Exploring, health and safety, leadership training, organization and extension, and public relations.

Planning — long-range planning, relationships, camp development, and properties.

RESOLUTION 2.—*This resolution implements Article VI, Section 6 (c) and (e) (pages 24 and 25).*

**Authority of Scout Executive and Members of Professional Staff**

*Resolved,* That subject to any limitation imposed by law, the Bylaws, or any resolution of the Executive Board or Executive Committee, the Scout executive, or any member of his professional staff to whom he has delegated in writing authority with respect to the matter, be and hereby is authorized and empowered, for and on behalf of the Corporation and in its name, to deliver, enter into, acknowledge, cancel, and revoke any and all agreements, conveyances, mortgages, powers of attorney, or other instruments which are incident to the carrying on, in the normal course, of the regular affairs of the Corporation; and be it further

*Resolved,* That subject to any limitation imposed by law, the Bylaws, or any resolution of the Executive Board or Executive Committee, the Scout executive, and the Treasurer, be and hereby are and each of them hereby is authorized and empowered, for and on behalf of the Corporation and in its name, to deliver, execute, acknowledge, and pay any fees connected with any and all applications, reports, returns, or other instruments required by any governmental authority, which are incident to the carrying on, in the normal course, of the regular affairs of the Corporation.

# INDEX

A

Active members, 9
Activities committee, 20, 41
Address of Corporation, 4
Advancement committee, 20, 41
Advancement procedures, 8
Advisory Council, 17
Amendment
    Articles of Incorporation, 5
    Bylaws, 41
Annual Meetings
    District, 31
    Local Council, 11, 14
Annual Report of Corporation, 25
Appointment of committees, 18, 32
Appointment of officers, 21
Assistant council commissioners, 27
Assistant district commissioners, 28
Assistant roundtable commissioners, 27, 28, 31
Assistant treasurers, 23
Associate members, 9
Attendance at meetings, 13
Audit, 36

B

*Boys' Life* subscriptions, 34
Budget, 33

C

Camp development committee, 42
Camping and activities committee, 20, 41
Camping committee, 20, 41
Charter renewal, 25, 29, 32
Charter, unit, 32
Checks, 38
Commissioner, Council, 23, 27
Commissioner staff, 27
Committee on program and resolutions, 14
Committees of Executive Board, 18
Committees, operating, 19, 41
Committees, planning, 20, 42
Contracts, 38
Corporation, 1
    Chief executive officer, 24
Council Commissioner, 23, 27
Council President, 22

D

Dissolution
    Corporation, 4
    Unit, 37
District commissioners and assistants, 28
District committee, 30
District committee officers, 30
District operating committees, 32
District organization, 30

Drafts, 38
Duration of Corporation, 1

E

Election and term
    Active members, 10
    Associate and honorary members, 11
    Executive Board, 15
    Officers, 21
Executive Board, 3
    Action without a meeting, 40
    Meetings, 16
    Resolutions, 18, 41, 42
Executive Committee, 19
    Meetings, 19
    Membership, 19
Exploring committee, 20, 41

F

Facilities, 8
    Camp, 8
    Explorer, 8
Finance committee, 20, 41
Finances, 33
Fiscal year, 40
Funds, 33
    *Boys' Life* subscriptions, 34
    Control of, 33
    Expenses, 33
    General, 34
    Raising, 33
    Registration fees, 34
    Special, 34
    Unit, 37

H

Health and safety committee, 20, 41
Honorary members, 10, 11
Honorary officers, 21

I

Incorporators, 4
Indemnification, 37
Insignia, 7
Institutional representative, 9, 10

L

Leaders, 7
Leadership training committee, 20, 41
Local Council
    Classes, 8
    Meetings, 11
    Members, 9, 10, 18
    Representative, 21, 24
    Number, 8
    Qualifications, 8
Long-range planning committee, 42

M

Meetings of district committee, 31
Meetings of Executive Board, 16
Meetings of Executive Committee, 19
Meetings of Local Council, 11
Members at large, 9, 11, 18
Members of Corporation, 3
Members of Executive Board, 3, 15
Members of operating committees, 18
Members of planning committees, 18

N

Name of Corporation, 1, 6
National Council members, 11, 26
Neighborhood commissioner, 29
Nominating committee, 14
Nonprofit organization, 2
Notice of meetings, 13, 14
Notices, 39

O

Officers of Corporation, 21
Operating committees, 19
    Membership, 18, 32
    Powers and responsibilities, 18, 41
Organization and extension committee, 19, 20, 41
Outdoor program, 8

P

Planning committees, 20, 21
    Membership, 18
    Powers and responsibilities, 18, 41, 42
Policies, 2
Powers and functions of Executive Board, 15
Powers and functions of Executive Committee, 18
Powers of Corporation, 2
President , Council, 22
Principles, 2
Professional staff, 29, 42
Program promotion, 7
Properties committee, 42
Property, 33
Protection of uniform and insignia, 7
Public relations committee, 20, 41
Purpose of Corporation, 1, 6

Q

Quorum
    Executive Board, 16
    Local Council, 13

R

Raising funds, 33
Real estate, 35
Recognition of unit leaders, 23
Registration fees, 34
Regular meetings of Local Council, 12
Relationships committee, 42
Responsibilities, 7
Roundtable commissioners, 28
Roundtables, 28

S

Scout distributors, 8
Scout executive, 21, 24, 42
Seal, 40
    Custodian of, 24
Secretary, 21, 24
Securities, 36
Special funds, 34
Special meetings of Local Council, 12
Sponsor assistance, 7
Sustaining members, 10

T

Terms of office, 21
Treasurer and assistants, 22, 37

U

Uniforms, 7
Units
    Charters, 32
    Designation, 32
    Funds, 22, 37
    Leaders, 7

V

Vacancies
    Active membership, 11
    Executive Board, 15, 16
    Officers, 21
Vice-Presidents, 22
Voting
    Executive Board, 16
    Local Council, 13

W

Waivers, 39
Women
    Appointment, 18, 32
    Qualifications, 18



SCOUTING/USA

TAMARACK COUNCIL, INC.

BOY SCOUTS OF AMERICA

# Standard Local Council

## Articles of Incorporation and Bylaws

Boy Scouts of America

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435051

SA 0161

# CONTENTS

ARTICLES OF INCORPORATION

Article I. Name 1
Article II. Duration 1
Article III. Purposes 1
Article IV. Principles and Policies 1
Article V. Powers 2
Article VI. Members 2
Article VII. Executive Board 2
Article VIII. Address 2
Article IX. Incorporators 3
Article X. Dissolution 3
Article XI. Amendment 3

BYLAWS

Article I. Name 4

Article II. Purpose and Responsibilities 4
- Section 1. Purpose 4
- Section 2. Responsibilities 4

Article III. Members of the Local Council 5
- Section 1. Number, Classes, and Qualifications 5
- Section 2. Election and Term; Vacancies 6
- Section 3. Meetings, Quorum, Voting 6
- Section 4. Nominating Committee of the Local Council 7
- Section 5. Committee on Program and Resolutions 7
- Section 6. Council Election Procedure Reference 7

Article IV. The Executive Board 8
- Section 1. Powers and Functions 8
- Section 2. Membership 8
- Section 3. Election and Term; Vacancies 8
- Section 4. Meetings; Quorum; Voting 8
- Section 5. Advisory Council 8

Article V. Committees of the Executive Board 9
- Section 1. Committees; Appointment 9
- Section 2. Executive Committee 9
- Section 3. Committees 10

Article VI. Officers and National Council Members 10
- Section 1. Officers; Elections and Appointment 10
- Section 2. President 10
- Section 3. Vice-Presidents 11
- Section 4. Treasurer 11
- Section 5. Council Commissioner 11
- Section 6. Council Scout Executive 12
- Section 7. National Council Members 12

Article VII. Commissioner Staff and Professional Staff 13
- Section 1. Commissioner Staff 13
- Section 2. Professional Staff 13

Article VIII. District Organization 14
- Section 1. Districts 14
- Section 2. District Committee 14
- Section 3. District Committee Officers 14
- Section 4. Meetings of the District Committee 14
- Section 5. District Election Procedure Reference 14
- Section 6. District Operating Committees 14

Article IX. Local Units 15
- Section 1. Approval of Unit Charters 15
- Section 2. Unit Designation 15

Article X. Finances and Property 15
- Section 1. Raising Funds 15
- Section 2. Control of Funds and Property 15
- Section 3. Administration of Unit Funds 17

Article XI. Additional Administrative Matters 17
- Section 1. Indemnification 17
- Section 2. Contracts, Checks, Drafts, etc. 17
- Section 3. Notices and Waivers 18
- Section 4. Action Without a Meeting 18
- Section 5. Fiscal Year 18
- Section 6. Seal 18
- Section 7. Amendment 18

Executive Board Resolutions 18

APPENDIX 22

Council Election Procedures (Model) 22

District Election Procedures (Model) 23

INDEX 26

*1978 Printing*
Copyright © 1968
BOY SCOUTS OF AMERICA
North Brunswick, N.J.
No. 3736 Printed in U.S.A. 1M1178

# ARTICLE V. POWERS

The Corporation shall have and may exercise (in a manner consistent with the Congressional Charter, Bylaws, and Rules and Regulations of the Boy Scouts of America) all powers given to nonprofit corporations under the . New Jersey . . (insert name of State . . . . . . . . . . . . . . . . In addition . . . . . . . . . . . . . . . nonprofit corporation law)
Chapter 1 of Title 15 of the Revised Statutes of the State of New Jersey - Corporations and Associations not for Profit (RS15:1-1 et seq.). under which statute the Corporation was formed."

(here set forth specific powers Corporation is to enjoy if attorney . . . . . . . . . . for Corporation advises enumeration of specific powers is required . . . . . . . . . . or advisable under State law and the Boy Scouts of America . . . . . . . . . . approves powers listed)

# ARTICLE VI. MEMBERS

The Corporation shall have one or more classes of members, as provided in the Bylaws of the Corporation, and may have honorary members.

Each active, associate, or honorary member of the Corporation shall be a citizen of the United States of America or have taken the preliminary steps to becoming a citizen of the United States of America, (a) has subscribed to the Scout Oath and Law and the Bylaws and Rules and Regulations of the Boy Scouts of America, (b) has been registered by the Boy Scouts of America in accordance with its Bylaws and Rules and Regulations, and (c) otherwise meets all qualifications for membership from time to time established by the Boy Scouts of America.

# ARTICLE VII. EXECUTIVE BOARD

The Executive Board of the Corporation shall be composed of such number of persons, in no event fewer than 25 or more than 50 regular members who shall be elected in such manner as prescribed in the Bylaws and Rules and Regulations of the Corporation. The initial Executive Board shall be composed of . . 25 . . . . . . . members. The names and addresses of the persons who are to serve as the initial Executive Board of the Corporation until the first annual meeting of the members of the Corporation and until their successors are elected and qualify are—

| Name | Address |
| --- | --- |
| See List | |
| | |
| | |
| | |

# ARTICLE VIII. ADDRESS

The address of the initial registered office of the Corporation is 18 Donaldson Ave. . . . . . . and Rutherford, N. J. 07070 the name of its initial registered agent at such address is David E. Greenlaw . . . . . . . . . .

# STANDARD BYLAWS FOR A LOCAL COUNCIL

## ARTICLE I. NAME

The name of the corporation is Tamarack Council of Boy Scouts of America, Inc. (Inc.*) sometimes referred to in these Bylaws as the "Corporation."

*If required by State law.

## ARTICLE II. PURPOSE AND RESPONSIBILITIES

**Purpose**

SECTION 1.

The Corporation shall promote, within the territory covered by the charter from time to time granted it by the Boy Scouts of America and in accordance with the Congressional Charter, Bylaws, and Rules and Regulations of the Boy Scouts of America, the Scouting program of promoting the ability of boys and young men and women to do things for themselves and others, training them in Scoutcraft, and teaching them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by the Boy Scouts of America. In achieving this purpose, emphasis shall be placed upon the educational program of the Boy Scouts of America and the oaths, promises, and codes of the Scouting program for character development, citizenship training, mental and physical fitness.

The Corporation shall fulfill the basic purpose of the Scouting movement within its territory, making Scouting training available to all boys and young men and women and serving organizations and community groups using the Scouting program while maintaining standards and policies, protecting official badges and insignia, and providing adequate leadership and finances.

**RESPONSIBILITIES**

SECTION 2.

The responsibilities of the Corporation shall be controlled and directed by the Boy Scouts of America through its Bylaws and Rules and Regulations.

*Clause 1.* It shall be the duty of the Corporation to promote the program of Scouting through the organization and registration annually of units and their personnel; also to provide leadership and supervision of all program activities, within the territory covered by its charter, in such a manner as to ensure compliance with the provisions of the Bylaws of the Boy Scouts of America and the Rules and Regulations thereof.

*Clause 2.* The Corporation shall guard against the use of the official uniform and insignia by persons not officially registered with the Boy Scouts of America and shall bring to the attention of the Boy Scouts of America any violation of regulations not within its power to prevent or any attempt to commercialize the Scouting movement.

*Clause 3.* The Corporation shall through its Scout executive and other representatives make the benefits of the Scouting program known to all organizations or community groups having contact with youth life and cooperate in the organization of units so that boys and young men and women may have the benefit of the Scouting program.

The Corporation shall provide means for assisting chartered organizations in securing and training qualified persons to serve as unit leaders and assistants. The Corporation shall provide facilities and leadership in order that Scouts under its jurisdiction may have the opportunity to have a year-round outdoor program totaling at least ten days and nights of hike, overnight camp, camporee, and summer camp experiences, with adequate facilities and supervision.

the Scouting program. Honorary members shall have no vote.

## ELECTION AND TERM; VACANCIES

SECTION 2.

**Active Members**

*Clause 1.* Scouting coordinators shall become active members of the Local Council upon their election or appointment by the chartered organization or community group and upon their being registered by the Boy Scouts of America as Scouting coordinators; they shall continue to be active members for such period as such organization or community group shall desire but in any event only during such time as such organization or community group shall continue to hold a charter from the Boy Scouts of America to operate a unit.

Each member at large shall be elected at the annual meeting of the Local Council by the active members then in office, shall take office immediately following such meeting, and shall hold office until the conclusion of the next succeeding annual meeting of the Local Council.

**Associate and Honorary Members**

*Clause 2.* Associate members and honorary members of the Local Council shall be elected at the annual meeting of the Local Council by the active members then in office, shall take office immediately following such meeting, and shall hold office until the conclusion of the next succeeding annual meeting of the Local Council.

**Vacancies in Active Membership**

*Clause 3.* A vacancy in the active membership of the Local Council caused by the death, resignation, removal, or failure to qualify of a Scouting coordinator shall be filled by the chartered organization or community group which initially elected or appointed the Scouting coordinator. A vacancy in the active membership of the Local Council caused by the death, resignation, removal, or failure to qualify of a member at large may be filled by the Executive Board of the Corporation and the member at large so elected shall hold office until the conclusion of the next succeeding annual meeting of the Local Council.

