# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Bankruptcy Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, | Lead Case No. 22-cv-01237-RGA |
| Appellants. | Consolidated Case Nos. 22-cv-01238-RGA; 22-cv-01239-RGA; |
| v. | 22-cv-01240-RGA; 22-cv-01241-RGA; |
| Boy Scouts of America and Delaware BSA, LLC, *et al.*, | 22-cv-01242-RGA; 22-cv-01243-RGA; 22-cv-01244-RGA; |
| Appellees. | 22-cv-01245-RGA; 22-cv-01246-RGA; 22-cv-01247-RGA; 22-cv-01249-RGA; 22-cv-01250-RGA; 22-cv-01251-RGA; 22-cv-01252-RGA; 22-cv-01258-RGA; 22-cv-01263-RGA |

**DEBTORS-APPELLEES' APPENDIX TO CONSOLIDATED ANSWERING BRIEF: VOLUME 2 (SA 0220 THROUGH SA 0285)**

Dated: December 7, 2022

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
Glenn M. Kurtz (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
jessica.lauria@whitecase.com
gkurtz@whitecase.com

WHITE & CASE LLP
Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

WHITE & CASE LLP
Ronald K. Gorsich
Doah Kim
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
rgorsich@whitecase.com
doah.kim@whitecase.com

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

*Counsel for Debtors-Appellees and Debtors in Possession*

## INDEX OF SUPPLEMENTAL DOCUMENTS

| BSA Records | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| List of Current Members of the NEB (Exhibit B to Desai Declaration) | 1-191 | SA 0001 – SA 0004 |
| List of Current Members of the NEC (Exhibit E to Desai Declaration) | 1-192 | SA 0005 – SA 0007 |
| BSA Charter and Bylaws (as amended through May 2021) | 468 | SA 0008 – SA 0035 |
| Rules and Regulations of the Boy Scouts of America (September 2020) | 291 | SA 0036 – SA 0059 |
| Local Council Charter Renewals (Excerpt) | 7-3 | SA 0060 – SA 0063 |
| 2010 Articles of Incorporation Template (Mobile Area Council Articles of Incorporation, Art. II. Duration) | 187 | SA 0064 – SA 0067 |
| Form of Annual Unit Charter Agreement (2020) | 264 | SA 0068 – SA 0069 |
| BSA Bylaws (June 1, 2019) | 234 | SA 0070 – SA 0095 |
| Local Council Charter Renewal for Greenwich NR A2 (January 15, 2020) | 2976 | SA 0096 |
| Troop Roster for Troop 172 (Patriots Path Council) (Redacted) | 17 | SA 0097 – SA 0106 |
| Troop Roster for Sanford Troop 37 (Abraham Lincoln Council) (Redacted) | 23 | SA 0107 – SA 0108 |

| Examples and Templates of Local Council Articles & Bylaws | 7-2 | SA 0109 – SA 0373 |
| Troop Roster for Pack C-3210 (Cape Fear Council) (Redacted) | 43 | SA 0374 – SA 0377 |

| Proofs of Claim | Appendix Page Nos. |
|---|---|
| Proof of Claim No. 8174 | SA 0378 – SA 0387 |
| Proof of Claim No. 639 | SA 0388 – SA 0390 |
| Proof of Claim No. 4971 | SA 0391 – SA 0405 |
| Proof of Claim No. 9558 | SA 0406 – SA 0408 |
| Proof of Claim No. 9430 | SA 0409 – SA 0412 |
| Proof of Claim No. 9511 | SA 0413 – SA 0416 |
| Proof of Claim No. 12203 | SA 0417 – SA 0424 |
| Proof of Claim No. 5113 | SA 0425 – SA 0428 |
| Proof of Claim No. 10390 | SA 0429 – SA 0433 |
| Proof of Claim No. 12530 | SA 0434 – SA 0449 |
| Proof of Claim No. 1248 | SA 0450 – SA 0452 |
| Proof of Claim No. 9123 | SA 0453 – SA 0462 |
| Proof of Claim No. 7826 | SA 0463 – SA 0466 |

| Proof of Claim No. 343-13 | SA 0467 – SA 0469 |
|---|---|
| Proof of Claim No. 343-26 | SA 0470 – SA 0472 |
| Proof of Claim No. 6346 | SA 0473 – SA 0477 |

| **State and Federal Litigation Documents** | **Joint Trial Exhibit No.** | **Appendix Page Nos.** |
|---|---|---|
| Illinois Complaint filed by National Surety | 162 | SA 0478 – SA 0493 |
| Texas Complaint against Century, National Surety and Allianz | 185 | SA 0494 – SA 0515 |
| Texas Complaint against Hartford | 181 | SA 0516 – SA 0528 |
| Third Amended Complaint: *John Does I-XIX v. Boy Scouts of America, Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, et al.* (District Court for the District of Idaho, No. 1:13-cv-00275-BLW) | 2912 | SA 0529 – SA 0587 |
| Trial by Jury Demand: *Plaintiffs v. Boy Scouts of America Corporation, Mobile Area Council Boy Scouts of America, et al.* (Circuit Court of Mobile County, Alabama, No. CV-2016) | 2920 | SA 0588 – SA 0617 |
| Notice of Removal: *A.A. v. the Boy Scouts of America, North Florida Council, Inc., Boy Scouts of America, et al.* (District Court for the Middle of District of Florida Ocala Division) | 2921 | SA 0618 – SA 1601 |
| Verified Complaint for Damages and Equitable Relief: *Plaintiff v. Roman Catholic Archbishop, et al.* (Superior Court of Guam, No. CV 0207-17) | 2910 | SA 1602 – SA 1613 |
| Complaint: *John Doe v. Boy Scouts of America; and Central Minnesota Council, Boy Scouts of America* (State of Minnesota County of Stearns, District Court, Seventh Judicial District, No. []) | 2913 | SA 1614 – SA 1638 |

| **Documents filed in *In re Archbishop of Agana* ("AOA"), Case No. 19-00010 (Bankr. D. Guam)** | **AOA Docket No.** | **Appendix Page Nos.** |
|---|---|---|
| Motion for Derivative Standing to Enforce the Automatic Stay and Take Other Actions | 616 | SA 1639 – SA 1659 |

| | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Transcript of Hearing Held September 10, 2021 | 693 | SA 1660 – SA 1681 |
| Third Amended Chapter 11 Plan | 920 | SA 1682 – SA 1818 |
| BSA's Objection and Reservation of Rights to Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization for the Archbishop of Agana | 948 | SA 1819 – SA 1836 |
| BSA's Objection to and Reservation of Rights to Debtors Motion Pursuant to Sections 105(a) and 363(f) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order (1) Approving Settlement Agreement Among the Archdiocese, the AOA Entities, the Official Committee of Unsecured Creditors, and AIG Insurers Entities, (2) Approving the Archdioceses Sale of the Policies Issued to the Debtor Back to AIG Insurers Entities Free and Clear of Claims and Interests, and (3) Enjoining Assertion Of Claims Against AIG Insurers Entities | 989 | SA 1837 – SA 1866 |
| Order Granting 218 Stipulated Motion for Order Directing Mediation and Appointing the Honorable Robert J. Faris to Serve as Mediator | 227 | SA 1867 – SA 1868 |
| Transcript of Hearing Held October 4, 2022 | 1092 | SA 1869 – SA 1924 |
| Fifth Amended Chapter 11 Plan | 1044 | SA 1925 – SA 2116 |
| Order Approving Stipulation By and Between Debtor, Official Committee of Unsecured Creditors and Boy Scouts of America Regarding the BSA Plan Objection and Claim Objection | 1048 | SA 2117 – SA 2126 |
| Order Confirming Fifth Amended Joint Chapter 11 Plan of Reorganization | 1093 | SA 2127 – SA 2139 |
| Minute Entry Regarding September 10 Hearing | 690 | SA 2140 |

| Other Exhibits Admitted at Trial | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Email from Jeff Hunt to Wendy Kurten, et al. | 725 | SA 2141 – SA 2145 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures | 502 | SA 2146 – SA 2175 |

| | | |
|---|---|---|
| Attachment to email: Claims Allowance Procedures | 527 | SA 2176 – SA 2195 |
| Email from Debtors regarding BSA - Preliminary Comments on Draft CAP sent to Coalition, FCR, and Mediator | 529 | SA 2196 |
| Attachment to email: BSA Redline of Claims Allowance Procedures (comparing June 8, 2021 version to June 6, 2021 version) | 533 | SA 2197 – SA 2245 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures (comparing version 3 and version 4) | 537 | SA 2246 – SA 2466 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures (comparing version 3 and version 1) | 539 | SA 2267 – SA 2290 |
| Plaintiff John Doe 4's First Amended Complaint: *John Doe 4 v. Boy Scouts of America, Chicago Area Council, et al.* (Circuit Court of Cook County, Illinois, No. 2018 L 211) | 2911 | SA 2291 – SA 2356 |
| Complaint Fraud and Constructive Fraud: *John Doe XX, et al. v. Boy Scouts of America, Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, et al.* (District Court for the District of Idaho) | 2914 | SA 2357 – SA 2380 |
| Redacted Second Revised Complaint: *John Doe #1, et al. v. Boy Scouts of America Corporation, Fairfield County Council of the Boy Scouts of America, et al.* (Superior Court, Connecticut, J.D. of Stamford/Norwalk at Stamford, No. FST-cv-15-5015023-S) | 2916 | SA 2381 – SA 2456 |

| Insurance Policies | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Hartford Pine Tree Council Casualty Insurance Policy No. 04C157992 | 1154 | SA 2457 – SA 2491 |
| Hartford Fire Insurance Co. Policy No. 12CCP500098 | 1155 | SA 2492 – SA 2547 |
| INA Policy No. 15-12-11 | 4000-1 | SA 2548 – SA 2599 |
| Allianz 1980 Umbrella Policy No. UMB 599346 | 10-1 | SA 2600 – SA 2620 |

| | | |
|---|---|---|
| Old Republic Insurance Company Commercial Excess Liability Insurance Policy for period of March 1, 2017 to March 1, 2018 | 10-7 | SA 2621 – SA 2664 |
| INA Policy No. 70-64-52 | 4000-2 | SA 2665 – SA 2700 |
| Hartford Insurance Policy | 4000-10 | SA 2701 – SA 3081 |
| INA Policy No. 07-54-09-4 | 4000-4 | SA 3082 – SA 3164 |
| INA Policy No. 4-84-03 | 4000-6 | SA 3165 – SA 3188 |
| Hartford Insurance Policy No. 10 C A43303 | 4000-8 | SA 3189 – SA 3332 |
| Hartford Insurance Policy | 4000-9 | SA 3333 – SA 3571 |
| Hartford Insurance Policy No. CBP 109170 | 4000-11 | SA 3572 – SA 3644 |
| Hartford Insurance Policy No. 54 C 990478 | 4000-12 | SA 3645 – SA 3673 |
| Hartford Insurance Policy No. 32 HU 380257 | 4000-13 | SA 3674 – SA 3684 |

| Appendix Documents Filed Under Seal | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Initial Hartford Settlement Agreement | 1481 | SA 3685 – SA 3696 |
| Proof of Claim No. 87715 | N/A | SA 3697 – SA 3789 |

| | | |
|---|---|---|
| Illinois Century Answer | 202 | SA 3790<br>–<br>SA 3821 |

| Multimedia Documents to be Lodged with the Court[2] | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| BSA and Local Council Insurance Policies | 10 | SA 3822 |
| All Proofs of Claim | 14 | SA 3823 |
| Settled and Unsettled Local Council Policy Information (Excel Format) | 2961 | SA 3824 |

---

[2]   The following documents cannot be filed on the Court's docket due to their size or file format. The Appellees will make these documents available to the Court and the parties. For purposes of citing these documents in the Debtors-Appellees' Consolidated Answering Brief, the Appellees have assigned these documents appendix page numbers in accordance with the "SA___" convention.

article IV of these bylaws, the chairmen of the committees shall, by reason of their positions as such, be members of the executive board. All actions of the committees shall be subject to the approval of the executive board.

## EXECUTIVE COMMITTEE

### SECTION 2.

The executive committee shall be composed of those persons who are the officers of the corporation including the Scout executive (who shall have no vote) and may include selected council standing committee chairmen and such other members of the executive board as may be elected by the executive board.

The executive committee of the executive board shall have and may exercise all the necessary powers of the executive board in the management of the corporation during the intervals between the meetings of the executive board, but in no event shall the executive committee act contrary to action theretofore taken by the executive board. Minutes shall be kept of all executive committee action and reported to the ensuing meeting of the executive board for its approval.

Meetings of the executive committee may be called at any time by the president and shall be called by the president within 30 days upon the request of three or more members of the executive committee. It shall be the general practice of the executive committee to meet in those months in which the executive board does not meet. All meetings of the executive committee shall be held on at least 3 days' written notice or day's notice by cablegram, telegram, or radiogram. A majority of the voting members of the executive committee shall constitute a quorum.

## COMMITTEES

### SECTION 3.

The committees of the executive board shall be responsible for the development and effectiveness of programs and policies of the corporation in accordance with standards and requirements as established by the Boy Scouts of America. The corporation shall have committees (or specialists under one plan of council and district organization) of the executive board as may be authorized by the Boy Scouts of America operations manual published for the council's adopted plan of council and district organization.

The committees of the executive board shall be so organized as to provide for the coordination of their work throughout the entire territory of the corporation. The executive board's committees shall be concerned with the development of policy, program, and procedures as approved by the executive board in the interest of the uniform development and extension of Scouting throughout the territory of the corporation.

The committees shall function throughout the year, meeting as often as may be necessary in the judgment of the committee chairman, president, or council Scout executive.

Committees shall be guided by the program material and manuals made available by the national office of the Boy Scouts of America and shall make recommendations in light of their experience and knowledge of local conditions.

The committees shall perform the tasks organized under the four functions: relationships, finance, program, and unit service. Other committees may be formed to handle special functions.

# ARTICLE VI. OFFICERS AND NATIONAL COUNCIL MEMBERS

## OFFICERS; ELECTIONS AND APPOINTMENT

### SECTION 1.

The officers of the corporation shall be a president,.........................* vice-presidents, a treasurer, a council commissioner, and a Scout executive who shall also fill the office of secretary. The officers, with the exception of the Scout executive, shall be elected from the active membership of the local council at the annual meeting of the local council, shall take office immediately following such meeting, and shall hold office until the

conclusion of the next succeeding annual meeting of the local council and until their successors are elected and qualify. Vacancies in these offices occurring between annual meetings of the local council may be filled by the executive board. The Scout executive shall be appointed by and shall serve during the pleasure of the executive board.

*Specify exact number of vice-presidents.

The local council may, upon the nomination of the executive board, create honorary offices and elect persons to fill the offices so created. Honorary officers shall have no duties or vote.

9

Bylaws—Article VI, Section 2

## PRESIDENT

SECTION 2.

The president shall serve as chairman of meetings of the local council, the executive board, and the executive committee and shall be a member ex officio of all committees of the executive board and shall perform such other functions as herein provided or as are assigned by the executive board. The president is automatically elected by the National Council to serve as a local council representative during the term of office.

## VICE-PRESIDENTS

SECTION 3.

The vice-presidents shall perform such functions as may be assigned to them by the executive board. In case of the president's inability or failure to make such designation, the executive board or executive committee may designate one of the vice-presidents to serve during the president's absence or inability to serve.

## TREASURER

SECTION 4.

The treasurer shall be responsible, through methods of internal control, for the recording and deposit of all receipts of the corporation, for the proper disbursement of its cash, and accounting for all property of the corporation, whether real or personal, tangible or intangible, however acquired. The treasurer shall present annually to the executive board a statement of all income and expenses during the prior year, together with a statement of all assets, liabilities, and fund balances of the corporation as at the end of that year, these statements first having been duly audited and certified in accordance with generally accepted auditing standards by certified public accountants or other recognized independent public accountants approved by the executive board or executive committee. A copy of such audited annual statements shall be kept available at the office of the corporation for inspection by members of the corporation, and a copy shall be filed with the national office of the Boy Scouts of America. The treasurer shall also present interim period reports as required by the executive board.

No more than two assistant treasurers may be appointed by and shall act during the pleasure of the executive board or executive committee.

The treasurer and assistant treasurers shall be bonded.

## COUNCIL COMMISSIONER

SECTION 5.

The council commissioner is responsible for seeing that the unit-service function is performed.

10

The council commissioner shall:

(a) Supervise the activities of the commissioner staff and preside at councilwide meetings of district commissioners and conduct commissioner conferences.

(b) Give leadership to the recruiting and training of an adequate commissioner staff so as to provide continuing and effective commissioner service to each unit.

(c) Maintain the standards of the Boy Scouts of America, uphold national policies, promote good uniforming, and the correct wearing of insignia.

(d) Be concerned with the proper recognition of unit leaders and the maintenance of their morale, and report unit conditions to the executive board.

(e) Help the district commissioners to maintain a good working relationship with their district committee.

(f) Maintain procedures that will assure maximum unit charter renewals.

(g) Assist the council president, in the capacity of uniformed council officer, representing the council president where assigned at appropriate council and/or district events.

(h) Support the district chairman by providing supplemental training to the district Cub Scout commissioners and district Scout commissioners where these exist.

(i) Serve as the program "quality-control" officer of the council as directed by the council president.

(j) Provide service to Varsity Scout teams where needed.

(k) Provide service to Explorer units where needed.

The council commissioner shall work with the president to secure help of committees in meeting unit needs.

The council commissioner must be at least 21 years of age and election is subject to approval and issuance of a commission as council commissioner by the Boy Scouts of America.

The council commissioner is automatically elected by the National Council to serve as a local council representative during the term of office.

## SCOUT EXECUTIVE

SECTION 6.

(a) The Scout executive shall be the chief executive officer of the corporation and shall have general direction over the administrative work of the corporation, subject to the authority and direction of the executive board. The Scout executive shall serve as the secretary of the local council, the executive board, its executive committee, all other committees of the executive board, and district

BSA-PLAN_00435007
SA 0221

committees and shall be a member ex officio of all committees of the executive board but without vote.

The Scout executive may designate one or more representatives to serve as secretaries of district committees and, when necessary, committees of the executive board.

(b) The Scout executive shall be responsible for the administration of the Scouting program within the territory of the corporation and for making effective within such territory the policies and programs of the corporation in accordance with the policies of the Boy Scouts of America as from time to time announced by it.

(c) The Scout executive may execute, on behalf of the corporation, all documents, deeds, or notes duly authorized to be executed and shall be the custodian of the seal of the corporation and may affix the same duly attested to such documents, deeds, or notes as may require it. As to notes and deeds, such countersignatures shall be required as the executive board may direct. †

(d) The Scout executive shall assist the treasurer in maintaining the accounting records and the budget system, and shall be responsible for preparing monthly detailed statements of all financial operations including the budget report for the information of the treasurer and the finance committee.

(e) The Scout executive may, with the prior approval of the Executive Board, delegate to any staff officer or employee authority in writing to execute such leases, contracts, and other instruments as may be deemed desirable. Subject to the provisions of these bylaws and the direction of the executive board, the Scout executive shall have the power to appoint and remove all employees of the corporation and to direct their work. †

† Executive Board Resolution 2 (page 16) is needed to implement (c) and (e) of this section.

(f) The Scout executive shall see that notices are sent to those elected as members of the local council and the Executive Board and as officers of the corporation and to those appointed as members of committees; and shall cause notices to be sent out of all meetings for which provision is made hereunder and be responsible for the minutes of all meetings of the local council, executive board, and committees of which the Scout executive is secretary.

(g) The Scout executive shall be responsible for the preparation and keeping of such records as will make possible the corporation's application for renewal of its charter. The Scout executive shall submit a report at each meeting of the executive board relative to the work of the corporation and to the status of the Scouting movement throughout the territory of the corporation, inviting attention to matters of particular interest and informing the executive board concerning any problems of which the executive board should be advised, together with recommendations and suggestions for the good of the movement requiring action by the executive board.

(h) The Scout executive shall prepare an annual report covering the activities and achievements of the corporation which, with the approval of the executive board, shall be presented to the annual meeting of the local council, transmitted to the national office of the Boy Scouts of America, and made public to the communities within the territory of the corporation.

(i) The Scout executive appointed by the executive board must be one recommended by the Boy Scouts of America and have been commissioned as Scout executive by the Boy Scouts of America.

## NATIONAL COUNCIL MEMBERS

SECTION 7.

At its annual meeting, the local council ~~of the corporation~~ shall elect from its active membership such number of National Council members as the corporation is entitled to under the *Bylaws of the Boy Scouts of America* to hold office until the conclusion of the next annual meeting of the local council and until their successors are elected and qualify. National Council members shall attend the biennial meeting, and any special meetings, of the National Council of the Boy Scouts of America and shall participate in its proceedings and perform such other duties as may be assigned to them by the Executive Board or the National Council of the Boy Scouts of America. As liaison officers between this corporation and the National Council they shall:

(a) Present the point of view of the corporation to the National Council in respect to matters of national policy and procedure, and

(b) Interpret to the corporation decisions and policies of the National Council and assist the corporation in its responsibility to make effective and bring about an understanding among local Scouters of such decisions and policies of the National Council.

National Council members shall serve as members of the regional committee and shall attend all regional committee meetings and participate in the proceedings thereof. The duly elected council president and council commissioner are automatically elected by the National Council to serve as local council representatives during their terms of office.

(NOTE: In addition to the council president and council commissioner each local council may elect one of its members as a member of the National Council for every 5,000 youth members, or major portion thereof enrolled as of December 31 of the preceding year.)

11

Subject to Protective Order – Highly Confidential

Bylaws—Article VII, Section 4

# ARTICLE VII. COMMISSIONER STAFF AND PROFESSIONAL STAFF

## COMMISSIONER STAFF

SECTION 1.

