# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Bankruptcy Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al*., | Lead Case No. 22-cv-01237-RGA |
| Appellants. | Consolidated Case Nos. 22-cv-01238-RGA; 22-cv-01239-RGA; |
| v. | 22-cv-01240-RGA; 22-cv-01241-RGA; |
| Boy Scouts of America and Delaware BSA, LLC, *et al.*, | 22-cv-01242-RGA; 22-cv-01243-RGA; 22-cv-01244-RGA; |
| Appellees. | 22-cv-01245-RGA; 22-cv-01246-RGA; 22-cv-01247-RGA; 22-cv-01249-RGA; 22-cv-01250-RGA; 22-cv-01251-RGA; 22-cv-01252-RGA; 22-cv-01258-RGA; 22-cv-01263-RGA |

## DEBTORS-APPELLEES' APPENDIX TO CONSOLIDATED ANSWERING BRIEF: VOLUME 9 (SA 2784 THROUGH SA 3027)

Dated: December 7, 2022

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
Glenn M. Kurtz (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
jessica.lauria@whitecase.com
gkurtz@whitecase.com

WHITE & CASE LLP
Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

WHITE & CASE LLP
Ronald K. Gorsich
Doah Kim
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone:  (213) 620-7700
rgorsich@whitecase.com
doah.kim@whitecase.com

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

*Counsel for Debtors-Appellees and Debtors in Possession*

2

## INDEX OF SUPPLEMENTAL DOCUMENTS

| BSA Records | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| List of Current Members of the NEB (Exhibit B to Desai Declaration) | 1-191 | SA 0001 – SA 0004 |
| List of Current Members of the NEC (Exhibit E to Desai Declaration) | 1-192 | SA 0005 – SA 0007 |
| BSA Charter and Bylaws (as amended through May 2021) | 468 | SA 0008 – SA 0035 |
| Rules and Regulations of the Boy Scouts of America (September 2020) | 291 | SA 0036 – SA 0059 |
| Local Council Charter Renewals (Excerpt) | 7-3 | SA 0060 – SA 0063 |
| 2010 Articles of Incorporation Template (Mobile Area Council Articles of Incorporation, Art. II. Duration) | 187 | SA 0064 – SA 0067 |
| Form of Annual Unit Charter Agreement (2020) | 264 | SA 0068 – SA 0069 |
| BSA Bylaws (June 1, 2019) | 234 | SA 0070 – SA 0095 |
| Local Council Charter Renewal for Greenwich NR A2 (January 15, 2020) | 2976 | SA 0096 |
| Troop Roster for Troop 172 (Patriots Path Council) (Redacted) | 17 | SA 0097 – SA 0106 |
| Troop Roster for Sanford Troop 37 (Abraham Lincoln Council) (Redacted) | 23 | SA 0107 – SA 0108 |

| Examples and Templates of Local Council Articles & Bylaws | 7-2 | SA 0109 – SA 0373 |
| Troop Roster for Pack C-3210 (Cape Fear Council) (Redacted) | 43 | SA 0374 – SA 0377 |

| Proofs of Claim | Appendix Page Nos. |
|---|---|
| Proof of Claim No. 8174 | SA 0378 – SA 0387 |
| Proof of Claim No. 639 | SA 0388 – SA 0390 |
| Proof of Claim No. 4971 | SA 0391 – SA 0405 |
| Proof of Claim No. 9558 | SA 0406 – SA 0408 |
| Proof of Claim No. 9430 | SA 0409 – SA 0412 |
| Proof of Claim No. 9511 | SA 0413 – SA 0416 |
| Proof of Claim No. 12203 | SA 0417 – SA 0424 |
| Proof of Claim No. 5113 | SA 0425 – SA 0428 |
| Proof of Claim No. 10390 | SA 0429 – SA 0433 |
| Proof of Claim No. 12530 | SA 0434 – SA 0449 |
| Proof of Claim No. 1248 | SA 0450 – SA 0452 |
| Proof of Claim No. 9123 | SA 0453 – SA 0462 |
| Proof of Claim No. 7826 | SA 0463 – SA 0466 |

| | |
|---|---|
| Proof of Claim No. 343-13 | SA 0467 – SA 0469 |
| Proof of Claim No. 343-26 | SA 0470 – SA 0472 |
| Proof of Claim No. 6346 | SA 0473 – SA 0477 |

| State and Federal Litigation Documents | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Illinois Complaint filed by National Surety | 162 | SA 0478 – SA 0493 |
| Texas Complaint against Century, National Surety and Allianz | 185 | SA 0494 – SA 0515 |
| Texas Complaint against Hartford | 181 | SA 0516 – SA 0528 |
| Third Amended Complaint: *John Does I-XIX v. Boy Scouts of America, Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, et al.* (District Court for the District of Idaho, No. 1:13-cv-00275-BLW) | 2912 | SA 0529 – SA 0587 |
| Trial by Jury Demand: *Plaintiffs v. Boy Scouts of America Corporation, Mobile Area Council Boy Scouts of America, et al.* (Circuit Court of Mobile County, Alabama, No. CV-2016) | 2920 | SA 0588 – SA 0617 |
| Notice of Removal: *A.A. v. the Boy Scouts of America, North Florida Council, Inc., Boy Scouts of America, et al.* (District Court for the Middle of District of Florida Ocala Division) | 2921 | SA 0618 – SA 1601 |
| Verified Complaint for Damages and Equitable Relief: *Plaintiff v. Roman Catholic Archbishop, et al.* (Superior Court of Guam, No. CV 0207-17) | 2910 | SA 1602 – SA 1613 |
| Complaint: *John Doe v. Boy Scouts of America; and Central Minnesota Council, Boy Scouts of America* (State of Minnesota County of Stearns, District Court, Seventh Judicial District, No. []) | 2913 | SA 1614 – SA 1638 |

| Documents filed in *In re Archbishop of Agana* ("AOA"), Case No. 19-00010 (Bankr. D. Guam) | AOA Docket No. | Appendix Page Nos. |
|---|---|---|
| Motion for Derivative Standing to Enforce the Automatic Stay and Take Other Actions | 616 | SA 1639 – SA 1659 |

| | | |
|---|---|---|
| Transcript of Hearing Held September 10, 2021 | 693 | SA 1660 – SA 1681 |
| Third Amended Chapter 11 Plan | 920 | SA 1682 – SA 1818 |
| BSA's Objection and Reservation of Rights to Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization for the Archbishop of Agana | 948 | SA 1819 – SA 1836 |
| BSA's Objection to and Reservation of Rights to Debtors Motion Pursuant to Sections 105(a) and 363(f) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order (1) Approving Settlement Agreement Among the Archdiocese, the AOA Entities, the Official Committee of Unsecured Creditors, and AIG Insurers Entities, (2) Approving the Archdioceses Sale of the Policies Issued to the Debtor Back to AIG Insurers Entities Free and Clear of Claims and Interests, and (3) Enjoining Assertion Of Claims Against AIG Insurers Entities | 989 | SA 1837 – SA 1866 |
| Order Granting 218 Stipulated Motion for Order Directing Mediation and Appointing the Honorable Robert J. Faris to Serve as Mediator | 227 | SA 1867 – SA 1868 |
| Transcript of Hearing Held October 4, 2022 | 1092 | SA 1869 – SA 1924 |
| Fifth Amended Chapter 11 Plan | 1044 | SA 1925 – SA 2116 |
| Order Approving Stipulation By and Between Debtor, Official Committee of Unsecured Creditors and Boy Scouts of America Regarding the BSA Plan Objection and Claim Objection | 1048 | SA 2117 – SA 2126 |
| Order Confirming Fifth Amended Joint Chapter 11 Plan of Reorganization | 1093 | SA 2127 – SA 2139 |
| Minute Entry Regarding September 10 Hearing | 690 | SA 2140 |

| Other Exhibits Admitted at Trial | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Email from Jeff Hunt to Wendy Kurten, et al. | 725 | SA 2141 – SA 2145 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures | 502 | SA 2146 – SA 2175 |

| | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Attachment to email: Claims Allowance Procedures | 527 | SA 2176 – SA 2195 |
| Email from Debtors regarding BSA - Preliminary Comments on Draft CAP sent to Coalition, FCR, and Mediator | 529 | SA 2196 |
| Attachment to email: BSA Redline of Claims Allowance Procedures (comparing June 8, 2021 version to June 6, 2021 version) | 533 | SA 2197 – SA 2245 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures (comparing version 3 and version 4) | 537 | SA 2246 – SA 2466 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures (comparing version 3 and version 1) | 539 | SA 2267 – SA 2290 |
| Plaintiff John Doe 4's First Amended Complaint: *John Doe 4 v. Boy Scouts of America, Chicago Area Council, et al.* (Circuit Court of Cook County, Illinois, No. 2018 L 211) | 2911 | SA 2291 – SA 2356 |
| Complaint Fraud and Constructive Fraud: *John Doe XX, et al. v. Boy Scouts of America, Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, et al.* (District Court for the District of Idaho) | 2914 | SA 2357 – SA 2380 |
| Redacted Second Revised Complaint: *John Doe #1, et al. v. Boy Scouts of America Corporation, Fairfield County Council of the Boy Scouts of America, et al.* (Superior Court, Connecticut, J.D. of Stamford/Norwalk at Stamford, No. FST-cv-15-5015023-S) | 2916 | SA 2381 – SA 2456 |

| Insurance Policies | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Hartford Pine Tree Council Casualty Insurance Policy No. 04C157992 | 1154 | SA 2457 – SA 2491 |
| Hartford Fire Insurance Co. Policy No. 12CCP500098 | 1155 | SA 2492 – SA 2547 |
| INA Policy No. 15-12-11 | 4000-1 | SA 2548 – SA 2599 |
| Allianz 1980 Umbrella Policy No. UMB 599346 | 10-1 | SA 2600 – SA 2620 |

| | | |
|---|---|---|
| Old Republic Insurance Company Commercial Excess Liability Insurance Policy for period of March 1, 2017 to March 1, 2018 | 10-7 | SA 2621 – SA 2664 |
| INA Policy No. 70-64-52 | 4000-2 | SA 2665 – SA 2700 |
| Hartford Insurance Policy | 4000-10 | SA 2701 – SA 3081 |
| INA Policy No. 07-54-09-4 | 4000-4 | SA 3082 – SA 3164 |
| INA Policy No. 4-84-03 | 4000-6 | SA 3165 – SA 3188 |
| Hartford Insurance Policy No. 10 C A43303 | 4000-8 | SA 3189 – SA 3332 |
| Hartford Insurance Policy | 4000-9 | SA 3333 – SA 3571 |
| Hartford Insurance Policy No. CBP 109170 | 4000-11 | SA 3572 – SA 3644 |
| Hartford Insurance Policy No. 54 C 990478 | 4000-12 | SA 3645 – SA 3673 |
| Hartford Insurance Policy No. 32 HU 380257 | 4000-13 | SA 3674 – SA 3684 |

| Appendix Documents Filed Under Seal | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Initial Hartford Settlement Agreement | 1481 | SA 3685 – SA 3696 |
| Proof of Claim No. 87715 | N/A | SA 3697 – SA 3789 |

| Illinois Century Answer | 202 | SA 3790 – SA 3821 |
| --- | --- | --- |

| Multimedia Documents to be Lodged with the Court[2] | Joint Trial Exhibit No. | Appendix Page Nos. |
| --- | --- | --- |
| BSA and Local Council Insurance Policies | 10 | SA 3822 |
| All Proofs of Claim | 14 | SA 3823 |
| Settled and Unsettled Local Council Policy Information (Excel Format) | 2961 | SA 3824 |

---

[2]   The following documents cannot be filed on the Court's docket due to their size or file format. The Appellees will make these documents available to the Court and the parties.  For purposes of citing these documents in the Debtors-Appellees' Consolidated Answering Brief, the Appellees have assigned these documents appendix page numbers in accordance with the "SA___" convention.

## Schedule of Automobiles and Covered Automobiles   PAGE #5

This Schedule forms a part of Policy No. **10 C A43349E** issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ........................................
12:01 A. M., standard time.


THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Class | Purpose of Use / Original Cost New or Rating Symbol | Purchased Mo./Yr. New-Used | BI Liab. Prem. PIP Medical Payments Premium | PD Liab. Prem. Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each cov. and automobile) | Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29. | 69 CHEV CARRYALL #CE169P173539 | | C | | | $ / $ | $ / $ | O | $ | $ | | $10.00 | $ |
| | BOULDER JUNCTION, WISC. | 09 | 034986 | 1275. | | $ | $ | | $ | $ | | $ | $ |
| 30. | 65 CHEV CARRYALL #C1465P143668 | | C | | | $ / $ | $ / $ | O | $ | $ | | $10.00 | $ |
| | BOULDER JUNCTION, WISC. | 09 | 034986 | 625. | | $ | $ | | $ | $ | | $ | $ |
| 31. | 61 CHEV CARRYALL #1C146J118947 | | C | | | $ / $ | $ / $ | O | $ | $ | | $10.00 | $ |
| | BOULDER JUNCTION, WISC. | 09 | 034986 | 1175. | | $ | $ | | $ | $ | | $ | $ |
| 32. | 52 WILLYS JEEP #7815 | | P&B | | | $ / $ | $ / $ | O | $ | $ | | $19.00 | $ |
| | BOULDER JUNCTION, WISC. | 09 | PPT | 435. | | $ | $ | | $ | $ | | $ | $ |
| 33. | 63 CHEV P/U #C254F126644 | | C | | | $ / $ | $ / $ | O | $ | $ | | $10.00 | $ |
| | BOULDER JUNCTION, WISC. | 09 | 034986 | 2000. | | $ | $ | | $ | $ | | $ | $ |
| 3 . | 69 FORD P/U #F10BLP12655 | | C | | | $ / $ | $ / $ | O | $ | $ | | $10.00 | $ |
| | BOULDER JUNCTION, WISC. | 09 | 034986 | 2490. | | $ | $ | | $ | $ | | $ | $ |
| 35. | 70 FORD P/U #F11YRH14137 | | C | | | $ 14.00 / $ | $ 4.00 / $ | | $ | $ | | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | | $ 19.00 | $ 6.00 | | $ | $ | | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

TOTALS: $ 14.00 / $ 19.00   $ 4.00 / $ 6.00   $69.00

LOSS PAYEES -- IDENTIFY BY UNIT OR ENTRY NO.

| No. | Name and Address of Loss Payee | No. |
|---|---|---|
| | CSL DISC 9% (.91) INCL | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251832

SA 2784

Schedule of Automobiles and Covered Automobiles   PAGE #6



**THE HARTFORD**

This Schedule forms a part of Policy No. 10 C A43349E issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ........................................
12;01 A. M., standard time.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / No. of Cyls. - Truck Size, Truck Load, Gallonage, Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. PIP / Uninsured Motorist Premium | Num. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each covered automobile) | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36. | 66 FORD PK #F11YK806236 | | C | | $ 14.00 | $ 4.00 | | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 $ 6.00 | | | $ | $ | | $ | $ |
| 37. | 62 INTERNATIONAL CB #FD5671F | | C | | $ 14.00 | $ 4.00 | | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 $ 6.00 | | | $ | $ | | $ | $ |
| 38. | 67 CHEV PK #KS147S149629 | | C | | $ 14.00 | $ 4.00 | | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 $ 6.00 | | | $ | $ | | $ | $ |
| 39. | 72 FORD 4DR. #2G51F244291 | | P&B | | $ 14.00 | $ 4.00 | | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 $ 6.00 | | | $ | $ | | $ | $ |
| 40. | 72 FORD PK #F26YRN89131 | | C | | $ 14.00 | $ 4.00 | | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 $ 6.00 | | | $ | $ | | $ | $ |
| 41. | 73 FORD PK #F1OYRR86280 | | C | | $ 14.00 | $ 4.00 | | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 $ 6.00 | | | $ | $ | | $ | $ |
| 42. | 73 FORD PK ½ T F11YR85820 | | C | | $ 14.00 | $ 4.00 | | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 $ 6.00 | | | $ | $ | | $ | $ |
| | | | | TO TALS | $ 98.00 | $28.00 | | | | | $ | |
| | | | | | $133.00 | $42.00 | | | | | $ | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.

| No. | Name and Address of Loss Payee | No. | |
|---|---|---|---|
| | CSL DISC 9% (.91) INCL | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251833

**SA 2785**

Schedule of Automobiles and Covered Automobiles   PAGE #7

This Schedule forms a part of Policy No. 10 C A43349E ........ issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is dated herein.

Effective date ............................................
12:01 A. M., standard time.



THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / No. of Cyls., Truck Load, Gallonage / Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each covered automobile) | †Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43. | 72 FORD PK #F26YRN89132 | | C | | $ 14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 | $ 6.00 | | | | | | |
| 44. | 64 DODGE 4 DR. #554327S529 | | P&B | | $ 14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 | $ 6.00 | | | | | | |
| 45. | 68 FORD PK #A101468 | | C | | $ 14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 | $ 6.00 | | $ | | | | |
| 46. | 73 FORD PK #F1OYRR83712 | | C | | $ 14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 | $ 6.00 | | | | | | |
| 47. | 73 FORD PK #F11YRR85819 | | C | | $ 14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 | $ 6.00 | | | | | | |
| 48. | 74 CHEV TRAVELALL #CKY264F179594 | | C | | $ 14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 | $ 6.00 | | | | | | |
| 49. | 74 FORD #F28BRU46661 | | C | | $ 14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 | $ 6.00 | | | | | | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

| | | TOTA | $ 98.00 | $ 28.00 | | $ | $ |
|---|---|---|---|---|---|---|---|

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.

| No. | Name and Address of Loss Payee | No. | | | | | |
|---|---|---|---|---|---|---|---|
| | CSL DISC. 9% (.91) INCL | | $ 33.00 | $ 42.00 | | $ | $ |

Schedule of Automobiles

Automobile

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U.S.A.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251834

SA 2786

Schedule of Automobiles and Covered Automobiles    PAGE #8

This Schedule forms a part of Policy No. 10 C A43349E ........ issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date................................................
12:01 A. M., standard time.


THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges.  The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / No. of Cyls., Truck Size, Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. PIP / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each covered automobile) / Premium | Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50. | 73 FORD CROW CAB #F25YCS24484 | | C | | $ 14.00 $ | $ 4.00 | | | | | | |
| | CIMARRON, N.M. | 06 | IND TRK | | $ 19.00 $ | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 51. | 72 FORD 4DR #2G51F244292 | | P&B | | $ 14.00 $ | $ 4.00 | | | | | | |
| | CIMARRON, N.M. | 06 | IND TRK | | $ 19.00 $ | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 52. | 58 CHEV PK #4B58F132267 | | C | | $ 14.00 $ | $ 4.00 | | | | | | |
| | CIMARRON, N.M. | 06 | IND TRK | | $ 19.00 $ | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 53. | 65 FORD #F10JD698518 | | C | | $ 14.00 $ | $ 4.00 | | | | | | |
| | CIMARRON, N.M. | 06 | IND TRK | | $ 19.00 $ | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 54. | 58 CHEV PK #3A58K131944 | | C | | $ 14.00 $ | $ 4.00 | | | | | | |
| | CIMARRON, N.M. | 06 | IND TRK | | $ 19.00 $ | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 5. | 41 CHEV PK #AVB1091441 | | C | | $ 14.00 $ | $ 4.00 | | | | | | |
| | CIMARRON, N.M. | 06 | IND TRK | | $ 19.00 $ | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 56. | 64 DODGE CB #2261378469 | | C | | $ 14.00 $ | $ 4.00 | | | | | | |
| | CIMARRON, N.M. | 06 | IND TRK | | $ 19.00 $ | $ 6.00 | $ | $ | $ | $ | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

| | TOTALS | $ 98.00 | $ 28.00 | | | $ | |
| | | $ 133.00 | $ 42.00 | | | | |

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.

| No. | Name and Address of Loss Payee | No. |
|---|---|---|
| | CSL DISC 9% (.91) INCL | |
| | | |
| | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

BSA-PLAN_00251835

SA 2787

**Schedule of Automobiles and Covered Automobiles**   **PAGE #9**

This Schedule forms a part of Policy No...........issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**10 C A43349B**

Effective date..........................................
12:01 A. M., standard time.



**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges.  The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size No. of Cyls, Truck Load, Gallonage Bus Seating Capacity / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Class | *Purpose of Use | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. PIP Medical Payments Premium | PD Liab. Prem. Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) Amt. or "ACV" (Actual Cash Value) | Deductible if any Deductible if any | Rates Rates | Premiums (each covered automobile) | †Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 72 FORD 4 DR. #2G51F244293 | | | P&B | | $14.00 $ | 4.00 $ | $ | $ | $ | $ | $ | |
| | CIMARRON, N.M. | 06 | IND TRK. | | | $19.00 | 6.00 | $ | $ | $ | $ | $ | |
| 58 | 69 MARK TRK #MB403P2177 | | | C | | $14.00 $ | 4.00 $ | $ | $ | $ | $ | $ | |
| | CIMARRON, N.M. | 06 | IND TRK. | | | $19.00 | 6.00 | $ | $ | $ | $ | $ | |
| 59 | 71 FORD CB #F35YKI64826 | | | C | | $14.00 $ | 4.00 $ | $ | $ | $ | $ | $ | |
| | CIMARRON, N.M. | 06 | IND TRK. | | | $19.00 | 6.00 | $ | $ | $ | $ | $ | |
| 60 | 72 FORD PK #F1CYKP24747 | | | C | | $14.00 $ | 4.00 $ | $ | $ | $ | $ | $ | |
| | CIMARRON, N.M. | 06 | IND TRK. | | | $19.00 | 6.00 | $ | $ | $ | $ | $ | |
| 61 | 51 REO TRK #149480 | | | C | | $14.00 $ | 4.00 $ | $ | $ | $ | $ | $ | |
| | CIMARRON, N.M. | 06 | IND TRK. | | | $19.00 | 6.00 | $ | $ | $ | $ | $ | |
| 62 | 69 CHEV PK #KS169Z848257 | | | C | | $14.00 $ | 4.00 $ | $ | $ | $ | $ | $ | |
| | CIMARRON, N.M. | 06 | IND TRK. | | | $19.00 | 6.00 | $ | $ | $ | $ | $ | |
| 63 | 71 INTERNATIONAL DP #416060H164330 | | | C | | $14.00 $ | 4.00 $ | $ | $ | $ | $ | $ | |
| | CIMARRON, N.M. | 06 | IND TRK. | | | $19.00 | 6.00 | $ | $ | $ | $ | $ | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

**TOTAL**  $98.00  $28.00   $
$133.00  $42.00   $

**LOSS PAYEES -- IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. |
|---|---|---|
| | CSL DISC 9% (.91) INCL | |
| | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U. S. A.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251836

SA 2788

## Schedule of Automobiles and Covered Automobiles         PAGE #10

This Schedule forms a part of Policy No. 10 C A43349E issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ............................................. 12:01 A. M., standard time.


THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges.  The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Year/Model Trade Name / Location (Town, State) | Body Type – Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) | *Purpose of Use / Rating Class | Purchased Mo./Yr. New–Used / Original Cost New or Rating Symbol | BI Liab. Prem. PIP Medical Payments Premium | PD Liab. Prem. Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) Amt. or "ACV" (Actual Cash Value) | Deductible if any Deductible if any | Rates Rates | Premiums (each covered automobile) | †Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4   72 FORD 2DR. #U15GLP28943 | | | P&B | | $14.00 $ | $ 4.00 $ | | | | | | |
| CIMARRON, N.M. | 06 | | IND TRK. | | $19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 55   61 FORD PK #F10JD170009 | | | C | | $14.00 $ | $ 4.00 $ | | | | | | |
| CIMARRON, N.M. | 06 | | IND TRK. | | $19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 56   72 FORD 2DR #U15GLP28942 | | | P&B | | $14.00 $ | $ 4.00 $ | | | | | | |
| CIMARRON, N.M. | 06 | | IND. TRK. | | $19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 57   63 FORD PK #F10JD420602 | | | C | | $14.00 $ | $ 4.00 $ | | | | | | |
| CIMARRON, N.M. | 06 | | IND. TRK. | | $19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 58   72 CHEV 4DR #CKS162F175471 | | | P&B | | $14.00 $ | $ 4.00 $ | | | | | | |
| CIMARRON, N.M. | 06 | | IND. TRK. | | $19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 59   72 CHEV 4DR #CKS162F175752 | | | P&B | | $14.00 $ | $ 4.00 $ | | | | | | |
| CIMARRON, N.M. | 06 | | IND. TRK. | | $19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 70   73 FORD PK ½ T #f10YRR86281 | | | C | | $14.00 $ | $ 4.00 $ | | | | | | |
| CIMARRON, N.M. | 06 | | IND. TRK. | | $19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| †Not Available in California   *P & B = Pleasure and Business; C = Commercial | | | | T O T A L S | $98.00 $133.00 | $28.00 $42.00 | | | | | $ $ | $ $ |

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.

| No. | Name and Address of Loss Payee | No. | |
|---|---|---|---|
| | CSL DISC 9% (.91) INCL | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

Automobile

Schedule of Automobiles

## Schedule of Automobiles and Covered Automobiles    PAGE #11

10 C A43349B



**THE HARTFORD**

This Schedule forms a part of Policy No. _____ issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date _____
12:01 A. M., standard time.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. PIP Medical Payments Premium | PD Liab. Prem. Uninsured Motorist Premium | Non. Coll. Cov. / Coll. Cov. | Amt. or "ACV" / Amt. or "ACV" | Deduc-tible if any / Deduc-tible if any | Rates / Rates | Premiums / Premiums | †Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 64 DODGE PK #1161405724 | | C | | $14.00 $ | $4.00 $ | $ | $ | $ | $ | $ | $ |
| | CIMARRON, NM | 06 | IND TRK | | $19.00 | $6.00 | | | | | | |
| 72 | 73 FORD PB #F50CVR80490 | | C | | $14.00 $ | $4.00 $ | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $19.00 | $6.00 | | | | | | |
| 73 | 57 CHEV PK #3A57E123301 | | C | | $14.00 $ | $4.00 $ | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $19.00 | $6.00 | | | | | | |
| 74 | 66 MACK TRK #DMA0351033 | | C | | $14.00 $ | $4.00 $ | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $19.00 | $6.00 | | | | | | |
| 75 | 69 FORD CB #F11YKE77849 | | C | | $14.00 $ | $4.00 $ | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $19.00 | $6.00 | | | | | | |
| 7. | 69 FORD CB #F11YKE77878 | | C | | $14.00 $ | $4.00 $ | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $19.00 | $6.00 | | | | | | |
| 77 | 69 CHEV 2DR #H31692847104 | | P&B | | $14.00 $ | $4.00 $ | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $19.00 | $6.00 | | | | | | |
| | | | | TOTAL | $98.00 $ | $28.00 | | | | | $ | |
| | | | | | $33.00 | $42.00 | | | | | $ | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

No. | Name and Address of Loss Payee | No. |
CBL DISC 9% (.91) INCL

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U.S.A.

BSA-PLAN_00251838

SA 2790

## Schedule of Automobiles and Covered Automobiles    PAGE #12

This Schedule forms a part of Policy No. 10 C A43349C issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ........................................
12:01 A. M., standard time.



**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / No. of Cyls. Truck Size, Body Type - Truck Size, Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. PIP / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each coverage and automobile) / Premiums | †Towing and Labor Costs / Premiums |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | 70 CHEV PK #134800K188070 | | C | | $ 14.00 | $ 4.00 | | $ | | | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK. | | $ 19.00 | $ 6.00 | | $ | $ | $ | $ | $ |
| 79 | 69 FORD S/W #U15F1D86049 | | P&B | | $ 14.00 | $ 4.00 | | $ | | | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK. | | $ 19.00 | $ 6.00 | | $ | $ | $ | $ | $ |
| 80 | 73 FORD 4DR #3P72H152401 | | P&B | | $ 14.00 | $ 4.00 | | $ | | | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK. | | $ 19.00 | $ 6.00 | | $ | $ | $ | $ | $ |
| 81 | 65 CATTLE DEPARTMENT TRAILER #145365 | | MOBILE | | $ | $ | | $ | | | $ | $ |
| | CIMARRON, N.M. | 06 | EQUIPMENT | | $ | $ | | $ | $ | $ | $ | $ |
| 82 | 71 DITCHWITCH #8162 | | MOBILE | | $ | $ | | $ | | | $ | $ |
| | CIMARRON, N.M. | 06 | EQUIPMENT | | $ | $ | | $ | $ | $ | $ | $ |
| 8. | 47 LOWBOY TRAILER #RMF-9000037 | | MOBILE | | $ | $ | | $ | | | $ | $ |
| | CIMARRON, N.M. | 06 | EQUIPMENT | | $ | $ | | $ | $ | $ | $ | $ |
| 84 | 73 GOOSE NECK TRAILER #182573 | | MOBILE | | $ | $ | | $ | | | $ | $ |
| | CIMARRON, N.M. | 06 | EQUIPMENT | | $ | $ | | $ | $ | $ | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

TOTALS: $ 42.00 | $ 12.00 | | | | $ | $
$ 57.00 | $ 18.00 | | | | $ | $

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CSL DIEC 9% (.91) 15CL | | | | | | | | | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251839

SA 2791

## Schedule of Automobiles and Covered Automobiles     PAGE #13
### 10 C A43389E

This Schedule forms a part of Policy No. .......................................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ....................................
12:01 A. M., standard time.



**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference premium.

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each covered automobile) | †Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | 53 CATTLE STOCK TRAILER #6550 | | MOBILE | | $ | $ | | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | O6 | EQUIPMENT | | $ | $ | | $ | $ | $ | $ | $ |
| 86 | 55 LOWBOY TRAILER (LA CROSS) CF6 | | MOBILE | | $ | $ | | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | O6 | EQUIPMENT | | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | | $ | $ | $ | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

**TOTALS**

| | $ | $ | | | | | $ | |

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | $ | $ | | | $ | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251840

SA 2792

## REAL PROPERTY — LIABILITY — FIRE

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A433493**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE
### MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
### OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

---

It is agreed that the Property Damage Liability Coverage applies to *property damage* to structures or portions thereof rented to or occupied by the *named insured* and described in this endorsement, including fixtures permanently attached thereto, if such *property damage* arises out of fire, subject to the following additional provisions:

1. With respect to the insurance provided by this endorsement, all of the exclusions of the policy, other than the Nuclear Energy Liability Exclusion (Broad Form), are deleted and replaced by the following:

   This insurance does not apply to liability assumed by the *insured* under any contract or agreement.

2. The limit of liability stated in this endorsement applies separately to the insurance under this endorsement and is in lieu of any other limit of liability stated in the policy.

| Description of Property | Limit of Liability | Rate (per $100 of Limit) | Premium |
|---|---|---|---|
| | $ | each *occurrence* | |

## SEE FORM AL-8-OC

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by.............................................................................
                                                                    *Authorized Agent*



**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

Form L-3037-1  Printed in U. S. A.  10-'69  (NBCU: G 209)

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the...

BSA-PLAN_00251841
SA 2793

# BOATS

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43349E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date................................................................12:01 A.M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
STOREKEEPER'S INSURANCE

It is agreed that:

1. The exclusion relating to watercraft does not apply to the watercraft described below.

2. The "Persons Insured" provision includes any person or organization legally responsible for the use of any such watercraft owned by the *named insured*, provided the actual use thereof is with the permission of the *named insured*.

3. The insurance with respect to any watercraft subject to this endorsement does not apply while the watercraft is rented to others or is used for carrying any passenger for a consideration unless this exclusion is stated in the schedule below to be inapplicable.

## SCHEDULE

| DESCRIPTION OF WATERCRAFT | CLASSIFICATION OF WATERCRAFT | CODE NUMBER | PREMIUM BASIS NUMBER OF WATERCRAFT | RATES EACH WATERCRAFT B.I.L. | P.D.L. | ADVANCE PREMIUM B.I.L. | P.D.L. |
|---|---|---|---|---|---|---|---|
| 1) CANOES 2) ANY VESSEL NOT EXCEEDING 50 FEET IN LENGTH AND REPORTED TO THE COMPANY WITHIN 60 DAYS OF ACQUISITION | | | 300 IF ANY | INCL. IN COMPOSITE RATE | | | |

Minimum Premium $.............................................Bodily Injury Liability   $.............................................Property Damage Liability

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by.......................................................................
................................................................*Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form L-3012-1   Printed in U.S.A.   (ISO: G 202)

BSA-PLAN_00251842
SA 2794

## ADDITIONAL INSURED
(Vendors—Limited Form)

Named Insured and Address

This endorsement forms a part of Policy No........**10 C AA33498**........
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date............................................................12:01 A. M., standard time at the address of the named insured as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE

It is agreed that the "Persons Insured" provision is amended to include any person or organization (herein referred to as "Vendor"), as an Insured,
but only with respect to the distribution or sale in the regular course of the Vendor's business of the Named Insured's products subject to the following
additional provisions:

1.  The insurance with respect to the Vendor does not apply to:

    (a) any express warranty, or any distribution or sale for a purpose, unauthorized by the Named Insured

    (b) bodily injury or property damage arising out of

        (i) any act of the Vendor which changes the condition of the products,

        (ii) any failure to maintain the product in merchantable condition,

        (iii) any failure to make such inspections, adjustments, tests or servicing as the Vendor has agreed to make or normally undertakes to make
    in the usual course of business, in connection with the distribution or sale of the products, or

        (iv) products which after distribution or sale by the Named Insured have been labeled or relabeled or used as a container, part or ingre-
    dient of any other thing or substance by or for the Vendor;

    (c) bodily injury or property damage occurring within the Vendor's premises.

2.  This insurance does not apply to any person or organization, as Insured, from whom the Named Insured has acquired such products or any
    ingredient, part or container, entering into, accompanying or containing such products.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



## THE HARTFORD
### INSURANCE GROUP
#### HARTFORD, CONNECTICUT

Countersigned by........................................................
*Authorized Agent*

Form L-3243-0   Printed in U. S. A.   10-'68   (NBCU: G-114)

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

BSA-PLAN_00251843
**SA 2795**

7 C A43349B

**Employee Benefits
Liability Insurance
Coverage Part**



**THE HARTFORD**

## SCHEDULE

Insurance is afforded with respect to the following coverage, subject to the limits of liability stated herein and to all the terms of the policy relating thereto.

| Coverage | Limits of Liability | | |
|---|---|---|---|
| Employee Benefits Liability | $ **500,000** | ,000 each claim | |
| | $ **500,000** | ,000 aggregate | |

| | Estimated Number of Employees | Rate (Each Employee) | Advance Premium |
|---|---|---|---|
| | | First 5,000 | **INCLUDED** |
| | | Next 5,000 | |
| | | Over 10,000 | |
| Form Numbers of Endorsements forming part of this Coverage Part at Issue: | | TOTAL ADVANCE PREMIUM $ | **IN COMPOSITE RATE** |

The conditions and provisions printed on Page EBL-2 of this form are a part hereof.

**(For use only if this Coverage Part is effective after the effective date of the Policy)**
This Coverage Part is effective_____ (at the hour stated in the policy) and forms a part of Policy No._____
issued to _____

Countersigned by_____
*Authorized Agent*

---

**I.   EMPLOYEE BENEFITS LIABILITY COVERAGE**

The company will pay on behalf of the **Insured** all sums in excess of the deductible amount which the **Insured** shall become legally obligated to pay as damages on account of any claim against the **Insured** arising out of any negligent act or omission within the United States of America, its territories or possessions, or Canada, in the administration of the **named Insured's Employee Benefit Programs**, provided such claim is first made against the **Insured** during the period this insurance is in force and the **Insured** at the effective date of this insurance had no knowledge of or could not have reasonably foreseen any circumstances which might result in a claim or suit.

The company shall have the right and duty to defend any suit against the **Insured** seeking damages on account of such a claim, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment, on account of one or more claims to which this insurance applies, of judgments or settlements or of sums described in the "Supplementary Payments" provision, or both.

**Exclusions**

This insurance does not apply to:

(a) any claim arising out of

 (1) **bodily injury** or **property damage**;
 (2) any dishonest, fraudulent, criminal or malicious act or out of libel, slander, discrimination or humiliation;
 (3) the failure of any investment or savings program to perform as represented by an **Insured**;
 (4) advice given by an **Insured** to an employee to participate or not to participate in any investment or savings program;

(b) any claim arising out of the failure of the **Insured**, or any insurer, fiduciary, trustee or fiscal agent, to perform any of their obligations or to fulfill any of their guarantees with respect to (i) the payment of benefits under **Employee Benefit Programs** or (ii) the providing, handling or investment of funds related thereto.

**II.   PERSONS INSURED**

Each of the following is an **Insured** under this insurance to the extent set forth below:

(a) if the **named Insured** is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the **named Insured** with respect to the conduct of such a business;

(b) if the **named Insured** is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the **named Insured** is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d) any employee of the **named Insured** while acting within the scope of his duties in connection with the **administration** of the **named Insured's Employee Benefit Programs**.

This insurance does not apply to any claim arising out of the conduct of any partnership or joint venture of which the **Insured** is a partner or member and which is not designated in this policy as a **named Insured**.

**III.   SUPPLEMENTARY PAYMENTS**

With respect only to the insurance under the Employee Benefits Liability Coverage, the "Supplementary Payments" provision is amended to read as follows:

**Supplementary Payments**

The company will pay, as part of and not in addition to, the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the **Insured** in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

The company does not certify that these records. At this time, the company business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

---

Form L-2853-2   CDR   Printed in U.S.A. (NS)                    EBL-1                    **Company Copy**

Subject to Protective Order – Highly Confidential

(b) premiums on appeal bonds required in any such suit, and premiums on bonds to release attachments in any such suit, for an amount not in excess of the applicable limit of liability of this insurance, but the company shall have no obligation to apply for or furnish any such bonds;

(c) reasonable expenses incurred by the **Insured** at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

## IV.   LIMITS OF LIABILITY — DEDUCTIBLE

Regardless of the number of (1) **Insureds** under this policy, or (2) claims made or suits brought on account of alleged acts or omissions by an **Insured**, the company's liability is limited as follows:

With respect to this insurance, the limit of liability stated in the Schedule as applicable to "each claim" is the total limit of the company's liability, including liability for all damages and for all costs, expenses and premiums for release of attachment or appeal bonds described in the "Supplementary Payments" provision and incurred in accordance therewith, on account of each claim to which this insurance applies.

For the purpose of applying the limits of the company's liability, all damages claimed by one employee as the result of a series of acts or omissions shall be considered as comprising one claim.

$1000 shall be deducted from the total amount of damages, exclusive of such costs, expenses and premiums, on account of each claim. All the terms of this insurance apply irrespective of the application of the deductible amount and the company may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, the **Insured** shall promptly reimburse the company for such part of the deductible amount as has been paid by the company.

The limit of liability stated in the Schedule as "aggregate" is, subject to the above provision respecting "each claim", the total limit of the company's liability, including liability for all damages and for all such costs, expenses and bond premiums incurred, on account of all claims to which this insurance applies.

## V.   ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):

"**administration**" means

(1) giving counsel to employees of the **named insured** including the employees' dependents and beneficiaries with respect to eligibility in or scope of **Employee Benefit Programs** available to such employee by virtue of his employment by the **named insured**;

(2) handling of records in connection with **Employee Benefit Programs**;

(3) effecting or terminating enrollment of any employee of the **named insured** under **Employee Benefit Program**;

provided all such acts are authorized by the **named insured**;

"**Employee Benefit Programs**" means a formal program or programs of employee benefits maintained in connection with the business or operations of the **named insured** covered by the Bodily Injury and Property Damage Liability Coverages of this policy, such as but not limited to Group Life Insurance, Group Accident or Health Insurance, Pension Plans, Employee Stock Subscription Plans, Workmen's Compensation, Unemployment Insurance, Social Security and Disability Benefits.

## VI.   CONDITIONS

1. All of the Conditions of the policy apply to this insurance except "Financial Responsibility Laws" and "Other Insurance".

2. **Excess Insurance** This insurance shall be excess insurance over any other valid and collectible insurance available to the **Insured**, and shall not contribute with any such other insurance.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form L-2853-2                           EBL-2

**GENERAL LIABILITY**
Amendatory Endorsement — Notice
(TEXAS)



**THE HARTFORD**

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

> COMPREHENSIVE GENERAL LIABILITY INSURANCE
> COMPREHENSIVE PERSONAL INSURANCE
> CONTRACTUAL LIABILITY INSURANCE
> FARMER'S COMPREHENSIVE PERSONAL INSURANCE
> FARM EMPLOYERS' LIABILITY AND FARM EMPLOYEES'
> MEDICAL PAYMENTS INSURANCE
> FARMERS MEDICAL PAYMENTS INSURANCE
> MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
> OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
> PREMISES MEDICAL PAYMENTS INSURANCE
> STOREKEEPER'S INSURANCE
> HOSPITAL PROFESSIONAL LIABILITY INSURANCE

As respects *bodily injury* liability coverage and *property damage* liability coverage, unless the company is prejudiced by the *insured's* failure to comply with the requirement, any provision of this policy requiring the *insured* to give notice of action, *occurrence* or loss, or requiring the *insured* to forward demands, notices, summons or other legal process, shall not bar liability under this policy.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy other than as herein stated.

This endorsement forms a part of the policy, issued by THE HARTFORD INSURANCE GROUP company designated therein, which indicates an endorsement forms a part thereof, and takes effect as of the effective date of said policy.

*President*

L-3600-0   Printed in U.S.A.   (ISO-G525)

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Additional Personal Injury
Protection Endorsement
(Minnesota)



**THE HARTFORD**

This endorsement forms a part of Policy No. 10  C  A43349E
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Named Insured and Address

Effective date .............................................................12:01 A. M., standard
time at the address of the named insured as stated herein.

## SCHEDULE

**SCHEDULE OF BENEFITS—ADDITIONAL PERSONAL INJURY PROTECTION COVERAGE**
The Company will pay up to the limit indicated for each of the benefits shown.

| A. MEDICAL EXPENSES | B. WORK LOSS | C. ESSENTIAL SERVICES EXPENSES | D. FUNERAL EXPENSES | E. SURVIVORS' LOSS | AUTO No. | PREMIUM |
|---|---|---|---|---|---|---|
| $100,000 per person | $ 50,000 per week | $ 25,000 per day | $ INCL per person | $ 400. per week | 23 | $ 36.00 $ $ |
| | AGGREGATE LIMIT FOR BENEFITS B, C, D AND E $ | | | | | $ |
| TOTAL AGGREGATE LIMIT FOR ALL PERSONAL INJURY PROTECTION BENEFITS $ | | | | | | $ |
| | | | | | TOTAL PREMIUM $ | 36.00 |

Named Individual(s):

It is agreed that such insurance as is afforded with respect to **bodily injury** sustained by the **named insured** or a **relative** under the Personal
Injury Protection Endorsement (Minnesota) is extended to apply as follows:

1. Such limits as are stated in the Schedule of this endorsement shall apply in lieu of, and not in addition to, those stated in the Schedule
   and in the "Limits of Liability" provision of the Personal Injury Protection Endorsement (Minnesota).

2. The insurance so afforded and the insurance as extended by this endorsement also apply with respect to **bodily injury** sustained by an
   individual specifically named in the Schedule hereof as though he were the **named insured**, or by a spouse or any other person related
   to such named individual by blood, marriage or adoption (including a ward, foster child, or minor in the custody of such named individual
   or such related person) who is a resident of the same household as such named individual, or who usually makes his home in the same
   household but temporarily lives elsewhere, as though such person were a **relative**.

3. This insurance does not apply to **bodily injury** sustained by any person while **occupying**, or while a pedestrian through being struck by,
   a **motor vehicle** owned by such person with respect to which additional personal injury protection coverage is not in effect.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy,
other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement
takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page
of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by............................................................

*Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form A-3353-0 Term   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

**New Jersey Additional
Personal Injury Protection**



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43349_**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................................... 12:01 A.M., standard time
at the address of the named insured as stated herein.

## SCHEDULE

1. Each of the following persons is a Person Insured for Additional Personal Injury Protection Coverage:

    (1) The **named insured** and his spouse if a resident of the same household.

    (2) ........................................................... (3) ...........................................................

2. The applicable limits of the Company's liability under the Basic Protection Endorsement for **income continuation benefits** and **essential services benefits** shall be as stated herein, subject to all the terms of the policy having reference thereto.

| COVERAGE | MAXIMUM | MAXIMUM TOTAL | AUTO NO. | PREMIUMS |
|---|---|---|---|---|
| Income Continuation Benefits | A. **96,400** Weekly | B. $ | | $ **129.00** $ $ |
| Essential Services Benefits | C. **10,220** Per Day | D. $ | | $ $ $ |
| | | | TOTAL PREMIUM $ | **129.00** |

It is agreed that the New Jersey Basic Personal Injury Protection Endorsement, hereinafter called the Basic Protection Endorsement, is amended as follows, but only with respect to any amounts payable thereunder because of **bodily injury** to an **eligible injured person** who is specifically designated herein as a Person Insured for Additional Personal Injury Protection Coverage:

1. The weekly and total limits applicable to **income continuation benefits** as stated in the Basic Protection Endorsement are amended by substituting therefor, respectively, the amounts shown opposite A. and B. in the Schedule above.

2. The per day and total limits applicable to **essential service benefits** as stated in the Basic Protection Endorsement are amended by substituting therefor, respectively, the amount shown opposite C. and D. in the Schedule above.

3. The limits of the Company's liability stated herein for **income continuation benefits** and **essential services benefits** shall not operate to increase the amount of any **survivor benefits** payable under the Basic Protection Endorsement.

4. The Company will pay an added death benefit of $10,000 to the surviving spouse, or if there is no surviving spouse, to the surviv-

ing children, or if there are no surviving spouse or surviving children, to the estate of the Person Insured for Additional Personal Injury Protection Coverage if his death results from **bodily injury** for which Basic Personal Injury Protection Benefits are payable and occurs within 90 days of the accident.

5. Subject to the limits of liability shown in the Schedule, the Company shall not be liable for more than 75% of weekly **income** in excess of $100, provided, however, that after $5,200 has been paid as **income continuation benefits** at the rate specified in the Basic Protection Endorsement the Company shall not be liable for more than 75% of weekly **income** thereafter.

6. This endorsement is subject to all the terms and provisions of the Basic Protection Endorsement not expressly modified herein.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by.............................................................................

*Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**A-2992-1 TERM** Printed in U. S. A. (ISO: A990a)

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251848
**SA 2800**

COMPANY COPY

ATTACH FORMS ALONG MARGIN BELOW THIS MARK +

## Automobile Medical Payments
## Insurance Coverage Part

| | Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|---|
| | Quality Control | | |

This Coverage Part forms a part of Policy No. ......**10 C A43349E**............................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*
This Coverage Part is effective.................................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

### SCHEDULE

The insurance afforded is with respect to the following coverage as indicated by specific premium charge or charges. The limit of the company's liability against such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Advance Premium | Limits of Liability |
|---|---|---|
| F — Automobile Medical Payments | $ 1443.00 | $ 5,000  each person |

**Designation of Automobiles—Division 1**

(1) ☐ Any *owned automobile*

(2) ☐ Any *hired automobile*

(3) ☒ Any licensed *owned private passenger automobile*

(4) ☐ Any *automobile* described in the schedule and designated "M.P."

(5) ☐ Any *non-owned automobile*

(6) ☐ ..............................................................

**Designated Person Insured—Division 2**

**Advance Premium**

$
$
$

**Form Numbers of Endorsements forming part of this Coverage Part at issue:**

The conditions and provisions printed on page AMP-2 of this form are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

Business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3008-1  CDR   Printed in U. S. A.   (ISO: CP-00-15) Ed 1-'74         AMP-1

Subject to Protective Order – Highly Confidential

**Protection Against
Uninsured Motorists
Insurance Coverage Part**

| Und. Approved | ential port | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No. ....10 C A43349E.................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

COMPANY COPY

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective...............................................(at the hour stated in the policy) and forms a part of the above designated policy issued to.......................................................................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverage | Advance Premium | Limits of Liability |
|---|---|---|
| U — Uninsured Motorists | $ 297.00 | $ 10 ,000 each person |
| | | $ 20 ,000 each accident |

Designated Insured:

### AS RESPECTS TO: WISCONSIN MAINE AND MINNESOTA

Description of *Insured Highway Vehicles*
    (Check appropriate box)

☒ Any *automobile* owned by the *named insured*

☐ Any *private passenger automobile* owned by the *named insured*

☐ Any *highway vehicle* to which are attached dealer's license plates issued to the *named insured*

☐ Any *highway vehicle* designated in the schedule of the policy by the letters "UM" and a *highway vehicle* ownership of which is acquired during the policy period by the *named insured* as a replacement therefor

☐ Any *mobile equipment* owned or leased by and registered in the name of the *named insured*

☐ .......................................................................................................

ATTACH FORMS ALONG MARGIN BELOW THIS MARK +

### I. COVERAGE U — UNINSURED MOTORISTS
*(Damages for Bodily Injury)*

The company will pay all sums which the *insured* or his legal representative shall be legally entitled to recover as damages from the owner or operator of an *uninsured highway vehicle* because of *bodily injury* sustained by the *insured*, caused by accident and arising out of the ownership, maintenance or use of such *uninsured highway vehicle*; provided, for the purposes of this coverage, determination as to whether the *insured* or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the *insured* or such representative and the company or, if they fail to agree, by arbitration.

No judgment against any person or organization alleged to be legally responsible for the *bodily injury* shall be conclusive, as between the *insured* and the company, of the issues of liability of such person or organization or of the amount of damages to which the *insured* is legally entitled unless such judgment is entered pursuant to an action prosecuted by the *insured* with the written consent of the company.

**Exclusions**

This insurance does not apply:

(a) to *bodily injury* to an *insured* with respect to which such *insured*, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor;

(b) to *bodily injury* to an *insured* while *occupying* a *highway vehicle* (other than an *insured highway vehicle*) owned by the *named insured*, any *designated insured* or any relative resident in the same household as the *named* or *designated insured*, or through being struck by such a vehicle, but this exclusion does not apply to the *named insured* or his relatives while *occupying* or if struck by a *highway vehicle* owned by a *designated insured* or his relatives;

(c) so as to inure directly or indirectly to the benefit of any workmen's compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workmen's compensation or disability benefits law or any similar law.

### II. PERSONS INSURED

Each of the following is an *insured* under this insurance to the extent set forth below:

(a) the *named insured* and any *designated insured* and, while residents of the same household, the spouse and relatives of either;

(b) any other person while *occupying* an *insured highway vehicle*; and

(c) any person, with respect to damages he is entitled to recover because of *bodily injury* to which this insurance applies sustained by an *insured* under (a) or (b) above.

The insurance applies separately with respect to each *insured*, except with respect to the limits of the company's liability.

The conditions and provisions printed on pages UM-2 and UM-3 of this form are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

does not certify that these documents constitute a complete and accurate copy of the policy.

A-3009-1   CDR   Printed in U. S. A.   (ISO: CP-00-25)   Ed. 1-'74        UM-1

**Protection Against
Uninsured Motorists
Insurance Coverage Part**

| Und. Approved | iential _port | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No. 10 C A43349E .......................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

This Coverage Part is effective.......................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to....................................................................................................................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverage | Advance Premium | Limits of Liability | |
|---|---|---|---|
| U — Uninsured Motorists | $ 32.00 | $ 15 | ,000 each person |
| | | $ 30 | ,000 each accident |

Designated Insured:

## AS RESPECTS TO: NEW JERSEY

Description of *Insured Highway Vehicles*
(Check appropriate box)

☒ Any *automobile* owned by the *named insured*

☐ Any *private passenger automobile* owned by the *named insured*

☐ Any *highway vehicle* to which are attached dealer's license plates issued to the *named insured*

☐ Any *highway vehicle* designated in the schedule of the policy by the letters "UM" and a *highway vehicle* ownership of which is acquired during the policy period by the *named insured* as a replacement therefor

☐ Any *mobile equipment* owned or leased by and registered in the name of the *named insured*

☐ ....................................................................................................................................................

### I. COVERAGE U — UNINSURED MOTORISTS
*(Damages for Bodily Injury)*

The company will pay all sums which the *insured* or his legal representative shall be legally entitled to recover as damages from the owner or operator of an *uninsured highway vehicle* because of *bodily injury* sustained by the *insured*, caused by accident and arising out of the ownership, maintenance or use of such *uninsured highway vehicle*; provided, for the purposes of this coverage, determination as to whether the *insured* or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the *insured* or such representative and the company or, if they fail to agree, by arbitration.

No judgment against any person or organization alleged to be legally responsible for the *bodily injury* shall be conclusive, as between the *insured* and the company, of the issues of liability of such person or organization or of the amount of damages to which the *insured* is legally entitled unless such judgment is entered pursuant to an action prosecuted by the *insured* with the written consent of the company.

### Exclusions

This insurance does not apply:

(a) to *bodily injury* to an *insured* with respect to which such *insured*, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor;

(b) to *bodily injury* to an *insured* while *occupying a highway vehicle* (other than an *insured highway vehicle*) owned by the *named insured*, any *designated insured* or any relative resident in the same household as the *named* or *designated insured*, or through being struck by a vehicle, but this exclusion does not apply to the *named insured* or his relatives while *occupying* or if struck by a *highway vehicle* owned by a *designated insured* or his relatives;

(c) so as to inure directly or indirectly to the benefit of any workmen's compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workmen's compensation or disability benefits law or any similar law.

### II. PERSONS INSURED

Each of the following is an *insured* under this insurance to the extent set forth below:

(a) the *named insured* and any *designated insured* and, while residents of the same household, the spouse and relatives of either;

(b) any other person while *occupying* an *insured highway vehicle*; and

(c) any person, with respect to damages he is entitled to recover because of *bodily injury* to which this insurance applies sustained by an *insured* under (a) or (b) above.

The insurance applies separately with respect to each *insured*, except with respect to the limits of the company's liability.

The conditions and provisions printed on pages UM-2 and UM-3 of this form are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

A-2009-1   CDR   Printed in U.S.A.   (ISO: CP-00-25)   Ed. 1-'74        UM-1

Subject to Protective Order – Highly Confidential

COMPANY COPY

ATTACH FORMS ALONG MARGIN BELOW THIS MARK +

## Comprehensive Automobile Liability Insurance — Coverage Part

**THE HARTFORD**

| Und. Approval | | |
|---|---|---|
| Quality Control | idential Report | Und. Notes: |

This Coverage Part forms a part of Policy No. **10 C A43349E** ....................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective........................................(at the hour stated in the policy) and forms a part of the above designated policy issued to....

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

### SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Advance Premiums | Limits of Liability |
|---|---|---|
| C — Bodily Injury Liability | $ 1131.00 | $ SEE SINGLE each person / $ LIMIT ,000 each occurrence |
| D — Property Damage Liability | $ 366.00 | $ ENDT ,000 each occurrence |

### Description of Hazards

**1.  Owned Automobiles          Premium Basis — Per Automobile**

| Year Model Body Type - Truck Size Trade Name (Truck Load, Gallonage, Bus Seating Capacity) | Identification No. (I) Serial No. (S) Motor No. (M) | Town and State in which the automobile will be principally garaged | (n) Purpose of Use Classification | Advance Premiums Coverage C | Coverage D |
|---|---|---|---|---|---|
| SEE SCHEDULE ATTACHED | | | | 952.00 | 276.00 |

**2.  Hired Automobiles          Premium Basis—Total Cost of Hire**

| Types Hired (b) | Locations where automobiles will be principally used | Purposes of Use (a) | Estimated Total Cost of Hire | Rates per $100 Total Cost of Hire Coverage C | Coverage D |
|---|---|---|---|---|---|
| IF ANY | NORTH BRUNSWICK, N.J. COM PPT | | | | |

**3.  Non-Owned Automobiles          Premium Basis—Total Number of Employees at all Locations**

Total Number of Employees at all Locations

| | | | | Coverage C | Coverage D |
|---|---|---|---|---|---|
| 900 NORTH BRUNSWICK, N.J. | | | | 179.00 | 90.00 |

Form Numbers of Endorsements forming part of this Coverage Part at issue:

| | TOTAL ADVANCE PREMIUMS | $ 1131.00 | $ 366.00 |
|---|---|---|---|

The conditions and provisions printed on page CAL-2 of this form are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

*Countersigned by*

*Authorized Agent*

(a) *P & B = Pleasure and Business; C = Commercial*
(b) *PP = Private Passenger Automobile; C = Commercial Automobile*

Form A-3717-0   CDR   Printed in U.S.A.   (ISO: CP-00-10)   Ed. 10-75          **CAL-1**

*ATTACH FORMS ALONG MARGIN BELOW THIS MARK →*

business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

| Und. Approved | fidential cport | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No. **10 C A43349E** ..................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*
This Coverage Part is effective.................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to.................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages and hazards thereunder as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| | Coverages | Limits of Liability | Hazards | | Advance Premiums |
|---|---|---|---|---|---|
| | GARAGE LIABILITY | | *Garage operations* including | | |
| | G. Bodily Injury Liability | $.........,000 each person | | *Automobile Hazard 1* | $ |
| | | $.........,000 each occurrence | | *Automobile Hazard 2* | $ |
| | | | | *Escalators* | $ |
| | H. Property Damage Liability | $.........,000 each occurrence subject to $100 deductible as set forth in Limits of Liability provision. | *Garage operations* including | *Automobile Hazard 1* | $ |
| | | | | *Automobile Hazard 2* | $ |
| | | | | *Escalators* | $ |
| | EXPENSES FOR MEDICAL SERVICES | | Premium Rate | | |
| | I. Automobile Medical Payments | $ | .........% of Coverage G Premium | | $ |
| | I. and J. Automobile and Premises Medical Payments | each person | .........% of Coverage G Premium | | $ |
| | GARAGEKEEPERS' LEGAL LIABILITY | Limits of Liability — each location | Less Deductible | | |
| | K-1. Fire and Explosion | As stated below | | | $ INCL |
| | K-2. Theft of the Entire Automobile | As stated below | | | $ INCL |
| | K-3. Riot, Civil Commotion, Malicious Mischief and Vandalism | As stated below | $25 each *loss* caused by malicious mischief or vandalism | | $ INCL |
| | K-4. Collision or Upset | As stated below. If Coverage K-4 is afforded, the limit stated below for each location includes $5,000 limit for *loss* to property other than *automobiles*. | $ 50 each *loss* caused by Collision or Upset | | $ INCL |
| | Form Numbers of Endorsements forming part of this Coverage Part at issue: | | Advance Prem. for Endorsements | | $ |
| | | | TOTAL ADVANCE PREMIUMS | | $ |

The following are the addresses of all premises where the named insured conducts garage operations.

| Location No. | Address (Show main sales location, if any, as Location No. 1) | GARAGE LIABILITY — Premium Basis (1) (2) (3): Remuneration (4): Total Number (5): Total Number | GARAGE LIABILITY — Rates (1) (2) (3): Per $100 Remuneration (4): Per Automobile (5): Per Escalator | | GARAGEKEEPERS' LEGAL LIABILITY | |
|---|---|---|---|---|---|---|
| | | | Coverage G | Coverage H | Limit of Liability | Maximum No. of Customers' Automobiles Stored |
| 1 | | (1) Class A $ | | | | |
| | | (2) Class B $ | | | | |
| | Description of Escalator Location in Building   Code No. | (3) Class C $ | | | $ | |
| | | (4) Furnished *Automobiles* | | | | |
| | | (5) *Escalators* | | | | |
| 2 | | (1) Class A $ | | | | |
| | | (2) Class B $ | | | | |
| | Description of Escalator Location in Building   Code No. | (3) Class C $ | | | $ | |
| | | (4) Furnished *Automobiles* | | | | |
| | | (5) *Escalators* | | | | |

All *automobiles* owned by the *named insured* are used principally in *garage operations* of the *named insured*, except *automobiles* (1) assigned to the *named insured*, a partner member or a member thereof, or an executive officer thereof, or, if a resident of the same household, the spouse of any of them or (2) furnished to any person or organization named below.

*Automobiles* owned by the *named insured* are furnished to the following persons or organizations for their regular use for other business purposes or for non-business purposes (do not list the *named insured*, any partner, member, executive officer, if a resident of the same household, the spouse of any of them, unless more than one *automobile* is furnished concurrently to such person and then show only the number of *automobiles* so furnished in excess of one).

| Name: | Number of Such Automobiles: |
|---|---|

The conditions and provisions printed on pages GAR-2, GAR-3 and GAR-4 are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

Form A-3013-0   CDR   Printed in U. S. A.   (ISO: GAR)        **GAR-1**

The company located these documents in its business records. At issue is whether the company can authenticate the documents and the company ... a complete and accurate copy of the policy.

BSA-PLAN_00251853

SA 2805

## Automobile Physical Damage
## Insurance (Fleet Automatic) Coverage Part

| Und. Approved | dential | Und. Notes: |
|---|---|---|
| Quality Control | Report. | |

This Coverage Part forms a part of Policy No. **10 C A43349E** .................................. issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective ..................................... (at the hour stated in the policy) and forms a part of the above designated policy issued to ..........................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

### SCHEDULE

Items
1.(a) The Insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges and, under each such coverage, applies only to such *covered automobiles* as are indicated, by entry herein, of one or more of the designating numerals for that purpose appearing in Division (b) of this item. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Coverages | ★Covered Automobiles | Limit of Liability — each *covered automobile* | | | Advance Premiums |
|---|---|---|---|---|---|
| | | Amount or "ACV" (Actual Cash Value) | Deductible | "S" entered below means: "An *separately* stated in the Schedule of Covered Automobiles made a part hereof" | |
| O. Comprehensive | CA-<br>CA- | ACV | $ | SEE SCHEDULE ATTACHED | $ 265.00 |
| P. Collision | CA-<br>CA- | | $ | | $ |
| Q. Fire, Lightning or Transportation | CA-<br>CA- | | | | $ |
| R. Theft | CA-<br>CA- | | | | $ |
| S. Windstorm, Hail, Earthquake or Explosion | CA-<br>CA- | | | | $ |
| T. Combined Additional | CA-<br>CA- | | | | $ |
| V. Towing (Not available in California) | CA-<br>CA- | —— $25 for each disablement —— | | | $ |

| Form Numbers of Endorsements forming part of this Coverage Part at issue: | Maximum Limit of Liability | Advance Premium for Endorsements | |
|---|---|---|---|
| $..................... | Any one *covered automobile* | | |
| $..................... | All *covered automobiles* at any one location | TOTAL ADVANCE PREMIUMS | $ 265.00 |
| $..................... | All *covered automobiles* | | |
| | Records to be submitted ("M" = monthly; "Q" = quarterly; "S" = semi-annually): | $..................... | |

(b) Explanation of above entries designating the *covered automobiles* to which this insurance applies, under each Coverage afforded:
★CA-1=all *covered automobiles*.
CA-2=all registered *covered automobiles*.
CA-3=all *covered automobiles* of the private passenger type.
CA-4=all *covered automobiles* of the commercial type.
CA-5=the *covered automobiles* described in the Schedule of Covered Automobiles made a part hereof (including newly acquired vehicles, subject to the provisions of paragraph (b) of the "*covered automobile*" definition)

When also entered with CA-1, 2, 3 or 4:
6=excluding vehicles leased to the *named insured*
7=excluding under Collision Coverage; any vehicle not having an actual cash value of at least $.....................

2. Schedule of Covered Automobiles as of effective date of this insurance
(a) Description; (b) Facts Respecting Purchase; (c) Limit of Liability (if not stated in Item 1 above), Rates, Advance Premiums

| AUTO No. | (a) | Year Model Trade Name | Body Type - Capacity (Truck Load, Gallonage, Bus Seating) | Identification No.(I). Serial No. (S). Motor No. (M) | No. of Cyls. Model | Principally garaged in (Town, State) | *Purpose of Use | Classification |
|---|---|---|---|---|---|---|---|---|
| 1 | | SEE SCHEDULE ATTACHED. | | | | | | |
| 2 | | | | | | | | |

| AUTO No. | (b) | List Price | Actual Cost | Purchased Mo./Yr.—New (N); Used (U) | Rating Symbol | Any *loss* under Coverages other than Towing is payable as interest may appear to the *named insured* and the Loss Payee named below: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |

| AUTO No. | (c) Limit of Liability—each *covered automobile* described in (a) above and covered for: | | | | Rates | Advance Premiums | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Coverages other than Collision Enter: Amt. or "ACV" | Deductible | Coverages under Collision Enter: "ACV" | Deductible | | Cov. O | Cov. P | Cov. Q | Cov. R | Cov. S | Cov. T | Cov. V |
| 1 | | $ | | $ | $ | $ | $ | $ | $ | $ | $ |
| 2 | | $ | | $ | $ | $ | $ | $ | $ | $ | $ |
| | "ACV" means Actual Cash Value | | | | Totals | $ | $ | $ | $ | $ | $ |

3. Except with respect to bailment lease, conditional sale, purchase agreement, mortgage or other encumbrance, the *named insured* is the sole owner of every *covered automobile* designated above as covered under this insurance, unless otherwise stated herein:

The conditions and provisions printed on pages PHF-2, PHF-3 and PHF-4 of this form are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect at the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

* P v B = Pleasure and Business; C = Commercial

A-3011-1  CDR  Printed in U.S.A.  (ISO: CP-00-35)  Ed. 8—'74

Countersigned by .....................................

Authorized Agent

**PHF-1**

Subject to Protective Order – Highly Confidential

GARAGE INSURANCE -- COVERAGE PART

| Und. Approved | | idential .eport | Und. Notes: |
|---|---|---|---|
| Quality Control | | | |

This Coverage Part forms a part of Policy No. ........10 C A43349E..............issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective....................................(at the hour stated in the policy) and forms a part of the above designated policy issued to....................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages and hazards thereunder as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Limits of Liability | Hazards | Advance Premiums |
|---|---|---|---|
| GARAGE LIABILITY | | *Garage operations including* | |
| G. Bodily Injury Liability | $...........,000 each person | *Automobile Hazard 1* | $ |
| | | *Automobile Hazard 2* | |
| | $...........,000 each occurrence | *Escalators* | $ |
| H. Property Damage Liability | $...........,000 each occurrence subject to $100 deductible as set forth in Limits of Liability provision. | *Garage operations including* | |
| | | *Automobile Hazard 1* | $ |
| | | *Automobile Hazard 2* | |
| | | *Escalators* | $ |
| EXPENSES FOR MEDICAL SERVICES | | Premium Rate | |
| I. Automobile Medical Payments | $........... each person | ............% of Coverage G Premium | |
| I. and J. Automobile and Premises Medical Payments | | ............% of Coverage G Premium | |
| GARAGEKEEPERS' LEGAL LIABILITY | Limits of Liability --- each location | Less Deductible | |
| K-1. Fire and Explosion | As stated below | | $ 502.00 |
| K-2. Theft of the Entire Automobile | As stated below | | $ INCL. |
| K-3. Riot, Civil Commotion, Malicious Mischief and Vandalism | As stated below | $25 each *loss* caused by malicious mischief or vandalism | $ 168.00 |
| K-4. Collision or Upset | As stated below. If Coverage K-4 is afforded, the limit stated below for each location includes $5,000 limit for loss to property other than automobiles. | $ 250 each *loss* caused by Collision or Upset | $ 388.00 |
| Form Numbers of Endorsements forming part of this Coverage Part at issue: | | Advance Prem. for Endorsements | $ |
| | | TOTAL ADVANCE PREMIUMS | $ 1058.00 |

The following are the addresses of all premises where the named insured conducts garage operations.

| Location No. | Address (Show main sales location, if any, as Location No. 1) | GARAGE LIABILITY — Premium Basis | | GARAGE LIABILITY — Rates | | GARAGEKEEPERS' LEGAL LIABILITY | |
|---|---|---|---|---|---|---|---|
| | | (1) (2) (3): Remuneration (4): Total Number (5): Total Number | | (1) (2) (3): Per $100 Remuneration (4): Per Automobile (5): Per Escalator | | Limit of Liability | Maximum No. of Customers' Automobiles Stored |
| | | | | Coverage G | Coverage H | | |
| 1 | PHILTOWER BLDG. TULSA, OKLA. | (1) Class A $ | | | | | |
| | | (2) Class B $ | | | | | |
| | Description of Escalator Location in Building / Code No. | (3) Class C $ | | | | $ 750,000 | 315 |
| | | (4) Furnished *Automobiles* | | | | | |
| | | (5) *Escalators* | | | | | |
| 2 | | (1) Class A $ | | | | | |
| | | (2) Class B $ | | | | | |
| | Description of Escalator Location in Building / Code No. | (3) Class C $ | | | | $ | |
| | | (4) Furnished *Automobiles* | | | | | |
| | | (5) *Escalators* | | | | | |

All *automobiles* owned by the *named insured* are used principally in *garage operations* of the *named insured*, except *automobiles* (1) assigned to the *named insured*, a partner therein or a member thereof, or an executive officer thereof, or, if a resident of the same household, the spouse of any of them or (2) furnished to any person or organization named below.

*Automobiles* owned by the *named insured* are furnished to the following persons or organizations for their regular use for other business purposes or for non-business purposes (do not list the *named insured*, any partner, member, executive officer or, if a resident of the same household, the spouse of any of them, unless more than one *automobile* is furnished concurrently to such person and then show only the number of *automobiles* so furnished in excess of one):

| Name: | Number of Such Automobiles: |
|---|---|
| | |

The conditions and provisions printed on pages GAR-2, GAR-3 and GAR-4 are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

The Company located these documents in its .......... referred to and made a part ........... the company accurate copy of the policy.

Form A-3013-0   CDR   Printed in U.S.A.   (ISO: GAR)                    GAR-1

BSA-PLAN_00251855
SA 2807

## Schedule of Automobiles and Covered Automobiles    PAGE #1



**THE HARTFORD**

This Schedule forms a part of Policy No. **10 C A43349B** issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date _____
12:01 A. M., standard time.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Class | *Purpose of Use | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. PIP Medical Payments Premium | PD Liab. Prem. Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) Amt. or "ACV" (Actual Cash Value) | Deductible if any Deductible if any | Rates Rates | Premiums (each covered automobile) †Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 69 CHEV DUMP #C5439P843448 | | | C | | $ 12.00 | $ 4.00 | | $ | $ | $ | $ |
| | MENDHAM, N. J. | 25 | IND. TRK. | | | $ 26.00 | $ 2.00 | | $ | $ | $ | $ |
| 2. | 75 DODGE P/U #D11B955164505 | | | C | | $ 12.00 | $ 4.00 | | $ | $ | $ | $ |
| | MENDHAM, N. J. | 25 | IND. TRK. | | | $ 26.00 | $ 2.00 | | $ | $ | $ | $ |
| 3. | 69 CHEV P/U #KS2495804986 | | | C | | $ 12.00 | $ 4.00 | | $ | $ | $ | $ |
| | MENDHAM, N. J. | 25 | IND. TRK. | | | $ 26.00 | $ 2.00 | | $ | $ | $ | $ |
| 4. | 70 FORD TRACTOR #C243596 | | | C | | $ 12.00 | $ 4.00 | | $ | $ | $ | $ |
| | MENDHAM, N.J. | 25 | IND. TRK. | | | $ 26.00 | $ 2.00 | | $ | $ | $ | $ |
| 5. | 66 CHEV VAN #PG1266P105182 | | | C | | $ 12.00 | $ 4.00 | | $ | $ | $ | $ |
| | MENDHAM, N. J. | 25 | IND. TRK. | | | $ 26.00 | $ 2.00 | | $ | $ | $ | $ |
| 6. | 66 INTL. BACKHOE #05182 | | | C | | $ 12.00 | $ 4.00 | | $ | $ | $ | $ |
| | MENDHAM, N.J. | 25 | IND. TRK. | | | $ 26.00 | $ 2.00 | | $ | $ | $ | $ |
| 7. | 73 DODGE P/U #026BE3P103904 | | | C | | $ 12.00 | $ 4.00 | | $ | $ | $ | $ |
| | MENDHAM, N.J. | 25 | IND. TRK. | | | $ 26.00 | $ 2.00 | | $ | $ | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

TOTAL $ 84.00 | $28.00
$ | $
$ 182.00 | $14.00 | $ | $

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.

| No. | Name and Address of Loss Payee | No. | |
|---|---|---|---|
| | CSL DISC 9% INC (.91) | | |
| | | | |
| | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U. S. A.

BSA-PLAN_00251856

SA 2808



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date ...................................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

NAMED INSURED ENDORSEMENT

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
PERSONAL INJURY LIABILITY INSURANCE
COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE
AUTOMOBILE PHYSICAL DAMAGE INSURANCE
PREMISES MEDICAL PAYMENTS INSURANCE
EMPLOYEE BENEFIT INSURANCE

NAMED INSURED ENDORSEMENT

IT IS AGREED THAT ITEM #1, NAMED INSURED SHALL READ AS FOLLOWS:

BOY SCOUTS OF AMERICA, NATIONAL AND REGIONAL COUNCILS

SOUTH CINCINNATI PARKING GARAGE

PHILMONT SCOUT RANCH, CIMARRON, N.M.

PHILTOWER BUILDING, TULSA OKLA.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ..................................................
Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

BSA-PLAN_00251857

SA 2809



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date .................................................12:01 A. M., standard time
at the address of the *named insured* as stated herein. ADDITIONAL INSURED
                                                    (EMPLOYEES COUNCIL MEMBERS, ETC)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

```
    COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE
    COMPREHENSIVE GENERAL LIABILITY INSURANCE
    AUTOMOBILE PHYSICAL DAMAGE INSURANCE
    CONTRACTUAL LIABILITY INSURANCE
    PERSONAL INJURY LIABILITY INSURANCE
```

IT IS AGREED THAT THE ADDITIONAL INSURED OF THE ABOVE MENTIONED POLICY

ARE:

EMPLOYEES, COUNCIL MEMBERS, EXECUTIVE BOARD MEMBERS, VOLUNTEERS,
TRUSTEES SPONSORS AND DONORS OF AUTOS ON WATERCRAFT.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ............................................
                                            Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. ......**10 C A43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date ................................................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

## NOTICE OF OCCURRENCE

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE
AUTOMOBILE PHYSICAL DAMAGE INSURANCE
CONTRACTUAL LIABILITY INSURANCE
PERSONAL INJURY LIABILITY INSURANCE

IT IS AGREED THAT NOTICE OF CLAIM OR SUIT TO THE INSURED, IS TO

BE DEEMED EFFECTIVE ONLY WHEN GIVEN TO AN EXECUTIVE OFFICERS OR

THE INSURANCE MANAGER AT B.S.A. NATIONAL HEADQUARTERS, NORTH

BRUNSWICK, N. J.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Countersigned by .........................................................
                                            *Authorized Agent*

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date ............................................ 12:01 A. M. standard time
at the address of the *named insured* as stated herein. ADDITIONAL INSURED
(U.S. FOUNDATION FOR INTERNATIONAL SCOUTING)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

ADDITIONAL INSURED

IN CONSIDERATION OF THE PREMIUM INCLUDED IN THE COMPOSITE RATE IT IS
UNDERSTOOD AND AGREED THAT THE POLICY IS EXTENDED TO INCLUDE THE
INTEREST OF U.S. FOUNDATION FOR INTERNATIONAL SCOUTING AS ADDITIONAL
INSURED.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ....................................................................................

*Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**Form AL-8-1 B**   Printed in U.S.A.   ISO:



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. ............................ 10 C A43349B
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date ...................................................12:01 A. M. standard time
at the address of the *named insured* as stated herein. **ADDITIONAL INSURED**
**(GOLDEN GATE SCOUTING)**

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

IN CONSIDERATION OF THE PREMIUM INCLUDED IN THE COMPOSITE RATE, IT IS
AGREED THAT THE POLICY IS EXTENDED TO INCLUDE THE INTEREST OF
GOLDEN GATE SCOUTING AS AN ADDITIONAL INSURED.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ....................................................................

Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B    Printed in U.S.A.   ISO:

BSA-PLAN_00251861

SA 2813

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43349E
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

## ELIMINATION OF EXCLUSION "C"

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### PERSONAL INJURY LIABILITY INSURANCE

IN CONSIDERATION OF THE PREMIUM INCLUDED IN THE COMPOSITE RATE IT IS
AGREED THAT EXCLUSION (C) OF THE PERSONAL INJURY LIABILITY COVERAGE PART
IS DELETED.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

*Countersigned by*...........................................................

*Authorized Agent*

Form AL-8-0 A   Printed in U. S. A.   10-'66   NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

AUTOMOBILE ·  10 C A43349E

## PROTECTION AGAINST UNINSURED MOTORISTS INSURANCE
(NEW JERSEY)

This endorsement forms a part of the policy issued by THE HARTFORD INSURANCE GROUP company designated therein, which indicates this endorsement forms a part thereof, and takes effect as of the effective date of said policy.

### SCHEDULE

| Designated Insured | Advance Premium | Limits of Liability | |
|---|---|---|---|
| | Included | Bodily Injury Liability: | 15 thousand dollars each person 30 thousand dollars each accident |
| | | Property Damage Liability: | 5 thousand dollars each accident |

Description of Insured Highway Vehicles:
An insured highway vehicle is any highway vehicle registered or principally garaged in New Jersey (1) which is designated by ☒ below or (2) if no ☒ is entered below, which is an owned automobile under Section I of the policy.

☐ A private passenger automobile owned by the named insured
☐ Owned by the named insured
☐ Designated in the declarations of the policy by the letters "UM" and any highway vehicle of the same type ownership of which is acquired during the policy period by the named insured as a replacement therefor
☐ Any mobile equipment owned by the named insured
☐ ........................................................................................................................................

In consideration of the payment of premium and subject to all of the provisions of this endorsement and to the applicable provisions of the policy, the company agrees with the named insured as follows:

### I. UNINSURED MOTORISTS COVERAGE

*(Damages for Bodily Injury and Property Damage Caused by Uninsured Highway Vehicles)*

The company will pay all sums which the insured or his legal representative shall be legally entitled to recover as damages from the owner or operator of an uninsured highway vehicle because of bodily injury or property damage, caused by accident and arising out of the ownership, maintenance or use of such uninsured highway vehicle; provided, for the purposes of this coverage, determination as to whether the insured or such representative is legally entitled to recover such damages, and if to the amount thereof, shall be made by agreement between the insured or such representative and the company or, if they fail to agree, by arbitration.

No judgment against any person or organization alleged to be legally responsible for the bodily injury or property damage shall be conclusive, as between the insured and the company, of the issues of liability of such person or organization or of the amount of damages to which the insured is legally entitled unless such judgment is entered pursuant to an action prosecuted by the insured with the written consent of the company.

#### Exclusions

This insurance does not apply:
(a) to bodily injury or property damage with respect to which the insured, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor;
(b) to bodily injury to an insured while occupying a highway vehicle (other than an insured highway vehicle) owned by the named insured, any designated insured or any relative resident in the same household as the named or designated insured, or through being struck by such a vehicle, but this exclusion does not apply to the named insured or his relatives while occupying or if struck by a highway vehicle owned by a designated insured or his relatives;
(c) to property contained in or struck by a highway vehicle (other than an insured highway vehicle) owned by the named insured, any designated insured or any relative resident in the same household as the named or designated insured, but this exclusion does not apply to property of the named insured or his relatives while contained in or struck by a highway vehicle owned by a designated insured or his relatives;
(d) so as to inure directly or indirectly to the benefit of any workmen's compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workmen's compensation or disability benefits law or any similar law;
(e) to the first $100 of the amount of property damage to the property of each insured as the result of any one accident;
(f) so as to inure directly or indirectly to the benefit of any insurer of property;
(g) to property damage arising out of the ownership, maintenance or use of a hit-and-run vehicle.

### II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:
(a) the named insured and any designated insured and, while residents of the same household, the spouse and relatives of either;
(b) any other person while occupying an insured highway vehicle; and
(c) any person, with respect to damages he is entitled to recover because of bodily injury to which this insurance applies sustained by an insured under (a) or (b) above.

The insurance applies separately with respect to each insured, except with respect to the limits of the company's liability.

### III. LIMITS OF LIABILITY

Regardless of the number of insureds under this insurance, the company's liability is limited as follows:
(a) The limit of bodily injury liability stated in the schedule as applicable to "each person" is the limit of the company's liability for all damages because of bodily injury sustained by one person as the result of any one accident and, subject to the above provision respecting "each person", the limit of liability stated in the schedule as applicable to "each accident" is the total limit of the company's liability for all damages because of bodily injury sustained by two or more persons as the result of any one accident.
(b) The limit of property damage liability stated in the schedule is the total limit of the company's liability for all damages because of property damage to all property of one or more insureds as the result of any one accident.
(c) Any amount payable under the terms of this insurance because of bodily injury or property damage sustained in an accident by a person who is an insured shall be reduced by
(1) all sums paid on account of such bodily injury or property damage by or on behalf of
(i) the owner or operator of the uninsured highway vehicle and
(ii) any other person or organization jointly or severally liable together with such owner or operator for such bodily injury or property damage,
including all sums paid under the bodily injury or property damage liability coverage of the policy, and
(2) the amount paid and the present value of all amounts payable on account of such bodily injury under any workmen's compensation law, disability benefits law or any similar law.
(d) Any payment made under this insurance to or for any insured shall be applied in reduction of the amount of damages which he may be entitled to recover from any person who is legally liable for such bodily injury or property damage under the bodily injury or property damage liability coverage of the policy.
(e) The company shall not be obligated to pay under this insurance that part of the damages which the insured may be entitled to recover from the owner or operator of an uninsured highway vehicle which represents expenses for medical services paid or payable under the medical payments or medical expense coverage of the policy or which represents loss paid or payable to the insured under any automobile physical damage insurance of the policy.

### IV. POLICY PERIOD; TERRITORY

This insurance applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada.

### V. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy);
"bodily injury" means bodily injury, sickness or disease, including death, sustained by an insured under (a) or (b) of the Persons Insured provision;
"designated insured" means an individual named in the schedule under Designated Insured and also includes his spouse, if a resident of the same household;
"highway vehicle" means a land motor vehicle or trailer other than
(a) a farm type tractor or other equipment designed for use principally off public roads, while not upon public roads,
(b) a vehicle operated on rails or crawler-treads, or
(c) a vehicle while located for use as a residence or premises;
"hit-and-run vehicle" means (1) a highway vehicle which causes an accident resulting in bodily injury to an insured arising out of physical contact of such vehicle with the insured or with a vehicle which the insured is occupying at the time of the accident, or (ii) a highway vehicle which without physical contact with the insured or with a vehicle which the insured is occupying at the time of the accident causes bodily injury to an insured arising out of an accident in New Jersey, provided:
(a) there cannot be ascertained the identity of either the operator or owner of such highway vehicle; and
(b) the insured or someone on his behalf shall have reported the accident within 48 hours to a police, peace or judicial officer or to the Commissioner of Motor Vehicles, and shall have filed with the company within 30 days thereafter a statement under oath that the insured or his legal representative has a cause or causes of action arising out of such accident for damages against a person or persons whose identity is unascertainable, and setting forth the facts in support thereof; and
(c) at the company's request, the insured or his legal representative makes available for inspection the vehicle which the insured was occupying at the time of the accident; and
(d) with respect to subdivision (ii) the facts of such accident can be corroborated by competent evidence other than the testimony of any person having a claim under this or any other similar insurance as the result of such accident;
"insured highway vehicle" means a highway vehicle:
(a) described in the schedule as an insured highway vehicle to which the bodily injury and property damage liability coverage of the policy applies;
(b) while temporarily used as a substitute for an insured highway vehicle as described in subparagraph (a) above, when withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction;
(c) while being operated by the named or designated insured or by the spouse of either if a resident of the same household;
but the term "insured highway vehicle" shall not include:
(i) a vehicle while used as a public or livery conveyance, unless use is specifically declared and described in the policy, or
(ii) a vehicle while being used without the permission of the owner;

... documents in its ... the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form A-2993-0   Printed in U.S.A.   11-'72   (ISO-A914a)

     BSA-PLAN_00251863

**SA 2815**

(iii) under subparagraphs (b) and (c) above, a vehicle owned by the named insured, any designated insured or any resident of the same household as the named or designated insured; or
(iv) under subparagraphs (b) and (c) above, a vehicle furnished for the regular use of the named insured or any resident of the same household;
"named insured" means the individual named in item 1 of the declarations and also includes his spouse, if a resident of the same household;
"occupying" means in or upon or entering into or alighting from;
"property damage" means injury to or destruction of (i) an insured highway vehicle owned by the named insured or his spouse, if a resident of the same household, (ii) any property owned by an insured under (a) or (b) of the Persons Insured provisions while contained in such insured highway vehicle and (iii) any property owned by an insured under (a) of the Persons Insured provision while contained in any insured highway vehicle;
"state" includes the District of Columbia, a territory or possession of the United States, and a province of Canada;
"uninsured highway vehicle" means:
(a) a highway vehicle with respect to the ownership, maintenance or use of which there is, in at least the amounts specified by the financial responsibility law of the state in which the insured highway vehicle is principally garaged, no bodily injury and property damage liability bond or insurance policy applicable at the time of the accident with respect to any person or organization legally responsible for the use of such vehicle, or with respect to which there is a bodily injury and property damage liability bond or insurance policy applicable at the time of the accident but the company writing the same denies coverage thereunder or it or becomes insolvent; or
(b) a hit-and-run vehicle, but only with respect to bodily injury caused thereby;
but the term "uninsured highway vehicle" shall not include:
(i) an insured highway vehicle,
(ii) a highway vehicle which is owned or operated by a self-insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law or any similar law,
(iii) a highway vehicle which is owned by the United States of America, Canada, a state, a political subdivision of any such government or an agency of any of the foregoing.

## VI. ADDITIONAL CONDITIONS

### A. Policy Provisions.
None of the Insuring Agreements, Exclusions, Conditions or other provisions of the policy shall apply to the insurance afforded by this endorsement except the Conditions "Notice" (or "Notice of Accident" or "Insured's Duties in Event of Occurrence, Claim or Suit"), "Changes," "Assignment," "Cancellation" and "Declarations".

### B. Premium.
If during the policy period the number of insured highway vehicles owned by the named insured or spouse or the number of dealer's license plates issued to the named insured changes, the named insured shall notify the company during the policy period of any change and the premium shall be adjusted in accordance with the manuals in use by the company. If the earned premium thus computed exceeds the advance premium paid, the named insured shall pay the excess to the company; if less, the company shall return to the named insured the unearned portion paid by such insured.

### C. Proof of Claim.
As soon as practicable, the insured or other person making claim shall give to the company written proof of claim, under oath if required, including full particulars of the nature and extent of the injuries, treatment, and other details entering into the determination of the amount payable hereunder. The insured and every other person making claim hereunder shall submit to examinations under oath by any person named by the company and subscribe the same, as often as may reasonably be required. Proof of claim shall be made upon forms furnished by the company unless the company shall have failed to furnish such forms within 15 days after receiving notice of claim.
The injured person shall submit to physical examinations by physicians selected by the company when and as often as the company may reasonably require and he, or in the event of his incapacity his legal representative, or in the event of his death his legal representative or the person or persons entitled to sue therefor, shall upon each request from the company execute authorization to enable the company to obtain medical reports and copies of records.
The insured or other person making claim for damage to property shall file proof of loss with the company within sixty days after the occurrence of loss, unless such time is extended in writing by the company, in the form of a sworn statement setting forth the interest of the insured and of all others therein in the property affected, any encumbrances thereon, the actual cash value thereof at time of loss, the amount, place, time and cause of such loss, and the description and amounts of all other insurance covering such property. Upon the company's request, the insured shall exhibit the damaged property to the company.

### D. Assistance and Cooperation of the Insured.
After notice of claim under this insurance, the company may require the insured to take such action as may be necessary or appropriate to preserve his right to recover damages from any person or organization alleged to be legally responsible for the bodily injury or property damage; and in any action against the company, the company may require the insured to join such person or organization as a party defendant.

### E. Notice of Legal Action.
If, before the company makes payment of loss hereunder, the insured or his legal representative shall institute any legal action for bodily injury or property damage against any person or organization legally responsible for the use of a highway vehicle involved in the accident, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded immediately to the company by the insured or his legal representative.

### F. Other Insurance.
With respect to bodily injury to an insured while occupying a highway vehicle not owned by the named insured, this insurance shall apply only as excess insurance over any other similar insurance available to such insured and applicable to such vehicle as primary insurance, and this insurance shall then apply only in the amount by which the limit of liability for this coverage exceeds the applicable limit of liability of such other insurance.
Except as provided in the foregoing paragraph, if the insured has other similar insurance available to him and applicable to the accident, the damages shall be deemed not to exceed the higher of the applicable limits of liability of this insurance and such other insurance, and the company shall not be liable for a greater proportion of any loss to which this coverage applies than the limit of liability hereunder bears to the sum of the applicable limits of liability of this insurance and such other insurance.
With respect to property damage, the insurance hereunder shall apply only as excess insurance over any other valid and collectible insurance of any kind applicable to such property damage, and this insurance shall apply only in the amount by which the limit of liability for this coverage exceeds the amount recoverable under such other insurance.

### G. Arbitration.
If any person making claim hereunder and the company do not agree that such person is legally entitled to recover damages from the owner or operator of an uninsured highway vehicle because of bodily injury or property damage to the insured, or do not agree as to the amount of payment which may be owing under this insurance, then, upon written demand of either, the matter or matters upon which such person and the company do not agree shall be settled by arbitration, which shall be conducted in accordance with the rules of the American Arbitration Association unless other means of conducting the arbitration are agreed to between the insured and the company, and judgment upon the award rendered by the arbitrators may be entered in any court having jurisdiction thereof. Such person and the company each agree to consider itself bound and to be bound by any award made by the arbitrators pursuant to this insurance.

### H. Trust Agreement.
In the event of payment to any person under this insurance:
(a) the company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the bodily injury or property damage because of which such payment is made;
(b) such person shall hold in trust for the benefit of the company all rights of recovery which he shall have against such other person or organization because of the damages which are the subject of claim made under this insurance;
(c) such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights;
(d) if requested in writing by the company, such person shall take, through any representative designated by the company, such action as may be necessary or appropriate to recover such payment as damages from such other person or organization, such action to be taken in the name of such person; in the event of a recovery, the company shall be reimbursed out of such recovery for expenses, costs and attorneys' fees incurred by it in connection therewith;
(e) such person shall execute and deliver to the company such instruments and papers as may be appropriate to secure the rights and obligations of such person and the company established by this provision.

### I. Payment of Loss by the Company.
Any amount due hereunder is payable
(a) to the insured, or
(b) if the insured be a minor to his parent or guardian, or
(c) if the insured be deceased to his surviving spouse, otherwise
(d) to a person authorized by law to receive such payment or to a person legally entitled to recover the damages which the payment represents; provided, the company may at its option pay any amount due hereunder in accordance with division (d) hereof.

### J. Action Against Company.
No action shall be against the company unless, as a condition precedent thereto, the insured or his legal representative has fully complied with all the terms of the policy applicable to this coverage.

### K. This endorsement replaces any other provisions of the policy, including any endorsement forming a part thereof, affording similar insurance with respect to any damages arising out of the ownership, maintenance or use of an uninsured vehicle or a hit-and-run vehicle.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT
Form A-2993-0  Printed in U.S.A.  11-'72  (ISO:A914a)

*President*

The company located in this document's business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**SA 2816**

**Personal Injury
Protection Endorsement
(Minnesota)**



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A4334E**
issued by THE HARTFORD INSURANCE GROUP company (desig-
nated therein, and makes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date ......................................................12:01 A. M., standard
time at the address of the named insured as stated herein.

## SCHEDULE OF BENEFITS

The Company will pay up to the limit indicated for each of the benefits shown.

| A. MEDICAL EXPENSES $20,000. per person less $ deductible | B. WORK LOSS $200. per week less $ deductible | C. ESSENTIAL SERVICES EXPENSES $15. per day | D. FUNERAL EXPENSES $1,250. per person | E. SURVIVORS' LOSS $200. per week | AUTO No. 25 | PREMIUM $ 3.00 |
|---|---|---|---|---|---|---|
| | | | | | | $ |
| | AGGREGATE LIMIT FOR BENEFITS B, C, D and E — $10,000. | | | | | $ |
| | | | | | TOTAL PREMIUM $ | 3.00 INCL |

The Company agrees with the **named insured**, subject to all of the provisions of this endorsement and to all of the provisions of the policy
except as modified herein, as follows:

### SECTION I

**PERSONAL INJURY PROTECTION COVERAGE**
The Company will pay, in accordance with the Minnesota no-fault
automobile insurance act, personal injury protection benefits for
(a) **medical expenses,**
(b) **work loss,**
(c) **essential services expenses,**
(d) **funeral expenses** and
(e) **survivors' loss**
incurred with respect to **bodily injury** sustained by an **eligible in-
jured person** caused by an accident arising out of the maintenance
or use of a **motor vehicle** as a vehicle.

**Exclusions**
This coverage does not apply:
(a) to **bodily injury** sustained by the **named insured or any relative**
arising out of the maintenance or use of any **motor vehicle**
owned by the **named insured** which is not an **insured motor
vehicle;**
(b) to **bodily injury** sustained by any **relative** arising out of the
maintenance or use of any **motor vehicle** owned by such rela-
tive with respect to which the security required by the Minne-
sota no-fault automobile insurance act is not in effect;
(c) to **bodily injury** sustained by any **relative** if such **relative** is
entitled to personal injury protection coverage as a self-
insured or as a **named insured** under the terms of any other
policy with respect to such coverage;
(d) to **bodily injury** sustained by any person, other than the **named
insured** or a **relative,** if such person is entitled to personal
injury protection coverage as a self insured or as a named
insured or relative under the terms of any other policy with
respect to such coverage;
(e) to **bodily injury** sustained by any person arising out of the
maintenance or use of a **motor vehicle,** other than the **insured
motor vehicle,**
  (a) being used in the business of transporting persons or
  property, or
  (b) furnished by the employer of the **named insured** or rela-
  tive,
if with respect to such vehicle the security required by the
Minnesota no-fault automobile insurance act is in effect, pro-
vided that such **bodily injury** is sustained while not **occupying**
another involved **motor vehicle;**
(f) to any benefits any person would otherwise be entitled to re-
ceive hereunder for **bodily injury** intentionally caused by such
person or arising out of his intentionally attempting to cause
**bodily injury,** and, if any person dies as a result of intentionally
causing or attempting to cause **bodily injury** to himself, his
survivors are not entitled to any **survivors'** loss benefits;
(g) to **bodily injury** sustained by any person in the course of an
officiated racing or speed contest, or in practice or preparation
therefor;
(h) to **bodily injury** sustained by any person if such injury arises
out of conduct within the course of a business of repairing,
servicing, or otherwise maintaining **motor vehicles** unless
such conduct occurs off the business premises;
(i) to **bodily injury** sustained by any person if such injury arises
out of conduct in the course of loading or unloading any **motor
vehicle** unless the conduct occurs while such person is **oc-
cupying** such **motor vehicle;**
(j) to **bodily injury** sustained by any person while **occupying** a
motorcycle;
(k) to personal injury protection benefits otherwise payable in the
event that a lapse of one year or more occurs in the period of
disability and medical treatment of an **eligible injured person**
as a result of any one accident;
(l) to **bodily injury** sustained by any person, other than the **named
insured** or any **relative,** arising out of the maintenance or use
by such person of a **motor vehicle** without a good faith belief
that he is legally entitled to use such motor vehicle;
(m) to **bodily injury** sustained by any person, other than the
**named insured** or any **relative,** while a pedestrian through

being struck by the **insured motor vehicle,** if the accident
occurs outside the State of Minnesota;
(n) to **bodily injury** sustained by any person arising out of the
maintenance or use of a **motor vehicle** while located for use
as a residence or premises;
(o) to **bodily injury** due to war, whether or not declared, civil war,
insurrection, rebellion or revolution, or to any act or condition
incident to any of the foregoing;
(p) to **bodily injury** resulting from the radioactive, toxic, explosive
or other hazardous properties of nuclear material;
(q) with respect to **work loss, essential services expenses,** and
**survivors' loss,** to **bodily injury** sustained by any person, other
than the **named insured** or **relative,** while **occupying** any
**motor vehicle,** not owned by the **named insured** or **relative,**
which is being operated by the **named insured** or **relative;**
(r) to **bodily injury** sustained by any person, other than the **named
insured** or any **relative,** while **occupying** a vehicle which is
regularly used in the course of the business of transporting
persons or property and which is one of five or more vehicles
under common ownership or a vehicle owned by a government
other than the State of Minnesota, its political subdivisions,
municipal corporations, or public agencies, if the accident
occurs outside the State of Minnesota.

**Definitions**
When used in reference to this coverage:
**"bodily injury"** means bodily injury, sickness or disease including
death at any time resulting therefrom;
**"eligible injured person"** means:
  (a) the **named insured** or any **relative** who sustains **bodily injury**
  while **occupying,** or while a pedestrian through being struck
  by, any **motor vehicle** or motorcycle;
  (b) any other person who sustains **bodily injury** while **occupying,**
  or while a pedestrian through being struck by, the **insured
  motor vehicle;**
  (c) any other person who sustains **bodily injury** while **occupying**
  a **motor vehicle** not owned by, but operated by the **named in-
  sured** or **relative,** other than a public or livery conveyance, if
  the **bodily injury** results from the operation of the **motor
  vehicle** by the **named insured** or **relative;**

**"essential services expense"** means expenses reasonably incurred
during a period commencing 8 days after the date of the accident
and during the **eligible injured person's** lifetime, in obtaining usual
and necessary substitute services in lieu of those that, had he not
been injured, he would have performed not for income but for the
direct benefit of himself or his household; if the non fatally injured
**eligible injured person** normally, as a full time responsibility, pro-
vides care and maintenance of a home, with or without children, the
benefit is the reasonable value of such care and maintenance, if
greater than the expense incurred;
**"funeral expense"** means reasonable expenses for professional
funeral and burial services including expenses for cremation, or
delivery under the Minnesota Uniform Anatomical Gift Act;
**"insured motor vehicle"** means a **motor vehicle** with respect to which
  (a) the **bodily injury** liability insurance of the policy applies and
  for which a specific premium is charged, and
  (b) the **named insured** is required to maintain security under the
  provisions of the Minnesota no-fault automobile insurance act;
**"medical expense"** means all reasonable expenses incurred for
necessary medical, surgical, x-ray, optical, dental, chiropractic and
rehabilitative services, including prosthetic devices, prescription
drugs, necessary ambulance, hospital, extended care and nursing
services, including necessary remedial treatment and services
recognized and permitted under the laws of Minnesota for an **eligible
injured person** who relies upon spiritual means through prayer alone
for healing in accordance with his religious belief;
**"motor vehicle"** means every vehicle including a trailer, other than
a motorcycle or other vehicle with fewer than four wheels, which
  (a) is required to be registered pursuant to Minnesota Statutes,
  Chapter 168, or

by the records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form A-3351-0   **TERM**   Printed in U. S. A.   (ISO: E070; CP;05-87)   Ed. 1-'78

(b) is designed to be self-propelled by an engine or motor for use primarily upon public roads, highways or streets in the transportation of persons or property;

**"named insured"** means the person or organization named in the declarations;

**"occupying"** means in or upon, entering into or alighting from;

**"relative"** means the spouse and any person related to the **named insured** by blood, marriage or adoption including a minor in the custody of the **named insured**, spouse or such related person who is a resident of the same household as the **named insured**, whether or not temporarily residing elsewhere;

**"survivors' loss"** means

(a) loss, in the event of the death of an **eligible injured person** occurring within one year from the date of the accident, of contributions of money or tangible things of economic value, not including services, that his surviving dependents would have received from him for their support during their dependency had he not suffered the fatal **bodily injury**, and

(b) expenses reasonably incurred by surviving dependents after the death of an **eligible injured person** in obtaining ordinary and necessary substitute services in lieu of those he would have performed for their benefit had he not suffered the fatal **bodily injury**; minus expenses of the surviving dependents avoided by reason of such death,

provided that the dependency of the surviving spouse shall be terminated in the event such surviving spouse remarries or dies, and the dependency of a child who is not physically or mentally incapacitated from earning shall be terminated in the event he attains majority, marries or becomes otherwise emancipated, or dies;

**"work loss"** means 85% of loss of gross income resulting from the **eligible injured person's** inability to work, reduced by any income from substitute work actually performed by the **eligible injured person**, or by any income he would have earned in available appropriate substitute work which he was capable of performing but unreasonably failed to undertake.

**Policy Period; Territory**

This coverage applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada.

**Limits of Liability**

Regardless of the number of persons insured, policies or plans of self-insurance applicable, claims made or **insured motor vehicles** to which this coverage applies, the Company's liability for personal injury protection benefits with respect to **bodily injury** sustained by any one **eligible injured person** in any one **motor vehicle** accident shall not exceed $30,000 in the aggregate and subject to such aggregate:

(a) the maximum amount payable for **medical expenses** shall not exceed $20,000;

(b) the maximum aggregate amount payable for **work loss, essential services expenses, funeral expenses** and **survivors' loss** shall not exceed $10,000 provided that:

1. the maximum amount payable for **work loss** shall not exceed $200 per week;

2. the maximum amount payable for **essential services expenses** shall not exceed $15 per day;

3. the maximum amount payable for **funeral expenses** shall not exceed $1,250; and

4. the maximum amount payable for **survivors' loss**

(i) with respect to paragraph (a) of the definition of **survivors' loss** shall not exceed $200 per week; and

(ii) with respect to paragraph (b) of the definition of **survivors' loss** shall not exceed $200 per week.

Any amount payable by the Company under the terms of this coverage shall be reduced by:

(a) any amounts paid, payable or required to be provided on account of such **bodily injury** under any workmen's compensation law;

(b) the amount of any deductible applicable to **medical expenses** set forth in the Schedule, but only with respect to **bodily injury** sustained by the **named insured** or by a **relative**, provided that, if two or more such persons sustain **bodily injury** in the same **motor vehicle** accident, the total amount of the deductible applicable to all of them shall not exceed the deductible amount stated in the Schedule and such amount shall be allocated equally among them;

(c) the amount of any deductible applicable to **work loss** set forth in the Schedule but only with respect to **bodily injury** sustained by the **named insured** or any **relative**.

**SECTION II**

In consideration of the coverage afforded under Section I and the adjustment of applicable rates:

(a) any amount payable under the Protection Against Uninsured Motorists Coverage shall be reduced by the amount of any personal injury protection benefits paid or payable or which would be paid or payable but for the application of a deductible under this or any other motor vehicle insurance policy because of **bodily injury** sustained by an **eligible injured person**;

**Conditions**

A. **Action Against Company.** No action shall lie against the Company unless as a condition precedent thereto, there shall have been full compliance with all the terms of this coverage.

B. **Notice.** In the event of an accident, written notice containing particulars sufficient to identify the **eligible injured person**, and also reasonably obtainable information respecting the time, place and circumstances of the accident shall be given by or on behalf of each **eligible injured person** to the Company or any of its authorized agents within 6 months from the date of the accident. If an **eligible injured person**, his legal representative or his surviving dependents shall institute legal action to recover damages for **bodily injury** against a person or organization who is or may be liable in tort therefor, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded as soon as practicable to the Company by such **eligible injured person**, his legal representative or his surviving dependents.

C. **Medical Reports; Proof of Claim; Rehabilitation Notice.** As soon as practicable, the **eligible injured person** or someone on his behalf shall give to the Company written proof of claim, under oath if required, including full particulars of the nature and extent of the **bodily injury**, treatment and rehabilitation received and contemplated, and such other information as may assist the Company in determining the amount due and payable. The **eligible injured person** shall submit to physical and mental examination by physicians selected by the Company when and as often as the Company may reasonably require. An **eligible injured person** who has undertaken a procedure or treatment for rehabilitation or a course of rehabilitative occupational training, other than medical rehabilitation procedure or treatment, shall notify the Company that he has undertaken the procedure, treatment, or training within 60 days after a rehabilitation expense exceeding $1,000 has been incurred for the procedure, treatment, or training, unless the Company knows or has reason to know of the undertaking. If the **eligible injured person** does not give the required notice within the prescribed time, the Company is responsible only for $1,000 or the expense incurred after the notice is given and within the 60 days before the notice, whichever is greater, unless failure to give timely notice is the result of excusable neglect.

D. **Subrogation.** Subject to any applicable limitations set forth in the Minnesota no-fault accident insurance act, in the event of any payment under this coverage, the Company is subrogated to the rights of the person to whom or for whose benefit such payments were made, to the extent of such payments, and such person shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. Such person shall do nothing after loss to prejudice such rights.

E. **Reimbursement and Trust Agreement.** Subject to any applicable limitations set forth in the Minnesota no-fault accident insurance act, in the event of any payment to any person under this coverage:

1. the Company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the **bodily injury** because of which such payment is made; and the Company shall have a lien to the extent of such payment, notice of which may be given to the person or organization causing such **bodily injury**, his agent, his insurer or a court having jurisdiction in the matter;

2. such person shall hold in trust for the benefit of the Company all rights of recovery which he shall have against such other person or organization because of such **bodily injury**;

3. such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights; and

4. such person shall execute and deliver to the Company instruments and papers as may be appropriate to secure the rights and obligations of such person and the Company established by this provision.

F. **Non-Duplication of Benefits; Other Insurance.** No **eligible injured person** shall recover duplicate benefits for the same elements of loss under this or any similar insurance including self-insurance. In the event the **eligible injured person** has other similar insurance including self-insurance available and applicable to the accident, the maximum recovery under all such insurance shall not exceed the amount which would have been payable under the provisions of the insurance providing the highest dollar limit, and the Company shall not be liable for a greater proportion of any loss to which this coverage applies than the limit of liability hereunder bears to the sum of the applicable limits of liability of this coverage and such other insurance.

(b) any Automobile Medical Payments or Medical Expense Coverage afforded under this policy shall be excess over any personal injury protection benefits paid or payable or which would be paid or payable but for the application of a deductible under this or any other motor vehicle insurance policy because of **bodily injury** sustained by an **eligible injured person**.

**SECTION III**

**CONSTITUTIONALITY CLAUSE.**

The premium for and the coverages of the policy have been established in reliance upon the provisions of the Minnesota no-fault automobile insurance act. In the event a court of competent jurisdiction declares, or enters a judgment the effect of which is to render, the provisions of such act invalid or unenforceable in whole or in part, the Company shall have the right to recompute the premium payable for the policy and the provisions of this endorsement shall be voidable or subject to amendment at the option of the Company.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by .................................................. Authorized Agent

**Form A-3351-Q**

The company located these documents in its business records. At this time, the company cannot certify that these documents constitute a complete and accurate copy of the policy.

**New Jersey Basic
Personal Injury Protection**



**THE HARTFORD**

Named Insured and Address

**10 C A43340**

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date ................................ 12:01 A. M., standard time
at the address of the named insured as stated herein.

**SCHEDULE**

| COVERAGE | Auto No. | PREMIUMS |
| --- | --- | --- |
| | 12 | $ 6.00 |
| | | $ |
| BASIC PERSONAL INJURY PROTECTION | | $ |
| | | $ |
| | | $ |
| | TOTAL PREMIUM | $ 6.00 INCL |

> This endorsement provides coverage as required under the New Jersey Automobile Reparation Reform Act, commonly referred to as the "New Jersey No-Fault Law".
>
> All terms printed in **bold face**, other than section headings or titles, are defined terms. For a complete understanding of provisions containing these terms refer to the section entitled "**Definitions**".

The Company agrees with the **named insured**, subject to all of the provisions in this endorsement and to all of the provisions of the policy except as modified herein, as follows:

**SECTION I**

**Basic Personal Injury Protection**

The Company will pay basic personal injury protection benefits consisting of

(a) medical expense benefits,
(b) income continuation benefits,
(c) essential services benefits,
(d) survivor benefits, and
(e) funeral expense benefits

with respect to **bodily injury** sustained by an **eligible injured person**, caused by accident and arising out of the ownership, maintenance or use, including loading or unloading, of a **private passenger automobile** as an automobile.

**Exclusions**

The insurance under this endorsement does not apply:

(a) to **bodily injury** to a person whose conduct contributed to the injury in any of the following ways:

(1). while committing a high misdemeanor or felony or seeking to avoid lawful apprehension or arrest by a police officer, or
(2). while acting with specific intent to cause injury or damage to himself or others;

(b) to **bodily injury** to the **named insured** or any **relative** of the **named insured** sustained while occupying, using or entering into or alighting from a **private passenger automobile** which is not an **insured automobile** under this policy, if he is required to maintain automobile liability insurance coverage with respect to the automobile under the New Jersey Automobile Reparation Reform Act;

(c) to **bodily injury** to any person, other than the **named insured** or a **relative** of the **named insured** or a resident of New Jersey, if the accident occurs outside of New Jersey;

(d) to **bodily injury** arising out of the ownership, maintenance, or use, including loading or unloading, of any vehicle while located for use as a residence or premises other than for transitory recreational purposes;

(e) to **bodily injury** due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(f) to **bodily injury** resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material.

**Definitions**

When used in reference to this insurance:

"**bodily injury**" means bodily injury, sickness or disease, including death at any time resulting therefrom;

"**eligible injured person**" means:

(a) the **named insured** or any **relative** of the **named insured**, if the **named insured** or **relative** sustains bodily injury

(1) while occupying, using, entering into or alighting from a **private passenger automobile**, or
(2) while a **pedestrian**, caused by a **private passenger automobile** or as a result of being struck by or from such an automobile; or

(b) any other person who sustains bodily injury

(1) while, with the permission of the **named insured**, occupying, using, entering into or alighting from the **insured automobile**, or
(2) while a **pedestrian**, caused by the **insured automobile** or as a result of being struck by an object propelled by or from the **insured automobile**;

"**essential services benefits**" means an amount not exceeding a total limit of $12.00 per day and a total limit of $4,380 payable to an eligible

**injured person** as reimbursement for payments made to others, for substitute essential services of the type actually rendered during his lifetime and which he would ordinarily have performed not for **income** but for the care and maintenance of himself and his **relatives**;

"**funeral expense benefits**" means an amount not exceeding $1,000 for reasonable funeral, burial and cremation expenses incurred;

"**income**" means salary, wages, tips, commissions, fees and other earnings derived from work or employment;

"**income continuation benefits**" means an amount not exceeding a limit of $100 per week and a total limit of $5,200 payable for the loss of **income** of an **income producer** during his lifetime, as a result of **bodily injury** disability;

"**income producer**" means a person who, at the time of the accident, was in an occupational status, earning or producing **income**;

"**insured automobile**" means an automobile with respect to which the **named insured** is required to maintain automobile liability insurance coverage under the New Jersey Automobile Reparation Reform Act, to which the **bodily injury** liability insurance of the policy applies and for which a specific premium is charged;

"**medical expense benefits**" means all reasonable expenses incurred for medical, surgical and dental treatment, professional nursing, hospital and rehabilitation services, x-ray and other diagnostic services, prosthetic devices, ambulance services, medication and other reasonable and necessary expenses incurred for treatment prescribed by persons licensed to practice medicine, surgery, psychology or chiropractic, or for any nonmedical remedial treatment rendered in accordance with a recognized religious method of healing;

"**named insured**" means the person or organization named as the insured in the declarations. If the **insured automobile** is owned by a farm family co-partnership or corporation, the term "**named insured**" also includes the head of the household of each family designated in the policy as having a working interest in the farm;

"**pedestrian**" means any person who is not occupying a vehicle propelled by other than muscular power and designed primarily for use on highways, rails and tracks and includes any person who is entering into or alighting from such a vehicle;

"**private passenger automobile**" means a self-propelled vehicle designed for use principally on public roads and which is one of the following types:

(1) a private passenger or station wagon type automobile,
(2) a pick-up or panel truck or delivery sedan, or
(3) a utility automobile designed for personal use as a camper or motor home or for family recreational purposes; but

a **private passenger automobile** does not include a motorcycle, an automobile used as a public or livery conveyance for passengers, a pick-up or panel truck, delivery sedan or utility automobile customarily used for business, occupational or professional purposes other than farming or ranching or a utility automobile customarily used for the transportation of passengers other than members of the user's family or their guests;

"**relative**" means a person related to the **named insured** by blood, marriage or adoption (including a ward or foster child) who is a resident of the same household as the **named insured**;

"**survivor benefits**" means the amount or amounts payable in the event of the death of an **eligible injured person** as determined in subdivision (1) or (2) hereof, as appropriate:

(1) if the **eligible injured person** was an **income producer** at the time of the accident, an amount equal to the difference between $5,200 and all basic **income continuation benefits** paid for any loss of **income** resulting from his injury prior to his death;

(2) if the **eligible injured person** ordinarily performed essential services for the care and maintenance of himself, his family or family household, an amount not to exceed the difference between $4,380 and all basic **essential services benefits** paid with respect to his injury prior to his death.

The Hartford insurance documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form A-2991-2   TERM   Printed in U.S.A.   (ISO: A989d; CP-05-61) Ed. 4-75

**Limit of Liability**

Any amount payable by the Company as personal injury protection benefits with respect to **bodily injury** shall be reduced by all amounts paid, payable or required to be provided under any workmen's compensation or employees temporary disability law, or under Medicare provided under federal law.

The applicable limit on **income continuation benefits** applies separately to each full regular and customary work week of an **eligible injured person**. In this disability from work or employment consists of or includes only a part of such a week, the Company shall be liable for only that proportion of such weekly limit that the number of days lost from work or employment during the part week bears to the number of days in his full work week.

**Policy Period; Territory**

This insurance applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions or Canada.

**Conditions**

1. **Notice.** In the event of an accident, written notice containing particulars sufficient to identify the **eligible injured person**, and also reasonably obtainable information respecting the time, place and circumstances of the accident shall be given by or on behalf of each **eligible injured person** to the Company or any of its authorized agents as soon as practicable. If any **eligible injured person**, his legal representative or survivors shall institute legal action to recover damages for injury against a person or organization who is or may be liable in tort therefor, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded as soon as practicable to the Company by such **eligible injured person**, his legal representative or his survivors.

2. **Medical Reports; Proof of Claim.** As soon as practicable the **eligible injured person** or someone on his behalf shall give to the Company written proof of claim, including full particulars of the nature and extent of the injuries and treatment received and contemplated, and such other information as may assist the Company in determining the amount due and payable. The **eligible injured person** shall submit to physical examination by physicians when and as often as the Company may reasonably require and a copy of the medical report will be forwarded to such **eligible injured person** if requested.

3. **Multiple Policies Applicable to One Accident: Non-duplication of Benefits; Priority of Complying Policies.** Regardless of the number of automobiles insured for basic personal injury protection coverage pursuant to Section 4 of the New Jersey Automobile Reparation Reform Act, or the number of insurers or policies affording such coverage, there shall be no duplication of payment of basic personal injury protection benefits and the aggregate maximum amount payable under this and all applicable policies with respect to **bodily injury** to any one person as the result of any one accident shall not exceed the applicable amounts or limits specified in Section 4 of said Act.

   This insurance applies on a primary basis to **bodily injury** to the **named insured** and his relative and on a secondary basis to all other **eligible injured persons**. Similarly, the basic personal injury protection coverage provided by other complying policies applies on a primary basis to **bodily injury** to those persons who are named insureds under such policies and their relatives. If an **eligible injured person** to whom this insurance applies on a secondary basis has other basic personal injury protection coverage under another complying policy applicable to his **bodily injury** on a primary basis, all claims for basic personal injury protection benefits shall first be made against the insurer issuing the other complying policy. No basic personal injury protection benefits shall be due and payable under this insurance unless the other insurer fails to pay such benefits by reason of insolvency and the Company has been given written notice by the claimant of such failure. "Complying Policy" means a policy of automobile liability insurance maintained pursuant to the requirements of Section 3 of the New Jersey Automobile Reparation Reform Act and providing basic personal injury protection coverage as approved by the Commissioner of Insurance.

4. **Reimbursement and Trust Agreement.** Subject to any applicable limitations set forth in the New Jersey Automobile Reparation Reform Act, in the event of any payment to any person under this endorsement:

   (a) the Company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the **bodily injury** because of which such payment is made; and the Company shall have a lien to the extent of such payment notice of which may be given to the person or organization causing such **bodily injury**, his agent, his insurer or a court having jurisdiction in the matter;

   (b) such person shall hold in trust for the benefit of the Company all rights of recovery which he shall have against such other person or organization because of such **bodily injury**;

   (c) such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights;

   (d) such person shall execute and deliver to the Company such instruments and papers as may be appropriate to secure the rights and obligations of such person and the Company established by this provision.

5. **Payment of Personal Injury Protection Benefits. Medical expense benefits and essential services benefits** may be paid at the option of the Company to the **eligible injured person** or the person or organization furnishing the products or services for which such benefits are due. In the event of the death of an **eligible injured person** any amounts payable, but unpaid prior to death, for **medical expense benefits** are payable to the **eligible injured person's** estate.

   Benefits payable under subdivision (1) of the definition of **survivor benefits** are payable to the **eligible injured person's** surviving spouse, or if there is no surviving spouse, to his surviving children, or if there are no surviving spouse or surviving children, to the **eligible injured person's** estate.

   Benefits payable under subdivision (2) of the definition of **survivor benefits** are payable to the person who has incurred the expense of providing essential services.

   **Funeral expense benefits** are payable to the **eligible injured person's** estate.

**SECTION II**

**Extended Medical Expense Benefits**

The Company will pay **medical expense benefits** not to exceed the total amount of $10,000 and **funeral expense benefits** with respect to **bodily injury** sustained by an **insured person**, caused by an accident occurring during the policy period within the United States of America, its territories or possessions or Canada and arising out of the ownership, maintenance or use, including loading or unloading, of an **insured automobile** or of a **highway vehicle** not owned by or furnished or available for the regular use of the **named insured** or any **relative** of the **named insured**.

The insurance under Section II is subject to all of the exclusions applicable to Section I, except that the word "person" in exclusion (c) is replaced by the word "**pedestrian**".

**Exclusions**

**Definitions**

The definitions under Section I apply to Section II and under Section II: "**highway vehicle**" means a land motor vehicle or trailer other than (1) a farm type tractor or other equipment designed for use principally off public roads, while not upon public roads, (2) a vehicle operated on rails or crawler-treads or (3) a vehicle while located for use as a residence or premises;

"**insured person**" means

(a) the **named insured** or any **relative** of the **named insured**, if the **named insured** or relative sustains **bodily injury**

   (1) while occupying, using, entering into or alighting from a **highway vehicle**; or

   (2) while a **pedestrian**, caused by a **highway vehicle**;

(b) any other person who sustains **bodily injury** while occupying a **highway vehicle** (other than a motorcycle or a vehicle while being used as a public or livery conveyance) if such **highway vehicle** is being operated by the **named insured** or a **relative** of the **named insured** or any other person using such **highway vehicle** with the permission of the **named insured**;

(c) any other person who sustains **bodily injury** while occupying an **insured automobile** if such **insured automobile** is being operated by the **named insured** or a **relative** of the **named insured** or any other person using such **insured automobile** with the permission of the **named insured**.

**Conditions**

Conditions 1, 2 and 4 of Section I apply to Section II, substituting the term "**insured person**" for "**eligible injured person**" wherever it appears therein. The following additional condition applies under Section II:

**Other Insurance or Benefits.** This insurance does not apply to loss or expense with respect to which an **insured person** is entitled to benefits under any workmen's compensation law or Medicare provided under federal law or under Section 4 of the New Jersey Automobile Reparation Reform Act.

This insurance does not apply to loss or expense to the extent that benefits are payable or are required to be provided therefor under any other automobile no-fault law or under any other automobile medical payments insurance.

**SECTION III**

In consideration of the insurance afforded under Sections I and II of this endorsement, and subject to all terms of applicable rates:

(a) any amount payable for economic loss under the Protection Against Uninsured Motorists Coverage shall be reduced by the amount of any personal injury protection benefits paid or payable under this or any other automobile insurance policy because of **bodily injury** to an **eligible injured person**;

(b) any Automobile Medical Payments or Medical Expense Coverage afforded under the policy is deleted with respect to an automobile which is an **insured automobile**.

**SECTION IV**

**Premium Recomputation**

The premium for the policy is based on rates which have been reduced in accordance with Section 18 of the New Jersey Automobile Reparation Reform Act to reflect the limitations on the right to recover damages imposed by Section 8 of said Act. If a court of competent jurisdiction declares, or enters a judgment the effect of which is to render, Section 8 of the Act invalid or unenforceable in whole or in part, the Company shall have the right to recompute the premium payable for the policy on the basis of revised rates which are subject to approval by the Commissioner of Insurance.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its business records. At this time, the company could not certify that these documents constitute a complete and accurate copy of the policy.

Authorized Agent

**Form A-2991-2  TERM**

**SA 2820**

**THE HARTFORD**

Unde...ng Copy — S.A.I.D.

PREMIUM / COMMISSION NOTIFICATION LETTER

**11-15-76**
(Date)

TO: **WILSON & ALLEN INC.**
(Producer)

**25 0480**
(Code)

☐ Commission Breakdown for Premium Discount

☒ Negotiated Commission / Premium Letter

Gentlemen:

Insured: **BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, N. J.**

Policy No.: **10 CA 43349E**

Policy Period: **1-1-76 - 1-1-77**

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | Commission Rate |
|---|---|---|
| AUTO PHY DAM | $ A/P $42.00 @ | 15 % |
| | $ @ | % |
| | $ @ | % |
| | $ @ | % |
| | $ @ | % |

Special Premium Instructions:

UNDERWRITING DEPARTMENT

All commission rates marked with an asterisk (*) are final rates. Those not marked with an asterisk are tentative rates subject to adjustment at final audit.

Form G-2168-2   Printed in U. S. A.   5-'72   COMPANY COPY

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251869

SA 2821

WILSON & ALLEN INC 25 0480

## Change, Elimination or Additio　i Automobile
## Change of Coverage — Amendment of Declarations


THE HARTFORD

Named Insured and Address

BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK, N J

This endorsement forms a part of Policy No.... 10 CA 43349E
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

Effective date........ 9-1-76

12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

Item
- ☐ 1. The *named insured's* NAME is amended to read ........
- ☐ 2. The *named insured's* ADDRESS is amended to read ........
- ☒ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.
- ☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:
- ☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

☐ 6. Automobile(s) ADDED —　　　*Purposes of Use (P and B = Pleasure and Business; C = Commercial)*

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| | | | | | | |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Sym-bol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| 4382. | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

A/R 1976 DODGE SPORTS VAN #B36BF6X135654

### SCHEDULE
The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)　　　　　　　ACV *means Actual Cash Value*

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY | | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ANNUAL | ADDITIONAL | RETURN |
| | X | | Bodily Injury Liability | $ 500 ,000 each person | | $ 9900 $ | | $ 3300 |
| | X | | | $ 500 ,000 each occurrence | | | | |
| | X | | Medical Payments | $ 5,000 each person | | $ 1800 $ | | $ 600 |
| | X | | Property Damage Liability | $ 500 ,000 each occurrence | | $ 4400 $ | | $ 1500 |
| | X | | Uninsured Motorists | $ 10 ,000 each person | | $ 400 $ | | $ 100 |
| | | | | $ 20 ,000 each accident | | | | |
| X | | | Comprehensive | ACV unless amount stated less $ deductible | | $ 3100 $ | 10 00 $ | |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $. |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | | | | $ | $ | $ |
| | | | | | | $ | $ | $ |
| | | | TOTALS | | $ 19600 $ | 10 00 $ | 5500 |
| | | | NET ADDITIONAL OR RETURN | | | 10 00 | 5500 |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Documents in this Exhibit ... All amendments copy A/R 33+ a complete and accurate copy of the policy.

Countersigned by ........

........ Authorized Agent

A-3459-0   Printed in U.S.A.

11-15 EV.

A/P $32.00

WILSON & ALLEN INC. 25 0480



THE HARTFORD

This endorsement forms a part of Policy No. 10 CA 43349E issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date 9-1-76 12:01 A.M., standard time at the address of the *named insured* as stated herein.

Named Insured and Address

BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK, N J

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

AUTOMOBILE PHYSICAL DAMAGE INSURANCE

IT IS HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES DESCRIBES ON FORM A3471-O COMPREHENSIVE COVERAGE IS ADDED.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by..........................................................

Form AL-8-1 A   Printed in U.S.A.   ISO:

Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

11-15 EV  WILSON & ALLEN INC. 25 0480

R/P$240.



**THE HARTFORD**

This endorsement forms a part of Policy No. 10 CA 43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Named Insured and Address

BOY SCOUTS OF AMERICA NATIONAL
COUNCIL

NORTH BRUNSWICK, N J

Effective date 9-1-76 ............................12:01 A.M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

IT IS HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES
DESCRIBES ON FORM A3471-O IS ELIMINATED FOR LIABILITY COVERAGE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ........................................................

*Authorized Agent*

Form AL-8-1 A   Printed in U.S.A.   ISO:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

## Schedule of Automobiles and Covered Automobiles

P7R.354



**THE HARTFORD**

This Schedule forms a part of Policy No. **10 CA 43349B** issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date **9-1-76**
12:01 A. M., standard time.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name — Body Type - Truck Size, No. of Cyls., Truck Load, Gallonage, Bus Seating Capacity — Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) — Rating Territory | *Purpose of Use — Rating Class | Purchased Mo./Yr. New-Used — Original Cost New or Rating Symbol | BI Liab. Prem. — Medical Payments Premium | PD Liab. Prem. — Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) — Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) — Amt. or "ACV" (Actual Cash Value) | Deductible if any — Deductible if any | Rates — Rates | Premiums (each car-automobile) — Premium | †Towing and Labor Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 72 CHEV CARRYALL #CCE262F175642 | | C | | $ | $ | | | $ | | $ | $ |
| | | | | | $ | $ | O | ACV | $ | 7.00 | | |
| | BOULDER JUNCTION WISC. | 09 | IND TRK | 3650 | $ | $ | | | $ | $ | | $ |
| 2 | 72 INTL TRAVELALL #3H0H0CHB51426 | | C | | $ | $ | | | $ | | | $ |
| | | | | | $ | $ | O | ACV | $ | 9.00 | | |
| | BOULDER JUNCTION WISC. | 09 | IND TRK | 4515 | $ | $ | | | $ | $ | | $ |
| 30 | 65 CHEV CARRYALL #C1465F143668 | | C | | $ | $ | | $ | $ | | | $ |
| | | | | | $ | $ | O | ACV | $ | 3.00 | | |
| | BOULDER JUNCTION WISC | 09 | 034986 | 625 | $ | $ | | | $ | $ | | $ |
| 32 | 52 WILLY JEEP #7815 | | P&B | | $ | $ | | $ | $ | | | $ |
| | | | | | $ | $ | O | ACV | $ | 10.00 | | |
| | BOULDER JUNCTION WISC | 09 | PPT | 435 | $ | $ | | | $ | $ | | $ |
| 33 | 63 CHEV P/U #C254F126644 | | C | | $ | $ | | $ | $ | | | $ |
| | | | | | $ | $ | O | ACV | $ | 3.00 | | |
| | BOULDER JUNCTION WISC | 09 | 034986 | 2,000 | $ | $ | | | $ | $ | | $ |
| | | | | | $ | $ | | $ | $ | | $ | |
| | | | | | $ | $ | | | $ | $ | | $ |
| | | | | | $ | $ | | $ | $ | | $ | |
| | | | | | $ | $ | | | $ | $ | | $ |
| | | | | | $ | $ | | $ | $ | | $ | |
| | | | | | $ | $ | | | $ | $ | | $ |

| | | TOTALS | | | |
|---|---|---|---|---|---|
| †Not Available in California   *P & B = Pleasure and Business; C = Commercial | | $ | $ | $32.00 | |
| LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO. | | $ | $ | $ | |
| No. | Name and Address of Loss Payee | No. | $ | $ | |
| | | | | | |
| | | | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U.S.A.

Subject to Protective Order – Highly Confidential

11-15 RV

## Schedule of Automobiles and Covered Automobiles

P/R.334

This Schedule forms a part of Policy No. 10 CA 43349B ........ issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date 9-1-76
12:01 A. M., standard time.



THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Class | *Purpose of Use / Original Cost New or Rating Symbol | Purchased Mo./Yr. New-Used | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert App-licable Symbols) | Coll. Cov. (Insert App-licable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deduc-tible if any / Deduc-tible if any | Rates / Rates | Premiums (each cov-ered auto-mobile) | †Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 72 CHEV CARRYALL #CCE262F175642 | | C | | | $ 6.00 | $ 1.00 | $ | $ | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION, WISC | 09 | IND TRK | | | $ 6.00 | $ 1.00 | | | $ | $ | $ | $ | $ |
| 22 | 73 INTL TRAVELALL #3H0H0CHB51426 | | C | | | $ 6.00 | $ 1.00 | | | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION, WISC | 09 | IND TRK | | | $ 6.00 | $ 1.00 | | | $ | $ | $ | $ | $ |
| 30 | 65 CHEV CARRYALL #C1465F143668 | | C | | | $ 33.00 | $ 15.00 | | | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION, WISC | 09 | 034986 | | | $ 6 00 | $ 1.00 | | | $ | $ | $ | $ | $ |
| 32 | 52 WILLYS JEEP #7815 | | P&B | | | $ 72.00 | $ 22.00 | | | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION, WISC | 09 | PPT | | | $ 7.00 | $ 1.00 | | | $ | $ | $ | $ | $ |
| 33 | 63 CHEV P/U #C254F126644 | | C | | | $ 33.00 | $ 15.00 | | | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION, WISC | 09 | 034986 | | | $ 6.00 | $ 1.00 | | | $ | $ | $ | $ | $ |
| | | | | | | $ | $ | | | $ | $ | $ | $ | $ |
| | | | | | | $ | $ | | | $ | $ | $ | $ | $ |
| | | | | | | $ | $ | | | $ | $ | $ | $ | $ |
| | | | | | | $ | $ | | | $ | $ | $ | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

| TOTALS | | |
|---|---|---|
| | $ 150.00 | $ 54.00 |
| | $ 31.00 | $ 5.00 |

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. | | | | | | $ | | | | $ | |

A-3471-0   Printed in U. S. A.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

BSA-PLAN_00251874

SA 2826



10/3/RN  WILSON  ALLEN INC  250480

*SAID COPY*

**Change, Elimination or Addition of Automobile
Change of Coverage — Amendment of Declarations**

**THE HARTFORD**

Named Insured and Address

10 C A43349E   BOY SCOUTS OF AMERICA NATIONAL COUNCIL
INC

NORTH BRUNSWICK, NJ

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date stated herein.

Effective date.................. 7/26/76                12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are Indicated by ☒:

Item
- ☐ 1. The *named insured's* NAME is amended to read .................. UNDERWRITING COPY ... SAID
- ☐ 2. The *named insured's* ADDRESS is amended to read ..................
- ☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended by entry in the SCHEDULE of this endorsement.
- ☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:   ☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | 71 CHEV CARRY ALL #C5261F650530 | | |

☒ 6. Automobile(s) ADDED —                                   *Purposes of Use (P and B = Pleasure and Business; C = Commercial)*

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged in (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 CHEV SPORT VAN #CGL366U213506 | | | | ORRINGTON, ME. | C | 034986 |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Sym-bol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

SCHEDULE                                                                    T-10

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

*(Insert X in applicable column)      ACV means Actual Cash Value                PREMIUMS

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| | | | Bodily Injury Liability | $ 500 ,000 each person | | | $ | $ |
| | | | | $ 500 ,000 each occurrence | $ NO | | $ | $ |
| | | | Medical Payments | $5,000 each person | | $ | $ | $ |
| | | | Property Damage Liability | $ 500 ,000 each occurrence | | $ | $ | $ |
| | | | Uninsured Motorists | $ 10 ,000 each person | | C H A UGE | $ | $ |
| | | | | $ 20 ,000 each accident | | $ | $ | $ |
| | | | Comprehensive | $ ACV unless amount stated less $ deductible | | $ | $ | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | | | | $ | $ | $ |
| | | | | | | $ | $ | $ |
| | | | TOTALS | | | $ | $ | $ |
| | | | NET ADDITIONAL OR RETURN | | | $ | | |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

The company certified these documents in its best knowledge and belief as a true copy. The company reserves the right to accept a complete and accurate copy of the policy.

Countersigned by.................................

Authorized Ag..

A-3459-0  Printed in U.S.A.

Subject to Protective Order – Highly Confidential



10/1/RH  WIL  I  & ALLEN INC  250400

**THE HARTFORD**   RP 236.00

Named Insured and Address

This endorsement forms a part of Policy No. ........ 10 C A43749E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

BOY SCOUTS OF AMERICA NATIONAL
COUNCIL INC

NORTH BRUNSWICK, NJ

Effective date ........... 9/1/76 ................ 12:01 A.M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

IN CONSIDERATION OF THE ABOVE RETURN PREMIUM IT IS HEREBY
UNDERSTOOD & AGREED THAT THE FOLLOWING VEHICLES ARE ELIMINATED
FROM THE CAPTIONED POLICY:

| VEH# | YEAR/MODEL | SERIAL # | | BI | PD | MP | UM |
|------|-----------|----------|-----|-----|-----|-----|-----|
| 17, | 74 CHEVY | CCZ264F180084 | ANNL | 14.00 | 4.00 | 16.00 | 3.00 |
| | | | P/R | 5.00 | 1.00 | 5.00 | 1.00 |
| 19, | 74 CHEVY | CCZ264F478065 | ANNL | 14.00 | 4.00 | 16.00 | 3.00 |
| | | | P/R | 5.00 | 1.00 | 5.00 | 1.00 |
| 24 | 72 CHEVY | CCE262F174138 | ANNL | 80.00 | 59.00 | 16.00 | 3.00 |
| | | | P/R | 27.00 | 20.00 | 5.00 | 1.00 |
| 25 | 72 CHEVY | CCE262F162163 | ANNL | 80.00 | 59.00 | 16.00 | 3.00 |
| | | | P/R | 27.00 | 20.00 | 5.00 | 1.00 |
| 26 | 73 CHEVY | CCZ263F171514 | ANNL | 80.00 | 59.00 | 16.00 | 3.00 |
| | | | P/R | 27.00 | 20.00 | 5.00 | 1.00 |
| 27 | 73 CHEVY | CCZ263F171673 | ANNL | 80.00 | 59.00 | 16.00 | 3.00 |
| | | | P/R | 27.00 | 20.00 | 5.00 | 1.00 |
| | | TOTAL R/P | | 118.00 | 82.00 | 30.00 | 6.00 |

PR.334

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ...................................................
Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 C   Printed in U.S.A.  ISO:

SA 2828

10/1/RR V  TOM G ALLEN INC  250460



**THE HARTFORD**

RP 26.00

Named Insured and Address

10 C A433495

This endorsement forms a part of Policy No...............................
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

8/30/76

Effective date .......................................... 12:01 A.M., standard time
at the address of the *named insured* as stated herein.

BOY SCOUTS OF AMERICA NATIONAL COUNCIL
INC

NORTH BRUNSWICK,NJ

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

IN CONSIDERATION OF THE ABOVE RETURN PREMIUM IT IS HEREBY UNDERSTOOD &
AGREED THAT THE FOLLOWING VEHICLES ARE ELIMINATED FROM THE CAPTIONED
POLICY:

| YEAR / MODEL | SERIAL # | | BI | PD | PIP | UM |
|---|---|---|---|---|---|---|
| 1976 FORD CLUBWAGON | E23HHE60438 | ANNL | 29.00 | 4.00 | 3.00 | 3.00 |
| | | P/R | 10.00 | 1.00 | 1.00 | 1.00 |
| 1976 FORD CLUB WAGON | E23HHC44073 | ANNL | 29.00 | 4.00 | 3.00 | 3.00 |
| | | PR | 10.00 | 1.00 | 1.00 | 1.00 |
| | | TOTAL R/P | 20.00 | 2.00 | 2.00 | 2.00 |

PR.340

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by...................................................

Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 C  Printed in U.S.A.  ISO:

 **THE HARTFORD**

PREMIUM / COMMISSION NOTIFICATION LETTER

__10/1/76__
(Date)

TO: __WILSON & ALLEN__
(Producer)

__250480__
(Code)

☐ Commission Breakdown for Premium Discount

☒ Negotiated Commission / Premium Letter

☐ Standard Average Commission

Gentlemen:

Insured: ......**BOY SCOUTS OF AMERICA**...............

.........**NATIONAL COUNCIL**...........................

Policy No.: ... __10 C A43349E__

Policy Period: __1/1/76 TO 1/1/77__

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | | Commission Rate |
|---|---|---|---|
| **COMP. AUTO LIAB** | $ __R/P 26.00__ | @ | __15__ % |
| | - $ _____ | @ | _____ % |
| | $ _____ | @ | _____ % |
| | $ _____ | @ | _____ % |
| | $ _____ | @ | _____ % |

Special Premium Instructions:

_____

_____

**ICBP AND CPP:** PROCESS AT STANDARD AVERAGE COMM. (1) Original entry (2) Automobile rerated annually. PROCESS ADDITIONAL OR RETURN PREMIUM AT A FIXED 15% COMM. (1) Endorsement changes (2) In term cancellations (3) Audit adjustments EXCEPT when the original 3 year prepaid premium is less than $2,000 or when the policy contains a line of insurance for which the normal line is less than 15%. PROCESS AT THE COMM. RATE USED TO BOOK EACH INDIVIDUAL ENTRY. (1) Anniversary and/or flat cancellations.

UNDERWRITING DEPARTMENT

All commission rates marked with an asterisk (*) are **final rates.** Those not marked with an asterisk are tentative rates subject to adjustment at final audit.

Form G.2168.7    Printed in U.S.A.    6/73        PREMIUM ACCOUNTING COPY

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.



## THE HARTFORD

PREMIUM / COMMISSION NOTIFICATION LETTER

**10/1/76**
(Date)

TO: **WILSON & ALLEN INC**                                    **250480**
(Producer)                                                   (Code)

[ ] Commission Breakdown for Premium Discount

[X] Negotiated Commission / Premium Letter

[ ] Standard Average Commission

Gentlemen:

Insured: **BOY SCOUTS OF AMERICA**

**NATIONAL COUNCIL**

Policy No.: **10 C A43349E**

Policy Period: **1/1/76 TO 1/1/77**

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | | Commission Rate |
|---|---|---|---|
| COMP. AUTO LIAB | $ R/P 236.00 | @ | 15 % |
| | - $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |

Special Premium Instructions:

_____

†CBP AND CPP: PROCESS AT STANDARD AVERAGE COMM. (1) Original entry (2) Automobile
rerated annually. PROCESS ADDITIONAL CR RETURN PREMIUM AT A FIXED 15% COMM. (1) En-
dorsement changes (2) In term cancellations (3) Audit adjustments EXCEPT when the original 3
year prepaid premium is less than $2,000 or when the policy contains a line of insurance for which
the normal line is less than 15%. PROCESS AT THE COMM. RATE USED TO BOOK EACH INDI-
VIDUAL ENTRY. (1) Anniversary and/or flat cancellations.

UNDERWRITING DEPARTMENT

All commission rates marked with an asterisk (*) are final rates. Those not marked with an asterisk are tentative rates subject to adjustment at final
audit.

Form C 21502   Printed in U. S. A.   5/73   PREMIUM ACCOUNTING COPY

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

BSA-PLAN_00251879

SA 2831

UNDERWRITING COPY        SAID

DS

**THE HARTFORD**                    PREMIUM / COMMISSION NOTIFICATION LETTER

__8-16-76__
(Date)

TO: __WILSON & ALLEN INC.__                              __25-0480__
        (Producer)                                         (Code)

☐ Commission Breakdown for Premium Discount

☒ Negotiated Commission / Premium Letter

† ☐ Standard Average Commission

Gentlemen:

Insured: __BOY SCOUTS OF AMERICA__

__NATIONAL COUNCIL__

Policy No.: __10 C A93349E__

Policy Period: __1-1-76 TO 77__

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | | Commission Rate |
|---|---|---|---|
| __COMP. AUTO LIAB.__ | $ __A/P 80.00__ | @ | __15__ % |
| | $ _____ | @ | _____ % |
| | $ _____ | @ | _____ % |
| | $ _____ | @ | _____ % |
| | $ _____ | @ | _____ % |

Special Premium Instructions:

_____

_____

**†CBP AND CPP: PROCESS AT STANDARD AVERAGE COMM.** (1) Original entry (2) Automobile
rerated annually. **PROCESS ADDITIONAL OR RETURN PREMIUM AT A FIXED 15% COMM.** (1) En-
dorsement changes (2) In term cancellations (3) Audit adjustments **EXCEPT** when the original 3
year prepaid premium is less than $2,000 or when the policy contains a line of insurance for which
the normal line is less than 15%. **PROCESS AT THE COMM. RATE USED TO BOOK EACH INDI-
VIDUAL ENTRY.** (1) Anniversary and/or flat cancellations.

The company located this document in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

UNDERWRITING DEPARTMENT

All commission rates marked with an asterisk (*) are _final rates_. Those not marked with an asterisk are tentative rates subject to adjustment at final
audit.

Form G-2168-2    Printed in U. S. A.    5-'72              COMPANY COPY

Subject to Protective Order – Highly Confidential

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**

 **THE HARTFORD**

WILSON & ALLEN INC. 25-0480
058-16-76

10 C A43349E

This endorsement forms a part of Policy No. ........................ issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date stated herein.

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**
**NORTH BRUNSWICK, N.J.**

Effective date ...... 7-7-76 ......   12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

**Item**

☐ 1. The *named insured's* NAME is amended to read ........................................................................

☐ 2. The *named insured's* ADDRESS is amended to read ..................................................................

☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:

☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |

☒ 6. Automobile(s) ADDED —   *Purposes of Use (P and B = Pleasure and Business; C = Commercial)*

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 DODGE SPORTS VAN | #B36BF6X135654 | | | BOULDER JUNCTION WISCONSIN | C | 034986 |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**T-09**

**SCHEDULE**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY (ACV means Actual Cash Value) | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| X | | | Bodily Injury Liability | $ 500 ,000 each person<br>$ 500 ,000 each occurrence | | $ 99 00 | $ 48 00 | $ |
| X | | | Medical Payments | $ 5,000 each person | | $ 18 00 | $ 9 00 | $ |
| X | | | Property Damage Liability | $ 500 ,000 each occurrence | | $ 44 00 | $ 21 00 | $ |
| X | | | Uninsured Motorists | $ 10 ,000 each person<br>$ 20 ,000 each accident | | $ 4 00 | $ 2 00 | $ |
| | | | Comprehensive | $ ACV unless amount stated<br>less $ deductible | | $ | $ | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | | | | $ | $ | $ |
| | | | | TOTALS | | 165 00 | 80 00 | $ |
| | | | | NET ADDITIONAL OR RETURN | | | 80 00 | $ |

★ (Insert X in applicable column)   PREMIUMS

**P/R .488**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by ........................................................................

*Authorized Agent*

A-3459-0   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

SA 2833



**THE HARTFORD**

PREMIUM / COMMISSION NOTIFICATION LETTER

**8-16-76**
(Date)

TO: **WILSON & ALLEN INC.**
(Producer)

**25-0480**
(Code)

☐ Commission Breakdown for Premium Discount

☒ Negotiated Commission / Premium Letter

☐ Standard Average Commission

Gentlemen:

Insured: **BOY SCOUTS OF AMERICA**

**NATIONAL COUNCIL**

Policy No.: **10 CA 43349E**

Policy Period: **1-1-76 TO 77**

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | | Commission Rate |
|---|---|---|---|
| **COMP. AUTO LIAB.** | $ **A/P 82.00** | @ | **15** % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |

Special Premium Instructions:

**ICBP AND CPP: PROCESS AT STANDARD AVERAGE COMM. (1) Original entry (2) Automobile rerated annually. PROCESS ADDITIONAL OR RETURN PREMIUM AT A FIXED 15% COMM. (1) En-dorsement changes (2) In term cancellations (3) Audit adjustments EXCEPT when the original 3 year prepaid premium is less than $2,000 or when the policy contains a line of insurance for which the normal line is less than 15%. PROCESS AT THE COMM. RATE USED TO BOOK EACH INDI-VIDUAL ENTRY. (1) Anniversary and/or flat cancellations.**

UNDERWRITING DEPARTMENT

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

All commission rates marked with an asterisk (*) are <u>final rates</u>. Those not marked with an asterisk are tentative rates subject to adjustment at final audit.

Form G-2168-2   Printed in U.S.A.   5-72          **COMPANY COPY**

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251882

SA 2834

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**



**THE HARTFORD**

WILSON & ALLEN INC. 25-0480
DS8-16-76

Named Insured and Address

This endorsement forms a part of Policy No..... 10 CA 43349E
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

BOU SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK, N.J.

Effective date.......... 7-8-76                    12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following items as are indicated by ⊠:

**Item**

☐ 1. The *named insured's* NAME is amended to read .....................................................

☐ 2. The *named insured's* ADDRESS is amended to read ...............................................

☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:     ☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |

⊠ 6. Automobile(s) ADDED —                    *Purposes of Use* (P and B = *Pleasure and Business;* C = *Commercial*)

| Year Model Trade Name | Body Type (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 72 CHEV. CARRY-ALL | #CCE162F149115 | NO.CC1 | | GOLDEN POND, KY | C | 024986 |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**                                                                 T-12

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)     ACV means *Actual Cash Value*          PREMIUMS

| ★Include | ★Delete | ★Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| X | | | Bodily Injury Liability | $ 500 ,000 each person | | $ 74 00 | 36 00 | $ |
| | | | | $ 500 ,000 each occurrence | | | | |
| X | | | Medical Payments | $ 5,000 each person | | $ 19 00 | 9 00 | |
| X | | | Property Damage Liability | $ ,000 each occurrence | | $ 72 00 | 35 00 | $ |
| | | | | $ 10 ,000 each person | | | | |
| X | | | Uninsured Motorists | $ 20 ,000 each accident | | $ 4 00 | 2 00 | |
| | | | Comprehensive | $ ACV unless amount stated | | $ | $ | $ |
| | | | | less $ deductible | | | | |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | | | | | | |
| | | | TOTALS | | $ | 159 00 | 82 00 | $ |
| | | | NET ADDITIONAL OR RETURN | | $ | 82 00 | | |

P/R .485

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

The company ........................ in its business .................. the company a complete and accurate copy of the policy.

A-3459-0  Printed in U.S.A.

Countersigned by............................................................

*Authorized Agent*

BSA-PLAN_00251883
SA 2835



**THE HARTFORD**

PREMIUM / COMMISSION NOTIFICATION LETTER

**8-16-76**
(Date)

TO: **WILSON & ALLEN INC.**
(Producer)

**25-0480**
(Code)

☐ Commission Breakdown for Premium Discount

☒ Negotiated Commission / Premium Letter

☐ Standard Average Commission

Gentlemen:

Insured: **BOY SCOUTS OF AMERICA**

**NATIONAL COUNCIL**

Policy No.: **10 CA 433495**

Policy Period: **1-1-76 TO 77**

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | | Commission Rate |
|---|---|---|---|
| **COMP. AUTO LIAB.** | $ **A/P 40.00** | @ | **15** % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |

Special Premium Instructions:

**[CBP AND CPP: PROCESS AT STANDARD AVERAGE COMM.** (1) Original entry (2) Automobile rerated annually. **PROCESS ADDITIONAL OR RETURN PREMIUM AT A FIXED 15% COMM.** (1) Endorsement changes (2) In term cancellations (3) Audit adjustments **EXCEPT** when the original 3 year prepaid premium is less than $2,000 or when the policy contains a line of insurance for which the normal line is less than 15%. **PROCESS AT THE COMM. RATE USED TO BOOK EACH INDIVIDUAL ENTRY.** (1) Anniversary and/or flat cancellations.

UNDERWRITING DEPARTMENT

The company located this document in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

All commission rates marked with an asterisk (*) are _final rates_. Those not marked with an asterisk are tentative rates subject to adjustment at final audit.

Form·G·2168·2   Printed in U. S. A.   5·'72        **COMPANY COPY**



# Change, Elimination or Addition of Automobile
# Change of Coverage — Amendment of Declarations

**THE HARTFORD**

WILSON & ALLEN INC. 25-0480
DSB-16-76

Named Insured and Address

This endorsement forms a part of Policy No......... **TO CA 43349E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**
**NORTH BRUNSWICK, N.J.**

Effective date.......... **7-26-76**

12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

Item

☐ 1. The *named insured's* NAME is amended to read ............................................................

☐ 2. The *named insured's* ADDRESS is amended to read ............................................................

☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:

☒ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification |
|---|---|---|---|
| | | | |

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|
| 71 CHEV. CARRY-ALL | #C5261F650350 | |

☒ 6. Automobile(s) ADDED —

*Purposes of Use (P and B = Pleasure and Business; C = Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 CHEV. SPORT-VAN | #CGL366U213586 | | | ORRINGTON, ME. | C | 034986 |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | |
|---|---|---|---|---|
| | | | | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**                                    **T-10**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)            ACV means Actual Cash Value                  PREMIUMS

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|
| X | | | Bodily Injury Liability | $ 500 ,000 each person $ 500 ,000 each occurrence | $ 47 00 | 20 00 | $ |
| X | | | Medical Payments | $ 5,000 each person | $ 9 00 | 4 00 | $ |
| X | | | Property Damage Liability | $ 500 ,000 each occurrence $ 10 ,000 each person | $ 34 00 | 15 00 | $ |
| X | | | Uninsured Motorists | $ 20 ,000 each accident | $ 2 00 | 1 00 | $ |
| | | | Comprehensive | $ ACV unless amount stated less $ deductible | $ | $ | $ |
| | | | Collision | ACV less $ deductible | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | $ | $ | $ |
| | | | Towing | $ each disablement | $ | $ | $ |
| | | | | | $ | $ | $ |
| | | | TOTALS | | $ 92 00 | $ 40 00 | $ |
| | | | NET ADDITIONAL OR MINIMUM $ | | | | |

P/R .436

The company furnished documents in its business files. In this case, the company furnished a complete and accurate copy of the policy.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by...................................................

*Authorized Agent*

A-3459-0   Printed in U.S.A.

BSA-PLAN_00251885
SA 2837



**THE HARTFORD**

WILSON & ALLEN INC. 25-0480
DS 8-16-76

This endorsement forms a part of Policy No.......................**10 C A43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date ........................................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, N.J.**

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### GARAGE KEEPERS' LEGAL LIABILITY

IN CONSIDERATION, IT IS HEREBY UNDERSTOOD AND AGREED
MAXIMUM NUMBER OF CUSTOMERS' AUTOMOBILES STORED SHOULD
READ 348 IN LIEU OF 315.
NO CHANGE IN PREMIUM.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by........................................................

*Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

**Form AL-8-1 B**   Printed in U.S.A.   ISO:

BSA-PLAN_00251886

**SA 2838**

 **THE HARTFORD**

PREMIUM / COMMISSION NOTIFICATION LETTER

UNDERWRITING COPY      SAID

7/9/RM
_____
(Date)

WILSON & ALLEN INC
_____
TO:
(Producer)

250480
_____
(Code)

☐ Commission Breakdown for Premium Discount

☒ Negotiated Commission / Premium Letter

☐ Standard Average Commission

Gentlemen:

Insured: BOY SCOUTS OF AMERICA

NATIONAL COUNCIL

Policy No.: 10 C A43349E

Policy Period: 1/1/76-77

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | Commission Rate |
|---|---|---|
| COMP. AUTO LIAB | $ A/P 1246.00 @ | 15 % |
| _____ | $ _____ @ | _____ % |
| _____ | $ _____ @ | _____ % |
| _____ | $ _____ @ | _____ % |
| _____ | $ _____ @ | _____ % |

Special Premium Instructions:

_____

_____

†CBP AND CPP: PROCESS AT STANDARD AVERAGE COMM. (1) Original entry (2) Automobile
rerated annually. PROCESS ADDITIONAL OR RETURN PREMIUM AT A FIXED 15% COMM. (1) En-
dorsement changes (2) In term cancellations (3) Audit adjustments EXCEPT when the original 3
year prepaid premium is less than $2,000 or when the policy contains a line of insurance for which
the normal line is less than 15%.   PROCESS AT THE COMM. RATE USED TO BOOK EACH INDI-
VIDUAL ENTRY.  (1) Anniversary and/or flat cancellations.

UNDERWRITING DEPARTMENT

All commission rates marked with an asterisk (*) are *final rates*. Those not marked with an asterisk are *tentative rates* subject to adjustment at final
audit.

Form G-2168-2   Printed in U. S. A.   5-'72      PREMIUM ACCOUNTING COPY

The company located in these sources business records. At this time, the company does not certify that these documents constitute a complete and accurate reflection

BSA-PLAN_00251887

SA 2839

RP 41.00

7/9/8A WILSO.. & ALLEN INC  250480



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

**6/4/76**

Effective date ................................................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

**BOY SCOUTS OF AMERICA
NATIONAL COUNCIL
NORTH BRUNSWICK, NJ**

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**AUTOMOBILE PHYSICAL DAMAGE**

**IT IS HEREBY UNDERSTOOD AND AGREED THAT THE FOLLOWING VEHICLES
DESCRIBED BELOW, COMPREHENSIVE COVERAGE IS ELIMINATED**

| VEHICLE # | TYPE | SERIAL # | P/R.578 |
|---|---|---|---|
| 29 | 69 CHEV CARRYALL | CE168F173539 | 6.00 |
| 30 | 65 CHEV CARRYALL | CI465F143668 | 6.00 |
| 31 | 65 CHEV CARRYALL | ICE463118947 | 6.00 |
| 32 | 52 WILLYS JEEP | 7815 | 11.00 |
| 33 | 63 CHEV P/U | G254F126644 | 6.00 |
| 34 | 69 FORD P/U | F10BLF12655 | 6.00 |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ................................................

Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

**Form AL-8-1 B**   Printed in U.S.A.  ISO:

Subject to Protective Order – Highly Confidential

AP 712.00

7/9/RM   WATSON & ALLEN INC   250480



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. ..................   **10 C A633A9E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

**BOY SCOUTS OF AMERICA**
**NATIONAL COUNCIL**

**NORTH BRUNSWICK, NJ**

Effective date ................................................12:01 A. M., standard time
**6/4/76**
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE   AUTOMOBILE LIABILITY**

**IT IS HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES DESCRIBED**

**ON FORM A3471-0 ARE ADDED FOR LIABILITY ONLY.**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ...............................................................................
                                                                   *Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

BSA-PLAN_00251889

SA 2841

# Schedule of Automobiles and Covered Automobiles



**THE HARTFORD**

This Schedule forms a part of Policy No. **ID C A43349E** ...............issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date **6/4/76**   12:01 A. M., standard time.

**P/R.578**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Body Type - Truck Size / Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory / Rating Class | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost - New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each covered automobile) | †Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 69 CHEV CARRYALL #CE168F173539 | | C | | $ 57.00 | $ 26.00 | $ | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION WISC | 09 | | 034986 / 1275 | $ 18.00 | $ 4.00 | | | | | | |
| ? | 65 CHEV CARRYALL #C1465F143668 | | C | C | $ 57.00 | $ 26.00 | $ | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION , WISC. | 09 | | 034986 / 625 | $ 18.00 | $ 4.00 | | | | | | |
| 31 | 61 CHEV CARRYALL #1C146J118947 | | C | | $ 57.00 | $ 26.00 | $ | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION WISC | 09 | | 034986 / 1175 | $ 18.00 | $ 4.00 | | | | | | |
| 32 | 52 WILLYS JEEP #7815 | | P&B | | $ 124.00 | $ 39.00 | $ | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION WISC. | 09 | PP7 | 435 | 20.00 | 6.00 | | | | | | |
| 33 | 63 CHEV P/U #C254F126644 | | C | | $ 57.00 | $ 26.00 | $ | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION WISC. | 09 | | 034986 / 2000 | 18.00 | 4.00 | | | | | | |
| ? | 69 FORD P/U #F10BLF12655 | | C | | $ 57.00 | $ 26.00 | $ | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION WISC. | 09 | | 034986 / 2450 | 18.00 | 4.00 | | | | | | |
| | | | | | $ | $ | | $ | $ | | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

**TOTALS** | $ 409.00 | $ 169.00 | | | | | $ | $ |

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.** | $ 110.00 | $ 28.00 | | | | | $ | $ |

| No. | Name and Address of Loss Payee | No. |
|---|---|---|

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

**Automobile** / **Schedule of Automobiles**

BSA-PLAN_00251890

SA 2842

7/9/RM  WILSON , ALEXX INC 250480

## Change, Elimination or Addition of Automobile
## Change of Coverage — Amendment of Declarations



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No...... **10 C A43349E**  **BOY SCOUTS OF AMERICA NATIONAL COUNCIL**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.  **NORTH BRUNSWICK, NJ**

Effective date................ **6/1/76**                12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

Item
- ☐ **1.** The *named insured's* NAME is amended to read ..........................................................................
- ☐ **2.** The *named insured's* ADDRESS is amended to read ..........................................................................
- ☐ **3.** CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.
- ☐ **4.** The CLASSIFICATION for the Automobile designated herein is amended to read as follows:     ☐ **5.** Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type – Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | | Year Model Trade Name | Body Type – Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

☒ **6.** Automobile(s) ADDED —                 *Purposes of Use (P and B = Pleasure and Business; C = Commercial)

| Year Model Trade Name | Body Type – Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 FORD CLUB WAGON | | #E23HHC40438 | | ELY, MINNESOTA | | |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Sym-bol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | 6060 | | | GARNER FORD AGENCY IN ELY MINNESOTA |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

### SCHEDULE
The insurance afforded for the added automobile is only with respect to and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)                 ACV means Actual Cash Value          PREMIUMS

| ★Include | ★Delete | ★Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| X | | | Bodily Injury Liability | $ 500 | ,000 each person | $ 19 | $ 17 | $ |
| | | | | $ 500 | ,000 each occurrence | | | |
| X | | | Medical Payments | $ | each person | $ | $ | $ |
| X | | | Property Damage Liability | $ 500 | ,000 each occurrence | $ 4 | $ 2 | $ |
| X | | | Uninsured Motorists | $ | ,000 each person | $ 3 | $ 1 | $ |
| | | | | $ | ,000 each accident | | | |
| | | | Comprehensive | $ | ACV unless amount stated | $ | $ | $ |
| | | | | less $ | deductible | | | |
| | | | Collision | ACV less $ | deductible | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ | ACV unless amount stated | $ | $ | $ |
| | | | Theft | $ | ACV unless amount stated | $ | $ | $ |
| | | | Combined Additional | $ | ACV unless amount stated | $ | $ | $ |
| | | | Towing | $ | each disablement | $ | $ | $ |
| X | | | PIP | | | $ | $ | $ |
| | | | | | TOTALS | | | $ |
| | | | | | NET ADDITIONAL OR RETURN | | 43 | $ |

The company used these documents in its business... the document... company a complete and accurate copy of the policy.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by...............................................................

A-3459-0   Printed in U.S.A.                                                    *Authorized Agent*

**SA 2843**

7/9/RM  WILSO'  & ALLEN  INC  250480

## Change, Elimination or Addition of Automobile
## Change of Coverage — Amendment of Declarations



**THE HARTFORD**

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

**TO C A 03343E**

Named Insured and Address

**BOY SCOUTS OF AMERICA**
**NATIONAL COUNCIL**

**NORTH BRUNSWICK,NJ**

Effective date...........**6/1/76**............

12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

**Item**

☐ **1.** The named insured's NAME is amended to read ..................................................................

☐ **2.** The named insured's ADDRESS is amended to read ..............................................................

☐ **3.** CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ **4.** The CLASSIFICATION for the Automobile designated herein is amended to read as follows:

☐ **5.** Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

☒ **6.** Automobile(s) ADDED —        *Purposes of Use (P and B = Pleasure and Business: C = Commercial)*

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| **76 FORD CLUB WAGON** | | **#E23RMC44073** | | **ELY MINNESOTA** | | **IND 7&X** |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Sym bol | |
|---|---|---|---|---|
| | **6000** | | | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and:<br>**GARHER FORD AGENCY IN ELY MINNESOTA** |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

## SCHEDULE

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)        ACV means Actual Cash Value

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY | PREMIUMS ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|
| ☒ | | | Bodily Injury Liability | $**500** ,000 each person<br>$**500** ,000 each occurrence | $ **29** | $ **17** | $ |
| | | | Medical Payments | $ each person | $ | $ | $ |
| ☒ | | | Property Damage Liability | $**500** ,000 each occurrence | $ **4** | $ **2** | $ |
| ☒ | | | Uninsured Motorists | $ **10** ,000 each person<br>$ **20** ,000 each accident | $ **3** | $ **2** | $ |
| | | | Comprehensive | $ ACV unless amount stated<br>less $ deductible | $ | $ | $ |
| | | | Collision | ACV less $ deductible | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | $ | $ | $ |
| | | | Towing | $ each disablement | $ | $ | $ |
| ☒ | | | **PIP** | | $ **3** | $ **2** | $ |
| | | | **TOTALS** | | $ **39** | $ **23** | $ |
| | | | NET ADDITIONAL OR RETURN | | | $ **24** or **16 &XX** | |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

The company spent these documents in its business and considers the company a complete and accurate copy of the documents.

Countersigned by.............................................

*Authorized Agent*

A-3459-0   Printed in U.S.A.

RP 115.00

WILSON & I   IN IRC 250480



**THE HARTFORD**

Named Insured and Address

TO C A43349E

**BOY SCOUTS OF AMERICA
NATIONAL COUNCIL**

This endorsement forms a part of Policy No.................................
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

**NORTH BRUNSWICK, NJ**

6/1/76

Effective date ..........................................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**AUTOMOBILE PHYSICAL DAMAGE**

**IT IS HEREBY UNDERSTOOD AND AGREED THAT THE FOLLOWING VEHICLES DESCRIBED
BELOW COMPREHENSIVE COVERAGE IS ELIMINATED:**

| VEHICLES | TYPE | SERIAL # | P/R.586 |
|----------|------|----------|---------|
| 24 | 72 CHEV CARRYALL | CCE262F174138 | 24.00 |
| 25 | 72 CHEV CARRYALL | CCE262F162143 | 24.00 |
| 26 | 73 CHEV CARRYALL | CCZ263F171514 | 24.00 |
| 27 | 73 CHEV CARRYALL | CC2263F171671 | 24.00 |
| 28 | 71 CHEV CARRYALL | CS261FC56350 | 19.00 |
|  |  |  | 115.00 |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Countersigned by ......................................................................................

*Authorized Agent*

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

AP 460.00



**THE HARTFORD**

7/9/RX  VI   IU & ALLEN INC   250480

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, NJ**

IO C A03349E

This endorsement forms a part of Policy No............................................
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

6/1/76

Effective date ...............................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IT IS HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES DESCRIBED ON FORM A3471-0 ARE ADDED FOR LIABILITY ONLY.**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by.................................................................................
                                              *Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

BSA-PLAN_00251894

SA 2846

7/9/AM VIL    & ALLEN INC 250480

## Change, Elimination or Addition of Automobile
## Change of Coverage — Amendment of Declarations

 **THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No........**10 C A43349E**
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, NJ**

Effective date.........**5/19/76**

12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

Item
- ☐ 1. The *named insured's* NAME is amended to read ......................................................
- ☐ 2. The *named insured's* ADDRESS is amended to read .................................................
- ☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.
- ☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:
- ☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

☒ 6. Automobile(s) ADDED —    *Purposes of Use (P and B = Pleasure and Business; C = Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 CHEVY CARRYHAUL | | #CCL266F181042 | | GOLDEN POND KY | C | IND TRUCK |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | |
|---|---|---|---|---|
| | | | | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named Insured and: |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

### SCHEDULE     T-12

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)    ACV means Actual Cash Value    PREMIUMS

| ★Include | ★Delete | ★Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| X | | | Bodily Injury Liability | $ 500,000 each person | | $ 20 | $ 12 | $ |
| | | | | $ 500,000 each occurrence | | | | |
| X | | | Medical Payments | $ 5000 each person | | $ 19 | $ 11 | $ |
| X | | | Property Damage Liability | $ 500,000 each occurrence | | $ 6 | $ 2 | $ |
| X | | | Uninsured Motorists | $ 10,000 each person | | $ 5 | $ 2 | $ |
| | | | | $ 20,000 each accident | | | | |
| | | | Comprehensive | $ ACV unless amount stated less $ deductible | | $ | $ | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | | | | $ | $ | $ |
| | | | | | TOTALS | $ 57 | $ 28 | $ |
| | | | | | NET ADDITIONAL OR RETURN | | | $ 28.612 |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by.........................................................

*Authorized Agent*

A-3459-0   Printed in U.S.A.

The comparison of these documents in its entirety with the enclosed computer service, the company and a complete and accurate copy of the records.

*SAID  COPY*



**THE HARTFORD**

PREMIUM / COMMISSION NOTIFICATION LETTER

06-22-76
(Date)

TO: **WILSON AND ALLEN INC**
(Producer)

**25 0480**
(Code)

☐ Commission Breakdown for Premium Discount

☒ Negotiated Commission / Premium Letter

†☐ Standard Average Commission

**UNDERWRITING COPY**   *SAID*

Gentlemen:

Insured: **BOY SCOUTS OF AMERICA NATIONAL**

**COUNCIL**

Policy No.: **10 CA 43349E**

Policy Period: **1-1-76 TO 1-1-77**

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | | Commission Rate |
|---|---|---|---|
| C GL | $ A/P 1379.00 | @ | 10.0 % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |

Special Premium Instructions:

†CBP AND CPP:  PROCESS AT STANDARD AVERAGE COMM. (1) Original entry (2) Automobile
rerated annually. PROCESS ADDITIONAL OR RETURN PREMIUM AT A FIXED 15% COMM. (1) En-
dorsement changes (2) In term cancellations (3) Audit adjustments EXCEPT when the original 3
year prepaid premium is less than $2,000 or when the policy contains a line of insurance for which
the normal line is less than 15%.  PROCESS AT THE COMM. RATE USED TO BOOK EACH INDI-
VIDUAL ENTRY.  (1) Anniversary and/or flat cancellations.

UNDERWRITING  DEPARTMENT

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

All commission rates marked with an asterisk (*) are final rates. Those not marked with an asterisk are tentative rates subject to adjustment at final
audit.

Form G-2168-2   Printed in U. S. A.   5-'72          **COMPANY COPY**

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251896

SA 2848

06-22-76JS                                          A/P   9.00
WILSON & ALLEN INC. 25 0480                         1329



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No....**10 CA 43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date....**06-14-76**....................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE

### SPECIAL VESSELS COVERAGE

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $1,379 IT IS AGREED THAT
THE POLICY IS EXTENDED TO COVER THE FOLLOWING VESSELS FOR THE PERIOD OF
12:01 A.M.  6/14/76-  12:01 AM 6/20/76

1.    52" CHESAPEAKE BUGEYE SAILING
      KETCH "SHARK VI"

2.    37" ERWIN SAILING KETCH "MARUPTI"

3.    33" ERWIN SAILING KETCH "OLD SALTY II"

          B.I.  958.00     P.D.  421.00

IT IS FURTHER AGREED THAT THIS COVERAGE IS LIMITED TO $200,000
COMBINED SINGLE LIMIT IN EXCESS OF $300,000 COMBINED SINGLE
LIMIT EACH OCCURRENCE.

*Reinsurance on this*
*see Re tab Corofile*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Countersigned by.......................................................................
                                              Authorized Agent

**Form AL-8-1 B**  Printed in U.S.A.  ISO:

Subject to Protective Order – Highly Confidential

WILSON & ALLEN INC   25 0480
DB 3/22/76

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

BOY SCOUTS OF AMERICA NATIONAL
COUNCIL
NORTH BRUNSWICK NJ

Effective date ...... **2/20/76** ......    12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

**Item**

☐ 1. The *named insured's* NAME is amended to read
☐ 2. The *named insured's* ADDRESS is amended to read    UNDERWRITING COPY   SAID
☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.
☐ 4. The CLASSIFICATION for the Automobile designated herein is    ☐ 5. Automobiles DELETED — The insurance with respect
amended to read as follows:    to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type – Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type – Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |

☒ 6. Automobile(s) ADDED —    *Purposes of Use (P and B = Pleasure and Business; C = Commercial)*

| Year Model Trade Name | Body Type – Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 CHEVY 9 PASS SUBURBAN #CKL266F139409 | | | | ELY MINN | C | IND. TRK |

| List Price | *Actual Cost | Purchased Mo./Yr. New-Used | Sym-bol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**    **T-07**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)    ACV means *Actual Cash Value*    PREMIUMS

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| X | | | Bodily Injury Liability | $ 500 ,000 each person | | $ 23 00 | $ 20 00 | $ |
| | | | | $ 500 ,000 each occurrence | | | | |
| | | | Medical Payments | $ each person | | $ | $ | $ |
| X | | | Property Damage Liability | $ 500 ,000 each occurrence | | $ 4 00 | $ 3 00 | $ |
| X | | | Uninsured Motorists | $ 10 ,000 each person | | $ 3 00 | $ 3 00 | $ |
| | | | | $ 20 ,000 each accident | | | | |
| | | | Comprehensive | $ ACV unless amount stated less $ deductible | | $ | $ | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | PIP | $ 3 00 | | $ 3 00 | | |
| | | | NET ADDITIONAL OR RETURN | TOTALS | $ 33 00 | $ 29 00 | $ 29 00 | |

**P/R 863**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

The company issuing this document in its behalf as an accommodation to a third party does not certify that these documents constitute the policy.

A-3459-0   Printed in U.S.A.

Countersigned by..................................................

*Authorized Agent*

Subject to Protective Order – Highly Confidential    BSA-PLAN_00251898

SA 2850

WILSON & ALLEN INC 25048⁰

DB 3/19/76



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10CA43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

BOY SCOUTS OF AMERICA
NATIONAL COUNCIL
NORTH BRUNSWICK NJ

Effective date 6/1/76- 8/21/76 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY

---

IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING VEHICLES
ARE ADDED TO THE CAPTIONED POLICY.

| YEAR | MAKE | SERIAL # | BI | PD | ANNUAL MP | UM | BI | PD | P/R PREM MP | UM |
|------|------|----------|-----|-----|-----|-----|-----|-----|-----|-----|
| 72 | FORD 4 DR | 2G51F244292 | 14.00 | 4.00 | 19.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 60 | FORD PK | F25J0H60795 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 60 | FORD CB | F60J0K58469 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 56 | CHEVY LL | 3A56S031390 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 69 | FORD S/W | U15FLE98271 | 14.00 | 4.00 | 19.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 71 | FORD 2 DR | U15FLM01489 | 14.00 | 4.00 | 19.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| | | | 84.00 | 24.00 | 105.00 | 36.00 | 18.00 | 6.00 | 24.00 | 6.00 |

P/R .222      5 4

---

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ................................................

*Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

WILSON AND ALLEN INC. 25 0480     ADDITIONAL PREMIUM INCLUDED
IN COMPOSITE RATE.

DB 3/19/76

**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10CA43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK, NJ

Effective date ............ 1/1/76 .......... 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

IT IS AGREED AS RESPECTS THE ABOVE MENTIONED POLICY, REAL
PROPERTY LIABILITY- FIRE ENDT  L3037-1 IS EXTENDED TO
INCLUDE THE FOLLOWING LOCATION:

BANCROFT BUILDING
731 MARKET STREET,
SAN FRANCISCO, CALIFORNIA.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ........................................................
Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

WILSON & ALLEN INC  25 ′ 0

DB   3/19/76



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10CA43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date 6/23/76– 8/26/76 2:01 A. M., standard time
at the address of the *named insured* as stated herein.

BOY SCOUTS OF AMERICA NATIONAL
COUNCIL
NORTH BRUNSWICK NJ

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE AUTOMOBILE LIABILITY

---

IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING
VEHICLE IS ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N M  T-06

| | | | ANNUAL | | | | P/R PREM. | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | MAKE | SERIAL # | BI | PD | MP | UM | BI | PD | MP | UM |
| 56 | CHEVY 4DR | 0373850F567 | 14.00 | 4.00 | 19.00 | 6.00 | 2.00 | 1.00 | 3.00 | 1.00 |

**P/R .175**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by..........................................

..................................................Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of this endorsement

Form AL-8-1 B  Printed in U.S.A.  ISO:

BSA-PLAN_00251901

SA 2853

WILSON & ALLEN INC   25 0490

DB   3/19/76



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10CA43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

BOY SCOUTS OF AMERICAN NATIONAL
COUNCIL
NORTH BRUNSWICK NJ

Effective date 6/1/76 -8/18/76 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE AUTOMOBILE LIABILITY

IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING
VEHICLES ARE ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M. T-06

| YEAR | MAKE | SERIAL | ANNUAL | | | | P/R PREM | | | |
|------|------|--------|--------|------|-------|-------|------|------|------|------|
| | | | BI | PD | MP | UM | BI | PD | MP | UM |
| 65 | FORD PK | F10JD698516 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 3.00 | 1.00 |
| 72 | FORD PK | E37GHP26104 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 3.00 | 1.00 |
| 57 | CHEVY LL | 3A57K1C8046 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 3.00 | 1.00 |
| | | | 42.00 | 12.00 | 48.00 | 18.00 | 9.00 | 3.00 | 9.00 | 3.00 |

P/R .214

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Countersigned by ............................................
                                    Authorized Agent

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

WILSON & ALLEN INC 25 C"80

DB 3/19/76



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10CA43349E
Issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL
NORTH BRUNSWICK NJ**

Effective date 6/1/76 -8/19/76 _____ 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING VEHICLE
IS ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M. T-06

| | | | ANNUAL | | | | P/R PREM | | | |
|------|---------|-----------|------|------|-------|------|------|------|------|------|
| YEAR | MAKE | SERIAL # | BI | PD | MP | UM | BI | PD | MP | UM |
| 58 | CHEVY CB | 4B58K133100 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 3.00 | 1.00 |

8.'

**P/R.216**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ............................................................
............................................ *Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

WILSON & ALLEN INC   25 0580

DB  3/19/76



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10CA43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

{ BOY SCOUTS OF AMERICA NATIONAL COUNCIL

{ NORTH BRUNSWICK NJ

Effective date 5/15/76 -8/26/76 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY

IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING VEHICLE
IS ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M. T-06

| YEAR | MAKE | SERIAL # | ANNUAL | | | | P/R FREM | | | |
|------|------|----------|--------|-----|-----|-----|-----|-----|-----|-----|
| | | | BI | PD | MP | UM | BI | PD | MP | UM |
| 58 | CHEVY PK | 4B58K133152 | 14.00 | 4.00 | 16.00 | 6.00 | 4.00 | 1.00 | 5.00 | 2.00 |

P/R.282

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Countersigned by..............................................................

.....................................................................Authorized Agent

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

WILSON & ALLEN INC 25 048^

DB 3/19/76



**THE HARTFORD**

This endorsement forms a part of Policy No. 10CA43349E
Issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Named Insured and Address

{ BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK NJ

Effective date 6/1/76 -8/26/76         12:01 A. M., standard time
at the address of the *named insured* as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE AUTOMOBILE LIABILITY

---

IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING VEHICLES
ARE ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M T-06

| YEAR | MAKE | SERIAL # | ANNUAL | | | | P/R PREM. | | | |
|------|------|----------|--------|------|-------|------|-----------|------|------|------|
| | | | BI | PD | MP | UM | BI | PD | MP | UM |
| 73 | FORD S/W | E31GHR8799979 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 72 | FORD CB | F60BVP21100 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 72 | FORD 2DR | U15GLP28943 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 61 | FORD PK | F101JD170009 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 72 | CHEVY 4DR | CKS162F175471 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 72 | CHEVY 4 DR | CK3162F175752 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 64 | DODGE PK | 1161405714 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 53 | CHEVY CB | W53K039571 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| | | | 112.00 | 32.00 | 128.00 | 48.00 | 24. | 8.00 | 32.00 | 8.00 |

P/R.236

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof; countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Countersigned by........................................
                                        Authorized Agent

Form AL-8-1 B   Printed in U.S.A.   ISO:

WILSON & ALLEN INC 25 0'80

DB 3/19/76



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10CA43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein; and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date 5/1/76 -8/26/76 ........12:01 A. M., standard time
at the address of the *named insured* as stated herein.

BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK NJ

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY

IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING VEHICLE IS
ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M  T-06

|  |  |  | ANNUAL | | | | P/R PREM | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| YEAR | MAKE | SERIAL # | BI | PD | MP | UM | BI | PD | MP | UM |
| 64 | DODGE PK | 1161405693 | 14.00 | 4.00 | 16.00 | 6.00 | 4.00 | 1.00 | 5.00 | 2.00 |

P/R.321

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Countersigned by ........................................
                                    Authorized Agent

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

WILSON & ALLEN INC 25 .80

DB 3/19/76



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10CA43349E
Issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date 6/1/76 -8/20/76.......12:01 A. M., standard time
at the address of the *named insured* as stated herein.

BOY SCOUTS OF AMERICA
NATIONAL COUNCIL
NORTH BRUNSWICK NJ

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY

IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING VEHICLES
ARE ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M. T-06

| | | | ANNUAL | | | | P/R PREM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | MAKE | SERIAL # | BI | PD | MP | UM | BI | PD | MP | UM |
| 69 | FORD S/W | U15FLE98272 | 14.00 | 4.00 | 19.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 69 | FORD S/W | U15FLG98273 | 14.00 | 4.00 | 19.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| | | | 28.00 | 8.00 | 38.00 | 12.00 | 6.00 | 2.00 | 8.00 | 2.00 |

P/R.219

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Countersigned by...........................................
Authorized Agent

**Form AL-8-1 B**  Printed in U.S.A.  ISO:

Subject to Protective Order – Highly Confidential

WILSON & ALLEN INC  25 0'?

DB 3/19/76



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No..**10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

{ **BOY SCOUTS OF AMERICA**
**ANATIONAL COUNCIL**
**NORTH BRUNSWICK NJ**

Effective date **6/15/76 -8/20/76** 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE AUTOMOBILE LIABILITY

---

IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING VEHICLE
IS ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M. T-06

| YEAR | MAKE | SERIAL # | ANNUAL | | | | P/R PREM | | | |
|------|------|----------|--------|------|-------|------|----------|------|------|------|
| | | | BI | PD | MP | UM | BI | PD | MP | UM |
| 75 | FORD BRONCO | U15Q1W86679 | 14.00 | 4.00 | 19.00 | 6.00 | 3.00 | 1.00 | 3.00 | 1.00 |

**P/R.181**

---

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ................................................
                                                    *Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

WILSON & ALLEN INC   25 0480

DB 3/19/76



THE HARTFORD

This endorsement forms a part of Policy No. 10CA43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Named Insured and Address

{ BOY SCOUTS OF AMERICA
NATIONAL COUNCIL
NORTH BRUNSWICK NJ

Effective date 6/20/76-8/12/76 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE AUTOMOBILE LIABILITY

IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING BUSES ARE
ADDED TO THE CAPTIONED POLICY  GARAGE CIMARRON N.M  T-06

| PASS | SERIAL # | ANNUAL | | | | P/R PREMIUM | | | |
|------|----------|------|------|------|------|------|------|------|------|
|      |          | BI | PD | MP | UM | BI | PD | MP | UM |
| 38 | PD41044811 | 115.00 | 71.00 | 24.00 | 6.00 | 17.00 | 10.00 | 3.00 | 1.00 |
| 30 | CSE522V148935 | 94.00 | 59.00 | 19.00 | 6.00 | 14.00 | 9.00 | 3.00 | 1.00 |
| 28 | CSE522V116269 | 94.00 | 59.00 | 19.00 | 6.00 | 14.00 | 9.00 | 3.00 | 1.00 |
|   |   | 303.00 | 189.00 | 62.00 | 18.00 | 45.00 | 28.00 | 9.00 | 3.00 |

P/R .145

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ..................................................................
                                                    *Authorized Agent*

The company located these documents in its
business records. At this time, the company
cannot certify that these documents constitute
a complete and accurate copy of the policy.

Fprm AL-8-1 B   Printed in U.S.A.   ISO:

WILSON & ALLEN INC  25 ⌐ ⌐0

DB 3/19/76



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10CA43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

BOY SCOUTS OF AMERICA
NATIONAL COUNCIL
NORTH BRUNSWICK NJ

Effective date 6/12/76 -8/12/76 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY

IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING BUSES
ARE ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M.

| PASS | SERIAL # | ANNUAL | | | | P/R PREMIUM | | | |
| | | BI | PD | MP | UIM | BI | PD | MP | UM |
|------|----------|--------|--------|--------|-------|------|-------|------|------|
| 26 | 56426A149316 | 94.00 | 59.00 | 19.00 | 6.00 | 16.00 | 10.00 | 3.00 | 1.00 |
| 66 | 5E520P168359 | 135.00 | 84.00 | 28.00 | 6.00 | 23.00 | 14.00 | 5.00 | 1.00 |
| | | 229.00 | 143.00 | 47.00 | 12.00 | 39.00 | 24.00 | 8.00 | 2.00 |

T-06

P/R .167

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ..................................................
                                          Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B  Printed in U.S.A.  ISO:

WILSON & ALLEN INC 25 ( )

DB   3/19/76



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10CA43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK NJ

Effective date 6/12/76 - 8/18/76 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

> This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
>
> **COMPREHENSIVE AUTOMOBILE LIABILITY**

IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING BUS IS
ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M.

| PASS | SERIAL # | ANNUAL | | | | P/R PREM | | | |
|------|----------|--------|------|-------|------|----------|-------|------|------|
| | | BI | PD | MP | UM | BI | PD | MP | UM |
| 26 | SE521P145601 | 94.00 | 59.00 | 19.00 | 6.00 | 17.00 | 11.00 | 3.00 | 1.00 |

T-06

P/R .184

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ..........................................................

.......................... *Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

WILSON & ALLEN INC   25-0480

DB   3/19/76



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10CA43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

{ BOY SCOUTS OF AMERICA
{ NATIONAL COUNCIL
{ NORTH BRUNSWICK NJ

Effective date 6/20/76-8/16/76 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY

IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING BUS
IS ADDED TO THE CAPTIONED POLICY. GARAGE-CIMARRON N.M.

| PASS | SERIAL # | | ANNUAL | | | | P/R PREM | | |
| | | BI | PD | MP | UM | BI | PD | MP | UM |
|------|----------|-----|-----|-----|-----|-----|-----|-----|-----|
| 36 | 35881 | 115.00 | 71.00 | 24.00 | 6.00 | 18.00 | 11.00 | 4.00 | 1.00 |
| 66 | 13662EHA16435 | 135.00 | 84.00 | 28.00 | 6.00 | 21.00 | 13.00 | 4.00 | 1.00 |
| | | | | | | 39.00 | 24.00 | 8.00 | 2.00 |

T-06

P/R .156

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by .................................................
                                          *Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

BSA-PLAN_00251912

SA 2864

WILSON & ALLEN INC 25 C

DB 3/22/76



**THE HARTFORD**

This endorsement forms a part of Policy No. 10CA43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL
COUNCIL
NORTH BRUNSWICK NJ**

Effective date 6/20/76- 8/13/76 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

### IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING BUSES ARE ADDED TO THE CAPTIONED POLICY-GARAGE CIMARRON N.M. T-06

| PASS | SERIAL # | BI | PD | MP | UM | BI | PD | MP | UM |
|------|----------|------|------|------|------|------|------|------|------|
| 28 | SE527A146854 | 94.00 | 59.00 | 19.00 | 6.00 | 14.00 | 9.00 | 3.00 | 1.00 |
| 28 | SE527A143498 | 94.00 | 59.00 | 19.00 | 6.00 | 14.00 | 9.00 | 3.00 | 1.00 |
| 26 | S6425A123716 | 94.00 | 59.00 | 19.00 | 6.00 | 14.00 | 9.00 | 3.00 | 1.00 |
| | | 282.00 | 177.00 | 57.00 | 18.00 | 42.00 | 27.00 | 9.00 | 3.00 |

P/R.148

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ..................................................
*Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B  Printed in U.S.A.  ISO:

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251913
SA 2865

WILSON & ALLEN INC  25 ˉ480

DB 3/22/76



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10CA43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

BOY SCOUTS OF AMERICA NATIONAL COUNCIL
NORTH BRUNSWICK NJ

Effective date ................. 1/1/76 ..................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE**

IT IS HEREBY UNDERSTOOD AND AGREED THE VEHICLES DESCRIBES BELOW
ARE ELIMINATED FROM THE CAPTIONED POLICY.

| # | YEAR | MAKE | SERIAL # | BI | PD | MP | UM |
|---|------|------|----------|-----|-----|------|------|
| 45 | 68 | FORD P/C | A101468 | 14.00 | 4.00 | 19.00 | 6.00 |
| 48 | 74 | CHEV TRAVELALL | CKY264F179594 | 14.00 | 4.00 | 19.00 | 6.00 |
| 51 | 72 | FORD VAN | 2651F244292 | 14.00 | 4.00 | 19.00 | 6.00 |
| 52 | 58 | CHEV PK | 4B58F132267 | 14.00 | 4.00 | 19.00 | 6.00 |
| 56 | 64 | DODGE CB | 2261378469 | 14.00 | 4.00 | 19.00 | 6.00 |
| 62 | 69 | CHEV PK | KS169Z848257 | 14.00 | 4.00 | 19.00 | 6.00 |
| 64 | 72 | FORD 2 DR | U15GLP28943 | 14.00 | 4.00 | 19.00 | 6.00 |
| 65 | 61 | FORD PK | F10JD170009 | 14.00 | 4.00 | 19.00 | 6.00 |
| 68 | 72 | CHEV 4DR | CKS162F175471 | 14.00 | 4.00 | 19.00 | 6.00 |
| 69 | 72 | CHEV 4 DR | CKS162F175752 | 14.00 | 4.00 | 19.00 | 6.00 |
| 77 | 69 | CHEV 2 DR | KS169Z2847104 | 14.00 | 4.00 | 19.00 | 6.00 |
| 79 | 69 | FORD S/W | U15FLD86049 | 14.00 | 4.00 | 19.00 | 6.00 |
| 83 | 47 | LOWBOY TRAILER | NMF-9000037 | - | - | - | - |
| | | | | 182.00 | 52.00 | 247.00 | 78.00 |

18.2
52
2×?
28
554

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ..................................................................

.................................................................... *Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

WILSON & ALLEN INC   250480          DB 3/22/76

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10CA43349E
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

BOY SCOUTS OF AMERICA NATIONAL
COUNCIL
NORTH BRUNSWICK NJ

Effective date   **1/1/76**          12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

Item

☐ 1. The *named insured's* NAME is amended to read

☐ 2. The *named insured's* ADDRESS is amended to read

☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:
☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

☒☐ 6. Automobile(s) ADDED —          *Purposes of Use* (P and B = Pleasure and Business; C = Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 MOTO SKI | #02425 | MLD 3-104 | | ORRINGTON ME | C | |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Sym-bol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

| ★Include | ★Delete | ★Amend/Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| | | | | ACV means Actual Cash Value | | PREMIUMS | | |
| X | | | Bodily Injury Liability | $ 500 ,000 each person | | $ 80 00 | $ 80 00 | $ |
| | | | | $ 500 ,000 each occurrence | | | | |
| | | | Medical Payments | $ 500 each person | | $ 10 00 | $ 10 00 | $ |
| | | | Property Damage Liability | $ 500 ,000 each occurrence | | $ 13 00 | $ 13 00 | $ |
| | | | Uninsured Motorists | $ 10 ,000 each person | | $ 3 00 | $ 3 00 | $ |
| | | | | $ 20 ,000 each accident | | | | |
| | | | Comprehensive | $ ACV unless amount stated less $ | | $ | $ | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | | | | $ | $ | $ |
| | | | | TOTALS | | $ 106 00 | $ 106 00 | $ |
| | | | | NET ADDITIONAL OR RETURN | | | $ 106 00 | $ |

*★Insert X in applicable column

The company located these documents in its business records in the course of a company document search and does not concede that the documents constitute proof of the facts stated.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by

Subject to Protective Order – Highly Confidential          BSA-PLAN_00251915

SA 2867

WILSON & ALLEN INC  25 0480

**DB 3/22/76**

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**


**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

**BOY SCOUTS OF AMERICA**
**NATIONAL COUNCIL**
**NORTH BRUNSWICK NJ**

Effective date............**2/3/76**............  12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

Item

☐ 1. The *named insured's* NAME is amended to read

☐ 2. The *named insured's* ADDRESS is amended to read

☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:

☒ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification |
|---|---|---|---|
| | | | |

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|
| 72 CHEVY P/U #CCS142B139673 | | |

☐ 6. Automobile(s) ADDED —        *Purposes of Use (P and B = Pleasure and Business: C = Commercial)*

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged in (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| | | | | | | |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

## SCHEDULE

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)    ACV means Actual Cash Value    PREMIUMS

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | | ADDITIONAL | | RETURN | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | | Bodily Injury Liability | $500 ,000 each person / $500 ,000 each occurrence | | $ 12 | 00 | $ | | $ 11 | 00 |
| | X | | Medical Payments | $ 5,000 each person | | $ 26 | 00 | $ | | $ 24 | 00 |
| | X | | Property Damage Liability | $500 ,000 each occurrence | | $ 4 | 00 | $ | | $ 4 | 00 |
| | X | | Uninsured Motorists | $ 15 ,000 each person / $ 30 ,000 each accident | | $ 2 | 00 | $ | | $ 2 | 00 |
| | | | Comprehensive | $ ACV unless amount stated less $ deductible | | $ | | $ | | $ | |
| | | | Collision | ACV less $ deductible | | $ | | $ | | $ | |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | | $ | | $ | |
| | | | Theft | $ ACV unless amount stated | | $ | | $ | | $ | |
| | | | Combined Additional | $ ACV unless amount stated | | $ | | $ | | $ | |
| | | | Towing | $ each disablement | | $ | | $ | | $ | |
| | | | | | | $ | | $ | | $ | |
| | | | TOTALS | | | $ 44 | 00 | $ | | $ 41 | 00 |
| | | | NET ADDITIONAL OR RETURN | | | | | | | $ 41 | 00 |

**P/R.910**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

The comparison of these documents in [...] before the [...] the [...] a complete and accurate copy of the policy.

Countersigned by.......................................

*Authorized Agent*

A-3459-0  Printed in U.S.A.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251916

SA 2868

WILSON & ALLEN INC 25 0-20

DB 3/22/76

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**



THE HARTFORD

Named Insured and Address

This endorsement forms a part of Policy No. 10CA43349E issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date stated herein.

**BOY SCOUTS OF AMERICA**
**NATIONAL COUNCIL**
**NORTH BRUNSWICK NJ**

Effective date........ 2/10/76 ........ 12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following items as are indicated by ⊠:

Item

☐ 1. The *named insured's* NAME is amended to read ...........................................

☐ 2. The *named insured's* ADDRESS is amended to read .......................................

☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:          ☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

⊠ 6. Automobile(s) ADDED —          *Purposes of Use* (P and B = *Pleasure and Business*; C = *Commercial*)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged in (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 CHEVY P/U #CCD146B112323 | | | | AS ABOVE | C | IND TRK |

| List Price | Actual Cost | Purchased Me./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**          **T-40**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

| ★(Insert X in applicable column) | | | COVERAGES | *ACV means Actual Cash Value* | PREMIUMS | | |
|---|---|---|---|---|---|---|---|
| ★Include | ★Delete | ★Amend Limits | | LIMITS OF LIABILITY | ANNUAL | ADDITIONAL | RETURN |
| X | | | Bodily Injury Liability | $ 500 ,000 each person | $ 12 00 | 11 00 | $ |
| X | | | | $ 500 ,000 each occurrence | $ | | $ |
| X | | | Medical Payments | $ 5000 each person | $ 45 00 | 40 00 | $ |
| X | | | Property Damage Liability | $ 500 ,000 each occurrence | $ 4 00 | 4 00 | $ |
| | | | | $ 15 ,000 each person | | | |
| X | | | Uninsured Motorists | $ 30 ,000 each accident | $ 2 00 | $ 2 00 | $ |
| | | | Comprehensive | ACV unless amount stated less $ deductible | $ | $ | $ |
| | | | Collision | ACV less $ deductible | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | $ | $ | $ |
| | | | Towing | $ each disablement | $ | $ | $ |
| | | | | $ | $ | $ | $ |
| | | | | TOTALS $ 63 00 | $ 57 00 | | |
| | | | | NET ADDITIONAL OR RETURN | $ 57 00 | | |

P/R.890

The company located these documents in its business records... maintained by the company does not... the accuracy of the information nor constitute... ...the policy.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by.................................................

Authorized Agent

A-3459-0   Printed in U.S.A.

Subject to Protective Order – Highly Confidential



**THE HARTFORD**

PREMIUM / COMMISSION NOTIFICATION LETTER

__3/19/76__
(Date)

TO: __WILSON & ALLEN INC__                                  __25-0480__
              (Producer)                                          (Code)

☐ Commission Breakdown for Premium Discount

☒ Negotiated Commission / Premium Letter

☐ Standard Average Commission

Gentlemen:

Insured: __BOY SCOUTS OF AMERICA__

__NATIONAL COUNCIL__

Policy No.: __10CA43349E__

Policy Period: __1/1/76-77__

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | | Commission Rate |
|---|---|---|---|
| COMP AUTO LIAB | $ 751.00 A/P | @ | 15 % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |

Special Premium Instructions:

_____

_____

_____

FCBP AND CPPi  PROCESS AT STANDARD AVERAGE COMM. (1) Original entry (2) Automobile
rerated annually. PROCESS ADDITIONAL OR RETURN PREMIUM AT A FIXED 15% COMM. (1) En-
dorsement changes (2) In term cancellations (3) Audit adjustments EXCEPT when the original 3
year prepaid premium is less than $2,000 or when the policy contains a line of insurance for which
the normal line is less than 15%.  PROCESS AT THE COMM. RATE USED TO BOOK EACH INDI-
VIDUAL ENTRY.  (1) Anniversary and/or flat cancellations.

The company located within the company's
business records. At this time, the company
does not certify that these documents constitute
a complete record or a copy of any specific

UNDERWRITING DEPARTMENT

All commission rates marked with an asterisk (*) are _final_ rates. Those not marked with an asterisk are tentative rates subject to adjustment at final audit.

Form G-2168-2   Printed in U. S. A.   5-72      PREMIUM ACCOUNTING COPY

Subject to Protective Order – Highly Confidential

**DAILY REPORT** *for use with* STANDARD FIRE INSURANCE POLICY for MASSACHUSETTS — *DUMMY*
*Form 4204 and* DECLARATIONS *Page Form* PPF-703-1.

**COMPANY COPY**

**REINSURANCE**

PSDC ARCHIVES

AR321613

*(handwritten left margin:)* 10 C-A43349 AF

COMPANY COPY

ATTACH FORMS ALONG MARGIN BELOW THIS MARK +

| CR | Inspection or Survey |
|----|----------------------|
| Localized | Fre.... / Refer Und.... / Localize.... |
| | Report.... / Reins.... |

Co. Code — S

**POLICY NO.** 10 PF CA43349

*Insured's Name:* BOY SCOUTS OF AMERICA NATIONAL COUNCIL ROUTE #1 NORTH BRUNSWICK N. JERSEY

**Inception (Mo. Day Yr.)** 06-01-76   **Expiration (Mo. Day Yr.)** 01-01-77   **Years** (1?)

Producer's Code — 250480

K

**In case of fire notify the Company or its local Agent at once in writing.**

It is important that the written portions of all policies covering the same property read exactly alike. If they do not, they should be made uniform at once.

INSURANCE IS PROVIDED AGAINST ONLY THOSE PERILS AND FOR ONLY THOSE COVERAGES INDICATED BELOW BY A PREMIUM CHARGE AND AGAINST OTHER PERILS AND FOR OTHER COVERAGES ONLY WHEN ENDORSED HEREON OR ADDED HERETO.

| Item No. | Description and Location of Dwelling Buildings and Contents Covered. Show address (No., Street, City, County, State, Zip Code) construction (masonry, brick, frame, veneer, fire resistive, aluminum or plastic siding, mobile home with or without enclosed masonry foundation, modular), type of roof. State if seasonal, occupied by tenant or owner, specifically rated not fire resistive. | Protection Class | No. of Families | Feet From Hydrant | Miles From Fire Dept. | Zone | Year Built |
|------|------|------|------|------|------|------|------|
| 1. | | | | | | | |

| Item No. | Peril(s) Insured Against and Coverage(s) Provided (Insert name of each). | Per Cent of Co-Insurance Applicable | Deductible Amount | Amount of Insurance | Rate | Prepaid or Installment Premium Due At Inception | Installment Premium Due at each Anniversary |
|------|------|------|------|------|------|------|------|
| 1. | Fire and Lightning | | | $ | | $ | $ |
| | Extended Coverage | | | X X X X | | | |

| | | | | | | TOTAL(S) | $ | | $ | |

**Subject to Form No.(s) Attached Hereto:** (Insert Form Number(s) and Edition Date(s).)

| TOTAL PREMIUM For Policy Term Paid In Installments | $ |
|---|---|

**MORTGAGE INTEREST:** Subject to the mortgage provisions, lines 87 to 104 herein, loss, if any, on real estate, shall be payable to: (Insert Name(s) of Mortgagee(s) and Mailing Address(es).)

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**Countersignature Date** ............................ **Agent**

Form PPF-703-1   CDR   (Mass.)   Printed in U.S. ... the duly authorized agent of the Company.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251919

SA 2871



06-22-76JS

WILSON & ALLEN INC. 25 0450

A/P 1379.00

**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 18 CA 43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date 06-15-76 ...................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

**SPECIAL VESSELS COVERAGE**

IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $1,379 IT IS AGREED THAT
THE POLICY IS EXTENDED TO COVER THE FOLLOWING VESSELS FOR THE PERIOD OF
12:01 A.M. 6/15/76- 12:01 AM 6/20/76

1. 52" CHESAPEAKE BUCEYE SAILING
   KETCH "SHARK VI"

2. 37" ERWIN SAILING KETCH "NANOTTI"

3. 53' ERWIN SAILING KETCH "OLD SALTY II"

   B.I.   955.00     P.D.   421.00

IT IS FURTHER AGREED THAT THIS COVERAGE IS LIMITED TO $200,000
COMBINED SINGLE LIMIT IN EXCESS OF $300,000 COMBINED SINGLE
LIMIT EACH OCCURRENCE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ..............................................

Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

WI...  ...RN INC  25 0480



...ation or Addition of Automobile
...verage — Amendment of Declarations

THE HARTFORD

Named Insured and Address

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

**BOY SCOUTS OF AMERICA NATIONAL
COUNCIL
NORTH BRUNSWICK NJ**

Effective date **2/20/76**                    12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ⊠:

Item
- ☐ 1. The *named insured's* NAME is amended to read ...........................................
- ☐ 2. The *named insured's* ADDRESS is amended to read ...........................................
- ☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.
- ☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:  ☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |

⊠ 6. Automobile(s) ADDED —                    *Purposes of Use (P and B = Pleasure and Business; C = Commercial)*

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 CHEVY 9 PASS SUBURBAN | #CKL266F139409 | | | ELY MINN | C | IND. TRK |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**                    **T-07**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★Insert X in applicable column)      ── *ACV means Actual Cash Value*        PREMIUMS

| ★Include | ★Delete | ★Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| X | | | Bodily Injury Liability | $ **500** ,000 each person | | $ 23 00 | $ 20 00 | $ |
| | | | | $ **500** ,000 each occurrence | | | | |
| | | | Medical Payments | $ each person | | $ | $ | $ |
| X | | | Property Damage Liability | $ **500** ,000 each occurrence | | $ 4 00 | $ 3 00 | $ |
| | | | | $ **10** ,000 each person | | | | |
| X | | | Uninsured Motorists | $ **20** ,000 each accident | | $ 3 00 | $ 3 00 | $ |
| | | | Comprehensive | $ ACV unless amount stated less $ deductible | | $ | $ | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | PIP | | | $ 3 00 | $ 3 00 | |
| | | | TOTALS | | | 33 00 | 29 00 | |
| | | | NET ADDITIONAL OR RETURN | | | | 29 00 | |

**P/R.863**

The company issued this document in its be... ...in the use, the company a complete and accurate copy of the policy.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by.........................................

A-3459-0   Printed in U.S.A.                    *Authorized Agent*

CROSS & ALLEN INC 250480

ED.3/15/76



**THE HARTFORD**

AP 5 + .00

Named Insured and Address

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

**BOY SCOUTS OF AMERICA
NATIONAL COUNCIL
NORTH BRUNSWICK NJ**

Effective date **6/1/76– 8/21/76** 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING VEHICLES
ARE ADDED TO THE CAPTIONED POLICY.**

| YEAR | MAKE | SERIAL # | BI | PD | ANNUAL MP | UM | BI | PD | P/R PREM MP | UM |
|------|------|----------|-----|-----|-----|-----|-----|-----|-----|-----|
| 72 | FORD 4 DR | 2G51F244292 | 14.00 | 4.00 | 19.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 60 | FORD PK | F25JOH60795 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 60 | FORD CB | F60JOK58469 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 56 | CHEVY LL | 3A56S031390 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 69 | FORD S/W | U15FLEG8271 | 14.00 | 4.00 | 19.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 71 | FORD 2 DR | U15F1HC1459 | 14.00 | 4.00 | 19.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| | | | 84.00 | 24.00 | 105.00 | 36.00 | 18.00 | 6.00 | 24.00 | 6.00 |

P/R .222

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ..................................................

...................... Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

BSA-PLAN_00251922

SA 2874

**PREMIUM CODING INPUT**

| Dept | RO | Pol Sym | Pol Number | Insured's Name |
|------|----|---------|-----------|----------------|
| 1 | 0 0 | C A | 4 3 3 4 9 B 0 0 | R O T S   O F   A M E R I C |

| Inception Date Of Policy | Expiration Date | Agency Code | Broker | BM | AT | Type | Tran | Trans Eff | Def | Final | Ser# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 1 0 1 7 6 | 0 1 0 1 7 7 | 2 5 0 4 8 0 | | | 4 | 1 1 | 0 2 7 6 | | | |

| State | Cash Premium Primary | CR | Secondary | CR | Orig Premium Primary | CR | Secondary | CR | Def. Premium Primary | CR | Secondary | CR | Comm | Major Line | Tax Loc. Ri. Co. | Special Filing | STAT. I.D. |
|-------|------|----|-----------|----|------|----|-----------|----|------|----|-----------|----|------|------------|------------------|----------------|-----------|
| 2 | 23.00 | | 3.00 | | | | | | | | | | | 150 | 5626 | | 5-P |
| 2 | | | 3.00 | | | | | | | | | | | 150 | 5426 | | 5-S |
| 2 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |

| 3 | | | 7 0 3 0 | | | | 9 9 9 2 | |
| 3 | | | 7 0 3 0 | | | | 5 9 | |

| Def | Inst | Eff. Mo. & Yr. | Premium | CR | Comm | Premium | CR | Comm | Premium | CR | Comm |
|-----|------|----------------|---------|----|------|---------|----|------|---------|----|------|
| 4 | | | 29.00 | | 150 | | | | | | |
| 4 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |

Part ____ of ____
Coded by  J J
Date:  4-1-76

RISK CARD

THE HARTFORD
— COMPANY COPY

Form OA-577-1B  (4 PART SNAPOUT SET)  Printed in U.S.A.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251923

SA 2875



PREMIUM CODING INPUT

THE HARTFORD
COMPANY COPY

Form OA-577-1B  (4 PART SNAPOUT SET)  Printed in U.S.A.

Part ___ of ___
Coded by ___
Date: ___

RISK CARD

SA 2876

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251924

DAILY REPORT *for use with* CASUAL~~~~ Form 8117, and DEC~~~~ TIONS Page Form AL-51-0       **COMPANY COPY**

**THE HARTFORD INSURANCE** G~~~~

| Co. Codes | |
|---|---|
| ☐ 1 | Hartford Fire Insurance Co. |
| ☐ 2 | Hartford ~~~~ Indemnity Co. |
| ☐ 3 | ~~~~ford ~~~~ lity Insurance Co. |
| ☐ 6 | New York ~~~~ dent and Insurance |
| ☐ 7 | Twin City Fire Insurance Co. |

| Annual A~~~~ | Part~~~~ |
| Short—Fin. Enc. of ~~~~ | Monthly | Part~~~~ |
| Risk Card | Quarterly | Loss Control | Reinsurance |

**INSURER→** | Co. Code **5** | POLICY NO. **10** | **CA4334~~~~E** 59E

**DECLARATIONS**
Previous Policy No. **10 C A43342E**

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**
**ROUTE #1**
**NORTH BRUNSWICK, N. J.**

**RISK CARD**

Items
1.  Named Insured and Address—
The *named* insured is: ☐ Individual / Joint Venture   ☐ Partnership ☒ Corporation   ☐ Other

2.  Policy Period   From **1-1-76** 77   To **1-1-77** 78
12:01 A.M., standard time at the address of the *named insured* as stated herein. Audit Period: Annual, unless otherwise stated.

Producer's Name and Address          Agent Code

**WILSON AND ALLEN INC. 25-0480** ✓
**200 PARK AVE.,**
**NEW YORK, N.Y. 10017**

*10 C A43359 E*   **UNDERWRITING COPY**   **SAID**

☐ Semi-Annual
☐ Quarterly
☐ Monthly

Th~~~~ance premium for this policy is as stated below. Insurance is afforded by the Coverage Parts forming a part hereof, ~~~~h limits of liability as are stated therein and subject to all the terms of the policy having reference thereto.

### SUMMARY OF ADVANCE PREMIUMS

| COVERAGE PARTS | ADVANCE PREMIUM |
|---|---|
| Comprehensive General Liability Insurance | ~~72,525.~~ ~~19,510.00~~ |
| Comprehensive Automobile Liability Insurance | ~~14,476.~~ ~~4,730.00~~ Included |
| Automobile Medical Payments Insurance | ~~$ 1,143.00~~ Included |
| Uninsured Motorists Insurance | $ ~~329.00~~ |
| Automobile Physical Damage Insurance | $ ~~265.00~~ |
| Premises Medical Payments Insurance | $ INCLUDED |
| Contractual Liability Insurance | $ INCLUDED |
| Personal Injury Liability Insurance | $ INCLUDED |
| Garage Insurance | 1573 ~~$ 1,058.00~~ |
| EMPLOYEE BENEFIT LIABILITY INSURANCE | $ INCLUDED |
| | $ |

Form Numbers of Coverage Parts and endorsements not listed on Coverage Parts forming part of Policy at issue:

**SEE FORM AL-8-0C**

TOTAL ADVANCE PREMIUM: **88514.** ~~24,276.00~~

If Policy Period more than one year: Gross Premium $ _____   Discount $ _____   Net Premium $ _____
Premium is payable: On effective date of Policy $ _____   1st Anniversary $ _____   2nd Anniversary $ _____

4.  Business of the *named insured* is →   **EDUCATIONAL DEVELOPMENT**

5.  During the past 3 years no Insurer has cancelled insurance, issued to the *named insured*, similar to that afforded hereunder unless otherwise stated herein.

**GUARANTY UNDERWRITINGS FUNDS** 25 KV 5.71 A.L.
65.00 C.L.
116.88

*See attached*

**NOTIFY SPEC. ACCTS. INS.**
**DEPT. OF ANY CLAIM REPORTED**

DUPLICATE IN AUDIT DEPT.

DUPLICATE IN CLAIM DEPT.

SPEC. ACCTS. INS. DEPT.

The company located these documents in its business records. At this time, the company does not represent that these documents constitute a complete and accurate copy of the policy.

Form AL-51-0 CDR  Printed in U. S. A.

BSA-PLAN_00251925
SA 2877



**THE HARTFORD**

PREMIUM / COMMISSION NOTIFICATION LETTER

JAN. 22, 1976
(Date)

TO: WILSON AND ALLEN INC.                    250480
(Producer)                                    (Code)

☐ Commission Breakdown for Premium Discount

☒ Negotiated Commission / Premium Letter

Gentlemen:

Insured: BOY SCOUTS OF AMERICA

NATIONAL COUNCIL

Policy No.: 10 C A43349 59E
77       78

Policy Period: 1-1-76 TO 1-1-77

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | | Commission Rate |
|---|---|---|---|
| CGL | $ ~~19,510.00~~ 12,525 | @ | 10.0 ✓ % |
| AUTOMOBILE LIABILITY | $ ~~3,445.00~~ 14,416 | @ | 15.0 ✓ % |
| ~~AUTOMOBILE GARAGE~~ | $ ~~950.00~~ 1573 | @ | ~~15.0~~ % |
| GARAGE KEEPERS LIABILITY | $ ~~1,050.00~~ | @ | ~~10.0~~ % |
| | $ | @ | ~~15.0~~ % |

Special Premium Instructions:

GUARANTEED UNDERWRITING FUND A.L. - ~~$5.73~~ 25.44    0.0 %

G.L. - ~~$65.00~~  176.28  0.0 %

The company located UNDERWRITING DEPARTMENT business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

All commission rates marked with an asterisk (*) are **final rates**. Those not marked with an asterisk are tentative rates subject to adjustment at final audit.

Form G-2168-2   Printed in U. S. A.   5-'72        **COMPANY COPY**

Subject to Protective Order – Highly Confidential                BSA-PLAN_00251926

SA 2878

# COUNTERSIGNATURE MEMO

**DALLAS REG OFFICE, P.O. BOX**

Insured **927, DALLAS, TX. 7▉21**

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

Address **RT #1 NORTH BRUNSWICK, N.J.**

| Company Office | Co. Code | Policy No. | Expiration | Date |
|---|---|---|---|---|
| MANHATTAN | 5 | 10 C A43349E *59F* | 1/1/77 | 2/10/76 |

**Name and Address of Producer**

WILSON AND ALLEN INC. 250480
200 PARK AVE.,
NEW YORK, N.Y. 10017

Please show Countersigning Agent preferred, if any, in block below.

**Name and Address of Countersigning Agent**

**PRODUCER —**

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, if any | |
|---|---|---|
| | Number | Name of Licensee |
| NEW MEXICO | 419 | FRED C. WILSON |

If not licensed, is same desired?   ☐ Yes   ☐ No.   If "Yes", which States

Producer's Rate of Commission *10.0* %   Premium *23,258. -MC*
*15.0*   *8,268. AC*

Form G-2669-0   Printed in U.S.A.  8-'67

**COMPANY OFFICE OF PRODUCER**

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

BSA-PLAN_00251927

SA 2879

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Co. Code

[1] Hartford Fire Insurance Company
[2] Hartford Accident and Indemnity Company
[3] Hartford Casualty Insurance Company

Co. Code

[6] New York Underwriters Insurance Company
[7] Twin City Fire Insurance Company

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, N. J.**

This Endorsement forms
a part of ☒ Policy No. ☐ *Bond No. **10 C A43349E**
issued by THE HARTFORD INSURANCE GROUP company des-
ignated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.......... **1/1/76** .......................... Effective hour is the same as stated in the Declarations of
the Policy.

*Note:  *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **NEW MEXICO** | **WILSON AND ALLEN INC. 250480** |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| 5 | Bodily Injury | $ 544.00  5070 | 5 | General Liability | $ 5906.00  23298 |
| 5 | Medical Payments | $ 874.00  nil | | Workmen's Compensation | $ |
| 5 | Property Damage | $ 184.00  3178. | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| 5 | Other (specify) UM | $ 256.00  nil | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7   Printed in U. S. A.   6-'70

The company located these documents in its files and produced them to the Official Committee. The above notation does not certify that these documents constitute a complete and accurate copy of the policy.

BSA-PLAN_00251928

SA 2880

**OKLAHOMA CITY REG. OFFICE**   COUNTERSIGNATURE MEMO   **OKLAHOMA CITY, OKLA. 73102**

Insured **1200 CRAVENA BLDG.**                                    Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL RT #1 NORTH BRUNSWICK, N.J.**

| Company Office | | Co. Code | Policy No. | | Expiration | Date |
|---|---|---|---|---|---|---|
| **MANHATTAN** | | 5 | 10 C A43349E | 59 E | 1/1/7778 | 2/10/76 |

Name and Address of Producer

Please show Countersigning Agent preferred, if any, in block below.

**WILSON AND ALLEN INC. 250480**
**200 PARK AVE.,**
**NEW YORK, N.Y. 10017**

Name and Address of Countersigning Agent

PRODUCER —

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

| States of Insured's Operations | Non-Resident License, if any | |
|---|---|---|
| | Number | Name of Licensee |
| **OKLAHOMA** | 944658 | Joseph W. Allen |

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

If not licensed, is same desired?  ☐ Yes    ☐ No.   If "Yes", which States?

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Producer's Rate of Commission **10.0** %   Premium **1412.**          Effective Date **2/11/77**

Form G-2669-0   Printed in U. S. A.   8-'67          **COMPANY OFFICE OF PRODUCER**

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251929

SA 2881

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT



**THE HARTFORD**
INSURANCE GROUP
HARTFORD CONNECTICUT

Co. Code
[1] Hartford Fire Insurance Company
[5] Hartford Accident and Indemnity Company
[3] Hartford Casualty Insurance Company

Co. Code
[6] New York Underwriters Insurance Company
[7] Twin City Fire Insurance Company

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, N. J.**

This Endorsement forms a part of [×] Policy No. □ *Bond No. **10 C A43349E** SEE issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date.......**1/1/76-77**

Effective hour is the same as stated in the Declarations of the Policy.

*Note:  If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **OKLA.** | **WILSON AND ALLEN INC. 250480** |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| | Bodily Injury | $ | 5 | General Liability | $ 1149.00  1412. |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| | Property Damage | $ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| | Other (specify) | $ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy in so far as concerns that portion of the Risk located in the State named above.

The company located these documents in its files and considers the valid countersignature to the above policy but does not certify that these documents constitute a complete and accurate copy of the policy.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7  Printed in U. S. A.  6-'70

Subject to Protective Order – Highly Confidential

**HOUSTON REG. OFFICE**    COUNTERSIGNATURE MEMO **1212 MAIN ST.,**

| Insured THE MAIN BLDG. | Address | HOUSTON, TX. 77002 |
|---|---|---|

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL** | RT #1 NORTH BRUNSWICK, N.J.

| Company Office MANHATTAN | Co. Code 5 | Policy No. 10 C A43345G | Expiration 1/1/77/F | Date 2/10/76 |
|---|---|---|---|---|

Name and Address of Producer

Please show Countersigning Agent preferred, if any, in block below.

WILSON AND ALLEN INC. 250480
200 PARK AVE.,
NEW YORK, N.Y. 10017

Name and Address of Countersigning Agent

**PRODUCER —**

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, if any | |
|---|---|---|
| | Number | Name of Licensee |
| TEXAS | 4996 | FRED C. WILSON |

If not licensed, is same desired? ☐ Yes    ☐ No.   If "Yes", which States?

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Producer's Rate of Commission 10.0 %   Premium 164.   &L     Effective Date 1/1/77

Form G-2669-0   Printed in U. S. A.   8-'67          **COMPANY OFFICE OF PRODUCER**

Subject to Protective Order – Highly Confidential                    BSA-PLAN_00251931

SA 2883

# RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT


**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Co. Code
[1] Hartford Fire Insurance Company
[2] Hartford Accident and Indemnity Company
[3] Hartford Casualty Insurance Company

Co. Code
[6] New York Underwriters Insurance Company
[7] Twin City Fire Insurance Company

This Endorsement forms a part of ☒ Policy No. ☐ *Bond No. **10 C A43349B**
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**
**NORTH BRUNSWICK, N. J.**

Effective date................ **1/1/76-77**

Effective hour is the same as stated in the Declarations of the Policy.

*Note:   If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **TEXAS** | **WILSON AND ALLEN INC. 250480** |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| | Bodily Injury | $ | 5 | General Liability | $ ~~64.00~~ 10% |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| | Property Damage | $ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| | Other (specify) | $ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy so far as concerns that portion of the Risk located in the State named above.

The company located these documents in its files. Although the company produced these documents, it does not certify that these documents constitute a complete and accurate copy of the policy.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7   Printed in U. S. A.   6-'70

BSA-PLAN_00251932

SA 2884

**MILWAUKEE REG. OFFICE**     COUNTERSIGNATURE MEMO     **MILWAUKEE, WISC. 53202**

| Insured P.O. BOX 90299 | | | | | Address | | |
|---|---|---|---|---|---|---|---|
| **BOY SCOUTS OF AMERICA NATIONAL COUNCIL** | | | | | **RT #1 NORTH BRUNSWICK, N.J.** | | |

| Company Office | | Co. Code | Policy No. | | Expiration | Date |
|---|---|---|---|---|---|---|
| **MANHATTAN** | | 5 | 10 C A43349E 59F | | 1/1/7778 | 2/10/76 |

Name and Address of Producer

Please show Countersigning Agent preferred, if any, in block below.

**WILSON AND ALLEN INC. 250480**
**200 PARK AVE.,**
**NEW YORK, N.Y. 10017**

Name and Address of Countersigning Agent

**PRODUCER —**

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, if any | |
|---|---|---|
| | Number | Name of Licensee |
| **WISC.** | 29555 | *J. allen* |

If not licensed, is same desired? ☐ Yes   ☐ No. If "Yes", which States

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Producer's Rate of Commission 10.0 %   Premium 166. 21
15.0    848. AL

Effective Date 11/8/

Form G-2669-0   Printed in U.S.A.   8-'67    COMPANY OFFICE OF PRODUCER

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251933

SA 2885

# RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT



**THE HARTFORD**
INSURANCE GROUP
HARTFORD CONNECTICUT

Co. Code
- ☐ 1 Hartford Fire Insurance Company
- ☒ 5 Hartford Accident and Indemnity Company
- ☐ 3 Hartford Casualty Insurance Company

Co. Code
- ☒ 6 New York Underwriters Insurance Company
- ☐ 7 Twin City Fire Insurance Company

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, N. J.**

This Endorsement forms a part of ☒ Policy No. ☐ *Bond No. **10 C A43349B** 51E
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date........ **1/1/7677**........ Effective hour is the same as stated in the Declarations of the Policy.

*Note:  *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **WISC.** | **WILSON AND ALLEN INC. 250480** |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| 5 | Bodily Injury | $ ~~51.00~~ 526 | | General Liability | $ 266. |
| 5 | Medical Payments | $ ~~54.00~~ | | Workmen's Compensation | $ |
| 5 | Property Damage | $ ~~12.00~~ 328 | | Burglary | $ |
| 5 | Comprehensive | $ ~~69.00~~ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| 5 | Other (specify) **UM** | $ ~~9.00~~ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered a valid countersignature to the above policy so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by *(Resident Agent)* |
|---|---|
| | |

Form G-1760-7   Printed in U.S.A.   6-'70

The company located these documents in its files. Attribution of the source of the document does not certify that these documents constitute a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

## RESIDENT A... COUNTERSIG... ...ATURE ENDORSEMENT

 **THE HARTFORD**
INSURANCE GROUP
HARTFORD CONNECTICUT

Co. Code:
[1] Hartford Fire Insurance Company
[5] Hartford Accident and Indemnity Company
[3] Hartford Casualty Insurance Company

Co. Code:
[6] New York Underwriters Insurance Company
[7] Twin City Fire Insurance Company

Named Insured and Address

This Endorsement forms a part of [x] Policy No. [ ] *Bond No. **10 C A4334 9F** ~~59F~~ issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

BOY SCOUTS OF AMERICA NATIONAL COUNCIL.

NORTH BRUNSWICK, N. J.

Effective date............**1/1/76-77**............ Effective hour is the same as stated in the Declarations of the Policy.

*Note:  If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **N.J.** | **WILSON AND ALLEN INC. 250480** |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| 5 | Bodily Injury | $ ~~102.00~~ *2080* *Phil* | 5 | General Liability | $ ~~8297.00~~ *33255.* |
| 5 | Medical Payments | $ ~~467.00~~ | | Workmen's Compensation | $ |
| 5 | Property Damage | $ ~~64.00~~ *1312* | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| 5 | Other (specify)  UM | $ ~~32.00~~ | | Other (specify) | $ |
| 5 | PIP | $ ~~6.00~~ *Phil* | | | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy in so far as concerns that portion of the Risk located in the State named above.

The company located these documents in its ... does not certify that these documents constitute a complete and accurate ... of the policy.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|

Form G-1760-7  Printed in U.S.A.  6-'70

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251935

**SA 2887**

# RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Co. Code [1] Hartford Fire Insurance Company
Co. Code [2] Hartford Accident and Indemnity Company
Co. Code [3] Hartford Casualty Insurance Company

Co. Code [6] New York Underwriters Insurance Company
Co. Code [7] Twin City Fire Insurance Company

Named Insured and Address

This Endorsement forms a part of ☒ Policy No. ☐ *Bond No. **10 C A43349E**
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, N. J.**

Effective date.................. **1/1/7617**...................... Effective hour is the same as stated in the Declarations of the Policy.

*****Note:** *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **MINNESOTA** | **WILSON AND ALLEN INC. 250480** |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| 5 | Bodily Injury | $ 260. ~~23.00~~ | 5 | General Liability | $ 1864. |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| 5 | Property Damage | $ 164. ~~4.00~~ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| 5 5 | Other (specify) BIP UM | $ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|

Form G-1760-7   Printed in U. S. A.   6-'70

The company located these documents in its files but does not consider the validity of its signatures to the above policy. It so does not certify that these documents constitute a complete and accurate copy of the policy.

6800 FRANCE AVE. SO.         COUNTERSIGNATURE MEMO MINNEAPOLIS REG. OFFICE

Insured EDINA, MINN. 55435                    Address

BOY SCOUTS OF AMERICA NATIONAL COUNCIL  RT #1 NORTH BRUNSWICK, N.J.

| Company Office | | Co. Code | Policy No. | Expiration | Date |
|---|---|---|---|---|---|
| MANHATTAN | | 5 | 10 C A43349E | 1/1/77 | 2/16/76 |

Name and Address of Producer

Please show Countersigning Agent preferred, if any,
in block below.

WILSON AND ALLEN INC. 250480
200 PARK AVE.,
NEW YORK, N.Y. 10017

Name and Address of Countersigning Agent

**PRODUCER** —

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, if any | |
|---|---|---|
| | Number | Name of Licensee |
| MINNESOTA | 086469  036498 | FRED C WILSON |

If not licensed, is same desired?  ☐ Yes   ☐ No.  If "Yes", which States?

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Producer's Rate of Commission 10.0 %  Premium 1964.
                                15.0              424.

Form G-2669-0   Printed in U.S.A.   8-'67          COMPANY OFFICE OF PRODUCER

Effective Date 1/1/10

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251937

SA 2889

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT



**THE HARTFORD** INSURANCE GROUP HARTFORD CONNECTICUT

Co. Code
[1] Hartford Fire Insurance Company
[2] Hartford Accident and Indemnity Company
[3] Hartford Casualty Insurance Company

Co. Code
[6] New York Underwriters Insurance Company
[7] Twin City Fire Insurance Company

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, N.J.**

This Endorsement forms a part of [X] Policy No. [ ] *Bond No.
10 C A43349E issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date.......... 1/1/76-77 ..........   Effective hour is the same as stated in the Declarations of the Policy.

*Note:   *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

State for which this endorsement is issued
**MAINE**

Producing Agent or Broker
**WILSON AND ALLEN INC. 250480**

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| 5 | Bodily Injury | $ 650.00 | 5 | General Liability | $ 1164 |
| 5 | Medical Payments | $ 40.00 | | Workmen's Compensation | $ |
| 5 | Property Damage | $ 40.00 | | Burglary | $ |
| | Comprehensive | $ 150.00 | | Glass | $ |
| | Collision | $ | | Bond | $ |
| 5 | Other (specify) B/M | $ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7   Printed in U.S.A.   6-'70

The company located these documents in its files but the authentication of these documents does not certify that these documents constitute a complete and accurate copy of the policy.

BSA-PLAN_00251938

SA 2890

**PORTLAND OFFICE**           COUNTERSIGNATURE MEMO   **PORTLAND OFFICE, PORTLAND,**

Insured **ONE MONUMENT SQ.** ●          Address  ●                **MAINE 04111**

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL** | **RT #1 NORTH BRUNSWICK, N.J.**

| Company Office | | Co. Code | Policy No. | Expiration | Date |
|---|---|---|---|---|---|
| **MANHATTAN** | | **5** | **10 C A43349E** 54F | **1/1/77** | **2/10/76** |

Name and Address of Producer

Please show Countersigning Agent preferred, if any, in block below.

⌐ **WILSON AND ALLEN INC. 250480** ┐
**200 PARK AVE.,**
**NEW YORK, N.Y. 10017**
∟                                      ⌐

Name and Address of Countersigning Agent

**PRODUCER —**

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, if any | |
|---|---|---|
| | Number | Name of Licensee |
| **MAINE** | *565 NR* | *Wilson & Allen* |

If not licensed, is same desired?  ☐ Yes    ☐ No.   If "Yes", which States?

Producer's Rate of Commission *10.0* %   Premium *1164. -$L*
*15.0*                                    *1060 AC*

Form G-2669-0   Printed in U.S.A.  8-'67          **COMPANY OFFICE OF PRODUCER**

Effective Date

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

BSA-PLAN_00251939

SA 2891

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Co. Code
☐ [1] Hartford Fire Insurance Company
☐ [5] Hartford Accident and Indemnity Company
☐ [3] Hartford Casualty Insurance Company

Co. Code
☐ [6] New York Underwriters Insurance Company
☐ [7] Twin City Fire Insurance Company

Named Insured and Address

This Endorsement forms
a part of ☒ Policy No. ☐ *Bond No. **10 C A43349E**     *51E*
issued by THE HARTFORD INSURANCE GROUP company des-
ignated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, N. J.**

Effective date.......... **1/1/76-77**.................................    Effective hour is the same as stated in the Declarations of
the Policy.

*Note:   If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **INDIANA** | **WILSON AND ALLEN INC. 250480** |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| | Bodily Injury | $ | 5 | General Liability | $ 96 |
| | Medical Payments | $ | 840 | Workmen's Compensation | $ ~~20.00 96.~~ |
| | Property Damage | $ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| | Other (specify) | $ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered as valid countersignature to the above policy in so
far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

The company located these documents in its records. Countersigning in the above policy does not certify that these documents constitute a complete and accurate copy of the policy.

Form G-1760-7   Printed in U. S. A.   6-'70

BSA-PLAN_00251940

SA 2892

INDIANAPOLIS REG OFFICE | COUNTERSIGNATURE MEMO SUITE 1800, INDIANAPOLIS, IND.

Insured ONE INDIANA SQ.    Address    46204

BOY SCOUTS OF AMERICA NATIONAL COUNCIL | RT #1 NORTH BRUNSWICK, N.J.

| Company Office | Co. Code | Policy No. | Expiration | Date |
|---|---|---|---|---|
| MANHATTAN | 5 | 10 C A43349E   59E | 1/1/77 8 | 2/10/76 |

Please show Countersigning Agent preferred, if any, in block below.

Name and Address of Producer

WILSON AND ALLEN INC 250480
200 PARK AVE.,
NEW YORK, N.Y. 10017

Name and Address of Countersigning Agent

**PRODUCER —**

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, If any | |
|---|---|---|
| | Number | Name of Licensee |
| INDIANA | NR 13136 | Joseph W. Allen |

If not licensed, is same desired? ☐ Yes    ☐ No. If "Yes", which States

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Producer's Rate of Commission 10.0 %   Premium 96. 92    Effective Date 5/1/77

Form G-2669-0   Printed in U. S. A.   8-'67     **COMPANY OFFICE OF PRODUCER**

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251941

SA 2893

# CHICAGO REG. OFFICE          COUNTERSIGNATURE MEMO

Insured HARTFORD PLAZA, CHICAGO, ILL. 60606    Address

## BOY SCOUTS OF AMERICA NATIONAL COUNCIL | RT #1 NORTH BRUNSWICK, N.J.

| Company Office | | Co. Code | Policy No. | Expiration | Date |
|---|---|---|---|---|---|
| MANHATTAN | | 5 | 10 C A433495  59 E | 1/1/7978 | 2/10/76 |

Name and Address of Producer

Please show Countersigning Agent preferred, if any, in block below.

WILSON AND ALLEN INC. 250480
200 PARK AVE.,
NEW YORK, N. Y. 10017

Name and Address of Countersigning Agent

PRODUCER —

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, if any | |
|---|---|---|
| | Number | Name of Licensee |
| ILLINOIS | S1328 | FRED C. WILSON |

If not licensed, is same desired?  ☐ Yes  ☐ No. If "Yes", which State

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete or accurate copy of the policy.

Producer's Rate of Commission 10,0 %   Premium 1593.-bL   Effective Date 1/1/72

Form G-2669-8   Printed in U. S. A.   8-'67          COMPANY OFFICE OF PRODUCER

Subject to Protective Order – Highly Confidential

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT



**THE HARTFORD**
INSURANCE GROUP
HARTFORD CONNECTICUT

Co. Code
[1] Hartford Fire Insurance Company
[5] Hartford Accident and Indemnity Company
[3] Hartford Casualty Insurance Company

Co. Code
[6] New York Underwriters Insurance Company
[7] Twin City Fire Insurance Company

**Named Insured and Address**

This Endorsement forms
a part of [X] Policy No. [ ] *Bond No.
issued by THE HARTFORD INSURANCE GROUP company des-
ignated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Policy No. **10 C A43349E** 59E

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, N. J.**

Effective date........**1/1/76 77**........ Effective hour is the same as stated in the Declarations of the Policy.

*Note:  If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **GA.** | **WILSON AND ALLEN INC. 250480** |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| | **Bodily Injury** | $ | 5 | **General Liability** | $ 174 |
| | **Medical Payments** | $ | 5 | **Workmen's Compensation** | $ ~~~~ |
| | **Property Damage** | $ | | **Burglary** | $ |
| | **Comprehensive** | $ | | **Glass** | $ |
| | **Collision** | $ | | **Bond** | $ |
| | **Other (specify)** | $ | | **Other (specify)** | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is in consideration of the said countersignature to the above policy in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7   Printed in U.S.A.   6-'70

The company located these documents in its files in connection with this litigation. The company does not certify that these documents constitute a complete and accurate copy of the policy.

BSA-PLAN_00251943

SA 2895

**ATLANTA REG. OFF.**            COUNTERSIGNATURE MEMO **P.O. BOX 1720,**

| Insured | Address | **A~~.~~NTA, GA. 30301** |

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL** RT #1 NORTH BRUNSWICK, N.J.

| Company Office | Co. Code | Policy No. | Expiration | Date |
|---|---|---|---|---|
| **MANHATTAN** | 5 | 10 C A4334~~52~~  59C | 1/1/~~77~~ 78 | 2/~~20~~/76 |

Name and Address of Producer

Please show Countersigning Agent preferred, if any, in block below.

WILSON AND ALLEN INC. 250480
200 PARK AVE.,
NEW YORK, N.Y. 10017

Name and Address of Countersigning Agent

**PRODUCER —**

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, if any | |
|---|---|---|
| | Number | Name of Licensee |
| GA. | 90081 | JOSEPH W. ALLEN |

If not licensed, is same desired?  ☐ Yes    ☐ No.   If "Yes", which State

Producer's Rate of Commission *10.0* %   Premium *114.  ~~GL~~*

Effective Date

**COMPANY OFFICE OF PRODUCER**

Form G-2669-0   Printed in U. S. A.   8-'67

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251944

SA 2896

# RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Co. Code
- [1] Hartford Fire Insurance Company
- [5] Hartford Accident and Indemnity Company
- [3] Hartford Casualty Insurance Company

Co. Code
- [6] New York Underwriters Insurance Company
- [7] Twin City Fire Insurance Company

**Named Insured and Address**

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, N. J.**

This Endorsement forms a part of ☒ Policy No. ☐ *Bond No. **10 C A43349B** issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date.......... **1/1/76-77**          Effective hour is the same as stated in the Declarations of the Policy.

*Note: *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **DIST OF COLUMBIA** | **WILSON AND ALLEN INC 250480** |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| | Bodily Injury | $ | 5 | General Liability | $ ~~18.00~~ 95. |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| | Property Damage | $ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| | Other (specify) | $ | | Other (specify) | $ *Allen* |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy, in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7   Printed in U. S. A.   6-'70

The company located these documents in its administrative records. At this time the company does not certify that these documents constitute a complete and accurate copy of the policy.

WASHINGTON REG. OFF.                    COUNTERSIGNATURE MEMO 100. NO. PITT ST.

| Insured | Address |
| --- | --- |
| BOY SCOUTS OF AMERICA NATIONAL COUNCIL | ALEXANDRIA, VA. 22314<br>RT #1 NORTH BRUNSWICK, N.J. |

| Company Office | Co. Code | Policy No. | Expiration | Date |
| --- | --- | --- | --- | --- |
| MANHATTAN | 5 | 10 C A433452 *59E* | 1/1/7778 | 2/10/76 |

Please show Countersigning Agent preferred, if any, in block below.

**Name and Address of Producer**

WILSON AND ALLEN INC. 250480
200 PARK AVE.,
NEW YORK, N. Y. 10017

Name and Address of Countersigning Agent

**PRODUCER —**

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, if any | |
| --- | --- | --- |
| | Number | Name of Licensee |
| DIST OF COLUMBIA | 49350 | FRED. C. WILSON |

If not licensed, is same desired?  ☐ Yes   ☐ No.  If "Yes", which States?

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Producer's Rate of Commission *10.0* %  Premium  *95.- bL*   Effective Date *1/1/77*

Form G-2669-0   Printed in U. S. A.   8-'67          **COMPANY OFFICE OF PRODUCER**

Subject to Protective Order – Highly Confidential



## AMENDME OF CASUALTY INSURANCE POLI—WISCONSIN

When this policy is issued or delivered in the State of Wisconsin it is agreed that:

1. Paragraph (a) of the Condition entitled "Insured's Duties in the Event of Occurrence, Claim or Suit" is amended to read:

**Insured's Duties in the Event of Occurrence, Claim or Suit**

    (a) In the event of an *occurrence*, written notice containing particulars sufficient to identify the *insured* and also reasonably obtainable informa-tion with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the *insured* to the company or any of its authorized agents within 20 days following the date of the *occurrence*; provided, that failure to give such notice within the time specified shall not invalidate any claim made by the *insured* if it shall be shown not to have been reasonably possible to give such notice within the prescribed time and that such notice was given as soon as reasonably possible.

2. Paragraph (b) of the Automobile Physical Damage Insurance Condition entitled "Named Insured's Duties in Event of Loss" is amended to read:

    (b) give notice thereof (i) to the company or any of its authorized agents within 20 days following the date the *loss* occurs, provided that failure to give such notice within the time specified shall not invalidate any claim made by the *named insured* if it shall be shown not to have been reasonably possible to give such notice within the prescribed time and that such notice was given as soon as reasonably possible, and also (ii) in the event of theft or larceny, promptly to the police;

3. The Condition entitled "Changes" is amended to read:

**Changes**    The terms of this policy shall not be changed, except by endorsement issued to form a part of this policy, signed by an authorized representative of the Company.

    Knowledge of an agent of the company at the time this policy is issued or an application made shall be knowledge of the company, and any fact which breaches a condition of the policy and is known to the agent when the policy is issued or the application made shall not void the policy or defeat a recovery thereon in the event of loss.

4. The following paragraph is added to the Condition entitled "Declarations":

    No oral or written statement, representation or warranty made by the *insured* or in his behalf in the negotiation of this policy shall be deemed material or defeat or avoid the policy, unless such statement, representation or warranty was false and made with intent to deceive, or unless the matter misrepresented or made a warranty increased the risk or contributed to the loss. No breach of a warranty in this policy shall defeat or avoid this policy unless the breach of such warranty increased the risk at the time of the loss, or contributed to the loss, or existed at the time of the loss.

5. With respect only to such insurance as is afforded by the policy for *bodily injury* liability or *property damage* liability arising out of the ownership, maintenance or use of motor vehicles:

    (a) The company shall not cancel nor refuse to renew this policy solely because of the age, residence, race, color, creed, national origin, ancestry or occupation of any person who is an *insured* under this policy.

    (b) If the *named insured* is an individual, the "Persons Insured" provision is amended to include as an *insured* any person using a motor vehicle owned by the *named insured* which is designed to transport or draw persons or property on the public highways with the permission of an adult member of the *named insured's* household other than a chauffeur or domestic servant, and any other person or organization but only with respect to his or its liability because of acts or omissions of such an *insured*.

6. If an action for *bodily injury* or *property damage* is brought in Wisconsin, the Condition entitled "Action Against Company" is amended to read:

**Action Against Company**    No action shall lie against the company unless, as a condition precedent thereto, there shall have been full com-pliance by the *insured* with all of the terms of this policy.

    Any person or organization or the legal representative thereof who has secured a judgment against the *insured* shall be entitled to recover under this policy to the extent of the insurance afforded by this policy. Bankruptcy or insolvency of the *insured* or of the *insured's* estate shall not relieve the company of any of its obligations hereunder.

7. The following Conditions are added:

    **A. Cancellation by Company Limited**

        After this policy has been in effect for sixty days or, if this policy is a renewal, effective immediately, the company shall not exercise its right to cancel the insurance unless the *named insured* fails to discharge when due any of his obligations in connection with the payment of premium for this policy or any installment thereof, whether payable directly to the company or its agent or indirectly under any premium finance plan or extension of credit.

        This agreement shall apply to each successive policy period for which the company consents to renew or continue this policy but nothing herein shall obligate the company to renew or continue this policy beyond the expiration of any annual period commencing with its original effective date; provided that, if this policy is written without a fixed expiration date or for a policy period longer than one year, this policy may be terminated by the company effective on the expiration of any such annual period by mailing to the *insured* named in Item 1 of the declarations at the address shown in this policy, written notice of such termination not less than thirty days prior to the expiration of such annual period. The mailing of notice as aforesaid shall be sufficient proof of notice. Delivery of such written notice by the com-pany shall be equivalent to mailing.

        Notwithstanding the failure of the company to comply with the foregoing provisions of this Condition, this policy shall terminate on the effective date of any other insurance policy issued as a replacement for any insurance afforded by this policy, with respect to any such insurance which both such policies apply.

    **B. Renewal**

        If the company elects not to renew this policy, it shall mail to the insured named in Item 1 of the declarations, at the address shown in this policy, written notice of such nonrenewal not less than thirty days prior to the expiration date; provided that, notwithstanding the failure of the company to comply with the foregoing provisions of this paragraph, this policy shall terminate

Reproduced... for purposes... business records. At this time, the company does not certify that these documents constitute...

**Form AL-6-4**  Printed in U.S.A.  1-'73  (ISO: A 0012/G S11)

1.  on such expiration date, if

    (a) the *named insured* has failed to discharge when due any of his obligations in connection with the payment of premium for this policy, or for the renewal thereof, or any installment of such premium, whether payable directly to the company or its agent or indirectly under any premium finance plan or extension of credit, or

    (b) the company has by any means manifested its willingness to renew to the *named insured* or his representative, or

    (c) the *named insured* has notified the company or its agent that he does not wish this policy to be renewed; or

2.  on the effective date of any other insurance policy issued as a replacement for any insurance afforded by this policy, with respect to any such insurance to which both such policies apply.

    The mailing of notice as aforesaid shall be sufficient proof of notice.   Delivery of such written notice by the company shall be equivalent to mailing.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement forms a part of the policy, issued by THE HARTFORD INSURANCE GROUP company designated therein, which indicates this endorsement forms a part thereof, and takes effect as of the effective date of said policy.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

*President*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-6-4

**Premium Installment**

**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43349 5

issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said Policy unless another effective date is stated herein.

Effective date..................................................... 12:01 A. M., standard time at the address of the named insured as stated herein. 88514

It is hereby understood and agreed that the...... **ORIGINAL** ......Premium of $ 24,276.00

(Insert "original" or "additional" or "return")

will **BE PAYABLE IN** .......... 11 1/0 ..........installments as outlined in "Schedule of Payments."

(Insert "be payable in" or "reduce the")

## SCHEDULE OF PAYMENTS

| NO. | DUE DATE OF PAYMENT | BODILY INJURY & PROPERTY DAMAGE LIABILITY EXCEPT AUTO | BODILY INJURY & PROPERTY DAMAGE LIABILITY AUTO | AUTO PHYSICAL DAMAGE | Garage Rentained | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 1-1-76 | 1257. 1780.00 | 1447 313.00 | 25.00 | 160. 90.00 | 8864. 2216.00 |
| 2 | 2-1-76 | 7252. 1773.00 | 1441. 313.00 | 24.00 | 157. 96.00 | 8850. 2206.00 |
| 3 | 3-1-76 | 7252. 1773.00 | 1441. 313.00 | 24.00 | 157. 96.00 | 8850. 2206.00 |
| 4 | 4-1-76 | 7252. 1773.00 | 1441. 313.00 | | 157. 96.00 | 8850. 2206.00 |
| 5 | 5-1-76 | 7252. 1773.00 | 1441. 313.00 | 24.00 | 157. 96.00 | 8850. 2206.00 |
| 6 | 6-1-76 | 7252. 1773.00 | 1441. 313.00 | 24.00 | 157. 96.00 | 8850. 2206.00 |
| 7 | 7-1-76 | 7252. 1773.00 | 1441. 313.00 | 24.00 | 157. 96.00 | 8850. 2206.00 |
| 8 | 8-1-76 | 7252. 1773.00 | 1441. 313.00 | 24.00 | 157. 96.00 | 8850. 2206.00 |
| 9 | 9-1-76 | 7252. 1773.00 | 1441. 313.00 | 24.00 | 157. 96.00 | 8850. 2206.00 |
| 10 | 10-1-76 | 7252. 1773.00 | 1441. 313.00 | 24.00 | 157. 96.00 | 8850. 2206.00 |
| 11 | 11-1-76 | 7252. 1773.00 | 313.00 | 24.00 | 96.00 | 2206.00 |
| 12 | 12-1-76 | 1448 | | | | |
| TOTALS | | 79,575. 19,510.00 | 1446. 3,443.00 | 25.00 | 1573. 1,050.00 | 88514. 24,276.00 |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

attach

Countersigned by.............................................
Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-57-0   Printed in U. S. A.

Subject to Protective Order – Highly Confidential

11-15 EV
WILSON & ALLEN  048



**Change, Elimination or Addition of Automobile
Change of Coverage — Amendment of Declarations**

THE HARTFORD

Named Insured and Address

This endorsement forms a part of Policy No. **10 CA 43349B**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, N J**

Effective date.........**9-1-76**.........          12:01 A. M., standard time at the address of the *named
insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ⊠:

☐ 1.  ....... *d's* NAME is amended to read .......

☐ 2.  The *nam....... red's* ADDRESS is amended to read .......

☒ 3.  CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4.  The CLASSIFICATION for the Automobile designated herein is        ☐ 5.  Automobiles DELETED — The insurance with respect
amended to read as follows:                                              to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |

☐ 6.  Automobile(s) ADDED —                 *Purposes of Use (P and B — Pleasure and Business; C — Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| | | | | | | |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Sym-bol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| 4382. | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured
by the policy such amendments apply only with respect to the following automobile(s):

**A/R 1976 DODGE SPORTS VAN**   #B36BF6X123565   SCHEDULE

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy,
as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against
each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)                    ACV means Actual Cash Value                    PREMIUMS

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| | X | | Bodily Injury Liability | $ 500 ,000 each person | | $ 9900 | $ | $ 3300 |
| | X | | Medical Payments | $ 500 ,000 each occurrence | | $ 1800 | $ | $ 600 |
| | X | | Property Damage Liability | $ 5,000 each person | | $ 4400 | $ | $ 1500 |
| | | | | $ 500 ,000 each occurrence | | | | |
| | X | | Uninsured Motorists | $ 10 ,000 each person | | $ 400 | $ | $ 100 |
| | | | | $ 20 ,000 each accident | | | | |
| X | | | Comprehensive | $ ACV unless amount stated less $ deductible | | $ 3100 | $ 10 00 | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | | TOTALS | $ 19600 | | $ 10 00 | $ 5500 |
| | | | | NET ADDITIONAL OR RETURN | $ | | $ 10 00 | $ 5500 |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy other
than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

P/B 234

Countersigned by.........................................

A-3459-0  Printed in U.S.A.                                                      *Authorized Agent*

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251950

SA 2902

**Correction Request**

THE HARTFORD

| Pol. Symbol | Policy Number | Policy Inception Date |
|---|---|---|
| CA | 433.49 | 1/1/76 |

Date Initiated 10-21-76

| Producer's Code | Effective Mo. Yr. | Premium | CR | Comm | Premium | CR | Comm |
|---|---|---|---|---|---|---|---|
| 250480 | 1 76 | 133 30 | X | 003 | | | |
| 250480 | 1 76 | 70 71 | | 003 | | | |
| | | | | | RECEIVED OCT 25 Recd CODING DEPT. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Reason for Correction:**

To correct surtax on orig prem 8/6 70.70 looked 133 30 see dbily

Register of Production Reviewed for _____

Initiated by _____      Approved by _____
                                  Premium Accounting Supervisor

**COMPLETE ITEMS BELOW FOR COMPUTER POLICY STATUS REQUESTS:**

Type of Inquiry:  ☐ full   ☐ partial          Received from microfilm file? ☐ Yes   ☐ No

Inquiry as of date _____          Inquiry Code used _____

Remarks:

_____

_____

_____

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form ACC-255-6   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

  10/1/RM W&ON & ALLEN INC 250480 

**THE HARTFORD**     RP 236.00

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.     10 C A43349E

Named Insured and Address

BOY SCOUTS OF AMERICA NATIONAL
COUNCIL INC

NORTH BRUNSWICK, NJ

Effective date ...................................12:01 A.M., standard time     **9/1/76**
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE**

IN CONSIDERATION OF THE ABOVE RETURN PREMIUM IT IS HEREBY

UNDERSTOOD & AGREED THAT THE FOLLOWING VEHICLES ARE ELIMINATED

FROM THE CAPTIONED POLICY:

| VEH# | YEAR/MODEL | SERIAL # | | BI | PD | MP | UM |
|------|-----------|----------|------|----|----|----|----|
| 17. | 74 CHEVY | CCZ264F180084 | ANNL | 14.00 | 4.00 | 16.00 | 3.00 |
| | | | P/R | 5.00 | 1.00 | 5.00 | 1.00 |
| 19. | 74 CHEVY | CCZ264F178865 | ANNL | 14.00 | 4.00 | 16.00 | 3.00 |
| | | | P/R | 5.00 | 1.00 | 5.00 | 1.00 |
| 24 | 72 CHEVY | CCE262F174138 | ANNL | 80.00 | 59.00 | 16.00 | 3.00 |
| | | | P/R | 27.00 | 20.00 | 5.00 | 1.00 |
| 25 | 72 CHEVY | CCE262F162163 | ANNL | 80.00 | 59.00 | 16.00 | 3.00 |
| | | | P/R | 27.00 | 20.00 | 5.00 | 1.00 |
| 26 | 73 CHEVY | CCZ263F171514 | ANNL | 80.00 | 59.00 | 16.00 | 3.00 |
| | | | P/R | 27.00 | 20.00 | 5.00 | 1.00 |
| 27 | 73 CHEVY | CCZ263F171671 | ANNL | 80.00 | 59.00 | 16.00 | 3.00 |
| | | | P/R | 27.00 | 20.00 | 5.00 | 1.00 |
| | | TOTAL R/P | | 118.00 | 82.00 | 30.00 | 6.00 |

PR.334

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Countersigned by

Authorized Agent

Form AL-8-1 C   Printed in U.S.A.   ISO:

COMPOSITE RATING
MEMORANDUM — PAYROLL AUDIT DEPARTMENT

INSURED: **BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

POLICY NO. **1O C A43349E**          PRODUCER **WILSON & ALLEN INC. 250480**

POLICY PERIOD: FROM **1/1/76**          TO **1/1/77**

COVERAGE **CGL**          BASIS **13,007,000 W.C. PAYROLL**

COMPOSITE RATE PER **$100 OF W.C. PAYROLL**

RETRO. LIMITS – B.I.          P.D.

EXCESS LIMITS – B.I.          P.D.

TOTAL POLICY LIMITS – B.I. **500/500  (CSL)**          P.D. **500/500**

The Composite Rates at policy limits are broken down as follows:-

| State | Retro. Limits | | Excess Limits | | Policy Limits | |
|-------|-------|-------|-------|-------|-------|-------|
|       | B.I. | P.D. | B.I. | P.D. | B.I. | P.D. |
| CALIF. | | | | | .00727 | .00032 |
| D.C. | | | | | .00613 | .00001 |
| GA. | | | | | .00079 | .00001 |
| ILL. | | | | | .00826 | .00062 |
| IND. | | | | | .00014 | .00001 |
| MO. | | | | | .00148 | .00001 |
| N.J. | | | | | .05697 | .00682 |
| N.M. | | | | | .03686 | .00855 |
| N.Y. | | | | | .01202 | .00041 |
| OKLA. | | | | | .00850 | .00033 |
| TEXAS | | | | | .00048 | .00001 |
|       | | | | | .13290 | .01710 |

General Liability Coverages include:

O.L. & T. **X** ; M. & C. **X** ; Elev. ; Prod. ;

Cont. **X** ; O. & C.P. ;

REMARKS:

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

M- 2007

59E

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43349E
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.............................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
PERSONAL INJURY LIABILITY INSURANCE
LIQUOR LIABILITY INSURANCE (HOST COVERAGE)
PREMISES MEDICAL PAYMENTS INSURANCE
EMPLOYEE BENEFIT LIABILITY INSURANCE

FORM NUMBERS OF COVERAGE PARTS AND ENDORSEMENTS NOT LISTED ON COVERAGE PARTS
FORMING PART OF POLICY AT ISSUE:

CGL
L-3503-O COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART
L-3523-O CONTRACTUAL LIABILITY INSURANCE COVERAGE PART
L-3524-O LIQUOR LIABILITY INSURANCE (HOST COVERAGE)
L-3505-O PREMISES MEDICAL PAYMENTS INSURANCE COVERAGE PART
L-3525-O PERSONAL INJURY LIABILITY INSURANCE COVERAGE PART
L-2583-2 EMPLOYEE BENEFIT LIABILITY INSURANCE COVERAGE PART (ALL OTHER)
L-3037-1 REAL PROPERTY, ETC. AND EXTENSION AL-8-OC
L-3012-O BOATS
L-3243-O ADDITIONAL INSURED-VENDORS LIMITED FORM
AL-8-OB INCIDENTAL MALPRACTICE LIAB. ENDT.
AL-8-OC AMENDMENT LIMITS OF LIAB. (SINGLE LIMIT)
AL-8-OB ADDITIONAL INSURED (INTERESTS OF TVA & USA (SPECIFIC)
AL-8-OC WORLD WIDE COVERAGE
L-3600-O AMENDATORY ENDT.-NOTICE (TEXAS)
AL-64-41 Amendments of Casualty Insurance (Wisconsin)
AS PER DECLARATION PAGE AL-51-O
AL-8-OB NAMED INSURED ENDT.
AL-57-O PREMIUM INSTALLMENT
AL-8-OB ADDITIONAL INSURED (GOLDEN GATE SCOUTING)
AL-8-OB ADDITIONAL INSURED (US FOUNDATION FOR INT'L SCOUTING)
AL-8-OB ADDITIONAL INSURED (EMPLOYEES, COUNCIL MEMBERS, ETC.)
AL-8-OB NOTICE OF OCCURRENCE

L-2853-1 ERRORS AND OMISSIONS INSURANCE-EMPLOYEE BENEFIT PROGRAM(ILL.,N.J.,N.Y.,OKLA.WIS.)
L-2853-O ERRORS AND OMISSIONS INSURANCE -EMPLOYEE BENEFIT PROGRAM(TEXAS)
L-3014-O EXCLUSION COMPLETED OPERATIONS AND PRODUCTS HAZARDS

AS PER DECLARATION PAGE AL-51-O

AL8-1 B NAMED INSURED ENDORSEMENT
AL-8-1 B ADDITIONAL INSURED(EMPLOYEES, COUNCIL MEMBERS, ETC.)
AL-8-1 B NOTICE OF OCCURRENCE
AL-57-1 PREMIUM INSTALLMENT

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.




**THE HARTFORD**

*A P 12.06*

Named Insured and Address

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**
**NORTH BRUNSWICK NJ**

Effective date **5/15/76 -8/26/76** ...........12:01 A. M. standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING VEHICLE IS ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M. T-06**

|       |        |            |       |      | ANNUAL |      |       | P/R PREM |      |      |
|-------|--------|------------|-------|------|--------|------|-------|----------|------|------|
| YEAR  | MAKE   | SERIAL #   | BI    | PD   | MP     | UM   | BI    | PD       | MP   | UM   |
| 58    | CHEVY PK | 4B58K133152 | 14.00 | 4.00 | 16.00 | 6.00 | 4.00  | 1.00     | 5.00 | 2.00 |

**P/R.282**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by.................................................

Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251955

SA 2907



25-0480

**THE HARTFORD**

A P  8.00

Named Insured and Address

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL
NORTH BRUNSWICK NJ**

Effective date **6/1/76 -8/19/76** ........................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING VEHICLE
IS ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M. T-06**

|  |  |  | | **ANNUAL** | | | | **P/R PREM** | | |
| YEAR | MAKE | SERIAL # | BI | PD | MP | UM | BI | PD | MP | UM |
| 58 | CHEVY CB | 4B58K133100 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 3.00 | 1.00 |

**P/R.216**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by.......................................................
                                                    Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.  ISO:

CARSON & COLEH INC   25 0480
DR 2/25/76



**THE HARTFORD**

Named Insured and Address

10CA43349E

**BOY SCOUTS OF AMERICAN NATIONAL COUNCIL**
**NORTH BRUNSWICK NJ**

This endorsement forms a part of Policy No.......................
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date 6/1/76 -8/18/76 ....................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING
VEHICLES ARE ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M. T-06**

| YEAR | MAKE | SERIAL | ANNUAL BI | PD | MP | UM | P/R PREM BI | PD | MP | UM |
|------|------|--------|-----------|-----|------|------|-------------|------|------|------|
| 65 | FORD PK | F10JD698516 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 3.00 | 1.00 |
| 72 | FORD PK | R37GHP26104 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 3.00 | 1.00 |
| 57 | CHEVY LL | 3A57K1C8046 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 3.00 | 1.00 |
| | | | 42.00 | 12.00 | 48.00 | 18.00 | 9.00 | 3.00 | 9.00 | 3.00 |

P/R .214

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ..............................................
Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

WILSON & ALLEN INC 25 0480
US 3/31/76



THE HARTFORD

A.P. 7.00

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL
COUNCIL
NORTH BRUNSWICK NJ**

Effective date **6/23/76- 8/26/76** 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING
VEHICLE IS ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N M  T-06**

| YEAR | MAKE | SERIAL # | ANNUAL | | | | | P/R PREM | | | |
|------|------|----------|--------|------|-------|------|------|------|------|------|------|
| | | | BI | PD | MP | UM | | BI | PD | MP | UM |
| 56 | CHEVY 4DR | 0373850F567 | 14.00 | 4.00 | 19.00 | 6.00 | | 2.00 | 1.00 | 3.00 | 1.00 |

P/R .175

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Countersigned by ...................................................................
                                                        Authorized Agent

**Form AL-8-1 B** Printed in U.S.A.  ISO:

Subject to Protective Order – Highly Confidential

AND ALLEN INC. 25 0480   ADDITIONAL PREMIUM INCLUDED
IN COMPOSITE RATE.

**THE HARTFORD**

Named Insured and Address

10CA43349E   BOY SCOUTS OF AMERICA NATIONAL COUNCIL

This endorsement forms a part of Policy No.............................   NORTH BRUNSWICK, NJ
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

1/1/76

Effective date ..........................................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE

IT IS AGREED AS RESPECTS THE ABOVE MENTIONED POLICY, REAL
PROPERTY LIABILITY- FIRE ENDT  L3037-1 IS EXTENDED TO
INCLUDE THE FOLLOWING LOCATION:

BANCROFT BUILDING
731 MARKET STREET,
SAN FRANCISCO, CALIFORNIA.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by.....................................................

*Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

**THE HARTFORD**

Correc...
Requi...

| Pol.Symbol | Policy Number | Policy Inception Date |
|---|---|---|
| CA | 433479 | 1 1 76 |

Date Initiated 4-25-77

| Producer's Code | Effective Mo. Yr. | Premium | CR | Comm | Premium | CR | Comm |
|---|---|---|---|---|---|---|---|
| 250480 | 9 76 | 940 00 | X | 150 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CODING DEPT.
MAY 18
RECEIVED

**Reason for Correction:**

To enter End't; never received

**Register of Production Reviewed for**

**Initiated by**

**Approved by** _____
Premium Accounting Supervisor

**COMPLETE ITEMS BELOW FOR COMPUTER POLICY STATUS REQUESTS:**

Type of Inquiry: ☐ full   ☐ partial

Received from microfilm file? ☐ Yes   ☐ No

Inquiry as of date _____

Inquiry Code used _____

Remarks:

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form ACC-255-6   Printed in U. S. A.

11-15 EV  WILSON & ALLEN INC. 25 0480

R/P4c40.



**THE HARTFORD**

Named Insured and Address

BOY SCOUTS OF AMERICA NATIONAL
COUNCIL

NORTH BRUNSWICK, N J

This endorsement forms a part of Policy No. **10 CA 43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date **9-1-76** ..........................12:01 A.M., standard time
at the address of the *named insured* as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

---

IT IS HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES
DESCRIBES ON FORM A3471-O IS ELIMINATED FOR LIABILITY COVERAGE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by...................................................................
                                                    *Authorized Agent*

Form AL-8-1 A   Printed in U.S.A.   ISO:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

BSA-PLAN_00251961

SA 2913

11-15 EV

## Schedule of Automobiles and Covered Automobiles

P/R.334



**THE HARTFORD**

This Schedule forms a part of Policy No. **10 CA 43349E** issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date **9-1-76**
12:01 A. M., standard time.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name — Body Type - Truck Size — No. of Cyls., Truck Load, Gallonage — Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. — Medical Payments Premium | PD Liab. Prem. — Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert App. licable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each covered automobile) / Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 72 CHEV CARRYALL #CCE262F175642 | | C | | $ 6.00 <br> $ | $ 1.00 <br> $ | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION, WISC | 09 | IND TRK | | $ 6.00 | $ 1.00 | | $ | $ | $ | $ |
| 22 | 73 INTL TRAVELALL #3H0H0CHB51426 | | C | | $ 6.00 <br> $ | $ 1.00 <br> $ | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION, WISC | 09 | IND TRK | | $ 6.00 | $ 1.00 | | $ | $ | $ | $ |
| 30 | 65 CHEV CARRYALL #C1465F143668 | | C | | $ 33.00 <br> $ | $ 15.00 <br> $ | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION, WISC | 09 | 034986 | | $ 6 00 | $ 1.00 | | $ | $ | $ | $ |
| 32 | 52 WILLYS JEEP #7815 | | P&B | | $ 72.00 <br> $ | $ 22.00 <br> $ | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION, WISC | 09 | PPT | | $ 7.00 | $ 1.00 | | $ | $ | $ | $ |
| 33 | 63 CHEV P/U #C254F126644 | | C | | $ 33.00 <br> $ | $ 15.00 <br> $ | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION, WISC | 09 | 034986 | | $ 6.00 | $ 1.00 | | $ | $ | $ | $ |
| | | | | | $ <br> $ | $ <br> $ | $ | $ | $ | $ | $ |
| | | | | | $ <br> $ | $ <br> $ | $ | $ | $ | $ | $ |
| | | | | | $ <br> $ | $ <br> $ | $ | $ | $ | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

**TOTALS** $150.00 | $ 54.00 | | | | | $
$ 31.00 | $ 5.00

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. |
|---|---|---|
| | | |
| | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U.S.A.

SA 2914



THE HARTFORD

INC 25 0480
/76

$1 A p 72.00$

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK NJ**

Effective date **6/1/76 –8/26/76** ...........12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING VEHICLES ARE ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M T-06**

| YEAR | MAKE | SERIAL # | ANNUAL | | | | P/R PREM. | | | |
|------|------|----------|--------|------|------|------|------|------|------|------|
| | | | BI | PD | MP | UM | BI | PD | MP | UM |
| 73 | FORD S/W | E31GHR8799979 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 72 | FORD CB | F60BVP21100 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 72 | FORD 2DR | U15GLP28943 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 61 | FORD PK | F101JD170009 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 72 | CHEVY 4DR | CKS162F175471 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 72 | CHEVY 4 DR | CK3162F175752 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 64 | DODGE PK | 1161405714 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 53 | CHEVY CB | W53K039571 | 14.00 | 4.00 | 16.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| | | | 112.00 | 32.00 | 128.00 | 48.00 | 24. | 8.00 | 32.00 | 8.00 |

**P/R.236**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Countersigned by ...................................................
                                        Authorized Agent

Form AL-9-1 B   Printed in U.S.A.   ISO:



LLEN INC 25 0480

THE HARTFORD

Named Insured and Address

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK NJ**

Effective date ....**5/1/76 -8/26/76**........12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING VEHICLE IS
ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M   T-06**

|  |  |  | ANNUAL | | | | P/R PREM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | MAKE | SERIAL # | BI | PD | MP | UM | BI | PD | MP | UM |
| 64 | DODGE PK | 1161405693 | 14.00 | 4.00 | 16.00 | 6.00 | 4.00 | 1.00 | 5.00 | 2.00 |

P/R.321

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by........................................................................

Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential





**THE HARTFORD**

*A P 18.00*

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Named Insured and Address

**BOY SCOUTS OF AMERICA
NATIONAL COUNCIL
NORTH BRUNSWICK NJ**

Effective date **6/1/76 -8/20/76** 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING VEHICLES
ARE ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M. T-06**

| | | | ANNUAL | | | | P/R PREM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | MAKE | SERIAL # | BI | PD | MP | UM | BI | PD | MP | UM |
| 69 | FORD S/W | U15PLE98272 | 14.00 | 4.00 | 19.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| 69 | FORD S/W | U15PLG98273 | 14.00 | 4.00 | 19.00 | 6.00 | 3.00 | 1.00 | 4.00 | 1.00 |
| | | | 28.00 | 8.00 | 38.00 | 12.00 | 6.00 | 2.00 | 8.00 | 2.00 |

**P/R.219**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Countersigned by.....................................................
                                          *Authorized Agent*

**Form AL-8-1 B**   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

*p p 8.00*

**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

**BOY SCOUTS OF AMERICA**
**ANATIONAL COUNCIL**
**NORTH BRUNSWICK NJ**

Effective date **6/15/76 -8/20/76** 12:01 A. M. standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING VEHICLE IS ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M. T-06**

| | | | ANNUAL | | | | P/R PREM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | MAKE | SERIAL # | BI | PD | MP | UM | BI | PD | MP | UM |
| 75 | FORD BRONCO | U15G1W86679 | 14.00 | 4.00 | 19.00 | 6.00 | 3.00 | 1.00 | 3.00 | 1.00 |

**P/R.181**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ........................................................  *Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

WILSON & ALLEN INC   25 0480



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10CA43349B**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

**BOY SCOUTS OF AMERICA
NATIONAL COUNCIL
NORTH BRUNSWICK NJ**

Effective date **6/20/76–8/12/76** 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING BUSES ARE
ADDED TO THE CAPTIONED POLICY   GARAGE CIMARRON N.M   T-06**

| | | ANNUAL | | | | P/R PREMIUM | | | |
|---|---|---|---|---|---|---|---|---|---|
| PASS | SERIAL # | BI | PD | MP | UM | BI | PD | MP | UM |
| 38 | PD41044811 | 115.00 | 71.00 | 24.00 | 6.00 | 17.00 | 10.00 | 3.00 | 1.00 |
| 30 | CSE522V148935 | 94.00 | 59.00 | 19.00 | 6.00 | 14.00 | 9.00 | 3.00 | 1.00 |
| 28 | CSE522V116269 | 94.00 | 59.00 | 19.00 | 6.00 | 14.00 | 9.00 | 3.00 | 1.00 |
| | | 303.00 | 189.00 | 62.00 | 18.00 | 45.00 | 28.00 | 9.00 | 3.00 |

P/R .145

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ........................................................
Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

...LSON & ALLEN INC   25 0480

DB 3/19/76



**THE HARTFORD**

73.00

Named Insured and Address

This endorsement forms a part of Policy No. 10CA43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date 6/12/76 -8/12/76 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

| **BOY SCOUTS OF AMERICA** |
| **NATIONAL COUNCIL** |
| **NORTH BRUNSWICK NJ** |

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING BUSES
ARE ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M.

| PASS | SERIAL # | ANNUAL | | | | P/R PREMIUM | | | |
|------|----------|--------|------|------|------|------|------|------|------|
|      |          | BI | PD | MP | ULM | BI | PD | MP | UM |
| 26 | 56426A149316 | 94.00 | 59.00 | 19.00 | 6.00 | 16.00 | 10.00 | 3.00 | 1.00 |
| 66 | 5E520P168359 | 135.00 | 84.00 | 28.00 | 6.00 | 23.00 | 14.00 | 5.00 | 1.00 |
|    |              | 229.00 | 143.00 | 47.00 | 12.00 | 39.00 | 24.00 | 8.00 | 2.00 |

T-06

P/R .167

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by........................................
                                    Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO



LEB INC 25 480

3/19/76

**THE HARTFORD**

$AP 32.00$

Named Insured and Address

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK NJ**

Effective date **6/12/76- 8/18/76** 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING BUS IS
ADDED TO THE CAPTIONED POLICY. GARAGE CIMARRON N.M.**

| PASS | SERIAL # | ANNUAL | | | | P/R PREM | | | |
|------|----------|--------|-------|-------|------|----------|-------|------|------|
| | | BI | PD | MP | UM | BI | PD | MP | UM |
| 26 | SE521P145601 | 94.00 | 59.00 | 19.00 | 6.00 | 17.00 | 11.00 | 3.00 | 1.00 |

T-06

P/R .184

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by .................................................................

Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

WYATT & ALLEN INC  25  480
3/19/76

THE HARTFORD

Named Insured and Address

This endorsement forms a part of Policy No. 10CA433490E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

**BOY SCOUTS OF AMERICA**
**NATIONAL COUNCIL**
**NORTH BRUNSWICK NJ**

Effective date 6/20/76-8/16/76          12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING BUS**
**IS ADDED TO THE CAPTIONED POLICY. GARAGE-CIMARRON N.M.**

| PASS | SERIAL # | ANNUAL | | | | P/R PREM | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | BI | PD | MP | UM | BI | PD | MP | UM |
| 36 | 35881 | 115.00 | 71.00 | 24.00 | 6.00 | 18.00 | 11.00 | 4.00 | 1.00 |
| 66 | 13662EHA16435 | 135.00 | 84.00 | 28.00 | 6.00 | 21.00 | 13.00 | 4.00 | 1.00 |
| | | | | | | 39.00 | 24.00 | 8.00 | 2.00 |

T-06

P/R .156

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by.......................................................
                                                    Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

8-1 B   Printed in U.S.A.   ISO:



LEN INC  25 0480



**THE HARTFORD**

A P 81.00

Named Insured and Address

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is herein stated.

**BOY SCOUTS OF AMERICA NATIONAL
COUNCIL
NORTH BRUNSWICK N J**

Effective date **6/20/76- 8/13/76** 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IN CONSIDERATION OF THE ABOVE ADDITIONAL PREMIUM THE FOLLOWING
BUSES ARE ADDED TO THE CAPTIONED POLICY-GARAGE CIMARRON N.M. T-06**

| PASS | SERIAL # | BI | PD | MP | UM | BI | PD | MP | UM |
|------|----------|------|------|-------|-------|-------|-------|------|------|
| 28 | SE527A146854 | 94.00 | 59.00 | 19.00 | 6.00 | 14.00 | 9.00 | 3.00 | 1.00 |
| 28 | SE527A143498 | 94.00 | 59.00 | 19.00 | 6.00 | 14.00 | 9.00 | 3.00 | 1.00 |
| 26 | S6425A123716 | 94.00 | 59.00 | 19.00 | 6.00 | 14.00 | 9.00 | 3.00 | 1.00 |
| | | 282.00 | 177.00 | 57.00 | 18.00 | 42.00 | 27.00 | 9.00 | 3.00 |

P/R.148

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by...................................................

Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251971

SA 2923




ALLEN INC  2  0480
2/76

**THE HARTFORD**

R p 5 9 02

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**
**NORTH BRUNSWICK NJ**

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date ................ **1/1/76** ................12:01 A.M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

**IT IS HEREBY UNDERSTOOD AND AGREED THE VEHICLES DESCRIBES BELOW
ARE ELIMINATED FROM THE CAPTIONED POLICY.**

| # | YEAR | MAKE | SERIAL # | BI | PD | MP | UM |
|---|------|------|----------|-----|-----|------|------|
| 45 | 68 | FORD P/C | A101468 | 14.00 | 4.00 | 19.00 | 6.00 |
| 48 | 74 | CHEV TRAVELALL | CKY264P179594 | 14.00 | 4.00 | 19.00 | 6.00 |
| 51 | 72 | FORD VAN | 2651F244292 | 14.00 | 4.00 | 19.00 | 6.00 |
| 52 | 58 | CHEV PK | 4B58F132267 | 14.00 | 4.00 | 19.00 | 6.00 |
| 56 | 64 | DODGE CB | 2261378469 | 14.00 | 4.00 | 19.00 | 6.00 |
| 62 | 69 | CHEV PK | KS169Z848257 | 14.00 | 4.00 | 19.00 | 6.00 |
| 64 | 72 | FORD 2 DR | U150LP28943 | 14.00 | 4.00 | 19.00 | 6.00 |
| 65 | 61 | FORD PK | F10JD170009 | 14.00 | 4.00 | 19.00 | 6.00 |
| 68 | 72 | CHEV 4DR | CKS162P175471 | 14.00 | 4.00 | 19.00 | 6.00 |
| 69 | 72 | CHEV 4 DR | CKS162P175752 | 14.00 | 4.00 | 19.00 | 6.00 |
| 77 | 69 | CHEV 2 DR | KS169Z2847104 | 14.00 | 4.00 | 19.00 | 6.00 |
| 79 | 69 | FORD S/W | U15FLD86049 | 14.00 | 4.00 | 19.00 | 6.00 |
| 83 | 47 | LOWBOY TRAILER | NMF-9000037 | - | - | - | - |
| | | | | 182.00 | 52.00 | 247.00 | 78.00 |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Countersigned by .................................................

Authorized Agent

**Form AL-8-1 B**   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

  EN INC 25?0       DB 3/22/76

 **THE HARTFORD**

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**

Named Insured and Address

This endorsement forms a part of Policy No. **10CA43349B**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

**BOY SCOUTS OF AMERICA NATIONAL**
**COUNCIL**
**NORTH BRUNSWICK NJ**

Effective date ............ **1/1/76** ............    12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

Item
- ☐ 1. The *named insured's* NAME is amended to read ...............
- ☐ 2. The *named insured's* ADDRESS is amended to read ...............
- ☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.
- ☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:
- ☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

☒ 6. Automobile(s) ADDED —    *Purposes of Use (P and B = Pleasure and Business; C = Commercial)*

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 MOTO SKI | #02425 | | MLD 3-104 | ORRINGTON ME | C | |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)          ACV means *Actual Cash Value*          PREMIUMS

| ★Include | ★Delete | ★Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| X | | | Bodily Injury Liability | $ 500 ,000 each person $ 500 ,000 each occurrence | | $ 80 00 | 80 00 | $ |
| | | | Medical Payments | $ 500 each person | | $ 10 00 | 10 00 | $ |
| | | | Property Damage Liability | $ 500 ,000 each occurrence | | $ 13 00 | 13 00 | $ |
| | | | Uninsured Motorists | $ 10 ,000 each person $ 20 ,000 each accident | | $ 3 00 | 3 00 | $ |
| | | | Comprehensive | ACV unless amount stated $ less $ deductible | | $ | $ | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | | | | $ | $ | $ |
| | | | | TOTALS | | $ 106 00 | 106 00 | $ |
| | | | | NET ADDITIONAL OR RETURN | | | 106 00 | $ |

The company has signed this endorsement to be effective at the company's authorized agent or by a duly authorized representative of the company.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by .......................................

*Authorized Agent*

A-3459-0   Printed in U.S.A.

SA 2925

HIBBoy & ALLEN INC  25-0480

DB 3/22/76

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**


**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date stated herein.

**BOY SCOUTS OF AMERICA**
**NATIONAL COUNCIL**
**NORTH BRUNSWICK NJ**

Effective date **2/3/76**                    12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

Item
☐ 1. The *named insured's* NAME is amended to read .................................................
☐ 2. The *named insured's* ADDRESS is amended to read .................................................
☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.
☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:   ☒ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | 72 CHEVY P/U #CCS142B139673 | | |

☐ 6. Automobile(s) ADDED —                    *Purpose of Use (P and B = Pleasure and Business; C = Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| | | | | | | |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY ACV means Actual Cash Value | PREMIUMS | | RETURN |
|---|---|---|---|---|---|---|---|
| | | | | | ANNUAL | ADDITIONAL | |
| X | X | | Bodily Injury Liability | $500,000 each person $500,000 each occurrence | $ 12 00 | $ | $ 11 00 |
| | X | | Medical Payments | $ 5,000 each person | $ 26 00 | $ | $ 24 00 |
| | X | | Property Damage Liability | $500,000 each occurrence | $ 4 00 | $ | $ 4 00 |
| | X | | Uninsured Motorists | $ 15,000 each person $ 30,000 each accident | $ 2 00 | $ | $ 2 00 |
| | | | Comprehensive | ACV unless amount stated less $ deductible | $ | $ | $ |
| | | | Collision | ACV less $ deductible | $ | $ | $ |
| | | | Fire, Lightning or Transportation | ACV unless amount stated | $ | $ | $ |
| | | | Theft | ACV unless amount stated | $ | $ | $ |
| | | | Combined Additional | ACV unless amount stated | $ | $ | $ |
| | | | Towing | $ each disablement | $ | $ | $ |
| | | | | | $ | $ | $ |
| | | | | TOTALS | $ 44 00 | $ | $ 41 00 |
| | | | | NET ADDITIONAL OR RETURN | | | $ 41 00 |

**P/R.910**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by .................................................

*Authorized Agent*

Printed in U.S.A.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251974

SA 2926



INC 25 0480



**THE HARTFORD**

Elimination or Addition of Automobile
Change of Coverage — Amendment of Declarations

Named Insured and Address

This endorsement forms a part of Policy No. **10CA43349E**
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date stated herein.

**BOY SCOUTS OF AMERICA
NATIONAL COUNCIL
NORTH BRUNSWICK NJ**

Effective date **2/10/76**

12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ⊠:

Item

☐ 1. The *named insured's* NAME is amended to read ..............

☐ 2. The *named insured's* ADDRESS is amended to read ..............

☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:

☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |

⊠ 6. Automobile(s) ADDED — Purposes of Use (P and B = Pleasure and Business: C = Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged in (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 CHEVY P/U | | #CCD146B112323 | | AS ABOVE | C | IND. TRK |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**

**T-40**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)          ACV means Actual Cash Value

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | PREMIUMS | |
| X | | | Bodily Injury Liability | $ 500 ,000 each person | | | | |
| | | | | $ 500 ,000 each occurrence | | $ 12 00 | 11 00 | $ |
| X | | | Medical Payments | $ 5000 each person | | 45 00 | 40 00 | |
| X | | | Property Damage Liability | $ 500 ,000 each occurrence | | 4 00 | 4 00 | |
| X | | | Uninsured Motorists | $ 15 ,000 each person | | | | |
| | | | | $ 30 ,000 each accident | | 2 00 | $ 2 00 | |
| | | | Comprehensive | ACV unless amount stated less $ deductible | | $ | $ | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | | | | $ | $ | $ |
| | | | | TOTALS | $ | 63 00 | 57 00 | $ |
| | | | | NET ADDITIONAL or RETURN | | | 57 00 | |

**P/R.890**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by...............................................

A-3459-0   Printed in U.S.A.

*Authorized Agent*

Subject to Protective Order – Highly Confidential

**Correction Request**

THE HARTFORD

20 YR. RET.

| Pol.Symbol | Policy Number | Policy Inception Date |
|---|---|---|
| CA | A43349 | 11.76 |

Date Initiated 9-15-77

| Producer's Code | Effective Mo. Yr. | Premium | CR | Comm | Premium | CR | Comm |
|---|---|---|---|---|---|---|---|
| 250480 | 1 76 | 470.9 | 000 | | | | |

CODING DEPT.
SEP 19 Rec'd
RECEIVED

**Reason for Correction:**

Office entry Received in Accounts Regardi'
nothing on daily To Substanciate

Register of Production Reviewed for _____

Initiated by  Ee

Approved by _____
Premium Accounting Supervisor

**COMPLETE ITEMS BELOW FOR COMPUTER POLICY STATUS REQUESTS:**

Type of Inquiry:  ☐ full   ☐ partial          Received from microfilm file? ☐ Yes  ☐ No

Inquiry as of date _____          Inquiry Code used _____

Remarks: _____

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form ACC-255-6   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

PREMIUM / COMMISSION NOTIFICATION LETTER

1-15-76
(Date)

TO: WILSON & ALLEN INC.
(Producer)

25 0480
(Code)

☐ Commission Breakdown for Premium Discount

☒ Negotiated Commission / Premium Letter

Gentlemen:

Insured: BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK, N. J.

Policy No.: 10 CA 43349E

Policy Period: 1-1-76 - 1-1-77

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | | Commission Rate |
|---|---|---|---|
| AUTO PHY DAM | $ A/P $42.00 | @ | 15 % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |

Special Premium Instructions:

UNDERWRITING DEPARTMENT

The company located these documents in its business records... subject to adjustment at final ...marked with an asterisk (*) are final rates. Those not marked with an asterisk are tentative and subject to adjustment at final does not certify that these documents constitute COMPANY COPY complete and accurate copy of the policy.

 

10/1/RM WILSON & ALLEN INC   250480

RP 26.00

**THE HARTFORD**

10 C A43349E

Named Insured and Address

This endorsement forms a part of Policy No............
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

BOY SCOUTS OF AMERICA NATIONAL COUNCIL
INC

NORTH BRUNSWICK,NJ

8/30/76

Effective date ..................................12:01 A.M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE**

IN CONSIDERATION OF THE ABOVE RETURN PREMIUM IT IS HEREBY UNDERSTOOD &
AGREED THAT THE FOLLOWING VEHICLES ARE ELIMINATED FROM THE CAPTIONED
POLICY:

| YEAR / MODEL | SERIAL # | | BI | PD | PIP | UM |
|---|---|---|---|---|---|---|
| 1976 FORD CLUBWAGON | E23HHC40438 | ANNL | 29.00 | 4.00 | 3.00 | 3.00 |
| | | R/R | 10.00 | 1.00 | 1.00 | 1.00 |
| 1976 FORD CLUB WAGON | E23HHC44073 | ANNL | 29.00 | 4.00 | 3.00 | 3.00 |
| | | PR | 10.00 | 1.00 | 1.00 | 1.00 |
| | | TOTAL R/P | 20.00 | 2.00 | 2.00 | 2.00 |

PR.340

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ...................................................
Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 C   Printed in U.S.A.   ISO:

BSA-PLAN_00251978

**SA 2930**

10/1/RH  WILSON ALLEN INC    250480

## Change, Elimination or Addition of Automobile
## Change of Coverage — Amendment of Declarations



**THE HARTFORD**

Named Insured and Address

10 C A43349E

This endorsement forms a part of Policy No..........................
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL INC**

**NORTH BRUNSWICK, NJ**

Effective date.................. **7/26/76** ...................  12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ⊠:

**Item**

☐ 1. The *named insured's* NAME is amended to read ...................................................................................

☐ 2. The *named insured's* ADDRESS is amended to read ...............................................................................

☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:

☒ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification |
|---|---|---|---|
|  |  |  |  |

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|
| **71 CHEV CARRY ALL #C5261F650530** |  |  |

☒ 6. Automobile(s) ADDED —  *Purposes of Use* (P and B = *Pleasure and Business*; C = *Commercial*)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| **76 CHEV SPORT VAN #CGL366U213586** |  |  |  | **ORRINGTON, ME.** | **C** | **034986** |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
|  |  |  |  |  |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

................................................................................................................................................................

**SCHEDULE**    **T-10**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)    ACV *means Actual Cash Value*

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY | ANNUAL | PREMIUMS ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|
|  |  |  | Bodily Injury Liability | $ **500** ,000 each person | $ **NO** | $ | $ |
|  |  |  |  | $ **500** ,000 each occurrence |  |  |  |
|  |  |  | Medical Payments | $ **5,000** each person | $ | $ | $ |
|  |  |  | Property Damage Liability | $ **500** ,000 each occurrence | $ | $ | $ |
|  |  |  | Uninsured Motorists | $ **10** ,000 each person | $ **CHARGE** |  |  |
|  |  |  |  | $ **20** ,000 each accident | $ |  |  |
|  |  |  | Comprehensive | ACV unless amount stated less $ deductible | $ | $ | $ |
|  |  |  | Collision | ACV less $ deductible | $ | $ | $ |
|  |  |  | Fire, Lightning or Transportation | ACV unless amount stated | $ | $ | $ |
|  |  |  | Theft | ACV unless amount stated | $ | $ | $ |
|  |  |  | Combined Additional | ACV unless amount stated | $ | $ | $ |
|  |  |  | Towing | each disablement | $ | $ | $ |
|  |  |  |  | TOTALS | $ | $ | $ |
|  |  |  |  | NET ADDITIONAL OR RETURN | $ | $ | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by.................................................................

*Authorized Agent*

A-3459-0   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

**THE HARTFORD**

PREMIUM / COMMISSION NOTIFICATION LETTER

8-16-76
(Date)

TO: WILSON & ALLEN INC.                                    25-0480
(Producer)                                                 (Code)

☐ Commission Breakdown for Premium Discount

☒ Negotiated Commission / Premium Letter

☐ Standard Average Commission

Gentlemen:

Insured: BOY SCOUTS OF AMERICA

NATIONAL COUNCIL

Policy No.: 10 CA 43349E

Policy Period: 1-1-76 TO 77

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | Commission Rate |
|---|---|---|
| COMP. AUTO LIAB. | $ A/P 40.00 @ | 15 % |
|  | $ @ | % |
|  | $ @ | % |
|  | $ @ | % |
|  | $ @ | % |

Special Premium Instructions:

_____

_____

†CBP AND CPP: PROCESS AT STANDARD AVERAGE COMM. (1) Original entry (2) Automobile rerated annually. PROCESS ADDITIONAL OR RETURN PREMIUM AT A FIXED 15% COMM. (1) Endorsement changes (2) In term cancellations (3) Audit adjustments EXCEPT when the original 3 year prepaid premium is less than $2,000 or when the policy contains a line of insurance for which the normal line is less than 15%. PROCESS AT THE COMM. RATE USED TO BOOK EACH INDIVIDUAL ENTRY. (1) Anniversary and/or flat cancellations.

All commission rates marked with an asterisk (*) are final rates. Those not marked with an asterisk are tentative rates subject to adjustment at final audit.

Form G-2168-2   Printed in U. S. A.   5-'72          COMPANY COPY

The company located in business records. At this time, the company does not certify that these documents constitute complete and accurate copy of the policy.

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**

THE HARTFORD

WILSON & ALLEN INC. 25-0480
DS8-16-76

This endorsement forms a part of Policy No...... 10 CA 43349E
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

Named Insured and Address

BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK, N.J.

Effective date.......... 7-26-76

12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

**Item**
- ☐ 1. The *named insured's* NAME is amended to read
- ☐ 2. The *named insured's* ADDRESS is amended to read
- ☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.
- ☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:
- ☒ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification |
|---|---|---|---|
| | | | veh #24 |

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|
| 71 CHEV. CARRY-ALL | | #C5261F650350 |

☒ 6. Automobile(s) ADDED —     *Purposes of Use (P and B = Pleasure and Business: C = Commercial)*

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 CHEV. SPORT-VAN | #CGL366U213586 | | | ORRINGTON, ME. | C | 034986 |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Sym-bol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**     T-10

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

| *Include | *Delete | *Amend Limits | COVERAGES | LIMITS OF LIABILITY | PREMIUMS ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|
| X | | | Bodily Injury Liability | $ 500,000 each person | | | |
| | | | | $ 500,000 each occurrence | $ 47 00 | 20 00 | |
| X | | | Medical Payments | $ 5,000 each person | $ 9 00 | 4 00 | |
| X | | | Property Damage Liability | $ 500,000 each occurrence | $ 34 00 | 15 00 | |
| | | | | $ 10,000 each person | | | |
| X | | | Uninsured Motorists | $ 20,000 each accident | $ 2 00 | 1 00 | |
| | | | Comprehensive | $ ACV unless amount stated less $ deductible | $ | $ | $ |
| | | | Collision | ACV less $ deductible | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | $ | $ | $ |
| | | | Towing | $ each disablement | $ | $ | $ |
| | | | | | | | |

*(Insert X in applicable column)     ACV means *Actual Cash Value*

P/R .436     TOTALS     92 00     40 00

NET ADDITIONAL OR RETURN

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by .......... Francis T. Guido

Authorized Agent

A-3459-0   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251981

SA 2933

# Change, Elimination or Addition of Automobile
## Change of Coverage — Amendment of Declarations



**THE HARTFORD**

WILSON & ALLEN INC. 25-0480
858-16-76

This endorsement forms a part of Policy No..... **10 CA 43349E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**
**NORTH BRUNSWICK, N.J.**

Effective date .......... **7-26-76**

12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒

**Item**

☐ 1. ....ured's NAME is amended to read

☐ 2. The named insured's ADDRESS is amended to read

☐ 3. COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:

☒ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | 7F CHEV. CARRY-ALL | | #C5261F650350 |

☒ 6. Automobile(s) ADDED —

*Purpose of Use (P and B = Pleasure and Business; C = Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 CHEV. SPORT-VAN | #CGL366U219586 | | | ORRINGTON, ME. | C | 030936 |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

## SCHEDULE

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)   ACV means Actual Cash Value

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|
| X | | | Bodily Injury Liability | $ 500,000 each person $ 500,000 each occurrence | $ 47 00 | 20 00 | |
| X | | | Medical Payments | $ 5,000 each person | 3 00 | 4 00 | |
| X | | | Property Damage Liability | $ 500,000 each occurrence $ 10,000 each person | 136 00 | 15 00 | |
| X | | | Uninsured Motorists | $ 20,000 each accident | 2 00 | 1 00 | |
| | | | Comprehensive | ACV unless amount stated less $ deductible | $ | $ | $ |
| | | | Collision | ACV less $ deductible | $ | $ | $ |
| | | | Fire, Lightning or Transportation | ACV unless amount stated | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | $ | $ | $ |
| | | | Towing | $ each disablement | $ | $ | $ |
| | | | | | $ | $ | $ |
| | | | **TOTALS** | | 92 00 | 40 00 | |

P/R .436

NET ADDITIONAL OR RETURN

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by.................................................

A-3459-0   Printed in U.S.A.

*Authorized Agent*

Subject to Protective Order – Highly Confidential

DS

**THE HARTFORD**

PREMIUM / COMMISSION  NOTIFICATION  LETTER

8-16-76
(Date)

TO: WILSON & ALLEN INC.                                    25-0480
         (Producer)                                                           (Code)

☐ Commission Breakdown for Premium Discount

☒ Negotiated Commission / Premium Letter

☐ Standard Average Commission

Gentlemen:

Insured: BOY SCOUTS OF AMERICA

NATIONAL COUNCIL

Policy No.: 10 C A43349E

Policy Period: 1-1-76 TO 77

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | | Commission Rate | |
|---|---|---|---|---|
| COMP. AUTO LIAB. | $ A/P 80.00 | @ | 15 | % |
| | $ | @ | | % |
| | $ | @ | | % |
| | $ | @ | | % |
| | $ | @ | | % |

Special Premium Instructions:

†CBP AND CPP: PROCESS AT STANDARD AVERAGE COMM. (1) Original entry (2) Automobile
rerated annually. PROCESS ADDITIONAL OR RETURN PREMIUM AT A FIXED 15% COMM. (1) En-
dorsement changes (2) In term cancellations (3) Audit adjustments EXCEPT when the original 3
year prepaid premium is less than $2,000 or when the policy contains a line of insurance for which
the normal line is less than 15%. PROCESS AT THE COMM. RATE USED TO BOOK EACH INDI-
VIDUAL ENTRY. (1) Anniversary and/or flat cancellations.

All commission rates marked with an asterisk (*) are final rates. Those not marked with an asterisk are tentative rates subject to adjustment at final
audit.

Form G-2168-2   Printed in U. S. A.   5-'72              **COMPANY COPY**

The company located in the administration
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251983

SA 2935

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**

 **THE HARTFORD**

WILSON & ALLEN INC. 25-0488
858-16-76

Named Insured and Address

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

10 C AN3369E

BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK, N.J.

Effective date 7-7-76

12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

☐ 1. The insured's **NAME** is amended to read

☐ 2. The insured's **ADDRESS** is amended to read

☐ 3. **CHANGE OF COVERAGE** — The insurance afforded is amended as indicated by entry in the **SCHEDULE** of this endorsement.

☐ 4. The **CLASSIFICATION** for the Automobile designated herein is amended to read as follows:

☐ 5. Automobiles **DELETED** — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification |
| --- | --- | --- | --- |
| | | | |

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | |
| --- | --- | --- | --- |
| | | | |

☒ 6. Automobile(s) **ADDED** —

*Purposes of Use (P and B = Pleasure and Business; C = Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
| --- | --- | --- | --- | --- | --- | --- |
| 76 DODGE SPORTS VAN B536BF6X135654 | | | | DULUTH JUNCTION C WISCONSIN | | 034508 |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
| --- | --- | --- | --- | --- |
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

T-03

**SCHEDULE**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY (ACV means *Actual Cash Value*) | ANNUAL | PREMIUMS ADDITIONAL | RETURN |
| --- | --- | --- | --- | --- | --- | --- | --- |
| X | | | Bodily Injury Liability | $ 500,000 each person | 39 00 | 48 00 | |
| | | | | $ 500,000 each occurrence | $ | | |
| X | | | Medical Payments | $ 5,000 each person | 13 00 | 6 00 | |
| X | | | Property Damage Liability | $ 500,000 each occurrence | 44 00 | 21 00 | |
| | | | | $ 10,000 each person | | | |
| X | | | Uninsured Motorists | $ 20,000 each accident | 4 00 | 2 00 | |
| | | | Comprehensive | $ ACV unless amount stated less $ deductible | $ | $ | $ |
| | | | Collision | ACV less $ deductible | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | $ | $ | $ |
| | | | Towing | $ each disablement | $ | $ | $ |
| | | | | | | | |
| | | | | TOTALS | 155 00 | 80 00 | 30 00 |

P/R .488

NET ADDITIONAL OR RETURN

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by

*Authorized Agent*

A-3459-0   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251984

SA 2936

DS

**THE HARTFORD**

PREMIUM / COMMISSION NOTIFICATION LETTER

8-16-76
(Date)

TO: WILSON & ALLEN INC.                                    25-0480
        (Producer)                                          (Code)

☐ Commission Breakdown for Premium Discount

☒ Negotiated Commission / Premium Letter

☐ Standard Average Commission

Gentlemen:

Insured: **BOY SCOUTS OF AMERICA**

**NATIONAL COUNCIL**

Policy No.: 10 CA 43349E

Policy Period: 1-1-76 TO 77

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | | Commission Rate |
|---|---|---|---|
| COMP. AUTO LIAB. | $ A/P 82.00 | @ | 15 % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |

Special Premium Instructions:

†CBP AND CPP: PROCESS AT STANDARD AVERAGE COMM. (1) Original entry (2) Automobile rerated annually. PROCESS ADDITIONAL OR RETURN PREMIUM AT A FIXED 15% COMM. (1) Endorsement changes (2) In term cancellations (3) Audit adjustments EXCEPT when the original 3 year prepaid premium is less than $2,000 or when the policy contains a line of insurance for which the normal line is less than 15%. PROCESS AT THE COMM. RATE USED TO BOOK EACH INDIVIDUAL ENTRY. (1) Anniversary and/or flat cancellations.

UNDERWRITING DEPARTMENT

All commission rates marked with an asterisk (*) are **final rates**. Those not marked with an asterisk are tentative rates, subject to adjustment at final audit.

Form G-2168-2   Printed in U. S. A.   5-'72         **COMPANY COPY**

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251985

SA 2937

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**



**THE HARTFORD**

WILSON & ALLEN INC. 25-0420
BSB-16-76

Named Insured and Address

This endorsement forms a part of Policy No.... 10 CA 433496
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK, N.J.

Effective date....... 7-8-76

12:01 A. M., standard time at the address of the *named
insured* as stated herein.

the policy is amended, with respect only to such of the following Items as are indicated by ☒:

insured's NAME is amended to read ........................................................................................

insured's ADDRESS is amended to read ...................................................................................

☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:

☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

☒ 6. Automobile(s) ADDED —                    *Purposes of Use (P and B = Pleasure and Business: C = Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 72 CHEV. CARRY-ALL | #CCE162F145115 | NO.CC1 | | GOLDEN POND, KY | C | 034986 |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**                    T-12

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)                    ACV means Actual Cash Value                    PREMIUMS

| ★Include | ★Delete | ★Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| X | | | Bodily Injury Liability | $ 500 ,000 each person $ 500 ,000 each occurrence | | $ 74 00 | 36 00 $ | $ |
| X | | | Medical Payments | $ 5,000 each person | | $ 19 00 | 9 00 | $ |
| X | | | Property Damage Liability | $ 0 ,000 each occurrence | | $ 72 00 | 35 00 | $ |
| X | | | Uninsured Motorists | $ 10 ,000 each person $ 20 ,000 each accident | | $ 4 00 | 2 00 | $ |
| | | | Comprehensive | $ ACV unless amount stated less $ deductible | | $ | $ | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | | | | $ | $ | $ |
| | | | TOTALS | | | $ 169 00 | 82 00 $ | $ |
| | | | NET ADDITIONAL OR RETURN | | | | 82 00 | $ |

P/B .485

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by.........................................................................

A-3459-0   Printed in U.S.A.                    *Authorized Agent*

Subject to Protective Order – Highly Confidential

BSA-PLAN_00251986

SA 2938

 

**THE HARTFORD**

PREMIUM / COMMISSION NOTIFICATION LETTER

7/9/RM
(Date)

TO: WILSON & ALLEN INC                                    250480
    (Producer)                                            (Code)

☐ Commission Breakdown for Premium Discount

☒ Negotiated Commission / Premium Letter

☐ Standard Average Commission

Gentlemen:

Insured: **BOY SCOUTS OF AMERICA**

**NATIONAL COUNCIL**

Policy No.: **10 C A43349E**

Policy Period: **1/1/76-77**

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | | Commission Rate |
|---|---|---|---|
| COMP. AUTO LIAB | $ A/P 1246.00 | @ | 15 % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |

Special Premium Instructions:

_____

_____

†CBP AND CPP: PROCESS AT STANDARD AVERAGE COMM. (1) Original entry (2) Automobile rerated annually. PROCESS ADDITIONAL OR RETURN PREMIUM AT A FIXED 15% COMM. (1) Endorsement changes (2) In term cancellations (3) Audit adjustments EXCEPT when the original 3 year prepaid premium is less than $2,000 or when the policy contains a line of insurance for which the normal line is less than 15%. PROCESS AT THE COMM. RATE USED TO BOOK EACH INDIVIDUAL ENTRY. (1) Anniversary and/or flat cancellations.

UNDERWRITING DEPARTMENT

All commission rates marked with an asterisk (*) are final rates. Those not marked with an asterisk are tentative rates subject to adjustment on final audit.

The company located . . . on the company business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy

Form G-2168-2    Printed in U. S. A.    5-'72        **COMPANY COPY**

Subject to Protective Order – Highly Confidential

RP 41.00

 7/9/RM WILSON & ALLEN INC 250480

**THE HARTFORD**

Named Insured and Address

10 C A43349E

This endorsement forms a part of Policy No.........................
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

6/4/76

Effective date .............................................12:01 A. M., standard time
address of the *named insured* as stated herein.

**BOY SCOUTS OF AMERICA
NATIONAL COUNCIL
NORTH BRUNSWICK, NJ**

such insurance as is afforded by the provisions of the policy relating to the following:

UTOMOBILE PHYSICAL DAMAGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE FOLLOWING VEHICLES
DESCRIBED BELOW, COMPREHENSIVE COVERAGE IS ELIMINATED

| VEHICLE # | TYPE | SERIAL # | P/R.578 |
|---|---|---|---|
| 29 | 69 CHEV CARRYALL | CE168F173539 | 6.00 |
| 30 | 65 CHEV CARRYALL | C1465F143668 | 6.00 |
| 31 | 61 CHEV CARRYALL | CI46J118947 | 6.00 |
| 32 | 52 WILLYS JEEP | 7815 | 11.00 PPT |
| 33 | 63 CHEV P/U | C254F126644 | 6.00 |
| 34 | 69 FORD P/U | F10BLF12655 | 6.00 |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by.........................................................   ...............................Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.  ISO:



## Automobiles and Covered Automobiles

... as a part of Policy No. ... 0 C A43349E ... issued by THE HARTFORD INSURANCE ... is designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date: 6/4/76   12:01 A. M., standard time.

P/R.578

THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges.  The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Year Model Trade Name / No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Body Type Truck Size / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Class | *Purpose of Use | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each covered automobile) | †Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 CHEV CARRYALL #CE168F173539 | | C | | | $57.00 | $26.00 | | $ | $ | $ | $ | ● |
| BOULDER JUNCTION WISC | 09 | 034986 | | †275 | $18.00 | $4.00 | | $ | $ | $ | $ | |
| 65 CHEV CARRYALL #C1465F143668 | | C | Q | | $57.00 | $26.00 | | $ | $ | $ | $ | |
| BOULDER JUNCTION , WISC. | 09 | 034986 | | 625 | $18.00 | $4.00 | | $ | $ | $ | $ | |
| 61 CHEV CARRYALL #IC146J118947 | | C | | | $57.00 | $26.00 | | $ | $ | $ | $ | |
| BOULDER JUNCTION WISC | 09 | 034986 | | †175 | $18.00 | $4.00 | | $ | $ | $ | $ | |
| 52 WILLYS JEEP #7815 | | P&B | | | $124.00 | $39.00 | | $ | $ | $ | $ | |
| BOULDER JUNCTION WISC. | 09 | PPT | | 435 | 20.00 | 4.00 | | $ | $ | $ | $ | |
| 63 CHEV P/U #C254F126644 | | C | | | $57.00 | $26.00 | | $ | $ | $ | $ | ● |
| BOULDER JUNCTION WISC. | 09 | 034986 | | 2000 | 18.00 | 4.00 | | $ | $ | $ | $ | |
| 69 FORD P/U #F10BLF12655 | | C | | | $57.00 | $26.00 | | $ | $ | $ | $ | |
| BOULDER JUNCTION WISC. | 09 | 034986 | | 2490 | 18.00 | 4.00 | | $ | $ | $ | $ | |
| | | | | | $ | $ | | $ | $ | $ | $ | |
| | | | | | $ | $ | | $ | $ | $ | $ | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.

| No. | Name and Address of Loss Payee |
|---|---|

The company has stated in its business records that at this time the company does not certify that these documents constitute a complete and accurate copy of the policy.

Automobile

Schedule of Automobiles

AP 712.00



7/9/RM   WILSON & ALLEN INC   250480

**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date ...................**6/4/76**.....................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

**BOY SCOUTS OF AMERICA**
**NATIONAL COUNCIL**

**NORTH BRUNSWICK, NJ**

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**HENSIVE   AUTOMOBILE LIABILITY**

This Schedule for.
GROUP Comp

**HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES DESCRIBED**

**ON FORM A3471-O ARE ADDED FOR LIABILITY ONLY.**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ..............................................

Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

**Form AL-8-1 B**   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential

7/9/RM  WILSON & ALLEN INC 250480

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**



THE HARTFORD

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A 43349E**
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date stated herein.

**BOY SCOUTS OF AMERICA**
**NATIONAL COUNCIL**

**NORTH BRUNSWICK, NJ**

Effective date **6/1/76**

12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by **X**:

Item

☐ 1  The *named insured's* NAME is amended to read

☐     ....... *....ured's* ADDRESS is amended to read

☐ 3. ....... OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:

☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |

☒ 6. Automobile(s) ADDED — *Purposes of Use* (P and B = *Pleasure and Business*; C = *Commercial*)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 FORD CLUB WAGON | | #E23HHC44073 | | ELY MINNESOTA | | IND TRK |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | 6000 | | | GARHER FORD AGENCY IN ELY MINNESOTA |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

| Include (Insert X in applicable column) | Delete | Amend Limits | COVERAGES | LIMITS OF LIABILITY (ACV means Actual Cash Value) | | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ANNUAL | ADDITIONAL | RETURN |
| X | | | Bodily Injury Liability | $ 500 ,000 each person | | | | |
| | | | | $ 500 ,000 each occurrence | | $ 29 | $ 17 | $ |
| | | | Medical Payments | $ each person | | $ | $ | $ |
| X | | | Property Damage Liability | $ 500 ,000 each occurrence | | $ 4 | $ 2 | $ |
| | | | | $ 10 ,000 each person | | | | |
| X | | | Uninsured Motorists | $ 20 ,000 each accident | | $ 3 | $ 2 | $ |
| | | | Comprehensive | $ ACV unless amount stated | | $ | $ | $ |
| | | | | less $ deductible | | | | |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| X | | | PIP | | | $ 3 | $ | $ |
| | | | TOTALS | | | $ 39 | $ 23 | $ |
| | | | NET ADDITIONAL OR RETURN | | | | | PR. 586 |

The company executed these documents in its business... ... a complete and accurate copy of the company's...

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by.................................................

A-3459-0   Printed in U.S.A.

*Authorized Agent*

Subject to Protective Order – Highly Confidential



**THE HARTFORD**

This endorsement forms a part of Policy No. **10 C A43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Named Insured and Address

Effective date ...................................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

### WORLD WIDE COVERAGE

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

#### COMPREHENSIVE GENERAL LIABILITY INSURANCE
#### CONTRACTUAL LIABILITY INSURANCE

THE DEFINITION OF "POLICY TERRITORY" IS AMENDED BY ADDING THE FOLLOWING THERETO:

(4) ANYWHERE IN THE WORLD, WITH RESPECT TO THE OPERATIONS OF ANY NAMED INSURED DOMICILED IN THE UNITED STATES OF AMERICA, PROVIDED THAT:

    (a) IF CLAIM IS MADE OR SUIT IS BROUGHT ELSEWHERE THAN WITHIN THE UNITED STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS OR CANADA, THE COMPANY SHALL HAVE THE RIGHT BUT NOT THE DUTY TO INVESTIGATE AND SETTLE SUCH CLAIM AND DEFEND SUCH SUIT AND,

    (b) IN ANY CASE IN WHICH THE COMPANY ELECTS NOT TO INVESTIGAGE, SETTLE OR DEFEND, THE INSURED SHALL, UNDER THE SUPERVISION OF THE COMPANY, MAKE OR CAUSE TO BE MADE SUCH INVESTIGATION AND DEFENSE AS ARE REASONABLY NECESSARY, AND SUBJECT TO PRIOR AUTHORIZATION BY THE COMPANY, WILL EFFECT TO THE EXTENT POSSIBLE SUCH SETTLEMENT AS THE COMPANY AND INSURED DEEM PRUDENT.

THE COMPANY SHALL REIMBURSE THE NAMED INSURED FOR THE REASONABLE COST OF SUCH INVESTIGATION SETTLEMENT OR DEFENSE. NOTING HEREIN SHALL OBLIGATE THE COMPANY TO PAY ANY SUCH CLAIM OR JUDGMENT OR TO DEFEND ANY SUCH SUIT AFTER THE APPLICABLE LIMIT OF THE COMPANY'S LIABILITY HAS BEEN EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.
IT IS AGREED THAT SUCH PAYMENTS AS ARE TO BE MADE UNDER THIS ENDORSEMENT SHALL BE PAID IN THE CURRENCY OF THE UNITED STATES OF AMERICA.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



Countersigned by...................................................
                                             *Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43349B
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date .................................................... 12:01 A. M., standard time
at the address of the *named insured* as stated herein.

## NAMED INSURED ENDORSEMENT

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
PERSONAL INJURY LIABILITY INSURANCE
COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE
AUTOMOBILE PHYSICAL DAMAGE INSURANCE
PREMISES MEDICAL PAYMENTS INSURANCE
EMPLOYEE BENEFIT INSURANCE

## NAMED INSURED ENDORSEMENT

IT IS AGREED THAT ITEM #1, NAMED INSURED SHALL READ AS FOLLOWS:

BOY SCOUTS OF AMERICA, NATIONAL ~~AND REGIONAL~~ COUNCIL

SOUTH CINCINNATI PARKING GARAGE - *Philtower Bldg*

PHILMONT SCOUT RANCH, ~~CIMARRON, N.M.~~

~~PHILTOWER BUILDING, TULSA OKLA.~~

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by.....................................................
                                    *Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

Subject to Protective Order – Highly Confidential



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date .................................................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

## NOTICE OF OCCURRENCE

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE
AUTOMOBILE PHYSICAL DAMAGE INSURANCE
CONTRACTUAL LIABILITY INSURANCE
PERSONAL INJURY LIABILITY INSURANCE

IT IS AGREED THAT NOTICE OF CLAIM OR SUIT TO THE INSURED, IS TO

BE DEEMED EFFECTIVE ONLY WHEN GIVEN TO AN EXECUTIVE OFFICER OR

THE INSURANCE MANAGER AT B.S.A. NATIONAL HEADQUARTERS, NORTH

BRUNSWICK, N. J.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by .................................................
                                                    Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

BSA-PLAN_00251994

SA 2946

7/9/RM  WILSON & ALEEN INC 250480

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

**10 C A43349E**  **BOY SCOUTS OF AMERICA NATIONAL COUNCIL**
**NORTH BRUNSWICK, NJ**

Effective date .................... **6/1/76** .................... 12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

Item
☐ 1. The *named insured's* NAME is amended to read
☐ 2. The *named insured's* ADDRESS is amended to read
☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.
☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:          ☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |

☒ 6. Automobile(s) ADDED —          *Purposes of Use (P and B = Pleasure and Business; C = Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 FORD CLUB WAGON | | #E23HHC40438 | | ELY, MINNESOTA | | |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | 6000 | | | GARHER FORD AGENCY IN ELY MINNESOTA |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated or an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

| ★(Insert X in applicable column) | | | | | | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|
| ★Include | Delete | ★Amend Limits | COVERAGES | ACV means Actual Cash Value LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
| X | | | Bodily Injury Liability | $ 500 ,000 each person $ 500 ,000 each occurrence | | $ 29 | $ 17 | $ |
| | | | Medical Payments | $ each person | | | $ | $ |
| X | | | Property Damage Liability | $ 5000 ,000 each occurrence | | $ 4 | $ 2 | $ |
| X | | | Uninsured Motorists | $ 10 ,000 each person $ 20 ,000 each accident | | $ 3 | $ 2 | $ |
| | | | Comprehensive | $ ACV unless amount stated less $ deductible | | $ | $ | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| X | | | PIP | | | $ 3 | $ | $ |
| | | | TOTALS | | | $ 39 | $ 23 | $ |
| | | | NET ADDITIONAL OR RETURN | | | | 23 | |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreement or declarations of the policy other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

The company issued these documents in its business. It is, therefore, the company's a complete and accurate copy of the policy.

Countersigned by ..................................

A-3459-0   Printed in U.S.A.          *Authorized Agent*

Subject to Protective Order – Highly Confidential          BSA-PLAN_00251995

SA 2947

RP 115.00

WILSON & GLEN INC  250480



**THE HARTFORD**

Named Insured and Address

**BOY SCOUTS OF AMERICA
NATIONAL COUNCIL**

**NORTH BRUNSWICK, NJ**

This endorsement forms a part of Policy No. **10 C A43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

**6/1/76**

Effective date ........................................12:01 A. M., standard time
at the a_____ of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

## AUTOMOBILE PHYSICAL DAMAGE

**IT IS HEREBY UNDERSTOOD AND AGREED THAT THE FOLLOWING VEHICLES DESCRIBED
BELOW COMPREHENSIVE COVERAGE IS ELIMINATED:**

| VEHICLE# | TYPE | SERIAL # | P/R 586 |
|----------|------|----------|---------|
| 24 | 72 CHEV CARRYALL | CCE262F174138 | 24.00 |
| 25 | 72 CHEV CARRYALL | CCE262F162143 | 24.00 |
| 26 | 73 CHEV CARRYALL | CCZ263F171514 | 24.00 |
| 27 | 73 CHEV CARRYALL | CCZ263F171671 | 24.00 |
| 28 | 71 CHEV CARRYALL | C5261FC50350 | 19.00 |
| | | | 115.00 |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by.............................................

*Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.  ISO:

BSA-PLAN_00251996

SA 2948

AP 460.00 

7/9/RM  WILSON & ALLEN INC  250480

**THE HARTFORD**

Named Insured and Address

**IO C A43349E**

This endorsement forms a part of Policy No........................................
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

**6/1/76**

Effective date ........................................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

**BOY SCOUTS OF AMERICA
NATIONAL COUNCIL**

**NORTH BRUNSWICK, NJ**

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IT IS HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES DESCRIBED**

This Schedule fo
WORID Comp     **A3471-0 ARE ADDED FOR LIABILITY ONLY.**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Countersigned by ........................................
                                                    *Authorized Agent*

Form AL-8-1 B  Printed in U.S.A.  ISO:

 7/9/RM WILSON & ALLEN INC 250480

 **THE HARTFORD**

## Change, Elimination or Addition of Automobile
## Change of Coverage — Amendment of Declarations

Named Insured and Address

10 C A43349E

This endorsement forms a part of Policy No. .............
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, NJ**

Effective date  **5/19/76**

12:01 A. M., standard time at the address of the *named insured* as stated herein.

agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

☐ ...med insured's NAME is amended to read ............

☐ ...named insured's ADDRESS is amended to read ............

☐ ...NGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:

☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification |  | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

☒ 6. Automobile(s) ADDED —    *Purposes of Use (P and B = Pleasure and Business; C = Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 76 CHEVY CARRYHAULL | | #CCL266F181042 | | GOLDEN PONK KY | C | IND TRUCK |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
|  |  |  |  |  |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**    **T-12**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

| *(Insert X in applicable column) | | | COVERAGES | ACV means Actual Cash Value LIMITS OF LIABILITY | PREMIUMS | | |
|---|---|---|---|---|---|---|---|
| *Include | *Delete | *Amend Limits | | | ANNUAL | ADDITIONAL | RETURN |
| X |  |  | Bodily Injury Liability | $ 500 .000 each person $ 500 .000 each occurrence | $ 20 | $ 12 | $ |
| X |  |  | Medical Payments | $ 5000 each person | $ 19 | $ 12 | $ |
| X |  |  | Property Damage Liability | $ 500 .000 each occurrence | $ 4 | $ 12 | $ |
| X |  |  | Uninsured Motorists | $ 10 .000 each person $ 20 .000 each accident | $ 4 | $ 2 | $ |
|  |  |  | Comprehensive | $ ACV unless amount stated less $ deductible | $ | $ | $ |
|  |  |  | Collision | ACV less $ deductible | $ | $ | $ |
|  |  |  | Fire, Lightning or Transportation | $ ACV unless amount stated | $ | $ | $ |
|  |  |  | Theft | $ ACV unless amount stated | $ | $ | $ |
|  |  |  | Combined Additional | $ ACV unless amount stated | $ | $ | $ |
|  |  |  | Towing | $ each disablement | $ | $ | $ |
|  |  |  |  | TOTALS  NET ADDITIONAL OR RETURN | $ 47 | $ 28 | P/R 622 |

The company issued these documents in its business . . . . . . . . . . . . . . . . . . The company . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . a complete and accurate copy . . . they . . . .

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by ............................................

*Authorized Agent*

A-3459-0   Printed in U.S.A.

Subject to Protective Order – Highly Confidential



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43349E
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date ...................................................12:01 A. M. standard time
at the address of the *named insured* as stated herein.   **ADDITIONAL INSURED**
**(GOLDEN GATE SCOUTING)**

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

IN CONSIDERATION OF THE PREMIUM INCLUDED IN THE COMPOSITE RATE, IT IS
AGREED THAT THE POLICY IS EXTENDED TO INCLUDE THE INTEREST OF
GOLDEN GATE SCOUTING AS AN ADDITIONAL INSURED.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by......................................................................................
                                                              *Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

 

**THE HARTFORD**

**PREMIUM / COMMISSION NOTIFICATION LETTER**

06-22-76
_(Date)_

TO: **WILSON AND ALLEN INC**                                    25 0480
_(Producer)_                                                   _(Code)_

☐ Commission Breakdown for Premium Discount

☒ Negotiated Commission / Premium Letter

†☐ Standard Average Commission

Gentlemen:

Insured: **BOY SCOUTS OF AMERICA NATIONAL**

**COUNCIL**

Policy No.: **10 CA 43349E**

Policy Period: **1-1-76 TO 1-1-77**

The premiums and commissions to be applied for the above policy are:

| Line of Business | Premium | | Commission Rate |
|---|---|---|---|
| C GL | $ A/P 1379.00 | @ | 10.0 % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |
| | $ | @ | % |

Special Premium Instructions:

†CBP AND CPP: PROCESS AT STANDARD AVERAGE COMM. (1) Original entry (2) Automobile rerated annually. PROCESS ADDITIONAL OR RETURN PREMIUM AT A FIXED 15% COMM. (1) En-dorsement changes (2) In term cancellations (3) Audit adjustments EXCEPT when the original 3 year prepaid premium is less than $2,000 or when the policy contains a line of insurance for which the normal line is less than 15%. PROCESS AT THE COMM. RATE USED TO BOOK EACH INDI-VIDUAL ENTRY. (1) Anniversary and/or flat cancellations.

All commission rates marked with an asterisk (*) are **final rates**. Those not marked with an asterisk are tentative rates subject to adjustment at final audit.

Form G-2168-2   Printed in U. S. A.   5-'72          **COMPANY COPY**

The company located      UNDERWRITING DEPARTMENT
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

(b) The limit of liability, if any, stated in the Schedule of this endorsement as "aggregate — **Division 1**" is, subject to provision (a) hereof respecting "each *occurrence*", the total liability of the company under all Coverage Parts designated in the Schedule with respect to such stated limit of liability for all damages because of all *bodily injury* and *property damage* which is included in any of the numbered sub-paragraphs below and, in subparagraph (3), with respect either to the *bodily injury* or *property damage*, or to the *bodily injury* and *property damage* (within one or both the hazards identified therein) for which insurance is actually afforded under at least one such Coverage Part:

(1) all *property damage* arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including *property damage* for which liability is assumed under any *incidental contract* relating to such premises or operations, but excluding *property damage* included in subparagraph (2) below;

(2) all *property damage* arising out of and occurring in the course of operations performed for the *named insured* by independent contractors and general supervision thereof by the *named insured*, including any such *property damage* for which liability is assumed under any *incidental contract* relating to such operations, but this subparagraph (2) does not include *property damage* arising out of maintenance or repairs at premises owned by or rented to the *named insured* or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all *bodily injury* and *property damage* included within the *completed operations hazard* and all *bodily injury* and *property damage* included within the *products hazard;*

(4) all *property damage* for which liability is assumed under any contract, other than an *incidental contract*, to which the Contractual Liability Insurance, if afforded, applies.

Such "aggregate — **Division 1**" limit shall apply separately:

(i) to the *property damage* included in subparagraphs (1) and (2) and separately with respect to each project away from premises owned by or rented to the *named insured;*

(ii) to the sum of the damages for all *bodily injury* and *property damage* included in subparagraph (3) and for which insurance, if any, is afforded as stated in paragraph (b) above;

(iii) to the *property damage* included in subparagraph (4) and separately with respect to each project away from premises owned by or rented to the *named insured.*

(c) The limit of liability, if any, stated in the Schedule of this endorsement as "aggregate — **Division 2**" is, subject to provision (a) hereof respecting "each *occurrence*", the total liability of the company under all Coverage Parts designated in the Schedule with respect to such stated limit of liability for all damages because of all *bodily injury* and *property damage*.

(d) For the purpose of determining the limit of the company's liability, all *bodily injury* and *property damage* arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one *occurrence*.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by.................................................................................

*Authorized Agent*

**Form AL-68-0 (NS)**                                    Page 2

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

 

**THE HARTFORD**

Named Insured and Address

10 C A43349E

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date ............................................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE**

**AUTOMOBILE PHYSICAL DAMAGE INSURANCE**

IT IS UNDERSTOOD AND AGREED THAT THE POLICY IS EXTENDED TO COVER
EMPLOYEES OF THE INSURED AS ADDITIONAL INSUREDS WITH RESPECT TO
VEHICLES HIRED IN THEIR OWN NAME FOR USE OF BOY SCOUTS OF AMERICA
BUSINESS, PROVIDED THEY ARE ACTING AT THE DIRECTION OF BOY SCOUTS
OF AMERICA.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ...........................................................

Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**Form AL-8-1 B**   Printed in U.S.A.   ISO: ·

Subject to Protective Order – Highly Confidential

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43349E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

## GARAGEKEEPERS' LEGAL LIABILITY

IT IS HEREBY UNDERSTOOD AND AGREED 1966 TENNANT 86 POWER SWEEPER #90692
IS ADDED TO CAPTIONED POLICY SEE A3013-Q.

PREMIUM INCLUDED.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



## THE HARTFORD
### INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by................................................
                                                    *Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

**Form AL-8-0 A**  Printed in U. S. A.  10-'66  NBCU:

Subject to Protective Order – Highly Confidential



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. .......................... **1O C A43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date ................................................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

## CAR POOLING

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

IT IS ~~HEREBY~~ UNDERSTOOD AND AGREED THAT THIS POLICY IS TO PROVIDE COVERAGE
FOR ALL INDIVIDUALS PARTICIPATING IN CAR POOLING AT THE DIRECTION OF B.S.A.
IT IS FURTHER UNDERSTOOD THAT SUCH COVERAGE IS TO BE EXCESS OVER THE
MINIMUM STATUTORY REQUIREMENTS OF THE VARIOUS STATES; AND THEN EXCESS OVER
ANY OTHER VALID AND COLLECTIBLE INSURANCE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ...................................................

Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**Form AL-8-1 B**   Printed in U.S.A.   ISO:

**Personal Injury
Protection Endorsement
(Minnesota)**

 

**THE HARTFORD**

Named Insured and Address



10 C A43349

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date ............................................... 12:01 A. M., standard
time at the address of the named insured as stated herein.

## SCHEDULE OF BENEFITS

The Company will pay up to the limit indicated for each of the benefits shown.

| A. MEDICAL EXPENSES $20,000. per person less $ deductible | B. WORK LOSS $200. per week less $ deductible | C. ESSENTIAL SERVICES EXPENSES $15. per day | D. FUNERAL EXPENSES $1,250. per person | E. SURVIVORS' LOSS $200. per week | AUTO No. | PREMIUM |
|---|---|---|---|---|---|---|
| | | | | | 25 | $ Included |
| | AGGREGATE LIMIT FOR BENEFITS B, C, D and E — $10,000. | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | TOTAL PREMIUM $ | | INCL |

The Company agrees with the **named insured**, subject to all of the provisions of this endorsement and to all of the provisions of the policy
except as modified herein, as follows:

## SECTION I

**PERSONAL INJURY PROTECTION COVERAGE**

The Company will pay, in accordance with the Minnesota no-fault automobile insurance act, personal injury protection benefits for

(a) **medical expenses,**
(b) **work loss,**
(c) **essential services expenses,**
(d) **funeral expenses** and
(e) **survivors' loss**

incurred with respect to **bodily injury** sustained by an **eligible injured person** caused by an accident arising out of the maintenance or use of a **motor vehicle** as a vehicle.

**Exclusions**

This coverage does not apply:

(a) to **bodily injury** sustained by the **named insured** or any **relative** arising out of the maintenance or use of any **motor vehicle** owned by the **named insured** which is not an **insured motor vehicle;**

(b) to **bodily injury** sustained by any **relative** arising out of the maintenance or use of any **motor vehicle** owned by such **relative** with respect to which the security required by the Minnesota no-fault automobile insurance act is not in effect;

(c) to **bodily injury** sustained by any **relative** if such **relative** is entitled to personal injury protection coverage as a self-insured or as a **named insured** under the terms of any other policy.with respect to such coverage;

(d) to **bodily injury** sustained by any person, other than the **named insured** or a **relative**, if such person is entitled to personal injury protection coverage as a self insured or as a **named insured** or **relative** under the terms of any other policy with respect to such coverage;

(e) to **bodily injury** sustained by any person arising out of the maintenance or use of a **motor vehicle**, other than the **insured motor vehicle**,

   (a) being used in the business of transporting persons or property, or
   (b) furnished by the employer of the **named insured** or **relative**,

if with respect to such vehicle the security required by the Minnesota no-fault automobile insurance act is in effect, provided that such **bodily injury** is sustained while not **occupying** another involved **motor vehicle**;

(f) to any benefits any person would otherwise be entitled to receive hereunder for **bodily injury** intentionally caused by such person or arising out of his intentionally attempting to cause **bodily injury**, and, if any person dies as a result of intentionally causing or attempting to cause **bodily injury** to himself, his survivors are not entitled to any **survivors' loss** benefits;

(g) to **bodily injury** sustained by any person in the course of an officiated racing or speed contest, or in practice or preparation therefor;

(h) to **bodily injury** sustained by any person if such injury arises out of conduct within the course of a business of repairing, servicing, or otherwise maintaining **motor vehicles** unless such conduct occurs off the business premises;

(i) to **bodily injury** sustained by any person if such injury arises out of conduct in the course of loading or unloading any **motor vehicle** unless the conduct occurs while such person is **occupying** such **motor vehicle;**

(j) to **bodily injury** sustained by any person while **occupying** a motorcycle;

(k) to personal injury protection benefits otherwise payable in the event that a lapse of one year or more occurs in the period of disability and medical treatment of an **eligible injured person** as a result of any one accident;

(l) to **bodily injury** sustained by any person, other than the **named insured** or any **relative**, arising out of the maintenance or use of any such person of a **motor vehicle** without a good faith belief that he is legally entitled to use such **motor vehicle**;

(m) to **bodily injury** sustained by any person, other than the **named insured** or any **relative**, while a pedestrian through

being struck by the **insured motor vehicle**, if the accident occurs outside the State of Minnesota;

(n) to **bodily injury** sustained by any person arising out of the maintenance or use of a **motor vehicle** while located for use as a residence or premises;

(o) to **bodily injury** due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(p) to **bodily injury** resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material;

(q) with respect to work loss, **essential services expenses,** and **survivors' loss,** to **bodily injury** sustained by any person, other than the **named insured** or **relative**, while **occupying** any **motor vehicle**, not owned by the **named insured** or **relative**, which is being operated by the **named insured** or **relative**;

(r) to **bodily injury** sustained by any person, other than the **named insured** or any **relative**, while **occupying** a vehicle which is regularly used in the course of the business of transporting persons or property and which is one of five or more vehicles under common ownership or a vehicle owned by a government other than the State of Minnesota, its political subdivisions, municipal corporations, or public agencies, if the accident occurs outside the State of Minnesota.

**Definitions**

When used in reference to this coverage:

**"bodily injury"** means bodily injury, sickness or disease including death at any time resulting therefrom;

**"eligible injured person"** means

(a) the **named insured** or any **relative** who sustains **bodily injury** while **occupying**, or while a pedestrian through being struck by, any **motor vehicle** or motorcycle;

(b) any other person who sustains **bodily injury** while **occupying**, or while a pedestrian through being struck by, the **insured motor vehicle;**

(c) any other person who sustains **bodily injury** while **occupying** a **motor vehicle** not owned by, but operated by the **named insured** or any **relative**, while a pedestrian through being struck by, while that person is a public or livery conveyance, if the **bodily injury** results from the operation of the **motor vehicle** by the **named insured** or **relative**;

**"essential services expenses"** means expenses reasonably incurred during a period commencing 8 days after the date of the accident and during the **eligible injured person's** lifetime, in obtaining usual and necessary substitute services in lieu of those that, had he not been injured, he would have performed not for income but for the direct benefit of himself or his household; if the non fatally injured **eligible injured person** normally, as a full time responsibility, provides care and maintenance of a home, with or without children, the benefit is the reasonable value of such care and maintenance, if greater than the expense incurred;

**"funeral expenses"** means reasonable expenses for professional funeral and burial services including expenses for cremation, or delivery under the Minnesota Uniform Anatomical Gift Act;

**"insured motor vehicle"** means a **motor vehicle** with respect to which

(a) the **bodily injury** liability insurance of the policy applies and for which a specific premium is charged, and
(b) the **named insured** is required to maintain security under the provisions of the Minnesota no-fault automobile insurance act;

**"medical expenses"** means all reasonable expenses incurred for necessary medical, surgical, x-ray, optical, dental, chiropractic and rehabilitative services, including prosthetic devices, prescription drugs, necessary ambulance, hospital, extended care and nursing services, including necessary remedial treatment and services recognized and permitted under the laws of Minnesota for an **eligible injured person** who relies upon spiritual means through prayer alone for healing in accordance with his religious belief;

**"motor vehicle"** means every vehicle including a trailer, other than a motorcycle or other vehicle with fewer than four wheels, which

(b) is required to be registered pursuant to Minnesota Statutes, Chapter 168;

records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form A-3351-0  **TERM**  Printed in U. S. A.  (ISO: E070; CP-05-87)  Ed. 1-75

**SA 2957**

(b) is designed to be self-propelled by an engine or motor for use primarily upon public roads, highways or streets in the transportation of persons or property;

**"named insured"** means the person or organization named in the declarations;

**"occupying"** means in or upon, entering into or alighting from;

**"relative"** means the spouse and any person related to the **named insured** by blood, marriage or adoption including a minor in the custody of the **named insured**, spouse or such related person who is a resident of the same household as the **named insured**, whether or not temporarily residing elsewhere;

**"survivors' loss"** means

(a) loss, in the event of the death of an **eligible injured person** occurring within one year from the date of the accident, of contributions of money or tangible things of economic value, not including services, that his surviving dependents would have received from him for their support during their dependency had he not suffered the fatal **bodily injury**, and

(b) expenses reasonably incurred by surviving dependents after the death of an **eligible injured person** in obtaining ordinary and necessary substitute services in lieu of those he would have performed for their benefit had he not suffered the fatal **bodily injury**; minus expenses of the surviving dependents avoided by reason of such death,

provided that the dependency of the surviving spouse shall be terminated in the event such surviving spouse remarries or dies, and the dependency of a child who is not physically or mentally incapacitated from earning shall be terminated in the event he attains majority, marries or becomes otherwise emancipated, or dies;

**"work loss"** means 85% of loss of gross income resulting from the **eligible injured person's** inability to work, reduced by any income from substitute work actually performed by the **eligible injured person**, or by any income he would have earned in available appropriate substitute work which he was capable of performing but unreasonably failed to undertake.

### Policy Period; Territory

This coverage applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada.

### Limits of Liability

Regardless of the number of persons insured, policies or plans of self-insurance applicable, claims made or **insured motor vehicles** to which this coverage applies, the Company's liability for personal injury protection benefits with respect to **bodily injury** sustained by any one **eligible injured person** in any one **motor vehicle** accident shall not exceed $30,000 in the aggregate and subject to such aggregate:

(a) the maximum amount payable for **medical expenses** shall not exceed $20,000;

(b) the maximum aggregate amount payable for **work loss, essential services expenses, funeral expenses** and **survivors' loss** shall not exceed $10,000 provided that:

1. the maximum amount payable for **work loss** shall not exceed $200 per week;

2. the maximum amount payable for **essential services expenses** shall not exceed $15 per day;

3. the maximum amount payable for **funeral expenses** shall not exceed $1,250; and

4. the maximum amount payable for **survivors' loss**

(i) with respect to paragraph (a) of the definition of **survivors' loss** shall not exceed $200 per week; and

(ii) with respect to paragraph (b) of the definition of **survivors' loss** shall not exceed $200 per week.

Any amount payable by the Company under the terms of this coverage shall be reduced by:

(a) any amounts paid, payable or required to be provided on account of such **bodily injury** under any workmen's compensation law;

(b) the amount of any deductible applicable to **medical expenses** set forth in the Schedule, but only with respect to **bodily injury** sustained by the **named insured** or by a **relative**, provided that, if two or more such persons sustain **bodily injury** in the same **motor vehicle** accident, the total amount of the deductible applicable to all of them shall not exceed the deductible amount stated in the Schedule and such amount shall be allocated equally among them;

(c) the amount of any deductible applicable to **work loss** set forth in the Schedule but only with respect to **bodily injury** sustained by the **named insured** or any **relative**.

### SECTION II

In consideration of the coverage afforded under Section I and the adjustment of applicable rates:

(a) any amount payable under the Protection Against Uninsured Motorists Coverage shall be reduced by the amount of any personal injury protection benefits paid or payable or which would be paid or payable but for the application of a deductible under this or any other motor vehicle insurance policy because of **bodily injury** sustained by an **eligible injured person**;

### Conditions

A. **Action Against Company.** No action shall lie against the Company unless as a condition precedent thereto, there shall have been full compliance with all the terms of this coverage.

B. **Notice.** In the event of an accident, written notice containing particulars sufficient to identify the **eligible injured person**, and also reasonably obtainable information respecting the time, place and circumstances of the accident shall be given by or on behalf of each **eligible injured person** to the Company or any of its authorized agents within 6 months from the date of the accident. If an **eligible injured person**, his legal representative or his surviving dependents shall institute legal action to recover damages for **bodily injury** against a person or organization who is or may be liable in tort therefor, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded as soon as practicable to the Company by such **eligible injured person**, his legal representative or his surviving dependents.

C. **Medical Reports; Proof of Claim; Rehabilitation Notice.** As soon as practicable, the **eligible injured person** or someone on his behalf shall give to the Company written proof of claim, under oath if required, including full particulars of the nature and extent of the **bodily injury**, treatment and rehabilitation received and contemplated, and such other information as may assist the Company in determining the amount due and payable. The **eligible injured person** shall submit to physical and mental examination by physicians selected by the Company when and as often as the Company may reasonably require. An **eligible injured person** who has undertaken a procedure or treatment for rehabilitation or a course of rehabilitative occupational training, other than medical rehabilitation procedure or treatment, shall notify the Company that he has undertaken the procedure, treatment, or training within 60 days after a rehabilitation expense exceeding $1,000 has been incurred for the procedure, treatment, or training, unless the Company knows or has reason to know of the undertaking. If the **eligible injured person** does not give the required notice within the prescribed time, the Company is responsible only for $1,000 or the expense incurred after the notice is given and within the 60 days before the notice, whichever is greater, unless failure to give timely notice is the result of excusable neglect.

D. **Subrogation.** Subject to any applicable limitations set forth in the Minnesota no-fault accident insurance act, in the event of any payment under this coverage, the Company is subrogated to the rights of the person to whom or for whose benefit such payments were made, to the extent of such payments, and such person shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. Such person shall do nothing after loss to prejudice such rights.

E. **Reimbursement and Trust Agreement.** Subject to any applicable limitations set forth in the Minnesota no-fault accident insurance act, in the event of any payment to any person under this coverage:

1. the Company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the **bodily injury** because of which such payment is made; and the Company shall have a lien to the extent of such payment, notice of which may be given to the person or organization causing such **bodily injury**, his agent, his insurer or a court having jurisdiction in the matter;

2. such person shall hold in trust for the benefit of the Company all rights of recovery which he shall have against such other person or organization because of such **bodily injury**;

3. such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights; and

4. such person shall execute and deliver to the Company instruments and papers as may be appropriate to secure the rights and obligations of such person and the Company established by this provision.

F. **Non-Duplication of Benefits; Other Insurance.** No **eligible injured person** shall recover duplicate benefits for the same elements of loss under this or any similar insurance including self-insurance. In the event the **eligible injured person** has other similar insurance including self-insurance available and applicable to the accident, the maximum recovery under all such insurance shall not exceed the amount which would have been payable under the provisions of the insurance providing the highest dollar limit, and the Company shall not be liable for a greater proportion of any loss to which this coverage applies than the limit of liability hereunder bears to the sum of the applicable limits of liability of this coverage and such other insurance.

(b) any Automobile Medical Payments or Medical Expense Coverage afforded under this policy shall be excess over any personal injury protection benefits paid or payable or which would be paid or payable but for the application of a deductible under this or any other motor vehicle insurance policy because of **bodily injury** sustained by an **eligible injured person**.

### SECTION III

### CONSTITUTIONALITY CLAUSE.

The premium for and the coverages of the policy have been established in reliance upon the provisions of the Minnesota no-fault automobile insurance act. In the event a court of competent jurisdiction declares, or enters a judgment the effect of which is to render,

the provisions of such act invalid or unenforceable in whole or in part, the Company shall have the right to recompute the premium payable for the policy and the provisions of this endorsement shall be voidable or subject to amendment at the option of the Company.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its business records. At this time, the company cannot certify that these documents constitute a complete and accurate copy of the policy.

Counter signed by ............................................
Authorized Agent

**Form A-3351-0**

**Limit of Liability**

Any amount payable by the Company as personal injury protection benefits with respect to **bodily injury** shall be reduced by all amounts paid, payable or required to be provided under any workmen's compensation or employees-temporary disability law, or under Medicare provided under federal law.

The applicable limit on **income continuation benefits** applies separately to each full regular and customary week work of an **eligible injured person**. If this disability from work or employment consists of or includes only a part of such a week, the Company shall be liable for only that proportion of such weekly limit that the number of days lost from work or employment during the part week bears to the number of days in his full work week.

**Policy Period; Territory**

This insurance applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions or Canada.

**Conditions**

1. **Notice.** In the event of an accident, written notice containing particulars sufficient to identify the **eligible injured person**, and also reasonably obtainable information respecting the time, place and circumstances of the accident shall be given by or on behalf of each **eligible injured person** to the Company or any of its authorized agents as soon as practicable. If any **eligible injured person**, his legal representative or survivors shall institute legal action, to recover damages for injury against a person or organization who is or may be liable in tort therefor, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded as soon as practicable to the Company by such **eligible injured person**, his legal representative or his survivors.

2. **Medical Reports; Proof of Claim.** As soon as practicable the **eligible injured person** or someone on his behalf shall give to the Company written proof of claim, including full particulars of the nature and extent of the injuries and treatment received and contemplated, and such other information as may assist the Company in determining the amount due and payable. The **eligible injured person** shall submit to physical examination by physicians when and as often as the Company may reasonably require and a copy of the medical report will be forwarded to such **eligible injured person** if requested.

3. **Multiple Policies Applicable to One Accident; Non-duplication of Benefits; Priority of Complying Policies.** Regardless of the number of automobiles insured for basic personal injury protection coverage pursuant to Section 4 of the New Jersey Automobile Reparation Reform Act, or the number of insurers or policies affording such coverage, there shall be no duplication of payment of basic personal injury protection benefits and the aggregate maximum amount payable under this and all applicable policies with respect to **bodily injury** to any one person as the result of any one accident shall not exceed the applicable amounts or limits specified in Section 4 of said Act.

   This insurance applies on a primary basis to **bodily injury** to the **named insured** and his **relative** and on a secondary basis to all other **eligible injured persons**. Similarly, the basic personal injury protection coverage provided by other complying policies applies on a primary basis to **bodily injury** to those persons who are named insureds under such policies and their relatives. If an **eligible injured person** to whom this insurance applies on a secondary basis has other basic personal injury protection coverage under another complying policy applicable to his **bodily injury** on a primary basis, all claims for basic personal injury protection benefits shall first be made against the insurer issuing the other complying policy. No basic personal injury protection benefits shall be due and payable under this insurance unless the other insurer fails to pay such benefits by reason of insolvency and the Company has been given written notice by the claimant of such failure. "Complying Policy" means a policy of automobile liability insurance maintained pursuant to the requirements of Section 3 of the New Jersey Automobile Reparation Reform Act and providing basic personal injury protection coverage as approved by the Commissioner of Insurance.

4. **Reimbursement and Trust Agreement.** Subject to any applicable limitations set forth in the New Jersey Automobile Reparation Reform Act, in the event of any payment to any person under this endorsement:

   (a) the Company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the **bodily injury** because of which such payment is made; and the Company shall have a lien to the extent of such payment notice of which may be given to the person or organization causing such **bodily injury**, his agent, his insurer or a court having jurisdiction in the matter;

   (b) such person shall hold in trust for the benefit of the Company all rights of recovery which he shall have against such other person or organization because of such **bodily injury**;

   (c) such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights;

   (d) such person shall execute and deliver to the Company such instruments and papers as may be appropriate to secure the rights and obligations of such person and the Company established by this provision.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

5. **Payment of Personal Injury Protection Benefits. Medical expense benefits** and **essential services benefits** may be paid at the option of the Company to the **eligible injured person** or the person or organization furnishing the products or services for which such benefits are due. In the event of the death of an **eligible injured person** any amounts payable, but unpaid prior to death, for **medical expense benefits** are payable to the **eligible injured person's** estate.

   Benefits payable under subdivision (1) of the definition of **survivor benefits** are payable to the **eligible injured person's** surviving spouse, or if there is no surviving spouse, to his surviving children, or if there are no surviving spouse or surviving children, to the **eligible injured person's** estate.

   Benefits payable under subdivision (2) of the definition of **survivor benefits** are payable to the person who has incurred the expense of providing essential services.

   **Funeral expense benefits** are payable to the **eligible injured person's** estate.

**SECTION II**

**Extended Medical Expense Benefits**

The Company will pay **medical expense benefits** not to exceed the total amount of $10,000 and **funeral expense benefits** with respect to **bodily injury** sustained by an **insured person**, caused by an accident occurring during the policy period within the United States of America, its territories or possessions or Canada and arising out of the ownership, maintenance or use, including loading or unloading, of an **insured automobile** or of a **highway vehicle** not owned by or furnished or available for the regular use of the **named insured** or any **relative** of the **named insured**.

**Exclusions**

The insurance under Section II is subject to all of the exclusions applicable to Section I, except that the word "person" in exclusion (c) is replaced by the word "**pedestrian**".

**Definitions**

The definitions under Section I apply to Section II and under Section II:

"**highway vehicle**" means a land motor vehicle or trailer other than (1) a farm type tractor or other equipment designed for use principally off public roads, while not upon public roads; (2) a vehicle operated on rails or crawler-treads or (3) a vehicle while located for use as a residence or premises;

"**insured person**" means

(a) the **named insured** or any **relative** of the **named insured**, if the **named insured** or **relative** sustains **bodily injury**

    (1) while occupying, using, entering into or, alighting from a **highway vehicle**; or

    (2) while a **pedestrian**, caused by a **highway vehicle**;

(b) any other person who sustains **bodily injury** while occupying a **highway vehicle** (other than a motorcycle or a vehicle while being used as a public or livery conveyance) if such **highway vehicle** is being operated by the **named insured** or a **relative** of the **named insured** or any other person using such **highway vehicle** with the permission of the **named insured**;

(c) any other person who sustains **bodily injury** while occupying an **insured automobile** if such **insured automobile** is being operated by the **named insured** or a **relative** of the **named insured** or any other person using such **insured automobile** with the permission of the **named insured**.

**Conditions**

Conditions 1, 2 and 4 of Section I apply to Section II, substituting the term "**insured person**" for "**eligible injured person**" wherever it appears therein. The following additional conditions apply under Section II:

**Other Insurance or Benefits.** This insurance does not apply to loss or expense with respect to which an **insured person** is entitled to benefits under any workmen's compensation law or Medicare provided under federal law or under Section 4 of the New Jersey Automobile Reparation Reform Act.

This insurance does not apply to loss or expense to the extent that benefits are payable or are required to be provided therefor under any other automobile no-fault law or under any other automobile medical payments insurance.

**SECTION III**

In consideration of the insurance afforded under Sections I and II of this endorsement, and the adjustment of applicable rates:

(a) any amount payable for economic loss under the Protection Against Uninsured Motorists Coverage shall be reduced by the amount of any personal injury protection benefits paid or payable under this or any other automobile insurance policy because of **bodily injury** to an **eligible injured person**;

(b) any Automobile Medical Payments or Medical Expense Coverage afforded under the policy is deleted with respect to an automobile which is an **insured automobile**.

**SECTION IV**

**Premium Recomputation**

The premium for the policy is based on rates which have been reduced in accordance with Section 18 of the New Jersey Automobile Reparation Reform Act to reflect the limitations on the right to recover damages imposed by Section 8 of said Act. If a court of competent jurisdiction declares, or enters a judgment the effect of which is to render, Section 8 of the Act invalid or unenforceable in whole or in part, the Company shall have the right to recompute the premium payable for the policy on the basis of revised rates which are subject to approval by the Commissioner of Insurance.

The company located these documents in its records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Countersigned by _____

_____
Authorized Agent



**Form A-2991-2  TERM**

**New Jersey Basic
Personal Injury Protection**

**THE HARTFORD**

This endorsement forms a part of Policy No. **10 C A43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Named Insured and Address

Effective date .................. 12:01 A. M., standard time
at the address of the named insured as stated herein.

### SCHEDULE

| COVERAGE | | Auto No. | PREMIUMS |
|---|---|---|---|
| BASIC PERSONAL INJURY PROTECTION | | 18 | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | TOTAL PREMIUM $ | INCL. |

This endorsement provides coverage as required under the New Jersey Automobile Reparation Reform Act, commonly referred to as the "New Jersey No-Fault Law".

All terms printed in **bold face**, other than section headings or titles, are defined terms. For a complete understanding of provisions containing these terms refer to the section entitled "**Definitions**".

The Company agrees with the **named insured**, subject to all of the provisions in this endorsement and to all of the provisions of the policy except as modified herein, as follows:

## SECTION I

**Basic Personal Injury Protection**
The Company will pay basic personal injury protection benefits consisting of
  (a) **medical expense benefits,**
  (b) **income continuation benefits,**
  (c) **essential services benefits,**
  (d) **survivor benefits,** and
  (e) **funeral expense benefits**
with respect to **bodily injury** sustained by an **eligible injured person,** caused by accident and arising out of the ownership, maintenance or use, including loading or unloading, of a **private passenger automobile** as an automobile.

**Exclusions**
The insurance under this endorsement does not apply:
(a) to **bodily injury** to a person whose conduct contributed to the injury in any of the following ways:
  (1) while committing a high misdemeanor or felony or seeking to avoid lawful apprehension or arrest by a police officer, or
  (2) while acting with specific intent to cause injury or damage to himself or others;
(b) to **bodily injury** to the **named insured** or any **relative** of the **named insured** sustained while occupying, using or entering into or alighting from a **private passenger automobile** which is not an **insured automobile** under this policy, if he is required to maintain automobile liability insurance coverage with respect to the automobile under the New Jersey Automobile Reparation Reform Act;
(c) to **bodily injury** to any person, other than the **named insured** or a **relative** of the **named insured** or a resident of New Jersey, if the accident occurs outside of New Jersey;
(d) to **bodily injury** arising out of the ownership, maintenance, or use, including loading or unloading, of any vehicle while located for use as a residence or premises other than for transitory recreational purposes;
(e) to **bodily injury** due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;
(f) to **bodily injury** resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material.

**Definitions**
When used in reference to this endorsement:
"**bodily injury**" means bodily injury, sickness or disease, including death at any time resulting therefrom;
"**eligible injured person**" means
(a) the **named insured** or any **relative** of the **named insured,** if the **named insured** or **relative** sustains **bodily injury**
  (1) while occupying, using, entering into or alighting from a **private passenger automobile,** or
  (2) while a **pedestrian,** caused by a **private passenger automobile** or as a result of being struck by an object propelled by or from such an automobile; or
(b) any other person who sustains **bodily injury**
  (1) while, with the permission of the **named insured,** occupying, using, entering into or alighting from the **insured automobile,** or
  (2) while a **pedestrian,** caused by the **insured automobile** or as a result of being struck by an object propelled by or from the **insured automobile;**
"**essential services benefits**" means an amount not exceeding a limit of $12.00 per day and a total limit of $4,380 payable to an **eligible**

**injured person** as reimbursement for payments made to others, for substitute essential services of the type actually rendered during his lifetime and which he would ordinarily have performed not for these but for the care and maintenance of himself and his **relatives;**
"**funeral expense benefits**" means an amount not exceeding $1,000 for reasonable funeral, burial and cremation expenses incurred;
"**income**" means salary, wages, tips, commissions, fees and other earnings derived from work or employment;
"**income continuation benefits**" means an amount not exceeding a limit of $100 per week and a total limit of $5,200 payable for the loss of **income** of an **income producer** during his lifetime, as a result of **bodily injury** disability;
"**income producer**" means a person who, at the time of the accident, was in an occupational status, earning or producing **income;**
"**insured automobile**" means an automobile with respect to which the **named insured** is required to maintain automobile liability insurance coverage under the New Jersey Automobile Reparation Reform Act, to which the bodily injury liability insurance of the policy applies and for which a specific premium is charged;
"**medical expense benefits**" means all reasonable expenses incurred for medical, surgical and dental treatment, professional nursing, hospital and rehabilitation services, x-ray and other diagnostic services, prosthetic devices, ambulance services, medication and other reasonable and necessary expenses incurred for treatment prescribed by persons licensed to practice medicine, surgery, psychology or chiropractic, or for any nonmedical remedial treatment rendered in accordance with a recognized religious method of healing;
"**named insured**" means the person or organization named as the insured in the declarations. If the **insured automobile** is owned by a farm family co-partnership or corporation, the term "**named insured**" also includes the head of the household of each family designated in the policy as having a working interest in the farm;
"**pedestrian**" means any person who is not occupying a vehicle propelled by other than muscular power and designed primarily for use on highways, rails and tracks and includes any person who is entering into or alighting from such a vehicle;
"**private passenger automobile**" means a self-propelled vehicle designed for use principally on public roads and which is one of the following types:
(1) a private passenger or station wagon type automobile,
(2) a pick-up or panel truck or delivery sedan, or
(3) a utility automobile designed for personal use as a camper or motor home or for family recreational purposes; but
a **private passenger automobile** does not include a motorcycle, an automobile used as a public or livery conveyance for passengers, a pick-up or panel truck, delivery sedan or utility automobile customarily used for business, occupational, or professional purposes other than farming or ranching or a utility automobile customarily used for the transportation of passengers other than members of the user's family or their guests;
"**relative**" means a person related to the **named insured** by blood, marriage or adoption (including a ward or foster child) who is a resident of the same household as the **named insured;**
"**survivor benefits**" means the amount or amounts payable in the event of the death of an **eligible injured person** as determined in subdivision (1) or (2) hereof, as appropriate:
(1) if the **eligible injured person** was an **income producer** at the time of the accident, an amount equal to the difference between $5,200 and all basic **income continuation benefits** paid for any loss of **income** resulting from his injury prior to his death;
(2) if the **eligible injured person** ordinarily performed essential services for the care and maintenance of himself, his family or family household, an amount not to exceed the difference between $4,380 and all basic **essential services benefits** paid with respect to any injury prior to death.

Form A-2991-2  TERM  Printed in U. S. A.  (ISO: A989d; CP-05-61) Ed. 4-'75

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

BSA-PLAN_00252008

**SA 2960**

**Additional Personal Injury Protection Endorsement (Minnesota)**

 

**THE HARTFORD**

This endorsement forms a part of Policy No. 10 C A43349E
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Named Insured and Address

Effective date..............................................12:01 A. M., standard
time at the address of the named insured as stated herein.

## SCHEDULE

**SCHEDULE OF BENEFITS—ADDITIONAL PERSONAL INJURY PROTECTION COVERAGE**
The Company will pay up to the limit indicated for each of the benefits shown.

| A. MEDICAL EXPENSES | B. WORK LOSS | C. ESSENTIAL SERVICES EXPENSES | D. FUNERAL EXPENSES | E. SURVIVORS' LOSS | AUTO No. | PREMIUM |
|---|---|---|---|---|---|---|
| $100,000 per person | $ 50,000 per week | $ 25,000 per day | $ INCL per person | $ 400. per week | 25 | $ ~~50,200~~ $ Incldd |
| | AGGREGATE LIMIT FOR BENEFITS B, C, D AND E $ | | | | | $ |
| TOTAL AGGREGATE LIMIT FOR ALL PERSONAL INJURY PROTECTION BENEFITS $ | | | | | | $ |
| | | | | TOTAL PREMIUM $ | | ~~50.00~~ Incldd |

Named Individual(s):

It is agreed that such insurance as is afforded with respect to **bodily injury** sustained by the **named insured** or a **relative** under the Personal Injury Protection Endorsement (Minnesota) is extended to apply as follows:

1. Such limits as are stated in the Schedule of this endorsement shall apply in lieu of, and not in addition to, those stated in the Schedule and in the "Limits of Liability" provision of the Personal Injury Protection Endorsement (Minnesota).

2. The insurance so afforded and the insurance as extended by this endorsement also apply with respect to **bodily injury** sustained by an individual specifically named in the Schedule hereof as though he were the **named insured**, or by a spouse or any other person related to such named individual by blood, marriage or adoption (including a ward, foster child, or minor in the custody of such named individual or such related person) who is a resident of the same household as such named individual, or who usually makes his home in the same household but temporarily lives elsewhere, as though such person were a **relative**.

3. This insurance does not apply to **bodily injury** sustained by any person while **occupying**, or while a pedestrian through being struck by, a **motor vehicle** owned by such person with respect to which additional personal injury protection coverage is not in effect.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by.............................................................
*Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form A-3353-0 Term   Printed in U.S.A.

**New Jersey Additional
Personal Injury Protection**




**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43349E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................................... 12:01 A.M., standard time
at the address of the named insured as stated herein.

## SCHEDULE

1.  Each of the following persons is a Person Insured for Additional Personal Injury Protection Coverage:

    (1) The **named insured** and his spouse if a resident of the same household.

    (2) ................................................................ (3) ................................................................

2.  The applicable limits of the Company's liability under the Basic Protection Endorsement for **income continuation benefits** and **essential services benefits** shall be as stated herein, subject to all the terms of the policy having reference thereto.

| COVERAGE | MAXIMUM | MAXIMUM TOTAL | AUTO NO. | PREMIUMS |
|---|---|---|---|---|
| Income Continuation Benefits | A. $6,400 Weekly | B. $ | | $ ~~225.00~~ Included |
| | | | | $ |
| | | | | $ |
| Essential Services Benefits | C. $0,220 Per Day | D. $ | | $ |
| | | | | $ |
| | | | | $ |

TOTAL PREMIUM $ ~~225.00~~ Included.

It is agreed that the New Jersey Basic Personal Injury Protection Endorsement, hereinafter called the Basic Protection Endorsement, is amended as follows, but only with respect to any amounts payable thereunder because of **bodily injury** to an **eligible injured person** who is specifically designated herein as a Person Insured for Additional Personal Injury Protection Coverage:

1.  The weekly and total limits applicable to **income continuation benefits** as stated in the Basic Protection Endorsement are amended by substituting therefor, respectively, the amounts shown opposite A. and B. in the Schedule above.

2.  The per day and total limits applicable to **essential service benefits** as stated in the Basic Protection Endorsement are amended by substituting therefor, respectively, the amount shown opposite C. and D. in the Schedule above.

3.  The limits of the Company's liability stated herein for **income continuation benefits** and **essential services benefits** shall not operate to increase the amount of any **survivor benefits** payable under the Basic Protection Endorsement.

4.  The Company will pay an added death benefit of $10,000 to the surviving spouse, or if there is no surviving spouse, to the surviv-

ing children, or if there are no surviving spouse or surviving children, to the estate of the Person Insured for Additional Personal Injury Protection Coverage if his death results from **bodily injury** for which Basic Personal Injury Protection Benefits are payable and occurs within 90 days of the accident.

5.  Subject to the limits of liability shown in the Schedule, the Company shall not be liable for more than 75% of weekly **income** in excess of $100, provided, however, that after $5,200 has been paid as **income continuation benefits** at the rate specified in the Basic Protection Endorsement the Company shall not be liable for more than 75% of weekly **income** thereafter.

6.  This endorsement is subject to all the terms and provisions of the Basic Protection Endorsement not expressly modified herein.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorse-
ment takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declara-
tions page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ................................................................

*Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**A-2992-1 TERM** Printed in U. S. A. (ISO: A990a)

Subject to Protective Order – Highly Confidential

**Automobile Medical Payment**
**Insurance Coverage Part**

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

10 C A43349E

This Coverage Part forms a part of Policy No. ........................................................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective...............................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to...........................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is with respect to the following coverage as indicated by specific premium charge or charges.  The limit of the company's liability against such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Advance Premium | Limits of Liability |
|---|---|---|
| F — Automobile Medical Payments | $ ~~100.00~~ *included* | $ 5,000      each person |

**Designation of Automobiles—Division 1**

(1) ☐ Any *owned automobile*

(2) ☐ Any *hired automobile*

(3) ☒ Any licensed *owned private passenger automobile*

(4) ☐ Any *automobile* described in the schedule and designated "M.P."

(5) ☐ Any *non-owned automobile*

(6) ☒ *Snow Skimobiles*

| Designated Person Insured—Division 2 | Advance Premium |
|---|---|
| | $ |
| | $ |
| | $ |

**Form Numbers of Endorsements forming part of this Coverage Part at issue:**

The conditions and provisions printed on page **AMP-2** of this form are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

A-3008-1  CDR   Printed in U. S. A.   (ISO: CP-00-15) Ed 1-'74            AMP-1

at this time, the company does not certify that these documents constitute a complete and accurate copy of the policy

COMPANY COPY

ATTACH FORMS ALONG MARGIN BELOW THIS MARK +

**Protection Against**
**Uninsured Motorists**
**Insurance Coverage Part**



| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No. 10 C A4334GE ................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

COMPANY COPY

*(For use only if this Coverage Part is effective after the effective date of the Policy)*
This Coverage Part is effective................................................. (at the hour stated in the policy) and forms a part of the above designated policy issued to....................................................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverage | Advance Premium | Limits of Liability |
|---|---|---|
| U — Uninsured Motorists | $ ~~291.00~~ *included* | $ 10 ,000 each person |
| | | $ 20 ,000 each accident |

**Designated Insured:**

AS RESPECTS TO: WISCONSIN, MAINE ~~AND~~ MINNESOTA, *Kentucky*

Description of *Insured Highway Vehicles*
(Check appropriate box)

☒ Any *automobile* owned by the *named insured*

☐ Any *private passenger automobile* owned by the *named insured*

☐ Any *highway vehicle* to which are attached dealer's license plates issued to the *named insured*

☐ Any *highway vehicle* designated in the schedule of the policy by the letters "UM" and a *highway vehicle* ownership of which is acquired during the policy period by the *named insured* as a replacement therefor

☐ Any *mobile equipment* owned or leased by and registered in the name of the *named insured*

☐ ..................................................................

### I. COVERAGE U — UNINSURED MOTORISTS
*(Damages for Bodily Injury)*

The company will pay all sums which the *insured* or his legal representative shall be legally entitled to recover as damages from the owner or operator of an *uninsured highway vehicle* because of *bodily injury* sustained by the *insured*, caused by accident and arising out of the ownership, maintenance or use of such *uninsured highway vehicle*; provided, for the purposes of this coverage, determination as to whether the *insured* or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the *insured* or such representative and the company or, if they fail to agree, by arbitration.

No judgment against any person or organization alleged to be legally responsible for the *bodily injury* shall be conclusive, as between the *insured* and the company, of the issues of liability of such person or organization or of the amount of damages to which the *insured* is legally entitled unless such judgment is entered pursuant to an action prosecuted by the *insured* with the written consent of the company.

**Exclusions**

This insurance does not apply:

(a) to *bodily injury* to an *insured* with respect to which such *insured*, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor;

(b) to *bodily injury* to an *insured* while *occupying a highway vehicle* (other than an *insured highway vehicle*) owned by the *named insured*, any *designated insured* or any relative resident in the same household as the *named* or *designated insured*, or through being struck by such a vehicle, but this exclusion does not apply to the *named insured* or his relatives while *occupying* or if struck by a *highway vehicle* owned by a *designated insured* or his relatives;

(c) so as to inure directly or indirectly to the benefit of any workmen's compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workmen's compensation or disability benefits law or any similar law.

### II. PERSONS INSURED

Each of the following is an *insured* under this insurance to the extent set forth below:

(a) the *named insured* and any *designated insured* and, while residents of the same household, the spouse and relatives of either;

(b) any other person while *occupying* an *insured highway vehicle*; and

(c) any person, with respect to damages he is entitled to recover because of *bodily injury* to which this insurance applies sustained by an *insured* under (a) or (b) above.

The insurance applies separately with respect to each *insured*, except with respect to the limits of the company's liability.

---

The conditions and provisions printed on pages UM-2 and UM-3 of this form are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

A-3009-1  CDR  Printed in U. S. A.  (ISO: CP-00-25)  Ed. 1-'74  UM-1

BSA-PLAN_00252012
SA 2964



**Protection Against
Uninsured Motorists
Insurance Coverage Part**

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No. ..**10 C A43349E**................. issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

COMPANY COPY

ATTACH FORMS ALONG MARGIN BELOW THIS MARK +

*(For use only if this Coverage Part is effective after the effective date of the Policy)*
This Coverage Part is effective..................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to...............................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverage | Advance Premium | Limits of Liability |
|---|---|---|
| U — Uninsured Motorists | $ 32.00  *included* | $ 15 ,000 each person<br>$ 30 ,000 each accident |

**Designated Insured:**

### AS RESPECTS TO: NEW JERSEY

Description of *Insured Highway Vehicles*
(Check appropriate box)

☒ Any *automobile* owned by the *named insured*

☐ Any *private passenger automobile* owned by the *named insured*

☐ Any *highway vehicle* to which are attached dealer's license plates issued to the *named insured*

☐ Any *highway vehicle* designated in the schedule of the policy by the letters "UM" and a *highway vehicle* ownership of which is acquired during the policy period by the *named insured* as a replacement therefor

☐ Any *mobile equipment* owned or leased by and registered in the name of the *named insured*

☐

### I. COVERAGE U — UNINSURED MOTORISTS
*(Damages for Bodily Injury)*

The company will pay all sums which the *insured* or his legal representative shall be legally entitled to recover as damages from the owner or operator of an *uninsured highway vehicle* because of *bodily injury* sustained by the *insured*, caused by accident and arising out of the ownership, maintenance or use of such *uninsured highway vehicle*; provided, for the purposes of this coverage, determination as to whether the *insured* or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the *insured* or such representative and the company or, if they fail to agree, by arbitration.

No judgment against any person or organization alleged to be legally responsible for the *bodily injury* shall be conclusive, as between the *insured* and the company, on the issues of liability of such person or organization or of the amount of damages to which the *insured* is legally entitled unless such judgment is entered pursuant to an action prosecuted by the *insured* with the written consent of the company.

**Exclusions**

This insurance does not apply:

(a) to *bodily injury* to an *insured* with respect to which such *insured*, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor;

(b) to *bodily injury* to an *insured* while *occupying* a *highway vehicle* (other than an *insured highway vehicle*) owned by the *named insured*, any *designated insured* or any relative resident in the same household as the *named* or *designated insured*, or through being struck by such a vehicle, but this exclusion does not apply to the *named insured* or his relative while *occupying* or if struck by a *highway vehicle* owned by a *designated insured* or his relatives;

(c) so as to inure directly or indirectly to the benefit of any workmen's compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workmen's compensation or disability benefits law or any similar law.

### II. PERSONS INSURED

Each of the following is an *insured* under this insurance to the extent set forth below:

(a) the *named insured* and any *designated insured* and, while residents of the same household, the spouse and relatives of either;

(b) any other person while *occupying* an *insured highway vehicle*; and

(c) any person, with respect to damages he is entitled to recover because of *bodily injury* to which this insurance applies sustained by an *insured* under (a) or (b) above.

The insurance applies separately with respect to each *insured*, except with respect to the limits of the company's liability.

The conditions and provisions printed on pages UM-2 and UM-3 of this form are hereby referred to and made a part hereof. This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252013

SA 2965

**GARAGE INSURANCE — COVERAGE PART**

**COMPANY COPY**

| Und. Approved | | Confidential Report | Und. Notes: |
|---|---|---|---|
| Quality Control | | | |

This Coverage Part forms a part of Policy No. **10 C A43349E** issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective ............................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to ....................................................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

**SCHEDULE**

The insurance afforded is only with respect to such of the following coverages and hazards thereunder as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Limits of Liability | Hazards | Advance Premiums |
|---|---|---|---|
| **GARAGE LIABILITY** | | *Garage operations* including | |
| G. Bodily Injury Liability | $............,000 each person | *Automobile Hazard* 1 | $ |
| | | *Automobile Hazard* 2 | |
| | $............,000 each occurrence | *Escalators* | $ |
| H. Property Damage Liability | $............,000 each occurrence subject to $100 deductible as set forth in Limits of Liability provision. | *Garage operations* including *Automobile Hazard* 1 *Automobile Hazard* 2 *Escalators* | $ |
| **EXPENSES FOR MEDICAL SERVICES** | | **Premium Rate** | |
| I. Automobile Medical Payments | $............ each person | ............% of Coverage G Premium | $ |
| I. and J. Automobile and Premises Medical Payments | | ............% of Coverage G Premium | |
| **GARAGEKEEPERS' LEGAL LIABILITY** | Limits of Liability — each location | Less Deductible | |
| K-1. Fire and Explosion | As stated below | | $ INCL |
| K-2. Theft of the Entire Automobile | As stated below | | $ INCL |
| K-3. Riot, Civil Commotion, Malicious Mischief and Vandalism | As stated below | $25 each *loss* caused by malicious mischief or vandalism | $ INCL |
| K-4. Collision or Upset | As stated below. If Coverage K-4 is afforded, the limit stated below for each location includes $5,000 limit for *loss* to property other than *automobiles*. | 50 each *loss* caused by Collision or Upset | $ INCL |

Form Numbers of Endorsements forming part of this Coverage Part at issue:

Advance Prem. for Endorsements $

**TOTAL ADVANCE PREMIUMS** $

The following are the addresses of all premises where the named insured conducts *garage operations*.

| Location No. | Address (Show main sales location, if any, as Location No. 1) | GARAGE LIABILITY — Premium Basis (1) (2) (3): Remuneration (4): Total Number (5): Total Number | GARAGE LIABILITY — Rates (1) (2) (3): Per $100 Remuneration (4): Per *Automobile* (5): Per *Escalator* Coverage G / Coverage H | GARAGEKEEPERS' LEGAL LIABILITY Limit of Liability | Maximum No. of Customers' *Automobiles* Stored |
|---|---|---|---|---|---|
| 1 | Description of Escalator Location in Building  Code No. | (1) Class A $ (2) Class B $ (3) Class C $ (4) Furnished *Automobiles* (5) *Escalators* | | $ | |
| 2 | Description of Escalator Location in Building  Code No. | (1) Class A $ (2) Class B $ (3) Class C $ (4) Furnished *Automobiles* (5) *Escalators* | | $ | |

All *automobiles* owned by the *named insured* are used principally in *garage operations* of the *named insured*, except *automobiles* (1) assigned to the *named insured*, a partner therein or a member thereof, or an executive officer thereof, or, if a resident of the same household, the spouse of any of them or (2) furnished to any person or organization named below.

*Automobiles* owned by the *named insured* are furnished to the following persons or organizations for their regular use for other business purposes or for non-business purposes (do not list the *named insured*, any partner, member, executive officer or, if a resident of the same household, the spouse of any of them, unless more than one *automobile* is furnished concurrently to such person and then show only the number of *automobiles* so furnished in excess of one):

| Name: | Number of Such Automobiles: |
|---|---|

The conditions and provisions printed on pages GAR-2, GAR-3 and GAR-4 are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

company located these documents in its ... As this the company ... accurate copy of the policy.

Form A-3013-0   CDR   Printed in U. S. A.   (ISO: GAR)          **GAR-1**

SA 2966

# Automobile Physical Damage Insurance (Fleet Automatic) Coverage Part

| Und. Approved | Confidential Report |
|---|---|
| Quality Control | Und. Notes: |

This Coverage Part forms a part of Policy No. **10 C A43349E** .........................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective .................................... (at the hour stated in the policy) and forms a part of the above designated policy issued to ....................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

**Items**

**1.(a)** The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges and, under each such coverage, applies only to such *covered automobiles* as are indicated, by entry herein, of one or more of the designating numerals for that purpose appearing in division (b) of this Item. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Coverages | ★Covered Automobiles | Amount or "ACV" (Actual Cash Value) | Limit of Liability — each covered automobile "S" entered below means: "As separately stated in the Schedule of Covered Automobiles made a part hereof" | | Advance Premiums |
|---|---|---|---|---|---|
| | | | Deductible | | |
| O. Comprehensive | CA- | ACV | $ | SEE SCHEDULE ATTACHED | $ 265.00 |
| P. Collision | CA- | | $ | | |
| Q. Fire, Lightning or Transportation | CA- | | $ | | |
| R. Theft | CA- | | | | |
| | CA- | | | | |
| S. Windstorm, Hail, Earthquake or Explosion | CA- | | | | |
| T. Combined Additional | CA- | | | | |
| V. Towing (Not available in California) | CA- | $25 for each disablement | | | |
| | CA- | | | | |

| Form Numbers of Endorsements forming part of this Coverage Part at issue: | Maximum Limit of Liability | | Advance Premium for Endorsements | |
|---|---|---|---|---|
| $ | Any one *covered automobile* | $ | | |
| $ | All *covered automobiles* at any one location | $ | TOTAL ADVANCE PREMIUMS | $ 265.00 |
| $ | All *covered automobiles* | $ | | |

Records to be submitted ("M" = monthly; "X" = quarterly; "S" = semi-annually):

**(b)** Explanation of above entries designating the *covered automobiles* to which this insurance applies under each Coverage afforded:
★ **CA-1** = all *covered automobiles*; **CA-5** = the *covered automobiles* described in the Schedule of Covered Automobiles made a part hereof (including newly acquired vehicles, subject to the provisions of paragraph (b) of the "*covered automobile*" definition).
**CA-2** = all registered *covered automobiles*;
**CA-3** = all *covered automobiles* of the *private passenger type*;
**CA-4** = all *covered automobiles* of the *commercial type*.
When also entered with CA-1, 2, 3 or 4:
**X** = excluding vehicles leased to the *named insured*;
**Y** = excluding under Collision Coverage, any vehicle not having an actual cash value of at least $ .

**2. Schedule of Covered Automobiles** as of effective date of this insurance:
**(a)** Description; **(b)** Facts Respecting Purchase; **(c)** Limit of Liability (if not stated in item 1 above); Rates, Advance Premiums

| AUTO No. | (a) | Year Model Trade Name | Body Type - Capacity (Truck Load, Galionage, Bus Seating) | Identification No.(I), Serial No.(S), Motor No. (M) | No. of Cyls. Model | Principally garaged in (Town, State) | *Purpose of Use | Classification |
|---|---|---|---|---|---|---|---|---|
| 1 | | SEE SCHEDULE ATTACHED | | | | | | |
| 2 | | | | | | | | |

| AUTO No. | (b) | List Price | Actual Cost | Purchased Mo./Yr.—New (N); Used (U) | Rating Symbol | Any *loss* under Coverages other than Towing is payable as interest may appear to the *named insured* and the Loss Payee named below: | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |

**(c)** Limit of Liability—each *covered automobile* described in (a) above and covered for:

| AUTO No. | Coverages other than Collision Enter: Amt. or "ACV" | Deductible | Collision Enter: "ACV" | Deductible | Rates | Advance Premiums | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Cov. O | Cov. P | Cov. Q | Cov. R | Cov. S | Cov. T | Cov. V |
| 1 | | | $ | | $ | $ | $ | $ | $ | $ | $ | $ |
| 2 | | | $ | | $ | $ | $ | $ | $ | $ | $ | $ |
| "ACV" means Actual Cash Value | | | Totals | $ | | $ | $ | $ | $ | $ | $ | $ |

**3.** Except with respect to bailment lease, conditional sale, purchase agreement, mortgage or other encumbrance, the *named insured* is the sole owner of every *covered automobile* designated above as covered under this insurance, unless otherwise stated herein.

The conditions and provisions printed on pages PHF-2, PHF-3 and PHF-4 of this form are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that, if this Coverage Part takes effect as of the effective date of said policy, forms a part of said policy, at issue of said policy, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

* P & B = Pleasure and Business; C = Commercial

Countersigned by.........................................

A-3011-1  CDR  Printed in U.S.A.  (ISO: CP-00-35)  Ed.-8—'74

**PHF-1**

Authorized Agent

Company located these documents in its business records. At the time, the company... accurate copy of the policy.

BSA-PLAN_00252015

SA 2967

COMPANY COPY

ATTACH FORMS ALONG MARGIN BELOW THIS MARK +

**GARAGE INSURANCE — COVERAGE PART**

**COMPANY COPY**

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No. **10 C A43349E** ................................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective ................................(at the hour stated in the policy) and forms a part of the above designated policy issued to................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages and hazards thereunder as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Limits of Liability | Hazards | Advance Premiums |
|---|---|---|---|
| **GARAGE LIABILITY** | | *Garage operations* including | |
| G. Bodily Injury Liability | $............,000 each person | *Automobile Hazard 1* | $ |
| | $............,000 each occurrence | *Automobile Hazard 2* / *Escalators* | |
| H. Property Damage Liability | $............,000 each occurrence subject to $100 deductible as set forth in Limits of Liability provision. | *Garage operations* including *Automobile Hazard 1* / *Automobile Hazard 2* / *Escalators* | $ |
| **EXPENSES FOR MEDICAL SERVICES** | | Premium Rate | |
| I. Automobile Medical Payments | $............ each person | ............% of Coverage G Premium | $ |
| I. and J. Automobile and Premises Medical Payments | | ............% of Coverage G Premium | $ |
| **GARAGEKEEPERS' LEGAL LIABILITY** | Limits of Liability — each location | Less Deductible | |
| K-1. Fire and Explosion | As stated below | | $ 502.00 |
| K-2. Theft of the Entire Automobile | As stated below | | INCL |
| K-3. Riot, Civil Commotion, Malicious Mischief and Vandalism | As stated below | $25 each *loss* caused by malicious mischief or vandalism | 168.00 |
| K-4. Collision or Upset | As stated below. If Coverage K-4 is afforded the limit stated below for each location includes $5,000 limit for *loss* to property other than *automobiles*. | $ 250 each *loss* caused by Collision or Upset | 388.00 |
| Form Numbers of Endorsements forming part of this Coverage Part at issue: | | Advance Prem. for Endorsements | $ |
| | | TOTAL ADVANCE PREMIUMS | $ 1058.00 |

The following are the addresses of all premises where the *named insured* conducts garage operations.

| Location No. | Address (Show main sales location, if any, as Location No. 1) | GARAGE LIABILITY — Premium Basis (1) (2) (3): Remuneration (4): Total Number (5): Total Number | GARAGE LIABILITY — Rates (1) (2) (3): Per $100 Remuneration (4): Per Automobile (5): Per Escalator | | GARAGEKEEPERS' LEGAL LIABILITY | |
|---|---|---|---|---|---|---|
| | | | Coverage G | Coverage H | Limit of Liability | Maximum No. of Customers' Automobiles Stored |
| 1 | PHILTOWER BLDG. TULSA, OKLA. | (1) Class A $ | | | | |
| | | (2) Class B $ | | | | |
| | Description of Escalator Location in Building / Code No. | (3) Class C $ | | | $750,000 | 315 |
| | | (4) Furnished *Automobiles* | | | | |
| | | (5) *Escalators* | | | | |
| 2 | | (1) Class A $ | | | | |
| | | (2) Class B $ | | | | |
| | Description of Escalator Location in Building / Code No. | (3) Class C $ | | | | |
| | | (4) Furnished *Automobiles* | | | | |
| | | (5) *Escalators* | | | | |

All automobiles owned by the *named insured* are used principally in *garage operations* of the *named insured*, except *automobiles* (1) assigned to the *named insured*, a partner therein or a member thereof, or an executive officer thereof, or, if a resident of the same household, the spouse of any of them or (2) furnished to any person or organization named below.

*Automobiles* owned by the *named insured* are furnished to the following persons or organizations for their regular use for other business purposes or for non-business purposes (do not list the *named insured*, any partner, member, executive officer, or, if a resident of the same household, the spouse of any of them, unless more than one *automobile* is furnished concurrently to such person and then show only the *number* of *automobiles* so furnished in excess of one):

| Name: | Number of Such Automobiles: |
|---|---|
| | |

The conditions and provisions printed on pages GAR-2, GAR-3 and GAR-4 are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect at the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declaration page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

Form A-3013-0  GDR   Printed in U.S.A.   (ISO: GAR)                    **GAR-1**

Subject to Protective Order – Highly Confidential

## COMPREHENSIVE GENERAL LIABILITY INSURANCE—COVERAGE PART

**COMPANY COPY**

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No. **10 C A43349E** 59E ..............issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*
This Coverage Part is effective...............................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to ...............

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

### SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Advance Premiums | Limits of Liability |
|---|---|---|
| A — Bodily Injury Liability | $ ~~17,206.00~~ 43515. | $ SEE SINGLE ,000 each occurrence / $ LIMIT ,000 aggregate |
| B — Property Damage Liability | $ ~~2,224.00~~ 29,010. | $ ENDT ,000 each occurrence / $ ATT ,000 aggregate |

| Rating Classifications | Code No. | Premium Bases | Rates B.I. | Rates P.D. | Advance Premiums B.I. | Advance Premiums P.D. |
|---|---|---|---|---|---|---|
| (a) Premises — Operations | | (a) Area (b) Frontage (c) Remuneration (d) Receipts | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration (d) Per $100 of Receipts | | | |
| (b) Escalators | | (e) Landings | (e) Per Landing | | | |
| (c) Independent Contractors | | (f) Cost | (f) Per $100 of Cost | | | |
| (d) Completed Operations | | (g) Receipts | (g) Per $1,000 of Receipts | | | |
| (e) Products | | (h) Sales | (h) Per $1,000 of Sales | | | |

ALL PREMISES-OPERATIONS OF THE INSURED INCLUDING ~~PRODUCTS~~ PERSONAL INJURY LIABILITY INSURANCE (EXCLUSION C NOT APPLICABLE), CONTRACTUAL LIABILITY INSURANCE, PREMISES MEDICAL PAYMENTS INSURANCE LIQUOR LIABILITY INSURANCE (HOST COVERAGE) AND EMPLOYEE BENEFITS LIABILITY INSURANCE.

1)PAYROLL 1)PER $100 OF WORKMEN'S COMP. PAYROLL

(1)
70050  13,007,000. .1329 .0171 17,206.00 2,224.00
14,183,000 .30681 .20454 43,515. 29,010.

Form Numbers of Endorsements forming part of this Coverage Part at issue:
**SEE FORM AL-8-0C**

| TOTAL ADVANCE PREMIUMS | 43,515. | 29,010 |
|---|---|---|
| | $17,206.00 | 2,224.00 |

If the Policy Period is more than one year, the Premium is Payable:
On effective date of Policy $ .........1st Anniversary $ .........2nd Anniversary $ .........

The conditions and provisions printed on pages CGL-2 and CGL-3 of this form are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

Countersigned by.....................................
Authorized Agent

Form L-3503-0   CDR   Printed in U.S.A.      **CGL-1**

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252017
SA 2969



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43349E issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ................................................12:01 A. M., standard time at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

## COMPREHENSIVE AUTOMOBILE LIABILITY INS

## AUTOMOBILE PHYSICAL DAMAGE INS

*Form numbers of Coverage Parts and*

ENDORSEMENTS ~~AND CONTAINING INS.~~ FORMING PART OF POLICY *at issue.*

L-3717-0 *Comp Auto Liab*     ~~A50-03 (SINGLE LIMIT ENDT)~~

~~A-9013-1~~     *AL 68-0 single limit endt*

~~A-3471-0~~     A-2036-3 - *Mexican endt*

~~A-3051~~     A-2992-2 - *APIP - NJ*

AL 6-4 - *Amendment of Casualty Ins*     A-3353-0 - *APIP - Minn*

A-3351-0 - *PIP - Minn*     A 3661-0 - *PIP - Ky*

A-3008-1 - *MP*     A 3662-0 - *APIP - Ky*

A-3009-1 - *UM*     AL81B - *Car pooling endt*

A-2991-0 - *PIP - NJ*     AC81B - *Notice of occurrence*

A-2993-0 - *UM - NJ*     AC81B - *Named insured*

AL81B *Composite rate endt*

A 3789-0 *Garage Keepers Insurance*

AL81B *Notice of Cancellation*

AL81B *Additional Insured*

A 2482-B *UM - New Mexico*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ....................................     *Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO:

**LIQUOR LIABILITY INSURANCE — COVERAGE PART**

**COMPANY COPY**

| Und. Approved | Confidential Report | Und. Notes: |
| --- | --- | --- |
| Quality Control | | |

This Coverage Part forms a part of Policy No. **10 C A43349E** ......................issued by THE HARTFORD INSURANCE GROUP
Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*
This Coverage Part is effective.................. ...................................(at the hour stated in the policy) and forms a part of the above designated
policy issued to..........................................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein,
agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is with respect to the following coverage as indicated by specific premium charge. The limit of the company's
liability against such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverage | Limits of Liability | Advance Premium |
| --- | --- | --- |
| X — Liquor Liability | **SEE SINGLE**<br>$ **LIMIT**,000 each common cause<br>$ **ENDT.**,000 aggregate | $ **INCLUDED** |

| Location of Insured Premises | Code No. | Premium Basis | Rate | Advance Premium |
| --- | --- | --- | --- | --- |
| **LIQUOR HOST LIABILITY**<br><br>**ALL LOCATIONS OF THE INSURED**<br><br>**(FILED WITH THE COMPANY)** | | Receipts | Per $100 of Receipts | **INCLUDED IN COMPOSITE RATE**  |
| Class of Business ————————→ | | | TOTAL ADVANCE PREMIUM | $ |

Form Numbers of Endorsements forming part of this Coverage Part at issue:

If the Policy Period is more than one year, the Premium is Payable:

| On effective date of Policy $ | 1st Anniversary $ | 2nd Anniversary $ |
| --- | --- | --- |

*(left margin, vertical)* ATTACH FORMS ALONG MARGIN BELOW THIS MARK +

### I.    COVERAGE X — LIQUOR LIABILITY

The company will pay on behalf of the *insured* all sums which the *insured* shall become legally obligated to pay as *damages* because of injury to which this insurance applies, sustained by any person if such liability is imposed upon the *insured* by reason of the selling, serving or giving of any alcoholic beverage at or from the *insured premises*, and the company shall have the right and duty to defend any suit against the *insured* seeking such *damages*, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to any obligation for which the *insured* or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(b) to *bodily injury* to any employee of the *insured* arising out of and in the course of his employment by the *insured* or to any obligation of the *insured* to indemnify another because of *damages* arising out of such injury;

(c) to injury arising out of any alcoholic beverage sold, served or given while any license therefor, required by law, is suspended or after such license expires, is cancelled or revoked;

(d) to *bodily injury* or *property damage* arising out of the *named insured's products* or reliance upon a representation or warranty made at any time with respect thereto; but this exclusion does not apply to *bodily injury* or *property damage* for which the *insured* or his indemnitee may be held liable if such liability is imposed

(1) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

(2) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person.

The conditions and provisions printed on page LL-2 of this form are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Countersigned by............................................
*Authorized Agent*

Form L-3524-0   CDR   Printed in U. S. A.

LL-1

**PERSONAL INJURY LIABILITY INSURANCE — COVERAGE PART**

**COMPANY COPY**

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No.. **10 C A43349E** 59E ...............issued by THE HARTFORD INSURANCE GROUP
Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective.................................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to................................................................................................................................................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to personal injury arising out of an offense included within such of the following groups of offenses as are indicated by specific premium charge or charges.

| Coverage | Limits of Liability |
|---|---|
| | *1,000,000* |
| PI—Personal Injury Liability | $ 500,000   aggregate |
| | Insured's participation.....................................% |

| Groups of Offenses | Advance Premium |
|---|---|
| A. False Arrest, Detention or Imprisonment, or Malicious Prosecution | $ INCL |
| B. Libel, Slander, Defamation or Violation of Right of Privacy | $ INCL |
| C. Wrongful Entry or Eviction or Other Invasion of Right of Private Occupancy | $ INCL |
| Minimum Premium $         Total Advance Premium | $ INCL |

| Location and Description of Exposure | Premium Bases | Rates | Premium |
|---|---|---|---|
| ALL LOCATIONS OF THE INSURED (FILED WITH THE COMPANY) | | | INCL IN COMPOSITE RATE |

Form Numbers of Endorsements forming part of this Coverage Part at issue:

**ELIMINATION OF EXCL "C" AL-8-0A**

If the Policy Period is more than one year, the Premium is Payable:

| On effective date of Policy $ | 1st Anniversary $ | 2nd Anniversary $ |
|---|---|---|

The conditions and provisions printed on page PI-2 of this form are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

Form L-3525-0   CDR   Printed in U. S. A.   (ISO: Advisory: PI 1/1/73)          PI-1

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252020

SA 2972

the company located these documents in its
does not certify that these documents constitute
a complete and accurate copy of the policy.

PREMISES MEDICAL PAYMENTS INSURANCE — COVERAGE PART

**COMPANY COPY**

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No. **10 C A43349E** .............issued by THE HARTFORD INSURANCE GROUP
Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*
This Coverage Part is effective...................................................(at the hour stated in the policy) and forms a part of the above designated
policy issued to.............................................................................................................................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein,
agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is with respect to the following coverage as indicated by specific premium charge or charges.  The limit of the
company's liability against such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverage | Advance Premium | Limits of Liability | |
|---|---|---|---|
| E — Premises Medical Payments | $ **INCLUDED** | $ **250** | each person |
| | | $**10,000** | each accident |

| Description of Hazards | Advance Premiums |
|---|---|
| (a) Premises and Operations | |
| ALL LOCATIONS OF THE INSURED *EXCLUDING CAMPS* ~~(FILED WITH COMPANY)~~ *AND CANOE BASES* *(On File with Company)* | INCLUDED IN COMPOSITE RATE |
| (b) Escalators | |
| (c) Sports Activities | |

| Form Numbers of Endorsements forming part of this Coverage Part at issue: | TOTAL ADVANCE PREMIUM | $ |
|---|---|---|

**If the Policy Period is more than one year, the Premium is Payable:**
**On effective date of Policy $            1st Anniversary $                    2nd Anniversary $**

The conditions and provisions printed on page MP-2 of this form are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

Countersigned by ...................................................

*Authorized Agent*

Form L-3505-0 CDR   Printed in U. S. A.                    **MP-1**

The company located these documents in its ... does not certify that ... these documents constitute a complete and accurate copy of the policy.

## CONTRACTUAL LIABILITY INSURANCE (BLANKET COVERAGE) — COVERAGE PART

**COMPANY COPY**

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No. **10 C A43349E** ................................................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*
This Coverage Part is effective................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

### SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Advance Premiums | Limits of Liability |
|---|---|---|
| YB — Contractual Bodily Injury Liability | $ INCLuded | $ SEE SINGLE ,000 each occurrence |
| ZB — Contractual Property Damage Liability | $ INCLuded | $ LIMIT ,000 each occurrence |
| | | $ ENDT ,000 aggregate |

| Designation of Contracts | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | B. I. | P. D. | B. I. | P. D. |
| THAT PART OF ALL WRITTEN CONTRACTS OTHER THAN AS DEFINED UNDER "INCIDENTAL CONTRACTS" IN THE POLICY DEFINITION IN WHICH THE NAMED INSURED ASSUMES THE LIABILITY OF OTHERS | | (a) Cost (b) Sales | (a) Per $100 of Cost (b) Per $1,000 of Sales | | INCLUDED IN THE RATE | COMPOSITE |

| Form Numbers of Endorsements forming part of this Coverage Part at issue: | TOTAL ADVANCE PREMIUMS | $ | $ |
|---|---|---|---|
| AL8-0C (AMENDMENT OF LIMITS OF LIAB.) | | | |

If the Policy Period is more than one year, the Premium is Payable:

| On effective date of Policy $ | 1st Anniversary $ | 2nd Anniversary $ |
|---|---|---|

The following exclusions also **apply**:
☐ Exclusion (p) — Products and Completed Operations  ☐ Exclusion (q)—x, c & u

**I.  COVERAGE YB—CONTRACTUAL BODILY INJURY LIABILITY**

**COVERAGE ZB—CONTRACTUAL PROPERTY DAMAGE LIABILITY**

The company will pay on behalf of the *insured* all sums which the *insured*, by reason of *contractual liability* assumed by him under any written contract of the type designated in the schedule for this insurance, shall become legally obligated to pay as damages because of

**Coverage YB.** *bodily injury* or

**Coverage ZB.** *property damage*

to which this insurance applies, caused by an *occurrence*, and the company shall have the right and duty to defend any *suit* against the *insured* seeking damages on account of such *bodily injury* or *property damage*, even if any of the allegations of the *suit* are groundless, false or fraudulent, and may make such investigation and settlement of any claim or *suit* as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend

(1) any arbitration proceeding wherein the company is not entitled to exercise the *insured's* rights in the choice of arbitrators and in the conduct of such proceedings, or

(2) any *suit* after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to liability assumed by the *insured* under any *incidental contract*;

(b) (1) if the *insured* is an architect, engineer or surveyor, to *bodily injury* or *property damage* arising out of professional services performed by such *insured*, including

   (i) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, and

   (ii) supervisory, inspection or engineering services;

(2) if the indemnitee of the *insured* is an architect, engineer or surveyor, to the liability of the indemnitee, his agents or employees, arising out of

The conditions and provisions printed on pages KB-2 and KB-3 of this form are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company, provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

Form L-3523-0  CDR  Printed in U.S.A.  (ISO: KB 1/1/73)  KB-1

Countersigned by ................................................
Authorized Agent

At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.



10 C A43349E

**Employee Benefits**
**Liabili**
**Cov**  COVERAGE
**ployee B**
SCHEDU

Insurance is afforded with respect to the following coverage, subject to the limits of liability stated herein and to all the terms of the policy relating thereto.

| Coverage | Limits of Liability |
|---|---|
| Employee Benefits Liability | $ 500,000 1,000,000 ,000 each claim |
| | $ 500,000 1,000,000 ,000 aggregate |

| Estimated Number of Employees | Rate (Each Employee) | Advance Premium |
|---|---|---|
| | First 5,000 | |
| | Next 5,000 | INCLUDED |
| | Over 10,000 | |

| Form Numbers of Endorsements forming part of this Coverage Part at issue: | TOTAL ADVANCE PREMIUM | $ |
|---|---|---|
| | | IN COMPOSITE RATE |

The conditions and provisions printed on Page EBL-2 of this form are a part hereof.

**(For use only if this Coverage Part is effective after the effective date of the Policy)**

This Coverage Part is effective_____(at the hour stated in the policy) and forms a part of Policy No._____

issued to _____

Countersigned by _____

*Authorized Agent*

---

**I.  EMPLOYEE BENEFITS LIABILITY COVERAGE**

The company will pay on behalf of the **insured** all sums in excess of the deductible amount which the **insured** shall become legally obligated to pay as damages on account of any claim against the **insured** arising out of any negligent act or omission within the United States of America, its territories or possessions, or Canada, in the **administration** of the named insured's **Employee Benefit Programs,** provided such claim is first made against the **insured** during the period this insurance is in force and the **insured** at the effective date of this insurance had no knowledge of or could not have reasonably foreseen any circumstances which might result in a claim or suit.

The company shall have the right and duty to defend any claim against the **insured** seeking damages on account of such a claim, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment, on account of one or more claims to which this insurance applies, of judgments or settlements or of sums described in the "Supplementary Payments" provision, or both.

**Exclusions**

This insurance does not apply to:

(a)  any claim arising out of
   (1)  **bodily injury** or **property damage;**
   (2)  any dishonest, fraudulent, criminal or malicious act or out of libel, slander, discrimination or humiliation;
   (3)  the failure of any investment or savings program to perform as represented by an **insured;**
   (4)  advice given by an **insured** to an employee to participate or not to participate in any investment or savings program;

(b)  any claim arising out of the failure of the **insured,** or any insurer, fiduciary, trustee or fiscal agent, to perform any of their obligations or to fulfill any of their guarantees with respect to (i) the payment of benefits under **Employee Benefit Programs** or (ii) the providing, handling or investment of funds related thereto.

**II.  PERSONS INSURED**

Each of the following is an **insured** under this insurance to the extent set forth below:

(a)  if the **named insured** is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the **named insured** with respect to the conduct of such a business;

(b)  if the **named insured** is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c)  if the **named insured** is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d)  any employee of the **named insured** while acting within the scope of his duties in connection with the **administration** of the **named insured's Employee Benefit Programs.**

This insurance does not apply to any claim arising out of the conduct of any partnership or joint venture of which the **insured** is a partner or member and which is not designated in this policy as a **named insured.**

**III.  SUPPLEMENTARY PAYMENTS**

With respect only to the insurance under the Employee Benefits Liability Coverage, the "Supplementary Payments" provision is amended to read as follows:

**Supplementary Payments**

The company will pay, as part of and not in addition to, the applicable limit of liability:

(a)  all expenses incurred by the company, all costs taxed against the **insured** in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

The company records. At this time, the company business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form L-2853-2   Printed in U.S.A.   (NS)

EBL-1

(b) premiums on appeal bonds required in any such suit, and premiums on bonds to release attachments in any such suit, for an amount not in excess of the applicable limit of liability of this insurance, and the company shall have no obligation to apply for or furnish any such bonds;

(c) reasonable expenses incurred by the **insured** at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

## IV.  LIMITS OF LIABILITY — DEDUCTIBLE

Regardless of the number of (1) **insureds** under this policy, or (2) claims made or suits brought on account of alleged acts or omissions by an **insured**, the company's liability is limited as follows:

With respect to this insurance, the limit of liability stated in the Schedule as applicable to "each claim" is the total limit of the company's liability, including liability for all damages and for all costs, expenses and premiums for release of attachment or appeal bonds described in the "Supplementary Payments" provision and incurred in accordance therewith, on account of each claim to which this insurance applies.

For the purpose of applying the limits of the company's liability, all damages claimed by one employee as the result of a series of acts or omissions shall be considered as comprising one claim.

$1000 shall be deducted from the total amount of damages, exclusive of such costs, expenses and premiums, on account of each claim. All the terms of this insurance apply irrespective of the application of the deductible amount and the company may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, the **insured** shall promptly reimburse the company for such part of the deductible amount as has been paid by the company.

The limit of liability stated in the Schedule as "aggregate" **is**, subject to the above provision respecting "each claim", the total limit of the company's liability, including liability for all damages and for all such costs, expenses and bond premiums incurred, on account of all claims to which this insurance applies.

## V.   ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):

"**administration**" means

(1) giving counsel to employees of the **named insured** including the employees' dependents and beneficiaries with respect to eligibility in or scope of **Employee Benefit Programs** available to such employee by virtue of his employment by the **named insured**;

(2) handling of records in connection with **Employee Benefit Programs**;

(3) effecting or terminating enrollment of any employee of the **named insured** under **Employee Benefit Program**;

provided all such acts are authorized by the **named insured**;

"**Employee Benefit Programs**" means a formal program or programs of employee benefits maintained in connection with the business or operations of the **named insured** covered by the Bodily Injury and Property Damage Liability Coverages of this policy, such as but not limited to Group Life Insurance, Group Accident or Health Insurance, Pension Plans, Employee Stock Subscription Plans, Workmen's Compensation, Unemployment Insurance, Social Security and Disability Benefits.

## VI.  CONDITIONS

1. All of the Conditions of the policy apply to this insurance except "Financial Responsibility Laws" and "Other Insurance".

2. **Excess Insurance** This insurance shall be excess insurance over any other valid and collectible insurance available to the **insured**, and shall not contribute with any such other insurance.



The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form L-2853-2

EBL-2




Named Insured and Address

*5 9E*

This endorsement forms a part of Policy No. **10  C  A433498** issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date.....................................................12:01 A. M., standard time at the address of the *named insured* as stated herein.

## ELIMINATION OF EXCLUSION "C"

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### PERSONAL INJURY LIABILITY INSURANCE

IN CONSIDERATION OF THE PREMIUM INCLUDED IN THE COMPOSITE RATE IT IS AGREED THAT EXCLUSION (C) OF THE PERSONAL INJURY LIABILITY COVERAGE PART IS DELETED.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



## THE HARTFORD
### INSURANCE GROUP
HARTFORD, CONNECTICUT

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Countersigned by ......................................................... *Authorized Agent*

**Form AL-8-0 A**   Printed in U. S. A.   10-'66   NBCU:

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252025

**SA 2977**




Named Insured and Address

This endorsement forms a part of Policy No. 10   C   A43349E

issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date....................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

## AMENDMENT – LIMITS OF LIABILITY
### (SINGLE LIMIT)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE**

| SCHEDULE | |
| --- | --- |
| **COVERAGES** | **LIMITS OF LIABILITY** |
| | 1,500,000 |
| BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY | $500,000 EACH PERSON |
| | $500,000 OCCURRENCE |
| | 1,500,000 |

IT IS AGREED THAT PROVISIONS OF THE POLICY CAPTIONED "LIMITS OF LIABILITY"
RELATING TO BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY ARE
AMENDED TO READ AS FOLLOWS:

LIMITS OF LIABILITY

REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2) PERSONS OR
ORGANIZATIONS WHO SUSTAIN BODILY INJURY OR PROPERTY DAMAGE, (3) CLAIMS MADE
OR SUITS BROUGHT ON ACCOUNT OF BODILY INJURY OR PROPERTY DAMAGE OR (4)
AUTOMOBILES OR UNITS OF MOBILE EQUIPMENT TO WHICH THIS POLICY APPLIES,
THE COMPANY'S LIABILITY IS LIMITED AS FOLLOWS:

BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY:

(a) THE LIMIT OF LIABILITY STATED IN THE SCHEDULE AS APPLICABLE TO "EACH
OCCURRENCE" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES
BECAUSE OF BODILY INJURY OR PROPERTY DAMAGE AS A RESULT OF ANY ONE
OCCURRENCE, PROVIDED THAT WITH RESPECT TO ANY OCCURRENCE FOR WHICH NOTICE
OF THIS POLICY IS GIVEN IN LIEU OF SECURITY OR WHEN THIS POLICY IS
CERTIFIED AS PROOF OF FINANCIAL RESPONSIBILITY UNDER THE PROVISIONS OF THE
MOTOR VEHICLE FINANCIAL RESPONSIBILITY LAW OF ANY STATE OR PROVINCE SUCH
LIMIT OF LIABILITY SHALL BE APPLIED TO PROVIDE THE SEPARATE LIMITS BY
SUCH LAW FOR BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY TO THE
EXTENT OF THE COVERAGE REQUIRED BY SUCH LAW, BUT THE SEPARATE APPLICATION
OF SUCH LIMIT SHALL NOT INCREASE THE TOTAL LIMIT OF THE COMPANY'S LIABILITY.

(B) FOR THE PURPOSE OF DETERMINING THE LIMIT OF THE COMPANY'S LIABILITY,
ALL BODILY INJURY AND PROPERTY DAMAGE ARISING OUT OF CONTINUOUS OR
REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL CONDITIONS SHALL BE
CONSIDERED AS ARISING OUT OF ONE OCCURRENCE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company: provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



## THE HARTFORD
### INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by...........................................................
                                        Authorized Agent

Form AL-8-0 C   Printed in U. S. A.   10-'66   'NBCU'

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Named Insured and Address

*59E*

This endorsement forms a part of Policy No. **10 C A433498**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date ............................................... 12:01 A. M., standard time at the address of the *named insured* as
stated herein.

## EXTENSION TO FORM L-3037-1

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE

IT IS AGREED THAT THE FOLLOWING SCHEDULE APPLIES AS RESPECTS FORM L3037-1
"REAL PROPERTY LIABILITY FIRE:"

| DESC. OF PROPERTY | LIMIT OF LIAB. | RATE PER $100 LIMIT | PREMIUM |
|---|---|---|---|
| 1. 308 FIFTH AVE<br>NEW YORK, N.Y. | 100,000 EA OCCURRENCE | | INCLUDED |
| 2. 300 WEST ADAMS ST.<br>CHICAGO, ILLINOIS | 100,000 EA OCCURRENCE | | |
| 3. 2515 PEACHTREE CENTER<br>BLDG ATLANTA, GA. | 100,000 EA OCCURRENCE | | IN THE |
| 4. POWER & LIGHT BLDG.<br>14TH BALTIMORE<br>SUITE 2606<br>KANSAS, CITY, MO. | 100,000 EA OCCURRENCE | | COMPOSITE |
| 5. 44 CARILLON TOWER<br>EAST<br>13601 PRESTON RD.<br>DALLAS, TEXAS | 100,000 EA OCCURRENCE | | |
| 6. 790 LUCERNE DRIVE,<br>SUNNYVALE, CALIF. | 100,000 EA OCCURRENCE | | RATE |
| 7. 275 BUSH ST.,<br>SAN FRANCISCO, CALIF.<br>94104 | 100,000 EA OCCURRENCE | | |

*8. BANCROFT BUILDING*
*731 MARKET ST.*           *100,000 ea. Occurrence*
*San Francisco, Cal.*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company: .provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ...............................................
                                    Authorized Agent



**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

Form AL-8- C   Printed in U. S. A.   10-'66  NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

**SA 2979**



## REAL PROPERTY — LIABILITY — FIRE

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43349E** ⁵⁹ᶠ
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.....................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

---

It is agreed that the Property Damage Liability Coverage applies to *property damage* to structures or portions thereof rented to or occupied by the
*named insured* and described in this endorsement, including fixtures permanently attached thereto, if such *property damage* arises out of fire, subject
to the following additional provisions:

1. With respect to the insurance provided by this endorsement, all of the exclusions of the policy, other than the Nuclear Energy Liability
Exclusion (Broad Form), are deleted and replaced by the following:

    This insurance does not apply to liability assumed by the *insured* under any contract or agreement.

2. The limit of liability stated in this endorsement applies separately to the insurance under this endorsement and is in lieu of any other limit
of liability stated in the policy.

| Description of Property | Limit of Liability | Rate (per $100 of Limit) | Premium |
|---|---|---|---|
| | $ | each *occurrence* | |

### SEE FORM AL-8-0C

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by............................................................
                                                      *Authorized Agent*



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

**Form L-3037-1**  Printed in U. S. A.  10-'69   (NBCU: G 209)

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the



**ADDITIONAL INSURED**
(Vendors—Limited Form)

10 C A43349E

Named Insured and Address

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date .................................................................12:01 A. M., standard time at the address of the named insured as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

It is agreed that the "Persons Insured" provision is amended to include any person or organization (herein referred to as "Vendor"), as an Insured, but only with respect to the distribution or sale in the regular course of the Vendor's business of the Named Insured's products subject to the following additional provisions:

1. The insurance with respect to the Vendor does not apply to:

   (a) any express warranty, or any distribution or sale for a purpose unauthorized by the Named Insured

   (b) bodily injury or property damage arising out of

      (i) any act of the Vendor which changes the condition of the products,

      (ii) any failure to maintain the product in merchantable condition,

      (iii) any failure to make such inspections, adjustments, tests or servicing as the Vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products, or

      (iv) products which after distribution or sale by the Named Insured have been labeled or relabeled or used as a container, part or ingre-
   dient of any other thing or substance by or for the Vendor;

   (c) bodily injury or property damage occurring within the Vendor's premises.

2. This insurance does not apply to any person or organization, as Insured, from whom the Named Insured has acquired such products or any ingredient, part or container, entering into, accompanying or containing such products.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

Countersigned by ....................................................................
Authorized Agent

Form L-3243-0   Printed in U. S. A.   10-'63   (NBCU: G-114)

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

BSA-PLAN_00252029

SA 2981

**Comprehensive Automobile Liability Insurance — Coverage Part**

COMPANY

THE HARTFORD

| | Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|---|
| | Quality Control | | |

This Coverage Part forms a part of Policy No. **10 C A433 ADE** ................................ issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective ...................................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to...................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Advance Premiums | Limits of Liability |
|---|---|---|
| C — Bodily Injury Liability | $ ~~1131.00~~  8840 | $ SEE SINGLE ,000 each person |
| | | $ LIMIT ,000 each occurrence |
| D — Property Damage Liability | $ ~~366.00~~  5576 | $ ENDT ,000 each occurrence |

### Description of Hazards

**1. Owned Automobiles**  Premium Basis — Per Automobile

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage, Bus Seating Capacity) | Identification No. (I) Serial No. (S) Motor No. (M) | Town and State in which the automobile will be principally garaged | (a) Purpose of Use Classification | Advance Premiums Coverage C | Coverage D |
|---|---|---|---|---|---|---|
| | | | | | ~~952.00~~ Included | ~~276.00~~ Included |

*see As per schedule on File with the company*

**2. Hired Automobiles**  Premium Basis — Total Cost of Hire

| / Types Hired (b) | Locations where automobiles will be principally used | Purposes of Use | Estimated Total Cost of Hire | Rates per $100 Total Cost of Hire Coverage C | Coverage D |
|---|---|---|---|---|---|
| IF ANY | NORTH BRUNSWICK, N.J. COM PPT | | | | |

**3. Non-Owned Automobiles**  Premium Basis — Total Number of Employees at all Locations

Total Number of Employees at all Locations

| | | Included ~~149.00~~ | Included ~~90.00~~ |
|---|---|---|---|

**900 NORTH BRUNSWICK, N.J.**

Form Numbers of Endorsements forming part of this Coverage Part at issue:

| | TOTAL ADVANCE PREMIUMS | $ 8840 ~~1131.00~~ | $ 5576 366.00 |
|---|---|---|---|

The conditions and provisions printed on page **CAL-2** of this form are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company, provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

at this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Countersigned by .............................................
Authorized Agent

(a) *P & B = Pleasure and Business; C = Commercial*
(b) *PP — Private Passenger Automobile; C = Commercial Automobile*

Form A-3717-0  CDR  Printed in U. S. A.  (ISO: CP-00-10)  Ed. 10-'75    **CAL-1**



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. ...10 C A43349E...
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date ..............................12:01 A. M. standard time
at the address of the *named insured* as stated herein. **ADDITIONAL INSURED**
**(U.S. FOUNDATION FOR INTERNATIONAL SCOUTING)**

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

**ADDITIONAL INSURED**

IN CONSIDERATION OF THE PREMIUM INCLUDED IN THE COMPOSITE RATE IT IS
UNDERSTOOD AND AGREED THAT THE POLICY IS EXTENDED TO INCLUDE THE
INTEREST OF U.S. FOUNDATION FOR INTERNATIONAL SCOUTING AS ADDITIONAL
INSURED.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by .......................................................
Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B    Printed in U.S.A.    ISO:

Subject to Protective Order – Highly Confidential





**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43349B
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date .................................................12:01 A. M., standard time
at the address of the *named insured* as stated herein. **ADDITIONAL INSURED
(EMPLOYEES COUNCIL MEMBERS, ETC)**

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
~~COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE~~
COMPREHENSIVE GENERAL LIABILITY INSURANCE
~~AUTOMOBILE PHYSICAL DAMAGE INSURANCE~~
CONTRACTUAL LIABILITY INSURANCE
PERSONAL INJURY LIABILITY INSURANCE

IT IS AGREED THAT THE ADDITIONAL INSURED OF THE ABOVE MENTIONED POLICY

ARE:

EMPLOYEES, COUNCIL MEMBERS, EXECUTIVE BOARD MEMBERS, VOLUNTEERS,
TRUSTEES SPONSORS, ~~AND DONORS OF AUTOS ON WATERCRAFT~~.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.



Countersigned by ........................................................

................................................... *Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.  ISO:

  

**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. .................. 10 C A43349E

issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date ..............................................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

### (INTERESTS OF TVA AND USA) - SPECIFIC

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE

IT IS AGREED THAT THE INTEREST OF THE TENNESSEE VALLEY AUTHORITY
AND THE UNITED STATES GOVERNMENT ARE INCLUDED AS ADDITIONAL INSUREDS
WITH RESPECT TO THE USE OF PREMISES IN "LAND BETWEEN THE LAKES" FOR
THE DEVELOPMENT OF A HIGH ADVENTURE SCOUTING PROGRAM BY THE BOY
SCOUTS OF AMERICA. THE INTERESTS OF THE TENNESSEE VALLEY AUTHORITY
AND THE UNITED STATES GOVERNMENT ARE PROTECTED WITH RESPECT TO
LOSSES OR SUITS ARISING OUT OF THE BSA'S ACTIVITIES IN THIS PROGRAM.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned By.......................................................
Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**Form AL-8-1 B**   Printed in U.S.A.   ISO:

  

**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date .................................................12:01 A. M., standard time
at the address of the *named insured* as stated herein.

## INCIDENTAL MALPRACTICE LIABILITY ENDORSEMENT

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE

IT IS AGREED THAT:

1)  THE DEFINITION OF "BODILY INJURY" IS AMENDED TO INCLUDE INJURY
    ARISING OUT OF THE RENDERING OF OR FAILURE TO RENDER PROFESSIONAL
    SERVICES BY ANY PHYSICIAN, DENTIST OR NURSE WHILE EMPLOYED BY THE
    NAMED INSURED TO PROVIDE SUCH SERVICES.

2)  EXCLUSION (J) DOES NOT APPLY TO INJURY TO THE EMOTIONS OR
    REPUTATION OF A PERSON ARISING OUT OF THE RENDERING OF SUCH
    SERVICES.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



Countersigned by ................................................

................................................ Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**Form AL-8-1 B**   Printed in U.S.A.   ISO:

AMENDMENT—LIMITS OF LIABILITY

( SINGLE LIMIT )

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43349E
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date ............................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE

SCHEDULE

BODILY INJURY LIABILITY AND PROPERTY DAMAGE       $  500  000 EACH OCCURRENCE
LIABILITY.                                        $  500  000 AGGREGATE

IT IS AGREED THAT PROVISIONS OF THE POLICY CAPTIONED " LIMITS OF LIABILITY"
RELATING TO BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY ARE
AMENDED TO READ AS FOLLOWS:

LIMITS OF LIABILITY

REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2) PERSONS
OR ORGANIZATIONS WHO SUSTAIN BODILY INJURY OR PROPERTY DAMAGE, (3) CLAIMS
MADE OR SUITS BROUGHT ON ACCOUNT OF BODILY INJURY OR PROPERTY DAMAGE OR
(4) AUTOMOBILES OR UNITS OF MOBILE EQUIPMENT TO WHICH THIS POLICY
APPLIES, THE COMPANY'S LIABILITY IS LIMITED AS FOLLOWS:

BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY:

(A)     THE LIMIT OF LIABILITY STATED IN THE SCHEDULE AS APPLICABLE TO
        "EACH OCCURRENCE" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY
        FOR ALL DAMAGES BECAUSE OF BODILY INJURY OR PROPERTY DAMAGE AS
        A RESULT OF ANY ONE OCCURRENCE PROVIDED THAT WITH RESPECT TO
        ANY OCCURRENCE FOR WHICH NOTICE OF THIS POLICY IS GIVEN IN LIEU
        OF SECURITY OR WHEN THIS POLICY IS CERTIFIED AS PROOF OF
        FINANCIAL RESPONSIBILITY UNDER THE PROVISIONS OF THE MOTOR
        VEHICLE FINANCIAL RESPONSIBILITY LAW OF ANY STATE OR PROVINCE
        SUCH LIMIT OF LIABILITY SHALL BE APPLIED TO PROVIDE THE SEPARATE
        LIMITS REQUIRED BY SUCH LAW FOR BODILY INJURY LIABILITY AND
        PROPERTY DAMAGE LIABILITY TO THE EXTENT OF THE COVERAGE REQUIRED
        BY SUCH LAW, BUT THE SEPARATE APPLICATION OF SUCH LIMIT SHALL
        NOT INCREASE  THE TOTAL LIMIT OF THE COMPANY'S LIABILITY.

(B)     SUBJECT TO THE ABOVE PROVISIONS RESPECTING "EACH OCCURRENCE",
        THE TOTAL LIABILITY OF THE COMPANY FOR ALL DAMAGES BECAUSE OF
        ALL BODILY INJURY AND PROPERTY DAMAGE WHICH OCCURS DURING EACH
        ANNUAL PERIOD WHILE THIS POLICY IS IN FORCE COMMENCING FROM ITS
        EFFECTIVE DATE AND IS DESCRIBED IN ANY OF THE NUMBERED SUBPARAGRAPHS
        BELOW SHALL NOT  EXCEED THE LIMIT OF LIABILITY STATED IN THE
        SCHEDULE AS "AGGREGATE".

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company, except where this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, counter-signature on the endorsement copy of said policy
by a duly authorized agent of the company shall constitute valid countersignature of the endorsement.

does not certify that these documents constitute
a complete and accurate copy of the policy.

THE HARTFORD
INSURANCE GROUP

Countersigned by .................................................

AMENDMENT—LIMITS OF LIABILITY

( SINGLE LIMIT )

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43349E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

## AMENDMENT LIMITS OF LIABILITY (SINGLE LIMIT) (CONT'D)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE**

(1)   ALL PROPERTY DAMAGE ARISING OUT OF PREMISES OR OPERATIONS RATED
      ON A REMUNERATION BASIS OR CONTRACTOR'S EQUIPMENT RATED ON A
      RECEIPTS BASIS, INCLUDING PROPERTY DAMAGE FOR WHICH LIABILITY IS
      ASSUMED UNDER ANY INCIDENTAL CONTRACT RELATING TO SUCH PREMISES OR
      OPERATIONS, BUT EXCLUDING PROPERTY DAMAGE INCLUDED. IN SUBPARAGRAPH
      (2) BELOW.

(2)   ALL PROPERTY DAMAGE ARISING OUT OF AN OCCURRING IN THE COURSE OF
      OPERATIONS PERFORMED FOR THE NAMED INSURED BY INDEPENDENT
      CONTRACTORS AND GENERAL SUPERVISION THEREOF BY THE NAMED INSURED,
      INCLUDING ANY SUCH PROPERTY DAMAGE FOR WHICH LIABILITY IS ASSUMED
      UNDER ANY INCIDENTAL CONTRACT RELATING TO SUCH OPERATIONS, BUT
      THIS SUBPARAGRAPH (2) DOES NOT INCLUDE PROPERTY DAMAGE ARISING OUT
      OF MAINTENANCE OR REPAIRS AT PREMISES OWNED BY OR RENTED TO THE
      NAMED INSURED OR STRUCTURAL ALTERATIONS AT SUCH PREMISES WHICH DO
      NOT INVOLVE CHANGING THE SIZE OF OR MOVING BUILDINGS OR OTHER
      STRUCTURES;

(3)   ALL BODILY INJURY AND PROPERTY DAMAGE INCLUDED WITHIN THE COMPLETED
      OPERATIONS HAZARD AND ALL BODILY INJURY AND PROPERTY DAMAGE INCLUDED
      WITHIN THE PRODUCTS HAZARD;

(4)   ALL PROPERTY DAMAGE FOR WHICH LIABILITY IS ASSUMED UNDER ANY CONTRACT
      TO WHICH THE CONTRACTUAL LIABILITY INSURANCE APPLIES.

SUCH AGGREGATE LIMIT SHALL APPLY SEPARATELY:

   (I)     TO THE PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPHS (1)AND (2)
           SEPARATELY WITH RESPECT TO EACH PROJECT AWAY FROM PREMISES
           OWNED BY OR RENTED TO THE NAMED INSURED;

   (II)    TO THE SUM OF THE DAMAGED FOR ALL BODILY INJURY AND
           PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPH(3); AND

   (III)   TO THE PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPH (4)
           SEPARATELY WITH RESPECT TO EACH PROJECT AWAY FROM PREMISES
           OWNED BY OR RENTED TO THE NAMED INSURED.

(c)   FOR THE PURPOSE OF DETERMINING THE LIMIT OF THE COMPANY'S LIABILITY,
      ALL BODILY INJURY AND PROPERTY DAMAGE ARISING OUT OF CONTINUOUS OR
      REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL CONDITIONS SHALL
      BE CONSIDERED AS ARISING OUT OF ONE OCCURRENCE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

The company located these documents in its
business records. At this time the company
does not certify that these documents constitute
a complete and accurate copy of the policy.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by........................................................
                                                    *Authorized Agent*

Form M-8246  Printed in U. S. A.  1920 NBCU;

 

## BOATS

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43349E
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................................................................12:01 A.M., standard time at the address of the *named insured* as
stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
STOREKEEPER'S INSURANCE

---

It is agreed that:

1. The exclusion relating to watercraft does not apply to the watercraft described below.

2. The "Persons Insured" provision includes any person or organization legally responsible for the use of any such watercraft owned by the *named insured*, provided the actual use thereof is with the permission of the *named insured*.

3. The insurance with respect to any watercraft subject to this endorsement does not apply while the watercraft is rented to others or is used for carrying any passenger for a consideration unless this exclusion is stated in the schedule below to be inapplicable.

## SCHEDULE

| DESCRIPTION OF WATERCRAFT | CLASSIFICATION OF WATERCRAFT | CODE NUMBER | PREMIUM BASIS NUMBER OF WATERCRAFT | RATES EACH WATERCRAFT B.I.L. | P.D.L. | ADVANCE PREMIUM B.I.L. | P.D.L. |
|---|---|---|---|---|---|---|---|
| 1) CANOES 2) ANY VESSEL NOT EXCEEDING 50 FEET IN LENGTH AND REPORTED TO THE COMPANY WITHIN 60 DAYS OF ACQUISITION | | | 1) 300 IF ANY 2) if any | INCL. IN COMPOSITE RATE | | | |

---

Minimum Premium $.........................................Bodily Injury Liability   $.........................................Property Damage Liability

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

Countersigned by............................................................
                                                    *Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form L-3012-1   Printed in U.S.A.   (ISO: G 202)

06-22-76JS

WILSON & ALLEN INC. 25 0480



A/P 13?—00

**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10...CA..43349E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date ....**06..14..76**........................12:01 A. M., standard time
at the address of the named insured as stated herein.

Co... Depo...... ...h insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

**SPECIAL VESSELS COVERAGE**

**IN CONSIDERATION OF AN ADDITIONAL PREMIUM OF $1,379 IT IS AGREED THAT
THE POLICY IS EXTENDED TO COVER THE FOLLOWING VESSELS FOR THE PERIOD OF
12:01 A.M. 6/14/76- 12:01 AM 6/20/76**

1.  **52" CHESAPEAKE BUGEYE SAILING
    KETCH "SHARK VI"**

2.  **37" ERWIN SAILING KETCH "MANUPTI"**

3.  **33' ERWIN SAILING KETCH "OLD SALTY II"**

      **B.I.   958.00     P.D.  421.00**

**IT IS FURTHER AGREED THAT THIS COVERAGE IS LIMITED TO $200,000
COMBINED SINGLE LIMIT IN EXCESS OF $300,000 COMBINED SINGLE
LIMIT EACH OCCURRENCE.**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by..............................................................
                                                    Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

**Form AL-8-1 B**  Printed in U.S.A.  ISO:

Subject to Protective Order – Highly Confidential

## INTEROFFICE MEMORANDUM

**THE HARTFORD**

| TO | DEPARTMENT | LOCATION |
|---|---|---|
| _Herb McCoy Reinsurance_ | SAID | H/O |

| FROM | DEPARTMENT | LOCATION |
|---|---|---|
| J Abrahms | SAID | Manhattan |

| SUBJECT | | DATE |
|---|---|---|
| BS-A   (10 CA439) 2 | | 9/21/26 |

Dear Herb

    Attached are photo copies of reinsurance certificate, endorsement & coding apron for special vessel coverage.

    Please have reinsurance coding processed.

        Jim

---

**REPLY MESSAGE**    9/28

Please process this encl.

        H McCoy

RECEIVED

REINS.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

| FROM | LOCATION | DATE |
|---|---|---|
| | | |

G 2781-0  Printed in U.S.A.

This Copy Retained By Addressee

Subject to Protective Order – Highly Confidential

## Schedule of Automobiles and Covered Automobiles   PAGE #1

This Schedule forms a part of Policy No. 10 A43349E issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ................................
12:01 A. M., standard time.



**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size No. of Cyls, Truck Load, Gallonage Bus Seating Capacity (Location Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. — Medical Payments — Premium | PD Liab. Prem. — Uninsured Motorist — Premium | Non. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each covered automobile) | *Towing and Labor Costs — Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 69 CHEV DUMP #C5439P843448 | | C | | $ 12.00 / $ | $ 4.00 / $ | | $ / $ | $ / $ | $ / $ | $ | $ |
| | MENDHAM, N. J. | 25 | IND. TRK. | | $ 26.00 | $ 2.00 | | | | | | ● |
| 2. | 75 DODGE P/U #D11B955164505 | | C | | $ 12.00 / $ | $ 4.00 / $ | | $ / $ | $ / $ | $ / $ | $ | $ |
| | MENDHAM, N. J. | 25 | IND. TRK. | | $ 26.00 | $ 2.00 | | | | | | |
| 3. | 69 CHEV P/U #KS2495804986 | | C | | $ 12.00 / $ | $ 4.00 / $ | | $ / $ | $ / $ | $ / $ | $ | $ |
| | MENDHAM, N. J. | 25 | IND. TRK. | | $ 26.00 | $ 2.00 | | | | | | |
| 4. | 70 FORD TRACTOR #C243596 | | C | | $ 12.00 / $ | $ 4.00 / $ | | $ / $ | $ / $ | $ / $ | $ | $ |
| | MENDHAM, N. J. | 25 | IND. TRK. | | $ 26.00 | $ 2.00 | | | | | | |
| 5. | 66 CHEV FAN #PG1266P105182 | | C | | $ 12.00 / $ | $ 4.00 / $ | | $ / $ | $ / $ | $ / $ | $ | $ |
| | MENDHAM, N. J. | 25 | IND. TRK. | | $ 26.00 | $ 2.00 | | | | | | ● |
| 6. | 66 INTL BACKHOE #05182 | | C | | $ 12.00 / $ | $ 4.00 / $ | | $ / $ | $ / $ | $ / $ | $ | $ |
| | MENDHAM, N.J. | 25 | IND. TRK. | | $ 26.00 | $ 2.00 | | | | | | |
| 7. | 73 DODGE P/U #026BE3F103904 | | C | | $ 12.00 / $ | $ 4.00 / $ | | $ / $ | $ / $ | $ / $ | $ | $ |
| | MENDHAM, N. J. | 25 | IND. TRK. | | $ 26.00 | $ 2.00 | | | | | | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

**TOTAL**   $ 84.00 / $ 28.00   $ 182.00 / $ 14.00

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. | | | |
|---|---|---|---|---|---|
| | CSL DISC 9% INC (.91) | | | | |
| | | | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

**Schedule of Automobiles and Covered Automobiles**   PAGE #2



THE HARTFORD

This Schedule forms a part of Policy No. 10 C 43349E ........ issued by THE HARTFORD INSURANCE GROUP) Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ........................
12:01 A. M., standard time.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Body Type – Truck Size / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Class | *Purpose of Use | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. PIP Medical Payments / Premium | PD Liab. Prem. Uninsured Motorist / Premium | Non. Coll. Cov. (Insert Applicable Symbols) Coll. Cov. (Insert Amt. or "ACV" (Actual Cash Value) | Amt. or "ACV" (Actual Cash Value) / Deductible if any | Deductible if any | Rates / Rates | Premiums (each cov-ered auto-mobile) / Premium | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8. | 68 CHEV P/U #CS148T122234 | | | C | | $ 12.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM, N. J. | 25 | IND TRK | | | $ 26.00 | $ 2.00 | | | | | | |
| 9. | 68 CHEV P/U #CS148T122265 | | | C | | $ 12.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM, N.J. | 25 | IND TRK | | | $ 26.00 | $ 2.00 | | | | | | |
| 10. | 72 CHEV P/U #CCS142B139673 | | | C | | $ 12.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM, N.J. | 25 | IND TRK | | | $ 26.00 | $ 2.00 | | | | | | |
| 11. | 64 CHEV STAKE TRK #4C369T132515 | | | C | | $ 12.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM, N.J. | 25 | IND TRK | | | $ 26.00 | $ 2.00 | | | | | | |
| 12. | 71 DODGE S/W #B23A41S120542 | | | C | | $ 12.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM, N. J. | 25 | IND TRK | | | $ 6.00 $ 1.00 | $ 2.00 | | | | | | |
| 13. | 68 FORD TRACTOR #C187425 | | | C | | $ 12.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N.J. | 40 | IND TRK | | | $ 45.00 | $ 2.00 | | | | | | |
| 14. | 72 FORD ½ T TRK #F50CEN63371 | | | C | | $ 12.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N.J. | 40 | IND. TRK | | | $ 45.00 | $ 2.00 | | | | | | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

| TOTALS | $ 84.00 | $ 28.00 | | | | | $ | $ |
|---|---|---|---|---|---|---|---|---|
| | $ 6.00 | | | | | | | |
| | $195.00 | $ 14.00 | | | | | $ | $ |

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. | |
|---|---|---|---|
| | CSL 9% DISC (.91) INCL | | |
| | | | |
| | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

Subject to Protective Order – Highly Confidential



**Schedule of Automobiles and Covered Automobiles**   **PAGE #3**

This Schedule forms a part of Policy No............10-...A43349E........issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date.................................................
12:01 A. M., standard time.

**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size / Location (Town, State) | Identification No. / Rating Territory | Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | PIP Medical Payments Premium | Uninsured Motorist Premium | Non. Coll. Cov. | Amt. ACV | Deduc. | Rates | Premiums | Towing Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15. | 72 INTL WAGONEER #A83606490094 | | C | $ | 12.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N.J. | 40 | IND TRK. | $ | 45.00 | $ 2.00 | | | | | | |
| 16. | 68 FORD TR J #F35YEC58580 | | C | $ | 12.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N.J. | 40 | IND TRK. | | 45.00 | $ 2.00 | | | | | | |
| 17. | 74 CHEV CARRYALL #CCZ264F180084 | | C | $ | 14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | ORRINGTON, ME. | 10 | IND TRK. | | 16.00 | $ 3.00 | | | | | | |
| 18. | 75 CHEV SPT VAN #CGY3654118766 | | C | $ | 14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | ORRINGTON, ME. | 10 | IND TRK. | | 16.00 | $ 3.00 | | | | | | |
| 19. | 74 CHEV CARRYALL #CCZ264F178865 | | C | $ | 14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | ORRINGTON, ME. | 10 | IND TRK. | | 16.00 | $ 3.00 | | | | | | |
| 20. | 72 CHEV CARRYALL #CCE262F175642 | | C | $ | 17.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION, WISC. | 09 | IND TRK. | | 18.00 | $ 3.00 | | | | | | |
| 21. | 71 CHEV SUBURBAN #CE3614102709 | | C | $ | 17.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | BOULDER JUNCTION, WISC. | 09 | IND TRK. | | 18.00 | $ 3.00 | | | | | | |
| | | | TOTALS | | $100.00 | $28.00 | | | | | $ | $ |
| | | | | | $174.00 | $19.00 | | | | | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. |
|---|---|---|
| | CSL DISC 9% (.91) INCL | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U. S. A.

BSA-PLAN_00252042
SA 2994

# Schedule of Automobiles and Covered Automobiles   PAGE #4

This Schedule forms a part of Policy No. 10 43349E issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date...........................
12:01 A. M., standard time.




**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size No. of Cyls., Truck Load, Garbage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | PIP Medical Payments Premium | PD Liab. Prem. Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) | Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) | Deductible if any | Rates | Premiums (each covered automobile) | †Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22. | 73 INTL TRAVELALL #3H0H0CHB51426 | | C | | $ 17.00 | $ 4.00 | | $ | | $ | $— | | $ | $ |
| | BOULDER JUNCTION, WISC. | 09 | IND. TRK. | ~~P | $ 18.00 | $ 3.00 | | $ | | $ | $ | | $ | $ |
| 23. | 71 FORD ECONOLINE #E22GHK50128 | | C | | $ 23.00 $ 3.00 | $ 4.00 | | $ | | $ | $ | | $ | $ |
| | ELY, MINN. | 07 | IND. TRK. | | $ | $ 3.00 | | $ | | $ | $ | | $ | $ |
| 24. | 72 CHEV CARRYALL #CCE262F174138 | | C | | $ | $ | | $ | 0 | $ | $ | | 41.00 | $ |
| | ORRINGTON, ME. | 10 | 034986 | 3700. | $ | $ | | $ | | $ | $ | | | $ |
| 25. | 72 CHEV CARRYALL #CCE262F162143 | | C | | $ | $ | | $ | 0 | $ | $ | | 41.00 | $ |
| | ORRINGTON, ME. | 10 | 034986 | 3700. | $ | $ | | $ | | $ | $ | | | $ |
| 26. | 73 CHEV CARRYALL #CCZ263F171514 | | C | | $ | $ | | $ | 0 | $ | $ | | 41.00 | $ |
| | ORRINGTON, ME. | 10 | 034986 | 4000. | $ | $ | | $ | | $ | $ | | | $ |
| 27. | 73 CHEV CARRYALL #CCZ263F171671 | | C | | $ | $ | | $ | 0 | $ | $ | | 41.00 | $ |
| | ORRINGTON, ME. | 10 | 034986 | 4000. | $ | $ | | $ | | $ | $ | | | $ |
| 28. | 71 CHEV CARRYALL #CS261F650350 | | C | | $ | $ | | $ | | $ | $ | | 32.00 | $ |
| | ORRINGTON, ME. | 10 | 034986 | 4252. | $ | $ | | $ | | $ | $ | | | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

TOTALS: $ 40.00 | $ 8.00 | ... | $ 196.00
$ 3.00
$ 18.00 | $ 6.00

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. |
|---|---|---|
| | CSL DISC 9% (.91) INCL | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

Schedule of Automobiles / Automobile

## Schedule of Automobiles and Covered Automobiles   PAGE #5

This Schedule forms a part of Policy No. _____ 10 ___ 43349E _____ issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date _____
12:01 A. M., standard time.


**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. Medical Payments Premium | PD Liab. Prem. Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) Amt. or "ACV" (Actual Cash Value) | Deductible if any Deductible if any | Rates Rates | Premiums (each covered automobile) | Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29. | 69 CHEV CARRYALL #CE168F173539 | | C | | $ | $ | 0 | $ | $ | | 10.00 | $ |
| | BOULDER JUNCTION, WISC. | 09 | 034986 | 1275. | $ | $ | | $ | $ | | | |
| 30. | 65 CHEV CARRYALL #C1465F143668 | | C | | $ | $ | 0 | $ | $ | | 10.00 | $ |
| | BOULDER JUNCTION, WISC. | 09 | 034986 | 625. | $ | $ | | $ | $ | | | |
| 31. | 61 CHEV CARRYALL #1C146J118947 | | C | | $ | $ | 0 | $ | $ | | 10.00 | $ |
| | BOULDER JUNCTION, WISC. | 09 | 034986 | 1175. | $ | $ | | $ | $ | | 19.00 | |
| 32. | 52 WILLYS JEEP #7815 | | P&B | | $ | $ | 0 | $ | $ | | | |
| | BOULDER JUNCTION, WISC. | 09 | PPT | 435. | $ | $ | | $ | $ | | | |
| 33. | 63 CHEV P/U #C254F126644 | | C | | $ | $ | 0 | $ | $ | | 10.00 | $ |
| | BOULDER JUNCTION, WISC. | 09 | 034986 | 2000. | $ | $ | | $ | $ | | 10.00 | |
| 34. | 69 FORD P/U #F10BLF12655 | | C | | $ | $ | 0 | $ | $ | | | |
| | BOULDER JUNCTION, WISC. | 09 | 034986 | 2490. | $ | $ | | $ | $ | | | |
| 35. | 70 FORD P/U #F11YRH14137 | | C | | $14.00 | $ 4.00 | | $ | $ | | | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $19.00 | $ 6.00 | | $ | $ | | | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

TOTALS: $14.00  $ 4.00   69.00
        $19.00  $ 6.00

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. |
|---|---|---|
| | CSL DISC 9% (.91) INCL | |
| | | |
| | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

Automobile / Schedule of Automobiles

Subject to Protective Order – Highly Confidential

## Schedule of Automobiles and Covered Automobiles.   PAGE #6



**THE HARTFORD**

This Schedule forms a part of Policy No. ............ 10 ● A43349E ............issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date............................................
12:01 A. M., standard time.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size / Location (Town, State) | Identification No. / Rating Territory | Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost | BI Liab. Prem. PIP / Medical Payments | PD Liab. Prem. / Uninsured Motorist | Non. Coll. Cov. | Coll. Cov. / Amt. or "ACV" | Deductible if any | Rates | Premiums | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36. | 66 FORD PK #F11YK806236 | | C | | $14.00 | $4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $19.00 | $6.00 | | | | | | |
| 37. | 62 INTERNATIONAL CB #FD5671F | | C | | $14.00 | $4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $19.00 | $6.00 | | | | | | |
| 38. | 67 CHEV PK #KS147S149629 | | C | | $14.00 | $4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $19.00 | $6.00 | | | | | | |
| 39. | 72 FORD 4DR. #2G51F244291 | | P&B | | $14.00 | $4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $19.00 | $6.00 | | | | | | |
| 40. | 72 FORD PK #F26YRN89131 | | C | | $14.00 | $4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $19.00 | $6.00 | | | | | | |
| 41. | 73 FORD PK #F10YRR86280 | | C | | $14.00 | $4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $19.00 | $6.00 | | | | | | |
| 42. | 73 FORD PK ½ T F11YR85820 | | C | | $14.00 | $4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $19.00 | $6.00 | | | | | | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

**TOTAL:** $98.00  $28.00  $  $
$133.00  $42.00  $  $

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. |
|---|---|---|
| CSL DISC 9% (.91) INCL | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

Automobile / Schedule of Automobiles

# Schedule of Automobiles and Covered Automobiles    PAGE #7

This Schedule forms a part of Policy No. 10 C 43349E ........ issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date................................
12:01 A. M., standard time.



**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each covered automobile) | †Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PIP | | | | | | | |
| 43. | 72 FORD PK #F26YRN89132 | | C | | $14.00 | $4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $19.00 | $6.00 | $ | $ | $ | $ | $ | |
| 44. | 64 DODGE 4 DR. #554327S529 | | P&B | | $14.00 | $4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $19.00 | $6.00 | $ | $ | $ | $ | $ | |
| 45. | 68 FORD PK #A101468 | | C | | $14.00 | $4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $19.00 | $6.00 | $ | $ | $ | $ | $ | |
| 46. | 73 FORD PK #F1OYRR83712 | | C | | $14.00 | $4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $19.00 | $6.00 | $ | $ | $ | $ | $ | |
| 47. | 73 FORD PK #F11YRR85819 | | C | | $14.00 | $4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $19.00 | $6.00 | $ | $ | $ | $ | $ | |
| 48. | 74 CHEV TRAVELALL #CKY264F179594 | | C | | $14.00 | $4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $19.00 | $6.00 | $ | $ | $ | $ | $ | |
| 49. | 74 FORD #F28BRU46661 | | C | | $14.00 | $4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $19.00 | $6.00 | $ | $ | $ | $ | $ | |

*Not Available in California   *P & B = Pleasure and Business; C = Commercial

| | | TOTALS | | | $98.00 | $28.00 | | | | | $ | $ |
| | | | | | $33.00 | $42.00 | | | | | $ | $ |

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CSL DISC. 9% (.91) INCL | | | | | | | | | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U. S. A.

**Automobile**

**Schedule of Automobiles**

Subject to Protective Order – Highly Confidential

## Schedule of Automobiles and Covered Automobiles   PAGE #8



**THE HARTFORD**

This Schedule forms a part of Policy No. 10 C 43349E ........ issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ........................
12:01 A. M., standard time.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges.   The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. PIP / Medical Payments / Premium | PD Liab. Prem. / Uninsured Motorist / Premium | Non. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each covered automobile) / Premium | †Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50. | 73 FORD CROW CAB #F25YCS24484 | | C | | $14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 51. | 72 FORD 4DR #2G51F244292 | | P&B | | $14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 52. | 58 CHEV PK #4B58F132267 | | C | | $14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 53. | 65 FORD #F10JD698518 | | C | | $14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 54. | 58 CHEV PK #3A58K131944 | | C | | $14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 55. | 41 CHEV PK #AVB1091441 | | C | | $14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 56. | 64 DODGE CB #2261378469 | | C | | $14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

TOTALS: $98.00  $28.00  |  $  |  $

$133.00  $42.00

**LOSS PAYEES — IDENTIFY BY UNIT OR/ENTRY NO.**

| No. | Name and Address of Loss Payee | No. | | |
|---|---|---|---|---|
| | CSL DISC 9% (.91) INCL | | | |
| | | | | |
| | | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

**Automobile**

**Schedule of Automobiles**

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252047

**SA 2999**

## Schedule of Automobiles and Covered Automobiles    PAGE #9

This Schedule forms a part of Policy No. 10 C 43349E ...... issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ..................................
12:01 A. M., standard time.


THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / No. of Cyls, Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Body Type - Truck Size | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New on Rating Symbol | PIP Medical Payments Premium | BI Liab. Prem. / Uninsured Motorist Premium | PD Liab. Prem. | Non. Coll. Cov. / Coll. Cov. (Actual Cash Value) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each covered automobile) | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 72 FORD 4 DR. #2G51F244293 | | | P&B | *m P* | $14.00 $19.00 | $ 4.00 $ 6.00 | | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | | 06 | IND TRK. | | | | | | | | | | |
| 58 | 69 MARK TRK #MB403P2177 | | | C | | $14.00 $19.00 | $ 4.00 $ 6.00 | | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | | 06 | IND TRK. | | | | | | | | | | |
| 59 | 71 FORD CB #F35YKL64826 | | | C | | $14.00 $19.00 | $ 4.00 $ 6.00 | | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | | 06 | IND TRK. | | | | | | | | | | |
| 60 | 72 FORD PK #F10YKP24747 | | | C | | $14.00 $19.00 | $ 4.00 $ 6.00 | | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | | 06 | IND TRK. | | | | | | | | | | |
| 61 | 51 REO TRK #149480 | | | C | | $14.00 $19.00 | $ 4.00 $ 6.00 | | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | | 06 | IND TRK. | | | | | | | | | | |
| 62 | 69 CHEV PK #KS169Z848257 | | | C | | $14.00 $19.00 | $ 4.00 $ 6.00 | | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | | 06 | IND TRK. | | | | | | | | | | |
| 63 | 71 INTERNATIONAL DP #416060H164330 | | | C | | $14.00 $19.00 | $ 4.00 $ 6.00 | | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | | 06 | IND TRK. | | | | | | | | | | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

TOTAL  $98.00 $28.00
$133.00 $42.00

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. |
|---|---|---|
| | CSL DISC 9% (.91) INCL | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

Automobile
Schedule of Automobiles

# Schedule of Automobiles and Covered Automobiles

**PAGE #10**



**THE HARTFORD**

This Schedule forms a part of Policy No. **10 C 8349E** ......issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date............................................
12:01 A. M., standard time.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| | Year Model Trade Name / No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Body Type - Truck Size / Rating Territory | Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. PIP Medical Payments Premium | PD Liab. Prem. Uninsured Motorist Premium | Non. Coll. Cov. Amt. of "ACV" (Insert Applicable Symbols) / Coll. Cov. Amt. or "ACV" (Actual Cash Value) | Amt. of "ACV" (Actual Cash Value) Rates / Deductible if any Rates | Deductible if any / Premiums (each covered automobile) | Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| 64 | 72 FORD 2DR  #U15GLP28943 | | P&B | | $ 14.00 | $ 4.00 | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK. | m P | $ 19.00 | $ 6.00 | | | | |
| 5 | 61 FORD PK  #F10JD170009 | | C | | $ 14.00 | $ 4.00 | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK. | | $ 19.00 | $ 6.00 | | | | |
| 66 | 72 FORD 2DR #U15GLP28942 | | P&B | | $ 14.00 | $ 4.00 | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 | $ 6.00 | | | | |
| 67 | 63 FORD PK #F10JD420602 | | C | | $ 14.00 | $ 4.00 | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 | $ 6.00 | | | | |
| 68 | 72 CHEV 4DR #CKS162F175471 | | P&B | | $ 14.00 | $ 4.00 | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 | $ 6.00 | | | | |
| 69 | 72 CHEV 4DR #CKS162F175752 | | P&B | | $ 14.00 | $ 4.00 | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 | $ 6.00 | | | | |
| 70 | 73 FORD PK ½ T #f10YRR86281 | | C | | $ 14.00 | $ 4.00 | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND. TRK. | | $ 19.00 | $ 6.00 | | | | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

**TOTAL** | $ 98.00 | $ 28.00 | | | $ | $
| | $133.00 | $ 42.00 | | | $ | $

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. | |
|---|---|---|---|
| | CSL DISC 9% (.91) INCL | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U. S. A.

## Schedule of Automobiles and Covered Automobiles    PAGE #11

This Schedule forms a part of Policy No. 10 C  8349E ....issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ........................................................
12:01 A. M., standard time.


**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The amount of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. PIP Medical Payments Premium | PD Liab. Prem. Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) Coll. Cov. (Insert Applicable Symbols) Amt. or "ACV" (Actual Cash Value) | Amt. or "ACV" (Actual Cash Value) | Deductible if any | Rates | Premiums (each covered automobile) | †Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 64 DODGE PK #1161405724 | | C | np | $ 14.00 $ | $ 4.00 $ | $ | $ | $ | $ | $ | $ |
| | CIMARRON, NM | 06 | IND TRK | | $ 19.00 | $ 6.00 | | | | | | |
| 72 | 73 FORD FB #F50CVR80490 | | C | | $ 14.00 $ | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $ 19.00 | $ 6.00 | | | | | | |
| 73 | 57 CHEV PK #3A57K123301 | | C | | $ 14.00 $ | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $ 19.00 | $ 6.00 | | | | | | |
| 74 | 66 MACK TRK #DM40351033 | | C | | $ 14.00 $ | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $ 19.00 | $ 6.00 | | | | | | |
| 75 | 69 FORD CB #F11YKE77849 | | C | | $ 14.00 $ | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $ 19.00 | $ 6.00 | | | | | | |
| 76 | 69 FORD CB #F11YKE77878 | | C | | $ 14.00 $ | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $ 19.00 | $ 6.00 | | | | | | |
| 77 | 69 CHEV 2DR #KS169Z847104 | | P&B | | $ 14.00 $ | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK | | $ 19.00 | $ 6.00 | | | | | | |

| | | | | | T O | $ 98.00 | $28.00 | | | | $ | |
| †Not Available in California  *P & B = Pleasure and Business; C = Commercial | | | | | T A L S | $133.00 | $42.00 | | | | $ | |

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.

| No. | Name and Address of Loss Payee | No. |
|---|---|---|
| | CSL DISC 9% (.91) INCL | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252050

SA 3002

## Schedule of Automobiles and Covered Automobiles          PAGE #12

This Schedule forms a part of Policy No. 10 C  3349E issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date .................................... 12:01 A. M., standard time.



**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size, No. of Cyls., Truck Load, Gallonage, Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. / Coll. Cov. | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deduc-tible if any / Deduc-tible if any | Rates / Rates | Premiums (each covered automobile) / Premium | †Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | 70 CHEV PK #134800K188270 | | C | | $ 14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK. | | $ 19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 79 | 69 FORD S/W #U15FLD86049 | | P&B | | $ 14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK. | | $ 19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 80 | 73 FORD 4DR #3P72H152401 | | P&B | | $ 14.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | IND TRK. | | $ 19.00 | $ 6.00 | $ | $ | $ | $ | $ | $ |
| 81 | 65 CATTLE DEPARTMENTTRAILER #145365 | | MOBILE | | $ | $ | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | EQUIPMENT | | $ | $ | $ | $ | $ | $ | $ | $ |
| 82 | 71 DITCHWITCH #8162 | | MOBILE | | $ | $ | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | EQUIPMENT | | $ | $ | $ | $ | $ | $ | $ | $ |
| 83 | 47 LOWBOY TRAILER #NMF-9000037 | | MOBILE | | $ | $ | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | EQUIPMENT | | $ | $ | $ | $ | $ | $ | $ | $ |
| 84 | 73 GOOSE NECK TRAILER #182573 | | MOBILE | | $ | $ | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | EQUIPMENT | | $ | $ | $ | $ | $ | $ | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

TOTALS  $ 42.00  $ 12.00       $     $
        $ 57.00  $ 18.00       $     $

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. |
|---|---|---|
| | CSL DISC 9% (.91) INCL | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

SA 3003

# Schedule of Automobiles and Covered Automobiles   PAGE #13

10 C #3349E

This Schedule forms a part of Policy No. ................................................ issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ....................................................
12:01 A. M., standard time.



**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert App-licable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each covered auto-mobile) / Premiums | †Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | 53 CATTLE STOCK TRAILER #6550 | | | MOBILE | $ | $ | $ | | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | | EQUIPMENT | $ | $ | $ | | $ | $ | $ | $ | $ |
| 86 | 55 LOWBOY TRAILER (LA CROSS) OF6 | | | MOBILE | $ | $ | $ | | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | | EQUIPMENT | $ | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | $ | | $ | $ | $ | $ | $ |
| | | | | | $ | $ | $ | | $ | $ | $ | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

**TOTALS** | $ | $ | | | | | $ | $

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. | |
|---|---|---|---|
| | | | |
| | | | |

*Automobile*

*Schedule of Automobiles*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U. S. A.

Subject to Protective Order – Highly Confidential

## Card 4—Premium Coding Input

| Def | Inst | Eff. Mo. & Yr. | Premium | CR | Comm | Premium | CR | Comm | Premium | CR | Comm | Premium | CR | Comm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 05 | 05 76 | 1773.00 | | 100 | | | | | | | | | |
| 4 | 06 | 06 76 | 1773.00 | | 100 | | | | | | | | | |
| 4 | 07 | 07 76 | 1773.00 | | 100 | | | | | | | | | |
| 4 | 08 | 08 76 | 1773.00 | | 100 | | | | | | | | | |
| 4 | 09 | 09 76 | 1773.00 | | 100 | | | | | | | | | |
| 4 | 10 | 10 76 | 1773.00 | | 100 | | | | | | | | | |
| 4 | 11 | 11 76 | 1773.00 | | 100 | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |

Policy No. CA43349E

Part 2 of 2
Coded by QLB
Date 2-13-76

COMPANY COPY

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

DA-855-0

## Card 4—Premium Coding Input

| Def | Inst | Eff. Mo. & Yr. | Premium | CR | Comm | Premium | CR | Comm | Premium | CR | Comm | Premium | CR | Comm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 05 | 05 76 | 337.00 | | 150 | 96.00 | | 100 | | | | | | |
| 4 | 06 | 06 76 | 337.00 | | 150 | 96.00 | | 100 | | | | | | |
| 4 | 07 | 07 76 | 337.00 | | 150 | 96.00 | | 100 | | | | | | |
| 4 | 08 | 08 76 | 337.00 | | 150 | 96.00 | | 100 | | | | | | |
| 4 | 09 | 09 76 | 337.00 | | 150 | 96.00 | | 100 | | | | | | |
| 4 | 10 | 10 76 | 337.00 | | 150 | 96.00 | | 100 | | | | | | |
| 4 | 11 | 11 76 | 337.00 | | 150 | 96.00 | | 100 | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |

Policy No. QA4 3341 9

Part 1 of 1

Coded by 91

Date: 2-13-76

**COMPANY COPY**

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

# PREMIUM CODING INPUT



Part _____ of _____   RISK-CARD

Coded by _____

Date: 12-9-76

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form OA-577-1B   (4 PART SNAPOUT SET)   Printed in U. S. A.

**THE HARTFORD**
COMPANY COPY

COMPANY COPY

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252055

SA 3007



**PREMIUM CODING INPUT**

COMPANY COPY

Form OA-577-1B   (4 PART SNAPOUT SET)   Printed in U. S. A.

**THE HARTFORD**
COMPANY COPY

Part ____ of ____
Coded by ____
Date: 10-11-76
RISK CARD

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

# PREMIUM CODING INPUT



The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Part____of____
Coded by____
Date: 10·26·76
A/C

Form OA-577-1B   (4 PART SNAPOUT SET)   Printed in U.S.A.

THE HARTFORD
COMPANY COPY

COMPANY COPY

Subject to Protective Order – Highly Confidential



**PREMIUM CODING INPUT**

COMPANY COPY

THE HARTFORD

COMPANY COPY

Form OA-S77-1B   (4 PART SNAPOUT SET)   Printed in U. S. A.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252058

SA 3010

PREMIUM CODING INPUT

F 10 10  A43324 Boy Scouts America

61 01 746 10 175 250480

4  1  1 0 724

29 227 00

160 0440

2A

3 00     0 8   70 0 50

227 00   100

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Part of
Coded by

0A-577-0  Printed in U.S.A.

THE HARTFORD
COMPANY COPY

BSA-PLAN_00252059

SA 3011



PREMIUM CODING INPUT

THE HARTFORD

COMPANY COPY

Form OA-577-1B   (4 PART SNAPOUT SET)   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252060

**SA 3012**



PREMIUM CODING INPUT

THE HARTFORD

COMPANY COPY

Form OA-577-1B   (4 PART SNAPOUT SET)   Printed in U.S.A.

Part ____ of ____
Coded by ____
Date: ____

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252061

SA 3013



# PREMIUM CODING INPUT

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Part ___ of ___
Coded by ___
Date: 4-7-76

RISK CARD

**THE HARTFORD**

COMPANY COPY

Form OA-577-18   (4 PART SNAPOUT SET)   Printed in U.S.A.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252062

**SA 3014**



# PREMIUM CODING INPUT

THE HARTFORD

COMPANY COPY

Form OA-577-1B  (4 PART SNAPOUT SET)  Printed in U.S.A.

Part ___ of ___   RISK CARD
Coded by ___
Date: ___

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252063

SA 3015



PREMIUM CODING INPUT

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form OA-577-1B   (4 PART SNAPOUT SET)   Printed in U.S.A.

Part____of____
Coded by: ____
Date: ____

RISK CARD

THE HARTFORD
COMPANY COPY

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252064

SA 3016



PREMIUM CODING INPUT

THE HARTFORD
COMPANY COPY

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Part ____ of ____
Coded by ____
Date: 8-3-76

Form OA-577-10  (4 PART SNAPOUT SET)  Printed in U. S. A.

Subject to Protective Order – Highly Confidential

# PREMIUM CODING INPUT

**Insured's Name:** AMERIC...

| 1 | 5 | 0 | 10 | Co | 4 | Dept | 3 | 49 | RO | 04 | Pol Sym | SCIVIS OF AMERIC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Inception Date Of Policy:** 01 01 76   **Expiration Date:** 08 26 76   **Agency Code:** 25 04 10

**Trans Eff:** 1 1 0576

| State | Primary | Secondary | Primary | Secondary | Primary | Secondary | Comm | Major Line | Tax Loc. Ri. Co. | Special Filing | STAT. I.D. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 06 | 11.00 | 1.00 | | | | | | 150 | 5203 | | 57 |

| 3 | | | 7030 | | 9653 |
|---|---|---|---|---|---|

| Def | Inst | Eff, Mo, & Yr. | Premium | Comm | Premium | Comm | Premium | CR | Comm |
|---|---|---|---|---|---|---|---|---|---|
| 4 | | | 12.00 | 150 | | | | | |
| 4 | | | | | | | | | |
| 4 | | | | | | | | | |
| 4 | | | | | | | | | |

Part ___ of ___
Coded by ___
Date: 5-1-76

RISK CARD

**THE HARTFORD**
COMPANY COPY

Form OA-577-1B   (4 PART SNAPOUT SET)   Printed in U.S.A.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252066

SA 3018



Subject to Protective Order – Highly Confidential

BSA-PLAN_00252067

SA 3019



**PREMIUM CODING INPUT**

Form OA-577-1B   (4 PART SNAPOUT SET)   Printed in U. S. A.

THE HARTFORD

COMPANY COPY.

Part____of____
Coded by J T   RISK CARD
Date: 4-1-76

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252068

SA 3020



PREMIUM CODING INPUT

THE HARTFORD

COMPANY COPY

Form OA-577-1B   (4 PART SNAPOUT SET)   Printed in U.S.A.

Part ____ of ____
Coded by ____
Date: 4-1-76

RISK CARD

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

BSA-PLAN_00252069

SA 3021



**PREMIUM CODING INPUT**

THE HARTFORD

COMPANY COPY

Form OA-577-1B   (4 PART SNAPOUT SET)   Printed in U.S.A.

Part ____ of ____
Coded by ____
Date: ____

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.



**PREMIUM CODING INPUT**

THE HARTFORD

COMPANY COPY

Form OA-577-19  (4 PART SNAPOUT SET)  Printed in U.S.A.

Part ____ of ____
Coded by ____
Date: ____

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252071

SA 3023



PREMIUM CODING INPUT

THE HARTFORD
COMPANY COPY

Form OA-577-1B   (4 PART SNAPOUT SET)   Printed in U.S.A.

Part ____ of ____
Coded by ____
Date: ____

RISK CARD

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252072

SA 3024



**PREMIUM CODING INPUT**

Part ___ of _____
Coded by ___
Date: ___

**THE HARTFORD**

COMPANY COPY

Form OA-577-1B  (4 PART SNAPOUT SET)  Printed in U.S.A.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252073

**SA 3025**



**PREMIUM CODING INPUT**

**THE HARTFORD**

**COMPANY COPY**

Part ____ of ____

RISK CARD

Coded by: J J

Date: 4-1-76

Form OA-577-1B   (4 PART SNAPOUT SET)   Printed in U.S.A.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Subject to Protective Order – Highly Confidential

BSA-PLAN_00252074

SA 3026



**PREMIUM CODING INPUT**

THE HARTFORD

COMPANY COPY

Form OA-577-1B   (4 PART SNAPOUT SET)   Printed in U.S.A.

Part ____ of ____
Coded by ___
Date: 4-1-76

RISK CARD

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

BSA-PLAN_00252075

SA 3027