# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Bankruptcy Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | Lead Case No. 22-cv-01237-RGA |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al*., | Consolidated Case Nos. 22-cv-01238-RGA; |
| Appellants. | 22-cv-01239-RGA; |
| v. | 22-cv-01240-RGA; |
| | 22-cv-01241-RGA; |
| Boy Scouts of America and Delaware BSA, LLC, *et al*., | 22-cv-01242-RGA; |
| | 22-cv-01243-RGA; |
| Appellees. | 22-cv-01244-RGA; |
| | 22-cv-01245-RGA; |
| | 22-cv-01246-RGA; |
| | 22-cv-01247-RGA; |
| | 22-cv-01249-RGA; |
| | 22-cv-01250-RGA; |
| | 22-cv-01251-RGA; |
| | 22-cv-01252-RGA; |
| | 22-cv-01258-RGA; |
| | 22-cv-01263-RGA |

## DEBTORS-APPELLEES' APPENDIX TO CONSOLIDATED ANSWERING BRIEF: VOLUME 12 (SA 3227 THROUGH SA 3269)

Dated: December 7, 2022

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
Glenn M. Kurtz (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
jessica.lauria@whitecase.com
gkurtz@whitecase.com

WHITE & CASE LLP
Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

WHITE & CASE LLP
Ronald K. Gorsich
Doah Kim
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone:  (213) 620-7700
rgorsich@whitecase.com
doah.kim@whitecase.com

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

*Counsel for Debtors-Appellees and Debtors in Possession*

## INDEX OF SUPPLEMENTAL DOCUMENTS

| BSA Records | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| List of Current Members of the NEB (Exhibit B to Desai Declaration) | 1-191 | SA 0001 – SA 0004 |
| List of Current Members of the NEC (Exhibit E to Desai Declaration) | 1-192 | SA 0005 – SA 0007 |
| BSA Charter and Bylaws (as amended through May 2021) | 468 | SA 0008 – SA 0035 |
| Rules and Regulations of the Boy Scouts of America (September 2020) | 291 | SA 0036 – SA 0059 |
| Local Council Charter Renewals (Excerpt) | 7-3 | SA 0060 – SA 0063 |
| 2010 Articles of Incorporation Template (Mobile Area Council Articles of Incorporation, Art. II. Duration) | 187 | SA 0064 – SA 0067 |
| Form of Annual Unit Charter Agreement (2020) | 264 | SA 0068 – SA 0069 |
| BSA Bylaws (June 1, 2019) | 234 | SA 0070 – SA 0095 |
| Local Council Charter Renewal for Greenwich NR A2 (January 15, 2020) | 2976 | SA 0096 |
| Troop Roster for Troop 172 (Patriots Path Council) (Redacted) | 17 | SA 0097 – SA 0106 |
| Troop Roster for Sanford Troop 37 (Abraham Lincoln Council) (Redacted) | 23 | SA 0107 – SA 0108 |

| | | |
|---|---|---|
| Examples and Templates of Local Council Articles & Bylaws | 7-2 | SA 0109 – SA 0373 |
| Troop Roster for Pack C-3210 (Cape Fear Council) (Redacted) | 43 | SA 0374 – SA 0377 |

| Proofs of Claim | Appendix Page Nos. |
|---|---|
| Proof of Claim No. 8174 | SA 0378 – SA 0387 |
| Proof of Claim No. 639 | SA 0388 – SA 0390 |
| Proof of Claim No. 4971 | SA 0391 – SA 0405 |
| Proof of Claim No. 9558 | SA 0406 – SA 0408 |
| Proof of Claim No. 9430 | SA 0409 – SA 0412 |
| Proof of Claim No. 9511 | SA 0413 – SA 0416 |
| Proof of Claim No. 12203 | SA 0417 – SA 0424 |
| Proof of Claim No. 5113 | SA 0425 – SA 0428 |
| Proof of Claim No. 10390 | SA 0429 – SA 0433 |
| Proof of Claim No. 12530 | SA 0434 – SA 0449 |
| Proof of Claim No. 1248 | SA 0450 – SA 0452 |
| Proof of Claim No. 9123 | SA 0453 – SA 0462 |
| Proof of Claim No. 7826 | SA 0463 – SA 0466 |

| | |
|---|---|
| Proof of Claim No. 343-13 | SA 0467 – SA 0469 |
| Proof of Claim No. 343-26 | SA 0470 – SA 0472 |
| Proof of Claim No. 6346 | SA 0473 – SA 0477 |

| State and Federal Litigation Documents | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Illinois Complaint filed by National Surety | 162 | SA 0478 – SA 0493 |
| Texas Complaint against Century, National Surety and Allianz | 185 | SA 0494 – SA 0515 |
| Texas Complaint against Hartford | 181 | SA 0516 – SA 0528 |
| Third Amended Complaint: *John Does I-XIX v. Boy Scouts of America, Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, et al.* (District Court for the District of Idaho, No. 1:13-cv-00275-BLW) | 2912 | SA 0529 – SA 0587 |
| Trial by Jury Demand: *Plaintiffs v. Boy Scouts of America Corporation, Mobile Area Council Boy Scouts of America, et al.* (Circuit Court of Mobile County, Alabama, No. CV-2016) | 2920 | SA 0588 – SA 0617 |
| Notice of Removal: *A.A. v. the Boy Scouts of America, North Florida Council, Inc., Boy Scouts of America, et al.* (District Court for the Middle of District of Florida Ocala Division) | 2921 | SA 0618 – SA 1601 |
| Verified Complaint for Damages and Equitable Relief: *Plaintiff v. Roman Catholic Archbishop, et al.* (Superior Court of Guam, No. CV 0207-17) | 2910 | SA 1602 – SA 1613 |
| Complaint: *John Doe v. Boy Scouts of America; and Central Minnesota Council, Boy Scouts of America* (State of Minnesota County of Stearns, District Court, Seventh Judicial District, No. [])  | 2913 | SA 1614 – SA 1638 |

| Documents filed in *In re Archbishop of Agana* ("AOA"), Case No. 19-00010 (Bankr. D. Guam) | AOA Docket No. | Appendix Page Nos. |
|---|---|---|
| Motion for Derivative Standing to Enforce the Automatic Stay and Take Other Actions | 616 | SA 1639 – SA 1659 |

| | | |
|---|---|---|
| Transcript of Hearing Held September 10, 2021 | 693 | SA 1660 – SA 1681 |
| Third Amended Chapter 11 Plan | 920 | SA 1682 – SA 1818 |
| BSA's Objection and Reservation of Rights to Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization for the Archbishop of Agana | 948 | SA 1819 – SA 1836 |
| BSA's Objection to and Reservation of Rights to Debtors Motion Pursuant to Sections 105(a) and 363(f) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order (1) Approving Settlement Agreement Among the Archdiocese, the AOA Entities, the Official Committee of Unsecured Creditors, and AIG Insurers Entities, (2) Approving the Archdiocese Sale of the Policies Issued to the Debtor Back to AIG Insurers Entities Free and Clear of Claims and Interests, and (3) Enjoining Assertion Of Claims Against AIG Insurers Entities | 989 | SA 1837 – SA 1866 |
| Order Granting 218 Stipulated Motion for Order Directing Mediation and Appointing the Honorable Robert J. Faris to Serve as Mediator | 227 | SA 1867 – SA 1868 |
| Transcript of Hearing Held October 4, 2022 | 1092 | SA 1869 – SA 1924 |
| Fifth Amended Chapter 11 Plan | 1044 | SA 1925 – SA 2116 |
| Order Approving Stipulation By and Between Debtor, Official Committee of Unsecured Creditors and Boy Scouts of America Regarding the BSA Plan Objection and Claim Objection | 1048 | SA 2117 – SA 2126 |
| Order Confirming Fifth Amended Joint Chapter 11 Plan of Reorganization | 1093 | SA 2127 – SA 2139 |
| Minute Entry Regarding September 10 Hearing | 690 | SA 2140 |

| Other Exhibits Admitted at Trial | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Email from Jeff Hunt to Wendy Kurten, et al. | 725 | SA 2141 – SA 2145 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures | 502 | SA 2146 – SA 2175 |

| | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Attachment to email: Claims Allowance Procedures | 527 | SA 2176 – SA 2195 |
| Email from Debtors regarding BSA - Preliminary Comments on Draft CAP sent to Coalition, FCR, and Mediator | 529 | SA 2196 |
| Attachment to email: BSA Redline of Claims Allowance Procedures (comparing June 8, 2021 version to June 6, 2021 version) | 533 | SA 2197 – SA 2245 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures (comparing version 3 and version 4) | 537 | SA 2246 – SA 2466 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures (comparing version 3 and version 1) | 539 | SA 2267 – SA 2290 |
| Plaintiff John Doe 4's First Amended Complaint: *John Doe 4 v. Boy Scouts of America, Chicago Area Council, et al.* (Circuit Court of Cook County, Illinois, No. 2018 L 211) | 2911 | SA 2291 – SA 2356 |
| Complaint Fraud and Constructive Fraud: *John Doe XX, et al. v. Boy Scouts of America, Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, et al.* (District Court for the District of Idaho) | 2914 | SA 2357 – SA 2380 |
| Redacted Second Revised Complaint: *John Doe #1, et al. v. Boy Scouts of America Corporation, Fairfield County Council of the Boy Scouts of America, et al.* (Superior Court, Connecticut, J.D. of Stamford/Norwalk at Stamford, No. FST-cv-15-5015023-S) | 2916 | SA 2381 – SA 2456 |

| Insurance Policies | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Hartford Pine Tree Council Casualty Insurance Policy No. 04C157992 | 1154 | SA 2457 – SA 2491 |
| Hartford Fire Insurance Co. Policy No. 12CCP500098 | 1155 | SA 2492 – SA 2547 |
| INA Policy No. 15-12-11 | 4000-1 | SA 2548 – SA 2599 |
| Allianz 1980 Umbrella Policy No. UMB 599346 | 10-1 | SA 2600 – SA 2620 |

| | | |
|---|---|---|
| Old Republic Insurance Company Commercial Excess Liability Insurance Policy for period of March 1, 2017 to March 1, 2018 | 10-7 | SA 2621 – SA 2664 |
| INA Policy No. 70-64-52 | 4000-2 | SA 2665 – SA 2700 |
| Hartford Insurance Policy | 4000-10 | SA 2701 – SA 3081 |
| INA Policy No. 07-54-09-4 | 4000-4 | SA 3082 – SA 3164 |
| INA Policy No. 4-84-03 | 4000-6 | SA 3165 – SA 3188 |
| Hartford Insurance Policy No. 10 C A43303 | 4000-8 | SA 3189 – SA 3332 |
| Hartford Insurance Policy | 4000-9 | SA 3333 – SA 3571 |
| Hartford Insurance Policy No. CBP 109170 | 4000-11 | SA 3572 – SA 3644 |
| Hartford Insurance Policy No. 54 C 990478 | 4000-12 | SA 3645 – SA 3673 |
| Hartford Insurance Policy No. 32 HU 380257 | 4000-13 | SA 3674 – SA 3684 |

| Appendix Documents Filed Under Seal | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Initial Hartford Settlement Agreement | 1481 | SA 3685 – SA 3696 |
| Proof of Claim No. 87715 | N/A | SA 3697 – SA 3789 |

| Illinois Century Answer | 202 | SA 3790 – SA 3821 |
| --- | --- | --- |

| Multimedia Documents to be Lodged with the Court[2] | Joint Trial Exhibit No. | Appendix Page Nos. |
| --- | --- | --- |
| BSA and Local Council Insurance Policies | 10 | SA 3822 |
| All Proofs of Claim | 14 | SA 3823 |
| Settled and Unsettled Local Council Policy Information (Excel Format) | 2961 | SA 3824 |

---

[2]  The following documents cannot be filed on the Court's docket due to their size or file format. The Appellees will make these documents available to the Court and the parties.  For purposes of citing these documents in the Debtors-Appellees' Consolidated Answering Brief, the Appellees have assigned these documents appendix page numbers in accordance with the "SA___" convention.

