## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Bankruptcy Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al*., | Lead Case No. 22-cv-01237-RGA |
| Appellants. | Consolidated Case Nos. |
| v. | 22-cv-01238-RGA; |
| | 22-cv-01239-RGA; |
| Boy Scouts of America and Delaware BSA, LLC, *et al.*, | 22-cv-01240-RGA; |
| | 22-cv-01241-RGA; |
| Appellees. | 22-cv-01242-RGA; |
| | 22-cv-01243-RGA; |
| | 22-cv-01244-RGA; |
| | 22-cv-01245-RGA; |
| | 22-cv-01246-RGA; |
| | 22-cv-01247-RGA; |
| | 22-cv-01249-RGA; |
| | 22-cv-01250-RGA; |
| | 22-cv-01251-RGA; |
| | 22-cv-01252-RGA; |
| | 22-cv-01258-RGA; |
| | 22-cv-01263-RGA |

**DEBTORS-APPELLEES' APPENDIX TO CONSOLIDATED ANSWERING BRIEF: VOLUME 13 (SA 3270 THROUGH SA 3316)**

Dated: December 7, 2022

---

[1]  The Debtors, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
Glenn M. Kurtz (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
jessica.lauria@whitecase.com
gkurtz@whitecase.com

WHITE & CASE LLP
Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

WHITE & CASE LLP
Ronald K. Gorsich
Doah Kim
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone:  (213) 620-7700
rgorsich@whitecase.com
doah.kim@whitecase.com

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

*Counsel for Debtors-Appellees and Debtors in Possession*

2

## INDEX OF SUPPLEMENTAL DOCUMENTS

| BSA Records | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| List of Current Members of the NEB (Exhibit B to Desai Declaration) | 1-191 | SA 0001 – SA 0004 |
| List of Current Members of the NEC (Exhibit E to Desai Declaration) | 1-192 | SA 0005 – SA 0007 |
| BSA Charter and Bylaws (as amended through May 2021) | 468 | SA 0008 – SA 0035 |
| Rules and Regulations of the Boy Scouts of America (September 2020) | 291 | SA 0036 – SA 0059 |
| Local Council Charter Renewals (Excerpt) | 7-3 | SA 0060 – SA 0063 |
| 2010 Articles of Incorporation Template (Mobile Area Council Articles of Incorporation, Art. II. Duration) | 187 | SA 0064 – SA 0067 |
| Form of Annual Unit Charter Agreement (2020) | 264 | SA 0068 – SA 0069 |
| BSA Bylaws (June 1, 2019) | 234 | SA 0070 – SA 0095 |
| Local Council Charter Renewal for Greenwich NR A2 (January 15, 2020) | 2976 | SA 0096 |
| Troop Roster for Troop 172 (Patriots Path Council) (Redacted) | 17 | SA 0097 – SA 0106 |
| Troop Roster for Sanford Troop 37 (Abraham Lincoln Council) (Redacted) | 23 | SA 0107 – SA 0108 |

3

| Examples and Templates of Local Council Articles & Bylaws | 7-2 | SA 0109 – SA 0373 |
| Troop Roster for Pack C-3210 (Cape Fear Council) (Redacted) | 43 | SA 0374 – SA 0377 |

| Proofs of Claim | Appendix Page Nos. |
| --- | --- |
| Proof of Claim No. 8174 | SA 0378 – SA 0387 |
| Proof of Claim No. 639 | SA 0388 – SA 0390 |
| Proof of Claim No. 4971 | SA 0391 – SA 0405 |
| Proof of Claim No. 9558 | SA 0406 – SA 0408 |
| Proof of Claim No. 9430 | SA 0409 – SA 0412 |
| Proof of Claim No. 9511 | SA 0413 – SA 0416 |
| Proof of Claim No. 12203 | SA 0417 – SA 0424 |
| Proof of Claim No. 5113 | SA 0425 – SA 0428 |
| Proof of Claim No. 10390 | SA 0429 – SA 0433 |
| Proof of Claim No. 12530 | SA 0434 – SA 0449 |
| Proof of Claim No. 1248 | SA 0450 – SA 0452 |
| Proof of Claim No. 9123 | SA 0453 – SA 0462 |
| Proof of Claim No. 7826 | SA 0463 – SA 0466 |

| | |
|---|---|
| Proof of Claim No. 343-13 | SA 0467 – SA 0469 |
| Proof of Claim No. 343-26 | SA 0470 – SA 0472 |
| Proof of Claim No. 6346 | SA 0473 – SA 0477 |

| **State and Federal Litigation Documents** | **Joint Trial Exhibit No.** | **Appendix Page Nos.** |
|---|---|---|
| Illinois Complaint filed by National Surety | 162 | SA 0478 – SA 0493 |
| Texas Complaint against Century, National Surety and Allianz | 185 | SA 0494 – SA 0515 |
| Texas Complaint against Hartford | 181 | SA 0516 – SA 0528 |
| Third Amended Complaint: *John Does I-XIX v. Boy Scouts of America, Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, et al.* (District Court for the District of Idaho, No. 1:13-cv-00275-BLW) | 2912 | SA 0529 – SA 0587 |
| Trial by Jury Demand: *Plaintiffs v. Boy Scouts of America Corporation, Mobile Area Council Boy Scouts of America, et al.* (Circuit Court of Mobile County, Alabama, No. CV-2016) | 2920 | SA 0588 – SA 0617 |
| Notice of Removal: *A.A. v. the Boy Scouts of America, North Florida Council, Inc., Boy Scouts of America, et al.* (District Court for the Middle of District of Florida Ocala Division) | 2921 | SA 0618 – SA 1601 |
| Verified Complaint for Damages and Equitable Relief: *Plaintiff v. Roman Catholic Archbishop, et al.* (Superior Court of Guam, No. CV 0207-17) | 2910 | SA 1602 – SA 1613 |
| Complaint: *John Doe v. Boy Scouts of America; and Central Minnesota Council, Boy Scouts of America* (State of Minnesota County of Stearns, District Court, Seventh Judicial District, No. []) | 2913 | SA 1614 – SA 1638 |

| **Documents filed in *In re Archbishop of Agana* ("AOA"), Case No. 19-00010 (Bankr. D. Guam)** | **AOA Docket No.** | **Appendix Page Nos.** |
|---|---|---|
| Motion for Derivative Standing to Enforce the Automatic Stay and Take Other Actions | 616 | SA 1639 – SA 1659 |

| | | |
|---|---|---|
| Transcript of Hearing Held September 10, 2021 | 693 | SA 1660 – SA 1681 |
| Third Amended Chapter 11 Plan | 920 | SA 1682 – SA 1818 |
| BSA's Objection and Reservation of Rights to Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization for the Archbishop of Agana | 948 | SA 1819 – SA 1836 |
| BSA's Objection to and Reservation of Rights to Debtors Motion Pursuant to Sections 105(a) and 363(f) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order (1) Approving Settlement Agreement Among the Archdiocese, the AOA Entities, the Official Committee of Unsecured Creditors, and AIG Insurers Entities, (2) Approving the Archdiocese Sale of the Policies Issued to the Debtor Back to AIG Insurers Entities Free and Clear of Claims and Interests, and (3) Enjoining Assertion Of Claims Against AIG Insurers Entities | 989 | SA 1837 – SA 1866 |
| Order Granting 218 Stipulated Motion for Order Directing Mediation and Appointing the Honorable Robert J. Faris to Serve as Mediator | 227 | SA 1867 – SA 1868 |
| Transcript of Hearing Held October 4, 2022 | 1092 | SA 1869 – SA 1924 |
| Fifth Amended Chapter 11 Plan | 1044 | SA 1925 – SA 2116 |
| Order Approving Stipulation By and Between Debtor, Official Committee of Unsecured Creditors and Boy Scouts of America Regarding the BSA Plan Objection and Claim Objection | 1048 | SA 2117 – SA 2126 |
| Order Confirming Fifth Amended Joint Chapter 11 Plan of Reorganization | 1093 | SA 2127 – SA 2139 |
| Minute Entry Regarding September 10 Hearing | 690 | SA 2140 |

| Other Exhibits Admitted at Trial | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Email from Jeff Hunt to Wendy Kurten, et al. | 725 | SA 2141 – SA 2145 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures | 502 | SA 2146 – SA 2175 |