## MEETINGS; QUORUM; VOTING

SECTION 3.

**Annual Meeting**

*Clause 1.* The annual meeting of the Local Council shall be held at such place within the Corporation's territory, or on property that is owned or leased by the Corporation that is not located within the Corporation's territory, and at such time as the Executive Board of the Corporation may determine. The annual meeting of the Local council shall be for the purpose of (a) receiving annual reports of the Executive Board, officers, and various committees, (b) electing members at large, associate and honorary members of the Local Council, National Council members, regular members of the Executive Board, and officers of the Corporation other than the council Scout executive, (c) receiving and approving financial statements showing the financial position of the Corporation as of the close of its most recent complete fiscal year and the results of operations during such year, and (d) transacting such other business as may come before the meeting.

**Other Regular Meetings**

*Clause 2.* In addition to the annual meeting, the Local Council may have such other regular meetings as may be established by resolution of the Executive Board of the Corporation. Each regular meeting shall be held at such place within the Corporation's territory, or on property that is owned or leased by the Corporation that is not located within the Corporation's territory, as the President or the Executive Board may specify.

**Special Meetings**

*Clause 3.* Special meetings of the Local Council may be called by the President or the Executive Board at any time and shall be called within sixty days upon the request in writing of at least one-fifth of the active members of the Local Council (such request specifying the object of the special meeting). Special meetings shall be held at such place within the Corporation's territory, or on property that is owned or leased by the Corporation that is not located within the Corporation's territory, as the President or Executive Board may specify except that a special meeting called to consider a proposal to merge or

# ARTICLE IV. THE EXECUTIVE BOARD

## POWERS AND FUNCTIONS

SECTION 1.

The Executive Board shall be the governing body of the Corporation and shall manage its affairs. The Executive Board shall be the local reviewing authority with respect to matters within the Scout movement which arise in the territory of the Corporation.

## MEMBERSHIP

SECTION 2.

The Executive Board of the Corporation shall consist of (a) not fewer than 25 nor more than 50 regular members elected by the Local Council from among its active members, (b) the officers of the Corporation including the Scout executive, who shall have no vote, (c) the chairmen of the committees of the Executive Board, (d) the chairmen of the several district committees, upon their being approved by the Executive Board, and (e) not more than two youth members, who shall be registered Explorers or Scouts appointed by the Council President with the approval of the Executive Board to serve for a term of one year.

## ELECTION AND TERM; VACANCIES

SECTION 3.

Regular members of the Executive Board shall be elected at the annual meeting of the Local Council, shall take office immediately following such meeting, and shall continue in office until the conclusion of the next succeeding annual meeting of the Local Council and until their respective successors are elected and qualify. Chairmen of the committees of the Executive Board take office as members of the Executive Board upon their being appointed by the President and approved by the Executive Board. District chairmen take office as members of the Executive Board upon their being approved by the Executive Board.

Upon the death, resignation, removal, or failure to qualify as a member of the Executive Board of any regular member or officer, the Executive Board may elect an eligible person to fill the vacancy so created for the unexpired period of the term of office.

## MEETINGS; QUORUM; VOTING

SECTION 4.

The Executive Board shall meet at such time and place as the Executive Board may direct and in any event at least . . seven . . . . . .* times annually including an organizational meeting as soon as practicable following the annual meeting of the Local Council. It shall be the general practice of the Executive Board to meet monthly. Special meetings of the Executive Board may be called by the Executive Committee of the Executive Board or by the President and shall be called within thirty days upon the written request of at least one-fifth of the members of the Executive Board (which request shall specify the purpose of such special meeting). A notice of each meeting of the Executive Board shall be mailed to each member at least five days in advance of the meeting.

One-third of the members of the Executive Board shall constitute a quorum for all purposes.

Unless otherwise required by law, the Articles of Incorporation or these Bylaws, all questions (except elections and appointments) presented to a meeting of the Executive Board at which a quorum is present shall be decided by a majority of those actually voting; elections or appointments shall be decided by a plurality of those actually voting.

Any regular member of the Executive Board who fails to attend two meetings of the Executive Board in any one year shall not be eligible for reelection as a regular member of the Executive Board for the ensuing term, provided, however, that the Executive Board may excuse absences and any absence so excused shall be counted as a meeting attended.

## ADVISORY COUNCIL

SECTION 5.

No member of the Executive Board, other than a person who is a member of the Executive Board on January 1, 198?**, shall continue to serve as such

*No less than four times per year.

**Insert the year following the year in which these Bylaws are adopted.

### COMMITTEES

SECTION 3.

The committees of the Executive Board shall be responsible for the development and effectiveness of programs and policies of the Corporation in accordance with standards and requirements as established by the Boy Scouts of America. The Corporation shall have committees (or specialists under one plan of council and district organization) of the Executive Board as may be authorized by the Boy Scouts of America operations manual published for the council's adopted plan of council and district organization.

The committees of the Executive Board shall be so organized as to provide for the coordination of their work throughout the entire territory of the Corporation. The Executive Board's committees shall be concerned with the development of policy, program, and procedures as approved by the Executive Board in the interest of the uniform development and extension of Scouting throughout the territory of the Corporation.

The committees shall function throughout the year, meeting as often as may be necessary in the judgment of the committee chairman, President, or council Scout executive.

Committees shall be guided by the program material and manuals made available by the national office of the Boy Scouts of America and shall make recommendations in light of their experience and knowledge of local conditions.

The committees shall perform the tasks organized under the four functions: membership/relationships, finance, program, and unit service. Other committees may be formed to handle special functions.

# ARTICLE VI. OFFICERS AND NATIONAL COUNCIL MEMBERS

### OFFICERS; ELECTIONS AND APPOINTMENT

SECTION 1.

The officers of the Corporation shall be a President, ...............* Vice-Presidents, a Treasurer, a Council Commissioner, and a Scout executive who shall also fill the office of Secretary. The officers, with the exception of the Scout executive, shall be elected from the active membership of the Local Council at the annual meeting of the Local Council, shall take office immediately following such meeting, and shall hold office until the conclusion of the next succeeding annual meeting of the Local Council and until their successors are elected and qualify. Vacancies in these offices occurring between annual meetings of the Local Council may be filled by the Executive Board. The Scout executive shall be appointed by and shall serve during the pleasure of the Executive Board.

*Specify exact number of Vice-Presidents.

The Local Council may, upon the nomination of the Executive Board, create honorary offices and elect persons to fill the offices so created. Honorary officers shall have no duties or vote.

### PRESIDENT

SECTION 2.

The President shall serve as chairman of meetings of the Local Council, the Executive Board, and the Executive Committee and shall be a member ex officio of all committees of the Executive Board and shall perform such other functions as herein provided or as are assigned by the Executive Board. The President is automatically elected by the National Council to serve as a Local Council representative during the term of office.

## SCOUT EXECUTIVE

SECTION 6.

(a) The Scout executive shall be the chief executive officer of the Corporation and shall have general direction over the administrative work of the Corporation, subject to the authority and direction of the Executive Board. The Scout executive shall serve as the Secretary of the Local Council, the Executive Board, its Executive Committee, all other committees of the Executive Board, and district committees and shall be a member ex officio of all committees of the Executive Board but without vote.

The Scout executive may designate one or more representatives to serve as secretaries of district committees and, when necessary, committees of the Executive Board.

(b) The Scout executive shall be responsible for the administration of the Scout program within the territory of the Corporation and for making effective within such territory the policies and programs of the Corporation in accordance with the policies of the Boy Scouts of America as from time to time announced by it.

(c) The Scout executive may execute, on behalf of the Corporation, all documents, deeds, or notes duly authorized to be executed and shall be the custodian of the seal of the Corporation and may affix the same duly attested to such documents, deeds, or notes as may require it. As to notes and deeds, such countersignatures shall be required as the Executive Board may direct. †

(d) The Scout executive shall assist the Treasurer in maintaining the accounting records and the budget system, and shall be responsible for preparing monthly detailed statements of all financial operations including the budget report for the information of the Treasurer and the finance committee.

(e) The Scout executive may with the prior approval of the Executive Board delegate to any staff officer or employee authority in writing to execute such leases, contracts, and other instruments as may be deemed desirable. Subject to the provisions of these Bylaws and the direction of the Executive Board, the Scout executive shall have the power to appoint and remove all employees of the Corporation and to direct their work. †

†Executive Board Resolution 2 (page 19) is needed to implement (c) and (e) of this section.

(f) The Scout executive shall see that notices are sent to those elected as members of the Local Council and the Executive Board and as officers of the Corporation and to those appointed as members of committees; and shall cause notices to be sent out of all meetings for which provision is made hereunder and be responsible for the minutes of all meetings of the Local Council, Executive Board, and Committees of which the Scout executive is Secretary.

(g) The Scout executive shall be responsible for the preparation and keeping of such records as will make possible the Corporation's application for renewal of its charter. The Scout executive shall submit a report at each meeting of the Executive Board relative to the work of the Corporation and to the status of the Scouting movement throughout the territory of the Corporation, inviting attention to matters of particular interest and informing the Executive Board concerning any problems of which the Executive Board should be advised, together with recommendations and suggestions for the good of the movement requiring action by the Executive Board.

(h) The Scout executive shall prepare an annual report covering the activities and achievements of the Corporation which, with the approval of the Executive Board, shall be presented to the annual meeting of the Local Council, transmitted to the national office of the Boy Scouts of America, and made public to the communities within the territory of the Corporation.

(i) The Scout executive appointed by the Executive Board must be one recommended by the Boy Scouts of America and have been commissioned as Scout executive by the Boy Scouts of America.

## NATIONAL COUNCIL MEMBERS

SECTION 7.

At its annual meeting, the Local Council of the Corporation shall elect from its active membership such number of National Council members as the Corporation is entitled to under the Bylaws of the Boy Scouts of America to hold office until the conclusion of the next annual meeting of the Local Council and until their successors are elected and

# ARTICLE VIII. DISTRICT ORGANIZATION

### DISTRICTS

SECTION 1.

For the purpose of area service and administration, the Corporation's territory may be divided geographically into such districts as the Executive Board from time to time determines, subject to the *Rules and Regulations of the Boy Scouts of America.* The Corporation shall supervise Scouting in each district through the active members of the Local Council residing within the district and such additional district members as may be elected.

### DISTRICT COMMITTEE

SECTION 2.

The district committee shall be elected annually by the district members to administer the Scouting program within the territory of the district. The district committee and the committees of the district have no legislative authority, the purpose of the district committee being to make effective within the district policies and programs adopted by the Corporation. The district committee consists of Scouting coordinators and council members at large within the district territory plus duly elected district members at large.

### DISTRICT COMMITTEE OFFICERS

SECTION 3.

Each district committee shall elect a chairman and vice-chairmen as may be required and in such a manner as set forth in the official operations manual of the Boy Scouts of America and election procedures approved by the Executive Board. The district chairman shall be nominated for election to the Executive Board in accordance with Article IV, Section 2 of these Bylaws.

### MEETINGS OF THE DISTRICT COMMITTEE

SECTION 4.

The district committee shall meet monthly at such time and place, preferably within the district, as may be fixed by the committee or its chairman. The business transacted at each monthly meeting shall address the four functions of operation (membership/relationships, finance, program, and unit service) and shall be concerned with service to chartered organizations and to units within the district and shall include the receiving of reports from the chairmen of various district operating committees, the Scout executive or designee (as secretary of the district committee), and the district commissioner, and such other business as the chairman and officers and Scout executive may indicate.

The district committee meeting immediately preceding the annual meeting of the Local Council shall be the annual meeting of the district. At least ninety days prior thereto a nominating committee from the membership of the district committee shall be submitted to the council president for his approval by the district chairman which shall make nominations for district officers and members at large for election at the annual meeting of the district. At this meeting the officers and district committees shall present reports of the year's activities.

SECTION 5.

A suggested district election procedure appears in the appendix.

### DISTRICT OPERATING COMMITTEES

SECTION 6.

Each district may have such committees as approved by the Executive Board and as authorized by the Boy Scouts of America operations manuals. Each district shall be responsible for cooperating in making effective the policies and programs adopted by the Executive Board and for the performance of the four functions.

The chairmen of committees of the district shall be appointed by the district chairman with the approval of the district committee. The members of these committees shall be appointed by the district committee, upon the recommendation of the respective committee chairman and the district chairman.

event the signatures of at least two authorized persons shall be required for the disbursal of funds except in the case of checks made payable to the Boy Scouts of America where a single signature will be accepted provided authorization has been accorded by the Executive Board.

All receipts from registration fees, *Boys' Life* subscriptions, and any other funds of the Boy Scouts of America which are received by this Corporation for transmission to the Boy Scouts of America shall be carefully segregated, through bookkeeping and accounting procedures, as established by the Boy Scouts of America.

All persons having access to any funds (general or special) of the Corporation shall be bonded.

**Special Funds**

*Clause 3.* The Corporation may create special funds for specific purposes to be used in the interest of the Boy Scouts of America by the Corporation or a unit under its jurisdiction. Such special funds may be established by recordation in proper account on the books of the Corporation and shall, if required by direction of the Executive Board or the term of a gift or bequest, be vested in a bank or trust company in trust for the use of the Corporation or the unit, with the provision in the statement of the conditions governing the administering of the trust that in the event of the dissolution of the unit or Corporation or revocation, termination, or lapse of its charter said trustee will, after satisfying any claims against such fund, turn over to the Boy Scouts of America the balance for use by the Boy Scouts of America for the benefit of Scouting in such locality and for the specific purposes for which the fund was granted. If, after a reasonable period, there is no suitable opportunity for the use of said fund in such locality, it may be used elsewhere.

**Real Estate**

*Clause 4.* The Corporation may hold title to real property in its own name as long as its Articles of Incorporation expressly provide for the conveyance of such property or the net proceeds from the sale thereof to the Boy Scouts of America in the event of the dissolution of the Corporation or the revocation or termination of its charter. Title to real property acquired for the Corporation may also be vested in a bank or trust company in trust for the use of the Corporation, where appropriate in accordance with the wishes of the donor, with a provision in the trust deed that in the event of the dissolution of the Corporation or the revocation or termination of its charter, the trustee, after satisfying any claims against the Corporation to which such property may be subject, will convey said property or pay the net proceeds from a sale of the property to the Boy Scouts of America, which shall hold or use said property or funds for the benefit of Scouting in the locality in which the Corporation is located or elsewhere if after a reasonable period there is not suitable opportunity to use said property or funds in said locality.