The commissioner staff may be composed of the council commissioner, one or more assistant council commissioners, district commissioners, assistant district commissioners, roundtable commissioners, assistant roundtable commissioners, and unit commissioners. Each such Scouter shall be 21 years of age or over to whom the Boy Scouts of America has issued a commission for a respective volunteer post.

The council/district commissioner staff, subject to the approval of the executive board, shall be selected as required and in such a manner as is set forth in the operations manual of the Boy Scouts of America for the council's adopted plan of council and district organization, the *Rules and Regulations of the Boy Scouts of America*, and these bylaws.

Each member of the commissioner staff shall serve as a volunteer and carry out the mission of the position for which commissioned in cooperation with the council's plan for the delivery of its programs to chartered organizations and community groups and in accord with these bylaws, policies, procedures, and the *Rules and Regulations of the Boy Scouts of America*.

## PROFESSIONAL STAFF

SECTION 2.

The corporation may employ individuals in professional positions who have been recommended by and commissioned as such by the Boy Scouts of America. Such members of the professional staff shall be appointed to office by the executive board upon the recommendation of the Scout executive and shall serve, under the direction and supervision of the Scout executive, at the pleasure of the executive board and the Scout executive.

Duties of members of the professional staff shall be as defined by the Scout executive with the approval of the executive board. They may be designated so as to indicate their respective functions, but all professional titles first shall be approved by the Boy Scouts of America.

# ARTICLE VIII. DISTRICT ORGANIZATION

## DISTRICTS

SECTION 1.

For the purpose of area service and administration, the corporation's territory may be divided geographically into such districts as the executive board from time to time determines, subject to the *Rules and Regulations of the Boy Scouts of America*. The corporation shall supervise Scouting in each district through the active members of the local council residing within the district and such additional district members as may be elected.

## DISTRICT COMMITTEE

SECTION 2.

The district committee shall be elected annually by the district members to administer the Scouting program within the territory of the district. The district committee and the committees of the district have no legislative authority, the purpose of the district committee being to make effective within the district policies and programs adopted by the corporation. The district committee consists of Scouting coordinators and council members at large within the district territory plus duly elected district members at large.

## DISTRICT COMMITTEE OFFICERS

SECTION 3.

Each district committee shall elect a chairman and vice-chairmen as may be required and in such a manner as set forth in the official operations manual of the Boy Scouts of America and election procedures approved by the executive board. The district chairman shall be nominated for election to the executive board in accordance with article IV, section 2 of these bylaws.

12

Subject to Protective Order – Highly Confidential

### MEETINGS OF THE DISTRICT COMMITTEE

SECTION 4.

The district committee shall meet monthly at such time and place, preferably within the district, as may be fixed by the committee or its chairman. The business transacted at each monthly meeting shall address the four functions of operation (membership, finance, program, and unit service) and shall be concerned with service to chartered organizations and to units within the district and shall include the receiving of reports from the chairmen of various district operating committees, the Scout executive or designee (as secretary of the district committee), and the district commissioner, and such other business as the chairman and officers and Scout executive may indicate.

The district committee meeting immediately preceding the annual meeting of the local council shall be the annual meeting of the district. At least 90 days prior thereto three names of a potential district nominating committee shall be submitted to the council president for his approval. The president may add or delete names, at his discretion, from the council executive board or the community at large. When approved, the committee shall make nominations for district officers and members at large for election at the annual meeting of the district. At this meeting the officers and district committees shall present reports of the year's activities.

SECTION 5.

A suggested district election procedure appears in the appendix.

### DISTRICT OPERATING COMMITTEES

SECTION 6.

Each district may have such committees as approved by the executive board and as authorized by the Boy Scouts of America operations manuals. Each district shall be responsible for cooperating in making effective the policies and programs adopted by the executive board and for the performance of the four functions.

The chairmen of committees of the district shall be appointed by the district chairman with the approval of the district committee. The members of these committees shall be appointed by the district committee, upon the recommendation of the respective committee chairman and the district chairman.

# ARTICLE IX. LOCAL UNITS

### APPROVAL OF UNIT CHARTERS

SECTION 1.

The executive board shall review or shall authorize some committee or person to review all applications for new charters or renewal of charters by community or chartered organizations within the corporation's territory and shall forward the recommendation with respect to each such application to the national office of the Boy Scouts of America.

### UNIT DESIGNATION

SECTION 2.

All units within the corporation's territory shall be designated by the name of the community in which the unit is located, by the name of the chartered organization or community group operating the unit, and by a serial number assigned by the corporation.

# ARTICLE X. FINANCES AND PROPERTY

### RAISING FUNDS

SECTION 1.

Clause 1. All money raised by or received for the benefit of the corporation or a unit under its jurisdiction and all property acquired by the corporation or such a unit shall be deemed to be received or acquired for the benefit of Scouting as interpreted and promoted by the Boy Scouts of America, in accordance with the Rules and Regulations and procedures from time to time adopted by the Boy Scouts of America.

Clause 2. Subject to the Rules and Regulations of the Boy Scouts of America, the corporation shall control the raising and expenditure of all funds for local Scouting

13

BSA-PLAN_00435010

SA 0224

Bylaws—Article X, Section 2

work within the territory of the corporation. The necessary expenses of the corporation shall be met by funds secured by solicitation or otherwise in accordance with the *Rules and Regulations of the Boy Scouts of America* pertaining to the raising of funds for Scouting purposes.

*Clause 3.* Neither the corporation nor any unit under its jurisdiction shall have any authority to bind the Boy Scouts of America to any financial obligation whatever.

## CONTROL OF FUNDS AND PROPERTY

### SECTION 2

### Budget

*Clause 1.* The executive board shall, preceding the commencement of each fiscal year, consider and adopt a budget of estimated expenditures by the corporation for such fiscal year. No funds shall be expended by the corporation during a fiscal year without the authorization of the executive board or the executive committee for any item not covered by, or in excess of the amount authorized by, the budget for such year.

### General Funds

*Clause 2.* All funds of this corporation or funds handled on behalf of this corporation of the Boy Scouts of America, from whatever source and for whatever purpose received, shall be deposited to the credit of the corporation in such depositories as shall be approved by the executive board or executive committee. The funds shall be disbursed only upon the authority of the executive board, executive committee or upon the order of officers of the corporation duly authorized by the executive board or executive committee; in any event the signatures of at least two authorized persons shall be required for the disbursal of funds except in the case of checks made payable to the Boy Scouts of America where a single signature will be accepted provided authorization has been accorded by the executive board.

All receipts from registration fees, *Boys' Life* subscriptions, and any other funds of the Boy Scouts of America which are received by this corporation for transmission to the Boy Scouts of America shall be carefully segregated, through bookkeeping and accounting procedures, as established by the Boy Scouts of America.

All persons having access to any funds (general or special) of the corporation shall be bonded.

### Special Funds

*Clause 3.* The corporation may create special funds for specific purposes to be used in the interest of the Boy Scouts of America by the corporation or a unit under its jurisdiction. Such special funds may be established by recordation in proper account on the books of the corporation and shall, if required by direction of the executive board or the term of a gift or bequest, be vested in a bank or trust company in trust for the use of the corporation of the unit, with the provision in the statement

of the conditions governing the administering of the trust that: in the event of the dissolution of the unit or corporation or revocation, termination, or lapse of its charter said trustee will, after satisfying any claims against such fund, turn over to the Boy Scouts of America the balance for use by the Boy Scouts of America for the benefit of Scouting in such locality and for the specific purpose for which the fund was granted. If, after a reasonable period, there is no suitable opportunity for the use of said fund in such locality, it may be used elsewhere.

### Real Estate

*Clause 4.* The corporation may hold title to real property in its own name as long as its articles of incorporation expressly provide for the conveyance of such property or the net proceeds from the sale thereof to the Boy Scouts of America in the event of the dissolution of the corporation or the revocation or termination of its charter. Title to real property acquired for the corporation may also be vested in a bank or trust company in trust for the use of the corporation, where appropriate in accordance with the wishes of the donor, with a provision in the trust deed that in the event of the dissolution of the corporation or the revocation or termination of its charter, the trustee, after satisfying any claims against the corporation to which such property may be subject, will convey said property or pay the net proceeds from a sale of the property to the Boy Scouts of America, which shall hold or use said property or funds for the benefit of Scouting in the locality in which the corporation is located or elsewhere if after a reasonable period there is no suitable opportunity to use said property or funds in said locality.

Title to all real estate acquired for a unit under the jurisdiction of the corporation shall be vested in (a) the name of the corporation (if the corporation agrees to hold title to property), (b) the operator of such unit (if the operator is a chartered organization or community group), or (c) a bank or trust company, in each case in trust for the use of the unit, where appropriate in accordance with the wishes of the donor, with a provision in the trust deed that in the event of the dissolution of the unit or the revocation, termination, or lapse of its charter, the trustee will, after satisfying any claim against such unit to which such real estate may be subject, hold the property upon the instructions of the corporation or, if so instructed, convey said property or pay the net proceeds from a sale of the property to the corporation, which shall hold or use said property or funds for the benefit of Scouting in the locality in which the unit is located or elsewhere if, after a reasonable period, there is not a suitable opportunity to use said property or funds in such locality.

### Securities

*Clause 5.* The securities of the corporation shall be deposited in any safe deposit vault or vaults or with such bank or banks, trust company or trust companies, or such other depositories as may from time to time be designated by the executive board, executive committee, or finance committee. Access to the securities may be had as provided by resolutions of the executive board or executive committee and not otherwise.

14

BSA-PLAN_00435011

SA 0225

### Audit

*Clause 6.* A statement of all income and expenses of the corporation during the fiscal year and a statement of all assets, liabilities, and fund balances of the corporation as at the end of such year shall be duly audited and certified annually in accordance with generally accepted auditing standards, by certified public accountants or other recognized independent public accountants approved by the executive board or executive committee.

### ADMINISTRATION OF UNIT FUNDS

SECTION 3.

*Clause 1.* At the request of the unit committee of any unit under the jurisdiction of the corporation, the treasurer may hold for such committee funds for the unit. Such funds shall be transferred, in whole or in part, to the custody of the unit or a treasurer of the chartered organization upon duly accredited authority for such transfer.

*Clause 2.* In the event of the dissolution of a unit or the revocation or lapse of its charter, the unit committee shall apply unit funds and property to the payment of unit obligations and shall turn over the surplus, if any, to the corporation. In the case of an organization unit, any funds or equipment which may have been secured as property of the unit shall be held in trust by the organization or the corporation, as may be agreed upon, pending its reorganization or the development of other plans, with the approval of the corporation, for the use of such funds and property in connection with a program for character development, citizenship training, mental and physical fitness for the youth of that organization or, by the agreement of those involved, shall be used elsewhere for the promotion of the program of the Boy Scouts of America.

# ARTICLE XI. ADDITIONAL ADMINISTRATIVE MATTERS

### INDEMNIFICATION

SECTION 1

Any person made a party to any action, suit, or proceeding, civil or criminal, by reason of the fact that such person, his/her testator or intestate, is or was a member of the executive board or committee of the executive board of the corporation, or an officer or National Council member or employee of the corporation, or a director, officer, or employee of any corporation in which he/she served as such at the request of the corporation, or a member of the commissioner staff of the corporation, or a member of a district committee or a district officer under the jurisdiction of the corporation, shall be indemnified by the corporation against the reasonable expenses, (including amounts paid by way of judgment and settlement and including attorney's fees), actually and necessarily incurred by him/her in connection with defense of such action, suit, or proceeding, whether or not such defense shall be successful in whole or in part, or in connection with any appeal therein or any settlement thereof, except in relation to matters as to which it shall be adjudged in such action, suit, or proceeding that such person is liable for negligence or misconduct in the performance of duties. Such indemnification, if afforded, shall not be deemed exclusive of any other rights to which such persons may be entitled apart from this section. This section shall not be deemed to limit any power or exclude any right of the corporation to provide any additional or other indemnity or right for any executive board member, officer, employee, or other person. If this section should be invalid or ineffective in any respect, the validity and effect of the section in any other respect shall not be affected.

### CONTRACTS, CHECKS, DRAFTS, ETC.

SECTION 2.

Except as otherwise provided by law or in these bylaws, such officer or officers, employee or employees, or agent or agents of the corporation as shall be specified by the executive board or executive committee shall sign, in the name and on behalf of the corporation, all deeds, bonds, contracts, mortgages, and other instruments or documents, the execution of which shall be authorized by the executive board or executive committee; and such authority may be general or confined to specific instances.

Except as otherwise provided by law or in these bylaws, all checks, drafts, notes, bonds, bills of exchange, or other orders, instruments, or obligations for the payment of money shall be signed by such officer or officers, employee or employees, or agent or agents of the corporation as shall be specified by the executive board or executive committee.

### NOTICES AND WAIVERS

SECTION 3.

Whenever any notice is required by these bylaws or by any law to be given to any member of the local council,

15

BSA-PLAN_00435012
SA 0226

member of the executive board, or any committee or any officer, such notice except as otherwise provided by these bylaws or by any law may be given personally or by telegram, cable, or radiogram addressed to such person at his/her or its place of business, if any, or (to the extent applicable) at such address as has been given to the corporation as the home address of the person, or the notice may be given in writing by mail, in a sealed wrapper, postage prepaid, addressed to such person at such address. Any notice given by telegram, cable, or radiogram shall be deemed to have been given when it shall have been delivered for transmission and any notice given by mail shall be deemed to have been given when it shall have been deposited in a post office, in a regularly maintained letter box, or with a postal carrier. A waiver of any such notice in writing, signed by the person entitled to such notice in writing, as required, shall be deemed the equivalent thereof; and the presence at any meeting of any person entitled to notice thereof shall be deemed a waiver of such notice as to such person.

## ACTION WITHOUT A MEETING

### SECTION 4.

Except to the extent otherwise restricted by any applicable law, any action required or permitted to be taken at any meeting of the executive board or any committee thereof may be taken without a meeting if prior to such action a written consent thereto is signed by all members of the executive board or committee and such written consent is filed with the minutes of the proceedings of the executive board or committee.

## FISCAL YEAR

### SECTION 5.

The fiscal year of the corporation shall be the calendar year.

## SEAL*

### SECTION 6.

The seal of the corporation shall be in the form of a circle enclosing the universal badge with the motto Be Prepared underneath this badge and the words " _____ Council of Boy Scouts of America, _____ (circle)" around the circle and shall be used only as authorized.

*A seal may be ordered from the Supply Division, No. 6097.
†If part of corporation name.

## AMENDMENT

### SECTION 7.

These bylaws may be amended at any meeting of the executive board, upon the recommendation of the executive committee of the executive board, or when the proposed amendment has been sent to members of the executive board at least 15 days in advance of the meeting. All amendments to these bylaws must first be approved by the national office of the Boy Scouts of America before being submitted to the executive board for adoption.

## EXECUTIVE BOARD RESOLUTIONS

RESOLUTION 1. *This resolution implements article V, section 3 (page 9).*

### Committees of the Executive Board

RESOLVED, That the following committees of the executive board shall be appointed (list the desired committees). Their duties and responsibilities shall be as set forth in the operations manuals and applicable literature of the Boy Scouts of America.

RESOLUTION 2. *This resolution implements article VI, section 6 (c) and (e) (page 11).*

### Authority of Council Scout Executive and Members of Professional Staff

RESOLVED, That subject to any limitation imposed by law, the bylaws, or any resolution of the executive board or executive committee, the Scout executive, or _____ (a member of the professional staff) be and hereby is authorized and empowered, for and on behalf of the corporation and in its name, to deliver, enter into, acknowledge, cancel, and revoke any and all agreements, conveyances, mortgages, powers of attorney, or other instruments which are incident to the carrying on, in the normal course, of the regular affairs of the corporation, and be it further

RESOLVED, That subject to any limitation imposed by law, the bylaws, or any resolution of the executive board or executive committee, the Scout executive, and the treasurer, be and hereby are and each of them hereby is authorized and empowered, for and on behalf of the corporation, and in its name, to deliver, execute, acknowledge, and pay any fees connected with any and all applications, reports, returns, or other instruments required by any governmental authority, which are incident to the carrying on, in the normal course, of the regular affairs of the corporation.

Subject to Protective Order – Highly Confidential

RESOLUTION 3. *This resolution complements article XI (page 15).*

**Conflict-of-Interest Policy for Executive Board Members**

RESOLVED, That it is the basic policy of the corporation that all executive board members or members of any committee thereof or officers or employees of the corporation have a duty to be free from the influence of any conflicting interest when they act on behalf of the corporation or represent it in negotiations or advise others in the corporation with respect to dealing with third parties. They are expected to deal with suppliers, customers, contractors, and others having dealings with the corporation on the sole basis of what is in the best interest of the corporation without favor or preference to third parties based on personal considerations. To this end the following rules shall be observed:

1. No member of the executive board or member of any committee thereof or officer or employee of the corporation shall accept from any person, directly or indirectly, whether by himself or herself or through his or her spouse or a member of his or her family or through any partner or business or professional associate, any gift, favor, service, employment or offer of employment or any other thing of value which he or she knows or has reason to believe is made or offered to him or her with the intent to influence him or her in the performance of his or her duties as a member of the executive board or member of any committee thereof or officer or employee of the corporation.

2. No member of the executive board or member of any committee thereof or officer or employee of the corporation who is a partner, officer, or employee of a partnership, firm, or corporation or who owns or controls more than 10 percent of the stock of such corporation, shall represent, appear for, or negotiate on behalf of the corporation in connection with the acquisition or sale by the corporation of any interest in real or tangible or intangible personal property to such partnership, firm, or corporation.

3. No member of the executive board or member of any committee thereof shall participate by discussion, voting, or by any other action taken by the executive board, or any committee thereof, in the enactment of or defeat of a motion which relates to any transaction with any party referred to in paragraph 2 above. In case any such matter is discussed at any meeting where any executive board or committee member who has such an interest is present, he shall promptly disclose his interest in the matter to be voted on to the chairman of the meeting. He shall not vote on the matter and at the discretion of the disinterested members present may be required to leave the meeting during the discussion and the voting on the matter.

RESOLUTION 4. *This resolution complements article XI (page 15).*

**Conflict-of-Interest Policy for Professional Scouters**

RESOLVED, That the following conflict-of-interest policy become the policy of this corporation and be applied to professional Scouters. It is imperative that employees of the Boy Scouts of America conduct themselves with a degree of honesty and integrity which is beyond reproach or even suspicion.

While it is not possible to anticipate every situation and prescribe a precise rule for each, it is possible to set forth certain basic, general principles to be observed by employees at all times. The essence of this policy is that employees shall always deal with others doing, or seeking to do, business with the Boy Scouts of America in a manner that excludes all consideration of personal advantage. Accordingly, every employee of the ............... Council is subject to the following policy:

1. **Interest in Other Business Organization**

   Employees of the Boy Scouts of America or any local council thereof or members of their immediate families shall not have any interest, direct or indirect, in any other business which in any degree conflicts with the employee's primary obligations to the Boy Scouts of America or any local council thereof. In this regard, employees or members of their immediate families should not possess a significant financial interest in any business that does, or seeks to do, business with the Boy Scouts of America or any local council thereof. In addition, employees should not conduct business on behalf of the Boy Scouts of America or any local council thereof with members of their immediate family, or a business organization with which the employees or members of their immediate families have any association which could be construed as significant in terms of potential conflict of interest.

2. **Gifts, Favors, Entertainment and Payments to Employees**

   Employees shall not seek or accept any gifts, payments, fees, services, valuable privileges, vacations or pleasure trips, loans (other than conventional loans from lending institutions) or other favors from any person or business organization that does, or seeks to do, business with the Boy Scouts of America or any local council thereof. No employee shall accept anything of value in exchange for referral or parties to any person or business organization that does, or seeks to do, business with the Boy Scouts of America or any local council thereof. In the application of this policy:

   (a) Employees may accept common courtesies of nominal value usually associated with accepted business practices for themselves a d members of their families.

17

Bylaws—Article XI, Resolution 4

(b) An especially strict standard is expected with respect to gifts, services or considerations of any kind from suppliers. Entertainment at the expense of suppliers beyond that contemplated by (a) above should not be accepted under any circumstance.

(c) It is never permissible to accept a gift in cash or cash equivalents of any amount.

(d) This policy does not preclude the acceptance of benefits to the Boy Scouts of America as compared to benefits to an individual employee.

(e) This policy does not preclude the acceptance of courtesies extended to employees of the Boy Scouts of America or any local council thereof in their official capacities, such as gratis hotel rooms for business (but not personal use) in connection with meetings.

(f) This policy will be communicated to persons and organizations doing, or seeking to do, business with the Boy Scouts of America or any local council thereof.

### 3. Confidential Information

Employees shall not, without proper authority, give or release to anyone not an employee, or to another employee who has no need for the information, data or information of a confidential nature concerning the Boy Scouts of America or any local council thereof.

### 4. Gifts, Favors, Entertainment, and Payments by the Boy Scouts of America or Any Local Council Thereof

Gifts, favors, and entertainment may be given others at the expense of the Boy Scouts of America or any local council thereof only if they meet all of the following criteria:

(a) They are consistent with accepted business practices.

(b) They are of sufficiently limited value, and in a form that will not be construed as improper.

(c) They are not in contravention of applicable law and generally accepted ethical standards.

(d) Public disclosure of the facts will not embarrass the Boy Scouts of America or any local council thereof.

### 5. Obligation to Disclose

Any employee who believes that his or her personal actions or interests, or the actions of others, may violate this policy must discuss the matter with the Scout executive. Additional interpretations of this policy and definitions of words and phrases used herein will be made upon request to the Scout executive.

### 6. Sanctions

Any employee whose actions or interests violate this policy is subject to termination on that account alone, if such is determined to be in the best interests of the movement.

It is the responsibility of every employee of the Boy Scouts of America or any local council thereof to be aware of and to observe these standards. Accordingly, each employee is asked to sign and return the accompanying Employee Statement relating to these standards. Employee Statements will be held in complete confidence. The employee statement will be reexecuted on a regular basis.