**COMPANY COPY**

## COMPREHENSIVE GENERAL LIABILITY INSURANCE—COVERAGE PART

| Recorded | Indexed | Experience Group | Conf. Rep't Ordered | Approved | Notes to Underwriter |
|---|---|---|---|---|---|
| | Noted by Eng. Dept. | Rates Checked | Registered | Basis of Rating | |

10 C A43399   29

This Coverage Part forms a part of Policy No. .......................................................................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*
This Coverage Part is effective.................................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to.........................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

### SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Advance Premiums | Limits of Liability |
|---|---|---|
| A — Bodily Injury Liability | $ ~~22,778.00~~  191,497.00 | $ SEE .....,000 each person  $ END'T ,000 each occurrence  $ ATT ,000 aggregate |
| B — Property Damage Liability | $ ~~9,762.00~~  82,070.00 | $ *incl.* ,000 each occurrence  $ *all.* ,000 aggregate |

| Rating Classifications  Entries herein, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Code No. | Premium Bases | | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|---|
| | | | | B. I. | P. D. | B. I. | P. D. |
| (a) Premises — Operations | | (a) Area (Sq. Ft.)  (b) Frontage  (c) Remuneration | (a) Per 100 Sq. Ft. of Area  (b) Per Linear Foot  (c) Per $100 of Remuneration | | | | |
| (b) Escalators | | (d) Number Insured | (d) Per Landing | | | | |
| (c) Independent Contractors | | (e) Cost | (e) Per $100 of Cost | | | | |
| (d) Completed Operations | | (f) Receipts | (f) Per $1,000 of Receipts | | | | |
| (e) Products | | (g) Sales | (g) Per $1,000 of Sales | | | | |
| *All Premises and Operations of the insured*  ~~AS PER COMPOSITE RATE SCHEDULE ATTACHED~~ | | | | | | 22,778.00 | 9762.00 |
| *including Contractual Liability Insurance.* | 90050 | | | | | 191,492.00 | 82,070.00 |

| Form Numbers of Endorsements forming part of this Coverage Part at issue: | TOTAL ADVANCE PREMIUMS | 191,497.00  ~~22,778.00~~ | 82,070.00  ~~9762.00~~ |
|---|---|---|---|
| See form AL-4 AC | | | |

If the Policy Period is more than one year, the Premium is Payable:
On effective date of Policy $ ........................ 1st Anniversary $ ........................ 2nd Anniversary $ ........................

The conditions and provisions printed on pages CGL-2 and CGL-3 of this form are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; but, if the Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

L-3503-0

Form L-3003-1  CDR   Printed in U. S. A.  1-'70

Countersigned by...............................................

CGL-1

Authorized Agent

**Confidential - Subject to Protective Order**

HFBKPLAN016234

SA 3227

## COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE—COVERAGE PART

**COMPANY COPY**

| Recorded | Indexed | Experience Rated | Conf. Rep't Ordered | Approved | Notes to Underwriter |
|---|---|---|---|---|---|
| | Noted by Eng. Dept. | Rates Checked | Registered | Basis of Rating | |

**10 C A43303**

This Coverage Part forms a part of Policy No. ..........................................................................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective.....................................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to.....................................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

### SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Advance Premiums | | Limits of Liability |
|---|---|---|---|
| C — Bodily Injury Liability | $ TO BE DETER | $ **SEE** | ,000 each person |
| | | $ **END'TS** | ,000 each occurrence |
| D — Property Damage Liability | $ TO BE DETER | $ **ATT** | ,000 each occurrence |

**Description of Hazards**

**1. Owned Automobiles          Premium Basis — Per Automobile**

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage, Bus Seating Capacity) | Identification No. (I) Serial No. (S) Motor No. (M) | Town and State in which the automobile will be principally garaged | (a) Purpose of Use / Classification | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | | | Coverage C | Coverage D |
| | | | | | | |

**NOT COVERED**

**2. Hired Automobiles          Premium Basis—Cost of Hire**

| Types Hired (b) | Locations where automobiles will be principally used | Purposes of Use (a) | Estimated Cost of Hire | Rates per $100 Cost of Hire | |
|---|---|---|---|---|---|
| | | | | Coverage C | Coverage D |

**IF ANY TO BE DETERMINED**

**3. Non-Owned Automobiles          Premium Basis—Class 1 Persons and Class 2 Employees**

Class 1 Persons—Location of Headquarters of Class 1 Persons and Total Number of such persons at each location

**IF ANY TO BE DETERMINED**

| Class 2 Employees—Estimated Average Number | Location of Headquarters of Class 2 Employees | Rates Per Employee | |
|---|---|---|---|
| | | Coverage C | Coverage D |

**IF ANY TO BE DETERMINED**

| Form Numbers of Endorsements forming part of this Coverage Part at issue: | TOTAL ADVANCE PREMIUMS | $ TO BE DETERMINED $ |
|---|---|---|

The conditions and provisions printed on page CAL-2 of this form are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

(a) *P & B = Pleasure and Business; C = Commercial*

(b) *PP = Private Passenger Automobile; C = Commercial Automobile*

Form A-21304   CDR   Printed in U. S. A.   6-'66          CAL-1

At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**Confidential - Subject to Protective Order**

HFBKPLAN016235

SA 3228

Named Insured and Address

Boy Scouts of America
~~Route No. 1~~
~~North Brunswick, N.J.~~

This endorsement forms a part of Policy No. **10 CA 43303** [29]
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

*Issue on A6-8-0B*

Effective date. ~~June 8, 1976~~ ........... Effective hour is the same as stated in the Declarations of the Policy.

*Additional Insured Specific Pacific P&E Co*

It is understood and agreed that Pacific Gas and Electric Co.
77 Beale Street, San Francisco, Calif. is included as additional
insured under this policy with respect to liability arising out
of the ownership, maintenance or use of premises known as Twin
Lakes Reservoir and adjacent lands in Alpine County, California
but only as a result of accidents arising out of the use of this
property by San Mateo County Council Boy Scouts of America,
P.O.B. 5005, San Mateo, California.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

m G-2240-0 A  Printed in U. S. A.  2-'64

Countersigned by .................... Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016236

SA 3229


CJ/C.I.R. 7-79  WILSON AND ALLEN, INC. 25-0480 RW

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43361** 29 issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA**
ROUTE NO. 1
NORTH BRUNSWICK, N.J.

Issue on AL-8-0B

Effective date.................................................. Effective hour is the same as stated in the Declarations of the Policy.

*Additional Insured - Specific - U.S.Gov't.*

IT IS AGREED THAT COVERAGE HAS BEEN EXTENDED TO COVER THE INTEREST OF THE UNITED STATES GOVERNMENT AS AN ADDITIONAL INSURED AS RESPECTS THE OCCUPANCY OR USE OF LAND AND FACILITIES AUTHORIZED UNDER SPECIAL USE PERMITS ISSUED TO THE BOY SCOUTS OF AMERICA BY THE UNITED STATES DEPARTMENT OF AGRICULTURE FOREST SERVICE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.


**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by ........................................
Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form G-2240-0 B  Printed in U. S. A.  2-'64

Confidential - Subject to Protective Order

HFBKPLAN016237

SA 3230

 

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43305** ~~29~~   ~~BOY SCOUTS OF AMERICA~~   *Issue*
issued by THE HARTFORD INSURANCE GROUP company   ~~ROUTE NO. 1~~   *on AL-8-08*
designated therein, and takes effect as of the effective date of said   ~~NORTH BRUNSWICK, N.J.~~
policy unless another effective date is stated herein.

Effective date ~~1-1-75~~   *Notice of cancellation specific*   Effective hour is the same as stated in the Declarations of the

AS REGARDS COVERAGE AFFORDED THE INTERESTS OF THE UNITED STATES

GOVERNMENT AS AN ADDITIONAL INSURED UNDER THIS POLICY, IT IS AGREED

THAT NO CHANGE OR DELETION IN THIS COVERAGE SHALL BE EFFECTIVE BEFORE

THIRTY (30) DAYS WRITTEN NOTICE TO THE FOREST SUPERVISOR, 1130 "O"

STREET, ROOM 3211, FRESNO, CALIFORNIA 93721.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by ...........................   Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form G-2240-0 B   Printed in U. S. A.   2-'64

Confidential - Subject to Protective
Order

HFBKPLAN016238

SA 3231

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43305 27
issued by THE HARTFORD INSURANCE GROUP company
designated therein, and takes effect as of the effective date of said
policy unless another effective date is stated herein.

Boy Scouts of America
~~Route 27~~
~~North Brunswick, New Jersey~~

Effective date January 1, 1973                    Effective hour is the same as stated in the Declarations of the
Policy.

*Special Condition*
*U.S. Navy*

As respects the San Mateo County Council's use of the Naval Reserve Center
facilities in San Mateo, California, the following provision is applicable:

"The insurer waives any right of subrogation against the
United States of America which might arise by reason of
any payment made under this policy."

Thirty (30) days prior notice of cancellation must be given to:

Department of the Navy
Naval Facilities Engineering Command
P. O. Box 727
San Bruno, California   94066

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by ..................................
                                    Authorized Agent

*Attach*

Form G-2240-0 B   Printed in U.S.A.  2-'64

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Confidential - Subject to Protective
Order

HFBKPLAN016239

SA 3232

BOY SCOUTS OF AMERICA
COMPREHENSIVE GENERAL LIABILITY
POLICY # 10 CA 43303
REPORT # 1
EFFEC. 1/1/73 - 1/31/73

| CERT. NUMBER | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 325 | 01-712 | North Essex | Lawrence, Mass. | 4,125 | 1/1/73 | $ 412.34 |
| 326 | 02-691 | Pushmataha Area | Columbus, Missippi | 4,887 | 1/1/73 | 488.50 |
| 327 | 04-283 | Twin Valley | Mankato, Minnesota | 9,706 | 1/1/73 | 970.21 |
| 328 | 06-024 | Grayback | Redlands, California | 2,950 | 1/1/73 | 294.88 |
| 329 | 01-538 | Chief Cornplanter | Warren, Pennsylvania | 2,344 | 1/1/73 | 234.31 |
| 330 | 09-473 | Will Rogers | Ponca City, Oklahoma | 5,910 | 1/1/73 | 590.76 |
| 331 | 04-198 | Quivira Council | Wichita, Kansas | 26,600 | 1/1/73 | 2,658.94 |
| 332 | 06-054 | Mt. Whitney Area | Visalia, California | 5,490 | 1/1/73 | 548.78 |
| 333 | 05-577 | Gulf Coast | Corpus Christi, Texas | 19,700 | 1/1/73 | 1,969.21 |
| 334 | 04-192 | Coronado Area | Salina, Kansas | 12,452 | 1/1/73 | 1,244.80 |
| 335 | 01-544 | York Adams Area | York, Pennsylvania | 12,420 | 1/1/73 | 1,241.50 |
| 336 | 04-429 | Red River Valley | Fargo, North Dakota | 12,570 | 1/1/73 | 1,256.50 |
| 337 | 02-095 | Flint River | Griffin, Georgia | 4,675 | 1/1/73 | 467.31 |
| 338 | 06-012 | Grand Canyon | Flagstaff, Arizona | 5,086 | 1/1/73 | 508.40 |
| 339 | 02-552 | Pee Dee Area | Florence, S. C. | 12,412 | 1/1/73 | 1,240.70 |
| 340 | 04-290 | Headwaters Area | Hibbing, Minnesota | 4,997 | 1/1/73 | 499.50 |
| 341 | 06-588 | Cache Valley | Logan, Utah | 6,776 | 1/1/73 | 677.33 |
| 342 | 06-653 | Great Rivers | Columbia, Missouri | 16,235 | 1/1/73 | 1,622.85 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016240