6

| | | |
|---|---|---|
| Attachment to email: Claims Allowance Procedures | 527 | SA 2176 – SA 2195 |
| Email from Debtors regarding BSA - Preliminary Comments on Draft CAP sent to Coalition, FCR, and Mediator | 529 | SA 2196 |
| Attachment to email: BSA Redline of Claims Allowance Procedures (comparing June 8, 2021 version to June 6, 2021 version) | 533 | SA 2197 – SA 2245 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures (comparing version 3 and version 4) | 537 | SA 2246 – SA 2466 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures (comparing version 3 and version 1) | 539 | SA 2267 – SA 2290 |
| Plaintiff John Doe 4's First Amended Complaint: *John Doe 4 v. Boy Scouts of America, Chicago Area Council, et al.* (Circuit Court of Cook County, Illinois, No. 2018 L 211) | 2911 | SA 2291 – SA 2356 |
| Complaint Fraud and Constructive Fraud: *John Doe XX, et al. v. Boy Scouts of America, Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, et al.* (District Court for the District of Idaho) | 2914 | SA 2357 – SA 2380 |
| Redacted Second Revised Complaint: *John Doe #1, et al. v. Boy Scouts of America Corporation, Fairfield County Council of the Boy Scouts of America, et al.* (Superior Court, Connecticut, J.D. of Stamford/Norwalk at Stamford, No. FST-cv-15-5015023-S) | 2916 | SA 2381 – SA 2456 |

| **Insurance Policies** | **Joint Trial Exhibit No.** | **Appendix Page Nos.** |
|---|---|---|
| Hartford Pine Tree Council Casualty Insurance Policy No. 04C157992 | 1154 | SA 2457 – SA 2491 |
| Hartford Fire Insurance Co. Policy No. 12CCP500098 | 1155 | SA 2492 – SA 2547 |
| INA Policy No. 15-12-11 | 4000-1 | SA 2548 – SA 2599 |
| Allianz 1980 Umbrella Policy No. UMB 599346 | 10-1 | SA 2600 – SA 2620 |

| | | |
|---|---|---|
| Old Republic Insurance Company Commercial Excess Liability Insurance Policy for period of March 1, 2017 to March 1, 2018 | 10-7 | SA 2621 – SA 2664 |
| INA Policy No. 70-64-52 | 4000-2 | SA 2665 – SA 2700 |
| Hartford Insurance Policy | 4000-10 | SA 2701 – SA 3081 |
| INA Policy No. 07-54-09-4 | 4000-4 | SA 3082 – SA 3164 |
| INA Policy No. 4-84-03 | 4000-6 | SA 3165 – SA 3188 |
| Hartford Insurance Policy No. 10 C A43303 | 4000-8 | SA 3189 – SA 3332 |
| Hartford Insurance Policy | 4000-9 | SA 3333 – SA 3571 |
| Hartford Insurance Policy No. CBP 109170 | 4000-11 | SA 3572 – SA 3644 |
| Hartford Insurance Policy No. 54 C 990478 | 4000-12 | SA 3645 – SA 3673 |
| Hartford Insurance Policy No. 32 HU 380257 | 4000-13 | SA 3674 – SA 3684 |

| Appendix Documents Filed Under Seal | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Initial Hartford Settlement Agreement | 1481 | SA 3685 – SA 3696 |
| Proof of Claim No. 87715 | N/A | SA 3697 – SA 3789 |

| | | |
|---|---|---|
| Illinois Century Answer | 202 | SA 3790 – SA 3821 |

| Multimedia Documents to be Lodged with the Court[2] | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| BSA and Local Council Insurance Policies | 10 | SA 3822 |
| All Proofs of Claim | 14 | SA 3823 |
| Settled and Unsettled Local Council Policy Information (Excel Format) | 2961 | SA 3824 |

---

[2]   The following documents cannot be filed on the Court's docket due to their size or file format. The Appellees will make these documents available to the Court and the parties.  For purposes of citing these documents in the Debtors-Appellees' Consolidated Answering Brief, the Appellees have assigned these documents appendix page numbers in accordance with the "SA___" convention.

| State | Pr.y | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Sec-ondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | | | 31200 | 050 | 440 | | | | 9 | 9 | 0 | | | | | | | | 9 | 1 | 8 | 0 | 13400 | | |

CASUALTY AND MARINE CODING APRON

AT 2   Inst. 0   Type 1   Tran. 1

Original Premium (Type X Only)

Dre (Mass Auto Only)

F/S 316 JAN'72

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | | |
|---|---|---|---|---|---|---|---|
| 11·72 | 446.00 | 050 | | | | (61) Pol dates 1-1-72/73 | |

MGR

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy

-448-0   Printed in U. S. A.   7-'71

Confidential - Subject to Protective Order

HFBKPLAN016277

SA 3270

250 480 Wilson and Allen

Named Insured and Address

This endorsement forms a part of Policy No. **10CA43303**
issued by THE HARTFORD INSURANCE GROUP company
designated therein, and takes effect as of the effective date of said
policy unless another effective date is stated herein.

Poldates 1-1-72/73

Boy Scouts of America
Route No. 1
North Brunswick, New Jersey

Effective date ........................................ Effective hour is the same as stated in the Declarations of the Policy.

...rstood and agreed that in consideration of a return premium of $1,325.01
...is deleted for the following councils effective 5/1/72.

| CERT # | COUNCIL NAME & ADDRESS | REGION & COUNCIL # | MEMBERSHIP | EFFECTIVE DATE | PREMIUM |
|--------|------------------------|--------------------|------------|----------------|---------|
| 108 | Colonel Drake 213-214 Veach Bldg. Oil City, Pa. 16301 | 03-537 | 3,806 | 5/1/72 | 253.63 |
| 139 | Washington Trail 110 W. 10th St. Erie, Pa. 16501 | 03-511 | 11,444 | 5/1/72 | 762.62 |
| 110 | Custaloga Council 300 W. State St. Sharon, Pa. 16146 | 03-531 | 4,650 | 5/1/72 | 308.76 |
| | | | 19,900 | TOTAL R.P. | $1,325.01 |

928.00 BI
397.00 PD

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Producer:   Wilson & Allen
Agents Code 250480

Countersigned by ............................................
                                            Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form G-2240-0 B   Printed in U. S. A.   2-'64

Confidential - Subject to Protective Order

HFBKPLAN016278

SA 3271

| Date (Mass Auto Only) | | AT | Inst. | Type | Tran. | CASUALTY AND MARINE CODING APRON | | | | | | | | | | | | | | | | | Original Premium (Type X Only) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 0 | 1 | 1 | | | | | | | | | | | | | | | | | | | | |

| State | PIP | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | | | 928.00 | 050 | 0440 | | | | 9 | 9 | 0 | | | | | | | | 9 | 1 | 8 | 0 | 392.00 | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | | |
|---|---|---|---|---|---|---|---|
| 5-72 | 1325 00 | 050 | | | | Pol dates 1-1-72-73 | |
| | | | | | | (59) | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

EIS 816 JAN'73 RISK CARD

Form OA-448-0   Printed in U. S. A.   7-'71

Confidential - Subject to Protective Order

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43303** issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**Boy Scouts of America**
**North Brunswick, New Jersey**

Effective date ............. **7-1-72** ............. Effective hour is the same as stated in the Declarations of the Policy.

## Schedule

1. **Limits of Liability**

   **Bodily Injury by Accident**          **Bodily Injury by Disease**

   Each Employee    $50,000              Each Employee    $50,000
   Each Accident    $300,000             Agg Disease      $300,000
                                         (Per State)

2. **State: Washington**

3.

| Council Insured | Payroll | Rate per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|
| North Central Washington Council | If Any | .03 | Subject to Audit |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD. CONNECTICUT

Countersigned by ................................ Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form G-2240-0 B   Printed in U. S. A.   2-'64

Confidential - Subject to Protective Order

HFBKPLAN016280

SA 3273



Named Insured and Address

**Boy Scouts of America**
~~Route No. 1~~
~~North Brunswick, New Jersey~~

This endorsement forms a part of Policy No. **10 CA 43352** issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date........**1-1-72**........Effective hour is the same as stated in the Declarations of the Policy.

*Named Insured*

~~NAMED INSURED:~~ BOY SCOUTS OF AMERICA (NATIONAL COUNCIL) AND LOCAL COUNCILS AS ~~ENDORSED HEREUNDER~~ *provided for in this policy.*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT



Countersigned by.....................................
*Authorized Agent*

**The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.**

Form G-2240-0 B   Printed in U. S. A.   2-'64

Confidential - Subject to Protective Order

HFBKPLAN016281

SA 3274





AMENDMENT — LIMITS OF LIABILITY
(MULTIPLE LIMIT)

Named Insured and Address

This endorsement forms a part of Policy No. **IO C A43302**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date......................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

*Amendment — Limits of Liability (Single Limits)*

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART

**B)** SUBJECT TO THE ABOVE PROVISION RESPECTING "EACH OCCURRENCE", THE TOTAL LIABILITY OF THE COMPANY FOR ALL DAMAGES BECAUSE OF ALL BODILY INJURY AND PROPERTY DAMAGE WHICH OCCURS DURING EACH ANNUAL PERIOD WHILE THIS POLICY IS IN FORCE COMMENCING FROM ITS EFFECTIVE DATE SHALL NOT EXCEED THE LIMIT OF LIABILITY STATED IN THE SCHEDULE AS "AGGREGATE".