Title to all real estate acquired for a unit under the jurisdiction of the Corporation shall be vested in (a) the name of the Corporation (if the Corporation agrees to hold title to the property), (b) the operator of such unit (if the operator is a chartered organization or community group), or (c) a bank or trust company, in each case in trust for the use of the unit, where appropriate in accordance with the wishes of the donor, with a provision in the trust deed that in the event of the dissolution of the unit or the revocation, termination, or lapse of its charter, the trustee will, after satisfying any claim against such unit to which such real estate may be subject, hold the property upon the instructions of the Corporation or, if so instructed, convey said property or pay the net proceeds from a sale of the property to the Corporation, which shall hold or use said property or funds for the benefit of Scouting in the locality in which the unit is located or elsewhere if, after a reasonable period, there is not a suitable opportunity to use said property or funds in such locality.

**Securities**

*Clause 5.* The securities of the Corporation shall be deposited in any such deposit vault or vaults or with such bank or banks, trust company or trust companies, or such other depositories as may from time to time be designated by the Executive Board, Executive Committee, or finance committee. Access to the securities may be had as provided by resolutions of the Executive Board or Executive Committee and not otherwise.

**Audit**

*Clause 6.* A statement of all income and expenses of the Corporation during the fiscal year and a statement of all assets, liabilities, and fund

authorized by the Executive Board or Executive Committee; and such authority may be general or confined to specific instances.

Except as otherwise provided by law or in these Bylaws, all checks, drafts, notes, bonds, bills of exchange, or other orders, instruments, or obligations for the payment of money shall be signed by such officer or officers, employee or employees, or agent or agents of the Corporation as shall be specified by the Executive Board or Executive Committee.

## NOTICES AND WAIVERS

SECTION 3.

Whenever any notice is required by these Bylaws or by any law to be given to any member of the Local Council, member of the Executive Board, or any committee or any officer, such notice except as otherwise provided by these Bylaws or by any law may be given personally or by telegram, cable, or radiogram addressed to such person at his/her or its place of business, if any, or (to the extent applicable) at such address as has been given to the Corporation as the home address of the person; or the notice may be given in writing by mail, in a sealed wrapper, postage prepaid, addressed to such person at such address. Any notice given by telegram, cable, or radiogram shall be deemed to have been given when it shall have been delivered for transmission and any notice given by mail shall be deemed to have been given when it shall have been deposited in a post office, in a regularly maintained letter box, or with a postal carrier. A waiver of any such notice in writing, signed by the person entitled to such notice in writing, as required, shall be deemed the equivalent thereof; and the presence at any meeting of any person entitled to notice thereof shall be deemed a waiver of such notice as to such person.

## ACTION WITHOUT A MEETING

SECTION 4.

Except to the extent otherwise restricted by any applicable law, any action required or permitted to be taken at any meeting of the Executive Board or any committee thereof may be taken without a meeting if prior to such action a written consent thereto is signed by all members of the Executive Board or committee and such written consent is filed with the minutes of the proceedings of the Executive Board or committee.

## FISCAL YEAR

SECTION 5.

The fiscal year of the Corporation shall be the calendar year.

## SEAL†

SECTION 6.

The seal of the Corporation shall be in the form of a circle enclosing the universal badge with the motto Be Prepared underneath this badge and the words "Tamarack . . . . Council of Boy Scouts of America, . Inc., . . . . . . . . " (Inc.*) around the circle and shall be used only as authorized.

†A seal may be ordered from the Supply Division, No. 5957—$25 FOB NYC.

*If part of corporation name.

## AMENDMENT

SECTION 7.

These Bylaws may be amended at any meeting of the Executive Board, upon the recommendation of the Executive Committee of the Executive Board, or when the proposed amendment has been sent to members of the Executive Board at least fifteen days in advance of the meeting. All amendments to these Bylaws must first be approved by the national office of the Boy Scouts of America before being submitted to the Executive Board for adoption.

## EXECUTIVE BOARD RESOLUTIONS

RESOLUTION 1.—*This resolution implements Article V, Section 3 (page 10).*

**Committees of the Executive Board**

RESOLVED. That the following committees of the Executive Board shall be appointed: (list the desired committees). Their duties and

this Corporation and be applied to Professional Scouters. It is imperative that employees of the Boy Scouts of America conduct themselves with a degree of honesty and integrity which is beyond reproach or even suspicion.

While it is not possible to anticipate every situation and prescribe a precise rule for each, it is possible to set forth certain basic, general principles to be observed by employees at all times. The essence of this policy is that employees shall always deal with others doing, or seeking to do, business with the Boy Scouts of America in a manner that exludes all consideration of personal advantage. Accordingly, every employee of the National Council is subject to the following policy:

1. **Interest in Other Business Organization**

   Employees of the National Council or members of their immediate families shall not have any interest, direct or indirect, in any other business which in any degree conflicts with the employee's primary obligations to the Boy Scouts of America. In this regard, employees or members of their immediate families should not possess a significant financial interest in any business that does, or seeks to do, business with the Boy Scouts of America. In addition, employees should not conduct business on behalf of the Boy Scouts of America with members of their immediate family, or a business organization with which the employees or members of their immediate families have any association which could be construed as significant in terms of potential conflict of interest.

2. **Gifts, Favors, Entertainment and Payments to Employees**

   Employees shall not seek or accept any gifts, payments, fees, services, valuable privileges, vacations or pleasure trips, loans (other than conventional loans from lending institutions) or other favors from any person or business organization that does, or seeks to do, business with the Boy Scouts of America. No employee shall accept anything of value in exchange for referral or parties to any person or business organization that does, or seeks to do, business with the Boy Scouts of America. In the application of this policy:

   (a) Employees may accept common courtesies of nominal value usually associated with accepted business practices for themselves and members of their families.

   (b) An especially strict standard is expected with respect to gifts, services or considerations of any kind from suppliers. Entertainment at the expense of suppliers beyond that contemplated by (a) above should not be accepted under any circumstance.

   (c) It is never permissible to accept a gift in cash or cash equivalents of any amount.

   (d) This policy does not preclude the acceptance of benefits to the Boy Scouts of America as compared to benefits to an individual employee.

   (e) This policy does not preclude the acceptance of courtesies extended to employees of the Boy Scouts of America in their official capacities, such as gratis hotel rooms for business (but not personal use) in connection with meetings.

   (f) This policy will be communicated to persons and organizations doing, or seeking to do, business with the Boy Scouts of America.

3. **Confidential Information**

   Employees shall not, without proper authority, give or release to anyone not an employee, or to another employee who has no need for the information, data or information of a confidential nature concerning the Boy Scouts of America.

4. **Gifts, Favors, Entertainment, and Payments by the Boy Scouts of America**

   Gifts, favors, and entertainment may be given others at the expense of the Boy Scouts of America only if they meet *all* of the following criteria:

   (a) They are consistent with accepted business practices.

   (b) They are of sufficiently limited value, and in a form that will not be construed as improper.

   (c) They are not in contravention of applicable law and generally accepted ethical standards.

   (d) Public disclosure of the facts will not embarrass the Boy Scouts of America.

5. **Obligation to Disclose**

   Any employee who believes that his or her

Subject to Protective Order – Highly Confidential

# APPENDIX

## THE LOCAL COUNCIL ANNUAL MEETING

We have received a number of inquires from the field regarding the recommended procedures for conducting a local council annual meeting. The following is based upon the procedures set forth in Article III, Section 3, Clause 1, of the *Standard Local Council Articles of Incorporation and By-laws.* No. 3736, which states:

"The annual meeting of the Local Council of the Corporation shall be held at such place . . . and at such time as the Executive Board of the Corporation may determine. The annual meeting of the Local Council shall be for the purpose of . . .

a. receiving annual reports of the Executive Board, officers, and various committees,

b. electing members at large, associate and honorary members of the Local Council, National Council members, regular members of the Executive Board, and officers of the Corporation other than the Scout executive,

c. receiving and approving financial statements showing the financial position of the Corporation as of the close of its most recent complete fiscal year and the results of operations during such year, and

d. transacting such other business as may come before the meeting."

It is suggested that the following guidelines be observed:

1. The proposed agenda, notice, and election procedures should be reviewed in conference by the council president, Scout executive, and area director well in advance of the meeting (i.e. prior to the board meeting which is 3 months before the annual meeting).
2. The council president must give careful attention to the appointment of both the nominating committee and the committee on program and resolutions within the time specified in the by-laws. It would be well for the council president to appoint a volunteer Scouter knowledgeable in the BSA election procedures, as well as the applicable nonprofit corporation State law requirements, to serve as parlimentarian and also election judge(s). These appointments should be published with sufficient advance notice to give voting members the opportunity to send in written recommendations.
3. Notice of the annual meeting must be given in writing a minimum number of days in advance of the meeting, as specified in the bylaws of the council.
4. Develop a list of the names of presently registered Scouting coordinators in the council and the name of the institution which each represents. The list should indicate anticipated attendance at the annual meeting. Scouting coordinators must constitute a majority of the active membership of the local council at all times.
5. Local council bylaws should stipulate the quorum requirements. The National Council recommends that a quorum for the local council conform to the laws of the State in which the council is incorporated. When this is not stated, 5 percent or 10 percent or 15 percent of the total voting membership is recommended.
6. Voting delegates and nonvoting delegates should be properly identified at the annual meeting with easily recognizable and distinctive name tags. All voting delegates should register as they arrive.
7. The council president may desire to call upon the parlimentarian to explain the election procedures before turning the meeting over to the nominating committee chairman to present the nominating committee report and conduct the elections. Copies of the election procedures and council bylaws should be on hand for ready reference. The election procedure should be dignified and be carried out in a businesslike manner. Nominations from the floor are not recommended in BSA election procedures.
8. It is strongly recommended that all officers and members of the executive board, be contacted personally (and proposed members at large of the council written to) informing them of the intention of the nominating committee to place their name in nomination for election at the

Subject to Protective Order – Highly Confidential

nominating committee are given serious consideration. Each such nomination should be acknowledged with a brief letter of thanks and the assurance that the candidate will be considered.

F. The nominating committee will select a slate consisting of a single candidate for each council officer position and no more than the legally allowable number of persons for each of the following categories: executive board members, council members at large, associate and honorary members, Local Council representatives to the National Council; however, the committee may elect not to completely fill the latter categories.

The nominating committee will then cause to be printed sufficient copies of the ballot so as to provide one to every official voting member present at the Local Council annual business meeting. The order of listing on the ballot is as follows:

Council members at large
Associate and honorary members
Executive Board members
Council officers (except Scout Executive) and Local Council representatives to the National Council.

G. Following the elections it is important to notify those elected, to congratulate each, and to register those not already registered as active members of the Boy Scouts of America.

## V. Details and Contingencies

A. Newly elected officers and local council members at large take office immediately following the annual business meeting.

B. Should any portion of the nominating committee's report be rejected, this portion would be reintroduced with or without changes for consideration at an adjourned or special or postponed meeting to be held no more than sixty days from the date of the annual business meeting. This would permit write-in nominations to be submitted and studied by the nominating committee.

Formal notice of the rescheduled meeting should be sent to eligible voters stating the purpose, etc. The nominating committee should, at the rescheduled meeting, be called upon by the President to proceed with that portion (or portions) of the election that was not completed. It is hoped that nominating committee members will discover the reasons for the failure of acceptance of the slate and attempt to deal with them prior to one rescheduled meeting.

C. In the event that a resolution is still not obtained then the process described in "B" above will be followed once more. Failing resolution the second time the President may elect (1) to entertain a motion to follow the process in "B" above once again, or (2) may dismiss the present nominating committee and appoint a new one which will meet and draw up a slate to be presented according to the guidelines above.

D. Since officers, regular members of the Executive Board, and council members at large take office immediately following the local council annual business meeting (Local Council Bylaws Article III, Section 2, Clause 1 and Article IV, Section 3) they will assume office when the local council annual business meeting has finally been adjourned.

E. Voting should be done by ballot. The nominating committee's slate, having been printed and distributed to eligible voters at the meeting may be used as an official ballot should there be the need.

The chairman of the nominating committee may "move the acceptance of the category under consideration and instruct the Secretary to cast a unanimous ballot for the proposed nominees." If this motion is carried there is no need to collect the printed ballots.

If the "unanimous ballot" motion is defeated then the President will immediately appoint tellers from among the active, registered members present to collect and tally the ballots. It may be helpful to have eligible voters sign their names so that their eligibility can be checked.

*Note: Use Council Nominating Worksheet, No. 6158.*

Subject to Protective Order – Highly Confidential

recessed meeting of the district committee to be held within thirty days of the present meeting, but not earlier than two weeks in order to give time for the nominating committee to receive nominations from Scouters, "in writing, at least two weeks prior to the annual meeting of the district" (see IV (E) above). Formal notice of this meeting must be sent to eligible voters immediately so that it is received at least three weeks prior to the meeting. The nominating committee will, at the next meeting, proceed with the portion of the election that failed passage. It is hoped that nominating committee members will discover the reasons for the failure of acceptance and attempt to deal with them.

C. In the event that a resolution is still not obtained, then the matter will be referred to the Council President and/or Executive Board for final resolution.

D. Because of V (A) above, the new members at large, plus Scouting coordinators and council members at large, are eligible to vote at postponed elections if they were elected and the officers' slate was not accepted.

E. Voting should be done by ballot. Ballots need not be collected and counted if the Secretary (DSE) is instructed by motion to "cast a unanimous ballot for the proposed candidates" and the motion is carried. If not carried, then the secretary should be instructed to collect ballots only from those eligible to vote, these should be marked with the name of eligible voters, and counted by clerks appointed by the chairman of the nominating committee.

**Note:** Use District Nominating Worksheet, No. 6159

**Note:** Council Bylaws are the "final word."

***Scouting Coordinator**

1. The Scouting Coordinator is automatically a voting member of the Council and the District upon the selection or appointment by the community organization and when registered as a member of the Boy Scouts of America. The individual is to be registered during the period of time that the chartered organization designates this person as Scouting Coordinator.

2. Primary responsibilities are: (1) helping units to be successful and (2) coordination between chartered organization and Scouting.