### EMPLOYEE STATEMENT

I certify that I have received a copy of the Council Conflict of Interest Policy, dated ................., and that neither I nor any member of my immediate family have any personal economic interest that could be construed as opposed to the best interests of the Boy Scouts of America or any local council thereof or in violation of the stated conflict of interest policy, other than any exceptions listed below.

(Give full details below or on a separate sheet, if appropriate, concerning any outside interests that you believe require or may require the approval of the Scout executive. If none, please so state.)

Date: _____          _____
                                    Signature of Employee

18

Subject to Protective Order – Highly Confidential

# APPENDIX

# THE LOCAL COUNCIL ANNUAL MEETING

These are the recommended procedures for conducting a local council annual meeting based upon the procedures set forth in article III, section 3, clause 1, of the *Standard Local Council Articles of Incorporation and Bylaws*, No. 3736, which states:

"The annual meeting of the local council shall be held at such place . . . and at such time as the executive board of the corporation may determine. The annual meeting of the local council shall be for the purpose of:

a.   Receiving annual reports of the executive board, officers, and various committees,

b.   Electing members at large, associate and honorary members of the local council, National Council members, regular members of the executive board, and officers of the corporation other than the Scout executive,

c.   Receiving and approving financial statements showing the financial position of the corporation as of the close of its most recent complete fiscal year and the results of operations during such year, and

d.   Transacting such other business as may come before the meeting."

It is suggested that the following guidelines be observed:

1.   The proposed agenda, notice, and election procedures should be reviewed in conference by the council president, Scout executive, and area director well in advance of the meeting (i.e. prior to the board meeting which is 3 months before the annual meeting).

2.   The council president must give careful attention to the appointment of both the nominating committee and the committee on program and resolutions within the time specified in the bylaws. It would be well for the council president to appoint a volunteer Scouter knowledgeable in the BSA election procedures, as well as the applicable nonprofit corporation State law requirements, to serve as parliamentarian and also election judge(s). These appointments should be published with sufficient advance notice to give voting members the opportunity to send in written recommendations.

3.   Notice of the annual meeting must be given in writing a minimum number of days in advance of the meeting, as specified in the bylaws of the council.

4.   Develop a list of the names of presently registered Scouting coordinators in the council and the name of the institution which each represents. The list should indicate anticipated attendance at the annual meeting. Scouting coordinators must constitute a majority of the active membership of the local council at all times.

5.   Local council bylaws should stipulate the quorum requirements. The National Council recommends that a quorum for the local council conform to the laws of the State in which the council is incorporated. When this is not stated, 5 percent or 10 percent or 15 percent of the total voting membership is recommended.

6.   Voting delegates and nonvoting delegates should be properly identified at the annual meeting with easily recognizable and distinctive name tags. All voting delegates should register as they arrive.

7.   The council president may desire to call upon the parliamentarian to explain the election procedures before turning the meeting over to the nominating committee chairman to present the nominating committee report and conduct the elections. Copies of the election procedures and council bylaws should be on hand for ready reference. The election procedure should be dignified and be carried out in a businesslike manner. Nominations from the floor are not permitted in BSA election procedures.

8.   It is strongly recommended that all officers and members of the executive board, be contacted personally (and proposed members at large of the council written to) informing them of the intention of the nominating committee to place their name in nomination for election at the council's annual meeting unless they inform the chairman of the nominating committee otherwise. This is not only a courtesy, but strengthens the position of the nominating committee's final recommendations.

9.   A strategy meeting should be held no more than 10 days (preferably within 24 hours) in advance of the annual meeting, at which the council president, Scout executive, parliamentarian, nominating committee chairman (and where possible the regional and/or area representative) are present to review the agenda and to discuss the possibility of problems arising.

10.   In the event that problems or divisive matters are anticipated at the meeting, it is appropriate to determine whether or not it is proper to raise such items at the meeting under the council's bylaws. If so, it will be necessary to devise strategy to cope with each matter. It may be appropriate to contact all voting members to give them additional information and to assess the voting position of each.

19

Subject to Protective Order – Highly Confidential

Appendix

11. Misunderstandings occur because of inadequate communication. Be sure all volunteer Scouters, especially those from the districts, are well informed. It may be useful to suggest to district Scouters that they have direct representation on the executive board through their district chairman and thus may have their views represented in this manner.

12. The National Council of the Boy Scouts of America may be called upon by the executive board of a local council for assistance in these matters, such as conducting special audits in such areas as personnel, membership, or fiscal stewardship.

# COUNCIL ELECTION PROCEDURES

### I.   Purpose

To elect council members at large, associate and honorary members of the local council, local council representatives to the National Council, regular members of the executive board, and officers of the corporation other than the Scout executive.

### II.   Those eligible to vote

A.   Registered Scouting coordinators currently officially representing chartered organizations.

B.   Registered, duly elected council members at large.

### III.   Time of elections

The date, time, and place of the annual business meeting of the local council is specified by the executive board of the corporation as prescribed by the council's bylaws.

### IV.   Process

A.   At least 90 days prior to the date set for the annual business meeting of the local council the president shall appoint a nominating committee, subject to board approval, of not fewer than three active council members. Consideration may be given to adding a former council president and the inclusion of one or two persons of the highest community stature who are not active members of the local council.

B.   The members of the nominating committee will be identified to council Scouters between 60 and 45 days prior to the annual council business meeting so that names may be given to them for consideration.

C.   Suggested nominees from registered local council Scouters are to be considered if they are received in writing no less than 30 days prior to the annual business meeting. Those who offer names to the nominating committee should supply some background information but should not have secured the permission of the person to be nominated and to serve if elected.

D.   The nominating committee will meet with the Scout executive, serving as the secretary and having no

vote, for the purpose of selecting a slate of nominees for election.

E.   Nominations received in writing within the allowable time frame from Scouters not on the nominating committee are given serious consideration. Each such nomination should be acknowledged with a brief letter of thanks and the assurance that the candidate will be considered.

F.   The nominating committee will select a slate consisting of a single candidate for each council officer position and no more than the legally allowable number of persons for each of the following categories: executive board members, council members, local council representatives to the National Council; however, the committee may elect not to completely fill the latter categories.

The nominating committee will then cause to be printed sufficient copies of the ballot so as to provide one to every official voting member present at the local council annual business meeting. The order of listing on the ballot is as follows:

Council members at large
Associate and honorary members
Executive board members and advisory council members
Council officers (except Scout executive) and local council representatives to the National Council.

G.   Following the elections it is important to notify those elected, to congratulate each, and to register those not already registered as active members of the Boy Scouts of America.

### V.   Details and Contingencies

A.   Newly elected officers and local council members at large take office immediately following the annual business meeting.

B.   Should any portion of the nominating committee's report be rejected, this portion would be reintroduced with or without changes for consideration at an adjourned or special or postponed meeting to be held

20

Subject to Protective Order – Highly Confidential



**Appendix**

no more than 60 days from the date of the annual business meeting. This would permit write-in nominations to be submitted and studied by the nominating committee.

Formal notice of the rescheduled meeting should be sent to eligible voters stating the purpose, etc. The nominating committee should, at the rescheduled meeting, be called upon by the president to proceed with that portion (or portions) of the election that was not completed. It is hoped that nominating committee members will discover the reasons for the failure of acceptance of the slate and attempt to deal with them prior to one rescheduled meeting.

C.  In the event that a resolution is still not obtained then the process described in "B" above will be followed once more. Failing resolution the second time the president may elect (1) to entertain a motion to follow the process in "B" above once again, or (2) may dismiss the present nominating committee and appoint a new one which will meet and draw up a slate to be presented according to the guidelines above.

D.  Since officers, *regular members of the executive board*, and council members at large take office

immediately following the local council annual business meeting (local council bylaws article III, section 2, clause 1 and article IV, section 3) they will *assume office* when the local council annual business meeting has finally been adjourned.

E.  Voting should be done by ballot. The nominating committee's slate, having been printed and distributed to eligible voters at the meeting may be used as an official ballot should there be the need.

The chairman of the nominating committee may "move the acceptance of the category under consideration and instruct the secretary to cast a unanimous ballot for the proposed nominees." If this motion is carried there is no need to collect the printed ballots.

If the "unanimous ballot" motion is defeated then the president immediately will appoint tellers from among the active, registered members present to collect and tally the ballots. It may be helpful to have eligible voters sign their names so that their eligibility can be checked.

Note: Use Council Nominating Worksheet, No. 6158.

# DISTRICT ELECTION PROCEDURES

## DISTRICT

### I.  Purpose

To elect district officers and district members at large.

### II.  Those eligible to vote

A.  Scouting coordinators registered and currently representing chartered organizations within the district's geographical boundaries.*

B.  Registered district members at large duly elected at the last annual district committee meeting or during the interim at a regular, duly called district committee meeting.

C.  Registered council members at large residing in the district.

### III.  Time

The annual district committee meeting at which elections are held occurs in the month preceding the council annual meeting, but may vary according to the council's bylaws.

### IV.  Process

A.  The district committee meeting immediately preceding the annual meeting of the local council

shall be the annual meeting of the district. At least 90 days prior thereto three names of a potential district nominating committee shall be submitted to the council president for his approval. The president may add names, at his discretion, from the council executive board or the community at large. When approved, the committee shall make nominations for district officers and members at large for election at the annual meeting of the district. At this meeting the officers and district operating committees shall present reports of the year's activities.

B.  When approval is received from the council president the committee will meet with the district executive as adviser to form the slate comprised of nominees for district chairman, one or more vice-chairmen, and district members at large, plus a nominee to be submitted by the district chairman for council executive board approval to serve as district commissioner.

C.  The nominating committee not only will agree on the slate but also will secure the nominees' permission to stand for election and to serve if elected.

D.  The members of the nominating committee will be identified to the district Scouters between 60 and 30 days prior to the annual district committee meeting so that suggestions may be given to them for

21

BSA-PLAN_00435018
SA 0232

Appendix

consideration. (This information may be included in
one formal notice of the annual meeting.)

E.  Suggestions may be made in writing to the
nominating committee for inclusion in their report
providing the nominees thus entered are received by
the nominating committee at least 2 weeks prior to the
annual meeting of the district. If accepted by the
nominating committee, the candidate will be
contacted by the nominating committee and
permission received from the person to stand for
election and to serve.

F.  At the district annual meeting the district chairman
will call upon the chairman of the nominating
committee for his report and "turn over the chair to
him to conduct the elections."

1.  The chairman of the nominating committee will
present first his committee's nominees for district
members at large. He will call for a motion, second,
and vote.

2.  The chairman of the nominating committee then will
present his committee's nominees for district
chairman and vice-chairmen; call for motion, second,
and vote.

3.  The district commissioner is to be an elected member
at large but is offered for appointment and approval as
district commissioner by the council executive board
through the report of the district chairman and with
the concurrence of the Scout executive. The district
commissioner is not elected at the district annual
meeting.

4.  Vote of the majority of the members present at the
district meeting is required for election.

**V.  Details and Contingencies**

A.  Newly elected officers and members at large take
office immediately upon election.

B.  If any portion of the nominating committee's report is
rejected, this portion must be reintroduced at a
special or adjourned or recessed meeting of the
district committee to be held within 30 days of the
present meeting. Formal notice of this meeting must
be sent to eligible voters immediately so that it is

received at least 2 weeks prior to the meeting.
Additional names may be submitted to the
nominating committee during that period. The
nominating committee will, at the next meeting,
proceed with the portion of the election that failed
passage. It is hoped the nominating committee
members will discover the reasons for the failure of
acceptance and attempt to deal with them.

C.  In the event that a resolution is still not obtained, then
the matter will be referred to the council president
and/or executive board for final resolution.

D.  Because of V (A) above, the new members at large,
plus Scouting coordinators and council members at
large, are eligible to vote at postponed elections if
they were elected and the officer's slate was not
accepted.

E.  Voting may be done by ballot but voice or hand vote
are acceptable since a district is a nonpolicymaking
body. If ballots are used, the secretary should be
instructed to collect ballots only from those eligible to
vote, marked with the name of eligible voters and
counted by clerks appointed by the chairman of the
nominating committee. A motion to cast a unanimous
ballot for the proposed candidates is acceptable.

Note: Use District Nominating Worksheet, No. 6168.

Note: Council Bylaws are the "final word."

**"Scouting Coordinator**

1.  The Scouting coordinator is automatically a voting
member of the council and the district upon the
selection or appointment by the community
organization and when registered as a member of the
Boy Scouts of America. The individual is to be
registered during the period of time that the chartered
organization designates this person as Scouting
coordinator.

2.  Primary responsibilities are: (1) helping units to be
successful and (2) coordination between chartered
organization and Scouting.

3.  We encourage the Scouting coordinator to become
an active, participating member of one of the district's
committees.

22

BSA-PLAN_00435019

SA 0233

# INDEX

**A**

Active members, 5, 6
Address of corporation, 2
Advancement procedures, 5
Advisory council, 8
Amendment
  articles of incorporation, 3
  bylaws, 16
Annual meetings
  district, 12
  local council, 6, 7, 8, 11, 19
Annual report of corporation, 6, 11
Appointment of committees, 8, 13
Appointment of officers, 9
Articles of incorporation, 1, 7, 8
Assistant council commissioners, 12
Assistant district commissioners, 12
Assistant roundtable
  commissioners, 12
Assistant treasurers, 10
Associate members, 5, 6
Attendance at meetings, 6, 8
Audit, 10, 15

**B**

*Boys' Life* subscriptions, 14
Budget, 10, 14
Bylaws, 6, 8, 12

**C**

Chartered organization
  assistance, 4
  name, 13
  representation, 5, 6
Charter renewal, 10, 11, 13
Charter, unit, 13
Checks, 14, 15
Commissioner, council, 10, 12
Commissioner staff, 10, 12
Committee on program
  and resolutions, 7
Committees of executive board, 8
Conflict-of-interest policy, 17
  for professional Scouters, 18
Contracts, 15
Corporation, 1, 2, 3, 4, 5, 6
  chief executive officer, 10
  name, 1, 4
  officers, 9, 10
Council commissioner, 10, 12
Council election procedures
  (model), 20
Council president, 6, 7, 8, 9, 10, 11

**D**

Dissolution
  corporation, 3
  unit, 15
Distributor, 5
District
  chairman, 12
  commissioners and assistants, 12
  committee, 12, 13
  committee officers, 12
  election procedures (model), 21
  operating committees, 13
  organization, 12
Drafts, 15
Duration of corporation, 1

**E**

Election and term
  active members, 5, 6
  associate and honorary members,
  5, 6
  executive board, 7
  officers, 9
Election procedures (model)
  council, 20
  district, 21
Executive board, 2, 8, 9
  action without a meeting, 16
  committees, 8
  election and term, 7
  meetings, 8
  membership, 7
  quorum, 8
  resolutions, 7, 16
  vacancies, 9
Executive committee, 9
  meetings, 9
  membership, 9
  quorum, 9
Explorer activities, 5

**F**

Facilities, 4
  camp, 4
  Explorer, 5
Finances, 13
Fiscal year, 16
Funds, 14, 15
  *Boys' Life* subscriptions, 14
  control of, 14
  expenses, 14
  general, 14
  raising, 13
  registration fees, 14
  special, 14
  unit, 15

**G**

General funds, 14
Governing body, 7

**H**

Honorary members, 5, 6, 7
Honorary officers, 9

**I**

Incorporators, 3
Indemnification, 15
Insignia, 4

**L**

Leaders, 4
Local council
  classes, 2, 5
  meetings, 6
  members, 5, 6, 9
  number, 5
  qualifications, 5
  representative, 10

**M**

Meetings
  district committee, 13
  executive board, 8
  executive committee, 9
  local council, 6
Members
  at large, 5, 6, 7, 8, 12
  corporation, 2
  executive board, 2, 7-8

**N**

Name of corporation, 1, 4
National Council members, 7, 11
Nominating committee
  council, 7, 19-20
  district, 13, 21-22
Nonprofit organization, 1
Notice of meetings, 6, 7, 8, 11
Notices, 16

**O**

Officers of corporation, 9
Operating committees, 13
Outdoor program, 4

**P**

Policies, 1
Powers and functions of
  executive board, 7

Subject to Protective Order – Highly Confidential

Index

Powers and functions of executive
committee, 9
Powers of corporation, 2
President, council, 6, 7, 8, 9, 10
Principles, 1
Professional staff, 11, 17
Program and resolutions,
committee, 7
Program promotion, 4
Property, 14
Protection of uniform and insignia, 4
Purpose of corporation, 1, 4

Q

Quorum
executive board, 8
executive committee, 9
local council, 6

R

Raising funds, 13
Real estate, 14
Recognition of unit leaders, 10
Registration fees, 14

Regular meetings of local council, 6
Resolutions, 7, 16-18
Responsibilities, 4
Roundtable commissioners, 12
Roundtables, Commissioner Function, 10
Rules and Regulations of the
Boy Scouts of America, 12

S

Scout executive, 6, 7, 9, 10,
11, 12, 13, 16
Scouting coordinator, 5, 6, 19, 22
Scouting distributors, 5
Scouting program, 1, 4
Seal, 16
custodian of, 11
Secretary, 9, 10, 13
Securities, 14
Special funds, 14
Special meetings of local council, 6
Sustaining members, 5

T

Terms of office, 9
Treasurer and assistants, 9, 10, 15, 16

U

Uniforms, 4, 5
Unit commissioner, 12
Units
charters, 13
designation, 13
funds, 14
leaders, 4

V

Vacancies
active membership, 8
executive board, 8
officers, 9
Vice-presidents, 10
Voting,
district, 21-22
executive board, 8
local council, 6, 19-20

W

Waivers, 15

24

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435021

SA 0235



Subject to Protective Order – Highly Confidential



Subject to Protective Order – Highly Confidential

PLEASE REFER TO THE INSTRUCTIONAL LETTER THAT CAME WITH THIS TEMPLATE.

ANY CHANGES TO THE ARTICLES OF INCORPORATION must be filed WITH THE OFFICE OF THE SECRETARY OF STATE FOR THE STATE(S) IN WHICH YOUR COUNCIL DOES BUSINESS.

# ARTICLES OF INCORPORATION
## _____COUNCIL

### ARTICLE I. NAME

The name of the corporation is _____ Council, Inc., Boy Scouts of America, sometimes referred to as the "corporation."

### ARTICLE II. DURATION

The corporation shall have perpetual existence but shall take such action as may be necessary to dissolve in the event of the revocation or termination of its charter from the Boy Scouts of America, a corporation organized under Act of Congress.

### ARTICLE III. PURPOSES

The corporation shall promote, within the territory covered by the charter from time to time granted it by the Boy Scouts of America and in accordance with the Congressional Charter, Bylaws, and Rules and Regulations of the Boy Scouts of America, the Scouting program of promoting the ability of boys and young men and women to do things for themselves and others,

BSA-PLAN_00435159
SA 0238

training them in Scoutcraft, and teaching them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by the Boy Scouts of America.

## ARTICLE IV. PRINCIPLES AND POLICIES

The corporation shall be operated as a nonprofit corporation exclusively for charitable and educational* purposes within the meaning of Section 501 of the Internal Revenue Code of 1954, as from time to time amended.

The corporation shall at all times maintain the principles and policies of the Boy Scouts of America, as set forth in detail in the Bylaws and the Rules and Regulations of the Boy Scouts of America in official handbooks, or as may be announced by the Boy Scouts of America from time to time, specifically restricting the leadership to those persons who are willing to subscribe to the declarations of principles therein set forth and to the Scout Oath and Law and who otherwise are qualified to receive certificates of leadership.

*Include "and educational" where permitted by state tax law.*

## ARTICLE V. POWERS

The corporation shall have and may exercise (in a manner consistent with the Congressional Charter, Bylaws, and Rules and Regulations of the Boy Scouts of America) all  powers given to nonprofit corporations under the _____

_____
(insert name of state nonprofit corporation law)

In addition, _____
*(Here set forth specific powers corporation is to enjoy if attorney for corporation advises enumeration*

_____
*of specific powers is required or advisable under state law and the Boy Scouts of America approves powers listed.)*

_____

## ARTICLE VI. MEMBERS

The corporation shall have one or more classes of members, as provided in the Bylaws of the corporation, and may have honorary members.

Each active, associate, or honorary member of the corporation shall be a citizen of the United States of America or reside within the country and agree to respect and obey the laws of the United States of America, and shall (a) subscribe to the Scout Oath and Law, the statement of religious principle, and the Bylaws and Rules and Regulations of the Boy Scouts of America, (b) be registered by the Boy Scouts of America in accordance with its Bylaws and Rules and

Subject to Protective Order – Highly Confidential

Regulations, and (c) otherwise meet all qualifications for membership from time to time established by the Boy Scouts of America.

## ARTICLE VII. EXECUTIVE BOARD

The executive board of the corporation shall be composed of such number of persons, in no event fewer than 25 or more than 50 regular members who shall be elected in such manner as prescribed in the bylaws and rules of the corporation and any applicable regulations. The initial executive board shall be composed of ___ members. The names and addresses of the persons who are to serve as the initial executive board of the corporation until the first annual meeting of the members of the corporation and until their successors are elected and qualify are:

*Name*                                      *Address*

_____

_____

_____

_____

## ARTICLE VIII. ADDRESS

The address of the initial registered office of the corporation is and the name of its initial registered agent at such address is .

## ARTICLE IX. INCORPORATORS

The name and address of each incorporator is:

*Name*                                      *Address*

_____

_____

_____

_____

## ARTICLE X. DISSOLUTION

Subject to Protective Order – Highly Confidential

The property and assets of the corporation are irrevocably dedicated to the charitable and educational* purposes of carrying out the program of the Boy Scouts of America.