SA 3233

- 2 -

REPORT # 1

| CERT. NUMBER | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 343 | 05-479 | Comanche Trail | Brownwood, Texas | 2,737 | 1/1/73 | $ 273.59 |
| 344 | 01-216 | Katahdin Area | Bangor, Maine | 9,748 | 1/1/73 | 974.41 |
| 345 | 03-624 | Gateway Area | LaCrosse, Wisconsin | 6,130 | 1/1/73 | 612.75 |
| 346 | 02-088 | Southwest Florida | Fort Myers, Fla. | 4,911 | 1/1/73 | 490.90 |
| 347 | 05-215 | Norwela | Shreveport, La. | 10,830 | 1/1/73 | 1,082.57 |
| 348 | 03-632 | Kettle Moraine | Sheboygan, Wisc. | 5,825 | 1/1/73 | 582.27 |
| 349 | 01-067 | Greenwich | Greenwich, Conn. | 2,382 | 1/1/73 | 238.10 |
| 350 | 05-014 | Ouachita Area | Hot Springs, Arkansas | 3,265 | 1/1/73 | 326.37 |
| 351 | 03-625 | Waumegesako | Manitowoc, Wisc. | 2,503 | 1/1/73 | 250.20 |
| 352 | 01-546 | Narragansett | Providence, R. I. | 31,592 | 1/1/73 | 3,157.90 |
| 353 | 05-212 | Evangeline Area | Lafayette, La. | 9,735 | 1/1/73 | 973.11 |
| 354 | 02-354 | Chickasaw | Memphis, Tenn. | 22,000 | 1/1/73 | 2,199.12 |
| 355 | 05-013 | DeSoto Area | El Dorado, Arkansas | 4,966 | 1/1/73 | 496.40 |
| 356 | 06-491 | Crater Lake | Medford, Oregon | 5,506 | 1/1/73 | 550.37 |
| 357 | 02-556 | Cherokee Area | Chatanooga, Tenn. | 13,272 | 1/1/73 | 1,326.66 |
| 358 | 03-143 | George Rogers Clark | New Albany, Indiana | 5,254 | 1/1/73 | 525.19 |
| 359 | 02-098 | Alapaha Area | Valdosta, Georgia | 2,300 | 1/1/73 | 229.90 |
| 360 | 04-305 | Southeast Missouri | Cape Girardeau, Missouri | 6,881 | 1/1/73 | 687.82 |
| 361 | 04-194 | Santa Fe Trail | Garden City, Kansas | 4,391 | 1/1/73 | 438.92 |
| 362 | 01-225 | Annawon | Taunton, Mass. | 4,895 | 1/1/73 | 489.30 |
| 363 | 05-413 | Conquistador | Roswell, N. M. | 5,997 | 1/1/73 | 599.46 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016241

SA 3234

- 3 -

## REPORT #1

| CERT. NUMBER | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 364 | 01-343 | Morris Sussex Area | Dover, N. J. | 19,876 | 1/1/73 | $ 1,986.80 |
| 365 | 06-639 | Jim Bridger | Rock Springs, Wyoming | 2,057 | 1/1/73 | 205.62 |
| 366 | 03-125 | Prairie | Galesburg, Illinois | 5,350 | 1/1/73 | 534.79 |
| 367 | 01-393 | Otschodela | Oneonta, N. Y. | 4,049 | 1/1/73 | 404.73 |
| 368 | 02-100 | Northwest Georgia | Rome, Georgia | 5,000 | 1/1/73 | 499.80 |
| 369 | 02-085 | Gulf Stream | W. Palm Beach, Fla. | 8,325 | 1/1/73 | 832.17 |
| 370 | 05-575 | Bay Area | Galveston, Texas | 15,798 | 1/1/73 | 1,579.16 |
| 371 | 01-391 | Finger Lakes | Geneva, N. Y. | 7,850 | 1/1/73 | 784.69 |
| 372 | 04-618 | Kootaga | Parkersburg, W. Va. | 6,099 | 1/1/73 | 609.65 |
| 373 | 06-605 | Olympic Area | Bremerton, Wash. | 5,590 | 1/1/73 | 558.77 |
| 374 | 02-097 | Chehaw | Albany, Ga. | 5,700 | 1/1/73 | 569.78 |
| 375 | 03-621 | Nicolet Area | Green Bay, Wis. | 9,417 | 1/1/73 | 941.32 |
| 376 | 04-296 | Central Minnesota | St. Cloud, Minnesota | 5,249 | 1/1/73 | 524.70 |
| 377 | 01-683 | Rockland County | New City, N. Y. | 9,417 | 1/1/73 | 941.32 |
| 378 | 02-093 | Georgia-Carolina, | Augusta, Georgia | 12,250 | 1/1/73 | 1,224.51 |
| 379 | 03-751 | Northwest Suburban | Arlington Hts., Ill. | 24,225 | 1/1/73 | 2,421.54 |
| 380 | 01-068 | Fairfield County | Norwalk, Conn. | 21,747 | 1/1/73 | 2,173.94 |
| 381 | 02-553 | Central S. Carolina | Columbia, S. C. | 16,600 | 1/1/73 | 1,659.34 |
| 382 | 06-042 | Piedmont | Piedmont, Calif. | 829 | 1/1/73 | 82.86 |
| 383 | 01-383 | Tioughnioga | Cortland, N. Y. | 1,656 | 1/1/73 | 164.53 |

The company located these documents in its business records. At this time, the company does not assert these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016242

SA 3235

- 4 -

REPORT #1

| CERT. NUMBER | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 384 | 05-474 | Great Salt Plains | Enid, Oklahoma | 5,794 | 1/1/73 | $ 579.16 |
| 385 | 02-673 | Stonewall Jackson | Staunton, Va. | 8,095 | 1/1/73 | 809.18 |
| 386 | 04-431 | Grat Plains Area | Minot, N. D. | 4,528 | 1/1/73 | 452.62 |
| 387 | 05-566 | Texoma Valley | Sherman, Taxas | 1,700 | 1/1/73 | 169.94 |
| 388 | 06-055 | Santa Clara County | San Jose, Calif. | 29,541 | 1/1/73 | 2,952.92 |
| 391 | 02-302 | Choctaw Area | Meridan, Miss. | 5,300 | 1/1/73 | 529.79 |
| 392 | 01-087 | North Florida | Jacksonville, Fla. | 21,968 | 1/1/73 | 2,195.93 |
| 393 | 05-587 | Northwest Texas | Wichita Falls, Texas | 6,759 | 1/1/73 | 675.63 |
| 394 | 06-091 | Chattahooche | Columbus, Georgia | 11,066 | 1/1/73 | 1,106.15 |
| 395 | 06-057 | VenturaCounty | Camarella, Calif. | 12,216 | 1/1/73 | 1,221.12 |
| 396 | 01-069 | Housatonic | Derby, Conn. | 3,197 | 1/1/73 | 319.58 |
| 397 | 01-377 | Sir William Johnson | Gloversville, N. Y. | 3,433 | 1/1/73 | 343.16 |
| 398 | 03-270 | Southwest Michigan | Kalamazoo, Mich. | 21,204 | 1/1/73 | 2,119.56 |
| 399 | 06-045 | Cal. Inland Empire | Riverside, California | 27,833 | 1/1/73 | 2,782.18 |
| 400 | 01-748 | Yocona Area | Tupelo, Mississippi | 7,403 | 1/1/73 | 740.00 |
| 401 | 06-035 | Marin | San Rafael, Calif. | 7,370 | 1/1/73 | 736.70 |
| 402 | 01-406 | Upper Mohawk | Utica, N. Y. | 6,058 | 1/1/73 | 605.55 |
| 403 | 03-147 | West Suburban | LaGrange, Illinois | 11,540 | 1/1/73 | 1,153.53 |
| 406 | 02-560 | Middle Tennessee | Nashville, Tennessee | 44,039 | 1/1/73 | 4,402.13 |
| 407 | 05-564 | Capitol Area | Austin, Texas | 19,000 | 1/1/73 | 1,899.24 |

The company located these documents in its business records. At this time, the company does not verify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016243

SA 3236

REPORT #1

| CERT. NUMBER | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 408 | 01-385 | Lewiston Trail | Lockport, N. Y. | 4,013 | 1/1/73 | $   401.13 |
| 409 | 06-478 | Eastern Oklahoma | Muskogee, Oklahoma | 2,881 | 1/1/73 | 287.98 |
| 410 | 01-394 | Adirondack | Plattsburgh, N. Y. | 3,932 | 1/1/73 | 393.04 |
| 411 | 02-724 | Sunny Land | Sarasota, Fla. | 4,825 | 1/1/73 | 482.30 |
| 412 | 05-585 | East Texas Area | Tyler, Texas | 21,580 | 1/1/73 | 2,157.13 |
| 414 | 05-741 | Concha Valley | San Angelo, Texas | 6,800 | 1/1/73 | 679.72 |
| 415 | 01-408 | Jefferson Lewis | Watertown, N. Y. | 3,336 | 1/1/73 | 333.46 |
| 416 | 05-469 | Cherokee Area | Bartlesville, Oklahoma | 3,577 | 1/1/73 | 357.55 |
| 417 | 03-628 | Four Lakes | Madison, Wisc. | 12,868 | 1/1/73 | 1,286.28 |
| 418 | 06-032 | Long Beach Area | Long Beach, Calif. | 12,450 | 1/1/73 | 1,244.50 |
| 419 | 01-234 | Pioneer Valley | W. Springfield, Mass. | 14,000 | 1/1/73 | 1,399.44 |
| 420 | 03-127 | Two Rivers | St. Charles, Ill. | 1,521 | 1/1/73 | 1,520.49 |
| 421 | 03-690 | Burlington County | Willingboro, N. J. | 11,441 | 1/1/73 | 1,143.64 |
| 422 | 02-595 | Peninsular | Newport News, Va. | 11,747 | 1/1/73 | 1,174.23 |
| 423 | 01-375 | Sullivan Trail | Elmira, N. Y. | 4,785 | 1/1/73 | 478.30 |
| 424 | 02-427 | Old Hickory | Winston-Salem, N. C. | 9,093 | 1/1/73 | 908.93 |
| 425 | 01-366 | Cayuga County | Auburn, N. Y. | 2,781 | 1/1/73 | 277.98 |
| 426 | 05-208 | Attakapas Area | Alexandria | 4,501 | 1/1/73 | 449.91 |
| 427 | 06-614 | Fort Simcoe | Yakima, Wash. | 4,695 | 1/1/73 | 469.31 |
| 428 | 03=451 | Licking County | Newark, Ohio | 3,223 | 1/1/73 | 322.07 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