**1)** ALL PROPERTY DAMAGE ARISING OUT OF PREMISES OF OPERATIONS RATED ON A REMUNERATION BASIS OR CONTRACTOR'S EQUIPMENT RATED ON A RECEIPT BASIS, INCLUDING PROPERTY DAMAGE FOR WHICH LIABILITY IS ASSUMED UNDER ANY INCIDENTAL CONTRACT RELATING TO SUCH PREMISES OF OPERATIONS, BUT EXCLUDING PROPERTY DAMAGE;

**2)** ALL PROPERTY DAMAGE ARISING OUT OF AN OCCURRING IN THE COURSE OF OPERATIONS PERFORMED FOR THE NAMED INSURED BY INDEPENDENT CONTRACTORS AND GENERAL SUPERVISION THEREOF BY THE NAMED INSURED, INCLUDING ANY SUCH PROPERTY DAMAGE FOR WHICH LIABILITY IS ASSUMED UNDER ANY INCIDENTAL CONTRACT RELATING TO SUCH OPERATIONS, BUT THIS SUBPARAGRAPH (2) DOES NOT INCLUDE PROPERTY DAMAGE ARISING OUT OF MAINTENANCE OR REPAIRS AT PREMISES OWNED BY OR RENTED TO THE NAMED INSURED OR STRUCTURAL ALTERATIONS AT SUCH PREMISES WHICH DO NOT INVOLVE CHANGING THE SIZE OF OR MOVING BUILDINGS OR OTHER STRUCTURES;

**3)** ALL BODILY INJURY AND PROPERTY DAMAGE INCLUDED WITHIN THE COMPLETED OPERATIONS HAZARD AND ALL BODILY INJURY AND PROPERTY DAMAGE INCLUDED WITHIN THE PRODUCTS HAZARD;
(CONTINUED)

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by........................................
........................................*Authorized Agent*

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.



AMENDMENT — LIMITS OF LIABILITY
(SINGLE LIMIT)

PAGE #1

Named Insured and Address

This endorsement forms a part of Policy No. **IO  C A4330** 29
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date...................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

*Amendment — Limits of Liability (Single Limit)*

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

## COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART

### SCHEDULE

| COVERAGES | LIMITS OF LIABILITY |
|---|---|
| BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY | $500,000. EACH OCCURRENCE $500,000. AGGREGATE |

IT IS AGREED THAT THE PROVISIONS OF THE POLICY CAPTIONED "LIMITS OF
LIABILITY" RELATING TO BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY
ARE AMENDED TO READ AS FOLLOWS:

LIMITS OF LIABILITY:

REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2) PERSONS OR
ORGANIZATIONS WHO SUSTAINED BODILY INJURY OR PROPERTY DAMAGE, (3) CLAIMS
MADE OR SUITS BROUGHT ON ACCOUNT OF BODILY INJURY OR PROPERTY DAMAGE OR
(4) AUTOMOBILES OR UNITS OF MOBILE EQUIPMENT TO WHICH THIS POLICY APPLIES,
THE COMPANY'S LIABILITY IS LIMITED AS FOLLOWS:

BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY:

A)  THE LIMIT OF LIABILITY STATED IN THE SCHEDULE AS APPLICABLE TO "EACH
OCCURRENCE" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES
BECAUSE OF BODILY INJURY OR PROPERTY DAMAGE AS A RESULT OF ANY ONE
OCCURRENCE.

### (CONTINUED)

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by

......................................................
Authorized Agent



The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 B   Printed in U. S. A.  10-'66

Confidential - Subject to Protective
Order

HFBKPLAN016283

SA 3276



AMENDMENT - LIMITS OF LIABILITY
(SINGLE LIMIT)

PAGE #2

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43303** ²⁹
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

*Amendment – Limits of Liability (Single Limits)*

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE** ~~COVERAGE PART~~

**4)  ALL PROPERTY DAMAGE FOR WHICH LIABILITY IS ASSUMED UNDER ANY CONTRACT
TO WHICH THE CONTRACTUAL LIABILITY INSURANCE APPLIES.**

**SUCH AGGREGATE LIMIT SHALL APPLY SEPARATELY:**

**i)  TO THE PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPHS (1) AND (2)
AND SEPARATELY WITH RESPECT TO EACH PROJECT AWAY FROM PREMISES
OWNED BY OR RENTED TO THE NAMED INSURED;**

**ii)  TO THE SUM OF THE DAMAGES FOR ALL BODILY INJURY AND PROPERTY
DAMAGE DESCRIBED IN SUBPARAGRAPH (3) AND**

**iii)  TO THE PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPH (4) SEPARATELY
WITH RESPECT TO EACH PROJECT AWAY FROM PREMISES OWNED BY OR
RENTED TO THE NAMED INSURED.**

**c)  FOR THE PURPOSE OF DETERMINING THE LIMIT OF THE COMPANY'S LIABILITY, ALL
BODILY INJURY AND PROPERTY DAMAGE ARISING OUT OF CONTINUOUS OR REPEATED
EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL CONDITIONS SHALL BE
CONSIDERED AS ARISING OUT OF ONE OCCURRENCE.**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by ........................................................
                                                    *Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 B  Printed in U. S. A.  10-'66  NBCU:

Confidential - Subject to Protective
Order

HFBKPLAN016284

**SA 3277**

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43303** issued by THE HARTFORD INSURANCE GROUP company designated herein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**Boy Scouts of America, etal**

Effective date ............ **1/1/73** ............ Effective hour is the same as stated in the Declarations of the Policy.

It is understood and agreed that the policy is extended to cover Southern Pacific Land Company as an additional insured with respect to the lease of premises to California Inland Empire Council.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

**Wilson and Allen, Inc.**
250480
6/29/73

Countersigned by

Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Premium Audit

Form G-2240-0 B  Printed in U. S. A.  2-'64

Confidential - Subject to Protective Order

HFBKPLAN016285

SA 3278

2-25-AVD    250480 WILSON & ALLEN, INC. 

Named Insured and Address

·This endorsement forms a part of Policy No. **10 C A43303**
issued by THE HARTFORD INSURANCE GROUP company
designated therein, and takes effect as of the effective date of said
policy unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA.**

**NORTH BRUNSWICK, NEW JERSEY.**

Effective date _____ **7-1-73.** _____ Effective hour is the same as stated in the Declarations of the Policy.

### ADDITIONAL INSURED ENDORSEMENT.
### PIGEON LAKE LAND COMPANY.

IT IS AGREED THAT THE INTERESTS OF THE PIGEON LAKE LAND COMPANY
OF MONITOWOC, AND SHEBOYGAN AND KOHLET SCOUT HOLDING ASSOCIATION,
BOX 516, 1650 MIDWAY ROAD, MENASHA, WISCONSIN ARE INCLUDED AS ADDITIONAL
INSUREDS WITH RESPECT TO LOSSES OR SUITS ARISING OUT OF THE ACTIVITIES
OF THE BOY SCOUTS OF AMERICA, BAY LAKES COUNCIL
(CERTIFICATE NO 603).

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD. CONNECTICUT

*Countersigned by* _____   *Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form G-2240-0 B   Printed in U.S.A. 2-'64

Confidential - Subject to Protective Order

2-25-AVD.

250480 WILSON & ALLEN,INC.

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43303** issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA.**

**NORTH BRUNSWICK,NEW JERSEY.**

Effective date............7/1/72............................Effective hour is the same as stated in the Declarations of the policy.

### EMPLOYERS LIABILITY STOP GAP COVERAGE ENDORSEMENT

IT IS AGREED THAT SUCH INSURANCE AS IS AFFORDED BY THE POLICY UNDER COVERAGE A. BODILY INJURY LIABILITY APPLIES ALSO TO THE LIABILITY OF THE INSURED FOR DAMAGES BECAUSE OF BODILY INJURY BY ACCIDENT OR DISEASE, INCLUDING DEATH AT ANY TIME RESULTING THEREFROM SUSTAINED BY ANY EMPLOYEE OF THE INSURED ARISING OUT OF AND IN THE COURSE OF HIS EMPLOYMENT BY THE INSURED IN A STATE DESIGNATED IN ITEM 2. OF THE SCHEDULE OR IN OPERATIONS NECESSARY OR INCIDENTAL THERETO, SUBJECT TO THE FOLLOWING PROVISIONS:

A. THIS INSURANCE APPLIES ONLY PROVIDED THE INSURED (1) HAS, WHERE REQUIRED, FILED ACCEPTANCE OR ELECTION OF THE WORKMEN'S COMPENSATION LAW OF EACH STATE DESIGNATED IN ITEM 2 OF THE SCHEDULE AND WILL NOT FILE NOTICE OF REJECTION OF THE PROVISIONS OF SUCH LAWS DURING THE POLICY PERIOD. (2) HAS INSURED ALL EMPLOYEES REQUIRED TO BE INSURED UNDER EACH SUCH LAW AND (3) DULY REPORTS ALL PAYROLLS AND PAYS ALL PREMIUMS DUE THEREUNDER.