3. The Scouting Coordinator may become an active participating member of one of the district's committees.

Subject to Protective Order – Highly Confidential

P

Policies, 1
Powers and functions of
Executive Board, 7
Powers and functions of Executive
Committee, 10
Powers of Corporation, 2
President, Council, 6, 7, 8, 10, 13
Principles, 1
Professional staff, 13, 19
Program and resolutions,
committee, 7
Program promotion, 4
Property, 15
Protection of uniform and insignia, 4
Purpose of Corporation, 1, 4

Q

Quorum
Executive Board, 8
Executive Committee, 9
Local Council, 7

R

Raising funds, 15
Real estate, 16
Recognition of unit leaders, 11
Registration fees, 16
Regular meetings of Local Council, 6
Resolutions, 7, 18-19
Responsibilities, 4
Roundtable commissioners, 13
Roundtables, 11
*Rules and Regulations of the Boy Scouts of America*, 13

S

Scout distributors, 5
Scout executive, 6, 7, 8, 9, 10, 11,
12, 13, 14, 19
Scouting coordinator, 5, 6, 14, 20, 26
Scouting program, 1, 4
Seal, 18
custodian of, 12
Secretary, 10, 12, 14
Securities, 16
Special funds, 16
Special meetings of Local Council, 6
Sustaining members, 5

T

Terms of office, 10
Treasurer and assistants, 11, 12, 17, 19

U

Uniforms, 4, 5
Unit commissioner, 13
Units
charters, 15
designation, 15
funds, 17
leaders, 4

V

Vacancies
active membership, 6
Executive Board, 8
officers, 11
Vice-Presidents, 11
Voting
district, 22
Executive Board, 8
Local Council, 7, 20

W

Waivers, 18

Subject to Protective Order – Highly Confidential

# BYLAWS
# NORTHERN NEW JERSEY COUNCIL

## ARTICLE I. NAME

The name of the corporation is Northern New Jersey Council, Inc., Boy Scouts of America, sometimes referred to in these bylaws as the "corporation."

## ARTICLE II. PURPOSE AND RESPONSIBILITIES

### PURPOSE

SECTION 1.

The corporation shall promote, within the territory covered by the charter from time to time granted it by the Boy Scouts of America and in accordance with the Congressional Charter, Bylaws, and Rules and Regulations of the Boy Scouts of America, the Scouting program of promoting the ability of boys and young men and women to do things for themselves and others, training them in Scoutcraft, and teaching them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by the Boy Scouts of America. In achieving this purpose, emphasis shall be placed upon the educational program of the Boy Scouts of America and the oaths, promises, and codes of the Scouting program for character development, citizenship training, and mental and physical fitness.

The corporation shall fulfill the basic purpose of the Scouting movement within its territory, making Scouting training available to all boys and young men and women and serving organizations and community groups using the Scouting program while maintaining standards and policies, protecting official badges and insignia, and providing adequate leadership and finances.

## RESPONSIBILITIES

SECTION 2.

The responsibilities of the corporation shall be controlled and directed by the Boy Scouts of America through its Bylaws and Rules and Regulations.

*Clause 1.* It shall be the duty of the corporation to promote the program of Scouting through the organization and registration annually of units and their personnel; also to approve and provide leadership and supervision of all program activities, within the territory covered by its charter, in such a manner as to ensure compliance with the provisions of the Bylaws of the Boy Scouts of America and the Rules and Regulations thereof.

*Clause 2.* The corporation shall guard against the use of the official uniform and insignia by persons not officially registered with the Boy Scouts of America and shall bring to the attention of the Boy Scouts of America any violation of regulations not within its power to prevent or any attempt to commercialize the Scouting movement.

*Clause 3.* The corporation shall, through its Scout executive and other representatives, make the benefits of the Scouting program known to all organizations or community groups having contact with youth life and cooperate in the organization of units so that boys and young men and women may have the benefit of the Scouting program.

The corporation shall provide means for assisting chartered organizations in securing and training qualified persons to serve as unit leaders and assistants, unit committee members, and chartered organization representatives. The corporation shall provide facilities and leadership in order that Scouts under its jurisdiction may have the opportunity to have a year-round outdoor program totaling at least 10 days and nights of hike, overnight camp, camporee, and summer camp experiences, with adequate facilities and supervision.

*Clause 4.* The corporation shall endeavor to provide facilities and leadership in order that Venturers under its jurisdiction may have the opportunity to participate in at least 5 days and 5 nights of trips and Venturing activities away from home each year.

*Clause 5.* The corporation shall provide procedures for advancement in order that youth members may meet the various requirements of rank as authorized by the Boy Scouts of America, under such conditions as will reduce to a minimum the necessity of traveling a great distance from home or of interfering with schoolwork or home duties.

*Clause 6.* The corporation shall endeavor to provide commissioners and other district Scouters to help guide and coach unit Scouters.

*Clause 7.* The corporation shall cooperate with the Boy Scouts of America in the selection of stores, located within the local council's territory, for appointment as authorized and licensed distributors of official uniforms, literature, and equipment. A sufficient number of stores shall be

authorized by the Boy Scouts of America to provide adequate service to the youth and adult members in the territory served by the local council.

## ARTICLE III. MEMBERS OF THE LOCAL COUNCIL

### NUMBER, CLASSES, AND QUALIFICATIONS

SECTION 1.

The corporate membership of the corporation shall be composed of active members and may also include associate members and honorary members; the corporate membership shall be known and designated collectively as the Northern New Jersey Council of the Boy Scouts of America. All active, associate, and honorary members must meet the membership qualifications established by article VI of the corporation's articles of incorporation. The corporation also may enroll Friends of Scouting pursuant to clause 3 of this section. Friends of Scouting shall not be part of the corporate membership of the corporation unless elected as associate members pursuant to clause 2.

**Active Members**

*Clause 1.* The active membership of the local council shall consist of chartered organization representatives and members at large. Chartered organization representatives shall represent organizations or community groups operating units. Each organization or community group to which a charter is granted by the Boy Scouts of America to operate one or more recognized Scouting units shall elect or appoint a chartered organization representative, who shall be other than the unit leader or assistant unit leader, as a member of the local council.

Members at large of the local council shall include persons chosen from the various business, civic, educational, labor, professional, social, and religious interests of the communities in the corporation's territory.

The local council shall have not fewer than 100 active members. At all times chartered organization representatives shall constitute a majority of the active membership of the local council.

**Associate Members**

*Clause 2.* The active members of the local council may elect as associate members of the local council persons desiring to maintain an active Scouter membership without assignment to active service. Associate members shall have no vote but may wear the uniform and insignia of lay members without office.

**Friends of Scouting**

*Clause 3.* The local council may enroll as Friends of Scouting persons desiring to be identified through their financial support and influence in expansion of the corporation's program. Friends of Scouting who satisfy the eligibility requirements may be elected as associate members pursuant to clause 2 of this section. Friends of Scouting shall have no vote.

**Honorary Members**

*Clause 4.* The active members of the local council may elect as honorary members of the local council persons whose election may further the Scouting program. Honorary members shall have no vote.

## ELECTION AND TERM; VACANCIES

SECTION 2.

**Active Members**

*Clause 1.* Chartered organization representatives shall become active members of the local council upon their election or appointment by the chartered organization or community group and upon their being registered by the Boy Scouts of America as chartered organization representatives; they shall continue to be active members for such period as such organization or community group shall desire but in any event only during such time as such organization or community group shall continue to hold a charter from the Boy Scouts of America to operate a unit.

Each member at large shall be elected at the annual meeting of the local council by the active members then in office, shall take office immediately following such meeting, and shall hold office until the conclusion of the next succeeding annual meeting of the local council.

**Associate and Honorary Members**

*Clause 2.* Associate members and honorary members of the local council shall be elected at the annual meeting of the local council by the active members then in office, shall take office immediately following such meeting, and shall hold office until the conclusion of the next succeeding annual meeting of the local council.

**Vacancies in Active Membership**

*Clause 3.* A vacancy in the active membership of the local council caused by the death, resignation, removal, or failure to qualify of a chartered organization representative shall be filled by the chartered organization or community group which initially elected or appointed the chartered organization representative. A vacancy in the active membership of the local council caused by the death, resignation, removal, or failure to qualify of a member at large may be filled by the executive board of the corporation and the member at large so elected shall hold office until the conclusion of the next succeeding annual meeting of the local council. Nominations to fill vacancies shall be made by the nominating committee.

## MEETINGS; QUORUM; VOTING

SECTION 3.

**Annual Meeting**

*Clause 1.* The annual meeting of the local council shall be held at such place within the corporation's territory, or on property that is owned or leased by the corporation that is not located within the corporation's territory, and at such time as the executive board of the corporation may determine. The annual meeting of the local council shall be for the purpose of (a) receiving annual reports of the executive board, officers, and various committees, (b) electing members at large, associate and honorary members of the local council, National Council members, regular members of the executive board, and officers of the corporation other than the Scout executive, (c) receiving and approving financial statements showing the financial position of the corporation as of the close of its most recent complete fiscal year and the results of operations during such year, and (d) transacting such other business as may come before the meeting.

**Other Regular Meetings**

*Clause 2.* In addition to the annual meeting, the local council may have such other regular meetings as may be established by resolution of the executive board of the corporation. Each

regular meeting shall be held at such place within the corporation's territory, or on property that
is owned or leased by the corporation that is not located within the corporation's territory, as the
president or the executive board may specify.

**Special Meetings**

*Clause 3.*  Special meetings of the local council may be called by the president or the executive
board at any time and shall be called within 60 days upon the request in writing of at least
one-fifth of the active members of the local council (such request specifying the object of the
special meeting). Special meetings shall be held at such place within the corporation's territory,
or on property that is owned or leased by the corporation that is not located within the
corporation's territory, as the president or executive board may specify except that a special
meeting called to consider a proposal to merge or consolidate with one or more corporations which
are chartered local councils of the Boy Scouts of America may, to the extent permitted by law,
be held in the territory of one of such other corporations if the president or the executive board
shall so specify.

**Notice**

*Clause 4.*  A written notice of any meeting of the local council, regular or special, shall be
mailed to each member of the local council who is entitled to attend the meeting at least 20 days
or earlier in the case of the annual meeting (see section 4) in advance thereof and shall indicate
the time and place of and the business to be transacted at the meeting.

**Quorum**

*Clause 5.*  A quorum for the local council shall be five percent of the active members of the
council.

**Attendance at Meetings; Voting**

*Clause 6.*  All active, honorary, and associate members of the local council shall be entitled to
attend any meeting of the local council. The local council may invite other persons to attend local
council meetings but such persons shall have no vote. Each active member of the local council
present at a local council meeting shall be entitled to one vote and voting by proxy shall not be
permitted. Nominations for elective offices shall only be made by the nominating committee, and
nominations from the floor shall not be permitted.  Except in the case of elections where voting
shall be by ballot, voting at a meeting of the local council may be by ballot, voice, or show of
hands as the chairman of the meeting may rule unless otherwise determined by the members
entitled to vote. Unless otherwise required by law, the articles of incorporation or these bylaws,

any question presented to a meeting of the local council at which a quorum is present shall be determined by a majority of those actually voting.

## NOMINATING COMMITTEE OF THE LOCAL COUNCIL

SECTION 4.

At least 90 days prior to the annual meeting of the local council, the president shall appoint, with the approval of the executive board, not fewer than three active members of the local council to serve as a nominating committee. Nominations for all council elective offices shall be made by the nominating committee. At the annual meeting of the local council the nominating committee shall nominate persons to be elected as members at large of the local council, associate and honorary members of the local council, regular members of the executive board, National Council members, and officers of the corporation other than the Scout executive. The notice of the annual meeting should be mailed between 45 and 60 days prior to the meeting, announcing the membership of the nominating committee so that active members of the local council may make recommendations of possible nominees to the committee for its consideration. Recommendations to the committee shall be made in writing at least 30 days prior to the meeting.

SECTION 5.

A suggested council election procedure appears in the appendix. (These may be adopted for use by executive board resolution.)

## COMMITTEE ON PROGRAM AND RESOLUTIONS

SECTION 6.

At least 60 days prior to each regular meeting of the local council including the annual meeting, the president may appoint, with the approval of the executive board, not fewer than three nor more than five active members of the local council to serve as a committee on program and resolutions for the next regular local council meeting. The notice of such meeting mailed to members of the local council shall announce the membership of this committee and shall invite suggestions from each active member of the local council for the arrangement of the program and resolutions to be considered at the meeting. All suggestions to the committee shall be in writing. The committee shall consider and present to the meeting of the local council or to the appropriate committee of the executive board with recommendations, all suggestions made to it at least 5 days prior to the meeting or which it itself proposes for consideration and action. If a committee on program and resolutions is appointed, no resolution shall be considered at any regular meeting of

the local council unless it has first been presented to or proposed by the committee in accordance with this section.

## ARTICLE IV. THE EXECUTIVE BOARD

### POWERS AND FUNCTIONS

SECTION 1.

The executive board shall be the governing body of the corporation and shall manage its affairs. The executive board shall be the local reviewing authority with respect to matters within the Scouting movement which arise in the territory of the corporation.

### MEMBERSHIP

SECTION 2.

The executive board of the corporation shall consist of (a) not fewer than 25 nor more than 50 regular members elected by the local council from among its active members plus, (b) the officers of the corporation including the Scout executive, who shall have no vote, (c) the chairmen of the committees of the executive board, (d) the chairmen of the several district committees, upon their being approved by the executive board, and (e) not more than two youth members, who shall be registered Boy Scouts or Venturers appointed by the council president with the approval of the executive board to serve for a term of 1 year.

### ELECTION AND TERM; VACANCIES

SECTION 3.

Regular members of the executive board shall be elected at the annual meeting of the local council, shall take office immediately following such meeting, and shall continue in office until the conclusion of the next succeeding annual meeting of the local council and until their respective successors are elected and qualify. Chairmen of the committees of the executive board take office as members of the executive board upon their being appointed by the president and approved by the executive board. District chairmen take office as members of the executive board upon their being approved by the executive board.

Upon the death, resignation, removal, or failure to qualify as a member of the executive board of any regular member or officer, the executive board may elect an eligible person to fill the vacancy so created for the unexpired period of the term of office. Nominations to fill vacancies shall be made by the nominating committee.

A member of the executive board may be removed upon 30 days' written notice to the members of the executive board and by an affirmative vote of two-thirds of the entire membership of the board.

## MEETINGS; QUORUM; VOTING

SECTION 4.

The executive board shall meet at such time and place as the executive board may direct and in any event at least six times annually including an organizational meeting as soon as practicable following the annual meeting of the local council. Special meetings of the executive board may be called by the executive committee of the executive board or by the president and shall be called within 30 days upon the written request of at least one-fifth of the members of the executive board (which request shall specify the purpose of such special meeting). A notice of each meeting of the executive board shall be mailed to each member at least 5 days in advance of the meeting.

One-third of the members of the executive board shall constitute a quorum for all purposes.

Unless otherwise required by law, the articles of incorporation or these bylaws, all questions presented to a meeting of the executive board at which a quorum is present shall be decided by a majority of those actually voting.

Any regular member of the executive board who fails to attend a minimum of two meetings of the executive board in any one year shall not be eligible for reelection as a regular member of the executive board for the ensuing term, provided, however, that the executive board may excuse absences and any absence so excused shall be counted as a meeting attended.

## ADVISORY COUNCIL

SECTION 5.

There shall be an advisory council to the executive board composed of (a) members of the executive board who have served on the executive board not less than 5 years and who can no longer attend regular meetings of the board but wish to continue their relationship with the corporation in an advisory or consulting capacity; (b) such other persons who, being unable to devote time to Scouting on a regular basis, wish to serve Scouting upon special assignment.