In the event of the dissolution, merger/consolidation or final liquidation of the corporation or upon the revocation or termination of its charter from the Boy Scouts of America, none of such property or assets or the proceeds therefrom shall inure to the benefit of any individual but shall, after all liabilities and obligations of the corporation have been paid or satisfied or provision otherwise made therefore, be distributed (a) to another local council of the Boy Scouts of America as specified by the Boy Scouts of America to be used for charitable and educational* purposes, or (b) in the absence of such specification, to the Boy Scouts of America itself to be used for charitable and educational* purposes, contemplated that in either instance such property and assets shall continue to be devoted to the furtherance of Scouting in _____.

<em>(State or States)</em>

On occasion it is desirable, in order to strengthen the Scouting movement or facilitate its administration, that two or more local councils merge or consolidate. The procedure to be followed in electing such a merger or consolidation, which can only be carried out with the approval of the national council of the Boy Scouts of America, is governed by applicable state law which usually requires approval of the merger or consolidation by the local council executive boards and members of the affected local councils.

*
*Include "and educational" where permitted by state tax law.*


# ARTICLE XI. AMENDMENT

These Articles of Incorporation may be amended by the majority vote of the members having the right to vote present at a duly called meeting of the members of the corporation at which a quorum is present and of which at least twenty days written notice has been given, the notice for which has been accompanied by the text of the proposed amendment or amendments, provided, however, that no amendment to these Articles of Incorporation shall be effective unless first presented to and approved by (a) the executive board of the corporation and (b) an authorized official at the national office of the Boy Scouts of America.


Adopted this _____ day of _____, 20_____

_____          _____
         Scout Executive                                              Council President

BSA-PLAN_00435162

SA 0241



LOCAL COUNCIL

ARTICLES OF INCORPORATION AND BYLAWS

# BOY SCOUTS OF AMERICA

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435136

# LOCAL COUNCIL

## ARTICLES OF

## INCORPORATION

## AND

## BYLAWS

1970 PRINTING

Copyright 1968

**BOY SCOUTS OF AMERICA**

North Brunswick, N.J.

No. 3736   Printed in U.S.A.   3.4M370

Revisions made in **Local Council Articles of Incorporation and Bylaws** since the 1968 edition:

**Revisions in 1969 printing—**

Article III, Section 3, Clause 4
Article III, Section 3, Clause 6
Article IV, Section 5
Article V, Section 1
Article V, Section 3
Article VI, Section 4

**Revisions in 1970 printing—**

Article III, Section 3, Clause 3
Article IV, Section 3

Subject to Protective Order – Highly Confidential

SA 0243

# TABLE OF CONTENTS

## ARTICLES OF INCORPORATION

Article One. Name   1
Article Two. Duration   1
Article Three. Purposes   1
Article Four. Principles and Policies   1
Article Five. Powers   2
Article Six. Members   2
Article Seven. Executive Board   3
Article Eight. Address   3
Article Nine. Incorporators   3
Article Ten. Dissolution   4
Article Eleven. Amendment   4

## BYLAWS

Article I. Name   5

Article II. Purpose and Responsibilities   5
Section 1. Purpose   5
Section 2. Responsibilities   6

Article III. Members of the Local Council   7
Section 1. Number, Classes, and Qualifications   7
Section 2. Election and Term; Vacancies   9

Section 3. Meetings; Quorum; Voting   10
Section 4. Nominating Committee of the Local Council   12
Section 5. Committee on Program and Resolutions   12

Article IV. The Executive Board   13
Section 1. Powers and Functions   13
Section 2. Membership   13
Section 3. Election and Term; Vacancies   13
Section 4. Meetings; Quorum; Voting   14
Section 5. Advisory Council   15

Article V. Committees of the Executive Board   15
Section 1. Committees; Appointment   15
Section 2. Executive Committee   16
Section 3. Operating Committees   17
Section 4. Planning Committees   18

Article VI. Officers and National Council Members   18
Section 1. Officers; Elections and Appointment   18
Section 2. President   19
Section 3. Vice-Presidents   19
Section 4. Treasurer   20
Section 5. Council Commissioner   20
Section 6. Scout Executive   21
Section 7. National Council Members   23

Article VII. Commissioner Staff and Professional Staff   24
Section 1. Commissioner Staff   24
Section 2. Assistant Council Commissioners   25

BSA-PLAN_00435137

Subject to Protective Order – Highly Confidential

SA 0244

# ARTICLES OF INCORPORATION

## ARTICLE ONE. NAME

The name of the corporation is ............................................
Council of Boy Scouts of America, ...................... (Inc.*)

*If required by State law.

## ARTICLE TWO. DURATION

The Corporation shall have perpetual existence but shall take such action as may be necessary to dissolve in the event of the revocation or termination of its charter from the Boy Scouts of America, a corporation organized under Act of Congress.

## ARTICLE THREE. PURPOSES

The Corporation shall promote, within the territory covered by the charter from time to time granted it by the Boy Scouts of America and in accordance with the Congressional Charter, Bylaws, policies and regulations of the Boy Scouts of America, the Scout program of promoting the ability of boys to do things for themselves and others, training them in Scoutcraft, and teaching them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by the Boy Scouts of America.

## ARTICLE FOUR. PRINCIPLES AND POLICIES

The Corporation shall be operated as a nonprofit corporation exclusively for charitable ................ (and educational*) purposes within

*Include where permitted by State tax law.

Section 3. District Commissioners and Assistant District Commissioners    25
Section 4. Roundtable Commissioner    26
Section 5. Neighborhood Commissioner    26
Section 6. Professional Staff    26

**Article VIII. District Organization    27**
Section 1. Districts    27
Section 2. District Committee    27
Section 3. District Committee Officers    28
Section 4. Meetings of the District Committee    28
Section 5. District Operating Committees    29

**Article IX. Local Units    29**
Section 1. Approval of Unit Charters    29
Section 2. Unit Designation    29

**Article X. Finances and Property    30**
Section 1. Raising Funds    30
Section 2. Control of Funds and Property    30
Section 3. Administration of Unit Funds    33

**Article XI. Additional Administrative Matters    34**
Section 1. Indemnification    34
Section 2. Contracts, Checks, Drafts, etc.    35
Section 3. Notices and Waivers    35
Section 4. Action Without a Meeting    36
Section 5. Fiscal Year    36
Section 6. Seal    37
Section 7. Amendment    37

**Executive Board Resolutions    37**

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435138

the meaning of Section 501 of the Internal Revenue Code of 1954, as from time to time amended.

The Corporation shall at all times maintain the principles and policies of the Boy Scouts of America, as set forth in detail in the Bylaws of the Boy Scouts of America and its regulations, as set forth in official handbooks or as may be announced by the Boy Scouts of America from time to time, specifically restricting the leadership to those persons who are willing to subscribe to the declarations of principles therein set forth and to the Scout Oath and Law and who otherwise are qualified to receive certificates of leadership.

## ARTICLE FIVE. POWERS

The Corporation shall have and may exercise (in a manner consistent with the Congressional Charter, Bylaws, policies and regulations of the Boy Scouts of America) all powers given to nonprofit corporations under the .................

(insert name of State nonprofit corporation law)

.......................... In addition ...................................

(here set forth specific powers Corporation is to enjoy if attorney for Corporation advises enumeration of specific powers is required or advisable under State law and the Boy Scouts of America approves powers listed)

## ARTICLE SIX. MEMBERS

The Corporation shall have one or more classes of members, as provided in the Bylaws of the Corporation, and may have honorary members.

Each active, associate or honorary member of the Corporation shall be a man twenty-one years of age or over who (a) is a citizen of the United States or who has legally declared his intention to become a citizen of the United States, (b) has subscribed to the Scout Oath and Law and Bylaws of the Boy Scouts of America, (c) has been registered by the Boy Scouts of America in accordance with its Bylaws, and

(d) otherwise meets all qualifications for membership from time to time established by the Boy Scouts of America.

## ARTICLE SEVEN. EXECUTIVE BOARD

The Executive Board of the Corporation shall be composed of such number of persons, in no event fewer than ......... nor more than ..........., who shall be elected in such manner, as prescribed in the Bylaws of the Corporation. The initial Executive Board shall be composed of ............ members. The names and addresses of the persons who are to serve as the initial Executive Board of the Corporation until the first annual meeting of the members of the Corporation and until their successors are elected and qualify are—

Name          Address

.....................    .....................
.....................    .....................
.....................    .....................

## ARTICLE EIGHT. ADDRESS

The address of the initial registered office of the Corporation is ............... and the name of its initial registered agent at such address is ...............

## ARTICLE NINE. INCORPORATORS

The name and address of each incorporator is —

Name          Address

.....................    .....................
.....................    .....................
.....................    .....................

BSA-PLAN_00435139

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435140

ARTICLE II. SECTION 1—BYLAWS

# BYLAWS

## ARTICLE I. NAME

The name of the corporation is ............... Council of Boy Scouts of America, ........... (inc.*), ........... sometimes referred to in these Bylaws as the "Corporation."

*If required by State law.

## ARTICLE II. PURPOSE AND RESPONSIBILITIES

### PURPOSE

SECTION 1.

The Corporation shall promote, within the territory covered by the charter from time to time granted it by the Boy Scouts of America and in accordance with the Congressional Charter, Bylaws, policies and regulations of the Boy Scouts of America, the Scout program of promoting the ability of boys to do things for themselves and others, training them in Scoutcraft, and teaching them patriotism, courage, self-reliance, and kindred virtues, using the methods which are now in common use by the Boy Scouts of America. In achieving this purpose, emphasis shall be placed upon the educational program of the Boy Scouts of America and the oaths, promises, and codes of the Scout program for character development, citizenship training, mental and physical fitness.

*Reference:* Articles of Incorporation, Article Three

The Corporation shall fulfill the basic purpose of the Scout movement within its territory, making Scout training available to all boys and serving organizations and institutions using the Scout program while maintaining standards and policies, protecting official badges and insignia, and providing adequate leadership and finances.

---

ARTICLES OF INCORPORATION—ARTICLE TEN

## ARTICLE TEN. DISSOLUTION

The property and assets of the Corporation are irrevocably dedicated to the charitable ............... (and educational*) purposes of carrying out the program of the Boy Scouts of America. In the event of the dissolution or final liquidation of the Corporation Boy Scouts of America, or upon the revocation or termination of its charter from the proceeds therefrom shall inure to the benefit of any individual but shall, after all liabilities and obligations of the Corporation have been paid or satisfied or provision otherwise made therefor, be distributed (a) to another local council of the Corporation Boy Scouts of America as specified by the Boy Scouts of America to be used for charitable ............... (and educational*) purposes, or (b) in the absence of such specification, to the Boy Scouts of America itself to be used for charitable ............... (and educational*) purposes, it being contemplated that in either instance such property and assets shall continue to be devoted to the furtherance of Scouting in ............... (State or States) †

*Include where permitted by State tax law.

†On occasion it is suitable, in order to strengthen the Scout movement or facilitate its administration, that a transfer or, more local councils merge or consolidate. The procedure to be followed in effecting such a merger or consolidation, which can only be carried out with the approval of the national office of the Boy Scouts of America, is governed by the approval of the applicable State law which either requires approval by the Executive Board and members of the affected Local Councils.

## ARTICLE ELEVEN. AMENDMENT

These Articles of Incorporation may be amended by the majority vote of the members having the right to vote present at a duly called meeting of the members of the Corporation at which a quorum is present and of which at least twenty days written notice has been given, the notice for which has been accompanied by the text of the proposed amendment or amendments, provided, however, that no amendment to these Articles of Incorporation shall be effective unless first presented to and approved by (a) the Executive Board of the Corporation and (b) an authorized official at the national office of the Boy Scouts of America.

## SECTION 2.

## RESPONSIBILITIES

The responsibilities of the Corporation shall be controlled and directed by the Boy Scouts of America through its By-laws and rules and regulations promulgated by it.

*Clause 1.* It shall be the duty of the Corporation to promote the program of Scouting through the organization and registration annually of units and their personnel; also to provide leadership and supervision of all program activities, within the territory covered by its charter, in such a manner as to ensure compliance with the provisions of the Bylaws of the Boy Scouts of America and the regulations thereof.

*Clause 2.* The Corporation shall guard against the use of the official uniform and insignia by persons not officially registered with the Boy Scouts of America and shall bring to the attention of the Boy Scouts of America any violation of regulations not within its power to prevent or any attempt to commercialize the Scout movement.

*Clause 3.* The Corporation shall through its Scout executive or other representatives make the benefits of the Scout program known to all agencies or institutions having contact with boys and young men may have the benefit of the Scout program.

The Corporation shall provide means for assisting sponsors in securing and training qualified persons to serve as unit leaders and assistants. The Corporation shall provide facilities and leadership in order that Boy Scouts under its jurisdiction may have the opportunity to have a year-round outdoor program totaling at least ten days and nights of hike, overnight camp, camporee, and summer camp experiences, with adequate facilities and supervision.

*Clause 4.* The Corporation shall endeavor to provide facilities and leadership in order that Explorers under its jurisdiction may have the opportunity to participate in at least five days and five nights of trips and Explorer activities away from home each year.

*Clause 5.* The Corporation shall provide procedures for ad-

vancement in order that Cub Scouts, Boy Scouts, and Explorers may meet the various requirements of rank as authorized by the Boy Scouts of America, under such conditions as will reduce to a minimum the necessity of traveling a great distance from home or of interfering with schoolwork or home duties.

*Clause 6.* The Corporation shall recommend to the Boy Scouts of America stores located within its territory which the Boy Scouts of America may appoint as authorized distributors of official uniforms, literature, and equipment in such territory. A sufficient number of stores of the type prescribed by the Boy Scouts of America shall be so proposed so that Scouts and Scouters in such territory may be served conveniently.

# ARTICLE III. MEMBERS OF THE LOCAL COUNCIL

## NUMBER, CLASSES, AND QUALIFICATIONS

## SECTION 1.

The corporate membership of the Corporation shall be composed of active members and may also include associate members and honorary members; the corporate membership shall be known and designated collectively as the Local Council of the Corporation. All active, associate and honorary members must meet the membership qualifications established by Article Six of the Corporation's Articles of Incorporation. The Corporation also may enroll sustaining members pursuant to Clause 3 of this Section. Sustaining members shall not be part of the corporate membership of the Corporation unless elected as associate members pursuant to Clause 2.

## Active Members

*Clause 1.* The active membership of the Local Council shall consist of institutional representatives and members at large. Institutional representatives shall represent institutions or

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435141

SA 0248

## BYLAWS—ARTICLE III, SECTION 1

groups of citizens sponsoring units. Each institution or group of citizens to which a charter is granted by the Boy Scouts of America to sponsor one or more recognized Scout units shall elect or appoint a representative, who shall be other than the unit leader or assistant unit leader, as a member of the Local Council.

Members at large of the Local Council shall include men chosen from the various business, civic, educational, labor, professional, social, and religious interests of the community in the Corporation's territory.

The Local Council shall have not fewer than .......... active members. At all times institutional representatives shall constitute a majority of the active membership of the Local Council.

### Associate Members

Clause 2. The active members of the Local Council may elect as associate members of the Local Council men desiring to maintain an active Scouter membership without assignment to active service. Associate members shall have no vote but may wear the uniform and insignia of laymen without office.

### Sustaining Members

Clause 3. The Corporation may enroll as sustaining members persons desiring to be identified with the Corporation through their financial support and influence in expansion of the Corporation's program. Sustaining members who satisfy the eligibility requirements may be elected as associate members pursuant to Clause 2 of this Section. Sustaining members shall have no vote.

### Honorary Members

Clause 4. The active members of the Local Council may elect as honorary members of the Local Council persons whose election may further the Scout program. Honorary members shall have no vote.

## ARTICLE III, SECTION 2—BYLAWS

## ELECTION AND TERM; VACANCIES

Section 2.

### Active Members

Clause 1. Each institutional representative shall become an active member of the Local Council upon his election or appointment by the sponsoring organization or group and upon his being registered by the Boy Scouts of America as an institutional representative; he shall continue to be an active member for such period as such organization or group shall desire but in any event only during such time as such organization or group shall continue to hold a charter from the Boy Scouts of America to sponsor a unit.

Each member at large shall be elected at the annual meeting of the Local Council by the active members then in office, shall take office immediately following such meeting and shall hold office until the conclusion of the next succeeding annual meeting of the Local Council.

### Associate and Honorary Members

Clause 2. Associate members and honorary members of the Local Council shall be elected at the annual meeting of the Local Council by the active members then in office, shall take office immediately following such meeting and shall hold office until the conclusion of the next succeeding annual meeting of the Local Council.

### Vacancies in Active Membership

Clause 3. A vacancy in the active membership of the Local Council caused by the death, resignation, removal, or failure to qualify of an institutional representative shall be filled by the chartered institution or group of citizens which initially elected or appointed the institutional representative. A vacancy in the active membership of the Local Council caused by the death, resignation, removal, or failure to qualify of a member at large may be filled by the Executive Board of the

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435142

10                BYLAWS—ARTICLE III, SECTION 2

Corporation and the member at large so elected shall hold office until the conclusion of the next succeeding annual meeting of the Local Council.

## MEETINGS; QUORUM; VOTING

Section 3.

### Annual Meeting

Clause 1. The annual meeting of the Local Council of the Corporation shall be held at such place within the Corporation's territory and at such time as the Executive Board of the Corporation may determine. The annual meeting of the Local Council shall be for the purpose of (a) receiving annual reports of the Executive Board, officers and various committees, (b) electing members at large, associate and honorary members of the Local Council, National Council members, Corporation other than the Scout executive, (c) receiving and approving financial statements showing the financial position of the Corporation as of the close of its most recent complete fiscal year and the results of operations during such year, and (d) transacting such other business as may come before the meeting.

### Other Regular Meetings

Clause 2. In addition to the annual meeting, the Local Council may have such other regular meetings as may be established by resolution of the Executive Board of the Corporation. Each regular meeting shall be held at such place within the Corporation's territory as the President or the Executive Board may specify.

### Special Meetings

Clause 3. Special meetings of the Local Council may be called by the President or the Executive Board at any time and shall be called within sixty days upon the request in writing of at least one-fifth of the active members of the Local Council (such request specifying the object of the spe-

ARTICLE III, SECTION 3—BYLAWS                11

cial meeting). Special meetings shall be held at such place within the Corporation's territory as the President or Executive Board may specify except that a special meeting called to consider a proposal to merge or consolidate with one or more corporations which are chartered Local Councils of the Boy Scouts of America may, to the extent permitted by law, be held in the territory of one of such other corporations if the President or the Executive Board shall so specify.

### Notice

Clause 4. A written notice of any meeting of the Local Council, regular or special, shall be mailed to each member of the Local Council who is entitled to attend the meeting at least twenty days in advance thereof and shall indicate the time and place of and the business to be transacted at the meeting.

### Quorum

Clause 5. One-fifth of the active members of the Local Council then in office shall constitute a quorum for all purposes.

### Attendance at Meetings; Voting

Clause 6. All active, honorary, and associate members of the Local Council shall be entitled to attend any meeting of the Local Council. The Local Council may invite other persons to attend Local Council meetings but such persons shall have no vote. Each active member of the Local Council present at a Local Council meeting shall be entitled to one vote and voting by proxy shall not be permitted. Except in the case of elections where voting shall be by ballot, voting at a meeting of the Local Council may be by ballot, voice or show of hands as the chairman of the meeting may rule unless otherwise determined by law, the members entitled to vote. Unless otherwise required by law, the Articles of Incorporation or these Bylaws, any question (other than elections) presented to a meeting of the Local Council at which a quorum is present shall be determined by a majority of those actually voting; elections shall be determined by plurality of those actually voting.

BSA-PLAN_00435144

12    BYLAWS—ARTICLE III, SECTION 4

## NOMINATING COMMITTEE OF THE LOCAL COUNCIL

SECTION 4.

At least ninety days prior to the annual meeting of the Local Council, the President shall appoint, with the approval of the Executive Board, not fewer than three active members of the Local Council to serve as a nominating committee. At the annual meeting of the Local Council the nominating committee shall nominate persons to be elected as members at large of the Local Council, associate and honorary members of the Local Council, regular members of the Executive Board, National Council members, and officers of the Corporation other than the Scout executive. The notice of the annual meeting mailed to members of the Local Council shall announce the membership of the nominating committee so that active members of the Local Council may make recommendations of possible nominees to the committee for its consideration. All recommendations to the committee shall be made in writing at least fifteen days prior to the meeting.

## COMMITTEE ON PROGRAM AND RESOLUTIONS

SECTION 5.

At least sixty days prior to each regular meeting of the Local Council, including the annual meeting, the President may appoint, with the approval of the Executive Board, not fewer than three nor more than five active members of the Local Council to serve as a committee on program and resolutions for the next regular Local Council meeting. The notice of such meeting shall announce the membership of this committee and shall invite suggestions from each active member of the Local Council for the arrangement of the program and resolutions to be considered at the meeting. All suggestions to the committee shall be in writing. The committee shall consider and present to the meeting of the Local Council or to the appropriate committee of the Executive Board with recommendations, all suggestions made to it at least five days prior to the meeting or which it itself proposes for consideration and action. If a committee on program and resolutions is appointed, no resolution shall be considered at any regular meeting of the Local

ARTICLE IV, SECTION 3—BYLAWS    13

Council unless it has first been presented to or proposed by the committee in accordance with this Section.

## ARTICLE IV. THE EXECUTIVE BOARD

### POWERS AND FUNCTIONS

SECTION 1.

The Executive Board shall be the governing body of the Corporation and shall manage its affairs. The Executive Board shall be the local reviewing authority with respect to matters within the Scout movement which arise in the territory of the Corporation.

### MEMBERSHIP

SECTION 2.

The Executive Board of the Corporation shall consist of (a) regular members not fewer than .......... nor more than .......... members elected by the Local Council from among its active members,* (b) the officers of the Corporation other than the Scout executive, (c) the chairmen of the operating and planning committees of the Executive Board, and (d) upon their being approved by the Executive Board, the chairmen of the several district committees.