HFBKPLAN016244

SA 3237

- 6 -

REPORT #1

| CERT. NUMBER | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 429 | 01-362 | George Washington | Trenton, N. J. | 10,969 | 1/1/73 | $ 1,096.46 |
| 430 | 03-619 | National Trail | Wheeling, W. Va. | 5,830 | 1/1/73 | 582.76 |
| 431 | 02-304 | Pine Burr Area | Hattiesburg, Miss. | 16,562 | 1/1/73 | 1,655.53 |
| 432 | 02-659 | Tennessee Valley | Huntsville, Alabama | 19,375 | 1/1/73 | 1,936.72 |
| 433 | 03-132 | Starved Rock Area | LaSalle, Illinois | 6,348 | 1/1/73 | 634.54 |
| 434 | 01-074 | Quinnipac | Hamden, Conn. | 14,086 | 1/1/73 | 1,408.03 |
| 435 | 03-617 | Buckskin Area | Charleston, W. Va. | 11,140 | 1/1/73 Conc | 1,113.55 |
| 436 | 02-089 | Pinellas Area | Seminole, Florida | 11,811 | 1/1/73 | 1,180.62 |
| 437 | 01-402 | Steuben Area | Bath, N. Y. | 5,442 | 1/1/73 | 543.98 |
| 438 | 03-144 | Abraham Lincoln | Springfield, Ill. | 11,492 | 1/1/73 | 1,148.74 |
| 439 | 02-557 | Great Smoky Mountain | Knoxville, Tenn. | 18,281 | 1/1/73 | 1,827.36 |
| 440 | 04-638 | Central Wyoming | Casper, Wyoming | 6,480 | 1/1/73 | 647.74 |
| 441 | 01-358 | Watchung Area | Plainfield, N. J. | 17,000 | 1/1/73 | 1,699.32 |
| 442 | 02-204 | Blue Grass | Lexington, Kentucky | 12,633 | 1/1/73 | 1,262.79 |
| 443 | 06-737 | Tumwater Area | Olympia, Washington | 4,797 | 1/1/73 | 479.50 |
| 444 | 03-637 | Chippewa Valley | Eau Claire, Wisc. | 9,340 | 1/1/73 | 933.62 |
| 445 | 03-269 | Land O'Lakes | Jackson, Michigan | 5,663 | 1/1/73 | 566.07 |
| 446 | 06-607 | Twin Habor | Aberden, Washington | 2,935 | 1/1/73 | 283.38 |
| 447 | 05-578 | Three Rivers | Beaumont, Texas | 7,113 | 1/1/73 | 1,710.61 |
| 448 | 01-508 | Penn's Woods | Windber, Pennsylvania | 14,640 | 1/1/73 | 1,463.41 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016245

SA 3238

BOY SCOUTS OF AMERICA
UMBRELLA and COMPREHENSIVE GENERAL LIABILITY
POLICY NO. 10 CA 43303
REPORT NO. 2
FEBRUARY 1 -- 15, 1973

| CERT. NUMBER | REGION & COUNCIL | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | CGL | UMBRELLA | TOTAL |
| 390 | 06-608 | Southeast Alaska | Juneau, Alaska | 1,423 | 1/ 1/73 | $ 142.24 | $ 28.52 | $ 170.76 |
| 452 | 03-443 | Harding Area | Marion, Ohio | 4,202 | 1/31/73 | 385.03 | 77.19 | 462.22 |
| 463 | 03-467 | Muskingum Valley | Zanesville, Ohio | 5,955 | 2/ 1/73 | 545.66 | 109.39 | 655.05 |
| 464 | 03-441 | Central Ohio | Columbus, Ohio | 31,229 | 1/ 1/73 | 3,121.65 | 625.83 | 3,747.48 |
| 471 | 03-129 | Northeast Illinois | Glencoe, Illinois | 22,000 | 2/ 1/73 | 2,015.86 | 404.14 | 2,420.00 |
| 482 | 03-635 | Valley Council | Menasha, Wisconsin | 8,770 | 2/15/73 | 803.60 | 161.10 | 964.70 |
| 502 | 02-559 | West Tennessee | Jackson, Tennessee | 11,329 | 1/ 1/73 | 1,132.45 | 227.03 | 1,359.48 |
| 503 | 06-044 | Redwood Area | Eureka, California | 5,581 | 1/ 1/73 | 557.88 | 111.84 | 669.72 |
| 504 | 04-299 | Gamehaven Area | Rochester, Minnesota | 10,755 | 1/ 1/73 | 1,075.07 | 215.53 | 1,290.60 |
| 505 | 01-352 | Thomas A. Edison | Edison, New Jersey | 16,293 | 1/ 1/73 | 1,628.65 | 326.51 | 1,955.16 |
| 506 | 01-500 | Moraine Trails | Butler, Pennsylvania | 11,720 | 1/ 1/73 | 1,171.53 | 234.87 | 1,406.40 |
| 507 | 04-672 | Tri-State Area | Huntington, West Virginia | 6,471 | 1/ 1/73 | 646.84 | 129.68 | 776.52 |
| 509 | 05-468 | Arbuckle Area | Ardmore, Oklahoma | 4,444 | 1/ 1/73 | 444.22 | 89.06 | 533.28 |
| 510 | 04-453 | Johnny Appleseed | Mansfield, Ohio | 7,795 | 1/ 1/73 | 779.19 | 156.21 | 935.40 |
| 511 | 02-003 | Alabama-Florida | Dothan, Alabama | 5,580 | 1/ 1/73 | 557.78 | 111.82 | 669.60 |
| 512 | 03-117 | Arrowhead | Champaign, Illinois | 6,080 | 1/ 1/73 | 607.76 | 121.84 | 729.60 |

The company located these documents in its business records. At this time, the company does not verify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016246

SA 3239

BOY SCOUTS OF AMERICA
UMBRELLA and COMPREHENSIVE GENERAL LIABILITY
POLICY NO. 10 CA 43303
REPORT NO. 2
FEBRUARY 1 -- 15, 1973

| CERT. NUMBER | REGION & COUNCIL | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | CGL | UMBRELLA | TOTAL |
| 515 | 02-002 | Burmingham Area | Burmingham, Alabama | 18,687 | 1/ 1/73 | $ 1,867.95 | $ 374.49 | $ 2,242.44 |
| 516 | 04-430 | Dan Beard | Cincinnati, Ohio | 45,354 | 1/ 1/73 | 4,533.59 | 908.89 | 5,442.48 |
| 517 | 02-332 | Bayonne Council | Bayonne, New Jersey | 1,775 | 1/ 1/73 | 177.43 | 35.57 | 213.00 |
| 518 | 03-262 | Detroit Area | Detroit, Michigan | 111,824 | 1/ 1/73 | 11,177.93 | 2,240.95 | 13,418.88 |
| 519 | 03-509 | Bucktail Council | Dubois, Pennsylvania | 6,634 | 1/ 1/73 | 663.13 | 132.95 | 796.08 |
| 520 | 03-227 | Blue Water | Port Huron, Michigan | 5,063 | 1/ 1/73 | 506.10 | 101.46 | 607.56 |
| 521 | 06-006 | Black Warrior | Tuscaloosa, Alabama | 6,615 | 1/ 1/73 | 661.24 | 132.56 | 793.80 |
| 523 | 04-616 | Central West Virginia | Clarksburg, West Virginia | 3,864 | 1/ 1/73 | 386.25 | 77.43 | 463.68 |
| 524 | 06-096 | Central Georgia | Macon, Georgia | 9,900 | 1/ 1/73 | 989.60 | 198.40 | 1,188.00 |
| 525 | 01-071 | Central Connecticut | Meriden, Connecticut | 4,349 | 1/ 1/73 | 434.73 | 87.15 | 521.88 |
| 526 | 01-224 | Cape Cod Council | Hyannis, Massachusetts | 4,369 | 1/ 1/73 | 436.73 | 87.55 | 524.28 |
| 527 | 02-801 | Canal Zone Council | Balboa, Canal Zone | 3,206 | 1/ 1/73 | 320.47 | 64.25 | 384.72 |
| 528 | 05-209 | Calcasieu Area | Lake Charles, Louisiana | 8,975 | 1/ 1/73 | 897.14 | 179.86 | 1,077.00 |
| 529 | 02-099 | Coastal Empire | Savannah, Georgia | 7,122 | 1/ 1/73 | 711.92 | 142.72 | 854.64 |
| 530 | 04-324 | Cornhusker Council | Lincoln, Nebraska | 11,409 | 1/ 1/73 | 1,140.44 | 228.64 | 1,369.08 |
| 531 | 12-649 | Chamorro Council | Agana, Guam | 1,536 | 1/ 1/73 | 153.54 | 30.78 | 184.32 |

The company located these documents in its business records. At this time, the company does not represent these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016247

SA 3240

3/

BOY SCOUTS OF AMERICA
UMBRELLA and COMPREHENSIVE GENERAL LIABILITY
POLICY NO. 10 CA 43303
REPORT NO. 2
FEBRUARY 1 -- 15, 1973

| CERT. NUMBER | REGION & COUNCIL | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | CGL | UMBRELLA | TOTAL |
| 532 | 03-539 | Chester County | West Chester, Pennsylvania | 12,027 | 1/ 1/73 | $ 1,202.22 | $ 241.02 | $ 1,443.24 |
| 533 | 04-756 | Chief Cornstalk | Logan, West Virginia | 5,552 | 1/ 1/73 | 554.98 | 111.26 | 666.24 |
| 534 | 03-276 | Clinton Valley | Pontiac, Michigan | 20,763 | 1/ 1/73 | 2,075.47 | 416.09 | 2,491.56 |
| 535 | 03-138 | Creve Coeur Council | Peoria, Illinois | 15,375 | 1/ 1/73 | 1,536.89 | 308.11 | 1,845.00 |
| 536 | 05-584 | Caddo Area | Texarkana, Texas | 5,912 | 1/ 1/73 | 590.96 | 118.48 | 709.44 |
| 537 | 04-464 | Chief Logan | Chillicothe, Ohio | 3,403 | 1/ 1/73 | 340.16 | 68.20 | 408.36 |
| 538 | 01-073 | Indian Trails | New London, Connecticut | 13,601 | 1/ 1/73 | 1,359.56 | 272.56 | 1,632.12 |
| 539 | 06-029 | Desert Trails | El Centro, California | 4,580 | 1/ 1/73 | 457.82 | 91.78 | 549.60 |
| 540 | 03-499 | Elk Lick Council | Bradford, Pennsylvania | 2,513 | 1/ 1/73 | 251.20 | 50.36 | 301.56 |
| 541 | 06-803 | Far East Council | APO San Francisco, Calif. | 10,427 | 1/ 1/73 | 1,042.28 | 208.96 | 1,251.24 |
| 542 | 06-110 | Idaho Panhandle | Coeur D'Alene, Idaho | 3,549 | 1/ 1/73 | 354.76 | 71.12 | 425.88 |
| 543 | 02-348 | Hudson Hamilton | West New York, New Jersey | 7,776 | 1/ 1/73 | 777.29 | 155.83 | 933.12 |
| 544 | 03-261 | Hiawathaland Council | Marquette, Michigan | 7,054 | 1/ 1/73 | 705.12 | 141.36 | 846.48 |
| 545 | 03-266 | Grand Valley | Grand Rapids, Michigan | 20,340 | 1/ 1/73 | 2,033.99 | 407.77 | 2,441.76 |
| 546 | 01-238 | Greater Lowell | Lowell, Massachusetts | 7,020 | 1/ 1/73 | 701.72 | 140.68 | 842.40 |
| 547 | 02-086 | Gulf Ridge | Tampa, Florida | 20,248 | 1/ 1/73 | 2,023.19 | 405.61 | 2,428.80 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016248