B. AS RESPECTS THE INSURANCE AFFORDED BY THIS ENDORSEMENT, THE EXCLUSIONS OF THE POLICY ARE DELETED.THIS INSURANCE DOES NOT APPLY:

A. TO BODILY INJURY BY ACCIDENT OR DISEASE, INCLUDING DEATH AT ANY TIME RESULTING THEREFROM, SUSTAINED BY A MASTER OR MEMBER OF THE CREW OF ANY VESSEL OR BY ANY EMPLOYEE OF THE INSURED IN THE COURSE OF AN EMPLOYMENT SUBJECT TO THE UNITED STATES LONGSHOREMEN'S AND HARBOR WORKERS COMPENSATION ACT, U.S. CODE (1956) TITLE 33, SECTIONS 901-49 OR THE FEDERAL EMPLOYERS' LIABILITY ACT, U.S. CODE (1946) TITLE 45, SECTIONS 51-60, SUSTAINED BY ANY MEMBER OF THE FLYING CREW OF ANY AIRCRAFT, OR SUSTAINED BY ANY EMPLOYEE WITH RESPECT TO WHOM THE INSURED IS NOT REQUIRED TO CONTRIBUTE TO A WORKMAN'S COMPENSATION INSURANCE FUND;

B. TO LIABILITY ASSUMED BY THE INSURED UNDER ANY CONTRACT OR AGREEMENT, BUT THIS EXCLUSION DOES NOT APPLY TO A WARRANTY THAT WORK PERFORMED BY OR ON BEHALF OF THE INSURED WILL BE DONE IN A WORKMANLIKE MANNER;

C. (1) TO PUNITIVE OR EXEMPLARY DAMAGES ON ACCOUNT OF BODILY INJURY TO OR DEATH OF ANY EMPLOYEE EMPLOYED IN VIOLATION OF LAW, OR (2) WITH RESPECT TO ANY EMPLOYEE EMPLOYED IN VIOLATION OF THE LAW WITH THE KNOWLEDGE OR CONSENT OF THE INSURED OR ANY OFFICER THEREOF;

D. TO BODILY INJURY BY DISEASE UNLESS PRIOR TO THIRTY-SIX MONTHS AFTER THE END OF THE POLICY PERIOD WRITTEN CLAIM IS MADE OR SUIT IS BROUGHT AGAINST THE INSURED FOR DAMAGES BECAUSE OF SUCH INJURY OR DEATH RESULTING THEREFROM;

E. TO ANY OBLIGATION FOR WHICH THE INSURED OR ANY CARRIER AS HIS INSURER MAY BE HELD LIABLE UNDER ANY WORKMEN'S COMPENSATION OR OCCUPATIONAL DISEASE LAW, ANY UNEMPLOYMENT COMPENSATION OR DISABILITY BENEFITS LAW, OR UNDER ANY SIMILAR LAW;

F. TO FINES OR PENALTIES IMPOSED ON THE INSURED FOR FAILURE TO COMPLY WITH THE REQUIREMENTS OF ANY WORKMEN'S COMPENSATION OCCUPATIONAL DISEASE OR INDUSTRIAL SAFETY LAW.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.
This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form G-2240-0 4⑥   Printed in U.S.A.   2-'61

Countersigned by....................................
                                    Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016287

**SA 3280**

2-25-AVD.   250480 WILSON & ALLEN,INC.

Named Insured and Address

This endorsement forms a part of Policy No.... **10 C A43303**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA.**

**NORTH BRUNSWICK,NEW JERSEY**

Effective date............   **7/1/72**   Effective hour is the same as stated in the Declarations of the policy.

## EMPLOYERS LIABILITY STOP GAP COVERAGE ENDORSEMENT - CONTINUED

C. DEFINITIONS

A. BODILY INJURY BY ACCIDENT, BODILY INJURY BY DISEASE. THE CONTRACTION OF
DISEASE IS NOT AN ACCIDENT WITHIN THE MEANING OF THE WORD "ACCIDENT" IN THE
TERM "BODILY INJURY BY ACCIDENT" AND ONLY SUCH DISEASE AS RESULTS DIRECTLY
FROM A BODILY INJURY BY ACCIDENT IS INCLUDED WITHIN THE TERM "BODILY INJURY
BY ACCIDENT". THE TERM "BODILY INJURY BY DISEASE" INCLUDES ONLY SUCH
DISEASE AS IS NOT INCLUDED WITHIN THE TERM "BODILY INJURY BY ACCIDENT".

B. ASSAULT AND BATTERY. ASSAULT AND BATTERY SHALL BE DEEMED AN ACCIDENT
UNLESS COMMITTED BY OR AT THE DIRECTIONS OF THE INSURED.

D. APPLICATION OF ENDORSEMENT

THIS ENDORSEMENT APPLIES ONLY TO INJURY (1) BY ACCIDENT OCCURRING DURING
THE POLICY PERIOD, OR (2) BY DISEASE CAUSED OR AGGRAVATED BY EXPOSURE OF
WHICH THE LAST DAY OF THE LAST EXPOSURE, IN THE EMPLOYMENT OF THE INSURED,
TO CONDITIONS CAUSING THE DISEASE OCCURS DURING THE POLICY PERIOD.

SOLELY WITH RESPECT TO THE INSURANCE AFFORDED BY THIS ENDORSEMENT THE
LIMITS OF THE COMPANY'S LIABILITY SHALL BE STATED HEREIN AND NOT AS STATED
ELSEWHERE IN THE POLICY.

LIMITS OF LIABILITY. THE WORDS "DAMAGES BECAUSE OF BODILY INJURY BY
ACCIDENT OR DISEASE, INCLUDING DEATH AT ANY TIME RESULTING THEREFROM"
INCLUDE DAMAGES FOR CARE AND LOSS OF SERVICES AND DAMAGES FOR WHICH THE
INSURED IS LIABLE BY REASON OF SUITS OR CLAIMS BROUGHT AGAINST THE INSURED
BY OTHERS TO RECOVER THE DAMAGES OBTAINED FROM SUCH OTHERS BECAUSE OF SUCH
BODILY INJURY SUSTAINED BY EMPLOYEES OF THE INSURED ARISING OUT OF AND IN
THE COURSE OF THEIR EMPLOYMENT. THE LIMIT OF LIABILITY STATED IN ITEM 1
OF THE SCHEDULE AS APPLICABLE TO "EACH EMPLOYEE" IS THE TOTAL LIMIT OF THE
COMPANY'S LIABILITY FOR ALL DAMAGES BECAUSE OF BODILY INJURY BY ACCIDENT,
INCLUDING DEATH RESULTING THEREFROM, SUSTAINED BY ONE EMPLOYEE IN ANY ONE
ACCIDENT; AND, SUBJECT TO THE FOREGOING PROVISION RESPECTING "EACH EMPLOYEE".
THE LIMIT OF LIABILITY STATED IN ITEM I OF THE SCHEDULE AS APPLICABLE TO
"EACH ACCIDENT" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY FOR ALL
DAMAGES BECAUSE OF BODILY INJURY, INCLUDING DEATH RESULTING THEREFROM,
SUSTAINED BY TWO OR MORE EMPLOYEES IN ANY ONE ACCIDENT.

THE LIMIT OF LIABILITY STATED IN ITEM 1 OF THE SCHEDULE AS APPLICABLE TO
"EACH EMPLOYEE" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY FOR ALL
DAMAGES BECAUSE OF BODILY INJURY BY DISEASE INCLUDING DEATH RESULTING THERE-
FROM, SUSTAINED BY ONE EMPLOYEE; AND SUBJECT TO THE FOREGOING PROVISION
RESPECTING "EACH EMPLOYEE", THE LIMIT OF LIABILITY STATED IN ITEM 1 OF THE
SCHEDULE AS APPLICABLE TO "AGGREGATE DISEASE" IS THE TOTAL LIMIT OF THE
COMPANY'S LIABILITY FOR ALL DAMAGES BECAUSE OF BODILY INJURY BY DISEASE,
INCLUDING DEATH RESULTING THEREFROM, SUSTAINED BY EMPLOYEES IN OPERATIONS
IN ANY ONE STATED.

THE INCLUSION HEREIN OF MORE THAN ONE INSURED SHLL NOT OPERATE TO INCREASE
THE LIMITS OF THE COMPANY'S LIABILITY.
F. PREMIUM. THE PREMIUM IS BASED ON THE ENTIRE REMUNERATION EARNED DURING THE
POLICY PERIOD BY SUCH EMPLOYEES OF THE NAMED INSURED AS ARE REPORTED AND
DECLARED UNDER THE WORKMEN'S COMPENSATION LAW OF EACH STATE DESIGNATED IN
ITEM 2 OF THE SCHEDULE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue, of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form G-2240-0 C  Printed in U.S.A.  2-'64

Countersigned...................   Countersigned...................
                                    Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Confidential - Subject to Protective
Order

| Date | AT | Inst. | Type | Tran. | CASUALTY AND MARINE CODING APRON | | Original Premium (Type X ) |
|---|---|---|---|---|---|---|---|
| | 2 | 0 | 1 | 1 | | | |

| State | PIP | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | | | 1903.00 | 050 | 840 040 | | | | 9 | 9 | 0 | | | | | | | | 9 | 1 | 8 | 0 | 815.00 | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |

F/S 8 16 JAN 73

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | Pol dates 1-1-72/73 (55) |
|---|---|---|---|---|---|---|
| 10-72 | 2718.00 | 050 | | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

RISK CARD

M.G.R

Form OA-448-0   Printed in U.S.A.   7-'71

Confidential - Subject to Protective Order

HFBKPLAN016289

SA 3282

## CORRECTION SLIP

Premium Accounting Dept.