Both (a) and (b) membership on the advisory council requires a two-thirds vote of the members of the executive board present at any meeting.

Members of the advisory council shall be entitled to receive notice of and to attend all meetings of the executive board, but shall have no vote.

## ARTICLE V. COMMITTEES OF THE EXECUTIVE BOARD

### COMMITTEES; APPOINTMENT

SECTION 1.

There shall be an executive committee consisting of the persons and having the powers specified in section 2 of this article.

In addition, subject to the provisions of section 3 of this article, the executive board shall have committees, each of which shall have such powers and responsibilities as may be fixed by resolution of the executive board in accordance with guidelines and procedures from time to time recommended by the Boy Scouts of America. The committees of the executive board shall be appointed from members of the local council or from persons satisfying the qualifications set forth in article III, sections 1 and 2, annually by the president with the advice and approval of the executive board, at the regular meeting of the executive board next following the annual meeting of the local council. In the event a person, other than the chairman of a committee in the district, who is not a member of the local council is appointed to such a committee, that person may be elected as a member at large of the local council. As provided in section 2 of article IV of these bylaws, the chairmen of the committees shall, by reason of their positions as such, be members of the executive board.

All actions of the committees shall be subject to the approval of the executive board.

### EXECUTIVE COMMITTEE

SECTION 2.

The executive committee shall be composed of those persons who are the officers of the corporation, including the Scout executive (who shall have no vote), and may include others appointed by the president.

The executive committee of the executive board shall have and may exercise all the necessary powers of the executive board in the management of the corporation during the intervals between the meetings of the executive board, but in no event shall the executive committee act contrary to action theretofore taken by the executive board. Minutes shall be kept of all executive committee action and reported to the ensuing meeting of the executive board for its approval.

Meetings of the executive committee may be called at any time by the president and shall be called by the president within 30 days upon the request of three or more members of the executive committee. It shall be the general practice of the executive committee to meet in those months in which the executive board does not meet. All meetings of the executive committee shall be held on at least 3 days' written notice or day's notice by telegram, cable, fax, or electronic mail. A majority of the voting members of the executive committee shall constitute a quorum.

## COMMITTEES

SECTION 3.

The committees of the executive board shall be responsible for the development and effectiveness of programs and policies of the corporation in accordance with standards and requirements as established by the Boy Scouts of America. The corporation shall have committees (or specialists under one plan of council and district organization) of the executive board as may be authorized by the Boy Scouts of America operations manual published for the council's adopted plan of council and district organization.

The committees of the executive board shall be so organized as to provide for the coordination of their work throughout the entire territory of the corporation. The executive board's committees shall be concerned with the development of policy, program, and procedures as approved by the executive board in the interest of the uniform development and extension of Scouting throughout the territory of the corporation.

The committees shall function throughout the year, meeting as often as may be necessary in the judgment of the committee chairman, president, or Scout executive.

Committees shall be guided by the program material and manuals made available by the national office of the Boy Scouts of America and shall make recommendations in light of their experience and knowledge of local conditions.

The committees shall perform the tasks organized under the four functions: membership/ relationships, finance, program, and unit service. Other committees may be formed to handle special functions.

# ARTICLE VI. OFFICERS AND NATIONAL COUNCIL MEMBERS

## OFFICERS; ELECTIONS AND APPOINTMENT

SECTION 1.

The officers of the corporation shall be a president, a maximum of ten vice-presidents, a treasurer, a council commissioner, and a Scout executive who shall also fill the office of secretary. The officers, with the exception of the Scout executive, shall be elected from the active membership of the local council at the annual meeting of the local council, shall take office immediately following such meeting, and shall hold office until the conclusion of the next succeeding annual meeting of the local council and until their successors are elected and qualify.

Vacancies in these offices occurring between annual meetings of the local council may be filled by the executive board. Nominations to fill vacancies shall be made by the nominating committee. The Scout executive shall be appointed by and shall serve during the pleasure of the executive board.

The local council may, upon the nomination of the executive board, create honorary offices and elect persons to fill the offices so created. Honorary officers shall have no duties or vote.

## PRESIDENT

SECTION 2.

The president shall serve as chairman of meetings of the local council, the executive board, and the executive committee and shall be a member ex officio of all committees of the executive board and shall perform such other functions as herein provided or as are assigned by the executive board. The president is automatically elected by the National Council to serve as a local council representative during the term of office.

## VICE-PRESIDENTS

SECTION 3.

The vice-presidents shall perform such functions as may be assigned to them by the president. In case of the president's inability or failure to make such designation, the executive board or

executive committee may designate one of the vice-presidents to serve during the president's absence or inability to serve.

## TREASURER

SECTION 4.

The treasurer shall be responsible, through methods of internal control, for the recording and deposit of all receipts of the corporation, for the proper disbursement of its cash, and accounting for all property of the corporation, whether real or personal, tangible or intangible, however acquired. The treasurer shall present annually to the executive board a statement of all income and expenses during the prior year, together with a statement of all assets, liabilities, and net assets of the corporation as of the end of that year, these statements first having been duly audited and certified in accordance with generally accepted auditing standards by certified public accountants or other recognized independent public accountants approved by the executive board or executive committee. A copy of such audited annual statements shall be kept available at the office of the corporation for inspection by members of the corporation, and a copy shall be filed with the national office of the Boy Scouts of America. The treasurer shall also present interim period reports as required by the executive board.

No more than two assistant treasurers may be appointed by and shall act during the pleasure of the executive board or executive committee.

The treasurer and assistant treasurers shall be bonded.

## COUNCIL COMMISSIONER

SECTION 5.

The council commissioner is responsible for seeing that the unit-service function is performed.

The council commissioner shall:

(a) Supervise the activities of the commissioner staff and preside at regular meetings of district commissioners.

(b) Lead efforts to recruit an adequate commissioner staff to provide continuing and effective commissioner service for each unit (a ratio of one commissioner for every three units).

(c) Provide a year-round training program for commissioners in all districts. Conduct an annual commissioner conference.

(d) Assist district nominating committees in selecting district commissioners as needed.

(e) Maintain the standards of the Boy Scouts of America, uphold national policies, promote good uniforming, and lead efforts to hold regular roundtable programs in the district.

(f) Be concerned with proper recognition of unit leaders.  Maintain their morale, periodically reporting unit conditions to the executive board.

(g) Help the district commissioners maintain a good working relationship with their respective district executives.

(h) Maintain procedures to assure maximum on-time unit charter renewal by district commissioner staffs.

(i) Work with the council president to secure the help of committees in meeting unit needs.

The council commissioner must be at least 21 years of age and election is subject to approval and issuance of a commission as council commissioner by the Boy Scouts of America.

The council commissioner is automatically elected by the National Council to serve as a local council representative during the term of office.

## SCOUT EXECUTIVE

SECTION 6.

(a) The Scout executive shall be the chief executive officer of the corporation and shall have general direction over the administrative work of the corporation, subject to the authority and direction of the executive board. The Scout executive shall serve as the secretary of the local council, the executive board, its executive committee, all other committees of the executive board, and district committees and shall be a member ex officio of all committees of the executive board but without vote.

The Scout executive may designate one or more representatives to serve as secretaries of district committees and, when necessary, committees of the executive board.

(b) The Scout executive shall be responsible for the administration of the Scouting program within the territory of the corporation and for making effective within such territory the policies and programs of the corporation in accordance with the policies of the Boy Scouts of America as from time to time announced by it.

(c) The Scout executive may execute, on behalf of the corporation, all documents, deeds, or notes duly authorized to be executed and shall be the custodian of the seal of the corporation

and may affix the same duly attested to such documents, deeds, or notes as may require it. As to notes and deeds, such countersignatures shall be required as the executive board may direct.*

(d) The Scout executive shall assist the treasurer in maintaining the accounting records and the budget system, and shall be responsible for preparing monthly detailed statements of all financial operations including the budget report for the information of the treasurer and the finance committee.

(e) The Scout executive may, with the prior approval of the Executive Board, delegate to any staff officer or employee authority in writing to execute such leases, contracts, and other instruments as may be deemed desirable. Subject to the provisions of these bylaws and the direction of the executive board, the Scout executive shall have the power to appoint and remove all employees of the corporation and to direct their work.*

(f) The Scout executive shall see that notices are sent to those elected as members of the local council and the Executive Board and as officers of the corporation and to those appointed as members of committees; and shall cause notices to be sent out of all meetings for which provision is made hereunder and be responsible for the minutes of all meetings of the local council, executive board, and committees of which the Scout executive is secretary.

(g) The Scout executive shall be responsible for the preparation and keeping of such records as will make possible the corporation's application for renewal of its charter. The Scout executive shall submit a report at each meeting of the executive board relative to the work of the corporation and to the status of the Scouting movement throughout the territory of the corporation, inviting attention to matters of particular interest and informing the executive board concerning any problems of which the executive board should be advised, together with recommendations and suggestions for the good of the movement requiring action by the executive board.

(h) The Scout executive shall prepare an annual report covering the activities and achievements of the corporation which, with the approval of the executive board, shall be presented to the annual meeting of the local council, transmitted to the national office of the Boy Scouts of America, and made public to the communities within the territory of the corporation.

(i) The Scout executive appointed by the executive board must be one recommended by the Boy Scouts of America and have been commissioned as Scout executive by the Boy Scouts of America.

* *Executive Board Resolution 2 is needed to implement (c) and (e) of this section.*

### NATIONAL COUNCIL MEMBERS

SECTION 7.

At its annual meeting, the local council shall elect from its active membership such number of National Council members as the corporation is entitled to under the Bylaws of the Boy Scouts of America to hold office until the conclusion of the next annual meeting of the local council and until their successors are elected and qualify. National Council members shall attend the annual meeting, and any special meetings, of the National Council of the Boy Scouts of America and shall participate in its proceedings and perform such other duties as may be assigned to them by the Executive Board or the National Council of the Boy Scouts of America. As liaison officers between this corporation and the National Council they shall:

(a) Present the point of view of the corporation to the National Council in respect to matters of national policy and procedure, and

(b) Interpret to the corporation decisions and policies of the National Council and assist the corporation in its responsibility to make effective and bring about an understanding among local Scouters of such decisions and policies of the National Council.

National Council members shall serve as members of the regional committee and shall attend all regional committee meetings and participate in the proceedings thereof. The duly elected council president and council commissioner are automatically elected by the National Council to serve as local council representatives during their terms of office.

(NOTE: In addition to the council president and council commissioner each local council may elect one of its members as a member of the National Council for every 5,000 traditional program youth members (Cub Scouts, Boy Scouts, Varsity Scouts, and Venturers), or major portion (2,501 or more) thereof enrolled as of December 31 of the preceding year.)

## ARTICLE VII. COMMISSIONER STAFF AND PROFESSIONAL STAFF

### COMMISSIONER STAFF

SECTION 1.

The commissioner staff may be composed of the council commissioner, one or more assistant council commissioners, district commissioners, assistant district commissioners, roundtable

commissioners, and unit commissioners. Each such Scouter shall be 21 years of age or over to whom the Boy Scouts of America has issued a commission for a respective volunteer post.

The council/district commissioner staff shall be selected as required and in such a manner as is set forth in the commissioner manuals of the Boy Scouts of America for the council's adopted plan of council and district organization, the Rules and Regulations of the Boy Scouts of America, and these bylaws.

Each member of the commissioner staff shall serve as a volunteer and carry out the mission of the position for which commissioned in cooperation with the council's plan for the delivery of its programs to chartered organizations and community groups and in accord with these bylaws, policies, procedures, and the Rules and Regulations of the Boy Scouts of America.

### PROFESSIONAL STAFF

SECTION 2.

The corporation may employ individuals in professional positions who have been recommended by and commissioned as such by the Boy Scouts of America. Such members of the professional staff shall be appointed to office by the executive board upon the recommendation of the Scout executive and shall serve, under the direction and supervision of the Scout executive, at the pleasure of the executive board and the Scout executive.

Duties of members of the professional staff shall be as defined by the Scout executive with the approval of the executive board. They may be designated so as to indicate their respective functions, but all professional titles first shall be approved by the Boy Scouts of America.

## ARTICLE VIII. DISTRICT ORGANIZATION

### DISTRICTS

SECTION 1.

For the purpose of area service and administration, the corporation's territory may be divided geographically into such districts as the executive board from time to time determines, subject to the Rules and Regulations of the Boy Scouts of America. The corporation shall supervise Scouting in each district through the active members of the local council residing within the district and such additional district members as may be elected.

## DISTRICT COMMITTEE

SECTION 2.

The district committee shall be elected annually by the district members to administer the Scouting program within the territory of the district. The district committee and the committees of the district have no legislative authority, the purpose of the district committee being to make effective within the district policies and programs adopted by the corporation. The district committee consists of chartered organization representatives and council members at large within the district territory plus duly elected district members at large.

## DISTRICT COMMITTEE OFFICERS

SECTION 3.

Each district committee shall elect a chairman and vice-chairmen as may be required and in such a manner as set forth in the official operations manual of the Boy Scouts of America and election procedures approved by the executive board. The district chairman shall be nominated for election to the executive board in accordance with article IV, section 2 of these bylaws.

## MEETINGS OF THE DISTRICT COMMITTEE

SECTION 4.

The district committee shall meet monthly at such time and place, preferably within the district, as may be fixed by the committee or its chairman. The business transacted at each monthly meeting shall address the four functions of operation (membership/relationships, finance, program, and unit service) and shall be concerned with service to chartered organizations and to units within the district and shall include the receiving of reports from the chairmen of various district operating committees, the Scout executive or designee (as secretary of the district committee), and the district commissioner, and such other business as the chairman and officers and Scout executive may indicate.

The district committee meeting immediately preceding the annual meeting of the local council should be the annual meeting of the district. At least 90 days prior thereto three to five names of a potential district nominating committee shall be submitted to the council president for approval. The president has the discretion to add or delete names for the nominating committee from the council executive board or the community at large. When approved, the committee shall make nominations for district officers and members at large for election at the annual meeting of the

district. At this meeting the officers and district committees shall present reports of the year's activities.

SECTION 5.

A suggested district election procedure appears in the appendix.

## VACANCIES

Section 6.

A vacancy in district committee officers or district members at large cause by the death, resignation, removal, or failure to qualify may be filled by the district committee and the person so elected shall hold office until the conclusion of the next succeeding annual meeting of the district. Nominations to fill vacancies shall be made by the district nominating committee.

## DISTRICT OPERATING COMMITTEES

SECTION 7.

Each district may have such committees as approved by the executive board and as authorized by the Boy Scouts of America operations manuals. Each district shall be responsible for cooperating in making effective the policies and programs adopted by the executive board and for the performance of the four functions.