*Where practicable, it is suggested that the Executive Board have no more than fifty regular members.

### ELECTION AND TERM; VACANCIES

SECTION 3.

Regular members of the Executive Board shall be elected at the annual meeting of the Local Council, shall take office immediately following such meeting, and shall continue in office until the conclusion of the next succeeding annual meeting of the Local Council and until their respective successors are elected and qualify. Chairmen of operating and planning committees take office as members of the Executive Board upon their being appointed by the President and approved by the

Subject to Protective Order – Highly Confidential

SA 0251

Executive Board. District chairmen take office as members of the Executive Board upon their being approved by the Executive Board.

Upon the death, resignation, removal, or failure to qualify as a member of the Executive Board of any regular member or officer, the Executive Board may elect an eligible person to fill the vacancy so created for the unexpired period of the term of office.

## MEETINGS: QUORUM: VOTING

SECTION 4.

The Executive Board shall meet at such time and place as the Executive Board may direct and in any event at least ............. times annually including an organizational meeting as soon as practicable following the annual meeting of the Local Council. It shall be the general practice of the Executive Board to meet monthly. Special meetings of the Executive Board may be called by the Executive Committee of the Executive Board or by the President and shall be called within thirty days upon the written request of at least one-fifth of the members of the Executive Board (which request shall specify the purpose of such special meeting). A notice of each meeting of the Executive Board shall be mailed to each member at least five days in advance of the meeting.

One-third of the members of the Executive Board shall constitute a quorum for all purposes.

Unless otherwise required by law, the Articles of Incorporation or these Bylaws, all questions (except elections and appointments) presented to a meeting of the Executive Board at which a quorum is present shall be decided by a majority of those actually voting; elections or appointments shall be decided by a plurality of those actually voting.

Any regular member of the Executive Board who fails to attend two meetings of the Executive Board in any one year shall not be eligible for reelection as a regular member of the Executive Board for the ensuing term, provided, however, that the Executive Board may excuse absences and any absence so excused shall be counted as a meeting attended.

## ADVISORY COUNCIL

SECTION 5.

No member of the Executive Board, other than a person who is a member of the Executive Board on January 1, ......*, shall continue to serve as such after the annual meeting of the Local Council next occurring after he has attained the age of seventy years. There shall be an Advisory Council to the Executive Board composed of (a) all officers or regular members of the Executive Board who, having served upon the Executive Board not less than five years, attain or have attained the age of seventy years, (b) other officers or regular members of the Executive Board who retire after having served upon the Executive Board for at least five years, are willing to continue their relationship with the Corporation in an advisory or consulting capacity to the Executive Board and are elected to membership on the Advisory Council by a two-thirds vote of the members of the Executive Board present at any meeting, and (c) such other men who, being unable to devote time to Scouting on a regular basis, wish to serve Scouting upon special assignment and are elected to membership on the Advisory Council by a two-thirds vote of the members of the Executive Board at any meeting. Members of the Advisory Council shall be entitled to receive notice of and to attend all meetings of the Executive Board but shall have no vote.

*Insert the year following the year in which these Bylaws are adopted.

# ARTICLE V. COMMITTEES OF THE EXECUTIVE BOARD

## COMMITTEES: APPOINTMENT

SECTION 1.

There shall be an Executive Committee consisting of the persons and having the powers specified in Section 2 of this Article.

In addition, subject to the provisions of Sections 3 and 4 of this Article, the Executive Board shall have such operating committees and planning committees, each of which shall have such powers and responsibilities, as may be fixed by resolution of the Executive Board in accordance with guide-

BSA-PLAN_00435145

lines and procedures from time to time recommended by the Boy Scouts of America. The operating and planning committees of the Executive Board shall be appointed from members of the Local Council or from women satisfying the qualifications set forth below, annually by the President with the advice and approval of the Executive Board, at the regular meeting of the Executive Board next following the annual meeting of the Local Council. In addition to such appointees, operating committees shall have as members chairmen of the corresponding district operating committees. In the event a male, other than the chairman of a district operating committee, who is not a member of the Local Council is appointed to such a committee, he shall be elected as a member at large of the Local Council. Women 21 years or over who (a) are citizens of the United States or who have legally declared their intention to become citizens of the United States, (b) have subscribed to the Scout Oath and Law and Bylaws of the Boy Scouts of America, (c) have been registered by the Boy Scouts of America in accordance with its Bylaws, and (d) otherwise meet all qualifications for membership from time to time established by the Boy Scouts of America may be appointed to serve on operating and planning committees of the Executive Board. As provided in Section 2 of Article IV of these Bylaws, the chairmen of the operating and planning committees shall, by reason of their positions as such, be members of the Executive Board. All actions of the operating and planning committees shall be subject to the approval of the Executive Board.

### SECTION 2.    EXECUTIVE COMMITTEE

The Executive Committee shall be composed of those persons who are the officers of the Corporation including the Scout executive (who shall have no vote) and such other members of the Executive Board, as may be elected by the Executive Board.

The Executive Committee of the Executive Board shall have and may exercise all the necessary powers of the Executive Board in the management of the Corporation during the intervals between the meetings of the Executive Board, but in no event shall the Executive Committee act contrary to action theretofore taken by the Executive Board. Minutes

shall be kept of all Executive Committee action and reported to the ensuing meeting of the Executive Board.

Meetings of the Executive Committee may be called at any time by the President and shall be called by the President within thirty days upon the request of three or more members of the Executive Committee. It shall be the general practice of the Executive Committee to meet in those months in which the Executive Board does not meet. All meetings of the Executive Committee shall be held on at least three-days written notice or one-day notice by cablegram, telegram, or radiogram. A majority of the voting members of the Executive Committee shall constitute a quorum.

### OPERATING COMMITTEES†

### SECTION 3.

The operating committees of the Executive Board shall be responsible for the development and effectiveness of programs and policies of the Corporation in accordance with standards and requirements as established by the Boy Scouts of America. Normally the Corporation shall have as operating committees of the Executive Board a committee on organization and extension, a committee on leadership training, a committee on advancement, a committee or committees on camping and activities, a committee on health and safety, a committee on finance, and a committee on Exploring. However, the Executive Board may by resolution, combine two or more of the foregoing operating committees or divide the functions of any of such committees among two or more such committees as may be authorized by the Boy Scouts of America in handbooks or other announcements.

The operating committees of the Executive Board shall be so organized as to provide for the coordination of their work throughout the entire territory of the Corporation. Each district of the Corporation may have operating committees of like name and function as authorized by the Executive Board. Each Executive Board operating committee shall include in its membership the chairmen of the corresponding district operating committees as provided for in Article V, Section 1 of this section.

†Executive Board Resolution 1 (page 37) is needed to implement this section.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435146

these Bylaws. The Executive Board's operating committees shall be concerned with the development of policy, program, and procedures as approved by the Executive Board in the interest of the uniform development and extension of Scouting throughout the territory of the Corporation. The Executive Board's operating committees shall, through the representative members of operating committees for each district where they exist, make certain that the district operating committees of like name and function operate in making effective the policies, programs, and procedures as adopted.

The operating committees shall function throughout the year, meeting as often as may be necessary in the judgment of the committee chairman, President, or Scout executive.

## PLANNING COMMITTEES†

SECTION 4.

The planning committees of the Executive Board shall serve in a cooperative and advisory capacity to the Executive Board, its operating committees and officers of the Corporation, in their respective fields of activity. Planning committees shall be guided by the program material made available by the national office of the Boy Scouts of America and shall make recommendations in light of their experience and knowledge of local conditions.

The planning committees shall not be duplicated in the districts and shall meet only as often as there is a specific task to be performed.

# ARTICLE VI. OFFICERS AND NATIONAL COUNCIL MEMBERS

## OFFICERS: ELECTIONS AND APPOINTMENT

SECTION 1.

The officers of the Corporation shall be a President, ........... Vice-Presidents, a Treasurer, a Council Commissioner, and a

†Executive Board Resolution 1 (page 37) is needed to implement this section.

---

Scout executive who shall also fill the office of Secretary. The officers, with the exception of the Scout executive, shall be elected from the active membership of the Local Council at the annual meeting of the Local Council, shall take office immediately following such meeting and shall hold office until the conclusion of the next succeeding annual meeting of the Local Council and until their successors are elected and qualify. Vacancies in these offices occurring between annual meetings of the Local Council may be filled by the Executive Board. The Scout executive shall be appointed by and shall serve during the pleasure of the Executive Board.

The Local Council may, upon the nomination of the Executive Board, create such honorary offices and elect persons to fill the offices so created. Honorary officers shall have no duties or vote.

### PRESIDENT

SECTION 2.

The President shall serve as chairman of meetings of the Local Council, the Executive Board, and the Executive Committee and shall be a member ex officio of all committees of the Executive Board and shall perform such other functions as herein provided or as are assigned to him by the Executive Board.

### VICE-PRESIDENTS

SECTION 3.

The Vice-Presidents shall perform such functions as may be assigned to them by the Executive Board. In case of the President's inability or failure to make such designation, the Executive Board or Executive Committee may designate one of the Vice-Presidents to serve during the President's absence or inability to serve.

Subject to Protective Order – Highly Confidential

## TREASURER

### Section 4.

The Treasurer shall be responsible, through methods of internal control, for the recording and deposit of all receipts of the Corporation, for the proper disbursement of its cash, and accounting for overall property of the Corporation, whether real or personal, tangible or intangible, however acquired. He shall present annually to the Executive Board a statement of all income and expenses during the prior year, together with Corporation as at the end of that year, these statements first having been duly audited and certified in accordance with generally accepted auditing standards by certified public accountants or other recognized independent public accountants. A copy of such audited annual statements shall be kept available at the office of the Corporation for inspection by members of the Corporation, and a copy shall be filed with the national office of the Boy Scouts of America. He shall also present interim period reports as required by the Executive Board.

................. Assistant Treasurers may be appointed by and shall act during the pleasure of the Executive Board or Executive Committee.

The Treasurer and Assistant Treasurers shall be bonded.

## COUNCIL COMMISSIONER

### Section 5.

Working in close cooperation with the Scout executive, the Council Commissioner shall—

(a) Supervise the activities of the commissioner staff and preside at council-wide meetings of district commissioners and conduct commissioner conferences.

(b) Give leadership to the recruiting and training of an adequate commissioner staff so as to provide continuing and effective commissioner service to each unit.

(c) Maintain the standards of the Boy Scouts of America, uphold national policies, promote good uniforming and the correct wearing of insignia, and give leadership to the holding of regular roundtable programs in the districts.

(d) Be concerned with the proper recognition of unit leaders and the maintenance of their morale, and periodically report unit conditions to the Executive Board.

(e) Help the district commissioners to maintain a good working relationship with related district Scout executives.

(f) Maintain procedures that will assure maximum unit charter renewal by district commissioner staffs.

The Council Commissioner shall work with the President to secure help of operating committees in meeting unit needs.

The Council Commissioner must be at least twenty-one years of age and his election is subject to approval and issuance of a commission as Council Commissioner by the Boy Scouts of America.

## SCOUT EXECUTIVE

### Section 6.

(a) The Scout executive shall be the chief executive officer of the Corporation and shall have general direction over the administrative work of the Executive Board. He shall the authority and direction of the Executive Board, the Executive serve as the Secretary of the Local Council, all other committees of Board, its Executive Committee, and district committees and shall be the Executive Board and district committees of the Executive a member ex officio of all committees of the Executive Board without vote, except where otherwise provided.

The Scout executive may designate one or more representatives to serve in his absence as secretaries of district committees and, when necessary, committees of the Executive Board.

(b) The Scout executive shall be responsible for the administration of the Scout program within the territory

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435148

of the Corporation and for making effective within such territory the policies and programs of the Corporation in accordance with the policies of the Boy Scouts of America as from time to time announced by it.

(c) He may execute, on behalf of the Corporation, all documents, deeds, or notes duly authorized to be executed and shall be the custodian of the seal of the Corporation and may affix the same duly attested to such documents, deeds, or notes as may require it. As to notes and deeds, such countersignatures shall be required as the Executive Board may direct.†

(d) He shall assist the Treasurer in maintaining the accounting records, the budget system, and shall be responsible for preparing monthly detailed statements of all financial operations including the budget report for the information of the Treasurer and the finance committee.

(e) He may with the approval of the Executive Board delegate to any staff officer or employee authority in writing to execute such leases, contracts, and other instruments as he may deem desirable. Subject to the provisions of these Bylaws and the direction of the Executive Board, he shall have the power to appoint and remove all employees of the Corporation and to direct their work.†

(f) He shall see that notices are sent to those elected as members of the Local Council and the Executive Board and as officers of the Corporation and to those appointed as members of committees; he shall cause notices to be sent out of all meetings for which provision is made hereunder and be responsible for the minutes of all meetings of the Local Council, Executive Board, and committees of which he is Secretary.

(g) He shall be responsible for the preparation and keeping of such records as will make possible the Corporation's application for renewal of its charter. He shall submit a report at each meeting of the Executive Board relative to the work of the Corporation and to the status of the Scout movement throughout the territory of the Corporation, inviting attention to matters of particular interest and in—

†Executive Board Resolution 2 (page 38) is needed to implement (c) and (e) of this section.

forming the Executive Board concerning any problems of which the Executive Board should be advised, together with his recommendations and suggestions for the good of the movement requiring action by the Executive Board.

(h) He shall prepare an annual report covering the activities and achievements of the Corporation which, with the approval of the Executive Board, he shall present to the annual meeting of the Local Council, transmit to the national office of the Boy Scouts of America, and make public to the communities within the territory of the Corporation.

(i) The Scout executive appointed by the Executive Board must be one recommended by the Boy Scouts of America and have been commissioned as Scout executive by the Boy Scouts of America.

## NATIONAL COUNCIL MEMBERS

SECTION 7.

At its annual meeting, the Local Council of the Corporation shall elect from its active membership such number of National Council members as the Corporation is entitled to under the Bylaws of the Boy Scouts of America to hold office until the conclusion of the next annual meeting of the Local Council and until their successors are elected and qualify. National Council members shall attend the annual meeting, and any special meetings, of the National Council of the Boy Scouts of America and shall participate in its proceedings and perform such other duties as may be assigned to them by the Executive Board or the National Council of the Boy Scouts of America. As liaison officers between this Corporation and the National Council they shall—

(a) present the point of view of the Corporation to the National Council in respect to matters of national policy and procedure, and

(b) interpret to the Corporation decisions and policies of the National Council and assist the Corporation in its

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435149

SA 0256

ARTICLE VII, SECTION 3—BYLAWS

## ASSISTANT COUNCIL COMMISSIONERS

SECTION 2.

Assistant council commissioners shall assist the Council Commissioner in the performance of his duties in such manner as he may direct.

## DISTRICT COMMISSIONERS AND ASSISTANT DISTRICT COMMISSIONERS

SECTION 3.

District commissioners serve as members of their respective district committees and have an advisory relationship to the operating committees of their districts.

District commissioners shall serve as volunteers working in close cooperation with the Council Commissioner, the Scout executive, and his staff. The district commissioner shall—

(a) Recruit and train an adequate staff of assistant district, roundtable, and neighborhood commissioners.

(b) Coordinate and supervise the work of the assistant district, roundtable, and neighborhood commissioners of the district.

(c) Give general supervision to the planning and conducting of monthly Cub Scout and Boy Scout leader roundtables in the district.

(d) Conduct monthly meetings of the commissioner staff of the district.

(e) Supervise annual charter renewal procedures.

Assistant district commissioners shall assist the district commissioner in the performance of his duties.

---

BYLAWS—ARTICLE VI, SECTION 7

responsibility to make effective and bring about an understanding among local Scouters of such decisions and policies of the National Council.

National Council members shall serve as members of the regional committee and shall attend all regional committee meetings and participate in the proceedings thereof. It is strongly recommended that the President and Council Commissioner be elected as National Council members.

## ARTICLE VII. COMMISSIONER STAFF AND PROFESSIONAL STAFF

## COMMISSIONER STAFF

SECTION 1.

The commissioner staff may be composed of the Council Commissioner, one or more assistant council commissioners, district commissioners, assistant district commissioners, roundtable commissioners, and neighborhood commissioners. Each such Scouter shall be a man twenty-one years of age and over to whom the Boy Scouts of America has issued a commission for his respective volunteer post.

Assistant council commissioners shall be appointed by the Executive Board after considering the recommendation of the Council Commissioner. District commissioners shall be appointed by the Executive Board after considering the recommendation of the district committee and the Scout executive. Assistant district commissioners, neighborhood commissioners, and roundtable commissioners shall be appointed by the Executive Board after considering the recommendation of the district commissioner, the district committee, and the Scout executive. All the staff positions provided for in this Section except the Council Commissioner shall be appointed annually as hereafter provided subject in each case to the approval of and issuance of commissions by the Boy Scouts of America.



Subject to Protective Order – Highly Confidential

BSA-PLAN_00435150

BYLAWS—ARTICLE VII, SECTION 4

## ROUNDTABLE COMMISSIONER

SECTION 4.

Roundtable commissioners serve under the direction of the district commissioners and are responsible for the program roundtables in the district.

## NEIGHBORHOOD COMMISSIONER

SECTION 5.

Neighborhood commissioners shall serve under the supervision and direction of the district commissioner or assigned assistant district commissioner. Neighborhood commissioners shall work with units through their respective leaders to assist in making effective their operation in accordance with established program and policy. The neighborhood commissioner shall —

(a) Be responsible for giving guidance, encouragement, and cooperative leadership to his assigned units and their chartered institutions; when practicable, he should not serve more than three units.

(b) Encourage adequate programs in the units to which he is related and assist them to maintain a high standard of accomplishment, through the use of all available resources.

(c) Keep unit leaders informed about activities of the Corporation and its districts and training opportunities, and assist them in using such helps to enrich unit program.

(d) Be responsible for annual unit charter renewal.

## PROFESSIONAL STAFF

SECTION 6.

The Corporation may employ men in professional positions who have been recommended by and commissioned as such by the Boy Scouts of America. Such members of the profes-

ARTICLE VIII, SECTION 2—BYLAWS

sional staff shall be appointed to office by the Executive Board upon the recommendation of the Scout executive and shall serve, under the direction and supervision of the Scout executive, at the pleasure of the Executive Board and the Scout executive.

Duties of members of the professional staff shall be as defined by the Scout executive with the approval of the Executive Board. They may be designated so as to indicate their respective functions, but all professional titles shall first be approved by the Boy Scouts of America.

# ARTICLE VIII. DISTRICT ORGANIZATION

## DISTRICTS

SECTION 1.

For the purpose of area service and administration, the Corporation's territory shall be divided geographically into such districts as the Executive Board may from time to time determine, subject to applicable rules and regulations of the Boy Scouts of America.

## DISTRICT COMMITTEE

SECTION 2.

The Corporation shall supervise Scouting in each district through a district committee consisting of all active members of the Local Council residing within the district and such additional members at large as the district committee may elect. The district committee and the committees of the district trict have no legislative authority, the purpose of the district committee being to make effective within the district policies and programs adopted by the Corporation.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435151

BYLAWS—ARTICLE VIII, SECTION 3

## DISTRICT COMMITTEE OFFICERS

SECTION 3.

Each district committee shall subject to the approval of the Executive Board elect a chairman; shall elect one or more vice-chairmen; and shall, in consultation with the Scout executive, nominate a district commissioner for appointment by the Executive Board. The district chairman shall be nominated for election to the Executive Board in accordance with Article IV, Section 2 of these Bylaws. Assistant district commissioners, neighborhood commissioners, and roundtable commissioners may be appointed as needed in accordance with Article VII, Section 1 of these Bylaws. District chairmen and vice-chairmen shall take office immediately following their election in accordance with this Section, and shall continue in office until the next annual meeting of the district.

## MEETINGS OF THE DISTRICT COMMITTEE

SECTION 4.

The district committee shall meet monthly at such time and place, preferably within the district, as may be fixed by the committee or its chairman. The business transacted at each monthly meeting shall be concerned with service to chartered institutions and to units within the district and shall include the receiving of reports from the chairmen of various district operating committees, the Scout executive or his designee (as secretary of the district committee) and the district commissioner, and such other business as the chairman and officers and Scout executive may indicate.

The district committee meeting immediately preceding the annual meeting of the Local Council shall be the annual meeting of the district. At least ninety days prior thereto a nominating committee shall be appointed from the membership of the district committee by the district chairman which shall make nominations for district officers and members at large for election at the annual meeting of the district. At this meeting the officers and district operating committees shall present reports of the year's activities.

ARTICLE IX, SECTION 2—BYLAWS

## DISTRICT OPERATING COMMITTEES

SECTION 5.

As provided in Article V, Section 3 of these Bylaws, each district may have operating committees of like function and name as the operating committees of the Executive Board, and each Executive Board operating committee shall include in its membership the several chairmen of the corresponding district operating committees. Each district operating committee shall be responsible for cooperating in making effective the policies and programs adopted by the Executive Board.

The chairmen of district operating committees shall be appointed by the district chairman with the approval of the district committee. The members of the district operating committees shall be appointed by the district committee, upon the recommendation of the respective committee chairman and the district chairman.

Women meeting the qualifications as set forth in Article V, Section 1 of these Bylaws may be appointed to serve on district operating committees.

# ARTICLE IX. LOCAL UNITS

## APPROVAL OF UNIT CHARTERS

SECTION 1.

The Executive Board shall review or shall authorize some committee or person to review all applications for new charters or renewal of charters by sponsors within the Corporation's territory and shall forward the recommendation with respect to each such application to the national office of the Boy Scouts of America.

## UNIT DESIGNATION

SECTION 2.

All units within the Corporation's territory shall be designated by the name of the community in which the unit is

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435152

located, by the name of the sponsor, and by a serial number assigned by the Corporation.