4/

BOY SCOUTS OF AMERICA
UMBRELLA and COMPREHENSIVE GENERAL LIABILITY
POLICY NO. 10 CA 43303
REPORT NO. 2
FEBRUARY 1 -- 15, 1973

| CERT. NUMBER | REGION & COUNCIL | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | CGL | UMBRELLA | TOTAL |
| 548 | 04-432 | Missouri Valley | Bismark, North Dakota | 5,103 | 1/ 1/73 | $ 510.10 | $ 102.26 | $ 612.36 |
| 549 | 06-103 | Kilauea Council | Hilo, Hawaii Cancelled Flat | 3,456 | 1/ 1/73 | 345.46 | 69.26 | 414.72 |
| 550 | 06-603 | Mount Baker | Billingham, Washington | 4,931 | 1/ 1/73 | 492.90 | 98.82 | 591.72 |
| 551 | 03-615 | Mountainer Area | Fairmont, West Virginia | 4,112 | 1/ 1/73 | 411.04 | 82.40 | 493.44 |
| 552 | 02-378 | Mohican Council | Glen Falls, New York | 5,470 | 1/ 1/73 | 546.78 | 109.62 | 656.40 |
| 553 | 04-177 | Mid Iowa Council | Des Moines, Iowa | 25,585 | 1/ 1/73 | 2,557.48 | 512.72 | 3,070.20 |
| 554 | 06-102 | Maui County | Wailuku, Maui, Hawaii | 2,136 | 1/ 1/73 | 213.51 | 42.81 | 256.32 |
| 555 | 04-466 | Mahoning Valley | Younstown, Ohio | 8,845 | 1/ 1/73 | 884.15 | 177.25 | 1,061.40 |
| 556 | 01-749 | Lone Tree Council | Haverhill, Massachusetts | 4,997 | 1/ 1/73 | 499.50 | 100.14 | 599.64 |
| 557 | 05-204 | New Orleans Area | Metairie, Louisiana | 28,375 | 1/ 1/73 | 2,836.37 | 568.63 | 3,405.00 |
| 558 | 02-101 | Northeast Georgia | Athens, Georgia | 10,565 | 1/ 1/73 | 1,056.08 | 211.72 | 1,267.80 |
| 559 | 01-246 | Norumbega Council | Waban, Massachusetts | 5,519 | 1/ 1/73 | 541.68 | 108.60 | 650.28 |
| 560 | 01-230 | Nashua Valley | Lancaster, Massachusetts | 7,558 | 1/ 1/73 | 775.50 | 131.46 | 906.96 |
| 561 | 01-341 | Ocean County | Toms River, New Jersey | 6,350 | 1/ 1/73 | 632.75 | 126.85 | 759.60 |
| 562 | 04-116 | Okaw Valley | Belleville, Illinois | 14,422 | 1/ 1/73 | 1,442.22 | 289.14 | 1,731.36 |
| 563 | 06-758 | Okefenokee Area | Waycross, Georgia | 4,071 | 1/ 1/73 | 406.94 | 81.58 | 488.52 |

The company located these documents in its business records. At this time, the company does not verify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016249

SA 3242

BOY SCOUTS OF AMERICA
UMBRELLA and COMPREHENSIVE GENERAL LIABILITY
POLICY NO. 10 CA 43303
REPORT NO. 2
FEBRUARY 1 -- 15, 1973

| CERT. NUMBER | REGION & COUNCIL | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | CGL | UMBRELLA | TOTAL |
| 564 | 05-213 | Ouachita Valley | Monroe, Louisiana | 6,743 | 1/ 1/73 | $ 674.03 | $ 135.13 | $ 809.16 |
| 565 | 04-308 | Ozarks Council | Springfield, Missouri | 6,655 | 1/ 1/73 | 965.11 | 193.49 | 1,158.60 |
| 567 | 04-693 | Pheasant Council | Huron, South Dakota | 4,578 | 1/ 1/73 | 457.62 | 91.74 | 549.36 |
| 568 | 02-420 | Piedmont Council | Gastonia, North Carolina | 16,460 | 1/ 1/73 | 1,645.34 | 329.86 | 1,975.20 |
| 569 | 04-311 | Pony Express | St. Joseph, Missouri | 9,310 | 1/ 1/73 | 930.63 | 186.57 | 1,117.20 |
| 570 | 05-775 | Rio Grande | Harlingen, Texas | 9,109 | 1/ 1/73 | 910.54 | 182.54 | 1,093.08 |
| 571 | 02-405 | Rip Van Winkle | Kingston, New York | 5,955 | 1/ 1/73 | 595.26 | 119.34 | 714.60 |
| 572 | 03-702 | Rainbow Council | Morris, Illinois | 9,149 | 1/ 1/73 | 914.53 | 183.35 | 1,097.88 |
| 573 | 02-549 | Palmetto Council | Spartanburg, South Carolina | 11,014 | 1/ 1/73 | 1,100.96 | 220.72 | 1,321.68 |
| 574 | 04-179 | Prairie Gold | Sioux City, Iowa | 14,649 | 1/ 1/73 | 1,464.31 | 293.57 | 1,757.88 |
| 575 | 02-334 | Southern New Jersey | Seabrook, New Jersey | 12,559 | 1/ 1/73 | 1,255.40 | 251.68 | 1,507.08 |
| 577 | 04-171 | Southeast Iowa | Burlington, Iowa | 6,111 | 1/ 1/73 | 610.86 | 122.46 | 733.32 |
| 578 | 03-626 | Sinnissippi | Beloit, Wisconsin | 9,005 | 1/ 1/73 | 900.14 | 180.46 | 1,080.60 |
| 579 | 03-141 | Saukee Area | Quincy, Illinois | 5,038 | 1/ 1/73 | 503.60 | 100.96 | 604.56 |
| 580 | 06-020 | San Mateo County | San Mateo, California | 16,440 | 1/ 1/73 | 1,643.34 | 329.46 | 1,972.80 |
| 581 | 04-312 | St. Louis Area | St. Louis, Missouri | 71,224 | 1/ 1/73 | 7,119.55 | 1,427.33 | 8,c |

The company located these documents in its Quincy, Illinois. At this time, the company does not certify that these documents constitute an accurate copy of its policy.

Confidential - Subject to Protective Order

HFBKPLAN016250

SA 3243

BOY SCOUTS OF AMERICA
UMBRELLA and COMPREHENSIVE GENERAL LIABILITY
POLICY NO. 10 CA 43303
REPORT NO. 2
FEBRUARY 1 -- 15, 1973

| CERT. NUMBER | COUNCIL & REGION | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUMS CGL | PREMIUMS UMBRELLA | PREMIUMS TOTAL |
|---|---|---|---|---|---|---|---|---|
| 582 | 03-264 | Tall Pine Council | Flint, Michigan | 20,466 | 1/ 1/73 | $ 2,045.78 | $ 410.14 | $ 2,455.92 |
| 583 | 02-333 | Tamarack Council | Rutherford, New Jersey | 5,123 | 1/ 1/73 | 512.10 | 102.66 | 614.76 |
| 584 | 06-109 | Tendoy Area | Pocatello, Idaho | 9,120 | 1/ 1/73 | 911.64 | 182.76 | 1,094.40 |
| 585 | 03-136 | Thatcher Woods | Oak Park, Illinois | 8,303 | 1/ 1/73 | 829.97 | 166.39 | 996.36 |
| 586 | 03-275 | Timber Trails | Muskegon, Illinois | 8,987 | 1/ 1/73 | 898.34 | 180.10 | 1,078.44 |
| 587 | 01-349 | Robert Treat | Newark, New Jersey | 13,615 | 1/ 1/73 | 1,360.96 | 272.84 | 1,633.80 |
| 588 | 02-419 | Uwharrie Council | High Point, North Carolina | 3,972 | 1/ 1/73 | 397.04 | 79.60 | 476.64 |
| 589 | 06-591 | Utah National Parks | Provo, Utah | 35,360 | 1/ 1/73 | 3,534.59 | 708.61 | 4,243.20 |
| 590 | 02-005 | Tukabatchee Area | Montgomery, Alabama | 12,690 | 1/ 1/73 | 1,268.49 | 254.31 | 1,522.80 |
| 593 | 04-283 | Viking Council | Minneapolis, Minnesota | 43,593 | 1/ 1/73 | 4,357.56 | 873.60 | 5,231.16 |
| 594 | 04-313 | Vigilante Council | Butte, Montana | 2,996 | 1/ 1/73 | 299.48 | 60.04 | 359.52 |
| | | | | | | $102,807.29 | $ 20,586.72 | $123,394.01 |

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

— 7 —

REPORT #1

| CERT. NUMBER | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 449 | 05-016 | Westark Area | Fort Smith, Arkansas | 9,441 | 1/1/73 | $ 943.72 |
| 450 | 06-038 | Silverado Area | Vallejo, California | 5,595 | 1/1/73 | 559.27 |
| 451 | 06-106 | Ore-Ida | Boise, Idaho | 11,110 | 1/1/73 | 1,110.55 |
| 453 | 01-338 | Union | Elizabeth, N. J. | 10,550 | 1/1/73 | 1,054.57 |
| 454 | 01-350 | Bergen | River Edge, N. J. | 24,071 | 1/1/73 | 2,406.13 |
| 455 | 05-561 | Chisholm Trail | Abilene, Texas | 5,748 | 1/1/73 | 574.57 |
| 456 | 02-203 | Lonesome Pine | Pikeville, Kentucky | 3,950 | 1/1/73 | 394.84 |
| 457 | 03-634 | Southeast Wisc. | Racind, Wisc. | 12,104 | 1/1/73 | 1,209.91 |
| 458 | 06-031 | Stanford Area | Palo Alto, Calif. | 5,433 | 1/1/73 | 543.08 |
| 459 | 06-107 | Teton Peaks | Idaho Falls, Idaho | 14,046 | 1/1/73 | 1,404.03 |
| 460 | 06-022 | Alameda | Alameda, California | 2,115 | 1/1/73 | 211.41 |
| 461 | 02-773 | Gulf Coast | Pensacola, Fla. | 15,996 | 1/1/73 | 1,598.96 |
| 462 | 01-232 | Monadock | Gardner, Mass. | 2,900 | 1/1/73 | 289.88 |
| 465 | 03-459 | Fort Steuben Area | Steubenville, Ohio | 4,902 | 1/1/73 | 490.00 |
| 466 | 01-359 | Ridgewood-Glen Rock | Ridgewood, N. J. | 1,875 | 1/1/73 | 187.42 |
| 467 | 01-347 | Monmouth | Oakhurst, N. J. | 17,567 | 1/1/73 | 1,755.99 |
| 468 | 01-373 | Hiawatha | Syracuse, N. Y. | 21,496 | 1/1/73 | 2,148.74 |
| 469 | 02-550 | Coastal Carolina | Charleston, S. C. | 16,391 | 1/1/73 | 1,638.44 |
| 470 | 02-713 | Sequoyah | Johnson City, Tenn. | 13,256 | 1/1/73 | 1,325.06 |
| 472 | 06-027 | Sequoia | Fresno, California | 12,060 | 1/1/73 | 1,205.51 |

The company located these documents in its business records. At this time, the company does not concede that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

- 8 -

REPORT #1

| CERT. NUMBER | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 473 | 03-707 | Appalachian | Bluefield, W. Va. | 5,000 | 1/1/73 | $ 499.80 |
| 474 | 03-148 | Du Page Area | Wheaton, Illinois | 16,245 | 1/1/73 | 1,623.85 |
| 475 | 06-610 | Western Alaska | Anchorage, Alaska | 6,671 | 1/1/73 | 666.83 |
| 477 | 03-630 | Twin Lakes | Oshkosh, Wisc. | 3,689 | 1/18/73 | 338.02 |
| 478 | 03-458 | Firelands Area | Sandusky, Ohio | 11,424 | 1/1/73 | 1,141.94 |
| 479 | 04-309 | Kansas City Area | Kansas City, Missouri | 42,000 | 1/1/73 | 4,198.32 |
| 480 | 01-507 | Valley Forge | Valley Forge, Pa. | 52,847 | 1/1/73 | 5,282.58 |
| 481 | 02-601 | Old Dominion Area | Suffolk, Va. | 4,151 | 1/1/73 | 414.93 |
| 483 | 02-200 | Audubon | Owensboro, Kentucky | 9,048 | 1/1/73 | 904.43 |
| 484 | 02-421 | Occoneechee | Raleigh, N. C. | 27,500 | 1/1/73 | 2,748.90 |
| 485 | 01-400 | General Herkimer | Herkimer, N. Y. | 2,843 | 1/1/73 | 284.18 |
| 486 | 06-059 | Yosemite Area | Modesto, California | 10,733 | 1/1/73 | 1,072.87 |
| 487 | 01-512 | Westmoreland-Fayette | Greensburg, Pa. | 13,101 | 1/1/73 | 1,309.57 |
| 488 | 06-696 | Midnight Sun | Fairbanks, Alaska | 2,524 | 1/1/73 | 252.29 |
| 489 | 05-567 | Buffalo Trails | Midland, Texas | 12,674 | 1/1/73 | 1,266.89 |
| 490 | 06-613 | North Central Wash. | Wenatchee, Wash. | 4,363 | 1/1/73 | 436.13 |
| 491 | 02-004 | Mobile Area | Mobile, Alabama | 8,954 | 1/1/73 | 895.04 |
| 492 | 01-353 | Alhtaha | Wayne, N. J. | 14,507 | 1/1/73 | 1,450.12 |
| 493 | 04-306 | Mo-Kan Area | Joplin, Missouri | 6,424 | 1/1/73 | 642.14 |
| 494 | 01-532 | French Creek | Erie, Pennsylvania | 19,636 | 1/1/73 | 1,962.81 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016253