Date of Correction: 3/1/73

### DEBIT

| AGENCY CODE | EFFECTIVE (Month) (Year) | PREMIUM | RATE OF COMMISSION |
|---|---|---|---|
| | | | |

### CREDIT

| | | | |
|---|---|---|---|
| 25-0480 | 10/1/72 | 2,718.00 | 050 |

REASON FOR CORRECTION   Cred premium FS 316 1/73 rec'd in duplicate (56)

Register of Production Reviewed for  1/73

Initiated by  K. Sota

Approved by

Form ACC-255-4   Printed in U. S. A.   9-'70

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016290

SA 3283

| | | | | Inst. | Type | Tran. | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | O | I | ) | | CASUALTY AND MARINE CODING APRON | | | | | | | | | | | | | | | | | | Original Premium (Type X Only) | |

| State | PIP | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | | | 1903.00 | 050 | 040 | | | | 9 | 9 | 0 | | | | | | | | 9 | 1 | 8 | 0 | 815.00 | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | F/S | 1 | 6 | 8 | MAR '73 | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | Pol dates 1-1-72-73 (51) |
|---|---|---|---|---|---|---|
| 1-0-72 | 2718.00 | 050 | | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

MGR

Form OA-448-0   Printed in U. S. A.   7-'71

Confidential - Subject to Protective Order



BOY SCOUTS OF AMERICA
COMPREHENSIVE GENERAL LIABILITY POLICY # 10 CA 43303
REPORT # 8
EFFEC. 7/16/72 - 8/15/72

| CERT # | COUNCIL NAME & ADDRESS | REGION & COUNCIL # | MEMBERSHIP | EFFECTIVE DATE | PREMIUM |
|---|---|---|---|---|---|
| 287 | Central Minnesota 1701 9th Avenue St. Cloud, Minn. | 10-296 | 5,249 | 8/5/72 | $ 218.62 |
| 290 | Chickasaw Council 17 South Hollywood St. Memphis, Tenn. | 05-558 | 21,361 | 8/1/72 | 889.69 |
| 295 | Cayuga County Memorial City Hall Auburn, New York | 02-366 | 2,646 | 8/1/72 | 110.21 |
| 296 | Flint River Council 115 North 6th Street Griffin, Georgia | 06-095 | 4,430 | 7/18/72 | 184.51 |
| | TOTALS | | 33,686 | | $1,403.03 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

W Drew + Allen
# 25-0480

Named Insured and Address

**Boy Scouts of America**
**Route No. 1**
**North Brunswick, N. J.**

1-1-72 to 73

This endorsement forms a part of Policy No. **10 CA 43303**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date............ 4/1/72

Effective hour is the same as stated in the Declarations of the Policy.

Date ⏦ ...

**consideration of the additional premium of $26,130.36 it is agreed**
**that the policy is extended to provide coverage for councils in**
**accordance with Report No. 4 which is for the period 3/16/72 to**
**4/15/72.**

AIPBI 18,291.24
PB 7,839.12

ADDITIONAL PREMIUM: $26,130.36

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

4/25/72

Countersigned by......................................
                                    *Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form G-2240-0 A   Printed in U. S. A.   2-'64

Confidential - Subject to Protective Order

HFBKPLAN016293

SA 3286



BI

PS

Ann Prem 24,398.08

10,456.32

P/R Tng .7497

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

HFBKPLAN016294

SA 3287

| | | (uto Only) | AT | Inst. 4 | Type 0 | Tran. 1 | 1 | | CASUALTY AND MARINE CODING APRON | | | | | | | | | | | | Original Premium (Type X Only) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| State | PIP | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | | | 411.96 | 050 | 0440 | | | | 9 | 9 | 0 | | | | | | | | 9 | 1 | 8 | 0 | 176.55 | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | F/S 1 8 7 SEP 72 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | (26) |
|---|---|---|---|---|---|---|
| 4-72 | 588.51 | 050 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the

RISK CARD

a.

0   Printed in U. S. A. 7-'71

Confidential - Subject to Protective Order

HFBKPLAN016295

SA 3288

| | | (lass Auto Only) | AT 2 | Inst. 0 | Type 1 | Tran. 1 | CASUALTY AND MARINE CODING APRON | | Original Premium (Type X Only) |
|---|---|---|---|---|---|---|---|---|---|

| State | PIP | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Sec-ondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | | | 18,291 24 | 050 | 040 | | | | | 9 | 9 0 | | | | | | | 9 | 1 8 0 | | | | 7839 12 | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | F/S 29 0 JUN '72 | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | (24) |
|---|---|---|---|---|---|---|
| 4-72 | 26,130 36 | 050 | | | | |
| | | | | | | |
| | | | | | | |

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.
RISK CARD
mGR

Form OA-448-0  Printed in U. S. A.  7-'71

Confidential - Subject to Protective Order

*Wilson + Allen # 250480*                                        *1-1-72-74*

Named Insured and Address

This endorsement forms a part of Policy No. **10 CA 43303**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**Boy Scouts of America**
**Route No. 1**
**North Brunswick, N. J.**

Effective date............................................ *4-1-72* Effective hour is the same as stated in the Declarations of the
Policy.

**It is agreed that the following council is to be added to Report #4.**
**Cert. No. 227 -   Concho Valley - San Angelo, Texas - Membership 7,850**
**Region & Council No. 09-741 -  Effective Date - 4/1/72.**

Additional Premium            $588.51

*BI - 411.96*
*PD - 176.55*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company, provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

**6/7/72**

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Countersigned by.................................................
                                                    Authorized Agent

Form G-2240-0 A   Printed in U. S. A.   2-'64

Confidential - Subject to Protective Order



REPORT # 3 (CONTINUED)

| CERT. NO. | REG. & COUNCIL | NAME OF COUNCIL | LOCATION | TOTAL MEMBERSHIP | EFFEC. DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 167 | 05-003 | Alabama-Florida Council | Dotham, Ala. | 6,600 | 2/28/72 | $ 549.78 |
| 168 | 01-078 | The Alfred W. Dater | Glenbrook, Conn. | 4,381 | 3/5/72 | 364.94 |
| 170 | 04-200 | Audubon Council | Owenboro, Ky. | 8,584 | 2/1/72 | 715.05 |
| 171 | 04-466 | Mahoning Valley | Youngstown, Ohio | 8,520 | 3/11/72 | 709.72 |
| 172 | 12-103 | Kilauea Council | Hilo, Hawaii | 3,140 | 3/1/72 | 261.66 |
| 174 | 12-022 | Alameda Council | Alamedo, Calif. | 2,360 | 3/2/72 | 196.59 |
| | | | TOTAL | 165,116 | | 813,754.15 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order          HFBKPLAN016298

SA 3291

BOY SCOUTS OF AMERICA
COMPREHENSIVE GENERAL LIABILITY
POLICY # 10 CA 43303
REPORT # 3
PERIOD: 2/16/72 - 3/15/72

| CERT. NO. | REG. & COUNCIL | NAME OF COUNCIL | LOCATION | TOTAL MEMBERSHIP | EFFEC. DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 113 | 03-499 | Elk Lick | Bradford, Pa. | 3,040 | 3/1/72 | 253.23 |
| 120 | 08-638 | Central Wyoming | Casper, Wyoming | 7,024 | 3/1/72 | 585.10 |
| 121 | 09-468 | Arbuckle, Area | Ardmore, Okla. | 4,165 | 3/1/72 | 346.94 |
| 122 | 07-624 | Gateway Area Council | La Crosse, Wisconsin | 6,209 | 3/1/72 | 517.21 |
| 124 | 02-406 | Upper Mohawk | Utica, N. Y. | 6,073 | 3/1/72 | 505.88 |
| 130 | 03-508 | Penn's Wood | Winber, Pa. | 13,807 | 2/16/72 | 1,150.12 |
| 131 | 07-711 | The Wolverine | Dundee, Mich. | 7,177 | 3/1/72 | 597.84 |
| 132 | 03-539 | Chester County | West Chester, Pa. | 11,816 | 3/11/72 | 984.27 |
| 138 | 11-737 | Tumwater Area Council | Olympia, Wash. | 5,048 | 2/16/72 | 420.50 |
| 149 | 07-702 | Rainbow Council | Morris, Ill. | 8,707 | 3/2/72 | 725.29 |
| 150 | 12-027 | Sequoia Council | Fresno, Calif | 12,248 | 3/1/72 | 1,020.26 |
| 151 | 06-427 | Old Hickory | Winston, Salem N. C. | 9,048 | 3/1/72 | 753.70 |
| 154 | 07-127 | Two Rivers Council | Aurora, Ill. | 15,314 | 3/1/72 | 1,275.66 |
| 156 | 01-749 | Lone Tree Council | Havervill, Mass. | 5,059 | 3/6/72 | 421.41 |
| 157 | 07-731 | Pottawattomie Council | Michigan City, Ind. | 6,000 | 2/26/72 | 499.80 |
| 163 | 12-031 | Stanford Area | Palo Alto, Calif. | 5,356 | 2/18/72 | 446.32 |
| 166 | 12-054 | Mt. Whitney Area | Visalia, Calif. | 5,438 | 3/1/72 | 452.98 |

The company locates that documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016299

SA 3292

*Wilson & Allen*
*# 25 - 0780*

This endorsement forms a part of Policy No....... **10 CA 43303**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................. *3/1/72*

Named Insured and Address

**Boy Scouts of America**
**Route No. 1**
**North Brunswick, N.J.**

*1-1-72-73*    *9627.91*
                *PPBM 9620.07*
                *15 4/26. 24*

Effective hour is the same as stated in the Declarations of the
Policy.