The chairmen of committees of the district shall be appointed by the district chairman with the approval of the district committee. The members of these committees shall be appointed by the district committee, upon the recommendation of the respective committee chairman and the district chairman.

## DISTRICT COMMISSIONER STAFF

Section 8.

Each district shall have a commissioner staff as set forth in article VII, section 1 of these bylaws and in the commissioner manuals of the Boy Scouts of America. The district commissioner shall be selected in accordance with article VIII, section 3, clause 6 of the Rules

and Regulations of the Boy Scouts of America and the District Election Procedures of the bylaws.

## ARTICLE IX. LOCAL UNITS

### APPROVAL OF UNIT CHARTERS

SECTION 1.

The executive board shall review or shall authorize some committee or person to review all applications for new charters or renewal of charters by community or chartered organizations within the corporation's territory and shall forward the recommendation with respect to each such application to the national office of the Boy Scouts of America.

### UNIT DESIGNATION

SECTION 2.

All units within the corporation's territory shall be designated by the name of the community in which the unit is located, by the name of the chartered organization or community group operating the unit, and by a serial number assigned by the corporation.

## ARTICLE X. FINANCES AND PROPERTY

### RAISING FUNDS

SECTION 1.

*Clause 1.* All money raised by or received for the benefit of the corporation or a unit under its jurisdiction and all property acquired by the corporation or such a unit shall be deemed to be received or acquired for the benefit of Scouting as interpreted and promoted by the Boy Scouts of America, in accordance with the Rules and Regulations and procedures from time to time adopted by the Boy Scouts of America.

*Clause 2.* Subject to the Rules and Regulations of the Boy Scouts of America, the corporation shall control the raising and expenditure of all funds for local Scouting work within the territory of the corporation. The necessary expenses of the corporation shall be met by funds secured by solicitation or otherwise in accordance with the Rules and Regulations of the Boy Scouts of America pertaining to the raising of funds for Scouting purposes.

*Clause 3.* Neither the corporation nor any unit under its jurisdiction shall have any authority to bind the Boy Scouts of America to any financial obligation whatever.

## CONTROL OF FUNDS AND PROPERTY

SECTION 2.

### Budget

*Clause 1.* The executive board shall, preceding the commencement of each fiscal year, consider and adopt a budget of estimated expenditures by the corporation for such fiscal year. No funds shall be expended by the corporation during a fiscal year without the authorization of the executive board or the executive committee for any item not covered by, or in excess of the amount authorized by, the budget for such year.

### General Funds

*Clause 2.* All funds of this corporation or funds handled on behalf of this corporation or the Boy Scouts of America, from whatever source and for whatever purpose received, shall be deposited to the credit of the corporation in such depositories as shall be approved by the executive board or executive committee. The funds shall be disbursed only upon the authority of the executive board, executive committee or upon the order of officers of the corporation duly authorized by the executive board or executive committee; in any event the signatures of at least two authorized persons shall be required for the disbursal of funds except in the case of checks made payable to the Boy Scouts of America where a single signature will be accepted provided authorization has been accorded by the executive board.

All receipts from registration fees, Boys' Life subscriptions, and any other funds of the Boy Scouts of America which are received by this corporation for transmission to the Boy Scouts of America shall be carefully segregated, through bookkeeping and accounting procedures, as established by the Boy Scouts of America.

All persons having access to any funds (general or special) of the corporation shall be bonded.

**Special Funds**

*Clause 3.* The corporation may create special funds for specific purposes to be used in the interest of the Boy Scouts of America by the corporation or a unit under its jurisdiction. Such special funds may be established by recordation in proper account on the books of the corporation and shall, if required by direction of the executive board or the term of a gift or bequest, be vested in a bank or trust company in trust for the use of the corporation or the unit, with the provision in the statement of the conditions governing the administering of the trust that in the event of the dissolution of the unit or corporation or revocation, termination, or lapse of its charter said trustee will, after satisfying any claims against such fund, turn over to the Boy Scouts of America the balance for use by the Boy Scouts of America for the benefit of Scouting in such locality and for the specific purposes for which the fund was granted. If, after a reasonable period, there is no suitable opportunity for the use of said fund in such locality, it may be used elsewhere.

**Real Estate**

*Clause 4.* The corporation may hold title to real property in its own name as long as its Articles of Incorporation expressly provide for the conveyance of such property or the net proceeds from the sale thereof to the Boy Scouts of America in the event of the dissolution of the corporation or the revocation or termination of its charter. Title to real property acquired for the corporation may also be vested in a bank or trust company in trust for the use of the corporation, where appropriate in accordance with the wishes of the donor, with a provision in the trust deed that in the event of the dissolution of the corporation or the revocation or termination of its charter, the trustee, after satisfying any claims against the corporation to which such property may be subject, will convey said property or pay the net proceeds from a sale of the property to the Boy Scouts of America, which shall hold or use said property or funds for the benefit of Scouting in the locality in which the corporation is located or elsewhere if after a reasonable period there is not suitable opportunity to use said property or funds in said locality.

Title to all real estate acquired for a unit under the jurisdiction of the corporation shall be vested in (a) the name of the corporation (if the corporation agrees to hold title to property), (b) the operator of such unit (if the operator is a chartered organization or community group), or (c) a bank or trust company, in each case in trust for the use of the unit, where appropriate in accordance with the wishes of the donor, with a provision in the trust deed that in the event of the dissolution of the unit or the revocation, termination, or lapse of its charter, the trustee will, after satisfying any claim against such unit to which such real estate may be subject, hold the property upon the instructions of the corporation or, if so instructed, convey said property or pay the net proceeds from a sale of the property to the corporation, which shall hold or use said property or funds for the benefit of Scouting in the locality in which the unit is located or elsewhere if, after a reasonable period, there is not a suitable opportunity to use said property or funds in such locality.

**Securities**

*Clause 5.* The securities of the corporation shall be deposited in any such deposit vault or vaults or with such bank or banks, trust company or trust companies, or such other depositories as may from time to time be designated by the executive board, executive committee, or finance committee. Access to the securities may be had as provided by resolutions of the executive board or executive committee and not otherwise.

**Audit**

*Clause 6.* A statement of all income and expenses of the corporation during the fiscal year and a statement of all assets, liabilities, and fund balances of the corporation as at the end of such year shall be duly audited and certified annually in accordance with generally accepted auditing standards, by certified public accountants or other recognized independent public accountants approved by the executive board or executive committee.

## ADMINISTRATION OF UNIT FUNDS

SECTION 3.

*Clause 1.* At the request of the unit committee of any unit under the jurisdiction of the corporation, the treasurer may hold for such committee funds for the unit. Such funds shall be transferred, in whole or in part, to the custody of the unit or a treasurer of the chartered organization upon duly accredited authority for such transfer.

*Clause 2.* In the event of the dissolution of a unit or the revocation or lapse of its charter, the unit committee shall apply unit funds and property to the payment of unit obligations and shall turn over the surplus, if any, to the corporation. In the case of an organization unit, any funds or equipment which may have been secured as property of the unit shall be held in trust by the organization or the corporation, as may be agreed upon, pending reorganization of the unit or if this does not occur, such funds and property, by the agreement of those involved, shall be used elsewhere for the promotion of the program of the Boy Scouts of America.

# ARTICLE XI. ADDITIONAL ADMINISTRATIVE MATTERS

## INDEMNIFICATION

SECTION 1.

(a)     Any person made or threatened to be made a party to any action or proceeding, whether civil or criminal, by reason of the fact that the person, the person's estate, or its personal representative, is or was a Director, officer or employee of the Corporation, or an individual (including a Staff member) acting as an agent of the Corporation, or serves or served any other corporation or other entity or organization in any capacity at the request of the Corporation while the person was a Director officer, employee or agent of the Corporation (hereinafter referred to as "corporate agent"), shall be and hereby is indemnified by the Corporation against expenses to the extent that the corporate agent has been successful on the merits or otherwise in any proceeding referred to in §§ 2 and 3 of this Section or in defense of any claim, issue or matter therein.

(b)     The indemnification provided for in subsection (a) of this section shall apply to any proceeding involving the corporate agent because the agent is or was a corporate agent, other than a proceeding by or in the right of the Corporation, if:

(1)     the corporate agent acted in good faith and in a manner which the agent reasonably believed to be in or not opposed to the best interests of the Corporation; and

(2)     with respect to any criminal proceeding, the corporate agent had no reasonable cause to believe the conduct was unlawful. The termination of any proceeding by judgment, order, settlement, conviction or upon a plea of nolo contendere or its equivalent, shall not of itself create a presumption that the corporate agent did not meet the applicable standards of conduct set forth herein.

(c)     The indemnification provided for in subsection (a) of this section shall apply to any proceeding by or in the right of the Corporation to procure a judgment in its favor which involves the corporate agent by reason of being or having been the corporate agent, if the agent acted in good faith and in a manner which the corporate agent reasonably believed to be in or not opposed to the best interests of the Corporation. However, in the proceeding no indemnification shall be provided in respect of any claim, issue or matter as to which the corporate agent was liable to the Corporation, unless and only to the extent that the Superior

Court or the court in which the proceeding was brought shall determine upon application that despite the adjudication of liability, but in view of all circumstances of the case, the corporate agent is fairly and reasonably entitled to indemnity for those expenses as the Superior Court or the other court shall deem proper.

(d) Any indemnification under subsection (b) of this section and, unless ordered by a court, under subsection (c) of this section, may be made by the Corporation only as authorized in a specific case upon a determination that indemnification is proper in the circumstances because the corporate agent met the applicable standard of conduct set forth in subsections (b) or (c). Unless otherwise provided in the Corporation's Certificate of Incorporation or these bylaws, the determination shall be made:

(1) By the Board or a committee thereof at a meeting at which is present a quorum determined without including Directors who were parties to or otherwise involved in the proceeding, acting by a majority vote of Directors who were not parties to or otherwise involved in the proceeding; or

(2) If the quorum is not obtainable, or, even if obtainable and the quorum of the Board or committee by a majority vote of the disinterested Directors directs, by independent legal counsel, in a written opinion, the counsel to be designated by the Board.

(e) Expenses incurred by a corporate agent in connection with the proceeding may be paid by the Corporation in advance of the final disposition of the proceeding as authorized by the Board upon receipt of an undertaking by or on behalf of the corporate agent to repay the amount unless it shall ultimately be determined that the corporate agent is entitled to be indemnified as provided in this section.

(f) Said indemnification shall be against all judgments, fines, amounts paid in settlement and reasonable expenses, including attorney's fees actually and necessarily incurred, as a result of any such action or proceeding, or any appeal therein, to the fullest extent permitted and in the manner prescribed by the laws of the State of New Jersey, as they may be amended from time to time, or such other law or laws as may be applicable to the extent such other law or laws is not inconsistent with the law of New Jersey.

(g) The foregoing provisions of this section shall be deemed to be a contract between the Corporation and each Director, officer, employee and agent of the Corporation, in such a capacity at any time while this Section is in effect. Any repeal of modification of this section or any applicable provision of the law of New Jersey shall not affect any rights or obligations then existing as it relates to any action or proceeding theretofore or thereafter brought or threatened based in

whole or in part upon any such state of facts. However, the right of indemnification provided in this section shall not be deemed exclusive of any other rights to which any other rights to which any Director, officer, employee or agent of the Corporation, may now be or hereafter become entitled apart from this section.

## CONTRACTS, CHECKS, DRAFTS, ETC.

SECTION 2.

Except as otherwise provided by law or in these bylaws, such officer or officers, employee or employees, or agent or agents of the corporation as shall be specified by the executive board or executive committee shall sign, in the name and on behalf of the corporation, all deeds, bonds, contracts, mortgages, and other instruments or documents, the execution of which shall be authorized by the executive board or executive committee; and such authority may be general or confined to specific instances.

Except as otherwise provided by law or in these bylaws, all checks, drafts, notes, bonds, bills of exchange, or other orders, instruments, or obligations for the payment of money shall be signed by such officer or officers, employee or employees, or agent or agents of the corporation as shall be specified by the executive board or executive committee.

## NOTICES AND WAIVERS

SECTION 3.

Whenever any notice is required by these bylaws or by any law to be given to any member of the local council, member of the executive board, or any committee or any officer, such notice except as otherwise provided by these bylaws or by any law may be given personally or by telegram, cable, fax, or electronic mail addressed to such person at his/her or its place of business, if any, or (to the extent applicable) at such address as has been given to the corporation as the home address of the person; or the notice may be given in writing by mail, in a sealed wrapper, postage prepaid, addressed to such person at such address. Any notice given by telegram, cable, fax, or electronic mail shall be deemed to have been given when it shall have been delivered for transmission and any notice given by mail shall be deemed to have been given when it shall have been deposited in a post office, in a regularly maintained letter box, or with a postal carrier. A waiver of any such notice in writing, signed by the person entitled to such notice in writing, as required, shall be deemed the equivalent thereof; and the presence at any meeting of any person entitled to notice thereof shall be deemed a waiver of such notice as to such person.

## ACTION WITHOUT A MEETING

SECTION 4.

Except to the extent otherwise restricted by any applicable law, any action required or permitted to be taken at any meeting of the executive board or any committee thereof may be taken without a meeting if prior to such action a written consent thereto is signed by all members of the executive board or committee and such written consent is filed with the minutes of the proceedings of the executive board or committee.

## FISCAL YEAR

SECTION 5.

The fiscal year of the corporation shall be the calendar year.

## SEAL

SECTION 6.

The seal of the corporation shall be in the form of a circle enclosing the universal badge with the motto Be Prepared underneath this badge and the words "Northern New Jersey Council, Inc., Boy Scouts of America," around the circle and shall be used only as authorized.

## AMENDMENT

SECTION 7.

These bylaws may be amended at any meeting of the executive board, upon the recommendation of the executive committee of the executive board, or when the proposed amendment has been sent to members of the executive board at least 15 days in advance of the meeting. All amendments to these bylaws must first be approved by the national office of the Boy Scouts of America before being submitted to the executive board for adoption.

Adopted this 30th day of October, 2003

Trip McMillan
Scout Executive

Frank J. Pedone
Council President

7/1/2002

Subject to Protective Order – Highly Confidential

BSA-PLAN_00434995

**SA 0204**

**PLEASE REFER TO THE INSTRUCTIONAL LETTER THAT CAME WITH THIS TEMPLATE.**

**ANY CHANGES TO THE ARTICLES OF INCORPORATION MUST BE FILED WITH THE OFFICE OF THE SECRETARY OF STATE FOR THE STATE(S) IN WHICH YOUR COUNCIL DOES BUSINESS.**

Formatted: Font: Times New Roman, 14 pt, Font color: Red, Complex Script Font: 14 pt, All caps

Formatted: Font: Times New Roman, 14 pt, Font color: Red, Complex Script Font: 14 pt

Formatted: Font: Times New Roman, 14 pt, Complex Script Font: 14 pt, All caps

Formatted: Font: Times New Roman

Formatted: Left

# ARTICLES OF INCORPORATION ________________COUNCIL

## ARTICLE I. NAME

The name of the corporation is ____________________ Council, Inc., Boy Scouts of America, sometimes referred to as the "corporation."