# ARTICLE X. FINANCES AND PROPERTY

## RAISING FUNDS

### SECTION 1.

*Clause 1.* All money raised by or received for the benefit of the Corporation or a unit under its jurisdiction and all property acquired by the Corporation or such a unit shall be deemed to be received or acquired for the benefit of Scouting as interpreted and promoted by the Boy Scouts of America, in accordance with rules and procedures from time to time adopted by the Boy Scouts of America.

*Clause 2.* Subject to general rules and regulations adopted by the Boy Scouts of America, the Corporation shall control the raising and expenditure of all funds for local Scout work within the territory of the Corporation. The necessary expenses of the Corporation shall be met by funds secured by solicitation or otherwise in accordance with general rules and regulations of the Boy Scouts of America pertaining to the raising of funds for Scouting purposes.

*Clause 3.* Neither the Corporation nor any unit under its jurisdiction shall have any authority to bind the Boy Scouts of America to any financial obligation whatever.

## CONTROL OF FUNDS AND PROPERTY

### SECTION 2.

### Budget

*Clause 1.* The Executive Board shall, preceding the commencement of each fiscal year, consider and adopt a budget

---

of estimated expenditures by the Corporation for such fiscal year. No funds shall be expended by the Corporation during a fiscal year without the authorization of the Executive Board or the Executive Committee for any item not covered by, or in excess of the amount authorized by, the budget for such year.

### General Funds

*Clause 2.* All funds of this Corporation or funds handled on behalf of this Corporation or the Boy Scouts of America, from whatever source and for whatever purpose received, shall be deposited to the credit of the Corporation in such depositories as shall be approved by the Executive Board, Executive Committee, or finance committee. The funds shall be disbursed only upon the authority of the Executive Board, Executive Committee, or finance committee or upon the order of officers of the Corporation duly authorized by the Executive Board, Executive Committee, or finance committee; in any event the signatures of at least two authorized persons shall be required for the disbursal of funds.

All receipts from registration fees, *Boys' Life* subscriptions, and any other funds of the Boy Scouts of America which are received by this Corporation for transmission to the Boy Scouts of America shall be carefully segregated, through bookkeeping and accounting procedures, as established by the Boy Scouts of America.

All persons having access to any funds (general or special) of the Corporation shall be bonded.

### Special Funds

*Clause 3.* The Corporation may create special funds for specific purposes to be used in the interest of the Boy Scouts of America by the Corporation or a unit under its jurisdiction. Such special funds may be established by recordation in proper account on the books of the Executive Board or the term if required by direction of the Executive Board or the term of a gift or bequest, be vested in a bank or trust company in trust for the use of the Corporation or the unit, with the provision in the statement of the conditions governing the administering of the trust that in the event of the dissolution

Subject to Protective Order – Highly Confidential

## BYLAWS—ARTICLE X, SECTION 2

32

of the unit or Corporation or revocation, termination, or lapse of its charter said trustee will, after satisfying any claims against such fund, turn over to the Boy Scouts of America the balance for use by the Boy Scouts of America for the benefit of Scouting in such locality and for the specific purposes for which the fund was granted. If, after a reasonable period, there is no suitable opportunity for the use of said fund in such locality, it may be used elsewhere.

### Real Estate

Clause 4. The Corporation may hold title to real property in its own name as long as its Articles of Incorporation expressly provide for the conveyance of such property or the net proceeds from the sale thereof to the Boy Scouts of America in the event of the dissolution of the Corporation or the revocation or termination of its charter. Title to real property acquired for the Corporation may also be vested in a bank or trust company in trust for the use of the Corporation, where appropriate in accordance with the wishes of the donor, with a provision in the trust deed that in the event of the dissolution of the Corporation or the revocation or termination of its charter, the trustee, after satisfying any claims against the Corporation to which such property may be subject, will convey said property or pay the net proceeds from a sale of the property to the Boy Scouts of America, which shall hold or use said property or funds for the benefit of Scouting in the locality in which the Corporation is located or elsewhere if after a reasonable period there is not suitable opportunity to use said property or funds in said locality.

Title to all real estate acquired for a unit under the jurisdiction of the Corporation shall be vested in (a) the name of the Corporation (if the Corporation agrees to hold title to the property), (b) the sponsor of such unit (if the sponsor is a chartered institution), or (c) a bank or trust company, in each case in trust for the use of the unit, where appropriate in accordance with the wishes of the donor, with a provision in the trust deed that in the event of the dissolution of the unit or the revocation, termination, or lapse of its charter, the trustee will, after satisfying any claim against such unit to which such real estate may be subject, hold the property

## ARTICLE X, SECTION 3—BYLAWS

33

upon the instructions of the Corporation or, if so instructed, convey said property or pay the net proceeds from a sale of the property to the Corporation, which shall hold or use said property or funds for the benefit of Scouting in the locality in which the unit is located or elsewhere if, after a reasonable period, there is not a suitable opportunity to use said property or funds in such locality.

### Securities

Clause 5. The securities of the Corporation shall be deposited in any such deposit vault or vaults or with such bank or banks, trust company or trust companies, or such other depositories as may from time to time be designated by the Executive Board, Executive Committee, or finance committee. Access to the securities may be had as provided by resolutions of the Executive Board, Executive Committee, or finance committee and not otherwise.

### Audit

Clause 6. A statement of all income and expenses of the Corporation during the fiscal year and a statement of all assets, liabilities, and fund balances of the Corporation as at the end of such year shall be duly audited and certified annually in accordance with generally accepted auditing standards, by certified public accountants or other recognized independent public accountants approved by the Executive Board or Executive Committee.

## ADMINISTRATION OF UNIT FUNDS

### SECTION 3.

Clause 1. At the request of the unit committee of any unit under the jurisdiction of the Corporation, the Treasurer may hold for such committee funds for the unit. Such funds shall be transferred, in whole or in part, to the custody of the unit or an institutional treasurer upon duly accredited authority for such transfer.

BSA-PLAN_00435154

SA 0261

*Clause 2.* In the event of the dissolution of a unit or the revocation or lapse of its charter, the unit committee shall apply such unit funds and property to the payment of unit obligations and shall turn over the surplus, if any, to the Corporation. In the case of an institutional unit, any funds or equipment which may have been secured as property of the unit shall be held in trust by the institution or the Corporation, as may be agreed upon, pending its reorganization or the development of other plans, with the approval of the Corporation, for the use of such funds and property in connection with a program for character development, citizenship training, mental and physical fitness for the boys of that institution or, by the agreement of those involved, shall be used elsewhere for the promotion of the program of the Boy Scouts of America.

# ARTICLE XI. ADDITIONAL ADMINISTRATIVE MATTERS

## INDEMNIFICATION

SECTION 1.

Any person made a party to any action, suit, or proceeding, civil or criminal, by reason of the fact that he, his testator or intestate, is or was a member of the Executive Board or committee of the Executive Board of the Corporation, or an officer or National Council member or employee of the Corporation in which he served as such at the request of the Corporation, or a director, officer, or employee of any corporation, or a member of the commissioner staff of the Corporation, or a member of a district committee or a district officer under the jurisdiction of the Corporation, may, in the discretion of the Executive Board and upon such terms and conditions as it may choose to impose, be indemnified by the Corporation against the reasonable expenses, including attorney's fees, actually and necessarily incurred by him in connection

with defense of such action, suit or proceeding, whether or not such defense shall be successful in whole or in part, or in connection with any appeal therein or any settlement thereof, except in relation to matters as to which it shall be adjudged in such action, suit or proceeding that such person is liable for negligence or misconduct in the performance of his duties. Such indemnification, if afforded, shall not be deemed exclusive of any other rights to which such persons may be entitled apart from this Section. This Section shall not be deemed to limit any power or exclude any right of the Corporation to provide any additional or other indemnity or right for any Executive Board member, officer, employee, or other person. If this Section should be invalid or ineffective in any respect, the validity and effect of the Section in any other respect shall not be affected.

## CONTRACTS, CHECKS, DRAFTS, ETC.

SECTION 2.

Except as otherwise provided by law or in these Bylaws, such officer or officers, employee or employees, or agent or agents of the Corporation as shall be specified by the Executive Board or Executive Committee shall sign, in the name and on behalf of the Corporation, all deeds, bonds, contracts, mortgages, and other instruments or documents, the execution of which shall be authorized by the Executive Board or Executive Committee; and such authority may be general or confined to specific instances.

Except as otherwise provided by law or in these Bylaws, all checks, drafts, notes, bonds, bills of exchange, or other orders, instruments, or obligations for the payment of money shall be signed by such officer or officers, employee or employees, or agent or agents of the Corporation as shall be specified by the Executive Board or Executive Committee.

## NOTICES AND WAIVERS

SECTION 3.

Whenever any notice is required by these Bylaws or by any law to be given to any member of the Local Council, member

Subject to Protective Order – Highly Confidential

of the Executive Board, or any committee or any officer, such notice except as otherwise provided by these Bylaws or by any law may be given personally or by telegram, cable, or radiogram addressed to such person at his or its place of business, if any, or (to the extent applicable) at such address as has been given to the Corporation as the home address of the person; or the notice may be given in writing by mail, in a sealed wrapper, postage prepaid, addressed to such person at such address. Any notice given by telegram, cable, or radiogram shall be deemed to be given when it shall have been delivered for transmission and any notice given by mail shall be deemed to have been given when it shall have been deposited in a post office, in a regularly maintained letter box or with a postal carrier. A waiver of any such notice in writing, signed by the person entitled to such notice in writing, as required, shall be deemed the equivalent thereof; and the presence at any meeting of any person entitled to notice thereof shall be deemed a waiver of such notice as to such person.

## ACTION WITHOUT A MEETING

SECTION 4.

Except to the extent otherwise restricted by any applicable law, any action required or permitted to be taken at any meeting of the Executive Board or any committee thereof may be taken without a meeting if prior to such action a written consent thereto is signed by all members of the Executive Board or committee and such written consent is filed with the minutes of the proceedings of the Executive Board or committee.

## FISCAL YEAR

SECTION 5.

The fiscal year of the Corporation shall be the calendar year.

## SEAL†

SECTION 6.

The seal of the Corporation shall be in the form of a circle enclosing the universal badge with the motto Be Prepared underneath this badge and the words "................Council of Boy Scouts of America ................" around the circle and shall be used only as authorized.

†A seal may be ordered from the Supply Division, No. 5057—$17.50.
*If part of corporation name.

## AMENDMENT

SECTION 7.

These Bylaws may be amended at any meeting of the Executive Board, upon the recommendation of the Executive Committee of the Executive Board or when the proposed amendment has been sent to members of the Executive Board at least fifteen days in advance of the meeting. All amendments to these Bylaws must first be approved by the national office of the Boy Scouts of America before being submitted to the Executive Board for adoption.

## EXECUTIVE BOARD RESOLUTIONS

RESOLUTION 1.—This resolution implements Article V, Sections 3 and 4 (pages 17 and 18).

**Operating and Planning Committees of the Executive Board**

Resolved, That the following operating committees of the Executive Board shall be appointed: (list the desired committees). Their duties and responsibilities shall be set forth in the official and applicable literature of the Boy Scouts of America; and be it further

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435156

BSA-PLAN_00435157



Number, 7
Qualifications, 7
Long-range planning committee, 38

**M**
Meetings of district committee, 28
Meetings of Executive Board, 14
Meetings of Executive Committee, 16
Meetings of Local Council, 10
Members at large, 7, 8, 10, 16
Members of Corporation, 2
Members of Executive Board, 3, 13
Members of operating committees, 16, 29
Members of planning committees, 16

**N**
Name of Corporation, 1, 5
National Council members, 10, 23, 24
Neighborhood commissioner, 26
Nominating committee, 12
Nonprofit organization, 1, 2
Notice of meetings, 11, 12
Notices, 35

**O**
Officers of Corporation, 18
Operating committees, 17
Membership, 16, 29
Powers and responsibilities, 16, 37
Organization and extension committee, 17, 38
Outdoor program, 6

**P**
Planning committees, 18
Membership, 16
Powers and responsibilities, 16, 37
Policies, 1
Powers and functions of Executive Board, 13
Powers and functions of Executive Committee, 16
Powers of Corporation, 2
President, Council, 19
Principles, 1
Professional staff, 26, 38
Program promotion, 6
Properties committee, 38
Property, 30
Protection of uniform and insignia, 6
Public relations committee, 38
Purpose of Corporation, 1, 5

**Q**
Quorum
Executive Board, 14

**R**
Raising funds, 30
Real estate, 32
Recognition of unit leaders, 21
Registration fees, 31
Relationships committee, 38
Responsibilities, 6
Roundtable commissioner, 26
Roundtables, 25

**S**
Scout distributors, 7
Scout executive, 19, 21, 38
Seal, 37
Custodian of, 22
Secretary, 19, 21
Securities, 33
Special fund, 31
Special meetings of Local Council, 10
Sponsor assistance, 6
Sustaining members, 8

**T**
Terms of offices, 19
Treasurer and assistants, 20

**U**
Uniforms, 6
Units
Charters, 29
Designation, 29
Funds, 33
Leaders, 6

**V**
Vacancies
Active membership, 9
Executive Board, 13
Officers, 19
Vice-Presidents, 19
Voting
Executive Board, 14
Local Council, 11

**W**
Waivers, 35
Women
Appointment, 16, 29
Qualifications, 16

Local Council, 11

SA 0264



Subject to Protective Order – Highly Confidential          BSA-PLAN_00435158

**SA 0265**



HUDSON COUNCIL # 342
JERSEY CITY NJ

# STANDARD
# LOCAL COUNCIL
# CONSTITUTION
# AND BYLAWS

AS REVISED MARCH, 1963

NATIONAL COUNCIL

# BOY SCOUTS OF AMERICA
NEW BRUNSWICK          NEW JERSEY

Subject to Protective Order – Highly Confidential

STANDARD

LOCAL COUNCIL

CONSTITUTION

AND BYLAWS

1963 Printing

*Copyright 1942*

BOY SCOUTS OF AMERICA

No. 3736

1.5M/63

Printed in U.S.A.

70¢

Revised August 27, 1965.

BSA-PLAN_00435092

Subject to Protective Order – Highly Confidential

SA 0267

# Local Council Constitution

### Article I. Name

The name of this organization is the......*Hudson*......Council of the Boy Scouts of America.

### Article II. Purpose

SECTION 1. The purpose of this organization is to promote, supervise, and administer the educational and recreational program of the Boy Scouts of America for character development, citizenship training, and physical fitness within the territory covered by the charter granted by the National Council of the Boy Scouts of America, and in accordance with the Federal charter of the Boy Scouts of America, the Constitution and Bylaws of the National Council and the policies and regulations thereof, as set forth in its official publications.

SECTION 2. And, further, to share with the National Council responsibility for providing adequate leadership, maintaining standards of the Boy Scout movement, protecting its badges and official insignia against use by those not duly registered as members of the Boy Scouts of America, and for making the benefits of the movement available to all boys of the territory served by this council.

### Article III. Principles and Policies

This council shall at all times maintain the principles and policies of the Boy Scouts of America, as set forth in detail in Article IV of the Constitution of the National Council of the Boy Scouts of America, specifically restricting the leadership to those persons willing to subscribe to the declaration of principle therein set forth and to the Scout Oath and Law and otherwise qualified to receive certificates of leadership.

3

## CONTENTS

CONSTITUTION . . . . . . . . . . . . 3
  I. NAME . . . . . . . . . . . . 3
  II. PURPOSE . . . . . . . . . . . . 3
  III. PRINCIPLES AND POLICIES . . . . . . 3
  IV. MEMBERSHIP . . . . . . . . . . . . 4
  V. OFFICERS . . . . . . . . . . . . 4
  VI. MEETINGS . . . . . . . . . . . . 5
  VII. EXECUTIVE BOARD AND COMMITTEES . . . 5
  VIII. FINANCE AND PROPERTY . . . . . . 7
  IX. AMENDMENTS . . . . . . . . . . . . 7

BYLAWS . . . . . . . . . . . . 8
  I. MEMBERSHIP . . . . . . . . . . . . 8
  II. OFFICERS . . . . . . . . . . . . 8
  III. DUTIES OF OFFICERS . . . . . . . . 9
  IV. NOMINATIONS, ELECTIONS, AND APPOINTMENTS . . . 14
  V. MEETINGS . . . . . . . . . . . . 15
  VI. DISTRICT ORGANIZATION . . . . . . 17
  VII. EXECUTIVE BOARD . . . . . . . . 18
  VIII. COUNCIL COMMITTEES . . . . . . 19
  IX. AMENDMENTS . . . . . . . . . . . . 31
APPENDIX . . . . . . . . . . . . 32
INDEX . . . . . . . . . . . . 37

BSA-PLAN_00435093

Subject to Protective Order – Highly Confidential

SA 0268

## Article IV. Membership

SECTION 1. Membership in this council shall be limited to men twenty-one years of age or over, who are citizens of the United States or have legally declared their intention to become citizens of the United States, and who subscribe to the Scout Oath and Law and Constitution and Bylaws of the Boy Scouts of America, and qualify in accordance with the provisions of Article IV of the Constitution of the National Council of the Boy Scouts of America.

SECTION 2. Each institution or group of citizens to which a charter is granted by the National Council to conduct one or more recognized Scouting units (troop, pack, Explorer unit, etc.) shall be entitled to elect a representative (not the unit leader or assistant unit leader) as a member of the local council. Additional members shall be elected representing the religious, civic, educational, business, and labor interests of the council territory, provided, however, that when the number of representatives of institutions or groups of citizens under the jurisdiction of this council shall be twenty-five or more, the members elected at large shall constitute a minority of the total membership of the council.

SECTION 3. This council may elect as associate members without vote men who desire to maintain an official Scouter membership in the Boy Scouts of America, without assignments to active service, provided that they qualify by the same procedure and under the same conditions as active Scouters.

SECTION 4. Vacancies in the council shall be filled by the body responsible for the original election, except that where vacancies in office or membership subject to election by the council as a body may occur ad interim, the executive board of the council may elect to fill such vacancies for the period of the unexpired term.

## Article V. Officers

SECTION 1. The officers of this council shall be a president, one or more vice presidents, a treasurer, a Scout commissioner, a secretary, and such other officers as may be necessary and are provided for in the Constitution and Bylaws of the National Council. There shall be a Scout executive who, as executive officer of the organization, shall work under the direc-

tion of the executive board and have general direction of the council program. He shall serve as secretary of the local council, its executive board, and the various committees thereof, but without vote therein. All officers, with the exception of the Scout executive and district, field, and neighborhood commissioners, shall be elected from the membership of the council, and all shall be elected in such manner and shall perform such duties as are prescribed in the bylaws.

SECTION 2. This council shall elect annually such representatives to the National Council as it may be entitled to, in accordance with provision of the Bylaws of the National Council.

SECTION 3. Honorary officers and/or honorary members may be elected at the discretion of the council, and shall serve without vote.

SECTION 4. Any vacancies among the officers of the council shall be filled by appointment by the executive board for the remainder of the term.

## Article VI. Meetings

SECTION 1. This council shall hold an annual meeting between January* 1 and January 31, for the purpose of receiving reports, conducting elections, passing upon the application for renewal of charter, and transacting such other business as may properly come before such meeting. It may hold other meetings, as may be provided for in the bylaws. On written request of one-fifth of the membership of the council, the president shall cause a meeting of the council to be held within thirty days after the presentation of such request.

SECTION 2. Formal notices of all meetings shall be sent so as to be received at least one week in advance of the meeting. One-fifth of the duly registered membership shall constitute a quorum. Voting by proxy shall not be permitted.

## Article VII. Executive Board and Committees

SECTION 1. There shall be an executive board of the council which shall include representation of the group of members of the council representing chartered institutions and of the various interests of the council territory, and shall include the

*Some councils may find some month other than January more suitable for their annual meetings.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435094

SA 0269

elected officers of the council, the chairmen of all council operating and planning* committees, and district committee representatives, as provided for in the bylaws. The executive board shall exercise the powers of the council between meetings of the council, except amending the constitution, and shall be responsible for coordinating the work of the districts and the various phases of the council program.

~~NOTE—In councils where conditions make necessary a large executive board (thirty or more members), it may be desirable to provide also an executive committee of the executive board. Such an executive committee should probably consist of the officers and district chairmen. In this event the executive board and the executive committee would meet every other month in alternate months. For functions of executive committee see suggested bylaw in Appendix.~~

SECTION 2. There shall be a subcommittee of the executive board consisting of at least three members with which the Scout executive may consult on matters involving the exercise of discretion or the interpretation of policies. This committee shall, during the intervals between meetings of the executive board, have power to act on behalf of the executive board and the council, subject to the approval of the executive board at its next regular meeting.

SECTION 3. There shall be operating and such planning committees as are provided for in the bylaws.

a) The operating committees shall be responsible for the development and effectiveness of local council programs and policies in accordance with National Council standards and requirements as related to their specific functions, as prescribed in the bylaws. They shall include committee on organization and extension; committee on leadership training; committee on camping and activities; committee on advancement; committee on health and safety; committee on finance.

b) Planning committees shall serve in a cooperating and advisory capacity to the executive board, the operating committees, and administrative officers of the council in their respective fields of activity.

~~*While it is generally desirable that the chairmen of all committees be members of the executive board, each such chairman should nevertheless, in the light of local conditions, the extent to which this should apply to planning committees.~~

## Article VIII.  Finance and Property

SECTION 1. All funds and property of this local council and of recognized Scout units operating therein shall be obtained, held, and administered in accordance with the procedure as stated in Article XII, Section 3, of the National Council Bylaws.

SECTION 2. The necessary expenses of this council shall be met from funds secured by solicitation or otherwise, in accordance with the general rules and regulations of the National Council pertaining to the raising of funds for Scouting purposes. Subject to such general rules and regulations of the National Council, the local council shall control the raising and expenditure of all funds for local Scout work in its jurisdiction.