SA 3246

- 9 -

REPORT #1

| CERT. NUMBER | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 495 | 05-211 | Istrouma Area | Baton Reouge, Louisiana | 16,816 | 1/1/73 | $ 1,680.93 |
| 496 | 04-325 | Wyo-Braska Area | Scottsbluff, Nebraska | 4,900 | 1/1/73 | 489.80 |
| 498 | 01-331 | Atlantic Area | Atlantic City, N. J. | 3,835 | 1/1/73 | 383.35 |
| 499 | 05-580 | Netseo Trails | Paris, Texas | 5,184 | 1/1/73 | 518.19 |
| 500 | 01-525 | Philadelphia | Philadelphia, Pa. | 38,275 | 1/1/73 | 3,825.97 |
| 501 | 03-274 | Scenic Trails | Traverse City, Mich. | 6,643 | 1/1/73 | 664.03 |

$170,760.57

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016254

SA 3247

*Wilson + Allen* # 250480                    Named Insured and Address  *1-1-72-73*

This endorsement forms a part of Policy No. **10CA43303**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**Boy Scouts of America**
**Route No. 1**
**North Brunswick, New Jersey**

Effective date *7-16-72  8/25/72*          Effective hour is the same as stated in the Declarations of the Policy.

In consideration of the additional premium of $1,403.03 it is agreed that the
policy is extended to provide coverage for councils in accordance with
Report # 8 which is for the period 7/16/72 to 8/15/72.

ADDITIONAL PREMIUM: $1,403.03

*BI - 982.00*
*PD - 421.03*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD. CONNECTICUT

8/25/72

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Countersigned by .................................
                                    *Authorized Agent*

Form G-2240-0 A   Printed in U. S. A.   2-'64

Confidential - Subject to Protective Order

HFBKPLAN016255

SA 3248

*Wilson + Allen* # 250480

Named Insured and Address   1-1-72-73

This endorsement forms a part of Policy No....**10** .. **CA** .. **43303**............
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**Boy Scouts of America**
**Route No. 1**
**North Brunswick, New Jersey**

Effective date .... ~~2-26~~ .......... 2-26-72

Effective hour is the same as stated in the Declarations of the
Policy.

~~It is agreed~~ that the following council is to be cancelled flat as of
2/26/72 from Report #3:

| CERT. NO. | COUNCIL & LOCATION | REGION & COUNCIL NO. | MEMBERSHIP | EFFEC. DATE | PREMIUM |
|-----------|--------------------|----------------------|------------|-------------|---------|
| 157 | Pottawattomie Council 508 Franklin Street Michigan City, Ind. | 07-731 | 6,000 | 2/26/72 | $499.80 |

RETURN PREMIUM: $499.80

*BI - 349.60*
*P.D. - 150.20*
*497 80*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

8/24/72

(46)

Countersigned by....................................
*Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy

Form G-2240-0 A   Printed in U. S. A.   2-'64

Confidential - Subject to Protective Order

| (Use Only) | | AT | Inst. | Type | Tran. | CASUALTY AND MARINE CODING APRON | | | | | | | | | | | | | Original Premium (Type X Only) | |
| | | 4 | 0 | 1 | 1 | | | | | | | | | | | | | | | |
| Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |
| | | 982.00 | 050 | 0440 | | | | 9 | 9 | 0 | | | | | | | | 9 | 1 | 8 | 0 | 421.03 | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | F/S 1 8 7 SEP'72 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Dates | Premium | Comm. | Effective Dates | Premium | | Comm. | 52 | | | |
| 7-72 | 1403.03 | 050 | | | | | | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy

RISK CARD

Form OA-448-0   Printed in U. S. A.   7-'71

Confidential - Subject to Protective Order

HFBKPLAN016257

SA 3250

## CORRECTION SLIP

Premium Accounting Dept.

Date of Correction. 3/1/73

### DEBIT

| AGENCY CODE | EFFECTIVE (Month) (Year) | PREMIUM | RATE OF COMMISSION |
|-------------|--------------------------|---------|--------------------|
|             |                          |         |                    |

### CREDIT

| | | | |
|---|---|---|---|
| 25-0480 | 2/1/72 | 20.00 | 050 |

REASON FOR CORRECTION

Return premium of 499.80 was entered as 479.80

Register of Production Reviewed for 9/72

Initiated by _P. Petri_

Approved by

Form ACC-255-4  Printed in U. S. A.  9-70

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016258

SA 3251

| | | AT. 4 | Inst. 0 | Type 1 | Tran. 1 | CASUALTY AND MARINE CODING APRON | | | | | | | | | | | | | | | | Original Premium (Type X Only) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ate | PIF | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Sec-ondary |
| '9 | | | | 349.60 ᶜ | 050 | 0440 | | | | 9 | 9 | 0 | | | | | | | | 9 | 1 | 8 | 0 | 150.20 ᶜ | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | F/S 1 8 7 SEP '79 | | | | | | | |

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | (47) | |
|---|---|---|---|---|---|---|---|
| 2-72 | 499.80 ᶜ | 050 | | | | | |

entert au 179.80

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

RISK CARD

Form OA-448-0   Printed in U. S. A.   7-'71

Confidential - Subject to Protective Order

| | | | | AT. | Inst. | Type | Tran. | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 4 | 0 | 1 | 1 | | | | **CASUALTY AND MARINE CODING APRON** | | | | | | | | | | | Original Premium (Type X Only) | |

| State | PIP | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | | | 20.00 C | 050 | 040 | | | | 9 | | 1 | | | | | | | | 9 | 1 | 8 | 0 | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | (49) | |
|---|---|---|---|---|---|---|---|
| 2 72 | 20.00 C | 050 | | | | | |

The company located these documents in its business records. At this time the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form OA-448-0   Printed in U.S.A.   7-'71

Confidential - Subject to Protective Order

HFBKPLAN016260

SA 3253

| | (ass Auto Only) | | AT 2 | Inst. 0 | Type 1 | Tran. 1 | | CASUALTY AND MARINE CODING APRON | | | | | | | | | | | | | Original Premium (Type Only) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State | PIP | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |
| 29 | | | | 16.00 | 050 | 0440 | | | | | 990 | | | | | | | | | 9 1 8 0 | | 400 | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | Pdup 1-1-72/73 6 JAN 73 |
|---|---|---|---|---|---|---|
| 12-72 | 20.00 | 050 | | | | E/S '32 |
| | | | | | | 63 |

RISK
CAPD
MGR

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form OA-448-0   Printed in U. S. A.   7-'71

Confidential - Subject to Protective Order

HFBKPLAN016261

SA 3254



2-25-AV5X

250480 WILSON & ALLEN,INC.

Named Insured and Address

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**10 C A43303**

BOY SCOUTS OF AMERICA.

NORTH BRUNSWICK,NEW JERSEY.

Effective date   **7/1/72**                    Effective hour is the same as stated in the Declarations of the
                                               policy.

## EMPLOYERS LIABILITY STOP GAP COVERAGE ENDORSEMENT

IT IS AGREED THAT SUCH INSURANCE AS IS AFFORDED BY THE POLICY UNDER
COVERAGE A. BODILY INJURY LIABILITY APPLIES ALSO TO THE LIABILITY OF THE
INSURED FOR DAMAGES BECAUSE OF BODILY INJURY BY ACCIDENT OR DISEASE,
INCLUDING DEATH AT ANY TIME RESULTING THEREFROM SUSTAINED BY ANY EMPLOYEE
OF THE INSURED ARISING OUT OF AND IN THE COURSE OF HIS EMPLOYMENT BY THE
INSURED IN A STATE DESIGNATED IN ITEM 2. OF THE SCHEDULE OR IN OPERATIONS
NECESSARY OR INCIDENTAL THERETO, SUBJECT TO THE FOLLOWING PROVISIONS:

A. THIS INSURANCE APPLIES ONLY PROVIDED THE INSURED (1) HAS, WHERE REQUIRED,
FILED ACCEPTANCE OR ELECTION OF THE WORKMEN'S COMPENSATION LAW OF EACH
STATE DESIGNATED IN ITEM 2 OF THE SCHEDULE AND WILL NOT FILE NOTICE OF
REJECTION OF THE PROVISIONS OF SUCH LAWS DURING THE POLICY PERIOD. (2) HAS
INSURED ALL EMPLOYEES REQUIRED TO BE INSURED UNDER EACH SUCH LAW AND (3)
DULY REPORTS ALL PAYROLLS AND PAYS ALL PREMIUMS DUE THEREUNDER.

B. AS RESPECTS THE INSURANCE AFFORDED BY THIS ENDORSEMENT, THE EXCLUSIONS
OF THE POLICY ARE DELETED.THIS INSURANCE DOES NOT APPLY:

A. TO BODILY INJURY BY ACCIDENT OR DISEASE, INCLUDING DEATH AT ANY TIME
RESULTING THEREFROM, SUSTAINED BY A MASTER OR MEMBER OF THE CREW OF ANY
VESSEL OR BY ANY EMPLOYEE OF THE INSURED IN THE COURSE OF AN EMPLOYMENT
SUBJECT TO THE UNITED STATES LONGSHOREMEN'S AND HARBOR WORKERS COMPENSATION
ACT, U.S. CODE (1956) TITLE 33, SECTIONS 901-49 OR THE FEDERAL EMPLOYERS'
LIABILITY ACT, U.S. CODE (1946) TITLE 45, SECTIONS 51-60, SUSTAINED BY ANY
MEMBER OF THE FLYING CREW OF ANY AIRCRAFT, OR SUSTAINED BY ANY EMPLOYEE
WITH RESPECT TO WHOM THE INSURED IS NOT REQUIRED TO CONTRIBUTE TO A
WORKMAN'S COMPENSATION INSURANCE FUND;

B. TO LIABILITY ASSUMED BY THE INSURED UNDER ANY CONTRACT OR AGREEMENT, BUT
THIS EXCLUSION DOES NOT APPLY TO A WARRANTY THAT WORK PERFORMED BY OR ON
BEHALF OF THE INSURED WILL BE DONE IN A WORKMANLIKE MANNER;

C. (1) TO PUNITIVE OR EXEMPLARY DAMAGES ON ACCOUNT OF BODILY INJURY TO OR
DEATH OF ANY EMPLOYEE EMPLOYED IN VIOLATION OF LAW, OR (2) WITH RESPECT TO
ANY EMPLOYEE EMPLOYED IN VIOLATION OF THE LAW WITH THE KNOWLEDGE OR CONSENT
OF THE INSURED OR ANY OFFICER THEREOF;

D. TO BODILY INJURY BY DESEASE UNLESS PRIOR TO THIRTY-SIX MONTHS AFTER THE
END OF THE POLICY PERIOD WRITTEN CLAIM IS MADE OR SUIT IS BROUGHT AGAINST
THE INSURED FOR DAMAGES BECAUSE OF SUCH INJURY OR DEATH RESULTING THEREFROM;

E. TO ANY OBLIGATION FOR WHICH THE INSURED OR ANY CARRIER AS HIS INSURER
MAY BE HELD LIABLE UNDER ANY WORKMEN'S COMPENSATION OR OCCUPATIONAL DISEASE
LAW, ANY UNEMPLOYMENT COMPENSATION OR DISABILITY BENEFITS LAW, OR UNDER ANY
SIMILAR LAW;

F. TO FINES OR PENALTIES IMPOSED ON THE INSURED FOR FAILURE TO COMPLY WITH
THE REQUIREMENTS OF ANY WORKMEN'S COMPENSATION OCCUPATIONAL DISEASE OR
INDUSTRIAL SAFETY LAW.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by ........................