Date (Mass Auto      ...sideration of the additional premium of $13,754.15 it is agreed
                      the policy is extended to provide coverage for councils in
                      ...cordance with report No. 3  which is for the period 2/16/72 to
                      2/??/?...

ADDITIONAL PREMIUM:   $13,754.15

(19)

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

*4/12/72*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Countersigned by......................................................
                                                    *Authorized Agent*

Form G-2240-0 A  Printed in U. S. A.  2-'64

Confidential - Subject to Protective Order

HFBKPLAN016300

SA 3293

Ann Prem.

B1

11,558.12

P/S

4,963.48

P/R Fig. 833

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

| State | PIP | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

AT 2 0   Inst.   Type   Tran.

**CASUALTY AND MARINE CODING APRON**   Original Premium (Type X Only)

29    9622.91   050   0440      9 9 0         9 1 8 0   4126 24

(20)   F/S 29 0 JUN '72

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. |
|---|---|---|---|---|---|
| 3-72 | 13,754 15 | 050 | | | |

RISKS CARD  mGR

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form OA-448-0   Printed in U.S.A.   7-'71

Confidential - Subject to Protective Order

BOY SCOUTS OF AMERICA
POLICY # 10 CA 43303
REPORT # 4
(CONTINUED)

*Rates*
*P.D*

| CERT# | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFEC. DATE | PREMIUM |
|-------|-----------|--------------|----------|-----------|-------------|---------|
| 191 | 07-125 | Prairie Council | Galesburg, Ill. | 5,301 | 3/25/72 | 397.42 |
| 192 | 08-177 | Mid-Iowa Council | Des Moines, Iowa | 27,225 | 4/1/72 | 2,041.06 |
| | 08-087 | North Florida | Jacksonville, Fla. | 21,217 | 4/7/72 | 1,590.64 |
| 195 | 02-348 | Hudson Hamiliton | West New York, N. J. | 7,407 | 4/1/72 | 555.30 |
| 196 | 04-458 | Firelands Area | Sandusky, Ohio | 11,116 | 4/1/72 | 833.37 |
| 197 | 12-033 | Long Beach Area | Long Beach, Calif. | 12,674 | 4/1/72 | 950.17 |
| 198 | 05-560 | Middle Tennessee | Nashville, Tenn. | 47,616 | 4/1/72 | 3,569.77 |
| 199 | 05-659 | Tennessee Valley | Huntsville, Ala. | 18,455 | 4/1/72 | 1,383.57 |
| 204 | 04-672 | Tri-State Area | Huntington, West Va. | 5,936 | 4/1/72 | 445.02 |
| 205 | 02-378 | Mohican County | Glens Falls, New York | 5,070 | 4/1/72 | 380.10 |
| | 05-557 | Great Smoky Mt. | Knoxville, Tenn. | 17,462 | 4/1/72 | 1,309.13 |
| | | | TOTALS | 348,544 | | $26,130.36 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016303

SA 3296

BOY SCOUTS OF AMERICA
COMPREHENSIVE GENERAL LIABILITY
POLICY # 10 CA 43303
REPORT # 4
EFFEC. 3/16/72 - 4/15/72

| CERT. # | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFEC. DATE. | PREMIUM |
|---------|-----------|--------------|----------|------------|--------------|---------|
| 125 | 01-072 | Nathan Hale | Plainville, Conn. | 5,903 | 3/20/72 | 442.55 |
| 126 | 06-101 | Northeast Georgia | Athens, Georgia | 8,881 | 3/31/72 | 665.81 |
| 148 | 05-556 | Cherokee Council | Chattanoga, Tenn. | 13,272 | 3/18/72 | 995.00 |
| 155 | 09-578 | Three Rivers | Beaumont, Texas | 17,058 | 3/16/72 | 1,278.84 |
| 164 | 02-350 | Bergen County | River Edge, N. J. | 22,118 | 3/23/72 | 1,658.19 |
| 165 | 12-102 | Maui County | Wailuku Maui, Hawii | 2,429 | 3/23/72 | 182.10 |
| 169 | 07-277 | Blue Water Area | Port Huron, Mich. | 4,901 | 3/29/72 | 367.43 |
| 173 | 11-106 | Ore-Ida Council | Boise, Idaho | 10,606 | 3/31/72 | 795.13 |
| 175 | 12-029 | Desert Trails | ElCentro, Calif. | 4.670 | 4/1/72 | 350.11 |
| 176 | 02-334 | Southern, New Jersey | Seabrook, N. J. | 11,828 | 4/1/72 | 886.75 |
| | 07-116 | Okaw Valley | Belleville, Ill. | 14.375 | 4/1/72 | 1,077.69 |
| 178 | 12-012 | Grand Canyon | Flagstaff, Ariz. | 4,634 | 4/1/72 | 347.41 |
| 179 | 12-035 | Marin Council | San Rafael, Calif. | 7,473 | 4/10/72 | 560.25 |
| 182 | 07-136 | Thatcher Woods | Oak Park, Ill. | 8,881 | 4/2/72 | 665.81 |
| 184 | 01-230 | Nashua Valley | Lancaster, Mass. | 7,274 | 3/30/72 | 545.33 |
| 186 | 01-073 | Indian Trails | New London, Conn. | 13,172 | 4/15/72 | 987.88 |
| 190 | 06-091 | Chatahooche | Columbus, Georgia | 11,585 | 4/1/72 | 868.53 |

The company produced the 72 documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

HFBKPLAN016304

SA 3297

*Wilson & Allen* # 250480

1-1-72-73

Named Insured and Address

This endorsement forms a part of Policy No. **10 CA 43303**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**Boy Scouts of America
Route No. 1
North Brunswick, N. J.**

...tive date...  1-1-72

Effective hour is the same as stated in the Declarations of the
Policy.

**the membership figure for the following council is to be amended
... as follows:**

| COUNCIL | SHOWN AS | SHOULD BE |
|---|---|---|
| **Rio Grande Council**<br>**Certificate # - 215**<br>**Region & Council # - 03-537**<br>**Effective Date: January 1, 1972** | **7,700** | **7,416** |

(15)

**RETURN PREMIUM: 28.39**

BI= 19.87
PD= 8.52

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

7/10/72

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Countersigned by ..................................................
                                              Authorized Agent

Form G-2240-0 A  Printed in U. S. A.  2-'64

Confidential - Subject to Protective Order

HFBKPLAN016305

SA 3298

*Wilson + Allen # 250480*

*1-1-72-73*

Named Insured and Address

This endorsement forms a part of Policy No. **10 CA 43303**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**Boy Scouts of America**
**Route No. 1**
**North Brunswick, N. J.**

Effective date.................................... *4-6-72*........ Effective hour is the same as stated in the Declarations of the
Policy.

in consideration of the additional premium of $13,697.79 it is agreed

that the policy is extended to provide coverage for councils in accordance

with Report No. 5 which is for the period 4/16/72 to 5/15/72.

ADDITIONAL PREMIUM: $13,697.79

*BI - 9,588.45*

*PD - 4,109.34*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.


**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

6/5/72

(29)

Countersigned by ........................................
Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy

Form G-2240-0 A   Printed in U. S. A.   2-'64

Confidential - Subject to Protective Order

HFBKPLAN016306

SA 3299

| | | | | AT | Inst. | Type | Tran. | CASUALTY AND MARINE CODING APRON | | | | | | | | | | | | | | | Original Premiums (Type X Only) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Mass Auto Only) | | | | 4 | 0 | 1 | 1 | | | | | | | | | | | | | | | | | |
| State | PIP | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |

| State | PIP | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | | | 19.87 | 050 | 0440 | | | | 9 | 9 | 0 | | | | | | | | 9 | 1 | 8 | 0 | 8.52 | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | ⑯ | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | F/S 1 8 7 SEP 72 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | | |
|---|---|---|---|---|---|---|---|
| 1-72 | 28.39 | 050 | | | | | |

Form OA-448-0   Printed in U.S.A.   7-'71

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016307

SA 3300

| | AT | Inst. | Type | Tran. | CASUALTY AND MARINE CODING APRON | | Original Premium (Type X Only) | |
|---|---|---|---|---|---|---|---|---|
| | 4 | 0 | 1 | 1 | | | | |

| State | PIF | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | | | 9588.45 | 050 | 0440 | | | | 9 | 9 | 0 | | | | | | | | 9 | 1 | 8 | 0 | 409.34 | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | F/S 1 8 7 SEP 72 | | | | | | | | | |

| | Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | (30) | | |
|---|---|---|---|---|---|---|---|---|---|
| | 4-72 | 13679.97 | 050 | | | | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy

RISK CARD

Form OA-448-0   Printed in U.S.A.   7-'71

Confidential - Subject to Protective Order

HFBKPLAN016308

SA 3301

**THE HARTFORD**
INSURANCE GROUP
OF CONNECTICUT

**CORRECTION SLIP**

Premium Accounting Dept.