## ARTICLE II. DURATION

The corporation shall have perpetual existence but shall take such action as may be necessary to dissolve in the event of the revocation or termination of its charter from the Boy Scouts of America, a corporation organized under Act of Congress.

## ARTICLE III. PURPOSES

The corporation shall promote, within the territory covered by the charter from time to time granted it by the Boy Scouts of America and in accordance with the Congressional Charter, Bylaws, and Rules and Regulations of the Boy Scouts of America, the Scouting program of promoting the ability of ~~boys and young men and women~~youth to do things for themselves and others, training them in Scoutcraft, and teaching them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by the Boy Scouts of America.

## ARTICLE IV. PRINCIPLES AND POLICIES

The corporation shall be operated as a nonprofit corporation exclusively for charitable and educational* purposes within the meaning of Section 501 of the Internal Revenue Code of 198654, as from time to time amended.

No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to its members, trustees, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article Third hereof. No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office. Notwithstanding any other provision of these articles, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code, or (b) by a corporation, contributions to which are deductible under section 170(c)(2) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

The corporation shall at all times maintain the principles and policies of the Boy Scouts of America, as set forth in detail in the Bylaws and the Rules and Regulations of the Boy Scouts of America in official handbooks, or as may be announced by the Boy Scouts of America from time to time, specifically restricting the leadership to those persons who are willing to subscribe to the declarations of principles therein set forth and to the Scout Oath and Law and who otherwise are qualified to receive certificates of leadership.

** Include "and educational" where permitted by state tax law.*

## ARTICLE V. POWERS

The corporation shall have and may exercise (in a manner consistent with the Congressional Charter, Bylaws, and Rules and Regulations of the Boy Scouts of America) all -powers given to nonprofit corporations under the ______________________________

____________________________________________________

*(insert name of state nonprofit corporation law)*

In addition, __________________________________________

*(Here set forth specific powers corporation is to enjoy if attorney for corporation advises enumeration*

____________________________________________________

*of specific powers is required or advisable under state law and the Boy Scouts of America approves powers listed.)*

____________________________________________________

## ARTICLE VI. MEMBERS

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

**Formatted:** No underline

**Formatted:** Font: Times New Roman, No underline

**Formatted:** Font: Times New Roman, Italic

**Formatted:** Centered

**Formatted:** Font: Times New Roman

**Formatted:** Centered

**Formatted:** Font: Times New Roman, Italic

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman, 8 pt, Complex Script Font: 8 pt

**Formatted:** Centered

**Formatted:** Font: Times New Roman

**Formatted:** Font: Times New Roman

The corporation shall have one or more classes of members, as provided in the Bylaws of the corporation, and may have honorary members.

Each active, associate, or honorary member of the corporation shall be a citizen of the United States of America or reside within the country and agree to respect and obey the laws of the United States of America, and shall (a) subscribe to the Scout Oath and Law, the statement of religious principle, and the Bylaws and Rules and Regulations of the Boy Scouts of America, (b) be registered by the Boy Scouts of America in accordance with its Bylaws and Rules and Regulations, and (c) otherwise meet all qualifications for membership from time to time established by the Boy Scouts of America.

## ARTICLE VII. EXECUTIVE BOARD

The executive board of the corporation shall ~~be composed of such number of persons, in no event fewer than 25 or more than 50 regular members~~consist of not fewer than 25 nor more than 50 members elected by the corporation from among its active members ~~who shall be elected in such manner~~ as prescribed in the bylaws and rules of the corporation and any applicable regulations. The initial executive board shall be composed of ____ members. The names and addresses of the persons who are to serve as the initial executive board of the corporation until the first annual meeting of the members of the corporation and until their successors are elected and qualify are:

Formatted: Font: Times New Roman

*Name* *Address*

______________________________________________

______________________________________________

______________________________________________

______________________________________________

## ARTICLE VIII. ADDRESS

The address of the initial registered office of the corporation is ______________________ and the name of its initial registered agent at such address is ____________________________________.

Formatted: No underline

Formatted: Font: Times New Roman

Formatted: Font: Times New Roman

## ARTICLE IX. INCORPORATORS

The name and address of each incorporator is:

*Name* *Address*

## ARTICLE X. DISSOLUTION

The property and assets of the corporation are irrevocably dedicated to the charitable and educational* purposes of carrying out the program of the Boy Scouts of America.

In the event of the dissolution, merger/consolidation or final liquidation of the corporation or upon the revocation or termination of its charter from the Boy Scouts of America, none of such property or assets or the proceeds therefrom shall inure to the benefit of any individual but shall, after all liabilities and obligations of the corporation have been paid or satisfied or provision otherwise made therefore, be distributed (a) to another local council of the Boy Scouts of America as specified by the Boy Scouts of America to be used for charitable and educational* purposes, or (b) in the absence of such specification, to the Boy Scouts of America itself to be used for charitable and educational* purposes, contemplated that in either instance such property and assets shall continue to be devoted to the furtherance of Scouting in ___________________.

~~*(State or States)*~~

*(State or States)*

Formatted: Font: Times New Roman

Formatted: Font: 8 pt, Italic, Complex Script Font: 8 pt

On occasion it is desirable, in order to strengthen the Scouting movement or facilitate its administration, that two or more local councils merge or consolidate. The procedure to be followed in electing such a merger or consolidation, which can only be carried out with the approval of the national council of the Boy Scouts of America, is governed by applicable state law which usually requires approval of the merger or consolidation by the local council executive boards and members of the affected local councils.

Formatted: Font: Times New Roman

Formatted: Font: Times New Roman

*Include "and educational" where permitted by state tax law.*

Formatted: Font: Times New Roman

## ARTICLE XI. AMENDMENT

These Articles of Incorporation may be amended by the majority vote of the members having the right to vote present at a duly called meeting of the members of the corporation at which a quorum is present and of which at least twenty days written notice has been given, the notice for which has been accompanied by the text of the proposed amendment or amendments, provided, however, that no amendment to these Articles of Incorporation shall be effective unless first

presented to and approved by (a) the executive board of the corporation and (b) an authorized official at the national office of the Boy Scouts of America.

Adopted this ________________ day of ________________________________________, 20_______

________________________________________ ________________________________________

Scout Executive Council President

CAROLYN TURRUBIARTE 1984

SCOUTING/USA

# Standard Local Council

## Articles of Incorporation and Bylaws

Boy Scouts of America

Subject to Protective Order – Highly Confidential BSA-PLAN_00434996
SA 0210

# CONTENTS

## ARTICLES OF INCORPORATION

Article I. Name 1
Article II. Duration 1
Article III. Purposes 1
Article IV. Principles and Policies 1
Article V. Powers 2
Article VI. Members 2
Article VII. Executive Board 2
Article VIII. Address 2
Article IX. Incorporators 3
Article X. Dissolution 3
Article XI. Amendment 3

## BYLAWS

Article I. Name 4

Article II. Purpose and Responsibilities 4
- Section 1. Purpose 4
- Section 2. Responsibilities 4

Article III. Members of the Local Council 5
- Section 1. Number, Classes, and Qualifications 5
- Section 2. Election and Term; Vacancies 6
- Section 3. Meetings; Quorum; Voting 6
- Section 4. Nominating Committee of the Local Council 7
- Section 5. Council Election Procedure Reference 7
- Section 6. Committee on Program and Resources 7

Article IV. The Executive Board 7
- Section 1. Powers and Functions 7
- Section 2. Membership 7
- Section 3. Election and Term; Vacancies 7
- Section 4. Meetings; Quorum; Voting 8
- Section 5. Advisory Council 8

Article V. Committees of the Executive Board 8
- Section 1. Committees; Appointment 8
- Section 2. Executive Committee 8
- Section 3. Committees 8

Article VI. Officers and National Council Members 9
- Section 1. Officers; Elections and Appointment 9
- Section 2. President 10
- Section 3. Vice-Presidents 10
- Section 4. Treasurer 10
- Section 5. Council Commissioner 10
- Section 6. Council Scout Executive 10
- Section 7. National Council Members 11

Article VII. Commissioner Staff and Professional Staff 12
- Section 1. Commissioner Staff 12
- Section 2. Professional Staff 12

Article VIII. District Organization 12
- Section 1. Districts 12
- Section 2. District Committee 12
- Section 3. District Committee Officers 12
- Section 4. Meetings of the District Committee 13
- Section 5. District Election Procedure Reference 13
- Section 6. District Operating Committees 13

Article IX. Local Units 13
- Section 1. Approval of Unit Charters 13
- Section 2. Unit Designation 13

Article X. Finances and Property 13
- Section 1. Raising Funds 13
- Section 2. Control of Funds and Property 14
- Section 3. Administration of Unit Funds 15

Article XI. Additional Administrative Matters 15
- Section 1. Indemnification 15
- Section 2. Contracts, Checks, Drafts, etc. 15
- Section 3. Notices and Waivers 15
- Section 4. Action Without a Meeting 16
- Section 5. Fiscal Year 16
- Section 6. Seal 16
- Section 7. Amendment 16

Executive Board Resolutions 16

APPENDIX 18

Council Election Procedures (Model) 20

District Election Procedures (Model) 21

INDEX 23

[illegible]
[illegible]
BOY SCOUTS OF AMERICA
[illegible]
[illegible]

# STANDARD ARTICLES OF INCORPORATION FOR A LOCAL COUNCIL

## ARTICLE I. NAME

The name of the corporation is .................................... Council ............................ (Inc.*) of Boy Scouts of America, sometimes referred to as the corporation.

*If required by State law

## ARTICLE II. DURATION

The corporation shall have perpetual existence but shall take such action as may be necessary to dissolve in the event of the revocation or termination of its charter from the Boy Scouts of America, a corporation organized under Act of Congress.

## ARTICLE III. PURPOSES

The corporation shall promote, within the territory covered by the charter from time to time granted it by the Boy Scouts of America and in accordance with the Congressional Charter, Bylaws, and Rules and Regulations of the Boy Scouts of America, the Scouting program of promoting the ability of boys and young men and women to do things for themselves and others, training them in Scoutcraft, and teaching them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by the Boy Scouts of America.

## ARTICLE IV. PRINCIPLES AND POLICIES

The corporation shall be operated as a nonprofit corporation exclusively for charitable................ (and educational*) purposes within the meaning of Section 501 of the Internal Revenue Code of 1954, as from time to time amended.

The corporation shall at all times maintain the principles and policies of the Boy Scouts of America, as set forth in detail in the Bylaws and the Rules and Regulations of the Boy Scouts of America in official handbooks, or as may be announced by the Boy Scouts of America from time to time, specifically restricting the leadership to those persons who are willing to subscribe to the declarations of principles therein set forth and to the Scout Oath and Law and who otherwise are qualified to receive certificates of leadership.

*Include where permitted by State tax law.

## ARTICLE V. POWERS

The corporation shall have and may exercise (in a manner consistent with the Congressional Charter, Bylaws, and Rules and Regulations of the Boy Scouts of America) all powers given to nonprofit corporations under the ..........................................................................
(insert name of State nonprofit corporation law)
.......................................... In addition ....................
(Here set forth specific powers corporation is to enjoy if attorney for ..........................................................................
corporation advises enumeration of specific powers is required or ..........................................................................
advisable under State law and the Boy Scouts of America approves powers listed.)
..........................................................................

## ARTICLE VI. MEMBERS

The corporation shall have one or more classes of members, as provided in the Bylaws of the corporation, and may have honorary members.

Each active, associate, or honorary member of the corporation shall be a citizen of the United States of America or have taken the preliminary steps to becoming a citizen of the United States of America, (a) has subscribed to the Scout Oath and Law and the Bylaws and Rules and Regulations of the Boy Scouts of America, (b) has been registered by the Boy Scouts of America in accordance with its Bylaws and Rules and Regulations, and (c) otherwise meets all qualifications for membership from time to time established by the Boy Scouts of America.

## ARTICLE VII. EXECUTIVE BOARD

The executive board of the corporation shall be composed of such number of persons, in no event fewer than 25 or more than 50 regular members who shall be elected in such manner as prescribed in the bylaws and rules and regulations of the corporation. The initial executive board shall be composed of ............ members. The names and addresses of the persons who are to serve as the initial executive board of the corporation until the first annual meeting of the members of the corporation and until their successors are elected and qualify are:

| *Name* | *Address* |
| --- | --- |
| | |
| | |
| | |
| | |

## ARTICLE VIII. ADDRESS

The address of the initial registered office of the corporation is ........................................................ and the name of its initial registered agent at such address is ..........................................................................

# ARTICLE IX. INCORPORATORS

The name and address of each incorporator is:

| *Name* | *Address* | *Name* | *Address* |
|---|---|---|---|
| ............ | ............ | ............ | ............ |
| ............ | ............ | ............ | ............ |

# ARTICLE X. DISSOLUTION

The property and assets of the corporation are irrevocably dedicated to the charitable ............ (and educational*) purposes of carrying out the program of the Boy Scouts of America. In the event of the dissolution or final liquidation of the corporation or upon the revocation or termination of its charter from the Boy Scouts of America, none of such property or assets or the proceeds therefrom shall inure to the benefit of any individual but shall, after all liabilities and obligations of the corporation have been paid or satisfied or provision otherwise made therefor, be distributed (a) to another local council of the Boy Scouts of America as specified by the Boy Scouts of America to be used for charitable ............ (and educational*) purposes, or (b) in the absence of such specification, to the Boy Scouts of America itself to be used for charitable ............ (and educational*) purposes, contemplated that in either instance such property and assets shall continue to be devoted to the furtherance of Scouting in ............ (State or States) †

*Include where permitted by State tax law.

†On occasion it is desirable, in order to strengthen the Scouting movement or facilitate its administration, that two or more local councils merge or consolidate. The procedure to be followed in effecting such a merger or consolidation, which can only be carried out with the approval of the national office of the Boy Scouts of America, is governed by applicable State law which usually requires approval of the merger or consolidation by the local council executive boards and members of the affected local councils.

# ARTICLE XI. AMENDMENT

These Articles of Incorporation may be amended by the majority vote of the members having the right to vote present at a duly called meeting of the members of the corporation at which a quorum is present and of which at least twenty days written notice has been given, the notice for which has been accompanied by the text of the proposed amendment or amendments, provided, however, that no amendment to these articles of Incorporation shall be effective unless first presented to and approved by (a) the executive board of the corporation and (b) an authorized official at the national office of the Boy Scouts of America.