SECTION 3. All funds of this council or handled on behalf of this council or the National Council, from whatever source and for whatever purpose received, shall be deposited to the credit of the council. The duly elected treasurer shall be bonded, and funds shall be disbursed only upon the authority of the council or its executive board, specifically given by resolution of a duly called meeting, as is more fully set forth in the bylaws. An annual statement of the receipts, expenditures, assets, and liabilities of the council, duly audited, shall be made to the local council and a copy submitted to the National Council.

All receipts from registration fees, the sale of supplies, Boys' LIFE subscriptions, and any other funds of the National Council which are received by this council for transmission to the National Council shall be carefully segregated, either by deposit in a separate and special bank account or, when maintained in the regular council bank account, through adequate bookkeeping and accounting procedure, as may be determined by the executive board.

## Article IX.  Amendments

This constitution may be amended at a regularly called meeting of the council, provided that a copy of the proposed amendment or amendments accompanies the call for the council meeting, and provided further, that such proposed amendment or amendments, shall have had prior thereto the consideration of the executive board of the council at a duly called meeting. All proposed amendments shall be submitted to the National Council for approval before becoming effective locally.

BSA-PLAN_00435095

Subject to Protective Order – Highly Confidential

# Local Council Bylaws

## Article I. Membership

SECTION 1. Each institution, organization, or group to which a charter has been granted for the operation of one or more units of Cub Scouts, Boy Scouts, or Explorers shall elect an institutional representative who shall automatically become a member of this council in accordance with provisions of the National Council Bylaws, Article XII, Section 1, Clause 6, and who shall serve for such period as the institution or group of citizens desire, but only during such time as said institution or group of citizens may be chartered. Members at large and associate members may be elected by the council to the membership of this council provided they are qualified under the requirements of the Constitution and Bylaws of the National Council and the provisions of Article IV of the Local Council constitution.

SECTION 2. The membership of this council shall consist of not less than ....1,000.... members.

NOTE—A membership of fifty or more will probably be found necessary in order to make possible the formation and satisfactory functioning of the various committees of the council and to provide adequate representation.

## Article II. Officers

The elected officers of this council shall be a president, four vice presidents, a treasurer, and a Scout commissioner. There shall be a Scout executive who shall also fill the office of secretary. Upon recommendation of the Scout executive, the executive board may appoint and remove from office assistant Scout executives, field Scout executives, field Scout commissioners, assistant field Scout commissioners, district Scout commissioners, assistant district Scout commissioners, and neighborhood Scout commissioners as may be required.

By the decision of the revision committee of 10-18-1949 up to four vice presidents may be elected.

---

NOTE—The Scout executive, assistants and field executives, and all other professional leadership in Scouting shall be confined to those who are certified as eligible by the Personnel Division of the National Council of the Boy Scouts of America and shall be subject to commission by the National Council.

Assistant or field Scout executives shall serve under the direction of the Scout executive. They may be designated so as to indicate their special function, such as "camp director," "activities director," or "educational director," etc.

## Article III. Duties of Officers

SECTION 1. PRESIDENT—The president shall give supervision to the council and its officers and see that its constitutional duties and obligations, national and local, are fulfilled. He shall preside at all meetings of the council and of the executive board, and shall be an ex-officio member of all committees. He shall appoint the chairmen of all council committees and the members of the subcommittee of the executive board as provided elsewhere in these bylaws.

SECTION 2. VICE PRESIDENTS—The vice presidents shall assist the president in the exercise of his duties and shall, in the priority of their election, perform the duties of the president at all times when he cannot give active service.

SECTION 3. TREASURER—The treasurer shall receive and hold in custody, subject to the order of the council or its executive board, for the disbursement thereof, all monies received by the council from whatever source and for whatever purpose. All funds in the custody of the treasurer shall be maintained in a separate account in a banking institution, and an accurate account under the necessary classifications or subdivisions shall be maintained. The disbursement of the funds of this council shall be upon written or printed order signed by a duly elected officer and countersigned by another duly elected officer, whose names shall appear in the minutes of the meeting at which they were designated, and whose signatures shall be filed with the treasurer.

The treasurer shall report the state of the treasury at all regular meetings of the council and at all other times when requested by vote, and shall make a public report, duly audited, of all money received and disbursed, also a statement of assets and

By Board action on Dec. 15, 1969 the President's term of office shall be limited to 3-1 year consecutive terms.

BSA-PLAN_00435096

Subject to Protective Order – Highly Confidential

SA 0271

10    Bylaws—Article III, Section 4

liabilities, filing a copy with the National Council at the close of each fiscal year.

At the request of the unit committee of any unit under the jurisdiction of this council, the treasurer may hold in trust for such group or committee, funds of the group, or set aside for its use or benefit. Such funds, in whole or in part, shall be transferred to the custody of a unit or institutional treasurer upon duly accredited authority for such transfer.

SECTION 4. SCOUT COMMISSIONER—Subject to and without conflict with the duties of other officials of this council and in such manner as to aid the Scout executive in the performance of his responsibilities, the executive board shall, by suitable resolution, establish the duties of the Scout commissioner.

NOTE—The duties of the Scout commissioner will largely be determined by local conditions. The following represent suggested functions from which selection may be made:

a) Serve as counselor and adviser to the Scout executive in promoting Scouting activities and in developing uniform interpretations of the policies and procedures relating thereto and of the requirements for advancement in the program of Scouting.

b) On recommendation of the Scout executive and with the approval of the executive board, supervise the work of the commissioner staff.

c) Serve as chief inspection officer in accordance with plans developed with the cooperation of the local executive board and the Scout executive, and in this office, give leadership to the promotion and maintenance of national Scouting policies and standards relating to the appearance and use of the uniform and the location of all badges and insignia.

d) Serve as the chief morale officer among the volunteer Scouters of the council, and through his personal enthusiasm foster confidence in the volunteer leadership of the council and in its executive staff and encourage unit leaders to carry on in their work.

e) Be called upon to preside over gatherings of boys and leaders of the council and to lead in the public demon-

---

Article III, Section 5—Bylaws    11

strations as the representative of the Scouting constituency of the council.

OR—

~~SECTION 4. SCOUT COMMISSIONER. The Scout commissioner of this council shall be an honorary officer of the council. (See National Council Bylaws, Article XIII, Section 4.)~~

SECTION 5. FIELD SCOUT COMMISSIONERS, DISTRICT SCOUT COMMISSIONERS, ASSISTANT DISTRICT SCOUT COMMISSIONERS, NEIGHBORHOOD SCOUT COMMISSIONERS, shall serve as volunteer field workers under the supervision and direction of the Scout executive, or someone deputized by him for that purpose. District, assistant district, and neighborhood Scout commissioners shall serve in a helpful and cooperative supervisory relationship to the Scouting units through their respective leaders, in making effective their operation in accordance with the established program and policy of this council.

Field Scout commissioners, having been selected as men qualified for definite functional responsibility, will serve as general field representatives of the council in the interest of promoting and advising relative to the technique of a specific program with which they are identified by title and function, such as Cub Scouting, Exploring, etc.

a) The district commissioner.
(1) Shall serve as a member of the district committee and shall have an advisory relationship to the operating committees of the district.
(2) Shall coordinate and supervise the work of neighborhood commissioners in his district and shall maintain a cooperative, supervisory relationship to field commissioners when working in his district.
(3) Shall preside at roundtable meetings of Scouters in the district.

b) The assistant district Scout commissioner.
Shall assist the district Scout commissioner in the performance of his duties of coordination and supervision of the work of the neighborhood commissioners in his district.

BSA-PLAN_00435097

Subject to Protective Order – Highly Confidential

SA 0272

BSA-PLAN_00435098

12        Bylaws—Article III, Section 6

*c)* The neighborhood commissioner.

   (1) Shall maintain a helpful cooperative relationship to
       the leadership of such Scout units as are operating
       under the sponsorship of each institution or group
       of citizens to which he has been assigned.

   (2) Shall be responsible for maintaining a high standard
       of performance and shall, wherever practicable, be
       related to not more than four units.

   (3) Shall encourage the maintaining of an adequate pro-
       gram in the Scout units to which he is related, in-
       cluding the training of junior leaders, the outdoor
       program, and the use of administrative devices such
       as the budget plan in the interest of unit efficiency.

SECTION 6.  SCOUT EXECUTIVE.

*Clause 1.*  The Scout executive of this council shall be,
under the direction of the executive board, the chief ex-
ecutive officer of the council and as such shall be respon-
sible for the administration of the council program and
for making effective within the territory over which the
council has jurisdiction, the policies and programs of the
council in accordance with the provisions of the Consti-
tution and Bylaws of the National Council of the Boy
Scouts of America and such rules and regulations *as* may
be adopted by the National Council from time to time

*Clause 2.*  He shall be responsible for maintaining stand-
ards, guarding the issuance of commissions to un-
qualified men, and safeguarding the sale and use of offi-
cial badges and uniforms in accordance with established
regulations.

*Clause 3.*  As secretary of the council, he shall be respon-
sible for the minutes of all meetings of the council, ex-
ecutive board, council committees and district commit-
tees, and for such records as will make possible the
measuring of results and the necessary reports for re-
newal of charter. He shall prepare an annual report cov-
ering the activities and achievements of the council, which
shall be presented to the council at the annual meeting,
made public to the community, and transmitted to the
National Council.

Article III, Section 7—Bylaws        13

*Clause 4.*  As secretary of the committees of the council,
he should acquaint himself with the best methods and
standards for Scout work along the lines of the various
committees, so as to be of the greatest assistance to the
committees in fulfilling their functions. In this connec-
tion also, he should survey conditions throughout the
council territory, recommend action, bring to the atten-
tion of the committees, the executive board, and the
council both the successes and failures in the operation
of this and other councils, so that the greatest possible
service may be rendered to the individual boys, the com-
munity, and the nation.

*Clause 5.*  He shall be in charge of the council head-
quarters office and, subject to the approval of the execu-
tive board, he shall have power to appoint and remove
all clerical employees of the council and to direct their
work.*

*Clause 6.*  It is the function of the Scout executive to se-
cure the desired results through effective leadership, pri-
marily of volunteer workers, reducing to a minimum the
machinery of organization and keeping the Boy Scout
program available as a movement as largely as is prac-
ticable.

SECTION 7.  NATIONAL COUNCIL MEMBER.—The duties
of delegate members of the National Council shall be to attend
the annual meeting of the National Council and participate in
its proceedings and perform such other duties as may be as-
signed to them, either by this council or the National Council.
As liaison officers between this council and the National Coun-
cil they shall—

   *a)* Present the point of view of this council to the Na-
       tional Council in respect to matters of national policy
       and procedure.

   *b)* Interpret to this council decisions and policies of the
       National Council and assist this council in its respon-
       sibility to make effective and bring about an under-
       standing among local Scouters of such decisions and
       policies of the National Council.

---

*See Article IV, Section 3, as to appointment of assistant and field
executives and Article II as to removal and direction.

Subject to Protective Order – Highly Confidential

SA 0273

14        Bylaws—Article IV, Section 1

The National Council members from this council shall serve as members of the regional committee and shall attend all regional committee meetings and participate in the proceedings thereof.

### Article IV.   Nominations, Elections, and Appointments

SECTION 1.   At least thirty days prior to the date of the annual meeting of the council, the president shall appoint, subject to the approval of the executive board, three to five members of this council to serve as a nominating committee to make nominations at the annual meeting of the council for elected officers and members at large of the council and for the elected members of the executive board, including the nomination for election to the executive board of the district chairmen, all of whom shall serve for one year or until their successors have been elected and qualified. The committee shall be made known to the entire membership of the council so that recommendations may be made for its consideration. All elections shall be by ballot and voting by proxy shall not be permitted.

SECTION 2.   The president shall appoint as soon after his election as possible, with the advice and approval of the executive board, from the membership of the council, the chairmen of the operating and planning committees. The personnel of these committees shall receive formal appointment by the executive board upon recommendation of the respective committee chairmen and the president. Each operating committee shall include in its membership the chairman of the corresponding committee in each of the districts of the council.

The president shall appoint the members of the subcommittee of the executive board with the advice and approval of the executive board.

NOTE.—In the case of chartered areas, including a large city district as well as rural districts, the council committees, including the executive board of the council, may be composed of the committee of like name and related function of the city district, plus the committee chairman of the committees of like name and related function in each of the rural districts of the council. This provision is made in consideration of the greater concentration of Scouting interest, boy population, and resources in the city. In such instances there shall be a fair representation

Article V, Section 1—Bylaws        15

of both the rural and urban sections of the council on the executive board and committees.

It may be desirable to divide the large city which constitutes a district of an area council into geographical subdistricts for purposes of commissioner service, advancement facilities, and more direct service to units. Subcommittees of the district operating committees may be developed in the subdistricts of the city only as there is an obvious need for them, in order to render a more efficient service and to reduce to a minimum the necessity of boys traveling long distances.

SECTION 3.   The Scout executive shall be appointed and may be removed by the executive board, said appointment to be in accord with Article VI, Section 4, Clause 3, and Article XIII, Sections 14 and 15, of the Bylaws of the National Council and the pamphlet entitled *Personnel Practices in the Professional Service of Scouting.* Assistant and field Scout executives shall be appointed by the executive board on the recommendation of the Scout executive and in accord with the same procedure as herein before set forth for the Scout executive.

SECTION 4.   The field Scout commissioners and assistant field Scout commissioners shall be appointed by the executive board upon the recommendation of the Scout executive. District Scout commissioners shall be appointed by the executive board on the recommendation of the district committee and the Scout executive. Assistant district Scout commissioners and neighborhood Scout commissioners shall be appointed by the executive board on the recommendation of the district commissioner, the district committee, and the Scout executive. All the officers mentioned in this section are appointed annually as indicated, subject to the approval and issuance of commissions by the National Council.

### Article V.   Meetings

SECTION 1.   The regular meetings of this council shall be held in such place* within the territory under the council's jurisdiction as the president or the executive board may direct

---

*In consideration of the fact that the membership of local councils includes representatives of all religious faiths, it is the policy of the Boy Scouts of America that meetings of the council committees thereof and other general council or intertroop functions should be held in places nonsectarian in character.

during the months of April, September, and January. The January meeting shall be the annual meeting (see note page 5).

SECTION 2.  Special meetings of this council may be called by the president or the executive board on their own initiative or at the request in writing of one-fifth of the membership of the council. The president shall call a special meeting of the council to be held within thirty days after the presentation of such a request. The notice of all special meetings shall contain a statement of the purpose of the meeting or of the special business to be transacted.

SECTION 3.  At the regular meetings of this council opportunity shall be provided for the executive board to give a report of action taken and progress made since the previous council meeting, in the administration of the council.

At the annual meeting detailed reports will be made on all phases of Scouting and the work of the council, including both accomplishments and weaknesses. These reports should present factual data as to conditions in the council as related to the extension of Scouting, training of leaders, health and safety, advancement, camping, finance (including an audited statement*), and any other matters having to do with the successful operation of Scouting within the council territory. They should also outline plans for the future, especially those having to do with the strengthening of those phases of the council program in which results have been unsatisfactory.

SECTION 4.  At least two months in advance of each regular meeting of the council, the president shall, subject to the approval of the executive board, appoint from three to five members of the council as a committee on program and resolutions for the next council meeting. Notices of such meetings shall announce the membership of this committee and invite suggestions from each member of the council for the arrangement of the program and resolutions to be considered at the meeting. All resolutions thus submitted, or which may be offered at the meeting, shall be in writing. They shall be considered by this committee and submitted to the council with recommendations.

*In councils where it is impracticable to have the accounts audited by the time of the annual meeting, this should be done as soon thereafter as possible and arrangements made for making the statement available to the local council as well as to the National Council.

## Article VI.  District Organization

SECTION 1.  For the purpose of area service, administration, and finance, the council territory shall be divided geographically into such districts as the executive board may determine and which serve a natural trade area, and as may be agreed to by representative citizens of the respective communities within such proposed districts.

SECTION 2.  The supervision of Scouting in each district shall be exercised by the council through a district committee consisting of all council members residing within the district and district members at large elected by the district committee.

SECTION 3.  Each district committee shall elect a chairman and vice-chairman and shall, in cooperation with the Scout executive, nominate a district commissioner for appointment by the executive board of the council. The district chairman shall be nominated for election by the council as a member of the executive board of the council. Assistant district and neighborhood Scout commissioners may be appointed as needed, as provided for in Article IV, Section 4, of these bylaws.

SECTION 4.  Each district shall be so organized as to have committees of like name and function as the council operating committees; and each council operating committee shall include in its membership the chairman of the corresponding committee in each of the districts of the council. Such committees in each district shall be responsible for cooperating in making effective the policy and program as adopted by the council committee of like name and function and as approved by the executive board.

The chairman of the district operating committees shall be appointed by the district chairman with the advice and approval of the district committee. The members of the district operating committees shall be appointed by the district committee, upon the recommendation of the respective committee chairmen and the district chairman.

SECTION 5.  The district committee, including the committees of the district, has no legislative authority. Its purpose is to make effective in the territory the policies and programs as adopted by the council, the executive board, and council committees. The district, through its representation on the council,

the executive board, and the council committees, has a voice in the shaping and determination of all policies.

SECTION 6. The district committee shall meet monthly at such time and place as may be agreed upon within the district (except during July and August). A quorum shall consist of one-third of the members of the committee. The business transacted at each monthly meeting shall include the receiving of reports from the various chairmen, the executive or field executive (serving as secretary of the district committee), the district commissioner, and such other business as the chairman and officers and executive or field executive may indicate.

The district committee meeting immediately preceding the annual council meeting shall be the annual meeting of the district. At least one month prior thereto a nominating committee shall be appointed from the membership of the district committee by the district chairman which shall make nominations of district officers and members at large for election at the annual meeting. At this meeting the officers and committees of the district shall present formal reports of the year's activities.

NOTE—It is recognized that in large districts it may be necessary and productive to develop a district executive committee.

## Article VII. Executive Board

SECTION 1. The executive board of this council shall consist of the president, vice presidents, treasurer, and Scout commissioner, together with the chairmen of all operating and planning committees. Each district committee shall nominate its chairman for election by the council as a member of the executive board. There may also be members at large of the executive board, to be elected by the council from the membership of the council. Between meetings of the council, the executive board may elect additional members at large. The total membership of the executive board shall not exceed 42 members, one-third of whom shall constitute a quorum.

The Scout executive shall serve as secretary of the executive board but without vote.

NOTE—To assure adequate representation of the districts on the executive board of the council, the council may elect additional members nominated by the respective district committees,

*June 4, 1951 amendment*

each district to have like numerical representation, but not to exceed two from each district.

SECTION 2. The executive board shall meet monthly except during July and August, at such time and place as such determine. Special meetings of the executive board may be held subject to the call of the president or on written request of one-fifth of the membership of the board.

SECTION 3.

Clause 1. The executive board shall exercise all the powers of this council during the intervals between council meetings. This shall not be construed to include the right to amend the constitution.

Clause 2. The executive board is responsible for the carrying out of resolutions, policies, and activities voted by the council through the regular channels, as indicated in the duties of the officers and committees of this council.

Clause 3. The executive board shall elect and employ the executive staff, as provided for in Article IV, Section 3.

Clause 4. The executive board, with the advice and approval of the National Council, shall act as a court of last resort for the settlement of local questions of policy or procedure, which may not be determined by the constitution, bylaws, regulations, or policies, national or local.

SECTION 4. The subcommittee of the executive board may exercise the powers of the executive board in such matters as may require action between the meetings of the executive board, subject to the approval of the executive board.

## Article VIII. Council Committees

SECTION 1.

Clause 1. The committees of this council shall be divided into two groups. First, those designated as operating committees; and, secondly, those designated as planning committees. These committees shall be appointed annually by the president of the council with the advice and approval of the members of the executive board, and all actions of such committees shall be subject to formal approval of the executive board from time to time.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435101

20    Bylaws—Article VIII, Section 1, Clause 2

*Clause 2.* The operating committees shall be so organized as to provide for the coordination of the work throughout the entire area as provided for in these bylaws. The operating committees shall be reproduced in each district of the council and each operating committee shall include in its membership the chairmen of the corresponding committees in the districts. The operating committees shall be concerned with the development of policy, program, and procedures for approval by the executive board in the interest of the uniform development and extension of Scouting throughout the area. They shall, through the representative members of committees from each district, make certain that the district committees of like name and function operate in making effective the policies, programs, and procedures as adopted.

The operating committees shall function throughout the year, meeting as often as in the judgment of the respective committee chairmen, council president, or Scout executive may be necessary.

*Clause 3.* There shall be such planning committees as the executive board may deem necessary, which shall serve in a cooperative and advisory capacity to the executive board, operating committees, and administrative officers of the council in their respective fields of activity. They shall be guided by the program material as made available by the National Council and shall make recommendations in the light of their experience and knowledge of local conditions.

The planning committees shall not be duplicated in the districts and shall meet only as often as there is a specific task to be performed.

NOTE.—It is suggested that planning committees on Cub Scouting, Exploring, rural Scouting, and rural or nationality groups, when and if organized, each shall have one of its members serve on each of the operating committees in order that these members may advise with the operating committees on matters of program development and coordination of policy with respect to these several branches of Scouting.

---

Article VIII, Section 2, Clause 1—Bylaws    21

SECTION 2. OPERATING COMMITTEES.

*Clause 1.* COMMITTEE ON ORGANIZATION AND EXTENSION.—

a) This committee shall—

(1) Establish such local policies with reference to the organization of units as may be necessary.

(2) Prepare an annual program of organization and with the cooperation of the district committees on organization and extension see that this program is effectively promoted, to the end that every eligible boy in the territory of the council may have an opportunity to participate in such way as he may desire.