Form G-2210-0 C   Printed in U.S.A.   2-'64

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Confidential - Subject to Protective
Order

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43303**
issued by THE HARTFORD INSURANCE GROUP company
designated therein, and takes effect as of the effective date of said
policy unless another effective date is stated herein.

**Boy Scouts of America**
**North Brunswick, New Jersey**

Effective date ........ **7-1-72** ........................ Effective hour is the same as stated in the Declarations of the Policy.

## Schedule

1. **Limits of Liability**

   **Bodily Injury by Accident**

   Each Employee   $50,000
   Each Accident   $300,000

   **Bodily Injury by Disease**

   Each Employee   $50,000
   Agg Disease     $300,000
   (Per State)

2. **State:  Washington**

3.

| Council Insured | Payroll | Rate per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|
| North Central Washington Council | If Any | .03 | Subject to Audit |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by ...................................................

............................................. Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form G-2240-0 B   Printed in U. S. A.   2-'64

Confidential - Subject to Protective Order

HFBKPLAN016263

SA 3256

BOY SCOUTS OF AMERICA
COMPREHENSIVE GENERAL LIABILITY POLICY # 10 CA 43303
REPORT # 9

| CERT # | COUNCIL NAME & ADDRESS | REGION & COUNCIL # | MEMBERSHIP | EFFECTIVE DATE | PREMIUM |
|---|---|---|---|---|---|
| 298 | Olympic Area 1105 -12th Street Bremerton, Washington | 06-605 | 5,805 | 9/1/72 | 193.42 |
| 299 | Twin Harbor Area Savings and Loan Bldg. Aberdeen, Washington 98520 | 06-607 | 3,079 | 10/1/72 | 76.94 |
| 300 | Far East Council APO San Francisco Calif. 96323 | 13-803 | 7,700 | 7/1/72 | 448.99 |
| 301 | Chamarro Council P.O. Box 2598 Agana, Guam 96910 | 12-649 | 1,790 | 6/16/72 | 104.37 |
| 302 | Birmingham Area 3600 8th Ave. Birmingham, Ala. 35222 | 02-002 | 16,752 | 9/16/72 | 418.63 |
| 303 | French Creek Council 110 W. 10th St. Erie, Pa. 16501 | 01-532 | 17,812 | 5/1/72 | 1,186.99 |
| 304 | Calcasieu Area Council 304 Ryan St. Lake Charles, La. 70601 | 05-209 | 8,436 | 11/26/72 | 70.27 |
| 305 | Westark Area Station A Box 3156 Fort Smith, Ark. 72901 | 05-016 | 8,762 | 10/1/72 | 218.96 |
| | TOTALS | | 70,136 | | $2,718.57 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016264

SA 3257

**CORRECTION SLIP**

Premium Accounting Dept.

HARTFORD INSURANCE GROUP
HARTFORD, CONNECTICUT

Date of Correction 6-22-73

## DEBIT

| AGENCY CODE | EFFECTIVE (Month) (Year) | PREMIUM | RATE OF COMMISSION |
|---|---|---|---|
| 25 0480 | 12 72 | 38.15 | 100 |

## CREDIT

RECEIVED
JUN 25 1973
CODING DEPT.

15

REASON FOR CORRECTION _Add prem never filmed_

Register of Production Reviewed for

Initiated by R. Winkelman BW

Approved by

Form ACC-255-4  Printed in U.S.A.  9-'70

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016265

SA 3258

A

| | | | AT | Inst. | Type | Tran. | CASUALTY AND MARINE CODING APRON | | | | | | | | | | | | | | | | | | | Original Premium (Type X Only) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (ass Auto Only) | | | 2 | 0 | I | I | | | | | | | | | | | | | | | | | | | | | |
| Sc ... Loc. | | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | | Primary | Secondary |
| 29 | 3 | 3 | 38.15 | 100 | 044 770 | | | | 9 | | 1 | | | | | | | | 9 | 1 | 8 | 0 | | | | |

| Effective Dates | Premium | Comm. | Effective Dates | Premium | | Comm. | (66) | | |
|---|---|---|---|---|---|---|---|---|---|
| 12-72 | 38.15 | 100 | | | | | | | |

The company locate... ...documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

F/S 124 JUL 72
RGP

Form OA-448-0   Printed in U. S. A.   7-'71

Confidential - Subject to Protective Order

HFBKPLAN016266

SA 3259

# 250,480

Pol dates  1-1-72-74
Named Insured and Address

This endorsement forms a part of Policy No... **10 CA 43303**
issued by THE HARTFORD INSURANCE GROUP company
designated therein, and takes effect as of the effective date of said
policy unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA**
**ROUTE NO. 1**
**North Brunswick, New Jersey**

Effective date ................................................ Effective hour is the same as stated in the Declarations of the Policy.

It is understood and agreed that in consideration of an additional
premium of $38.15, the policy is extended to provide coverage for
the following Council:

| Cert. No. | Region Council No. | Council | Location | Membership | Effect. Date | Premium |
|-----------|--------------------|---------|----------|------------|--------------|---------|
| 312 | 06-696 | Midnight Sun Council, Inc. | Fairbanks, Alaska | 2,685 | 12/1/72 | $ 22.35 |
| 313 | 01-359 | Ridgewood Glen Rock | Ridgewood New Jersey | 1,097 | 12/1/72 | $ 15.80 |

ADDITIONAL PREMIUM: $38.15

(64)

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

12/13/72
WILSON & ALLEN, INC.

Countersigned by

Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form G-2240-0 B   Printed in U. S. A.  2-'64

Confidential - Subject to Protective Order

2-25-AVD.   250480 WILSON & ALLEN,INC.

Named Insured and Address

This endorsement forms a part of Policy No.... **10 C A43303** ....
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA.**

**NORTH BRUNSWICK,NEW JERSEY**

Effective date........... 7/1/72 ............Effective hour is the same as stated in the Declarations of the policy.

EMPLOYERS LIABILITY STOP GAP COVERAGE ENDORSEMENT - CONTINUED

C. DEFINITIONS

A. BODILY INJURY BY ACCIDENT, BODILY INJURY BY DISEASE. THE CONTRACTION OF DISEASE IS NOT AN ACCIDENT WITHIN THE MEANING OF THE WORD "ACCIDENT" IN THE TERM "BODILY INJURY BY ACCIDENT" AND ONLY SUCH DISEASE AS RESULTS DIRECTLY FROM A BODILY INJURY BY ACCIDENT IS INCLUDED WITHIN THE TERM "BODILY INJURY BY ACCIDENT". THE TERM "BODILY INJURY BY DISEASE" INCLUDES ONLY SUCH DISEASE AS IS NOT INCLUDED WITHIN THE TERM "BODILY INJURY BY ACCIDENT".

B. ASSAULT AND BATTERY. ASSAULT AND BATTERY SHALL BE DEEMED AN ACCIDENT UNLESS COMMITTED BY OR AT THE DIRECTIONS OF THE INSURED.

D. APPLICATION OF ENDORSEMENT

THIS ENDORSEMENT APPLIES ONLY TO INJURY (1) BY ACCIDENT OCCURRING DURING THE POLICY PERIOD, OR (2) BY DISEASE CAUSED OR AGGRAVATED BY EXPOSURE OF WHICH THE LAST DAY OF THE LAST EXPOSURE, IN THE EMPLOYMENT OF THE INSURED, TO CONDITIONS CAUSING THE DISEASE OCCURS DURING THE POLICY PERIOD.

SOLELY WITH RESPECT TO THE INSURANCE AFFORDED BY THIS ENDORSEMENT THE LIMITS OF THE COMPANY'S LIABILITY SHALL BE STATED HEREIN AND NOT AS STATED ELSEWHERE IN THE POLICY.

LIMITS OF LIABILITY. THE WORDS "DAMAGES BECAUSE OF BODILY INJURY BY ACCIDENT OR DISEASE, INCLUDING DEATH AT ANY TIME RESULTING THEREFROM" INCLUDE DAMAGES FOR CARE AND LOSS OF SERVICES AND DAMAGES FOR WHICH THE INSURED IS LIABLE BY REASON OF SUITS OR CLAIMS BROUGHT AGAINST THE INSURED BY OTHERS TO RECOVER THE DAMAGES OBTAINED FROM SUCH OTHERS BECAUSE OF SUCH BODILY INJURY SUSTAINED BY EMPLOYEES OF THE INSURED ARISING OUT OF AND IN THE COURSE OF THEIR EMPLOYMENT. THE LIMIT OF LIABILITY STATED IN ITEM 1 OF THE SCHEDULE AS APPLICABLE TO "EACH EMPLOYEE" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES BECAUSE OF BODILY INJURY BY ACCIDENT, INCLUDING DEATH RESULTING THEREFROM, SUSTAINED BY ONE EMPLOYEE IN ANY ONE ACCIDENT; AND, SUBJECT TO THE FOREGOING PROVISION RESPECTING "EACH EMPLOYEE". THE LIMIT OF LIABILITY STATED IN ITEM 1 OF THE SCHEDULE AS APPLICABLE TO "EACH ACCIDENT" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES BECAUSE OF BODILY INJURY, INCLUDING DEATH RESULTING THEREFROM, SUSTAINED BY TWO OR MORE EMPLOYEES IN ANY ONE ACCIDENT.

THE LIMIT OF LIABILITY STATED IN ITEM 1 OF THE SCHEDULE AS APPLICABLE TO "EACH EMPLOYEE" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES BECAUSE OF BODILY INJURY BY DISEASE INCLUDING DEATH RESULTING THERE-FROM, SUSTAINED BY ONE EMPLOYEE; AND SUBJECT TO THE FOREGOING PROVISION RESPECTING "EACH EMPLOYEE", THE LIMIT OF LIABILITY STATED IN ITEM 1 OF THE SCHEDULE AS APPLICABLE TO "AGGREGATE DISEASE" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES BECAUSE OF BODILY INJURY BY DISEASE, INCLUDING DEATH RESULTING THEREFROM, SUSTAINED BY EMPLOYEES IN OPERATIONS IN ANY ONE STATED.

THE INCLUSION HEREIN OF MORE THAN ONE INSURED SHLL NOT OPERATE TO INCREASE THE LIMITS OF THE COMPANY'S LIABILITY.

F. PREMIUM. THE PREMIUM IS BASED ON THE ENTIRE REMUNERATION EARNED DURING THE POLICY PERIOD BY SUCH EMPLOYEES OF THE NAMED INSURED AS ARE REPORTED AND DECLARED UNDER THE WORKMEN'S COMPENSATION LAW OF EACH STATE DESIGNATED IN ITEM 2 OF THE SCHEDULE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form G-2240-0 C   Printed in U.S.A.   2-'64

Countersigned .............................................Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

2-25-AVD     250420 WILSON & ALLEN, INC.      

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43303**
issued by THE HARTFORD INSURANCE GROUP company
designated therein, and takes effect as of the effective date of said
policy unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA.**

**NORTH BRUNSWICK, NEW JERSEY.**

Effective date..................**7-1-73.**........................Effective hour is the same as stated in the Declarations of the
Policy.