Date of Correction *3/1/73*

## DEBIT

| AGENCY CODE | EFFECTIVE (Month) (Year) | PREMIUM | RATE OF COMMISSION |
|---|---|---|---|
| 25·0480 | 4/16/78 | 17.82 | 050 |

## CREDIT

| | | | |
|---|---|---|---|
| 4/16/72 | | | |

REASON FOR CORRECTION *Addl. Premium for 13,697.79 was entered as 13,679.97*

Register of Production Reviewed for *9/74*

Initiated by *[signature]*

Approved by *[signature]*

Form ACC-255-4  Printed in U.S.A.  9-70

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016309

SA 3302

| | (Mass Auto Only) | | | AT 4 | Inst. O | Type l | Tran. l | CASUALTY AND MARINE CODING APRON | | | | | | | | | | | | | Original Premium (Type X Only) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| State | PIP | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | | | 17.82 | 050 | 0440 | | | | 9 | | 1 | | | | | | | | 9 | 1 | 8 | 0 | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | |
|---|---|---|---|---|---|---|
| 4-72 | 17.82 | 050 | | | | (32) Gocts request |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form OA-448-0   Printed in U.S.A.   7-'71

Confidential - Subject to Protective Order

HFBKPLAN016310

SA 3303

*Wilson & Allen* # 250480

1-1-72-73

Named Insured and Address

This endorsement forms a part of Policy No..... **10 CA 43303** ..........
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**Boy Scouts of America**
**Route 1**
**North Brunswick, N. J.**

Effective date............. ~~6/9/72~~ 5-1-72 ...........Effective hour is the same as stated in the Declarations of the
Policy.

**... the following councils are to be added to Report #5:**

| Cert. # | Council | Location | Membership | Effec. Date | Prem. |
|---------|---------|----------|-----------|-------------|-------|
| 189 | Housatonic | Derby Conn. | 3,159 | 5/1/72 | $ 210.52 |
| 272 | Robert Treat | Newark, N. J. | 12,506 | 5/13/72 | 833.40 |
| | | | | ADDITIONAL PREMIUM | $1,043.92 |

*BI - 730.74*
*313.08*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

THE HARTFORD
INSURANCE GROUP    6/9/72
HARTFORD, CONNECTICUT

(33)

Countersigned by.................................................
                                        *Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form G-2240-0 A   Printed in U. S. A.   2-'64

Confidential - Subject to Protective Order

HFBKPLAN016311

SA 3304

| State | | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Sec- ondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**AT** 4  **Inst.** 0  **Type** 1  **Tran.** 1

## CASUALTY AND MARINE CODING APRON

Original Premium (Type Y Off.)

730.74  050 0440   9 9 0   9 1 8 0 313.18

F/S 1 8 7 SEP 72

(34)

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. |
|---|---|---|---|---|---|
| 5-72 | 1043.92 | 050 | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

RISK CARD

a.

Form OA-448-0   Printed in U.S.A.   7-'71

Confidential - Subject to Protective Order

Page 3

BOY SCOUTS OF AMERICA
COMPREHENSIVE GENERAL LIABILITY
POLICY # 10 CA 43303
REPORT # 6
EFFEC. 5/16/72 - 6/15/72
(CONTINUED)

| CERT. # | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFEC. DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 67 | 10-299 | Gamehaven Area | Rochester, Minn. | 10,600 | 6/1/72 | $ 618.09 |
| 269 | 11-352 | Thomas Edison | Edison, New Jersey | 16,227 | 6/10/72 | 946.20 |
| 270 | 06-099 | Coastal Empire | Savannah, Georgia | 6,844 | 5/31/72 | 399.07 |
| 273 | 05-713 | Sequoyah, Council | Johnson City, Tenn. | 12,146 | 6/11/72 | 708.23 |
| 274 | 08-306 | Mo-Kan Area | Joplin, Missouri | 6,423 | 6/15/72 | 374.53 |
| 276 | 06-096 | Central Georgia | Macon, Georgia | 9,398 | 6/1/72 | 548.00 |
| | | | TOTALS | 369,984 | | $21,573.77 |

(35)

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016313

SA 3306

BOY SCOUT  OF AMERICA
COMPREHENSIVE GENERAL LIABILITY
POLICY # 10 CA 43303
REPORT # 6
EFFEC. 5/16/72 - 6/15/72
(CONTINUED)

| CERT. # | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFEC. DATE | PREMIUM |
|---------|-----------|--------------|----------|-----------|-----------|---------|
| 7 | 06-089 | Pinellas Area | Seminola, Florida | 10,949 | 6/1/72 | $ 638.44 |
| 248 | 04-618 | Kootaga Area | Parkersburg, West Va. | 6,786 | 6/1/72 | 395.69 |
| 252 | 08-309 | Kansas City | Kansas City, Mo. | 42,700 | 5/16/72 | 2,489.84 |
| 253 | 05-559 | West Tennessee | Jackson, Tenn. | 9,400 | 5/29/72 | 548.11 |
| 254 | 12-042 | Piedmont Council | Piedmont, Calif. | 846 | 6/1/72 | 49.33 |
| 255 | 04-756 | Chief Cornstalk | Logan, West Va. | 5,511 | 5/29/72 | 321.35 |
| 256 | 05-211 | Istrauma Area Council | Baton, Rouge, La. | 15.246 | 6/1/72 | 888.99 |
| 258 | 06-550 | Coastal Carolina | Charleston, So. Carolina | 16,038 | 6/1/72 | 935.18 |
| 260 | 08-179 | Prairie Gold | Sioux City, Iowa | 16,255 | 6/2/72 | 947.83 |
| 262 | 04-615 | Mountainear Council | Fairmont, West Va. | 4,096 | 6/4/72 | 238.84 |
| 263 | 08-171 | Southeast Iowa | Burlington, Iowa | 5,808 | 6/1/72 | 338.66 |
| 264 | 02-338 | Union Council | Elizabeth, New Jersey | 10,272 | 6/15/72 | 598.96 |
| 265 | 07-635 | Chippewa Valley | Eau Claire, Wisconsin | 9,098 | 5/25/72 | 530.50 |
| 266 | 07-679 | Delaware County | Muncie, Indiana | 4,897 | 6/1/72 | 285.54 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016314

SA 3307

BOY SCOUTS OF AMERICA
COMPREHENSIVE GENERAL LIABILITY
POLICY # 10 CA 43303
REPORT # 6
EFFEC. 5/16/72 - 6/15/72

| CERT. # | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFEC. DATE | PREMIUM |
|---|---|---|---|---|---|---|
| 133 | 07-144 | Abraham Lincoln | Springfield, Ill. | 9,739 | 6/1/72 | $ 567.88 |
| 187 | 12-057 | Ventura County | Camarillo, Calif. | 12,108 | 5/23/72 | 706.02 |
| 188 | 01-075 | Mauwehu Council | Ridgefield, Conn. | 10,861 | 5/20/72 | 633.30 |
| 202 | 11-109 | Tendoy Area | Pocatello, Idaho | 9,020 | 6/1/72 | 525.96 |
| 211 | 02-333 | Tamarack Council | Rutherford, N. J. | 5,182 | 6/1/72 | 302.16 |
| 217 | 06-419 | Uwharrie Council | High Point, N. C. | 3,901 | 5/29/72 | 227.47 |
| 218 | 01-238 | Greater Lowell Council | Lowell, Mass. | 6,766 | 5/16/72 | 394.53 |
| 223 | 07-266 | Grand Valley | Grand Rapids, Mich. | 21,945 | 5/21/72 | 1,279.61 |
| 233 | 02-358 | Watchung Area | Plainfield, N. J. | 17,623 | 5/27/72 | 1,027.60 |
| 234 | 12-048 | Arrowhead Council | San Bernadino, Calif. | 14,022 | 5/17/72 | 817.62 |
| 235 | 12-041 | Sonoma- Mendocino | Petaluma, Calif | 7,857 | 5/20/72 | 458.14 |
| 239 | 05-014 | Ouachita Area | Hot Springs, Ark. | 3,153 | 5/27/72 | 183.85 |
| 240 | 07-117 | Arrowhead Council | Champaign, Ill. | 5,993 | 6/1/72 | 349.45 |
| 242 | 07-634 | Southeast Wisconsin | Racine, Wisconsin | 12,150 | 6/15/72 | 708.47 |
| 244 | 01-712 | North Essex Council | Lawrence, Mass. | 4,410 | 6/10/72 | 257.15 |
| 246 | 06-006 | Black Warrior | Tuscaloosa, Ala. | 5,714 | 6/1/72 | 333.18 |