# BYLAWS FOR .................................................. COUNCIL

## ARTICLE I. NAME

The name of the corporation is .............................. Council, Boy Scouts of America, .............................. sometimes referred to in these bylaws as the "corporation."

*If required by State law.

## ARTICLE II. PURPOSE AND RESPONSIBILITIES

### PURPOSE

SECTION 1.

The corporation shall promote, within the territory covered by the charter from time to time granted it by the Boy Scouts of America and in accordance with the Congressional Charter, Bylaws, and Rules and Regulations of the Boy Scouts of America, the Scouting program of promoting the ability of boys and young men and women to do things for themselves and others, training them in Scoutcraft, and teaching them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by the Boy Scouts of America. In achieving this purpose, emphasis shall be placed upon the educational program of the Boy Scouts of America and the oaths, promises, and codes of the Scouting program for character development, citizenship training, mental and physical fitness.

The corporation shall fulfill the basic purpose of the Scouting movement within its territory, making Scouting training available to all boys and young men and women and serving organizations and community groups using the Scouting program while maintaining standards and policies, protecting official badges and insignia, and providing adequate leadership and finances.

### RESPONSIBILITIES

SECTION 2.

The responsibilities of the corporation shall be controlled and directed by the Boy Scouts of America through its Bylaws and Rules and Regulations.

*Clause 1.* It shall be the duty of the corporation to promote the program of Scouting through the organization and registration annually of units and their personnel; also to provide leadership and supervision of all program activities, within the territory covered by its charter, in such a manner as to ensure compliance with the provisions of the Bylaws of the Boy Scouts of America and the Rules and Regulations thereof.

*Clause 2.* The corporation shall guard against the use of the official uniform and insignia by persons not officially registered with the Boy Scouts of America and shall bring to the attention of the Boy Scouts of America any violation of regulations not within its power to prevent or any attempt to commercialize the Scouting movement.

*Clause 3.* The corporation shall, through its Scout executive and other representatives, make the benefits of the Scouting program known to all organizations or community groups having contact with youth life and cooperate in the organization of units so that boys and young men and women may have the benefit of the Scouting program.

The corporation shall provide means for assisting chartered organizations in securing and training qualified persons to serve as unit leaders and assistants. The corporation shall provide facilities and leadership in order that Scouts under its jurisdiction may have the opportunity to have a year-round outdoor program totaling at least 10 days and nights of hike, overnight camp, camporee, and summer camp experiences, with adequate facilities and supervision.

*Clause 4.* The corporation shall endeavor to provide facilities and leadership in order that Explorers under its jurisdiction may have the opportunity to participate in at least 5 days and 5 nights of trips and Explorer activities away from home each year.

*Clause 5.* The corporation shall provide procedures for advancement in order that Cub Scouts, Boy Scouts, Varsity Scouts, and Explorers may meet the various requirements of rank as authorized by the Boy Scouts of America, under such conditions as will reduce to a minimum the necessity of traveling a great distance from home or of interfering with schoolwork or home duties.

*Clause 6.* The corporation shall cooperate with the Boy Scouts of America in the selection of stores, located within the local council's territory, for appointment as authorized and licensed distributors of official uniforms, literature, and equipment. A sufficient number of stores shall be authorized by the Boy Scouts of America to provide adequate service to the youth and adult members in the territory served by the local council.

# ARTICLE III. MEMBERS OF THE LOCAL COUNCIL

## NUMBER, CLASSES, AND QUALIFICATIONS

SECTION 1.

The corporate membership of the corporation shall be composed of active members and may also include associate members and honorary members; the corporate membership shall be known and designated collectively as the .................................................. Council of the Boy Scouts of America. All active, associate, and honorary members must meet the membership qualifications established by article VI of the corporation's articles of incorporation. The corporation also may enroll sustaining members pursuant to clause 3 of this section. Sustaining members shall not be part of the corporate membership of the corporation unless elected as associate members pursuant to clause 2.

**Active Members**

*Clause 1.* The active membership of the local council shall consist of Scouting coordinators and members at large. Scouting coordinators shall represent organizations or community groups operating units. Each organization or community group to which a charter is granted by the Boy Scouts of America to operate one or more recognized Scouting units shall elect or appoint a Scouting coordinator, who shall be other than the unit leader or assistant unit leader, as a member of the local council.

Members at large of the local council shall include persons chosen from the various business, civic, educational, labor, professional, social, and religious interests of the communities in the corporation's territory.

The local council shall have not fewer than 100 active members. At all times Scouting coordinators shall constitute a majority of the active membership of the local council.

**Associate Members**

*Clause 2.* The active members of the local council may elect as associate members of the local council persons desiring to maintain an active Scouter membership without assignment to active service. Associate members shall have no vote but may wear the uniform and insignia of lay members without office.

**Sustaining Members**

*Clause 3.* The local council may enroll as sustaining members persons desiring to be identified through their financial support and influence in expansion of the corporation's program. Sustaining members who satisfy the eligibility requirements may be elected as associate members pursuant to clause 2 of this section. Sustaining members shall have no vote.

**Honorary Members**

*Clause 4.* The active members of the local council may elect as honorary members of the local council persons whose election may further the Scouting program. Honorary members shall have no vote.

## ELECTION AND TERM; VACANCIES

SECTION 2.

**Active Members**

*Clause 1.* Scouting coordinators shall become active members of the local council upon their election or appointment by the chartered organization or community group and upon their being registered by the Boy Scouts of America as Scouting coordinators; they shall continue

to be active members for such period as such organization or community group shall desire but in any event only during such time as such organization or community group shall continue to hold a charter from the Boy Scouts of America to operate a unit.

Each member at large shall be elected at the annual meeting of the local council by the active members then in office, shall take office immediately following such meeting, and shall hold office until the conclusion of the next succeeding annual meeting of the local council.

### Associate and Honorary Members

*Clause 2.* Associate members and honorary members of the local council shall be elected at the annual meeting of the local council by the active members then in office, shall take office immediately following such meeting, and shall hold office until the conclusion of the next succeeding annual meeting of the local council.

### Vacancies in Active Membership

*Clause 3.* A vacancy in the active membership of the local council caused by the death, resignation, removal, or failure to qualify of a Scouting coordinator shall be filled by the chartered organization or community group which initially elected or appointed the Scouting coordinator. A vacancy in the active membership of the local council caused by the death, resignation, removal, or failure to qualify of a member at large may be filled by the executive board of the corporation and the member at large so elected shall hold office until the conclusion of the next succeeding annual meeting of the local council.

## MEETINGS; QUORUM; VOTING

SECTION 3.

### Annual Meeting

*Clause 1.* The annual meeting of the local council shall be held at such place within the corporation's territory, or on property that is owned or leased by the corporation that is not located within the corporation's territory, and at such time as the executive board of the corporation may determine. The annual meeting of the local council shall be for the purpose of (a) receiving annual reports of the executive board, officers, and various committees, (b) electing members at large, associate and honorary members of the local council, National Council members, regular members of the executive board, and officers of the corporation other than the council Scout executive, (c) receiving and approving financial statements showing the financial position of the corporation as of the close of its most recent complete fiscal year and the results of operations during such year, and (d) transacting such other business as may come before the meeting.

### Other Regular Meetings

*Clause 2.* In addition to the annual meeting, the local council may have such other regular meetings as may be established by resolution of the executive board of the corporation. Each regular meeting shall be held at such place within the corporation's territory, or on property that is owned or leased by the corporation that is not located within the corporation's territory, as the president or the executive board may specify.

### Special Meetings

*Clause 3.* Special meetings of the local council may be called by the president or the executive board at any time and shall be called within 60 days upon the request in writing of at least one-fifth of the active members of the local council (such request specifying the object of the special meeting). Special meetings shall be held at such place within the corporation's territory, or on property that is owned or leased by the corporation that is not located within the corporation's territory, as the president or executive board may specify except that a special meeting called to consider a proposal to merge or consolidate with one or more corporations which are chartered local councils of the Boy Scouts of America may, to the extent permitted by law, be held in the territory of one of such other corporations if the president or the executive board shall so specify.

### Notice

*Clause 4.* A written notice of any meeting of the local council, regular or special, shall be mailed to each member of the local council who is entitled to attend the meeting at least 20 days or earlier in the case of the annual meeting (see section 4) in advance thereof and shall indicate the time and place of and the business to be transacted at the meeting.

### Quorum

*Clause 5.* A quorum for the local council shall be............of the active members of the council. (Suggested is the use of the minimum number required by State law. Where no exact number is specified suggest using 5 or 10 percent of the active members of the council as the quorum.)

### Attendance at Meetings; Voting

*Clause 6.* All active, honorary, and associate members of the local council shall be entitled to attend any meeting of the local council. The local council may invite other persons to attend local council meetings but such persons shall have no vote. Each active member of the local council present at a local council meeting shall be entitled to one vote and voting by proxy shall not be permitted. Except in the case of elections where voting shall be by ballot, voting at a meeting of the local council may be by ballot, voice, or show of hands as the chairman of the meeting may rule unless otherwise determined by the members entitled to vote. Unless otherwise required by

Subject to Protective Order – Highly Confidential

law, the articles of incorporation or these bylaws, any question (other than election) presented to a meeting of the local council at which a quorum is present shall be determined by a majority of those actually voting; elections shall be determined by plurality of those actually voting.

## NOMINATING COMMITTEE OF THE LOCAL COUNCIL

SECTION 4.

At least 90 days prior to the annual meeting of the local council, the president shall appoint, with the approval of the executive board, not fewer than three active members of the local council to serve as a nominating committee. At the annual meeting of the local council the nominating committee shall nominate persons to be elected as members at large of the local council, associate and honorary members of the local council, regular members of the executive board, National Council members, and officers of the corporation other than the Scout executive. The notice of the annual meeting should be mailed between 45 and 60 days prior to the meeting, announcing the membership of the nominating committee so that active members of the local council may make recommendations of possible nominees to the committee for its consideration. Recommendations to the committee shall be made in writing at least 30 days prior to the meeting.

SECTION 5.

A suggested council election procedure appears in the appendix. (These may be adopted for use by executive board resolution.)

## COMMITTEE ON PROGRAM AND RESOLUTIONS

SECTION 6.

At least 60 days prior to each regular meeting of the local council including the annual meeting, the president may appoint, with the approval of the executive board, not fewer than three nor more than five active members of the local council to serve as a committee on program and resolutions for the next regular local council meeting. The notice of such meeting mailed to members of the local council shall announce the membership of this committee and shall invite suggestions from each active member of the local council for the arrangement of the program and resolutions to be considered at the meeting. All suggestions to the committee shall be in writing. The committee shall consider and present to the meeting of the local council or to the appropriate committee of the executive board with recommendations, all suggestions made to it at least 5 days prior to the meeting or which it itself proposes for consideration and action. If a committee on program and resolutions is appointed, no resolution shall be considered at any regular meeting of the local council unless it has first been presented to or proposed by the committee in accordance with this section.

# ARTICLE IV. THE EXECUTIVE BOARD

## POWERS AND FUNCTIONS

SECTION 1.

The executive board shall be the governing body of the corporation and shall manage its affairs. The executive board shall be the local reviewing authority with respect to matters within the Scouting movement which arise in the territory of the corporation.

## MEMBERSHIP

SECTION 2.

The executive board of the corporation shall consist of (a) not fewer than 25 nor more than 50 regular members elected by the local council plus, (b) the officers of the corporation including the Scout executive, who shall have no vote, (c) the chairmen of the committees of the executive board, (d) the chairmen of the several district committees, upon their being approved by the executive board, and (e) not more than two youth members, who shall be registered Explorers or Boy Scouts appointed by the council president with the approval of the executive board to serve for a term of 1 year.

## ELECTION AND TERM; VACANCIES

SECTION 3.

Regular members of the executive board shall be elected at the annual meeting of the local council, shall take office immediately following such meeting, and shall continue in office until the conclusion of the next

Subject to Protective Order – Highly Confidential

succeeding annual meeting of the local council and until their respective successors are elected and qualify. Chairmen of the committees of the executive board take office as members of the executive board upon their being appointed by the president and approved by the executive board. District chairmen take office as members of the executive board upon their being approved by the executive board.

Upon the death, resignation, removal, or failure to qualify as a member of the executive board of any regular member or officer, the executive board may elect an eligible person to fill the vacancy so created for the unexpired period of the term of office.

### MEETINGS; QUORUM; VOTING

SECTION 4.

The executive board shall meet at such time and place as the executive board may direct and in any event at least..................* times annually including an organizational meeting as soon as practicable following the annual meeting of the local council. It shall be the general practice of the executive board to meet monthly. Special meetings of the executive board may be called by the executive committee of the executive board or by the president and shall be called within 30 days upon the written request of at least one-fifth of the members of the executive board (which request shall specify the purpose of such special meeting). A notice of each meeting of the executive board shall be mailed to each member at least 5 days in advance of the meeting.

One-third of the members of the executive board shall constitute a quorum for all purposes.

Unless otherwise required by law, the articles of incorporation or these bylaws, all questions (except elections and appointments) presented to a meeting of the executive board at which a quorum is present shall be decided by a majority of those actually voting; elections or appointments shall be decided by a plurality of those actually voting.

Any regular member of the executive board who fails to attend two meetings of the executive board in any one year shall not be eligible for reelection as a regular member of the Executive Board for the ensuing term, provided, however, that the executive board may excuse absences and any absence so excused shall be counted as a meeting attended.

### ADVISORY COUNCIL

SECTION 5.

There shall be an advisory council to the executive board composed of (a) members of the executive board who have served on the executive board not less than 5 years and who can no longer attend regular meetings of the board but wish to continue their relationship with the corporation in an advisory or consulting capacity; (b) such other persons who, being unable to devote time to Scouting on a regular basis, wish to serve Scouting upon special assignment.

Both (a) and (b) membership on the advisory council requires a two-thirds vote of the members of the executive board present at any meeting.

Members of the advisory council shall be entitled to receive notice of and to attend all meetings of the executive board, but shall have no vote.

*No fewer than four times per year.

## ARTICLE V. COMMITTEES OF THE EXECUTIVE BOARD

### COMMITTEES; APPOINTMENT

SECTION 1.

There shall be an executive committee consisting of the persons and having the powers specified in section 2 of this article.

In addition, subject to the provisions of sections 3 and 4 of this article, the executive board shall have such committees, each of which shall have such powers and responsibilities, as may be fixed by resolution of the executive board in accordance with guidelines and procedures from time to time recommended by the Boy Scouts of America. The committees of the executive board shall be appointed from members of the local council or from persons satisfying the qualifications set forth in article III, sections 1 and 2, annually by the president with the advice and approval of the executive board, at the regular meeting of the executive board next following the annual meeting of the local council. In the event a person, other than the chairman of a committee in the district, who is not a member of the local council is appointed to such a committee, that person may be elected as a member at large of the local council. As provided in section 2 of