(3) It shall make such surveys as may be necessary from time to time, in order to reveal the actual needs and opportunities as a basis for the extension and development of the program.

b) It shall develop and maintain friendly, cooperative relationships with established institutions in the territory, including churches, schools, farm organizations, and civic, fraternal, service, and welfare organizations.

c) It shall be responsible for securing favorable action by the directing boards of local institutions or groups of citizens and for the organization of units under their sponsorship. In carrying through the organization of a unit, close working relationship will be maintained with the district and neighborhood commissioners related thereto, so that a smooth transition from organization to supervision may be made when the organization is completed. As a part of the organization procedure of a new unit, this committee shall see that the leaders of such unit are enrolled in the training courses available.

d) It shall handle organization problems in existing units, including the reviewing and passing on applications from units for permission to enroll members in excess of the prescribed limit.

e) This committee, with the cooperation of the district committee on organization and extension and of the

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435102

SA 0277

related commissioners, shall conduct an annual review of the leadership, program, and accomplishments of each unit at the time it applies for renewal of charter, in order to determine whether a satisfactory effort has been made to carry out the Scout program, as required in Article XII, Section 1, Clause 3, of the National Council Bylaws. Such review shall furnish the basis of the committee on organization's recommendation as to whether the unit's charter should be renewed.

f) This committee shall promote the use of the budget plan by the units of this council as an aid to the satisfactory and efficient handling of unit finances and an effective method of training in thrift.

*Clause 2.*    COMMITTEE ON LEADERSHIP TRAINING.

a) This committee shall—

(1) Establish such local policies with reference to the training of leaders as may be necessary.

(2) Prepare an annual program of progressive training and with the cooperation of the district committees on leadership training see that this program is effectively promoted, to the end that all leaders have an opportunity to secure training as needed and may also appreciate the importance of taking advantage of such opportunities.

The training program shall include courses in Cub Scouting, Boy Scouting, and Exploring and such additional conferences and courses as will meet the needs of qualified leaders, as revealed by a study of training records of individual Scouters. It shall also include specific training for camp leaders, commissioners, merit badge counselors, committeemen, and such other Scouters as may be deemed necessary. Emphasis should be placed upon the importance of providing training for junior leaders. In developing these courses, standard training outlines or others as approved by the National Council shall be used.

It shall be recognized as a primary objective of the

council training program that every unit shall have at least one trained leader.

b) This committee shall develop suitable occasions for the recognition of Scouters who have completed training courses, the awarding of certificates, and particularly recognition for those who qualify for the Scouter's Key and the Scouter's Training Award.

c) This committee shall establish minimum requirements of training, to be fulfilled by applicants for a commission as leaders of boys in the program of the Boy Scouts of America. It shall develop procedures for keeping in touch with those who have received training in order that it may be informed as to their success as leaders and thus be in a position to evaluate the effectiveness of the training program of the council and to strengthen the program as needed.

*Clause 3.*    COMMITTEE ON ADVANCEMENT.

a) This committee shall—

(1) Establish such local policies and procedures relative to advancement as will encourage boys to advance in the Scouting program.

(2) Prepare an annual program which recognizes the four phases of preparation, qualification, review, and award and which will provide facilities and opportunities for Boy Scouts and Explorers to demonstrate that they have fulfilled the requirements for the various ranks and achievements and for the presentation of badges and awards for which Scouts have qualified. With the cooperation of the district committees on advancement, this committee shall see that this program is effectively promoted in such ways as will contribute to the boys character development and training for citizenship.

(3) Develop and recommend to the executive board for approval policies and regulations governing the organization and procedure of council and district courts of honor and boards of review, the conduct of examinations and all matters per-

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435103

SA 0278

24 Bylaws—Article VIII, Section 2, Clause 3

taining to the advancement of Scouts and the granting of recognition therefor, all being subject to Article XII, Section 2, Clause 8, and Article XVI of the Bylaws of the National Council.

b) The committee on advancement shall stimulate advancement by Cub Scouts in accordance with the requirements and procedures of the Cub Scouting program as established by the National Council and shall see that adequate opportunity and facilities are provided whereby Cub Scouts may qualify for advanced rank and receive recognition for their achievements.

c) The committee on advancement shall stimulate advancement by Boy Scouts in accordance with the requirements and procedures of the Boy Scouting program as established by the National Council and shall see that adequate opportunity and facilities are provided whereby Boy Scouts may qualify for advanced rank and receive recognition for their achievements.

The committee shall supervise the operation of the advancement procedure as it is carried out in troops, by promoting an understanding thereof by the troop leaders and committee, and cooperating in their training in the principles and conduct of the troop advancement plan. It shall see that district facilities, including boards of review and courts of honor, as needed, are available for members of troops, which are not considered ready or qualified to use the advancement procedure.

d) The committee on advancement shall be responsible for encouraging each Explorer unit to develop adequate advancement procedure in accordance with national policy and shall make sure that advancement standards are maintained.

e) The committee on advancement shall approve such qualified counselors for the various merit badges as may be called for by the desire of Scouts to qualify for merit badges, shall assist in their training and supervise their work.

Article VIII, Section 2, Clause 4—Bylaws 25

f) All of the procedures for which the committee on advancement is responsible shall be carried out in such a way as to assure strict adherence to the standards set forth in the publications of the Boy Scouts of America and demonstration by Scouts that the requirements have been met in a satisfactory manner, and so as to reduce to a minimum the necessity of the boy traveling long distances, and so as to provide sufficiently frequent opportunities for boys to qualify for and receive awards to prevent disappointment due to delays.

g) The committee on advancement shall be responsible for recommending to the National Court of Honor those boys who have qualified for awards from the National Court of Honor.

*Clause 4.* COMMITTEE ON CAMPING AND ACTIVITIES.

a) This committee shall—
(1) Establish such local policies with reference to camping and hikes, outdoor activities, special events, and civic service as may be necessary.
(2) Prepare an annual balanced program of camping, special events, and civic service, and with the cooperation of the district committees on camping and activities, see that this program is effectively promoted and carried out through units by the stimulation of their interest and participation.

b) It shall see that the—
(1) Troop committees understand and recognize their responsibilities for assuring an adequate well-rounded program of camping and hiking in order that every Scout may have an opportunity to enjoy a satisfactory camping experience each year.
(2) That every Explorer unit committee creates the opportunity for Explorers to participate in at least five days and five nights of trips and Explorer activities away from home.

c) It shall cooperate with the Scout executive in maintaining national standards with reference to camping

BSA-PLAN_00435104

SA 0279

26

Bylaws—Article VIII, Section 2, Clause 4

and in providing facilities whereby Scouts may engage in camping in accordance with established Scouting methods.

*d)* It shall recommend the issuing of permits for council, troop, patrol, Explorer, or other camps coming under the jurisdiction of this council upon endorsement of the Scout executive certifying that these camps meet the minimum standards of the National Council. All such permits shall be reported to the executive board at its next regular meeting. This committee shall be responsible for the visitation of all camps for which it has issued permits.

*e)* It shall review the plans and arrangements of all extensive tours by Scouts of this council outside of the council, except to its regular established camping site, and no such tour shall be undertaken unless approved in advance by this committee subject to the issuance of a permit by the National Council.

*f)* It shall cooperate in the selection and purchase, care and maintenance, of camping equipment and camp sites for Scouting purposes, as well as Sea Explorer equipment. It shall investigate and report to the executive board on camps not under the jurisdiction of this council which Scouts from this council are invited to attend.

*g)* This committee shall prepare and recommend an annual budget for camps, camping activities, and activities such as the Scout circus, the camporee, and civic service, all subject to review by the finance committee and approval by the executive board, as a part of the local council budget.

*h)* This committee shall be responsible for carrying out the policy on Cub Scout activities, avoiding all council-wide, district-wide, and interpack activities involving Cub Scouts.

*i)* This committee shall be responsible for the development and promotion of an annual balanced program of special events* such as circuses, merit badge shows,

*See note, page 15, on policy concerning meeting places.

27

Article VIII, Section 2, Clause 5—Bylaws

Boy Scout Week celebration, and camporees, which will contribute to the effectiveness of the program of Scouting in the development of character and training for citizenship of its boy members and for securing participation by units in such programs. When desirable this committee may create temporary committees for the promotion of major activities such as merit badge shows, circuses, or camporees.

*i)* This committee shall maintain an annual survey of civic service opportunities for boys in the council territory, from which it will be responsible for the development of an annual balanced program of civic service for units and its publication and distribution to the units of the territory. It shall promote the participation of boys in such community and national service as the executive board may approve and stimulate plans for the actual fulfillment of the Scout Oath and the daily Good Turn. This committee shall provide an opportunity for Cub Scouts to engage in service activities on a neighborhood basis consistent with the national policies and the program of Cub Scouting.

This committee shall receive all requests for civic service and with the Scout executive shall pass thereon, subject to the approval of the executive board. This committee shall regulate all service according to the Bylaws of the National Council, Article XVII, safeguarding so far as possible the time which boys should reserve for school and home duties, and so planning as to make their service of the greatest possible effectiveness and value in citizenship training to the boy.

NOTE—In some councils a subcommittee on civic service may be desirable.

*Clause 5*—COMMITTEE ON HEALTH AND SAFETY.

*a)* This committee* shall—

*Insofar as is practicable both the council and the district committees on health and safety shall include in their membership men representing or experts in public health, aquatics, medicine, first aid, public safety, firearms, and fire prevention; also mountaineering and farm safety where necessary.

28    Bylaws—Article VIII, Section 2, Clause 5

(1) Establish such local policies as may be necessary to ensure that all activities in which boys engage shall be carried on under safe and healthful conditions.

(2) Prepare an annual program of health and safety, directed toward the protection of boys, their education in safety skills and health practices, and the rendering of service in time of emergency or disaster, and with the cooperation of the district committees on health and safety, see that this program is effectively promoted.

b) This committee shall, with the cooperation of the administrative officers of the council, be responsible for the advance reviewing of all planned activities of the council with a view of making such recommendations as may be necessary to better safeguard and promote the good health and safety of the members of the Boy Scouts of America, as they may be related to any programed activity. It shall develop and promote adequate plans for the protection of the health and safety of members of the Boy Scouts of America at all places where they officially gather. In carrying out the foregoing, the committee shall be responsible for—

(1) Inspection of meeting places (with the cooperation of the unit committee), camps, transportation equipment, and boats used for all purposes, and recommendations for improvements where necessary.

(2) Encouraging prompt medical examinations of new boys and all leaders, Boy Scouts, and Explorers attending camp, for the purposes of—
    (a) Limiting physical activities when necessary.
    (b) Determining remedial defects.

(3) Cooperation in training of leaders in the theory and practices of protection.

(4) Investigation of all serious accidents and cases of serious sickness occurring while these groups are participating in their programs.

Article VIII, Section 2, Clause 6—Bylaws    29

c) It shall plan a procedure (1) for the training of boys in safety skills and for disseminating health knowledge through such means as activities, visual education, publications, and brief discussions; (2) to interest parents in the correction of remediable physical defects of their sons.

d) It shall endeavor to enlist the cooperation of related organizations in developing a program whereby boys may undertake specific health and safety activities coordinated with the programs of these other organizations.

Clause 6—COMMITTEE ON FINANCE.
a) This committee shall—
(1) Establish such local policies as may be necessary with reference to the financing of the council or any unit within the council's jurisdiction.
(2) Prepare annual and long-term finance programs for the council and, with the cooperation of the district committees on finance, see that these programs are effectively promoted.

b) The committee on finance shall devise ways and means of obtaining the funds necessary to meet the authorized budget for carrying out the work of this council. This shall include—
(1) Serving as advisers to the executive board in maintaining an active, cooperative relationship with all community chests to which the council is related. When a community chest cannot meet its full obligation to the council this committee shall, if it is advisable, give leadership to conducting supplementary or sustaining membership efforts to provide needed funds.
(2) Creating the organization to carry on the annual finance campaigns in those communities in which there are no community chests.
(3) Conducting a program of contributor cultivation so that their interest may be kept alive and growing.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435106

31

Article IX—Bylaws

### Article IX. Amendments

These bylaws may be amended at any meeting of the executive board upon the recommendation of the subcommittee of the executive board or when the proposed amendment has been submitted to the members of the executive board, in writing, at least fifteen days in advance of the meeting. Or such amendment may be made by action of the council upon recommendation of the executive board, when such amendment has been duly considered and presented by the committee on program and resolutions. All proposed amendments shall be submitted to the National Council for approval before becoming effective locally.

---

30

Bylaws—Article VIII, Section 3

(4) Maintaining an active cultivation of bequests, endowments, and trust funds.

(5) Conducting special campaigns for capital funds when needed.

c) This committee shall develop a long-term finance plan for the council in terms of long-range programs of the various committees of the council. This plan shall be adjusted from year to year so that there is always before the council the finance needs for the years immediately ahead.

d) Prior to the beginning of this council's fiscal year this committee shall present in writing to the executive board an itemized estimate of the income and expenses for the ensuing year, including the council's annual payment to the retirement fund for council employees, the annual quota in support of the program and service of the National Council, and upon approval of the executive board, this budget shall become the basis for the financial operation of this council. No obligations beyond the amount stipulated in the authorized budget shall be incurred by any officer or agent of the organization unless especially authorized by the executive board.

e) No funds shall be raised for or in the interest of the Boy Scouts of America by an individual, unit, or district unless the plan is sanctioned by the finance committee and approved by the executive board in advance.

f) This committee shall see to it that an audit of all the books and accounts of this council is made each year by a certified public accountant, such audit to include a balance sheet and set forth in detail all outstanding obligations of the council.

SECTION 3. PLANNING COMMITTEES.

(Included in this section will be the duties of such planning committees as the council may elect to establish. See Appendix for suggestions as to duties.)

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435107

SA 0282

## Appendix

In this Appendix are included the suggested duties for those committees in the council organization which are optional.

EXECUTIVE COMMITTEE OF THE EXECUTIVE BOARD — See note in Article VII, Section 1 of the constitution. The duties of this executive committee would be included as Section 5, Article VII, in the bylaws.

*Executive Committee*—The executive committee shall consist of the officers of the council and the district chairmen; shall meet in each month in which the executive board does not meet, except July and August, and shall have and exercise all powers of the executive board in the management of the administrative affairs of the council between meetings of the executive board except amending the bylaws. Matters of program and policy may be referred by this committee, with recommendations, to the executive board.

PLANNING COMMITTEES—In Article VIII of the bylaws there will be found Section 3, under which would be listed various clauses having to do with the duties of the planning committees as selected. Following are the suggested duties of the various planning committees:

*Clause*—COMMITTEE ON CUB SCOUTING.

a) This committee shall serve as adviser to the executive board, the operating committees, and the administrative officers of the council on all matters having to do with the organization and operation of Cub Scouting within the council territory.

b) This committee shall have representation on each of the operating committees of the council through the membership on each operating committee of a member of this committee who shall be appointed by the chairman of this committee in consultation with and the approval of the chairman of the operating committee concerned.

c) The primary function of this committee is to make sure that Cub Scouting is understood and actively promoted

32

---

## Appendix

in every phase of council operation. To this end the committee shall, in its discretion, submit appropriate recommendations and plans to the executive board, the commissioner's staff, and the council operating committees.

*Clause*—COMMITTEE ON EXPLORING.

a) This committee shall serve as adviser to the executive board, the operating committees, and the administrative officers of the council on all matters having to do with the organization and operation of the Exploring program within the council territory.

b) This committee shall have representation on each of the operating committees of the council through the membership on each operating committee of a member of this committee who shall be appointed by the chairman of this committee in consultation with and the approval of the chairman of the operating committee concerned.

c) The primary function of this committee is to make sure that Exploring is understood and actively promoted in every phase of council operation. To this end the committee shall, in its discretion, submit appropriate recommendations and plans to the executive board, the commissioner's staff, and the council operating committees.

*Clause*—COMMITTEE ON RURAL SCOUTING.
The committee on rural Scouting shall—

a) Plan ways and means by which the council may develop helpful cooperative relations with rural churches and schools, granges, farm bureaus, agricultural schools and colleges, farm cooperatives, and other rural groups.

b) It shall suggest to those related, methods of acquainting the general public with the rural Scouting program and the opportunities available to Boys on farms and in rural villages and towns to enjoy Scouting.

c) It shall guide those related in making rural contact surveys and in developing programs based on the needs as revealed in such surveys.

33

BSA-PLAN_00435108

Subject to Protective Order – Highly Confidential

SA 0283

Appendix

d) It shall advise those related in providing exhibits, demonstrations, and Scout service at farm gatherings, county, and state fairs.

e) It shall advise with the finance committee of the council in developing financial support for the council program in the rural sections of the council territory.

f) This committee shall serve in a advisory capacity to the executive board, the operating committees, and the administrative officers of the council concerning any problem which may arise incident to the promotion and administration of Scouting in the rural field.

*Clause*—COMMITTEE ON READING PROGRAM.

a) The committee on reading program shall suggest plans and methods whereby the recreational reading interests of boys of Scout age may be developed under the most favorable conditions.

b) This committee shall plan the distribution of book lists especially prepared to assist parents, Scout Leaders, teachers, and librarians in their efforts to promote through their recommendations the reading of such boys' books as include boy interest, adventure, and character-building values.

c) This committee shall cooperate with the Scout executive in developing plans whereby Boys' Life, because of its character-building values, may have the widest possible distribution in the community among boys, and to that end shall include plans involving the co-operation of unit leaders, particularly in connection with the Scout concession offer.

d) This committee, with the aid of the Scout executive, should be possessed of a working knowledge of the literature of Scouting, such as the official handbooks, pamphlets, magazines, etc., and so far as may be practicable, or desirable, make possible the circulation of such literature, especially through public and school libraries.

e) The committee shall cooperate with the camping and activities committee in developing a camp library, to be supplied (loaned) by the public library, unless circumstances determine otherwise.

*Clause*—COMMITTEE ON PUBLIC RELATIONS.

a) This committee shall serve as adviser to the executive board, the operating committees, and the administrative officers of the council on all public relations matters. The committee shall interpret the program of Scouting to those persons and groups closely associated with and active in the council, and to the general public, utilizing all available channels of communications.

b) The objective of this committee shall be to stimulate the desire of boys to become Scouts and of adults to give personal service and financial support to the Scouting program.

c) The committee may function through subcommittees such as Scouting relations, community relations, and publicity. Members of the committee may be assigned responsibility for publicity in the districts of the council.

*Note*—Special racial or nationality groups.

The local council should analyze the population from the standpoint of Negroes, Indians, Mexicans, Orientals, and white nationality groups, and determine whether one or more of these groups is present in sufficient numbers to require special attention as a group. The executive board may provide for separate planning committees to be related to these respective groups as needed.

The National Council will be pleased to make available to any council, where the extent of the population of any group and local conditions justify it, a divisional plan of organization developed in the interest of more effectively meeting the needs and problems of such special groups.

Such planning committees of the council as may be organized in relationship to any or all of these groups in any council shall

Subject to Protective Order – Highly Confidential

BSA-PLAN_00435109

SA 0284

## 36

# Appendix

be responsible for the development of plans and procedures in the interest of Scouting within the group or group. The plans of these committees shall be approved by the executive board, and these committees shall work in close cooperation with the operating committees of the council and such divisional organization as may be developed, making certain that due attention is given to organization and extension, advancement, camping and activities, health and safety, training and finance.

# INDEX

Accident investigation, 28
Active Scouters, 4
Activities, committee on camping and, 6
Activities director, 9
Additional council members, 4
Advancement, unit, 24
Advancement committee, 6, 23
Age, council member, 4
Amending:
  bylaws, 21
  constitution, 6, 19
Amendments, 7
Anniversary week *see* Boy Scout Week
Annual audit, 7
Annual meeting:
  council, 5, 14, 16
  district committee, 18
Annual report, Scout executive, 12
Appointments:
  council committees, 14, 19
  district committees, 17
  professional staff, 9
  volunteer staff, 8
Area council and district organization, 15
Assets and liabilities, 9
Assistant district Scout commissioner:
  appointment, 8, 15, 17
  duties, 11
  removal, 8
Assistant field Scout commissioner:
  appointment, 8, 15
  duties, 11
  removal, 8
Assistant Scout executive:
  appointment, 8, 15
  designation, 9
  directed by Scout executive, 9
  removal, 8
Associate council members, 4, 8
Audit, 7, 9, 30
Awards, 25, 25

Badges and insignia, 3
Ballot voting, 14
Bequests, 30
Boards of review, district, 23
Bonding, treasurer, 7
Boy Scout:
  advancement, 24
  health and safety, 28
  program, 25
Boy Scout Week, 27
Boys, local council responsibility, 3
Boys' Life:
  promotion, 34
  segregated receipts, 7
Budget:
  camp, 26
  council, 30
  unit, 22
Business interests represented on council, 4

Camp:
  budget, 26
  director, 9
  equipment care, 26
  library, 34
  permits, 26
Camping and activities committee, 6, 23
Camporees, 27
Capital funds, 30
Certificates, leadership, 3
Certification, professional staff, 9
Charter:
  federal, 3
  granted by National Council, 3
  unit, 22
Charter application, passing upon, 5
Chartered institution, 4, 5, 9
Circuses, 26
Citizenship requirements, 4
City district organization, 14
Civic interests represented on council, 4
Civic service, 27
Commissioner, Scout, 4, 8, 10
Commissioners *see* district, field, or neighborhood Scout commissioner
Committee chairman:
  appointment, 14
  executive board member, 6
Committee on program and resolutions, 15
Committees *see* council or district committees
Community chests, 29
Constitution:
  amending, 6, 19
  National Council, 3
Contributor cultivation, 30
Coordination of districts by executive board, 6
Council committees, 6, 19
Council finance, 7
Counselors, merit badge, 24
Court of last resort, 19
Courts of honor:
  district and council, 23
  national, 23
Cub Scout:
  activity, 26
  advancement, 24
  health and safety, 28
Cub Scouting committee, 32
Cubber leadership training, 32

Declaration of principles, 3
Deposit, council funds, 7
Directors, special function, 9
Disbursement, council funds, 7, 9
District:
  council representation, 17
  executive committee, 18
  officers, 17

BSA-PLAN_00435110

Subject to Protective Order – Highly Confidential

SA 0285