### ADDITIONAL INSURED ENDORSEMENT.
### PIGEON LAKE LAND COMPANY.

IT IS AGREED THAT THE INTERESTS OF THE PIGEON LAKE LAND COMPANY
OF MANITOWOC, AND SHEBOYGAN AND KOHLET SCOUT HOLDING ASSOCIATION,
BOX 516, 1650 MIDWAY ROAD, MENASHA, WISCONSIN ARE INCLUDED AS ADDITIONAL
INSUREDS WITH RESPECT TO LOSSES OR SUITS ARISING OUT OF THE ACTIVITIES
OF THE BOY SCOUTS OF AMERICA, BAY LAKES COUNCIL
(CERTIFICATE NO 603).

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.

 **THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by...............................
Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form G-2240-0 B   Printed in U. S. A.   2-'64

Confidential - Subject to Protective
Order

REPORT III

BOY SCOUTS OF AMERICA

COMPREHENSIVE GENERAL LIABILITY
POLICY NO. 10 C A43303

UMBRELLA LIABILITY
POLICY NO. 10 HU A43302

| CERT. NUMBER | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFECTIVE DATE | PREMIUMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | CGL | UMBRELLA | TOTAL |
| 497 | 04-325 | Yellowstone Valley | Billings, Mont. | 8,419 | 3/ 1/73 | $ 701.55 | $ 140.35 | $ 841.90 |
| | 02-303 | Andrew Jackson | Jackson, Miss. | 19,113 | 3/12/73 | 1,592.69 | 318.61 | 1,911.30 |
| 568 | 04-064 | Western Colorado | Grand Junction, Co. | 4,461 | 3/ 2/73 | 371.74 | 74.36 | 446.10 |
| 595 | 01-229 | Cambridge | Cambridge, Mass. | 1,600 | 3/ 1/73 | 134.40 | 25.60 | 160.00 |
| 596 | 01-522 | Penn Mountains | Kingston, Pa. | 9,513 | 4/ 1/73 | 713.47 | 142.70 | 856.17 |
| 598 | 01-381 | Louis A. Fuertes | Ithaca, New York | 4,925 | 5/ 5/73 | 328.00 | 66.00 | 394.00 |
| 599 | 03-138 | W. D. Boyce | Peoria, Illinois | 26,040 | 4/ 1/73 | 1,953.00 | 390.60 | 2,343.60 |
| 600 | 05-471 | Black Beaver | Lawton, Oklahoma | 8,332 | 5/14/73 | 554.91 | 111.65 | 666.56 |
| 601 | 06-009 | Copper | Safford, Arizona | 2,420 | 5/15/73 | 161.17 | 32.43 | 193.60 |
| | 01-410 | Virgin Islands | St. Thomas, VI | 2,258 | 1/15/73 | 225.80 | 45.16 | 270.96 |
| 603 | 03-635 | Bay Lakes | Menasha, Wisc. | 29,375 | 7/ 1/73 | 1,468.16 | 294.34 | 1,762.50 |
| 604 | 01-770 | Genl Sullivan | Towanda, PA | 4,207 | 11/20/73 | 35.04 | 7.03 | 42.07 |
| | | | | | | $8,239.93 | $1,648.83 | $9,888.76 |

Councils cancelled through merger of Bay Lakes Council
Certificates 348, 351, 375, 477, 482

| | | |
|---|---|---|
| (1,010.74) | (156.82) | (1,167.56) |
| $7,229.19 | $1,492.01 | $8,721.20 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016270

SA 3263

| | Dev. | AT | Inst. | Type | Tran. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | D | 1 | 1 | **CASUALTY AND MARINE CODING APRON** | | | | | | | | | | | | | | | | | | | | Original Premium (Type X Only) | | |
| | | | | | | 9408.33 | 050 | 0440 | | | | 9 | 9 | 0 | | | | | | | | 9 | 1 | 8 | 0 | 4032.14 | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | F/S 18 7 SEP 72 | | | | | | |

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | | |
|---|---|---|---|---|---|---|---|
| 6-72 | 1344.47 | 050 | | | (45) | | |
| | | | | | | | |

(a)

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

RISK CARD

Form OA-448-0   Printed in U. S. A.   7-'71

PAGE 2

BOY SCOUTS OF AMERICA
COMPREHENSIVE GENERAL LIABILITY
POLICY # 10 CA 43303
REPORT # 7
EFFEC.: 6/16/72 - 7/15/72

| CERT # | COUNCIL NAME | LOCATION | REGION & COUNCIL # | MEMBERSHIP | EFFEC. DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 279 | North Central Washington | Wenatchee, Washington | 11-613 | 4,888 | 7/1/72 | $    244.30 |
| 280 | Timber Trails Council | Muskegon, Michigan | 07-275 | 8,185 | 6/19/72 | 409.09 |
| 281 | Cherokee Area | Bartlesville, Oklahoma | 09-469 | 3,844 | 7/5/72 | 192.12 |
| 282 | Palmetto Council | Spartanburg, South Carolina | 06-549 | 11,696 | 7/1/72 | 584.57 |
| 283 | Gulf Ridge Council | Tampa, Florida | 06-086 | 20,178 | 7/1/72 | 1,008.50 |
| 284 | Clinton Valley Council | Pontiac, Mich. | 07-276 | 18,800 | 6/22/72 | 939.62 |
| 285 | Viking Council | Minneapolis, Minnesota | 10-289 | 41,308 | 6/18/72 | 2,064.57 |
| 286 | Utah National Council | Provo, Utah | 12-591 | 34,553 | 7/11/72 | 1,726.96 |
| 289 | Buffalo Trail Council | Midland, Texas | 09-567 | 12,343 | 7/13/72 | 616.90 |
| 294 | George Washington Council | Trenton, N. J. | 02-363 | 10,685 | 7/1/72 | 534.04 |
| | | | TOTALS | 268,917 | | $13,440.47 |

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016272

SA 3265

BOY SCOUTS OF AMERICA
COMPREHENSIVE GENERAL LIABILITY
POLICY # 10 CA 43303
REPORT # 7
EFFEC.: 6/16/72 - 7/15/72

| CERT # | COUNCIL NAME | LOCATION | REGION & COUNCIL # | MEMBERSHIP | EFFEC. DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 200 | Tunxis Council | Torrington, Conn. | 01-079 | 3,504 | 6/29/72 | $ 175.13 |
| 221 | Tioughnidga Council | Cortland, N. Y. | 02-383 | 1,510 | 7/1/72 | 75.47 |
| 224 | Badger Council | Fond DuLac, Wisc. | 07-622 | 4,302 | 6/24/72 | 215.01 |
| 245 | Saukee Area Council | Quincy, Ill. | 07-141 | 5,849 | 6/20/72 | 292.33 |
| 249 | Nicolet Area Council | Green Bay Wisc. | 07-621 | 9,369 | 7/1/72 | 468.26 |
| 250 | Okefenokee Area | Waycross, Ga. | 06-758 | 3,968 | 7/1/72 | 198.32 |
| 251 | National Trail Council | Wheeling, W. Va. | 04-619 | 5,694 | 6/16/72 | 284.59 |
| 257 | The Greenwich Council | Greenwich, Conn. | 01-067 | 2,306 | 7/1/72 | 115.25 |
| 259 | Pioneer Trails | Butler, Pa. | 03-500 | 8,657 | 7/15/72 | 432.68 |
| 261 | Hiawatha Council | Syracuse, N. Y. | 02-379 | 21,952 | 6/19/72 | 1,097,16 |
| 268 | Great Plains Area | Minot, N. D. | 10-431 | 4,528 | 6/20/72 | 226.31 |
| 271 | Chief Logan Council | Chillicothe, Ohio | 04-464 | 3,080 | 7/1/72 | 153.94 |
| 275 | Idaho Panhandle | Coeur d'Alene, Idaho | 11-110 | 3,552 | 6/21/72 | 177.53 |
| 276 | Blue Grass Council | Lexington, Ky. | 04-204 | 10,611 | 6/16/72 | 530.54 |
| 277 | Pee Dee Area Council | Florence, S. C. | 06-552 | 13,551 | 7/1/72 | 677.28 |



The company located the above document in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

*Wilson + Allen*
*# 250480*

This endorsement forms a part of Policy No. **10 CA 43303**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................................. Effective hour is the same as stated in the Declarations of the Policy.

*1-1-72-73*
Named Insured and Address

**Boy Scouts of America**
**Route No 1**
**North Brunswick, N. J.**

*6-16-72*

In consideration of the additional premium of $13,440.47 it is agreed that the policy
is extended to provide coverage for councils in accordance with Report No. 7 which is
for the period 6/16/72 to 7/15/72.

ADDITIONAL PREMIUM: $13,440.47

*BI - 9,408.33*
*PD 4,032.14*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

7/27/72

Form G-2240-0 A  Printed in U.S.A.  2-'64

Countersigned by ..................................................
Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

\#250480 Wilson-Allen

This endorsement forms a part of Policy No. **10 CA 43303**
issued by THE HARTFORD INSURANCE GROUP company
designated therein, and takes effect as of the effective date of said
policy unless another effective date is stated herein.

Named Insured and Address

BOY SCOUTS OF AMERICA    1·1·72/73
ROUTE No. 1
NORTH BRUNSWICK, N.J.

Effective date ........................................................................Effective hour is the same as stated in the Declarations of the
Policy.

...TOOD AND AGREED THAT THE POLICY IS EXTENDED TO PROVIDE

C......GE FOR THE FOLLOWING COUNCILS:

| Cert. No. | Region Council No. | Council | Location | Membership | Effect. Date | Premium |
|---|---|---|---|---|---|---|
| 314 | 01-683 | Rockland County | New City, N.Y. | 9,417 | 12/16/72 | ------- |
| 315 | 01-538 | Chief Cornplanter | Warren, Pa. | 2,344 | 12/1/72 | $19.53 |
| 316 | 09-473 | Will Rogers | Ponca City, Oklahoma | 5,910 | 12/16/72 | ---------- |
| | | TOTAL | | 17,671 | | $19.53 |

$14.00 BE
6.00 P.D.

(62)

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.


THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

12/19/72
WILSON AND ALLEN, INC. 250480
Countersigned by ....................................................
Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form G-2240-0 B   Printed in U.S.A.   2-'64

Confidential - Subject to Protective
Order

HFBKPLAN016275

SA 3268

#250480 Wilson-Allen
This endorsement forms a part of Policy No.....**10CA43303**..............
issued by THE HARTFORD INSURANCE GROUP company
designated therein, and takes effect as of the effective date of said
policy unless another effective date is stated herein.

Named Insured and Address   1-1-72/73

**Boy Scouts of America
Route No. 1
North Brunswick, New Jersey**

Effective date........................................................Effective hour is the same as stated in the Declarations of the
Policy.

In consideration of an additional premium of $446.34, it is understood and agreed that the
policy is extended to provide coverage for councils in accordance with Report No. 10 typed
11/29/72.

| | | LOCATION | REGION & COUNCIL # | MEMBER-SHIP | EFF. DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 30u | Tukabatchee | Montgomery, Ala. | 02-005 | 12,147 | 11/1/72 | 202.37 |
| 308 | Pheasant | Huron, S. Dak. | 10-693 | 4,332 | 11/1/72 | 72.17 |
| 309 | Mount Baker | Bellingham, Wash. | 06-603 | 5,289 | 12/1/72 | 44.06 |
| 310 | Four Lakes | Madison, Wisc. | 03-628 | 12,598 | 11/16/72 | 104.94 |
| 311 | Comanche Trail | Brownwood, Tex. | 05-479 | 2,737 | 12/5/72 | 22.80 |
| | | | | 37,103 | | 446.34 |

$ 312.00 B.F
$ 134.00 P.D

Additional Premium:  $446.34

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD
INSURANCE GROUP**
HARTFORD, CONNECTICUT

Wilson & Allen
250480
11/29/72

Countersigned by.................................................
................................................Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form G-2240-0 B   Printed in U. S. A.   2-'64

**Confidential - Subject to Protective
Order**