The company locates these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

| PIP | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary |
|-----|------|------|------|------|------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|------|------|
| | | 15101.64 | 050 | 0440 | | | | 9 | 9 | 0 | | | | | | | | | 9 | 1 | 8 | 0 | 6472.13 | |

**CASUALTY AND MARINE CODING APRON**

Inst. 4  Type 0  Tran. 1 / 1

F/S 1 8 7 SEP 72

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | (39) |
|------|------|------|------|------|------|------|
| 5-72 | 21573.77 | 050 | | | | |

OA-448-0  Printed in U. S. A.  7-'71

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy

Confidential - Subject to Protective Order

HFBKPLAN016316

SA 3309

## CASUALTY CODING APRON (Other than Automobile)

| | AT | Inst. | Type | Tran | | | | | | Original Premium (Type X Only) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 0 | 0 | 1 | | | | | | | |

| State | FTC | Dev | Primary Premiums | Comm | Line | Terr | Limits or Pol Fm | KE D | Exposure | | Class | Secondary Premium | Primary | Secondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Exposure | Fm Cv | | | | |
| 39 | | | 32,540.⁰⁰ | 050 | 440 | Y | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

E/S 83 6 JAN '72

**TOTAL $ 32,540.⁰⁰ @ 050** (2)

PR

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form OA-247-0   Printed in U. S. A.   11-'68

Confidential - Subject to Protective Order

HFBKPLAN016317

SA 3310

## CASUALTY CODING APRON (Other than Automobile)

| | | Date | AT | Inst. | Type | Tran | | | | | Original Premium (Type X Only) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | 1-1-72 | 2 | 0 | 1 | 1 | 1-1-72 - 73 | | | | | |

| State | FTC | Dev | Primary Premiums | Comm | Line | Terr | Limits or Pol Fm | KE D | Exposure Exposure | Fm Cv | Class | Secondary Premium | Primary | Secondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | | C | 32540.00 | 050 | 0440 | Y | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | m/o Temp | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**TOTAL $**

③

F/S 29 FEB 72

Form OA-247-0  Printed in U. S. A.  11-'68

Confidential - Subject to Protective Order

*Wilson & Allen* # 250480

Named Insured and Address  1-1-72-73

This endorsement forms a part of Policy No. **10 CA 43303**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**Boy Scouts of America**
**Route No. 1**
**North Brunswick, N. J.**

Effective date........... 7/13/72  6-5-72 ...........Effective hour is the same as stated in the Declarations of the Policy.

### The following councils are to be added to Report #6:

| CERT. # | COUNCIL | LOCATION | MEMBERSHIP | EFFEC. DATE | PREMIUM |
|---|---|---|---|---|---|
| 288 | Scenic Trails | Traverse City, Mich. | 7,606 | 6/5/72 | $ 443.51 |
| 291 | Piedmont Council | Gastonia, N. C. | 15,741 | 6/15/72 | 917.86 |
| 293 | Cape Cod Council | Hyannis, Mass. | 4,550 | 6/3/72 | 265.31 |
| 292 | The Tall Pine | Flint, Mich. | 20,251 | 6/12/72 | 1,180.84 |
| | | Totals | 48,148 | | $2,807.52 |

BI - 1979.26
PD  828.26

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company, provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

7/13/72

Countersigned by ............................................................
Authorized Agent

Form G-2240-0 A  Printed in U. S. A.  2-'64

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016319

SA 3312

| State | PIP | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

(Inst. 4, Type 0, Tran. 1 1)

**CASUALTY AND MARINE CODING APRON**

Original Premium (Type X Only)

| State | PIP | Tax Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 4 | | | 1979.26 | 050 | 0440 | | | | 9 | 9 | 0 | | | | | | | | 9 | 1 | 8 | 0 | 828.26 | | |

F/S 1 8 7 SEP '72

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | (41) |
|---|---|---|---|---|---|---|
| 6-72 | 2807.52 | 050 | | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

RISK CARD

Printed in U. S. A.  7-'71

Confidential - Subject to Protective Order

HFBKPLAN016320

SA 3313

BOY SCOUTS OF AMERICA
COMPREHENSIVE GENERAL LIABILITY POLICY # 10 CA 43303
REPORT # 1
PERIOD: 1/1/72 - 1/15/73
ADDITIONAL INSURED COUNCILS

*Rates*

| NAME OF COUNCIL | REG. & COUNCIL # | LOCATION | TOTAL MEMBERSHIP | EFFEC. DATE | PREM. |
|---|---|---|---|---|---|
| Grayback Council Inc. | 12 - 024 | Redlands Calif. | 3,120 | 1/10/72 | $ 312.00 |
| Pony Express Council | 08 - 311 | St. Joseph Missouri | 8,913 | 1/1/72 | 891.30 |
| Western Alaska Council | 11 - 610 | Anchorage Alaska | 7,270 | 1/1/72 | 727.00 |
| Northwest Georgia Council | 06 - 100 | Rome, Georgia | 4,908 | 1/1/72 | 490.80 |
| General Herkimer Council | 02 - 400 | Herkimer, N. Y. | 2,971 | 1/1/72 | 297.10 |
| | | Total | 27,182 | | $2,718.22 |

*.07.03   31 PB   20*

⑥

*also   10 - C - A 43305   $17900*
*10 - NU - A 43302   $1.70*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

HFBKPLAN016321

SA 3314

BOY SCOUTS OF AMERICA - 10 C A43303 - 1 1 72 TO 1 1 73
COMPREHENSIVE GENERAL LIABILITY
COUNCILS INCLUDED: EFFECTIVE JANUARY 1ST, 1972

| COUNCIL NAME | LOCATION | REGION & COUNCIL # | MEMBERSHIPS |
|---|---|---|---|
| APPALACHIAN COUNCIL INC | BLUFIELD, WEST VA. | 04-707 | 4,363 |
| BAYONNE COUNCIL | BAYONNE, N J | 02-332 | 1,762 |
| CORNHUSKER COUNCIL INC | LINCOLN, NEBRASKA | 08-324 | 12,122 |
| GULF COAST COUNCIL | PENSARDA, FLORIDA | 05-773 | 15,414 |
| ST LOUIS AREA COUNCIL | ST LOUIS, MO | 08-312 | 68,483 |
| TETON PEAKS COUNCIL | IDAHO FALLS, IDAHO | 11-109 | 12,402 |
| GULF STREAM COUNCIL INC | WEST PALM BEACH, FLA | 06-885 | 8,558 |
| BUCKTAIL COUNCIL | DUBOIS, PA | 03-509 | 6,520 |
| WEST SUBURBAN COUNCIL | LA GRANGE, ILL | 07-147 | 12,028 |
| SUNNY LAND COUNCIL | SARASOTA, FLORIDA | 06-724 | 4,513 |
| WYO BRASKA COUNCIL | SCOTTSBLUFF, NEB | 08-325 | 5,088 |
| GEORGE ROGERS CLARK AREA COUNCIL | NEW ALBANY, INDIANA | 07-143 | 4,950 |
| STALOGA COUNCIL | SHARON, PENN | 03-531 | 4,406 |
| KATOHDIN COUNCIL INC | BANGOS, MAINE | 01-216 | 8,488 |
| SANTE FE TRAIL COUNCIL | GARDEN CITY, KANSAS | 08-194 | 4,106 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016322

SA 3315

(PAGE #2)

BOY SCOUTS OF AMERICA - 10 C A43303 - 1 1 72 TO 1 1 73
COMPREHENSIVE GENERAL LIABILITY
COUNCILS INCLUDED:  EFFECTIVE - JANUARY 1ST, 1972

| COUNCIL NAME | LOCATION | REGION & COUNCIL # | MEMBERSHIPS |
|---|---|---|---|
| WESTERN RESERVE COUNCIL | WARREN, OHIO | 04-461 | 5,930 |
| STARVED ROCK AREA COUNCIL | LA SALLE, ILL | 07-132 | 5,400 |
| NEW ORLEANS AREA COUNCIL | METAIRIE, LA | 05-214 | 26,687 |
| RIP VAN WINKLE COUNCIL | KINGSTON, N Y | 02-405 | 4,940 |
| COLONEL DRAKE COUNCIL INC | OIL CITY, PA | 03-537 | 3,554 |
| RIO GRANDE COUNCIL | HARLINGEN, TEXAS | 09-775 | 7,700 |
| VALLEY FORGE COUNCIL | VALLEY FORGE, PA | 03-507 | 50,300 |
| DAN BEARD COUNCIL | CINCINATTI, OHIO | 04-438 | 41,874 |
| CADDO COUNCIL | TEXARKANA, TEXAS | 09-584 | 5,990 |
| | | TOTAL | 325,402 |



The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016323

SA 3316