## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Bankruptcy Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al*., | Lead Case No. 22-cv-01237-RGA |
| Appellants. | Consolidated Case Nos. 22-cv-01238-RGA; |
| v. | 22-cv-01239-RGA; 22-cv-01240-RGA; |
| Boy Scouts of America and Delaware BSA, LLC, *et al.*, | 22-cv-01241-RGA; 22-cv-01242-RGA; 22-cv-01243-RGA; |
| Appellees. | 22-cv-01244-RGA; 22-cv-01245-RGA; 22-cv-01246-RGA; 22-cv-01247-RGA; 22-cv-01249-RGA; 22-cv-01250-RGA; 22-cv-01251-RGA; 22-cv-01252-RGA; 22-cv-01258-RGA; 22-cv-01263-RGA |

## DEBTORS-APPELLEES' APPENDIX TO CONSOLIDATED ANSWERING BRIEF: VOLUME 14 (SA 3317 THROUGH SA 3521)

Dated: December 7, 2022

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
Glenn M. Kurtz (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
jessica.lauria@whitecase.com
gkurtz@whitecase.com

WHITE & CASE LLP
Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

WHITE & CASE LLP
Ronald K. Gorsich
Doah Kim
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone:  (213) 620-7700
rgorsich@whitecase.com
doah.kim@whitecase.com

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

*Counsel for Debtors-Appellees and Debtors in Possession*

## INDEX OF SUPPLEMENTAL DOCUMENTS

| BSA Records | Joint Trial Exhibit No. | Appendix Page Nos. |
| --- | --- | --- |
| List of Current Members of the NEB (Exhibit B to Desai Declaration) | 1-191 | SA 0001 – SA 0004 |
| List of Current Members of the NEC (Exhibit E to Desai Declaration) | 1-192 | SA 0005 – SA 0007 |
| BSA Charter and Bylaws (as amended through May 2021) | 468 | SA 0008 – SA 0035 |
| Rules and Regulations of the Boy Scouts of America (September 2020) | 291 | SA 0036 – SA 0059 |
| Local Council Charter Renewals (Excerpt) | 7-3 | SA 0060 – SA 0063 |
| 2010 Articles of Incorporation Template (Mobile Area Council Articles of Incorporation, Art. II. Duration) | 187 | SA 0064 – SA 0067 |
| Form of Annual Unit Charter Agreement (2020) | 264 | SA 0068 – SA 0069 |
| BSA Bylaws (June 1, 2019) | 234 | SA 0070 – SA 0095 |
| Local Council Charter Renewal for Greenwich NR A2 (January 15, 2020) | 2976 | SA 0096 |
| Troop Roster for Troop 172 (Patriots Path Council) (Redacted) | 17 | SA 0097 – SA 0106 |
| Troop Roster for Sanford Troop 37 (Abraham Lincoln Council) (Redacted) | 23 | SA 0107 – SA 0108 |

| | | |
|---|---|---|
| Examples and Templates of Local Council Articles & Bylaws | 7-2 | SA 0109 — SA 0373 |
| Troop Roster for Pack C-3210 (Cape Fear Council) (Redacted) | 43 | SA 0374 — SA 0377 |

| Proofs of Claim | Appendix Page Nos. |
|---|---|
| Proof of Claim No. 8174 | SA 0378 — SA 0387 |
| Proof of Claim No. 639 | SA 0388 — SA 0390 |
| Proof of Claim No. 4971 | SA 0391 — SA 0405 |
| Proof of Claim No. 9558 | SA 0406 — SA 0408 |
| Proof of Claim No. 9430 | SA 0409 — SA 0412 |
| Proof of Claim No. 9511 | SA 0413 — SA 0416 |
| Proof of Claim No. 12203 | SA 0417 — SA 0424 |
| Proof of Claim No. 5113 | SA 0425 — SA 0428 |
| Proof of Claim No. 10390 | SA 0429 — SA 0433 |
| Proof of Claim No. 12530 | SA 0434 — SA 0449 |
| Proof of Claim No. 1248 | SA 0450 — SA 0452 |
| Proof of Claim No. 9123 | SA 0453 — SA 0462 |
| Proof of Claim No. 7826 | SA 0463 — SA 0466 |

| | |
|---|---|
| Proof of Claim No. 343-13 | SA 0467 – SA 0469 |
| Proof of Claim No. 343-26 | SA 0470 – SA 0472 |
| Proof of Claim No. 6346 | SA 0473 – SA 0477 |

| State and Federal Litigation Documents | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Illinois Complaint filed by National Surety | 162 | SA 0478 – SA 0493 |
| Texas Complaint against Century, National Surety and Allianz | 185 | SA 0494 – SA 0515 |
| Texas Complaint against Hartford | 181 | SA 0516 – SA 0528 |
| Third Amended Complaint: *John Does I-XIX v. Boy Scouts of America, Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, et al.* (District Court for the District of Idaho, No. 1:13-cv-00275-BLW) | 2912 | SA 0529 – SA 0587 |
| Trial by Jury Demand: *Plaintiffs v. Boy Scouts of America Corporation, Mobile Area Council Boy Scouts of America, et al.* (Circuit Court of Mobile County, Alabama, No. CV-2016) | 2920 | SA 0588 – SA 0617 |
| Notice of Removal: *A.A. v. the Boy Scouts of America, North Florida Council, Inc., Boy Scouts of America, et al.* (District Court for the Middle of District of Florida Ocala Division) | 2921 | SA 0618 – SA 1601 |
| Verified Complaint for Damages and Equitable Relief: *Plaintiff v. Roman Catholic Archbishop, et al.* (Superior Court of Guam, No. CV 0207-17) | 2910 | SA 1602 – SA 1613 |
| Complaint: *John Doe v. Boy Scouts of America; and Central Minnesota Council, Boy Scouts of America* (State of Minnesota County of Stearns, District Court, Seventh Judicial District, No. []) | 2913 | SA 1614 – SA 1638 |

| Documents filed in *In re Archbishop of Agana* ("AOA"), Case No. 19-00010 (Bankr. D. Guam) | AOA Docket No. | Appendix Page Nos. |
|---|---|---|
| Motion for Derivative Standing to Enforce the Automatic Stay and Take Other Actions | 616 | SA 1639 – SA 1659 |

| | | |
|---|---|---|
| Transcript of Hearing Held September 10, 2021 | 693 | SA 1660<br>–<br>SA 1681 |
| Third Amended Chapter 11 Plan | 920 | SA 1682<br>–<br>SA 1818 |
| BSA's Objection and Reservation of Rights to Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization for the Archbishop of Agana | 948 | SA 1819<br>–<br>SA 1836 |
| BSA's Objection to and Reservation of Rights to Debtors Motion Pursuant to Sections 105(a) and 363(f) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order (1) Approving Settlement Agreement Among the Archdiocese, the AOA Entities, the Official Committee of Unsecured Creditors, and AIG Insurers Entities, (2) Approving the Archdioceses Sale of the Policies Issued to the Debtor Back to AIG Insurers Entities Free and Clear of Claims and Interests, and (3) Enjoining Assertion Of Claims Against AIG Insurers Entities | 989 | SA 1837<br>–<br>SA 1866 |
| Order Granting 218 Stipulated Motion for Order Directing Mediation and Appointing the Honorable Robert J. Faris to Serve as Mediator | 227 | SA 1867<br>–<br>SA 1868 |
| Transcript of Hearing Held October 4, 2022 | 1092 | SA 1869<br>–<br>SA 1924 |
| Fifth Amended Chapter 11 Plan | 1044 | SA 1925<br>–<br>SA 2116 |
| Order Approving Stipulation By and Between Debtor, Official Committee of Unsecured Creditors and Boy Scouts of America Regarding the BSA Plan Objection and Claim Objection | 1048 | SA 2117<br>–<br>SA 2126 |
| Order Confirming Fifth Amended Joint Chapter 11 Plan of Reorganization | 1093 | SA 2127<br>–<br>SA 2139 |
| Minute Entry Regarding September 10 Hearing | 690 | SA 2140 |

| Other Exhibits Admitted at Trial | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Email from Jeff Hunt to Wendy Kurten, et al. | 725 | SA 2141<br>–<br>SA 2145 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures | 502 | SA 2146<br>–<br>SA 2175 |

| | | |
|---|---|---|
| Attachment to email: Claims Allowance Procedures | 527 | SA 2176 – SA 2195 |
| Email from Debtors regarding BSA - Preliminary Comments on Draft CAP sent to Coalition, FCR, and Mediator | 529 | SA 2196 |
| Attachment to email: BSA Redline of Claims Allowance Procedures (comparing June 8, 2021 version to June 6, 2021 version) | 533 | SA 2197 – SA 2245 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures (comparing version 3 and version 4) | 537 | SA 2246 – SA 2466 |
| Attachment to email: Change-Pro Redline of Claims Allowance Procedures (comparing version 3 and version 1) | 539 | SA 2267 – SA 2290 |
| Plaintiff John Doe 4's First Amended Complaint: *John Doe 4 v. Boy Scouts of America, Chicago Area Council, et al.* (Circuit Court of Cook County, Illinois, No. 2018 L 211) | 2911 | SA 2291 – SA 2356 |
| Complaint Fraud and Constructive Fraud: *John Doe XX, et al. v. Boy Scouts of America, Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, et al.* (District Court for the District of Idaho) | 2914 | SA 2357 – SA 2380 |
| Redacted Second Revised Complaint: *John Doe #1, et al. v. Boy Scouts of America Corporation, Fairfield County Council of the Boy Scouts of America, et al.* (Superior Court, Connecticut, J.D. of Stamford/Norwalk at Stamford, No. FST-cv-15-5015023-S) | 2916 | SA 2381 – SA 2456 |

| Insurance Policies | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Hartford Pine Tree Council Casualty Insurance Policy No. 04C157992 | 1154 | SA 2457 – SA 2491 |
| Hartford Fire Insurance Co. Policy No. 12CCP500098 | 1155 | SA 2492 – SA 2547 |
| INA Policy No. 15-12-11 | 4000-1 | SA 2548 – SA 2599 |
| Allianz 1980 Umbrella Policy No. UMB 599346 | 10-1 | SA 2600 – SA 2620 |

| | | |
|---|---|---|
| Old Republic Insurance Company Commercial Excess Liability Insurance Policy for period of March 1, 2017 to March 1, 2018 | 10-7 | SA 2621 – SA 2664 |
| INA Policy No. 70-64-52 | 4000-2 | SA 2665 – SA 2700 |
| Hartford Insurance Policy | 4000-10 | SA 2701 – SA 3081 |
| INA Policy No. 07-54-09-4 | 4000-4 | SA 3082 – SA 3164 |
| INA Policy No. 4-84-03 | 4000-6 | SA 3165 – SA 3188 |
| Hartford Insurance Policy No. 10 C A43303 | 4000-8 | SA 3189 – SA 3332 |
| Hartford Insurance Policy | 4000-9 | SA 3333 – SA 3571 |
| Hartford Insurance Policy No. CBP 109170 | 4000-11 | SA 3572 – SA 3644 |
| Hartford Insurance Policy No. 54 C 990478 | 4000-12 | SA 3645 – SA 3673 |
| Hartford Insurance Policy No. 32 HU 380257 | 4000-13 | SA 3674 – SA 3684 |

| Appendix Documents Filed Under Seal | Joint Trial Exhibit No. | Appendix Page Nos. |
|---|---|---|
| Initial Hartford Settlement Agreement | 1481 | SA 3685 – SA 3696 |
| Proof of Claim No. 87715 | N/A | SA 3697 – SA 3789 |

| Illinois Century Answer | 202 | SA 3790 – SA 3821 |
| --- | --- | --- |

| Multimedia Documents to be Lodged with the Court[2] | Joint Trial Exhibit No. | Appendix Page Nos. |
| --- | --- | --- |
| BSA and Local Council Insurance Policies | 10 | SA 3822 |
| All Proofs of Claim | 14 | SA 3823 |
| Settled and Unsettled Local Council Policy Information (Excel Format) | 2961 | SA 3824 |

---

[2]   The following documents cannot be filed on the Court's docket due to their size or file format. The Appellees will make these documents available to the Court and the parties. For purposes of citing these documents in the Debtors-Appellees' Consolidated Answering Brief, the Appellees have assigned these documents appendix page numbers in accordance with the "SA___" convention.

*Wilsons Allen*
*25 - 0480*

Named Insured and Address

This endorsement forms a part of Policy No. **10 CA 43303**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**Boy Scouts of America**
**Route # 1**
**North Brunswick, N.J.**

*1-1-72 to 1-1-7*

Effective date ............ 1-1-72

Effective hour is the same as stated in the Declarations of
Policy.

*Bl 1,90.*
*PS 815.*

n consideration of the additional premium of $2,718.20 it is
greed that the policy is extended to provide coverage for
ouncils in accordance with Report No. 1 which is for the
eriod January 1 to January 15, 1972.

ADDITIONAL PREMIUM: $2,718.20

⑦

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

*3/3/72*

Countersigned by ........................................
Authorized Agent

Form G-2240-0 A   Printed in U.S.A.  2-'64

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

| Date (Mass Auto Only) | | | | AT | Inst. | Type | Tran. | CASUALTY AND MARINE CODING APRON | | | | | | | | | | | | | | | | | | | Original Premium (Type X Only) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 0 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | |
| State | PIP | Loc. Code | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Secondary |
| 29 | | | | 1903.00 | 050 | 0440 | | | | | 9 | 9 | 0 | | | | | | | | 9 | 1 | 8 | 0 | 815.20 | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | ⑧ | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | F\|5 29 0 JUN 72 | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | |
|---|---|---|---|---|---|---|
| 1-72 | 2718.20 | 050 | | | | |
| | | | | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

RISK CARD   M.G.R

Form OA-448-0   Printed in U. S. A.   7-'71

Confidential - Subject to Protective Order

| | Auto Only) | Loc. de | Dev. | AT 2 | Inst. O | Type | Tran. | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Sec- ondary |
| 29 | | | | 451.30 | 050 | 044 | | | | 9 | | 1 | | | | | | | 9 | 1 | 8 | 0 | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |

**CASUALTY AND MARINE CODING APRON**

Original Premium (Type X Only)

F|S 29 0 JUN'72

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | |
|---|---|---|---|---|---|---|
| 1-72 | 451.30 | 050 | | 10 | | |
| | | | | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

RISK CARD

MGR

Form OA-448-0  Printed in U.S.A.  7-'71

Confidential - Subject to Protective Order

BOY SCOUTS OF AMERICA
COMPREHENSIVE GENERAL LIABILITY
REPORT # 2
PERIOD: 1/16/72 - 2/15/72

POLICY # 10 CA 43303

Rates

pp Ann.

| NAME OF COUNCIL | REG. & COUNCIL # | LOCATION | TOTAL MEMBERSHIP | EFF. DATE | B1 | PREMIUM | |
|---|---|---|---|---|---|---|---|
| Missouri Valley Council | 10 - 432 | Bismark, N. D. | 5,372 | 1/17/72 | .07 .063 | 492.24 | 537.20 |
| San Mateo County Council | 12 - 020 | San Mateo, Calif | 16,436 | 1/19/72 | | 1,506.03 | 1,643.60 |
| Johnny Appleseed Area Council | 04 - 453 | Mansfield, Ohio | 7,543 | 1/22/72 | | 691.16 | 754.30 |
| Old Dominion Area Council | 03 - 601 | Suffolk, Va. | 3,861 | 1/23/72 | | 353.78 | 386.10 |
| Yosemite Area Council | 12 - 059 | Modesto, Calif. | 10,919 | 1/25/72 | | 1,000.51 | 1,091.90 |
| Central West Va. Council | 04 - 616 | Clarksburg, West Va. | 3,944 | 1/25/72 | | 361.39 | 394.40 |
| Quinnipiac Council | 01 - 074 | Hamden, Conn. | 13,981 | 2/1/72 | | 1,281.08 | 1,398.10 |
| South Florida Council | 06 - 084 | Miami, Fla. | 36,832 | 2/8/72 | | 3,374.92 | 3,683.20 |
| Evangeline Area Council | 05 - 212 | Lafayette, La. | 8,472 | 2/1/72 | | 776.29 | 847.20 |
| Chisholm Trail Council, Inc. | 09 - 561 | Abilene, Texas | 4,724 | 2/15/72 | | 432.86 | 472.40 |
| Philadelphia Council | 03 - 525 | Philadelphia, Pa. | 40,863 | 2/1/72 | | 3,744.28 | 4,086.30 |
| Redwood Area Council | 12 - 044 | Eureka, Calif. | 5,191 | 2/6/72 | | 475.63 | 519.10 |
| Detroit Area Council | 07 - 262 | Detroit, Michigan | 106,598 | 2/13/72 | | 9,767.57 | 12,261.80 |
| Mobile Area Council | 05 - 004 | Mobile, Alabama | 8,081 | 2/1/72 | | 740.46 | 2,808.10 808.10 |
| Washington Trail Council | 03 - 511 | Erie, Pa. | 11,444 | 1/16/72 | | 1,048.61 | 1,144.40 |

12

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016327

SA 3320

REPORT # 2 (CONTINUED)        Policy # 10 CA 43303        - 2 -

| NAME OF COUNCIL | REG. & COUNCIL # | LOCATION | TOTAL MEMBERSHIP | EFF. DATE | PREMIUM | Rates And Pd |
|---|---|---|---|---|---|---|
| Lawrence County Council | 03 - 520 | New Castle Pa. | 3,635 | 2/1/72 | $ 333.08 | -07.03 363.50 |
| Monmouth Council | 02 - 347 | Oakhurst, N. J. | 17,252 | 2/1/72 | 1,580.60 | 1,775.00 |
| Hiawathaland | 07 - 261 | Marquette, Mich. | 6,654 | 2/1/72 | 609.71 | 665.40 |
| Lonesome Pine Council | 04 - 203 | Pikeville, Ky. | 2,870 | 2/1/72 | 262.98 | 287.00 |
| Burlington County | 02 - 690 | Willingboro, N. J. | 11,320 | 2/1/72 | 1,037.25 | 1,134.00 |
| | | Total | 325,992 | | $ 29,870.65 | 32,599.20 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016328

SA 3321

Wilson & Allen
25-0480

This endorsement forms a part of Policy No. **10 CA 43303**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Named Insured and Address

**Boy Scouts of America**
**Route No. 1**
**North Brunswick, N.J.**   1-1-72 to 73

Effective date .............. 2/1/7

Effective hour is the same as stated in the Declarations of the Policy.

AIP B/ $30,909.45
MPND $ 941.20

**In consideration of the additional premium of $29,870.65 it is
agreed that the policy is extended to provide coverage for
councils in accordance with report No. 2 which is for the period
January 16 to February 15, 1972.**

**ADDITIONAL PREMIUM: $29,870.65**

⑬

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

4/6/72

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Countersigned by ...............................................
                                    Authorized Agent

Form G-2240-0 A   Printed in U.S.A.   2-'64

Confidential - Subject to Protective Order

HFBKPLAN016329

SA 3322



31.          P.S

Ann Prem 22,819.44     9,779.76

P/R Fig  9163

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

| State | Tax Loc. Code: | Dev. | Primary Premiums | Comm. | Major Line | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | Secondary Premium | Primary | Sec-ondary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | |

CASUALTY AND MARINE CODING APRON

Date (Mass Auto Only)  AT **2**  Inst. **O**  Type  Tran.

Original Premium (Type X Only)

| 29 | | | 20,909.⁴⁵ | 050 | °⁴⁴0 | | | | | 9 | 9 | 0 | | | | | | | 9 | 1 | 8 | 0 | 8961.²⁰ | | |

(14)

F/S 29 0 JUN 72

| Effective Dates | Premium | Comm. | Effective Dates | Premium | Comm. | | |
|---|---|---|---|---|---|---|---|
| 2-72 | 29,870.⁶⁵ | 050 | | | | | |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

RISK mGR BOARD

A-448-0  Printed in U. S. A.  7-'71

HFBKPLAN016331

SA 3324

BOY SCOUTS OF AMERICA
POLICY # 10 CA 43303
REPORT # 5 (Cont'd.)

| CERT. # | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFEC. DATE | PREMIUM |
|---------|-----------|--------------|----------|-----------|------------|---------|
| 229 | 04-441 | Central Ohio | Columbus, Ohio | 30,086 | 4/30/72 | $ 2,004.93 |
| 230 | 07-626 | Sinnissippi Council | Beloit, Wisc. | 8,490 | 4/28/72 | 565.77 |
| 231 | 02-355 | Alhtaha Council | Wayne, N.J. | 9,970 | 5/11/72 | 664.40 |
| 232 | 12-038 | Silverado Area | Vallejo, Calif. | 6,022 | 4/28/72 | 401.31 |
| 236 | 11-313 | Vigilante Council | Butte, Montana | 2,921 | 5/1/72 | 194.66 |
| 237 | 02-341 | Ocean County | Tom's River, N.J. | 6,447 | 5/11/72 | 429.63 |
| 238 | 03-512 | Westmoreland-Fayette | Greensburg, Pa. | 13,357 | 5/14/72 | 890.11 |
| | | | TOTALS | 205,549 | | $13,697.79 |



(27)

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

BOY SCOUTS OF AMERICA
COMPREHENSIVE GENERAL LIABILITY
POLICY # 10 CA 43303
REPORT # 5
EFFEC. 4/16/72 - 5/15/72

| CERT. # | REG. & CO. | COUNCIL NAME | LOCATION | MEMBERSHIP | EFFEC. DATE | PREMIUM |
|---------|-----------|--------------|----------|-----------|------------|---------|
| 180 | 07-269 | Land O'Lakes | Jackson, Mich. | 6,072 | 4/24/72 | $ 404.64 |
| 181 | 09-580 | Netseo Trails | Paris, Texas | 4,655 | 4/19/72 | 310.21 |
| 183 | 05-213 | Ouachita Valley | Monroe, La. | 6,385 | 4/28/72 | 425.50 |
| 185 | 12-639 | Jim Bridger | Rock Springs, Wyo. | 2,259 | 5/1/72 | 150.54 |
| 193 | 07-751 | Northwest Suburban | Arlington Hts., Ill. | 23,616 | 5/13/72 | 1,573.77 |
| 201 | 08-308 | Ozarks Council | Springfield, Mo. | 10,259 | 5/1/72 | 683.66 |
| 203 | 03-544 | York Adams Area | York, Pa. | 12,420 | 5/11/72 | 827.67 |
| 207 | 01-071 | Central Connecticut | Meriden, Conn. | 4,462 | 5/14/72 | 297.35 |
| 208 | 01-246 | Norumbega Council | Waban, Mass. | 4,488 | 5/1/72 | 299.08 |
| 209 | 11-614 | Fort Simcoe | Yukima, Wash. | 4,960 | 5/7/72 | 330.53 |
| 210 | 02-354 | Aheka | Clifton, N.Y. | 3,898 | 4/25/72 | 259.76 |
| 220 | 07-138 | Creve Couer | Peoria, Ill. | 14,812 | 5/1/72 | 987.07 |
| 222 | 07-148 | Du Page Area | Wheaton, Ill. | 17,128 | 4/29/72 | 1,141.41 |
| 225 | 02-331 | Atlantic Area | Atlantic City, N.J. | 3,726 | 5/5/72 | 248.30 |
| 226 | 06-801 | Canal Zone | Balboa, Canal Zone | 3,118 | 5/1/72 | 207.65 |
| 228 | 01-097 | Chehaw Council | Albany, Georgia | 6,000 | 4/23/72 | 399.84 |

The company located these documents in its business records. At this time, the company does not have any of these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016333

SA 3326

COMPANY COPY

**DAILY REPORT** for use with CASUALTY INSURANCE POLICY *Form 8059, and* DECLARATIONS *Page Form A-2135-0*
**THE HARTFORD INSURANCE GROUP**

- [1] Hartford Fire Insurance Co.
- [3] Hartford Accident and Indemnity Co.
- [5] Citizens Insurance Co. of New Jersey
- [6] New York Underwriters Insurance Co.
- [9] Northwestern Underwriters of Citizens
- [7] Twin City Fire Insurance Co.

| INSURER→ | Co. Code 5 | | POLICY NO. 10   C   A43303 |

## DECLARATIONS

Items

1. Named Insured and Address

The *named insured* is: | Individual | Joint Venture | Partnership | [X] Corporation | Other

2. Policy Period————————→From **1 1 72**  To **1 1 73**

Previous Policy No. NEW

BOY SCOUTS OF AMERICA
ROUTE #1
NORTH BRUNSWICK, N J

12:01 A.M., standard time at the address of the *named insured* as stated herein.

Audit Period: Annual, unless otherwise stated.

| | Semi-Annual |
| [X] | Quarterly |
| | Monthly |

Producer's Name and Address          Agent Code

WILSON & ALLEN          250480
200 PARK AVENUE
NEW YORK, N Y

3. The advance premium for this policy is as stated below.  Insurance is afforded by the Coverage Parts forming a part hereof, subject to such limits of liability as are stated therein and subject to all the terms of the policy having reference thereto.

### SUMMARY OF ADVANCE PREMIUMS

| COVERAGE PARTS | ADVANCE PREMIUM |
| --- | --- |
| Comprehensive General Liability Insurance | $ 32,540.00 |
| Comprehensive Automobile Liability Insurance | $ |
| Automobile Medical Payments Insurance | $ |
| Uninsured Motorists Insurance | $ |
| Automobile Physical Damage Insurance | $ |
| Premises Medical Payments Insurance | $ |
| Contractual Liability Insurance | $ |
| Personal Injury Liability Insurance | $ |
| Garage Insurance | $ |
| | $ |
| | $ |

Form Numbers of Coverage Parts and endorsements not listed on Coverage Parts forming part of Policy at issue:

L3334-0
G2240-0-B (COMP RT END'T)  AL-8-0-B (SL)  G2240-0-B (PREM PAYMT)

| | TOTAL ADVANCE PREMIUM | $ 32,540.00 |

If Policy Period more than one year: Gross Premium $          Discount $          Net Premium $
Premium is payable: On effective date of Policy $          1st Anniversary $          2nd Anniversary $

4. Business of the *named insured* is————————→  EDUCATION DEVELOPMENT

5. During the past 3 years no insurer has cancelled insurance, issued to the *named insured*, similar to that afforded hereunder unless otherwise stated herein.

1 15 DS/1 18 FO

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form A-2135-0   CDR   Printed in U.S.A.   6-'66

Confidential - Subject to Protective Order

HFBKPLAN016334

SA 3327

*Wilson + Allen # 250480*

This endorsement forms a part of Policy No. **10 CA 43303**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Named Insured and Address   *1-1-72-73*

**Boy Scouts of America**
**Route No. 1**
**North Brunswick, N. J.**

Effective date.................. ~~6/14/72~~  5-16-72

Effective hour is the same as stated in the Declarations of the
Policy.

**...... of the additional premium of $21,573.77 it is agreed that the**
**policy is extended to provide coverage for councils in accordance with Report No. 6**
**which is for the period 5/16/72 to 6/15/72.**

ADDITIONAL PREMIUM $21,573.77

*BI - 15,10 7.64*
*PD - 6,472.13*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

6/19/72

Countersigned by.......................................................
                                    *Authorized Agent*

Form G-2240-0 A   Printed in U. S. A.   2-'64

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Wilson - Allen
25-0780

This endorsement forms a part of Policy No. 10 CA 43303
issued by THE HARTFORD INSURANCE GROUP company
designated therein, and takes effect as of the effective date of said
policy unless another effective date is stated herein.

Named Insured and Address

Boy Scouts of America
Route No. 1
North Brunswick, N.J.

1-1-72 to 1-1-73

Effective date .......... 1/1/72 ..........  Effective hour is the same as stated in the Declarations of the Policy.

...ed that the membership figures for the following councils
...d as follows:

| COUNCIL | Membership Shown as | Should be |
|---|---|---|
| Bayonne | 1,762 | 1,963 |
| Cornhusker | 12,122 | 11,284 |
| Gulf Stream | 8,558 | 8,701 |
| Sunny Land | 4,513 | 4,775 |
| Wyo Braska | 5,000 | 4,787 |
| George Rogers Clark | 4,950 | 5,395 |
| Custaloga | 4,406 | 4,650 |
| Katahdin | 8,400 | 10,027 |
| Santa Fe Trail | 4,106 | 4,442 |
| Colonel Drake | 3,554 | 3,806 |
| Dan Beard | 41,874 | 43,928 |
| | 99,245 | 103,758 |

ADDITIONAL MEMBERSHIP:   4,513

ADDITIONAL PREMIUM     $451.30

⑨

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

4/6/72

Countersigned by ........................................
Authorized Agent

The company located these documents in its business records. At this time the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form G-2240-0 B   Printed in U.S.A.  2-'64

Confidential - Subject to Protective Order

HFBKPLAN016336

SA 3329



Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43303**
issued by THE HARTFORD INSURANCE GROUP company
designated therein, and takes effect as of the effective date of said
policy unless another effective date is stated herein.

Effective date ................................................................... Effective hour is the same as stated in the Declarations of the Policy.

### COMPOSITE RATE ENDORSEMENT

### BASIS OF PREMIUM – PER MEMBER



| | C/R | EXPOSURE | PREMIUM |
|---|---|---|---|
| BI | .07 | 325,402 | $22,778.00 |
| PD | .03 | 325,402 | 9,762.00 |
| | | | $32,540.00 |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.


THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by ......................................................
                                    Authorized Agent

Form G-2240-0 B   Printed in U.S.A.   2-'64'

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

HFBKPLAN016337

SA 3330

*Pol dates  1-1-72 - 73*
Named Insured and Address

250480  *Wilson - Allen*

This endorsement forms a part of Policy No. **10CA43303**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**Boy Scouts of America**
**Route No. 1**
**North Brunswick, New Jersey**

Effective date.................................................

Effective hour is the same as stated in the Declarations of the
Policy.

**In consideration of an additional premium of $2,718.57 it is agreed that the**
**policy is extended to provide coverage for councils in accordance with Report No.9**
**typed 10/16/72.**

**ADDITIONAL PREMIUM:   $2,718.57**

*$03.00 BF*
*$15.00 PD*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

10/16/72

Producer: **Wilson & Allen**

Countersigned by............................................
Authorized Agent

Form G-2240-0 A   Printed in U.S.A.   2-'64

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Confidential - Subject to Protective Order

Named Insured and Address

This endorsement forms a part of Policy No.........................................
issued by THE HARTFORD INSURANCE GROUP company
designated therein, and takes effect as of the effective date of said
policy unless another effective date is stated herein.

Effective date.......................................................................Effective hour is the same as stated in the Declarations of the
Policy.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect
as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a
duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD. CONNECTICUT

Countersigned by.................................................................
Authorized Agent

Form G-2349-0 B   Printed in U. S. A.   2-'64

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Confidential - Subject to Protective
Order

POLICY PROVISIONS" Form 8117, Coverage Parts, and endorsements, if any, issued to form a part
of my Insurance Policy.

2 21 YB MJ0

# THE HARTFORD
**INSURANCE GROUP**
HARTFORD CONNECTICUT

☐ 1 Hart...
☐ 4 Hart...
☐ 5 Hart...

...ord Steam... and Indemnity Cor
...ord Casualty Insurance Company

☐ 6 New York Underwriters Insurance Company
☐ 7 Twin City Fire Insurance Company

..., Connecticut 06115

The INSURER shall be the Co...
designated herein by Co. Code:

10 C

15 C  A43342E

## DECLARATIONS

...GY NO.

...OF AMERICA NATIONAL COUNCIL

**Items**
1. Named Insured and Address
   The named        ☐ Individual    ☐ Partn...
   insured is:      ☐ Joint Venture ☐ Other...

#13324

AGENT #1
NORTH BRUNSWICK N J

2. Policy Period

Producer's Name and Address          Agent Code          ...ation

WILSON AND ALLEN INC
200 PARK AVE
...YORK N Y 10017

26-0480

1 1 76

...the ...address of the named insured as stated
Audit Period Annual unless otherwise stated.

☐ Semi-Annual
☐ Quarterly
☐ Monthly

...mium for this policy is as stated below. Insurance is afforded by the Coverage Parts forming a part hereof,
...its of liability as are stated therein and subject to all the terms of the policy having reference thereto.

## SUMMARY OF ADVANCE PREMIUMS

| PARTS | ADVANCE PREMIUM |
|---|---|
| Comprehensive General Liability Insurance | $ 16,744.00 |
| Comprehensive Automobile Liability Insurance | $ 2,805.00 |
| Automobile Medical Payments Insurance | $ 537.00 |
| Uninsured Motorists Insurance | $ 44.00 |
| Automobile Physical Damage Insurance | $ 255.00 |
| Premises Medical Payments Insurance | $ |
| Contractual Liability Insurance | $ INCLUDED |
| Personal Injury Liability Insurance | $ INCLUDED |
| Garage Insurance | $ 1,000.00 |
| | $ |

Form Numbers of Coverage Parts and endorsements not listed on Coverage Parts forming part of Policy at issue:
SEE FORM AL 8 0 C

| | |
|---|---|
| TOTAL ADVANCE PREMIUM | 21,220.00 |

| If Policy Period more than one year: Gross Premium $ | Discount $ | Net Premium $ |
|---|---|---|
| Premium is payable: On effective date of Policy $ | 1st Anniversary $ | 2nd Anniversary $ |

4. Business of the *named insured* is —————————→ EDUCATIONAL DEVELOPMENT

5. During the past 3 years no Insurer has cancelled insurance, issued
   to the *named insured*, similar to that afforded hereunder unless
   otherwise stated herein.

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-51-0   DR Printed in U.S.A.

JTX-4000-9

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

HARTFORD000443

HFBKPLAN015024

SA 3333

COMPANY COPY

**DAILY REPORT** *for use with CASUALTY INSURANCE POLICY Form #117, and DECLARATIONS Page Form AL-51-0*

**THE HARTFORD INSURANCE GROUP**

- [1] Hartford Fire Insurance Co.
- [5] Hartford Accident and Indemnity Co.
- [3] Hartford Casualty Insurance Co.
- [6] New York Underwriters Insurance Co.
- [7] Twin City Fire Insurance Co.

0-21-YB-MJG

| Filing | | Annual Audit | | Monthly | | Participating | |
|---|---|---|---|---|---|---|---|
| Prem. Finance | | Semi-Annual | | Bureau | | Retro | |
| Risk Card | | Quarterly | | Loss Control | | Reinsurance | |

INSURER → Co. Code **5**

Previous Policy No.
**10 C A43324**

POLICY NO. **10 C A43342E**

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL
ROUTE #1
NORTH BRUNSWICK N J**

**DECLARATIONS**
Items

1. Named Insured and Address

The *named*   ☐ *Individual*   ☐ *Partnership* ☒ *Corporation*
insured is:   ☐ *Joint Venture*   ☐ *Other*_____

2. Policy Period — From **1 1 75** To **1 1 76**

12:01 A.M., standard time at the address of the *named insured* as stated herein.

Audit Period: Annual, unless otherwise stated.   ☐ Semi-Annual   ☐ Quarterly   ☐ Monthly

Producer's Name and Address          Agent Code

**WILSON AND ALLEN INC
200 PARK AVE
NEW YORK N Y 10017**

**25-0480**          --

**UNDERWRITING COPY**   **SAID**

3. The advance premium for this policy is as stated below. Insurance is afforded by the Coverage Parts forming a part hereof, subject to such limits of liability as are stated therein and subject to all the terms of the policy having reference thereto.

**SUMMARY OF ADVANCE PREMIUMS**

| COVERAGE PARTS | | ADVANCE PREMIUM |
|---|---|---|
| Comprehensive General Liability Insurance | $ | 16,744.00 |
| Comprehensive Automobile Liability Insurance | $ | 2,805.00 |
| Automobile Medical Payments Insurance | $ | 337.00 |
| Uninsured Motorists Insurance | $ | 44.00 |
| Automobile Physical Damage Insurance | $ | 290.00 |
| Premises Medical Payments Insurance | $ | |
| Contractual Liability Insurance | $ | INCLUDED |
| Personal Injury Liability Insurance | $ | INCLUDED |
| Garage Insurance | $ | 1,000.00 |
| | $ | |
| | $ | |

Form Numbers of Coverage Parts and endorsements not listed on Coverage Parts forming part of Policy at issue:
**SEE FORM AL 8 0 C**

TOTAL ADVANCE PREMIUM  **21,220.00**

| If Policy Period more than one year: Gross Premium $ | Discount $ | Net Premium $ |
|---|---|---|
| Premium is payable: On effective date of Policy $ | 1st Anniversary $ | 2nd Anniversary $ |

4. Business of the *named insured* is — **EDUCATIONAL DEVELOPMENT**

5. During the past 3 years no insurer has cancelled insurance, issued to the *named insured*, similar to that afforded hereunder unless otherwise stated herein.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-51-0 CDR  Printed in U.S.A.

ATTACH FORMS ALONG MARGIN BELOW THIS MARK +

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000444

HFBKPLAN015025

SA 3334

**GENERAL LIABILITY**
Amendatory Endorsement — Notice
(TEXAS)

 

**THE HARTFORD**

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

> COMPREHENSIVE GENERAL LIABILITY INSURANCE
> COMPREHENSIVE PERSONAL INSURANCE
> CONTRACTUAL LIABILITY INSURANCE
> FARMER'S COMPREHENSIVE PERSONAL INSURANCE
> FARM EMPLOYERS' LIABILITY AND FARM EMPLOYEES'
> MEDICAL PAYMENTS INSURANCE
> FARMERS MEDICAL PAYMENTS INSURANCE
> MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
> OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
> PREMISES MEDICAL PAYMENTS INSURANCE
> STOREKEEPER'S INSURANCE
> HOSPITAL PROFESSIONAL LIABILITY INSURANCE

As respects *bodily injury* liability coverage and *property damage* liability coverage, unless the company is prejudiced by the *insured's* failure to comply with the requirement, any provision of this policy requiring the *insured* to give notice of action, *occurrence* or loss, or requiring the *insured* to forward demands, notices, summons or other legal process, shall not bar liability under this policy.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy other than as herein stated.

This endorsement forms a part of the policy, issued by THE HARTFORD INSURANCE GROUP company designated therein, which indicates an endorsement forms a part thereof, and takes effect as of the effective date of said policy.

*albert*

The company located these business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

L-3600-0  Printed in U.S.A.   (ISO-G525)

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

1 ☐ Hartford Fire Insurance Company
2 ☐ Hartford Accident and Indemnity Company
3 ☐ Citizens Insurance Company of New Jersey

6 ☐ New York Underwriters Insurance Company
7 ☐ Twin City Fire Insurance Company

Named Insured and Address

This Endorsement forms a part of ☒ Policy No. ☐ *Bond No.

**10 C A43342E**

issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK N J**

Effective date _____ **1 1 75** _____ Effective hour is the same as stated in the Declarations of the Policy.

*Note:  If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| WISC | WILSON AND ALLEN INC 250480 |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| 5 | Bodily Injury | $ 57.00 ~~303.00~~ | | General Liability | $ |
| 5 | Medical Payments | $ 54.00 ~~55.00~~ | | Workmen's Compensation | $ |
| 5 | Property Damage | $ 63.00 ~~125.00~~ | | Burglary | $ |
| 5 | Comprehensive | $ 69.00 ~~73.00~~ | | Glass | $ |
| 5 | Collision | $ | | Bond | $ |
| 5 | Other (specify) UM | $ 9.00 ✓ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is necessary to validate this insurance in so far as concerns that portion of the Risk located in the State named above.

The company located these documents in its business records at this time. The company does not certify that these documents constitute a complete and accurate copy of the policy.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7   Printed in U.S.A.   6-'70

**CONFIDENTIAL**

Confidential - Subject to Protective Order

*Dallas Regional Office*
*PO Bx 927, Dallas Tx. 75221*

## COUNTERSIGNATURE MEMO

| Insured | Address |
|---|---|
| **BOY SCOUTS OF AMERICA NATIONAL COUNCIL** | RT #1 NORTH BRUNSWICK N J |

| Company Office | Co. Code | Policy No. | Expiration | Date |
|---|---|---|---|---|
| **MANHATTAN** | **5** | 10 C A43342E | 1 1 76 | 2-24-75 |

Name and Address of Producer

Please show Countersigning Agent preferred, if any, in block below.

WILSON AND ALLEN INC
200 PARK AVE
NEW YORK N Y 10017

Name and Address of Countersigning Agent

**PRODUCER —**

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium commission in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, If any | |
|---|---|---|
| | Number | Name of Licensee |
| **NEW MEXICO** | 419 | Fred C. Wilson |

If not licensed, is same desired?  ☐ Yes    ☐ No.  If "Yes", which State?

*The company located these documents in its business records. At this time, the company does not certify that these documents constitute or comprise a complete or accurate copy of the policy.*

A L 15%
Producer's Rate of Commission  10.0 %  Premium

1978-W
4298.00
5806.00

Form G-2669-0  Printed in U. S. A.  8-'67

COMPANY OFFICE OF PRODUCER

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000447

HFBKPLAN015028

SA 3337

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

| Co. Code | | Co. Code | |
|---|---|---|---|
| 1 | Hartford Fire Insurance Company | 6 | New York Underwriters Insurance Company |
| 2 | Hartford Accident and Indemnity Company | 7 | Twin City Fire Insurance Company |
| 3 | Citizens Insurance Company of New Jersey | | |

**10 C A43342E**

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

This Endorsement forms a part of ☐ *Policy No. ☐ *Bond No._____ issued by THE HARTFORD INSURANCE GROUP company designated herein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**NORTH BRUNSWICK NJ**

**1 1 75**

Effective date _____

Effective hour is the same as stated in the Declarations of the Policy.

*Note: *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **NEW MEXICO** | **WILSON AND ALLEN INC 250480** |

The Insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| 5 | Bodily Injury | $ 644.00 | 5 | General Liability | $ 5906.00 4298.00 |
| 5 | Medical Payments | $ 874.00 | | Workmen's Compensation | $ |
| 5 | Property Damage | $ 184.00 | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| 5 | Other (specify) UM | $ 276.00 | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, as herein stated, shall be valid and binding upon the company only in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by *(Resident Agent)* |
|---|---|
| | |

Form G-1760-7   Printed in U.S.A.   6-70

[stamp] company located these documents in its ... does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective Order

*Oklahoma City Regional Office*
*1200 Cravens Bldg.*

**COUNTERSIGNATURE MEMO** *Oklahoma City, Okla 73/05*

| Insured | Address |
|---|---|
| **BOY SCOUTS OF AMERICA NATIONAL COUNCIL** | **RT #1 NORTH BRUNSWICK N J** |

| Company Office | Co. Code | Policy No. | Expiration | Date |
|---|---|---|---|---|
| **MANHATTAN** | **5** | **10 C A43342E** | **1 1 76-77** | **2-24-75** |

Name and Address of Producer

Please show Countersigning Agent preferred, if any,
in block below.

**WILSON AND ALLEN INC**
**200 PARK AVE**
**NEW YORK N Y 10017**

Name and Address of Countersigning Agent

**PRODUCER —**

The risk in caption involves inter-state coverage, which can
be effected only by compliance with the respective state's
laws. We are glad to be of assistance as intermediary in
arranging such countersignature, but cannot be a party to
any negotiation with the Countersigning Agent for the pay-
ment of the commission or fees. The countersigning fee
should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account
Current. If you accept an Office Account, you will be
billed accordingly.

| States of Insured's Operations | Non-Resident License, if any | |
|---|---|---|
| | Number | Name of Licensee |
| **OKLAHOMA** | | |

If not licensed, is same desired? ☐ Yes    ☐ No. If "Yes", which State

Producer's Rate of Commission **10.0**  Premium  *1149.00*  **2100 00**

Form G-2669-0  Printed in U.S.A.  8-'67

**COMPANY OFFICE OF PRODUCER**

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

**HARTFORD000449**

**HFBKPLAN015030**

**SA 3339**

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Code 1 Hartford Fire Insurance Company
Code 2 Hartford Accident and Indemnity Company
Code 3 Citizens Insurance Company of New Jersey

Code 6 New York Underwriters Insurance Company
Code 7 Twin City Fire Insurance Company

Named Insured and Address

This Endorsement forms a part of ☑ Policy No. ☐ *Bond No. ........ issued by THE HARTFORD INSURANCE GROUP company designated herein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**10 C A43342**

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK N J**

Effective date............................................

**1 1 75 ¼**

Effective hour is the same as stated in the Declarations of the Policy.

*Note:   If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".

| State for which this endorsement is issued **OKLA** | Producing Agent or Broker **WILSON AND ALLEN INC 250480** |
|---|---|

The Insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| | Bodily Injury | $ | 5 | General Liability | $ ~~2100.00~~ 1149.00 |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| | Property Damage | $ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| | Other (specify) | $ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is necessary to validate insurance, in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (authorized agent) |
|---|---|

Form G-1760-7  Printed in U. S. A.  6-'70

The company located these documents in its business records at this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

*Houston Regional Office*
*the Main Bldg*

**COUNTERSIGNATURE MEMO** *1212 Main St., Houston, Tx 77002*

Insured                                   Address                                   Insured

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL   RT #1 NORTH BRUNSWICK N J**

| Company Office | Co. Code | Policy No. | Expiration | Date |
|---|---|---|---|---|
| **MANHATTAN** | 5 | 10 C A43342E | 1 1 76 | 2-24-75 |

Name and Address of Producer

Please show Countersigning Agent preferred, if any, in block below.

**WILSON AND ALLEN INC
200 PARK AVE
NEW YORK N Y 10017**

Name and Address of Countersigning Agent

**PRODUCER —**

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, If any | |
|---|---|---|
| | Number | Name of Licensee |
| **TEXAS** | 4996 | *Fred C. Wilson* |

If not licensed, is same desired?   ☐ Yes   ☐ No.   If "Yes", which State?

64.00

Producer's Rate of Commission **10.%**   Premium   ~~48.00~~

Form G-2669-0   Printed in U. S. A.   8-'67

**COMPANY OFFICE OF PRODUCER**

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete or accurate copy of the policy.

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD CONNECTICUT

Co. □ 1 Hartford Fire Insurance Company
Code □ 2 Hartford Accident and Indemnity Company
□ 3 Citizens Insurance Company of New Jersey

Co. □ 6 New York Underwriters Insurance Company
Code □ 7 Twin City Fire Insurance Company

Named Insured and Address

This Endorsement forms
a part of ☑ Policy No. ☐ *Bond No.
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**10 C A43342E**

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK N J**

Effective date.......................................

**1 1 75**

Effective hour is the same as stated in the Declarations of the Policy.

*Note:  *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **TEXAS** | **WILSON AND ALLEN INC 250480** |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
|  | Bodily Injury | $ | 5 | General Liability | $ ~~48.00~~ 64.00 |
|  | Medical Payments | $ |  | Workmen's Compensation | $ |
|  | Property Damage | $ |  | Burglary | $ |
|  | Comprehensive | $ |  | Glass | $ |
|  | Collision | $ |  | Bond | $ |
|  | Other (specify) | $ |  | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is hereby made operative with this insurance with respect to such insurance only so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
|  |  |

Form G-1760-7   Printed in U.S.A.  6-'70

The company located these documents in its
files but it makes no representations that it
does not certify that these documents constitute
a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

HARTFORD000452

HFBKPLAN015033

SA 3342

*Milwaukee Reg. Office*
*PO RB 90399*

## COUNTERSIGNATURE MEMO   MILWAUKEE ~~REG OFFICE~~ *Wis. 53202*

| Insured | | | | Address | | |
|---|---|---|---|---|---|---|
| **BOY SCOUTS OF AMERICA NATIONAL COUNCIL   RT #1 NORTH BRUNSWICK N J** | | | | | | |

| Company Office | Co. Code | Policy No. | Expiration | Date |
|---|---|---|---|---|
| **MANHATTAN** | **5** | **10 C A43342E** | **1 1 76** | **2-21-75** |

Name and Address of Producer

Please show Countersigning Agent preferred, if any, in block below.

**WILSON AND ALLEN INC**
**200 PARK AVE**
**NEW YORK N Y 10017**

Name and Address of Countersigning Agent

**PRODUCER —**
The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, if any | |
|---|---|---|
| | Number | Name of Licensee |
| **WISC** | | |

If not licensed, is same desired?   ☐ Yes   ☐ No.   If "Yes", which State?

Producer's Rate of Commission **15** %   Premium *185.00* ~~569.00~~

Form G-2669-0   Printed in U.S.A.   8-'67

**COMPANY OFFICE OF PRODUCER**

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete or accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000453

HFBKPLAN015034

SA 3343

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Code
1 ☐ Hartford Fire Insurance Company
2 ☒ Hartford Accident and Indemnity Company
3 ☒ Citizens Insurance Company of New Jersey

Code
6 ☐ New York Underwriters Insurance Company
7 ☐ Twin City Fire Insurance Company

Named Insured and Address

**10 C A43342E**

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

This Endorsement forms
a part of ☒ Policy No. ☐ *Bond No.
issued by THE HARTFORD INSURANCE GROUP company des-
ignated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**NORTH BRUNSWICK N J**

Effective date...............**1 1 75**................ Effective hour is the same as stated in the Declarations of
the Policy.

*Note:   If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".

State for which this endorsement is issued   **NJ**

Producing Agent or Broker   **WILSON AND ALLEN INC 250480**

The Insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| 5 | Bodily Injury | 172.00 ~~1043.00~~ | 5 | General Liability | $ ~~7870.00~~ 8292.00 |
| 5 | Medical Payments | 248.00 467.00 | | Workmen's Compensation | $ |
| 5 | Property Damage | 67.00 ~~729.00~~ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| 5 | Collision   UM | 32.00 ~~26.00~~ | | Bond | $ |
| | Other (specify)   PIP | $ ~~12.00~~ 6.00 | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the Policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is hereby acknowledged in and evidence of the application of the company so far as concerns that portion of the Risk located in the State named above.

Agency Location                      Countersigned by

Form G-1760-7   Printed in U.S.A.   6-'70

The copies located these documents in its
does not certify that these documents constitute
a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

**HARTFORD000454**

HFBKPLAN015035

**SA 3344**

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD CONNECTICUT

| Co. Code | | Co. Code | |
|---|---|---|---|
| 1 | Hartford Fire Insurance Company | 6 | New York Underwriters Insurance Company |
| 2 | Hartford Accident and Indemnity Company | 7 | Twin City Fire Insurance Company |
| 3 | Citizens Insurance Company of New Jersey | | |

Named Insured and Address

This Endorsement forms
a part of ☒ Policy No. ☐ *Bond No.............
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**10 C A43342E**

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK N J**

Effective date................................

**1 1 75**

Effective hour is the same as stated in the Declarations of the Policy.

***Note:*** *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **MINNESOTA** | **WILSON AND ALLEN INC 250480** |

The Insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| 5 | Bodily Injury | $ ~~23.00~~ ~~17.00~~ | | General Liability | $ |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| 5 | Property Damage | $ ~~4.00~~ ~~33.00~~ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ ~~9.00~~ | | Bond | $ |
| 5 | Other (specify) **PIP UM** | 3.00 ✓ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company designated above in the column. The company located these documents in its far as concerns that portion of the Risk located in the State named above. The company located these documents in its ... does not certify that these documents constitute a complete and accurate copy of the policy.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7  Printed in U. S. A.  6-'70

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000455

HFBKPLAN015036

SA 3345

6800 Francis Ave, So
Edina, Minn 55436

**COUNTERSIGNATURE MEMO MINNEAPOLIS REG OFFICE**

Insured                                                    Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL   RT #1 NORTH BRUNSWICK N J**

| Company Office | | Co. Code | Policy No. | Expiration | | Date |
|---|---|---|---|---|---|---|
| **MANHATTAN** | | **5** | **10 C A43342B** | **1 1 76** | | **2 21 75** |

Please show Countersigning Agent preferred, if any, in block below.

Name and Address of Producer

**WILSON AND ALLEN INC
200 PARK AVE
NEW YORK N Y 10017**

Name and Address of Countersigning Agent

PRODUCER —

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. (If you accept an Office Account, you will be billed accordingly.)

| States of Insured's Operations | Non-Resident License, if any | |
|---|---|---|
| | Number | Name of Licensee |
| **MINNESOTA** | **086498** | **FRED C WILSON** |

If not licensed, is same desired? ☐ Yes    ☐ No.  If "Yes", which State?

Producer's Rate of Commission **15** %   Premium  33-00  92.00

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form G-2649-0  Printed in U. S. A.  8-'67        **COMPANY OFFICE OF PRODUCER**

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000456

HFBKPLAN015037

SA 3346

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD CONNECTICUT

Co. Code [1] Hartford Fire Insurance Company
Co. Code [4] Hartford Accident and Indemnity Company
Co. Code [X] Citizens Insurance Company of New Jersey

Co. Code [6] New York Underwriters Insurance Company
Co. Code [7] Twin City Fire Insurance Company

This Endorsement forms
a part of ☐ Policy No. ☐ *Bond No.
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**10 C A43342E**

**1 1 75**

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK N J**

Effective date

Effective hour is the same as stated in the Declarations of the Policy.

*Note: *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| MAINE | WILSON AND ALLEN INC 250480 |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| 5 | Bodily Injury | $ 42.00 ~~164.00~~ | | General Liability | $ |
| 5 | Medical Payments | $ 48.00 ~~54.00~~ | | Workmen's Compensation | $ |
| 5 | Property Damage | $ 72.00 ~~104.00~~ | | Burglary | $ |
| 5 | Comprehensive | $ 186.00 ~~198.00~~ | | Glass | $ |
| 5 | Collision | $ | | Bond | $ |
| 5 | Other (specify)  UM | $ 2.00 ~~2.00~~ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, issued here above validates this endorsement only in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by |
|---|---|
| | |

Form G-1760-7   Printed in U.S.A.   6-70

The company located these documents in its files and produced this photocopy, but does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective Order

*Portland Office*
*One Monument Sq.*

**COUNTERSIGNATURE MEMO PORTLAND OFFICE** *Portland, Maine*
*04111*

Insured | Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL   RT #1 NORTH BRUNSWICK N J**

| Company Office | Co. Code | Policy No. | Expiration | Date |
|---|---|---|---|---|
| **MANHATTAN** | 5 | 10 C A43345E | 1 1 76 | 2 21 75 |

Name and Address of Producer

Please show Countersigning Agent preferred, if any, in block below.

Name and Address of Countersigning Agent

**WILSON AND ALLEN INC**
**200 PARK AVE**
**NEW YORK N Y 10017**

**PRODUCER —**

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, If any | |
|---|---|---|
| | Number | Name of Licensee |
| **MAINE** | | |

If not licensed, is same desired?  ☐ Yes   ☐ No.   If "Yes", which States?

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Producer's Rate of Commission **15** %   Premium   **$506.00**   307 @

Form G-2669-0   Printed in U.S.A.   8-67

**COMPANY OFFICE OF PRODUCER**

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000458

HFBKPLAN015039

SA 3348

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD CONNECTICUT

Co. Code [1] Hartford Fire Insurance Company
Co. Code [3] Hartford Accident and Indemnity Company
Co. Code [5] Citizens Insurance Company of New Jersey

Co. Code [6] New York Underwriters Insurance Company
Co. Code [7] Twin City Fire Insurance Company

Named Insured and Address

This Endorsement forms a part of ☑ Policy No. ☐ *Bond No. **10 C A43342E** issued by THE HARTFORD INSURANCE GROUP company designated herein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK N J**

Effective date .................... 1 1 75/4

Effective hour is the same as stated in the Declarations of the Policy.

**\*Note:** *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **INDIANA** | **WILSON AND ALLEN INC 250480** |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| | Bodily Injury | $ | 5 | General Liability | $ ~~7.00~~ 20.00 |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| | Property Damage | $ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| | Other (specify) $ | | | Other (specify) $ | |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is hereby acknowledged, and the same is effective only in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | | Countersigned by *Resident Agent* |
|---|---|---|

Form G-1760-7  Printed in U.S.A.  6-70

The company located these documents in its business records, and the company does not certify that these documents constitute a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

**HARTFORD000459**

HFBKPLAN015040

SA 3349

*Indianapolis Regional Office*
*One Indiana Sq*

**COUNTERSIGNATURE MEMO**   *Suite 1800*
*Indianapolis Ind. 46204*

Insured                                      Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL   RT #1 NORTH BRUNSWICK N J**

| Company Office | | Co. Code | Policy No. | | Expiration | | Date |
|---|---|---|---|---|---|---|---|
| **MANH** | | **5** | **10 C A43342E** | | **1 1 76** | | **2 24 75** |

Name and Address of Producer

Please show Countersigning Agent preferred, if any, in block below.

**WILSON AND ALLEN INC**
**200 PARK AVE**
**NEW YORK N Y 10017**

Name and Address of Countersigning Agent

**PRODUCER —**

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, if any | |
|---|---|---|
| | Number | Name of Licensee |
| **INDIANA** | | |

If not licensed, is same desired?  ☐ Yes    ☐ No.  If "Yes", which State

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete or accurate copy of the policy.

Producer's Rate of Commission **10.8**   Premium   *20.00*   ~~7.00~~

Form G-2669-0  Printed in U.S.A.  8-'67          **COMPANY OFFICE OF PRODUCER**

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

HARTFORD000460

HFBKPLAN015041

SA 3350

*Chicago Regional Office*
*Newark Plaza,* *Chicago, Ill, 60606*

## COUNTERSIGNATURE MEMO

Insured                                    Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL    RT #1 NORTH BRUNSWICK N J**

| Company Office | | Co. Code | Policy No. | Expiration | Date |
|---|---|---|---|---|---|
| **MANHATTAN** | | 5 | 10 C A43342E | 1 1 76 | 2 24 75 |

Please show Countersigning Agent preferred, if any, in block below.

Name and Address of Producer

**WILSON AND ALLEN INC**
**200 PARK AVE**
**NEW YORK N Y 10017**

Name and Address of Countersigning Agent

**PRODUCER —**

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, if any | |
|---|---|---|
| | Number | Name of Licensee |
| **ILLINOIS** | 8 13 8 | *Fred C. Wilson* |

If not licensed, is same desired? ☐ Yes    ☐ No.   If "Yes", which State?

Producer's Rate of Commission **10.2**   Premium   *1155.00*

Form G-2669-0 Printed in U. S. A.  8-'67

**COMPANY OFFICE OF PRODUCER**

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000461

HFBKPLAN015042

SA 3351

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

☐ Hartford Fire Insurance Company
☒ Hartford Accident and Indemnity Company
☒ Citizens Insurance Company of New Jersey

☒ New York Underwriters Insurance Company
☐ Twin City Fire Insurance Company

Named Insured and Address

This Endorsement forms a part of ☒ Policy No. ☐ *Bond No.
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**10 C A43342E**

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK N J**

Effective date................................. 1 1 75

Effective hour is the same as stated in the Declarations of the Policy.

*Note:  If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **GA.** | **WILSON AND ALLEN INC 250480** |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| | Bodily Injury | $ | **5** | General Liability | $ **53.00** |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| | Property Damage | $ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| | Other (specify) | $ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is required to validate the policy in those states where a countersignature is required, in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by |
|---|---|
| | |

Form G-1760-7  Printed in U.S.A.  6-'70

The company located these documents in its files, but due to the age of the documents no one can testify to their preparation and does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL
Confidential - Subject to Protective Order

*Atlanta Regional Office*

P.O. *Of. 1720*

## COUNTERSIGNATURE MEMO

*Atlanta, Ga. 30301*

| Insured | | | | Address | | |
|---|---|---|---|---|---|---|
| **BOY SCOUTS OF AMERICA NATIONAL COUNCIL** | | | RT #1 NORTH BRUNSWICK N J | | | |

| Company Office | Co. Code | Policy No. | Expiration | Date |
|---|---|---|---|---|
| **MANHATTAN** | 5 | 10 C A43342B | 1 1 76 11 | 2 24 75 |

Please show Countersigning Agent preferred, if any,
in block below.

Name and Address of Countersigning Agent

**WILSON AND ALLEN INC
200 PARK AVE
NEW YORK N Y 10017**

Name and Address of Producer

**PRODUCER —**

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, if any | |
|---|---|---|
| | Number | Name of Licensee |
| **GA.** | 90081 | Joseph W. Allen |

If not licensed, is same desired?  ☐ Yes    ☐ No.  If "Yes", which State?

Producer's Rate of Commission **10** % Premium **53 00** / 10 % ...

Form G-2669-0  Printed in U. S. A.  8-'67

**COMPANY OFFICE OF PRODUCER**

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000463

HFBKPLAN015044

SA 3353

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD CONNECTICUT

| | |
|---|---|
| [1] Hartford Fire Insurance Company | [6] New York Underwriters Insurance Company |
| [2] Hartford Accident and Indemnity Company | [7] Twin City Fire Insurance Company |
| [3] Citizens Insurance Company of New Jersey | |

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK N J**

This Endorsement forms
a part of ☒ Policy No. ☐ *Bond No. ..........................
issued by THE HARTFORD INSURANCE GROUP company des-
ignated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**10 C A43342E**

**1 1 7576**

Effective date ...................................................   Effective hour is the same as stated in the Declarations of the Policy.

**\*Note:**  *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **DIST OF COLUMBIA** | **WILSON AND ALLEN INC 250480** |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| | Bodily Injury | $ | 5 | General Liability | $ 7.00 18.00 |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| | Property Damage | $ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| | Other (specify) | $ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is hereby affixed and will have the same binding effect only in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7   Printed in U.S.A.   6-'70

The company located these documents in its business records and in producing the same does not certify that these documents constitute a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

**HARTFORD000464**

HFBKPLAN015045

**SA 3354**

*Washington Regional Office* 100 W. Oak St. Salisbanos Md. 25814

**COUNTERSIGNATURE MEMO**

| Insured | Address |
|---|---|
| **BOY SCOUTS OF AMERICA NATIONAL COUNCIL** | RT #1 NORTH BRUNSWICK N J |

| Company Office | Co. Code | Policy No. | Expiration | Date |
|---|---|---|---|---|
| **MANHATTAN** | 5 | 10 C A43342E | 1 1 76 71 | 2-24-75 |

Please show Countersigning Agent preferred, if any, in block below.

Name and Address of Producer

WILSON AND ALLEN INC
200 PARK AVE
NEW YORK N Y 10017

Name and Address of Countersigning Agent

**PRODUCER —**

The risk in caption involves inter-state coverage, which can be effected only by compliance with the respective state's laws. We are glad to be of assistance as intermediary in arranging such countersignature, but cannot be a party to any negotiation with the Countersigning Agent for the payment of the commission or fees. The countersigning fee should be remitted directly to the Countersigning Agent.

Please enter the premium, less commission, in your Account Current. If you accept an Office Account, you will be billed accordingly.

| States of Insured's Operations | Non-Resident License, if any | |
|---|---|---|
| | Number | Name of Licensee |
| DIST OF COLUMBIA | 19350 | Fred C. Wilson |

If not licensed, is same desired? ☐ Yes ☐ No. If "Yes", which State

Producer's Rate of Commission  10%0 Premium    18.00    7.00

Form G-2669-0 Printed in U. S. A. 8-'67    **COMPANY OFFICE OF PRODUCER**

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000465

HFBKPLAN015046

SA 3355

**COMPANY COPY**

DAILY REPORT *for use with* CASUALTY INSURANCE POLICY Form 8117, and DECL... NS Page Form AL-51-0

THE HARTFORD INSURANCE GROUP

| | | | |
|---|---|---|---|
| Filing | Annual Audit | Monthly | Participating |
| Prem. Finance | Semi-Annual | Bureau | Retro |
| Risk Card | Quarterly | Loss Control | Reinsurance |

☐ Hartford Fire Insurance Co.
☐ Hartford Accident and Indemnity Co.
☐ Hartford Casualty Insurance Co.
☐ New York Underwriters Insurance Co.
☐ Twin City Fire Insurance Co.

**SPEC. ACCTS. INS. DEPT.**

INSURER

DECLARATIONS

Previous Policy No.
10 C A43334 72E

POLICY NO.   10 C A4334E

BOY SCOUTS OF AMERICA NATIONAL COUNCIL
ROUTE #1        Re 10 C A 43349E
NORTH BRUNSWICK N J

RISK CARD

Items

1. Named Insured and Address
The named ☐ Individual ☐ Partnership ☒ Corporation
insured is: ☐ Joint Venture ☐ Other

2. Policy Period    From 1 1 75   To 1 1 76
12:01 A.M., standard time at the address of the *named insured* as stated herein.

Producer's Name and Address        Agent Code

WILSON AND ALLEN INC
200 PARK AVE
NEW YORK N Y 10017          25-0480

Audit Period: Annual, unless otherwise stated.
☐ Semi-Annual
☐ Quarterly
☐ Monthly

...um for this policy is as stated below. Insurance is afforded by the Coverage Parts forming a part hereof, ...ts of liability as are stated therein and subject to all the terms of the policy having reference thereto.

### SUMMARY OF ADVANCE PREMIUMS

| COVERAGE PARTS | ADVANCE PREMIUM |
|---|---|
| Comprehensive General Liability Insurance | $~~9,510.00~~ ~~16,744.00~~ |
| Comprehensive Automobile Liability Insurance | $ 1671.00 ~~2,805.00~~ |
| Automobile Medical Payments Insurance | $ 1183.00 ~~337.00~~ |
| Uninsured Motorists Insurance | $ 329.00 ~~44.00~~ |
| Automobile Physical Damage Insurance | $ 265.00 ~~290.00~~ |
| Premises Medical Payments Insurance | $ included |
| Contractual Liability Insurance | $ INCLUDED |
| Personal Injury Liability Insurance | $ INCLUDED |
| Garage Insurance | $ 1058.00 ~~1,000.00~~ |
| *Employee Benefit Liability Insurance* | $ included |
| | $ |

Form Numbers of Coverage Parts and endorsements not listed on Coverage Parts forming part of Policy at issue:
**SEE FORM AL 80 C**

| TOTAL ADVANCE PREMIUM | ~~21,220.00~~ $ 24,276.00 |
|---|---|

If Policy Period more than one year: Gross Premium $        Discount $        Net Premium $
Premium is payable: On effective date of Policy $    1st Anniversary $    2nd Anniversary $

4. Business of the *named insured* is → EDUCATIONAL DEVELOPMENT

5. During the past 3 years no Insurer has cancelled insurance, issued to the *named insured*, similar to that afforded hereunder unless otherwise stated herein.

*Guaranty Underwritings Funds 671 Ai...*

Form AL-51-0 GDR Printed in U.S.A.

The company located these documents in its business records at this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000466

HFBKPLAN015047

SA 3356

3/24/C/BJ
WILSON AND AL.  I  YR.  250480

Named Insured and Address

This endorsement forms a part of Policy No. **10 C AL22422**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**
**ROUTE #1**
**NORTH BRUNSWICK, N. J.**

Effective date........**1-1-75**............................12:01 A. M., standard time at the address of the *named insured*
stated herein.

*additional Insured*

**ADDITIONAL INSURED** *(Golden Gate Scouting)*

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

IN CONSIDERATION OF THE PREMIUM INCLUDED IN THE COMPOSITE RATE, IT IS

AGREED THAT THE POLICY IS EXTENDED TO INCLUDE THE INTEREST OF GOLDEN

GATE SCOUTING AS AN ADDITIONAL INSURED.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy,
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said p
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 B  Printed in U. S. A.  10-'66  NBCU:

CONFIDENTIAL
Confidential - Subject to Protective
Order

HARTFORD000467

HFBKPLAN015048

SA 3357

3/24/C/BJ
WILSON AND ALLEN INC. 250480

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43342E issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

BOY SCOUTS OF AMERICA NATIONAL COUNCIL
ROUTE #1
NORTH BRUNSWICK, N. J.

Effective date........1-1-75............12:01 A. M., standard time at the address of the *named insured* as stated herein.

*Additional Insured*

ADDITIONAL INSURED (Golden Gate Scouting)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

IN CONSIDERATION OF THE PREMIUM INCLUDED IN THE COMPOSITE RATE, IT IS

AGREED THAT THE POLICY IS EXTENDED TO INCLUDE THE INTEREST OF GOLDEN

GATE SCOUTING AS AN ADDITIONAL INSURED.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU: _

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL
Confidential - Subject to Protective Order

HARTFORD000468

HFBKPLAN015049

SA 3358

10 C A43343B

Named Insured and Address

This endorsement forms a part of Policy No.................................................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................................................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

*Named Insured Endorsement*

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**
**CONTRACTUAL LIABILITY INSURANCE**
**PERSONAL INJURY LIABILITY INSURANCE**
**COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE**
**AUTOMOBILE PHYSICAL DAMAGE INSURANCE**

**NAMED INSURED ENDORSEMENT**

IT IS AGREED THAT ITEM #1, NAMED INSURED SHALL READ
AS FOLLOWS:

BOY SCOUTS OF AMERICA, NATIONAL AND REGIONAL COUNCILS

SOUTH CINCINNATI PARKING GARAGE

PHILMONT SCOUT RANCH, *Cimarron, N.M.*

~~CIMARRON #M~~

PHILTOWER BUILDING TULSA OKLA

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, ot
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement ta
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said po
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

Countersigned by.................................................
Authorized Agent

Form AL-8-0 B   Printed in U.S.A.  10-'66  NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000469

HFBKPLAN015050

SA 3359

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No. ................................... issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date...... .... ............. ........................ 12:01 A. M., standard time at the address of the *named insured* as stated herein.

*Named Insured Endorsement*

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
PERSONAL INJURY LIABILITY INSURANCE
COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE
AUTOMOBILE PHYSICAL DAMAGE INSURANCE

## NAMED INSURED ENDORSEMENT

IT IS AGREED THAT ITEM #1, NAMED INSURED SHALL READ AS FOLLOWS:

BOY SCOUTS OF AMERICA, NATIONAL AND REGIONAL COUNCILS

SOUTH CINCINNATI PARKING GARAGE,

PHILMONT SCOUT RANCH, *Cimarron, N.M.*

~~CIMARRON N M~~

PHILTOWER BUILDING, TULSA OKLA

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-0 B  Printed in U. S. A.  10-'66  NBCU:

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000470

HFBKPLAN015051

SA 3360

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ............................................ 12:01 A. M., standard time at the address of the *named insured* as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**
**CONTRACTUAL LIABILITY INSURANCE**
**PERSONAL INJURY LIABILITY INSURANCE**
**LIQUOR LIABILITY INSURANCE. ( HOST COVERAGE)**

---

FORM NUMBERS OF COVERAGE PARTS AND ENDORSEMENTS FORMING PART OF THE POLICY AT ISSUE:

**CGL**

~ L 3503-0

~ L 3523-0

✓ L 3524-0
L 5075-0
✓ L 3525-0

~ L 2583-0-2

✓ L 3037-1 AND EXTENSION AL-8 0 C
L-3013-0
✓ L 3239-0

AL 8 0 B NOTICE OF OCCURRENCE

✓ AL 8 0 B INTERESTS OF THE IRA, INCLUDED AS AN ADDITIONAL INSURED

✓ AL 8 0 B INCIDENTAL MALPRACTICE LIABILITY ENDORSEMENT

AL 8 0 B VESSELS

✓ AL 8 0 C AMENDMENT LIMITS OF LIABILITY ( SINGLE LIMIT)

AS PER CONTRACTUAL LIAB COV PART

AL 8 0 C AMENDMENT LIMITS OF LIABILITY ( SINGLE LIMIT)

AS PER PERSONAL INJURY LIAB COV PART

AL 8 0 A ELIMINATIONS OF EXCLUSION C

AS PER DECLARATION PAGE AL 51-0
AL 8 0 B NAMED INSURED ENDT

✓ AL 8 0 B ADDITIONAL INSURED
AL 57-0

---

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.


**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-8 C  Printed in U.S.A.  10-'66  NBCU:

---

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000471

HFBKPLAN015052

SA 3361



10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No. ..........
........... HARTFORD INSURANCE GROUP company desig-
........... below effect as of the effective date of said policy
........... date is stated herein.

Effective date ..............................   12:01 A. M., standard time at the address of the named insured as
stated herein.

........... modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
........... AL LIABILITY INSURANCE
........... HENRY LIABILITY INSURANCE
........... LIABILITY INSURANCE ( HOST COVERAGE)

FORM NUMBERS OF COVERAGE PARTS AND ENDORSEMENTS FORMING PART OF THE
POLICY AT ISSUE:

CGL

L 3503-0
L 3523-0
L 3524-0
L 3075-0
L 3525-0
L 2583-0
L 3037-1 AND EXTENSION AL 8 O C
L 3037-0
L 3035-0

AL 8 O B NOTICE OF OCCURRENCE
AL 8 O B INTERESTS OF THE ___, INCLUDED AS AN ADDITIONAL INSURED
AL 8 O B INCIDENTAL MALPRACTICE LIABILITY ENDORSEMENT
AL 8 O B VEHICLES
AL 8 O C AMENDMENT LIMITS OF LIABILITY ( SINGLE LIMIT )
AS PER CONTRACTUAL LIAB COV PART
AL 8 O C AMENDMENT LIMITS OF LIABILITY ( SINGLE LIMIT)
AS PER PERSONAL INJURY LIAB COV PART
AL 8 O A MODIFICATIONS OF EXCLUSION C
AS PER DECLARATION PAGE AL 51-0
AL 8 O B NAMED INSURED ENDT
AL 8 O B ADDITIONAL INSURED
AL 57-0

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000472

HFBKPLAN015053

SA 3362

10 C A43342B    96

Named Insured and Address

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date _____ 12:01 A. M., standard time at the address of the *named insured* as stated herein.

### EXTENSION TO FORM L 3037-1

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

IT IS AGREED THAT THE FOLLOWING SCHEDULE APPLIES AS RESPECTS FORM L3037-1
"REAL PROPERTY LIABILITY FIRE:"

| DESC OF PROPERTY | LIMIT OF LIAB | RATE PER $100 LIMIT | PREMIUM |
|---|---|---|---|
| 1. 308 FIFTH AVE | | | |
| NEW YORK N Y | 100,000 EA OCCURRENCE | | INCLUDED |
| 2. 300 WEST ADAMS ST | | | |
| CHICAGO ILLINOIS | 100,000 EA OCCURRENCE | | |
| 3. 2515 PEACHTREE CENTER | | | |
| BLDG ATLANTA GA | 100,000 EA OCCURRENCE | | IN THE |
| 4. POWER & LIGHT BLDG | | | |
| 14TH BALTIMORE | | | |
| SUITE 2606 | | | |
| KANSAS CITY MO | 100,000 EA OCCURRENCE | | COMPOSITE |
| 5. 44 CARILLON TOWER EAST | | | |
| 13601 PRESTON RD | | | |
| DALLAS TEXAS | 100,000 EA OCCURRENCE | | |
| 6. 790 LUCERNE DRIVE | | | |
| SUNNYVALE CALIF | 100,000 EA OCCURRENCE | | RATE |

7. 275 Bush St.
San Francisco, Calif.
94104                    100,000 ea occurrence

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-0 C  Printed in U.S.A.  10-'66  NBCU:

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000473

HFBKPLAN015054

SA 3363

This endorsement forms a part of Policy No. **10 C A433422**

Issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Named Insured and Address

Effective date........................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

## EXTENSION TO FORM L 3037-1

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE

IT IS AGREED THAT THE FOLLOWING SCHEDULE APPLIES AS RESPECTS FORM L3037-1
"REAL PROPERTY LIABILITY FIRE:"

| DESC OF PROPERTY | LIMIT OF LIAB | RATE PER $100 LIMIT | PREMI |
|---|---|---|---|
| 1. 308 FIFTH AVE | | | |
| NEW YORK N.Y. | 100,000 EA OCCURRENCE | | INCLUDE |
| 2. 300 WEST ADAMS ST | | | |
| CHICAGO ILLINOIS | 100,000 EA OCCURRENCE | | |
| 3. 2515 PEACHTREE CENTER | | | |
| BLDG ATLANTA GA | 100,000 EA OCCURRENCE | | IN THE |
| 4. POWER & LIGHT BLDG | | | |
| 14TH BALTIMORE | | | |
| SUITE 2606 | | | |
| KANSAS CITY MO | 100,000 EA OCCURRENCE | | COMPOSITE |
| 5. 44 CARILLON TOWER EAST | | | |
| 13601 PRESTON RD | | | |
| DALLAS TEXAS | 100,000 EA OCCURRENCE | | |
| 6. 790 LUCERNE DRIVE | | | |
| SUNNYVALE CALIF | 100,000 EA OCCURRENCE | | RATE |

7. 275 Bush St.
San Francisco, Calif.
94104                        100,000 ea occurrence

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by.................................................
Authorized Agent

Form AL-4-9 C   Printed in U. S. A.   10-'66   NBCU1

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000474

HFBKPLAN015055

SA 3364

**10 C A43342E**

Named Insured and Address

This endorsement forms a part of Policy No. ........................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.............................................. 12:01 A. M., standard time at the address of the *named insured* as
stated herein.

~~INTERESTS OF THE TVA INCLUDED AS~~ ADDITIONAL INSUREDS *(Interests of TVA and U SA) — specify*

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

*Comprehensive General Liability Insurance*

IT IS AGREED THAT THE INTEREST OF THE TENNESSEE VALLEY AUTHORITY
AND THE UNITED STATES GOVERNMENT ARE INCLUDED AS ADDITIONAL INSUREDS
WITH RESPECT TO THE USE OF PREMISES IN "LAND BETWEEN THE LAKES" FOR
THE DEVELOPMENT OF A HIGH ADVENTURE SCOUTING PROGRAM BY THE BOY
SCOUTS OF AMERICA, THE INTERESTS OF THE TENNESSEE VALLEY AUTHORITY
AND THE UNITED STATES GOVERNMENT ARE PROTECTED WITH RESPECT TO
LOSSES OR SUITS ARISING OUT OF THE ~~USA'S~~ *BSA's* ACTIVITIES IN THIS PROGRAM.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

CONFIDENTIAL

Confidential - Subject to Protective
Order

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No.....................................................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date....................................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

## INTERESTS OF THE TVA INCLUDED AS ADDITIONAL INSUREDS

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

IT IS AGREED THAT THE INTEREST OF THE TENNESSEE VALLEY AUTHORITY
AND THE UNITED STATES GOVERNMENT ARE INCLUDED AS ADDITIONAL INSUREDS
WITH RESPECT TO THE USE OF PREMISES IN "LAND BETWEEN THE LAKES" FOR
THE DEVELOPMENT OF A HIGH ADVENTURE SCOUTING PROGRAM BY THE BOY
SCOUTS OF AMERICA, THE INTERESTS OF THE TENNESSEE VALLEY AUTHORITY
AND THE UNITED STATES GOVERNMENT ARE PROTECTED WITH RESPECT TO
LOSSES OR SUITS ARISING OUT OF THE BSA'S ACTIVITIES IN THIS PROGRAM.

*type error*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-0 B  Printed in U. S. A.  10-'66  NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

HARTFORD000476

HFBKPLAN015057

SA 3366

10 C A43342E

~49E

Named Insured and Address

This endorsement forms a part of Policy No.............................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.........................................12:01 A. M., standard time at the address of the *named insured* as stated herein.

*Additional Insured*

*(U. S. Foundation for International Scouting)*

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

ADDITIONAL INSURED

IN CONSIDERATION OF THE PREMIUM INCLUDED IN THE COMPOSITE RATE

IT IS UNDERSTOOD AND AGREED THAT THE POLICY IS EXTENDED TO INCLUDE

THE INTEREST OF U.S. FOUNDATION FOR INTERNATIONAL SCOUTING AS

ADDITIONAL INSURED.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

Countersigned by......................................

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL.-8-0 B   Printed in U. S. A.   10-'66   NBCU:

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000477

HFBKPLAN015058

SA 3367

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No....................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

## ELIMINATION OF EXCLUSION "C"

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### PERSONAL INJURY LIABILITY INSURANCE

IN CONSIDERATION OF THE PREMIUM INCLUDED IN THE COMPOSITE RATE IT IS
AGREED THAT EXCLUSION (C) OF THE PERSONAL INJURY LIABILITY COVERAGE PART
IS DELETED.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 A   Printed in U. S. A.   10-'66   NBCU:

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000478

HFBKPLAN015059

SA 3368

AMENDMENT—LIMITS OF LIABILITY

( SINGLE LIMIT )

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date .......................................... 12:01 A. M., standard time at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**
**CONTRACTUAL LIABILITY INSURANCE**

SCHEDULE

BODILY INJURY LIABILITY AND PROPERTY DAMAGE         $ 500    ,000 EACH OCCURRENCE
LIABILITY.                                          $ 500    ,000 AGGREGATE

IT IS AGREED THAT PROVISIONS OF THE POLICY CAPTIONED " LIMITS OF LIABILITY"
RELATING TO BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY ARE
AMENDED TO READ AS FOLLOWS:

LIMITS OF LIABILITY

REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2) PERSONS
OR ORGANIZATIONS WHO SUSTAIN BODILY INJURY OR PROPERTY DAMAGE, (3) CLAIMS
MADE OR SUITS BROUGHT ON ACCOUNT OF BODILY INJURY OR PROPERTY DAMAGE OR
(4) AUTOMOBILES OR UNITS OF MOBILE EQUIPMENT TO WHICH  THIS POLICY
APPLIES, THE COMPANY'S LIABILITY IS LIMITED AS FOLLOWS:

BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY:

(A)     THE LIMIT OF LIABILITY STATED IN THE SCHEDULE AS APPLICABLE TO
        "EACH OCCURRENCE" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY
        FOR ALL DAMAGES BECAUSE OF BODILY INJURY OR PROPERTY DAMAGE AS
        A RESULT OF ANY ONE OCCURRENCE PROVIDED THAT WITH RESPECT TO
        ANY OCCURRENCE FOR WHICH NOTICE OF THIS POLICY IS GIVEN IN LIEU
        OF SECURITY OR WHEN THIS POLICY IS CERTIFIED AS PROOF OF
        FINANCIAL RESPONSIBILITY UNDER THE PROVISIONS  OF THE MOTOR
        VEHICLE FINANCIAL RESPONSIBILITY LAW OF ANY STATE OR PROVINCE
        SUCH LIMIT OF LIABILITY SHALL BE APPLIED TO PROVIDE THE SEPARATE
        LIMITS REQUIRED BY SUCH LAW FOR BODILY INJURY LIABILITY AND
        PROPERTY DAMAGE LIABILITY TO THE EXTENT OF THE COVERAGE REQUIRED
        BY SUCH LAW, BUT THE  SEPARATE APPLICATION OF SUCH LIMIT SHALL
        NOT INCREASE  THE TOTAL LIMIT OF THE COMPANY'S LIABILITY.

(B)     SUBJECT TO THE ABOVE PROVISIONS RESPECTING "EACH OCCURRENCE",
        THE TOTAL LIABILITY OF THE COMPANY FOR ALL DAMAGES BECAUSE OF
        ALL BODILY INJURY AND PROPERTY DAMAGE WHICH OCCURS DURING EACH
        ANNUAL PERIOD WHILE THIS POLICY IS IN FORCE COMMENCING FROM ITS
        EFFECTIVE DATE AND IS DESCRIBED IN ANY OF THE NUMBERED SUBPARAGRAPHS
        BELOW SHALL NOT  EXCEED THE LIMIT OF LIABILITY STATED IN THE
        SCHEDULE AS "AGGREGATE".

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-0 C  Printed in U. S. A.  16/86  NBCU

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000479

HFBKPLAN015060

SA 3369

AMENDMENT—LIMITS OF LIABILITY

( SINGLE LIMIT )

10 C A4334E

Named Insured and Address

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................... ..............12:01 A. M., standard time at the address of the *named insured* as
stated herein.

*Amendment  Limits of Liability (Single Limit)* ( Cont'd )

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE

(1)   ALL PROPERTY DAMAGE ARISING OUT OF PREMISES OR OPERATIONS RATED
ON A REMUNERATION BASIS OR CONTRACTOR'S EQUIPMENT RATED ON A
RECEIPTS BASIS, INCLUDING PROPERTY DAMAGE FOR WHICH LIABILITY IS
ASSUMED UNDER ANY INCIDENTAL CONTRACT RELATING TO SUCH PREMISES OR
OPERATIONS, BUT EXCLUDING PROPERTY DAMAGE INCLUDED IN SUBPARAGRAPH
(2) BELOW.

(2)   ALL PROPERTY DAMAGE ARISING OUT OF AN OCCURRING IN THE COURSE OF
OPERATIONS PERFORMED FOR THE NAMED INSURED BY INDEPENDENT
CONTRACTORS AND GENERAL SUPERVISION THEREOF BY THE NAMED INSURED,
INCLUDING ANY SUCH PROPERTY DAMAGE FOR WHICH LIABILITY IS ASSUMED
UNDER ANY INCIDENTAL CONTRACT RELATING TO SUCH OPERATIONS, BUT
THIS SUBPARAGRAPH (2) DOES NOT INCLUDE PROPERTY DAMAGE ARISING OUT
OF MAINTENANCE OR REPAIRS AT PREMISES OWNED BY OR RENTED TO THE
NAMED  INSURED OR STRUCTURAL ALTERATIONS AT SUCH PREMISES WHICH DO
NOT INVOLVE CHANGING THE SIZE OF OR MOVING BUILDINGS OR OTHER
STRUCTURES;

(3)   ALL BODILY INJURY AND PROPERTY DAMAGE INCLUDED WITHIN THE COMPLETED
OPERATIONS HAZARD AND ALL BODILY INJURY AND PROPERTY DAMAGE INCLUDED
WITHIN THE PRODUCTS HAZARD;

(4)   ALL PROPERTY DAMAGE FOR WHICH LIABILITY IS ASSUMED UNDER ANY CONTRACT
TO WHICH THE CONTRACTUAL LIABILITY INSURANCE APPLIES.

SUCH AGGREGATE LIMIT SHALL APPLY SEPARATELY:

(I)   TO THE PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPHS (1) AND (2)
SEPARATELY WITH RESPECT TO EACH PROJECT AWAY FROM PREMISES
OWNED BY OR RENTED TO THE NAMED INSURED;

(II)   TO THE SUM OF THE DAMAGED FOR ALL BODILY INJURY AND
PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPH (3); AND

(III)   TO THE  PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPH (4)
SEPARATELY WITH RESPECT TO EACH PROJECT AWAY FROM PREMISES
OWNED BY OR RENTED TO THE NAMED INSURED.

(c)   FOR THE PURPOSE OF DETERMINING THE LIMIT OF THE COMPANY'S LIABILITY,
ALL BODILY INJURY AND PROPERTY DAMAGE ARISING OUT OF CONTINUOUS OR
REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL CONDITIONS SHALL
BE CONSIDERED AS ARISING OUT OF ONE OCCURRENCE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless counter-signed by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.


THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

attest

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the original.

Form AL-8-8 C  Printed in U.S.A.  10/66  NRCL's

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000480

HFBKPLAN015061

SA 3370

CONTRACTUAL LIABILITY INSURANCE (BLANKET COVERAGE) — COVERAGE PART     **COMPANY COPY**

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No. **10 C A43342B** ..................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective ...........................................(at the hour stated in the policy) and forms a part of the above designated policy issued to.......................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

### SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Advance Premiums | Limits of Liability |
|---|---|---|
| YB — Contractual Bodily Injury Liability | $ INCL | $SEE ,000 each occurrence |
| ZB — Contractual Property Damage Liability | $ INCL   *Limit* | SINGLE $ LIMIT ,000 each occurrence |
| | | $ KNDT ,000 aggregate |

| Designation of Contracts | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | B. I. | P. D. | B. I. | P. D. |
| THAT PART OF ALL WRITTEN CONTRACTS OTHER THAN AS DEFINED UNDER "INCIDENTAL CONTRACTS" IN THE POLICY DEFINITION IN WHICH THE NAMED INSURED ASSUMES THE LIABILITY OF OTHERS | | (a) Cost (b) Sales | (a) Per $100 of Cost (b) Per $1,000 of Sales | | INCLUDED IN THE COMPOSITE RATE | |

Form Numbers of Endorsements forming part of this Coverage Part at issue:

| | TOTAL ADVANCE PREMIUMS $ | $ |
|---|---|---|

If the Policy Period is more than one year, the Premium is Payable:

On effective date of Policy $ .............. 1st Anniversary $ .............. 2nd Anniversary $ ..............

The following exclusions also apply:

☐ Exclusion (p) — Products and Completed Operations     ☐ Exclusion (q)—x, c & u

**I.   COVERAGE YB — CONTRACTUAL BODILY INJURY LIABILITY**

**COVERAGE ZB — CONTRACTUAL PROPERTY DAMAGE LIABILITY**

The company will pay on behalf of the *insured* all sums which the *insured*, by reason of *contractual liability* assumed by him under any written contract of the type designated in the schedule for this insurance, shall become legally obligated to pay as damages because of

**Coverage YB.** *bodily injury* or

**Coverage ZB.** *property damage*

to which this insurance applies, caused by an *occurrence*, and the company shall have the right and duty to defend any *suit* against the *insured* seeking damages on account of such *bodily injury* or *property damage*, even if any of the allegations of the *suit* are groundless, false or fraudulent, and may make such investigation and settlement of any claim or *suit* as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend

(1) any arbitration proceeding wherein the company is not entitled to exercise the *insured's* rights in the choice of arbitrators and in the conduct of such proceedings, or

(2) any *suit* after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to liability assumed by the *insured* under any *incidental contract*;

(b) (1) if the *insured* is an architect, engineer or surveyor, to *bodily injury* or *property damage* arising out of professional services performed by such *insured*, including

(i) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, and

(ii) supervisory, inspection or engineering services;

(2) if the *insured* is an architect, engineer or surveyor, to the liability of the indemnitee, his agents or employees, arising out of

The conditions and provisions printed on pages KB-2 and KB-3 of this form are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company and, if issued subsequent to the issue of said policy, forms a part thereof, countersigned ................

**Form L-3523-0  CDR**  Printed in U. S. A.  (ISO: KB 1/1/73)     KB-1     *Authorized Agent*

does not certify that these documents constitute a Complete or accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000481

HFBKPLAN015062

SA 3371

**COMPREHENSIVE GENERAL LIABILITY INSURANCE—COVERAGE PART**

**COMPANY COPY**

| Und. Approved | ~~dential~~ port | Und. Notes: |
|---|---|---|
| Quality Control | | |

**10 C A43342E**

This Coverage Part forms a part of Policy No.............................................................issued by THE HARTFORD INSURANCE GROUP
Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy).*
This Coverage Part is effective...............................................................(at the hour stated in the policy) and forms a part of the above designated
policy issued to.....................................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein,
agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges.
The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having
reference thereto.

| Coverages | Advance Premiums | Limits of Liability |
|---|---|---|
| A — Bodily Injury Liability | $ ~~15,912.00~~  17,286.+ | $ SEE SINGLE  ,000 each occurrence |
| | | $ LIMIT ,000 aggregate |
| B — Property Damage Liability | $ ~~832.00~~  2224.00 | $ ENDT ,000 each occurrence |
| | | $ ATT ,000 aggregate |

| Rating Classifications | Code No. | Premium Bases | Rates | | Advance Premiums | |
| Entries herein, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | | | B. I. | P. D. | B. I. | P. D. |
|---|---|---|---|---|---|---|
| (a) Premises — Operations | | (a) Area (b) Frontage (c) Remuneration (d) Receipts | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration (d) Per $100 of Receipts | | | |
| (b) Escalators | | (e) Landings | (e) Per Landing | | | |
| (c) Independent Contractors | | (f) Cost | (f) Per $100 of Cost | | | |
| (d) Completed Operations | | (g) Receipts | (g) Per $1,000 of Receipts | | | |
| (e) Products | | (h) Sales | (h) Per $1,000 of Sales | | | |

ALL PREMISES-OPERATIONS
OF THE INSURED INCLUDING
PRODUCTS ~~AND ALSO INCLUDING~~
PERSONAL INJURY LIABILITY
INSURANCE(EXCLUSION C NOT
APPLICABLE) *Contractual*
*Liability Insurance; Premises*
*Medical Payment to Insurance,*
*Liquor Liability Insurance (Host*
*Coverage) and Employee Benefit*
*Liability Insurance.*

1)PAYROLL   1) PER $100   *of Workmen's Comp.*
            OF PAYROLL

*(i)*

70050   13,000,000   ~~.1224~~   ~~.0064~~  15,912.00   832.00
        13,007,000   .1329   .0171   17,286.00   2224.00

Form Numbers of Endorsements forming part of this Coverage Part at issue:

SEE FORM AL 8 0 B C

| | TOTAL ADVANCE PREMIUMS | 17,286.00   2224.00 |
|---|---|---|
| | | $ ~~15,912.00~~   ~~832.00~~ |

If the Policy Period is more than one year, the Premium is Payable:

On effective date of Policy $............ 1st Anniversary $............ 2nd Anniversary $............

The conditions and provisions printed on pages CGL-2 and CGL-3 of this form are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes
effect as of the effective date of the policy and, at issue of said policy, forms a part of such policy issued by the company, which policy is countersigned
by a duly authorized agent of the company shall constitute valid countersignature.

Countersigned by............................................

Form L-3503-0  CDR  Printed in U. S. A.                    CGL-1                         Authorized Agent

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000482

HFBKPLAN015063

SA 3372

11/19/●D  WILSON & ALLEN, INC 2●480.



**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**

THE HARTFORD

Named Insured and Address

This endorsement forms a part of Policy No.**10 C A43342E.**
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date stated herein.

**BOY SCOUTS OF AMERICA.**

**NORTH BRUNSWICK, NEW JERSEY.**

Effective **9●27●75.** ............................... 12:01 A. M., standard time at the address of the *named insured* as stated herein.

●policy is amended, with respect only to such of the following Items as are indicated by ⊠:

☐      'd's NAME is amended to read
☐      'd's ADDRESS is amended to read
☐ **3. CHANGE OF COVERAGE** — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.
☐ **4.** The **CLASSIFICATION** for the Automobile designated herein is amended to read as follows:          ☐ **5.** Automobiles **DELETED** — The insurance with respect
⊠⊠    to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|---|
| | | | | | **1969 CHEV P/U CS139T830725.** | | |

☐ **6. Automobile(s) ADDED —**              *Purposes of Use (P and B = Pleasure and Business; C = Commercial)*

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| | | | | | | |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

⋆(Insert X in applicable column)          ACV means Actual Cash Value          PREMIUMS

| ⋆ Include | ⋆ Delete | ⋆ Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| | X | | Bodily Injury Liability | $ **500** ,000 each person | | $ **54** | $ | $ **14** |
| | | | | $ **500** ,000 each occurrence | | | | |
| | X | | Medical Payments | $ **5000** each person | | $ **17** | $ | $ **4** |
| | X | | Property Damage Liability | $ **500** ,000 each occurrence | | $ **45** | $ | $ **12** |
| | X | | Uninsured Motorists | $ **15** ,000 each person | | $ **2** | $ | $ **1** |
| | | | | $ **30** ,000 each accident | | | | |
| | | | Comprehensive | $ ACV unless amount stated less $ deductible | | $ | $ | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | | | | $ | $ | $ |
| | | | | TOTALS | | $ | NET ADDITIONAL | RETURN $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless coun●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●● P●●Y 2●2

A-3459-0  Printed in U.S.A.

Countersigned by..............................................

*Authorized Agent*

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000483

HFBKPLAN015064

SA 3373

R/P $44.00    2/10/BJ
WILSON & ALLEN INC. 25-0480

  **THE HARTFORD** 

Named Insured and Address

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, N.J.**

This endorsement forms a part of Policy No. **10 C A43342E**
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date **6/1/75 TO 8/31/75** 01 A. M., standard time
at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**AUTOMOBILE PHYSICAL DAMAGE INSURANCE**

IT IS HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES DESCRIBES
BELOW, COMPREHENSIVE IS ELIMINATED:

| # | YR | MAKE | SERIAL # | ANNUAL | P/R |
|----|----|------|----------|--------|------|
| 18 | 74 | CHEV CARRYALL | CCZ264F178865 | 53.00 | 13.00 |
| 23 | 72 | CHEV CARRYALL | CCE262F174138 | 21.00 | 5.00 |
| 24 | 72 | CHEV CARRYALL | CCE262F162143 | 21.00 | 5.00 |
| 25 | 73 | CHEV CARRYALL | CCZ263F171514 | 30.00 | 7.00 |
| 26 | 73 | CHEV CARRYALL | CCZ263F17143 | 30.00 | 7.00 |
| 27 | 71 | CHEV CARRYALL | CS261F650350 | 27.00 | 7.00 |
| | | | | | 44.00 |

P/R .249

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ........................
Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-1 B   Printed in U.S.A.   ISO

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

HARTFORD000484

HFBKPLAN015065

SA 3374

2 18 YB MJG
**WILSON AND ALLEN INC 250480**

REVISED




**Change, Elimination or Addition of Automobile
Change of Coverage — Amendment of Declarations**

**THE HARTFORD**

Named Insured and Address

**10 C A43342E**

This endorsement forms a part of Policy No......................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

**BOY SCOUTS OF AMERICA**

**NORTH BRUNSWICK N J**

**10 22 75**

Effective date...................................................... 12:01 A. M., standard time at the address of the *named insured* as stated herein.

In accordance that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

☐ 1. ...ed insured's NAME is amended to read ..............................................................

☐ 2. ...t named insured's ADDRESS is amended to read ..............................................................

☐ 3. **CHANGE OF COVERAGE** — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The **CLASSIFICATION** for the Automobile designated herein is amended to read as follows:

☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification |
|---|---|---|---|
| | | | |

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|
| | | |

☒ 6. Automobile(s) ADDED —                                    *Purposes of Use* (P and B = *Pleasure and Business;* C = *Commercial*)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| **75 DODGE P/U** | **D11BE55164505** | | | **MENDHAM N J** | **C** | **IND TRUCK** |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Sym-bol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**                                              **T-25**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)                *ACV means Actual Cash Value*          PREMIUMS

| ★Include | ★Delete | ★Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| | | | Bodily Injury Liability | $ 500 | ,000 each person | | | |
| | | | | $ 500 | ,000 each occurrence | $ 12.00 | $ 2.00 | $ |
| | | | Medical Payments | $ 5000 | each person | $ 19.00 | $ 4.00 | $ |
| | | | Property Damage Liability | $ 500 | ,000 each occurrence | $ 4.00 | $ 1.00 | $ |
| | | | | $ 15 | ,000 each person | | | |
| | | | Uninsured Motorists | $ 30 | ,000 each accident | $ 5.00 | $ 1.00 | $ |
| | | | Comprehensive | $ ACV unless amount stated less $ | deductible | $ | $ | $ |
| | | | Collision | ACV less $ | deductible | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | | | | $ | $ | $ |
| | | | | | | $ | $ | $ |

**PR .195**

Nothing herein contained shall be held to vary, waive, alter, or extend ...............................................................
than as herein stated. This endorsement shall not be binding unless counter..................................................................

Countersigned by...................................................

*Authorized Agent*

A-3459-0   Printed in U.S.A.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000485

HFBKPLAN015066

SA 3375

Named Insured and Address

This endorsement forms a part of Policy No................................................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date ........................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

*Comprehensive Automobile Liability Insurance*
*Automobile Physical Damage Insurance*
*Comprehensive General Liability Insurance*
*Personal Injury Liability Insurance*
*Contractual Liability Insurance*

*Notice of Occurrence*

*It is agreed that notice of claim or suit*
*to the insured, is to be deemed effective*
*only when given to an executive officer*
*or the insurance manager of B. S. A.*
*national headquarters North Brunswick*
*N J.*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Authorized Agent

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL
Confidential - Subject to Protective Order

HARTFORD000486

HFBKPLAN015067

SA 3376

3/24/FC/BJ    REVISED
WILSON AND ALLEN INC. 250480



Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43342R**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

BOY SCOUTS OF AMERICA NATIONAL COUNCIL
ROUTE #1
NORTH BRUNSWICK, N. J.

Effective date .......**1-1-75**............. 12:01 A. M., standard time at the address of the *named insured* as
stated herein.

### NOTICE OF OCCURRENCE

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE



IT IS AGREED THAT NOTICE OF CLAIM OR SUIT TO THE INSURED, IS TO

BE DEEMED EFFECTIVE ONLY WHEN GIVEN TO AN EXECUTIVE OFFICER OR

THE INSURANCE MANAGER AT B.S.A. NATIONAL HEADQUARTERS, NORTH

BRUNSWICK, N. J.





Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company: provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

HARTFORD000487

HFBKPLAN015068

SA 3377

PERSONAL INJURY LIABILITY INSURANCE — COVERAGE PART

**COMPANY COPY**

| Und. Approved | | Und. Notes: |
|---|---|---|
| Quality Control | Confidential Report | |

This Coverage Part forms a part of Policy No. .................................................... **10 C A43342E** ............................................ issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*
This Coverage Part is effective........................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to. ...........................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to personal injury arising out of an offense included within such of the following groups of offenses as are indicated by specific premium charge or charges.

| Coverage | Limits of Liability | |
|---|---|---|
| PI—Personal Injury Liability | $ 500,000 | aggregate |
| | Insured's participation | % |

| Groups of Offenses | Advance Premium |
|---|---|
| A. False Arrest, Detention or Imprisonment, or Malicious Prosecution | INCL |
| B. Libel, Slander, Defamation or Violation of Right of Privacy | INCL |
| C. Wrongful Entry or Eviction or Other Invasion of Right of Private Occupancy | INCL |
| Minimum Premium $        Total Advance Premium | INCL |

| Location and Description of Exposure | Premium Bases | Rates | Premium |
|---|---|---|---|
| ALL LOCATIONS OF THE INSURED ( FILED WITH THE COMPANY) | | | INCL IN COMPOSITE RATE |

ATTACH FORMS ALONG MARGIN BELOW THIS MARK +

Form Numbers of Endorsements forming part of this Coverage Part at issue:
**ELIMINATION OF EXCL "C" AL 8 0 A**

If the Policy Period is more than one year, the Premium is Payable:

| On effective date of Policy $ | 1st Anniversary $ | 2nd Anniversary $ |
|---|---|---|

The conditions and provisions printed on page PI-2 of this form are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company, provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature by such agent on the declarations of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

The company certifies these documents in its does not certify that these documents constitute a complete and accurate copy of the policy.

Form L-3525-0  CDR  Printed in U. S. A.  (ISO: Advisory: PI 1/1/73)          PI-1

**CONFIDENTIAL**
Confidential - Subject to Protective Order

HARTFORD000488

HFBKPLAN015069

SA 3378

**LIQUOR LIABILITY INSURANCE — COVERAGE PART**

COMPANY COPY

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No. **10 C A43342E** issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective................ ......................................(at the hour stated in the policy) and forms a part of the above designated policy issued to.......................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

**SCHEDULE**

The insurance afforded is with respect to the following coverage as indicated by specific premium charge. The limit of the company's liability against such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverage | | Limits of Liability | Advance Premium |
|---|---|---|---|
| X — Liquor Liability | | *See Single Limit* ,000 each common cause ,000 aggregate | $  INCLUDED |

| Location of Insured Premises | Code No. | Premium Basis | Rate | Advance Premium |
|---|---|---|---|---|
| LIQUOR HOST LIABILITY | | Receipts | Per $100 of Receipts | |
| ALL LOCATIONS COVERED *of the insured* | | | | |
| BY POLICY *(filed with the Company)* | | | INCLUDED IN COMPOSITE RATE | |

| Class of Business | | | TOTAL ADVANCE PREMIUM | $ |
|---|---|---|---|---|
| Form Numbers of Endorsements forming part of this Coverage Part at issue: | | | | |

If the Policy Period is more than one year, the Premium is Payable:

On effective date of Policy $          1st Anniversary $          2nd Anniversary $

**I.   COVERAGE X — LIQUOR LIABILITY**

The company will pay on behalf of the *insured* all sums which the *insured* shall become legally obligated to pay as *damages* because of injury to which this insurance applies, sustained by any person if such liability is imposed upon the *insured* by reason of the selling, serving or giving of any alcoholic beverage at or from the *insured premises*, and the company shall have the right and duty to defend any suit against the *insured* seeking such *damages*, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to any obligation for which the *insured* or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(b) to *bodily injury* to any employee of the *insured* arising out of and in the course of his employment by the *insured* or to any obligation of the *insured* to indemnify another because of *damages* arising out of such injury;

(c) to injury arising out of any alcoholic beverage sold, served or given while any license therefor, required by law, is suspended or after such license expires, is cancelled or revoked;

(d) to *bodily injury* or *property damage* arising out of the *named insured's products* or reliance upon a representation or warranty made at any time with respect thereto; but this exclusion does not apply to *bodily injury* or *property damage* for which the *insured* or his indemnitee may be held liable if such liability is imposed

(1) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

(2) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person.

The conditions are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

*Authorized Agent*

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form L-3524-0   CDR   Printed in U. S. A.          LL.-1

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000489

HFBKPLAN015070

SA 3379

## ERRORS AND OMISSIONS INSURANCE — EMPLOYEE BENEFIT PROGRAMS

Named Insured and Address

**10 C A43342E**

This endorsement forms a part of Policy No....................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date................................................ Effective hour is the same as stated in the Declarations of the policy.

### SCHEDULE

| Limits of Liability | | Estimated Advance Premium |
|---|---|---|
| $ **500,000** | each claim | $ |
| $ **590,000** | aggregate | **INCLUDED IN COMPOSITE RATE** |

The company agrees with the Insured, in consideration of the payment of the premium and in reliance upon the statements in the declarations and in the schedule herein and subject to the limits of liability, exclusions, conditions and other terms of this endorsement:

### INSURING AGREEMENTS

I. **COVERAGE.** To pay on behalf of the Insured all sums which the Insured shall become legally obligated to pay on account of any claim made against the Insured and caused by any negligent act, error or omission of the Insured, or any other person for whose acts the Insured is legally liable in the administration of the Insured's Employee Benefit Programs as defined herein.

II. **DEFENSE, SETTLEMENT, SUPPLEMENTARY PAYMENTS.** As respects such insurance as is afforded by the terms of this endorsement, the company shall:
   (a) defend in his name and behalf any suit against the Insured alleging such negligent act, error or omission and seeking damages on behalf thereof, even if such suit is groundless, false or fraudulent; but the company may make such investigation and negotiation and, with the written consent of the Insured, such settlement of any claim or suit as the company deems expedient;
   (b) pay all premiums on bonds to release attachments for an amount not in excess of the applicable limit of liability of this endorsement, all premiums on appeal bonds required in any such defended suit, but without any obligation to apply for or furnish such bonds, all costs taxed against the Insured in any such suit, all expenses incurred by the company, all interest accruing after entry of judgment until the company has paid, tendered or deposited in court such part of such judgment as does not exceed the limit of the company's liability thereon;
   (c) reimburse the Insured for all reasonable expenses, other than loss of earnings, incurred at the company's request;
   and the amounts incurred under this insuring agreement, except settlements of claims and suits, are payable by the company in addition to the applicable limit of liability of this endorsement.

III. **DEFINITIONS.**
   (a) "**Insured**" — The unqualified word "Insured", wherever used, includes not only the Named Insured, but also any partner, executive officer, director, stockholder or employee, provided such employee is authorized to act in the administration of the Insured's Employee Benefit Programs.
   (b) "**Employee Benefit Programs**" — The term "Employee Benefit Programs" shall mean Group Life Insurance, Group Accident or Health Insurance, Pension Plans, Employee Stock Subscription Plans, Workmen's Compensation, Unemployment Insurance, Social Security and Disability benefits.
   (c) "**Administration**" — The unqualified word "Administration", wherever used, shall mean:
      (1) giving counsel to employees with respect to Employee Benefit Programs;
      (2) interpreting Employee Benefit Programs;
      (3) handling of records in connection with Employee Benefit Programs;
      (4) effecting enrollment of employees under Employee Benefit Programs;
      provided all such acts are authorized by the Named Insured.

IV. **ENDORSEMENT PERIOD, TERRITORY.** This endorsement applies only to claims under the local jurisdiction of a court of law within the United States of America, its territories or possessions or Canada, resulting from negligent acts, errors or omissions of the Insured, or any person acting on behalf of the Insured in the administration of Employee Benefit Programs provided such claim is brought against the Named Insured during the policy period and the Named Insured at the effective date of this endorsement had no knowledge of or could not have reason-ably foreseen any circumstances which might result in a claim or suit.

### EXCLUSIONS

This endorsement does not apply:
   (a) to any dishonest, fraudulent, criminal or malicious act, libel, slander, discrimination, or humiliation;
   (b) to bodily injury to, or sickness, disease, or death, of any person, or to injury to or destruction of any tangible property, including the loss of use thereof;
   (c) to any claim for failure of performance of contract by an insurer;
   (d) to any claim based upon:
      (1) failure of stock to perform as represented by an insured,
      (2) advice given by an insured to an employee to participate or not to participate in stock subscription plans.

### CONDITIONS

1. **Policy Conditions.** All the Conditions of the policy which would apply to the bodily injury or property damage liability coverages thereof shall apply to the insurance under this endorsement except those respecting "Premium", "Definitions" and "Limits of Liability".

2. **Limits of Liability**
   (a) Subject to the provisions of the following paragraphs, the limit of liability stated in the schedule herein as applicable to "each claim" is the limit of the company's liability for all damages on account of each claim or suit covered hereunder; the limit of liability stated in the schedule herein as "aggregate", is, subject to the above provision respecting "each claim", the total limit of the company's liability hereunder for all damages.
   (b) $1,000. shall be deducted from the total amount resulting from each claim and the company shall be liable only for the difference between such deductible amount and the amount of insurance otherwise applicable to each claim. Such deductible amount shall not apply to the coverage provided under Insuring Agreement II.
   (c) The terms of this endorsement and the policy, including those with respect to notice of claim or suit and the company's right to investigate, negotiate and settle any claim or suit, apply irrespective of the application of the deductible amount. If the company undertakes to negotiate or settle any claim or suit, the Insured agrees to join the company in such negotiation or settlement to the extent of the amount to be deducted as herein provided, or to reimburse the company for such deductible amount, if and when such claim is paid by the company.
   (d) The inclusion herein of more than one insured shall not operate to increase the limits of the company's liability.

3. **Premium.** The premium developed by this endorsement shall be determined in accordance with the following schedule of rates and is subject to adjustment at audit:

| Estimated Number of Employees | Rate (Each Employee) | | | Estimated Premium |
|---|---|---|---|---|
| | ..................First 5,000 | INCLUDED IN COMPOSITE | | $.................. |
| | ..................Next 5,000 | RATE | | $.................. |
| | ..................Over 10,000 | | | $.................. |
| | | | Total $.................. | |

If the policy period of the policy to which this endorsement is attached is more than one year, upon termination of each annual period of the policy the Insured, on request, will furnish the company a statement of personnel changes during the policy period and the earned premium shall be computed in accordance with the above rates. If the earned premium thus computed exceeds the estimated advance premium paid, the Insured shall pay the excess to the company; if less, the company shall return to the Insured the unearned portion paid by such Insured.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

Form L-2853-1   Printed in U. S. A.   6-'66

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

**HARTFORD000490**

**HFBKPLAN015071**

**SA 3380**

 

## REAL PROPERTY — LIABILITY — FIRE

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ................................................................12:01 A. M., standard time at the address of the *named insured* as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

---

It is agreed that the Property Damage Liability Coverage applies to *property damage* to structures or portions thereof rented to or occupied by the *named insured* and described in this endorsement, including fixtures permanently attached thereto, if such *property damage* arises out of fire, subject to the following additional provisions:

1. With respect to the insurance provided by this endorsement, all of the exclusions of the policy, other than the Nuclear Energy Liability Exclusion (Broad Form), are deleted and replaced by the following:

   This insurance does not apply to liability assumed by the *insured* under any contract or agreement.

2. The limit of liability stated in this endorsement applies separately to the insurance under this endorsement and is in lieu of any other limit of liability stated in the policy.

| Description of Property | Limit of Liability | Rate (per $100 of Limit) | Premium |
|---|---|---|---|
| | $ | each *occurrence* | |

SEE FORM AL 8 0 C

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by ........................................
Authorized Agent

Form L-3037-1  Printed in U. S. A.  10-'69  (NBCU: G 209)

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the documents.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000491

HFBKPLAN015072

SA 3381

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No. _____
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date _____ 12:01 A. M., standard time at the address of the *named insured* as
stated herein.

## INCIDENTAL MALPRACTICE LIABILITY ENDORSEMENT

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE

IT IS AGREED THAT:

1) THE DEFINITION OF "BODILY INJURY" IS AMENDED TO INCLUDE
   INJURY ARISING OUT OF THE RENDERING OF OR FAILURE TO
   RENDER PROFESSIONAL SERVICES BY ANY PHYSICIAN, DENTIST
   OR NURSE WHILE EMPLOYED BY THE NAMED INSURED TO PROVIDE
   SUCH SERVICES.

2) EXCLUSION (X) DOES NOT APPLY TO INJURY TO THE EMOTIONS
   OR REPUTATION OF A PERSON ARISING OUT OF THE RENDERING
   OF SUCH SERVICES

~~3) LIMITS OF LIABILITY   500,000 COMBINED SINGLE LIMIT~~

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000492

HFBKPLAN015073

SA 3382



**ADDITIONAL INSURED**
(Vendors - Broad Form)

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date ........................................................................12:01 A. M., standard time at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE

It is agreed that the "Persons Insured" provision is amended to include any person or organization (herein referred to as "Vendor") as an Insured but only with respect to the distribution or sale in the regular course of the Vendor's business of the Named Insured's products subject to the following additional provisions:

1. The insurance with respect to the Vendor does not apply to:

    (a) any express warranty unauthorized by the Named Insured;

    (b) bodily injury or property damage arising out of

        (i) any physical or chemical change in the form of the product made intentionally by the Vendor,

        (ii) repacking, unless unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instruction from the manufacturer and then repacked in the original container,

        (iii) demonstration, installation, servicing or repair operations, except such operations performed at the Vendor's premises in connection with the sale of the product, or

        (iv) products which after distribution or sale by the Named Insured have been labeled or relabeled or used as a container, part or ingredient or any other thing or substance by or for the Vendor.

2. The insurance does not apply to any person or organization, as insured, from whom the Named Insured has acquired such products or any ingredient, part or container, entering into, accompanying or containing such products.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

The company located these documents in its business records. At this time, the company does not certify that these documents are a complete and accurate copy of the policy.

.............................................................
Authorized Agent

Form L-3239-0   Printed in U.S.A.   10-'68   (NBCU: G-113)

**CONFIDENTIAL**
Confidential - Subject to Protective
Order

HARTFORD000493

HFBKPLAN015074

SA 3383



**Mexican Endorsement**

  

**THE HARTFORD**

It is agreed that such insurance as is afforded by the policy also applies while the automobile is being operated in the Republic of Mexico for a period not exceeding ten days at any one time, provided that, while the automobile is being so operated, the insurance shall be excess insurance over any other valid and collectible insurance.

Nothing herein contained shall be held to vary, waive, alter or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement forms a part of the policy, issued by THE HARTFORD INSURANCE GROUP company designated therein, to which it is attached and takes effect as of the effective date of said policy.



President

**Warning**

Unless you have automobile insurance written by a Mexican insurance company, you may spend many hours or days in jail, if you have an accident in Mexico. Insurance coverage should be secured from a company licensed under the laws of Mexico to write such insurance in order to avoid complications and some other penalties possible under the laws of Mexico, including the possible impoundment of your auto-mobile.

We suggest that as you approach the border between the United States and Mexico of Mexican insurance to be purchased from a local insurance agent in that area. Many of these agents advertise extensively along the highway that they can provide the necessary coverage. We leave to your good judgment and discretion the reputability of the agent you select.

A-2036-3   Printed in U. S. A.

The company located these documents in its ... the parties ... ... nor does ... neither ... ... ... constitute a complete and accurate copy of the policy.

**CONFIDENTIAL**
Confidential - Subject to Protective Order

HARTFORD000494

HFBKPLAN015075

SA 3384

AUTOMOBILE

## PROTECTION AGAINST UNINSURED MOTORISTS INSURANCE
### (NEW JERSEY)

This endorsement forms a part of the policy issued by THE HARTFORD INSURANCE GROUP company designated therein, which indicates this endorsement forms a part thereof, and takes effect as of the effective date of said policy.

### SCHEDULE

| Designated Insured | Advance Premium | Limits of Liability | |
|---|---|---|---|
| | Included | Bodily Injury Liability: | 15 thousand dollars each person |
| | | | 30 thousand dollars each accident |
| | | Property Damage Liability: | 5 thousand dollars each accident |

Description of Insured Highway Vehicles:
An insured highway vehicle is any highway vehicle registered or principally garaged in New Jersey (1) which is designated by ☒ below or (2) if no ☒ is entered below, which is an owned automobile under Section I of the policy.

☐ A private passenger automobile owned by the named insured
☐ Owned by the named insured
☐ Designated in the declarations of the policy by the letters "UM" and any highway vehicle of the same type ownership of which is acquired during the policy period by the named insured as a replacement therefor
☐ Any mobile equipment owned by the named insured
☐ ..........................................................................................................................

In consideration of the payment of premium and subject to all of the provisions of this endorsement and to the applicable provisions of the policy, the company agrees with the named insured as follows:

### I. UNINSURED MOTORISTS COVERAGE

*(Damages for Bodily Injury and Property Damage Caused by Uninsured Highway Vehicles)*

The company will pay all sums which the insured or his legal representative shall be legally entitled to recover as damages from the owner or operator of an uninsured highway vehicle because of bodily injury or property damage, caused by accident and arising out of the ownership, maintenance or use of such uninsured highway vehicle; provided, for the purposes of this coverage, determination as to whether the insured or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the insured or such representative and the company or, if they fail to agree, by arbitration.

No judgment against any person or organization alleged to be legally responsible for the bodily injury or property damage shall be conclusive, as between the insured and the company, of the issues of liability of such person or organization or of the amount of damages to which the insured is legally entitled unless such judgment is entered pursuant to an action prosecuted by the insured with the written consent of the company.

**Exclusions**

This insurance does not apply:
(a) to bodily injury or property damage with respect to which the insured, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor.
(b) to bodily injury to an insured while occupying a highway vehicle (other than an insured highway vehicle) owned by the named insured, any designated insured or any relative resident in the same household as the named or designated insured, or through being struck by such a vehicle, but this exclusion does not apply to the named insured or his relatives while occupying or if struck by a highway vehicle owned by a designated insured or his relatives.
(c) to property contained in or struck by a highway vehicle (other than an insured highway vehicle) owned by the named insured, any designated insured or any relative resident in the same household as the named or designated insured, but this exclusion does not apply to property of the named insured or his relatives while contained in or struck by a highway vehicle owned by a designated insured or his relatives.
(d) so as to inure directly or indirectly to the benefit of any workmen's compensation or disability benefit carrier or any person or organization qualifying as a self-insurer under any workmen's compensation or disability benefits law or any similar law;
(e) to the first $100 of the amount of property damage to the property of each insured as the result of any one accident;
(f) so as to inure directly or indirectly to the benefit of any insurer of property;
(g) to property damage arising out of the ownership, maintenance or use of a hit-and-run vehicle.

### II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:
(a) the named insured and any designated insured and, while residents of the same household, the spouse and relatives of either;
(b) any other person while occupying an insured highway vehicle; and
(c) any person, with respect to damages he is entitled to recover because of bodily injury to which this insurance applies sustained by an insured under (a) or (b) above.
The insurance applies separately with respect to each insured, except with respect to the limits of the company's liability.

### III. LIMITS OF LIABILITY

Regardless of the number of insureds under this insurance, the company's liability is limited as follows:
(a) The limit of bodily injury liability stated in the schedule as applicable to "each person" is the limit of the company's liability for all damages because of bodily injury sustained by one person as the result of any one accident and, subject to the above provision respecting "each person", the limit of bodily injury stated in the schedule as applicable to "each accident" is the total limit of the company's liability for all damages because of bodily injury sustained by two or more persons as the result of any one accident.
(b) The limit of property damage liability stated in the schedule is the total limit of the company's liability for all damages because of property damage sustained by one or more insureds as the result of any one accident.
(c) Any amount payable under the terms of this insurance because of bodily injury or property damage sustained in an accident by a person who is an insured shall be reduced by
    (1) all sums paid on account of such bodily injury or property damage by or on behalf of
        (i) the owner or operator of the uninsured highway vehicle and
        (ii) any other person or organization jointly or severally liable together with such owner or operator for such bodily injury or property damage,
    including all sums paid under the bodily injury or property damage liability coverage of the policy, and
    (2) the amount paid and the present value of all amounts payable on account of such bodily injury under any workmen's compensation law, disability benefits law or any similar law.
(d) Any payment made under this insurance to or for any insured shall be applied in reduction of the amount of damages which he may be entitled to recover from any person insured under the bodily injury or property damage liability coverage of the policy.
(e) The company shall not be obligated to pay under this insurance that part of the damages which the insured may be entitled to recover from the owner or operator of an uninsured highway vehicle which represents expenses for medical services paid or payable under the medical payments or medical expense coverage of the policy or which represents loss paid or payable to the insured under any automobile physical damage insurance of the policy.

### IV. POLICY PERIOD; TERRITORY

This insurance applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada.

### V. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy);
"bodily injury" means bodily injury, sickness or disease, including death, sustained by an insured under (a) or (b) of the Persons Insured provision;
"designated insured" means an individual named in the schedule under Designated Insured and also includes his spouse, if a resident of the same household;
"highway vehicle" means a land motor vehicle or trailer other than
(a) a farm type tractor or other equipment designed for use principally off public roads, while not upon public roads,
(b) a vehicle operated on rails or crawler-treads, or
(c) a vehicle while located for use as a residence or premises;
"hit-and-run vehicle" means (i) a highway vehicle which causes an accident resulting in bodily injury to an insured arising out of physical contact of such vehicle with the insured or with a vehicle which the insured is occupying at the time of the accident, or (ii) a highway vehicle without physical contact with the insured or with a vehicle which the insured is occupying at the time of the accident caused bodily injury to an insured arising out of an accident in New Jersey, provided
    (a) there cannot be ascertained the identity of either the operator or owner of such highway vehicle; and
    (b) the insured or someone on his behalf shall have reported the accident within 48 hours to a police, peace or judicial officer or to the Commissioner of Motor Vehicles, and shall have filed with the company within 30 days thereafter a statement under oath that the insured or his legal representative has a cause or causes of action arising out of such accident for damages against a person or persons whose identity is unascertainable, and setting forth the facts in support thereof; and
    (c) at the company's request, the insured or his legal representative makes available for inspection the vehicle which the insured was occupying at the time of the accident; and
    (d) with respect to subdivision (ii) the facts of such accident can be corroborated by competent evidence other than the testimony of any person having a claim under this or any other similar insurance as the result of such accident.
"insured highway vehicle" means a highway vehicle:
(a) described in the schedule as an insured highway vehicle to which the bodily injury and property damage liability coverage of the policy applies,
(b) while temporarily used as a substitute for an insured highway vehicle as described in subparagraph (a) above, when withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction;
(c) while being operated by the named or designated insured or by the spouse of either if a resident of the same household;
but the term "insured highway vehicle" shall not include:
(i) a vehicle while used as a public or livery conveyance, unless such use is specifically declared and described in this policy,
(ii) a vehicle while being used without the permission of the owner.

Form A-2993-0  Printed in U.S.A.  11-72  (ISO:A914a)

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000495

HFBKPLAN015076

SA 3385

(iii) under subparagraphs (b) and (c) above, a vehicle owned by the named insured, any designated insured or any resident of the same household as the named or designated insured; or
(iv) under subparagraphs (b) and (c) above, a vehicle furnished for the regular use of the named insured or any resident of the same household.
"named insured" means the individual named in item 1 of the declarations and also includes his spouse, if a resident of the same household;
"occupying" means in or upon or entering into or alighting from;
"property damage" means injury to or destruction of (i) an insured highway vehicle owned by the named insured or his spouse, if a resident of the same household, (ii) any property owned by an insured under (a) or (b) of the Persons Insured provision while contained in such insured highway vehicle and (iii) any property owned by an insured under (a) of the Persons Insured provision while contained in any insured highway vehicle;
"state" includes the District of Columbia, a territory or possession of the United States, and a province of Canada;
"uninsured highway vehicle" means:
(a) a highway vehicle with respect to the ownership, maintenance or use of which there is, in at least the amount specified by the financial responsibility law of the state in which the insured highway vehicle is principally garaged, no bodily injury and property damage liability bond or insurance policy applicable at the time of the accident with respect to any person or organization legally responsible for the use of such vehicle, or with respect to which there is a bodily injury and property damage liability bond or insurance policy applicable at the time of the accident but the company writing the same denies coverage thereunder or is or becomes insolvent; or
(b) a hit-and-run vehicle, but only with respect to bodily injury caused thereby;
but the term "uninsured highway vehicle" shall not include:
(i) an insured highway vehicle;
(ii) a highway vehicle which is owned or operated by a self-insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law or any similar law;
(iii) a highway vehicle which is owned by the United States of America, Canada, a state, a political subdivision of any such government or an agency of any of the foregoing.

## VI. ADDITIONAL CONDITIONS

**A. Policy Provisions.**
None of the Insuring Agreements, Exclusions, Conditions or other provisions of the policy shall apply to the insurance afforded by this endorsement except the Conditions "Notice" (or "Notice of Accident" or "Insured's Duties in Event of Occurrence, Claim or Suit"), "Changes," "Assignment," "Cancellation" and "Declarations".

**B. Premium.**
If during the policy period the number of insured highway vehicles owned by the named insured or spouse or the number of dealer's license plates issued to the named insured changes, the named insured shall notify the company during the policy period of any change and the premium shall be adjusted in accordance with the manuals in use by the company. If the named premium thus computed exceeds the advance premium paid, the named insured shall pay the excess to the company; if less, the company shall return to the named insured the unearned portion paid by such insured.

**C. Proof of Claim.**
As soon as practicable, the insured or other person making claim shall give to the company written proof of claim, under oath if required, including full particulars of the nature and extent of the injuries, treatment, and other details entering into the determination of the amount payable hereunder. The insured and every other person making claim shall submit to examinations under oath by any person named by the company and subscribe the same, as often as may reasonably be required. Proof of claim shall be made upon forms furnished by the company unless the company shall have failed to furnish such forms within 15 days after receiving notice of claim.
The injured person shall submit to physical examinations by physicians selected by the company when and as often as the company may reasonably require and he, or in the event of his incapacity his legal representative, or in the event of his death his legal representative or the person or persons entitled to sue therefor, shall upon each request from the company execute authorization to enable the company to obtain medical reports and copies of records.
The insured or other person making claim for damage to property shall file proof of loss with the company duly sworn to within sixty days after the occurrence of loss, unless such time is extended in writing by the company, in the form of a sworn statement setting forth the interest of the insured and of all others in the property affected, any encumbrances thereon, the actual cash value thereof at time of loss, the amount, place, time and cause of such loss, and the description and amounts of all other insurance covering such property. Upon the company's request, the insured shall exhibit the damaged property to the company.

**D. Assistance and Cooperation of the Insured.**
After notice of claim under this insurance, the company may require the insured to take such action as may be necessary or appropriate to preserve his right to recover damages from any person or organization alleged to be legally responsible for the bodily injury or property damage, and in any action against the company, the company may require the insured to join such person or organization as a party defendant.

**E. Notice of Legal Action.**
If, before the company makes payment of loss hereunder, the insured or his legal representative shall institute any legal action for bodily injury or property damage against any person or organization legally responsible for the use of a highway vehicle involved in the accident, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded immediately to the company by the insured or his legal representative.

**F. Other Insurance.**
With respect to bodily injury to an insured while occupying a highway vehicle not owned by the named insured, this insurance shall apply only as excess insurance over any other similar insurance available to such insured and applicable to such vehicle as primary insurance, and this insurance shall then apply only in the amount by which the limit of liability for this coverage exceeds the applicable limit of liability of such other insurance.
Except as provided in the foregoing paragraph, if the insured has other similar insurance available to him and applicable to the accident, the damages shall be deemed not to exceed the higher of the applicable limits of liability of this insurance and such other insurance, and the company shall not be liable for a greater proportion of any loss to which this coverage applies than the limit of liability hereunder bears to the sum of the applicable limits of liability of this insurance and such other insurance.
With respect to property damage, the insurance hereunder shall apply only as excess insurance over any other valid and collectible insurance of any kind applicable to such property damage, and this insurance shall apply only in the amount by which the limit of liability for this coverage exceeds the amount recoverable under such other insurance.

**G. Arbitration.**
If any person making claim hereunder and the company do not agree that such person is legally entitled to recover damages from the owner or operator of an uninsured highway vehicle because of bodily injury or property damage to the insured, or do not agree as to the amount of payment which may be owing under this insurance, then, upon written demand of either, the matter or matters upon which such person and the company do not agree shall be settled by arbitration, which shall be conducted in accordance with the rules of the American Arbitration Association unless other means of conducting the arbitration are agreed to between the insured and the company, and judgment upon the award rendered by the arbitrators may be entered in any court having jurisdiction thereof. Such person and the company each agree to consider itself bound and to be bound by any award made by the arbitrators pursuant to this insurance.

**H. Trust Agreement.**
In the event of payment to any person under this insurance:
(a) the company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the bodily injury or property damage because of which such payment is made;
(b) such person shall hold in trust for the benefit of the company all rights of recovery which he shall have against such other person or organization because of the damages which are the subject of claim made under this insurance;
(c) such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights;
(d) if requested in writing by the company, such person shall take, through any representative designated by the company, such action as may be necessary or appropriate to recover such payment as damages from such other person or organization, such action to be taken in the name of such person; in the event of a recovery, the company shall be reimbursed out of such recovery for expenses, costs and attorneys' fees incurred by it in connection therewith;
(e) such person shall execute and deliver to the company such instruments and papers as may be appropriate to secure the rights and obligations of such person and the company established by this provision.

**I. Payment of Loss by the Company.**
Any amount due hereunder is payable
(a) to the insured, or
(b) if the insured be a minor to his parent or guardian, or
(c) if the insured be deceased to his surviving spouse, otherwise
(d) to a person authorized by law to receive such payment or to a person legally entitled to recover the damages which the payment represents; provided, the company may at its option pay any amount due hereunder in accordance with division (d) hereof

**J. Action Against Company.**
No action shall lie against the company unless, as a condition precedent thereto, the insured or his legal representative has fully complied with all the terms of the policy applicable to this coverage

**K.** This endorsement replaces any other provisions of the policy, including any endorsement forming a part thereof, affording similar insurance with respect to any damages arising out of the ownership, maintenance or use of an uninsured vehicle or a hit-and-run vehicle.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT
Form A 2993-0 Printed in U.S.A. 11-72 (ISO A914a)



The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

## AMENDMENT - LIMITS OF LIABILITY
### (Single Limit)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

*Comprehensive Automobile Liability Insurance*

### SCHEDULE

| Coverages | Limits of Liability |
|---|---|
| Bodily Injury Liability and Property Damage Liability | $ 500 ,000 each occurrence *person* |
| | $ 500 ,000 aggregate  NOTE 2  *occurrence* |

It is agreed that provisions of the policy captioned "LIMITS OF LIABILITY" relating to bodily injury liability and property damage liability are amended to read as follows:

LIMITS OF LIABILITY

ardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, (3) claims made or suits brought on account of bodily injury or property damage or (4) automobiles or units of mobile equipment to which this policy applies, the company's liability is limited as follows:

Bodily Injury Liability and Property Damage Liability:

(a) The limit of liability stated in the schedule as applicable to "each occurrence" is the total limit of the company's liability for all damages because of bodily injury or property damage as a result of any one occurrence, provided that with respect to any occurrence for which notice of this policy is given in lieu of security or when this policy is certified as proof of financial responsibility under the provisions of the Motor Vehicle Financial Responsibility Law of any state or province such limit of liability shall be applied to provide the separate limits required by such law for bodily injury liability and property damage liability to the extent of the coverage required by such law, but the separate application of such limit shall not increase the total limit of the company's liability.

(b) For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

AL80B/

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000497

HFBKPLAN015078

SA 3387

11-18-AVD. LSON & ALLEN, INC. 250480

## Change, Elimination or Addition of Automobile
## Change of Coverage — Amendment of Declarations

THE HARTFORD

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43342E issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date stated herein.

BOY SCOUTS OF AMERICA,
NORTH BRUNSWICK, NJ.

Effective date 10-22-75. 12:01 A. M., standard time at the address of the *named insured* as stated herein.

**It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:**

**Item**

- ☐ 1. The *named insured's* NAME is amended to read
- ☐ 2. The *named insured's* ADDRESS is amended to read
- ☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.
- ☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:
- ☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification |
|---|---|---|---|
| | | | |
| | | | |

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|
| | | |
| | | |

XX 6. Automobile(s) ADDED — *Purposes of Use (P and B = Pleasure and Business: C = Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 75 DODGE | P/U | D11BE5516450 5. | GVW3145 | HENDHAM, NJ | C | 034986 |
| | | | | | | 1.40 |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

never entered

T-25

### SCHEDULE

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column) — ACV *means Actual Cash Value*

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY | PREMIUMS ANNUAL | PREMIUMS ADDITIONAL | PREMIUMS RETURN |
|---|---|---|---|---|---|---|---|
| | | | Bodily Injury Liability | $ 500,000 each person; $ 500,000 each occurrence | $ 95 | $ 19 | $ |
| | | | Medical Payments | $ 5000 each person | $ 26 | $ 5 | $ |
| | | | Property Damage Liability | $ 500,000 each occurrence | $ 87 | $ 17 | $ |
| | | | Uninsured Motorists | $ 15,000 each person; $ 30,000 each accident | $ 2 | $ | $ |
| | | | Comprehensive | $ ACV unless amount stated; less $ deductible | $ | $ | $ |
| | | | Collision | ACV less $ deductible | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | $ | $ | $ |
| | | | Towing | $ each disablement | $ | $ | $ |
| | | | | | $ | $ | $ |
| | | | | TOTALS | $ 210 | $ 41 | $ |
| | | | | NET ADDITIONAL OR RETURN | | $ [illegible] | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by ............................

*Authorized Agent*

A-3459-0 Printed in U.S.A.

A/P $61.00

10/21/RM   WILSON & ALLEN INC   250480

A P - 61.00

This endorsement forms a part of Policy No. **10 C A43342E**
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of the policy unless another effective date is stated herein.

Named Insured and Address

**BOY SCOUTS OF AMERICA**

**NORTH BRUNSWICK, N.J.**

Effective date **8/31/75 -1/1/76** 12:01 A. M., standard time at the address of the *named insured* as stated herein.

...ment modifies such insurance as is afforded by the provisions of the policy relating to the following:

**AUTOMOBILE PHYSICAL DAMAGE INS.**

IT IS HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES DESCRIBED ON THE ATTACHED SCHEDULE ARE COVERED FOR COMPREHENSIVE ONLY FROM 8/31/75 TO 1/1/76.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by

This company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

CONFIDENTIAL
Confidential - Subject to Protective Order

A/P 0.00

10/21/RM   WILSON & ALLEN INC   250480

A. P. 140

This endorsement forms a part of Policy No. **10 C A43342E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Named Insured and Address

**BOY SCOUTS OF AMERICA**

**NORTH BRUNSWICK, N.J.**

Effective date ........ **6/1/75 TO 8/31/75** ........ 12:01 A. M., standard time at the address of the *named insured* as stated herein.

........ment modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IT IS HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES DESCRIBED ON THE ATTACHED SCHEDULE ARE COVERED FOR LIABILITY ONLY.**

ENTRY UNNECESSARY

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Countersigned by ........

Form AL-8-0 B   Printed in U.S.A.   10-'66   NHCU:

10/21/RM   WILSON & ALLEN INC   250480

R/P $198.00

**10 C A43342E**

This endorsement forms a part of Policy No. ........................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**1/1/75**

Named Insured and Address

**BOY SCOUTS OF AMERICA**

**NORTH BRUNSWICK N.J.**

Effective date ........................................ 12:01 A. M., standard time at the address of the *named insured* as
stated herein.

TL: endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**AUTOMOBILE PHYSICAL DAMAGE INSURANCE**

**IT IS HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES
DESCRIBES BELOW, COMPREHENSIVE COVERAGE ARE DELETED :**

```
 #                                                    COMP
23      72 CHEV CARRYALL #CCE262F174138              28.00
24      72 CHEV CARRYALL #CCE262F162143              28.00
25      73 CHEV CARRYALL #CCZ263F171514              52.00
26      73 CHEV CARRYALL #CCZ263F171671              52.00
27      71 CHEV CARRYALL #CS261F650350               38.00
                                                   $198.00
```

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes
effect as of the effective date of the policy and at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

Countersigned by ....................

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

10/21/RM  WILSON & ALLEN INC  250480

## Schedule of Automobiles and Covered Automobiles

0 C A43342E ... issued by THE HARTFORD INSURANCE

Effective date  6/1/75 TO 8/31/75

12:01 A. M., standard time.

**THE HARTFORD**

This Schedule forms a part of Policy No. ... issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert Appicable Symbols) / Coll. Cov. (Insert Applicable Symbols) | Amt. of "ACV" (Actual Cash Value) / Amt. of "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each covered automobile) / Premiums | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 72 CHEV CARRYALL | | CCE262F162143 | C | | $ 13.00 | $ 14.00 | $ | $ | $ | | $ | $ |
| | ORRINGTON , MAINE | 10 | | 5CA | | $ | $ 1.00 | $ | $ | $ | | $ | $ |
| 24 | 72 CHEV CARRYALL | | CCE262F162143 | C | | $ 13.00 | $ 14.00 | $ | $ | $ | | $ | $ |
| | ORRINGTON, MAINE | 10 | | 5CA | | $ | $ 1.00 | $ | $ | $ | | $ | $ |
| 25 | 73 CHEV CARRYALL | | CCZ263F171514 | C | | $ 13.00 | $ 14.00 | $ | $ | $ | | $ | $ |
| | ORRINGTON, MAINE | 10 | | 5CA | | $ | $ 1.00 | $ | $ | $ | | $ | $ |
| 26 | 73 CHEV CARRYALL | | CCZ263F171671 | C | | $ 13.00 | $ 14.00 | $ | $ | $ | | $ | $ |
| | ORRINGTON, MAINE | 10 | | 5CA | | $ | $ 1.00 | $ | $ | $ | | $ | $ |
| 27 | 71 CHEV CARRYALL | | CS261F650350 | C | | $ 13.00 | $ 14.00 | $ | $ | $ | | $ | $ |
| | ORRINGTON , MAINE | 10 | | 5CA | | $ | $ 1.00 | $ | $ | $ | | $ | $ |
| | | | | | | $ | $ | $ | $ | $ | | $ | $ |
| | | | | | | $ | $ | $ | $ | $ | | $ | $ |
| | | | | | | $ | $ | $ | $ | $ | | $ | $ |
| | | | | | | $ | $ | $ | $ | $ | | $ | $ |

†Not Available in California   *P & B ~ Pleasure and Business, C ~ Commercial

To TA  $ 65.00 | $ 70.00

$ 5.00

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.

No. | Name and Address of Loss Payee | No.

The company locates these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U. S. A.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000502

HFBKPLAN015083

SA 3392

## Schedule of Automobiles and Covered Automobiles

10/21/RM   WILSON & ALLEN INC   250480

C A43342E

This Schedule forms a part of Policy No. _____ issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date _____ 8/31/75-1/1/76
12:01 A. M., standard time

**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased New Yr. Non-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Midwest Premium | Non. Coll. Cov (Insert Any-lable Symbols) / Coll. Cov (Insert Any-lable Cash Value) | Amt. or "ACW" (Actual Cash Value) / Amt. or "ACW" (Actual Cash Value) | Deduc-tible if any / Deduc-tible if any | Rates / Rates | Premiums (each cov-ered auto-mobile) | Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 74 CHEV CARRYALL | CCZ264F178865 | C | | $ | $ | 0 | $ | $ | $ | 18.00 | |
| | ORRINGTON, MAINE | 10 | 5CA | 5000 | $ | $ | | $ | $ | $ | | |
| 23 | 72 CHEV CARRYALL | CCE262F174138 | C | | $ | $ | 0 | $ | $ | $ | 7.00 | |
| | ORRINGTON, MAINE | 10 | 5CA | 3700 | $ | $ | | $ | $ | $ | | |
| 24 | 72 CHEV CARRYALL | CCE262F162143 | C | | $ | $ | 0 | $ | $ | $ | 7.00 | |
| | ORRINGTON MAINE | 10 | 5CA | 3700 | $ | $ | | $ | $ | $ | | |
| 25 | 73 CHEV CARRYALL | CCZ263F171515 | C | | $ | $ | 0 | $ | $ | $ | 10.00 | |
| | ORRINGTON MAINE | 10 | 5CA | 4000 | $ | $ | | $ | $ | $ | | |
| 26 | 73 CHEV CARRYALL | CCZ263F17143 | C | | $ | $ | 0 | $ | $ | $ | 10.00 | |
| | ORRINGTON, MAINE | 10 | 5CA | 4000 | $ | $ | | $ | $ | $ | | |
| 27 | 71 CHEV CARRYALL | CS261F650350 | C | | $ | $ | 0 | $ | $ | $ | 9.00 | |
| | ORRINGTON, MAINE | | 5CA | 4252 | $ | $ | | $ | $ | $ | | |
| | | | | | $ | $ | | $ | $ | $ | | |
| | | | | | $ | $ | | $ | $ | $ | | |

|Not Available in California   *P & B = Pleasure and Business; C = Commercial | | | | TO TA L | $ | $ | | | | | $ 61.00 | $ |

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.
No. | Name and Address of Loss Payee

This company located those documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

P/R.337

A-3471-0   Printed in U S A.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000503

HFBKPLAN015084

SA 3393

6-18- AVD.  WILSON & ALLEN, INC.  250480.-

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**


**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43342E** | **BOY SCOUTS OF AMERICA**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein. | **NORTH BRUNSWICK N J**

Effective date **5-23-75 TO 8-23-75.** 12:01 A. M., standard time at the address of the *named insured* as stated herein.

...eed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

...ured's NAME is amended to read ...........................................
...ured's ADDRESS is amended to read ...........................................

☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.
☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:   ☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type – Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year/Model Trade Name | Body Type – Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |

☒☒ 6. Automobile(s) ADDED —   *Purposes of Use P and B = Pleasure and Business; C = Commercial*

| Year Model Trade Name | Body Type – Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged in (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 75 FORD P/U F100 | | 5510GPV60215 | | ELY MINN | C | 6-07 |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Sym- bol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy, such amendments apply only with respect to the following automobile(s):

**SCHEDULE**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★Insert X in applicable column)   ACV means Actual Cash Value   PREMIUMS

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| X | | | Bodily Injury Liability | $ | ,000 each person | $ | $ | $ |
| | | | | $ 500 | ,000 each occurrence | $ | $ | $ |
| | | | Medical Payments | $ 500 | each person | $ 39 | $ 10 | $ |
| | | | Property Damage Liability | $ | ,000 each occurrence | $ | $ | $ |
| X | | | | $ 500 | ,000 each person | 20 | 5 | $ |
| X | | | Uninsured Motorists | $ 10 | ,000 each accident | $ | $ | $ |
| | | | Comprehensive | $ 20 | ACV unless amount stated | 3 | 1 | $ |
| | | | | less $ | deductible | $ | $ | $ |
| | | | Collision | ACV less $ | deductible | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ | ACV unless amount stated | $ | $ | $ |
| | | | Theft | $ | ACV unless amount stated | $ | $ | $ |
| | | | Combined Additional | $ | ACV unless amount stated | $ | $ | $ |
| | | | Towing | $ | each disablement | $ | $ | $ |
| X | | | P I P | $ | | $ 5 | $ | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend ...... than as herein stated. This endorsement shall not be binding unless countersigned ......

Countersigned by ..................................................   *Authorized Agent*

A-3459-0  Printed in U.S.A.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000504

HFBKPLAN015085

SA 3394

6-18-AVD.   WILSON & ALLEN, INC. 250480.

A/P 546.00

Named Insured and Address

This endorsement forms a part of Policy No. 10 C AL33425
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

BOY SCOUTS OF AMERICA.

NORTH BRUNSWICK, N J.

Effective date................................................6-4-75.................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

..modifies such insurance as is afforded by the provisions of the policy relating to the following:

## COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE.

IT IS HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES DESCRIBES
BELOW ARE COVERED FOR LIABILITY ONLY. GARAGE/BOULDERJUNCT. WISCONSIN. T-09.

| #28 | 1969 CHEV CARRYALL | CE168F173539 |
| #29 | 1965 CHEV CARRYALL | C1465F143668 |
| #30 | 1961 CHEV CARRYALL | 1C146J118947 |
| #31 | 1952 WILLYS JEEP | 7815 |
| #32 | 1963 CHEVPKUP | C254F126644 |
| #33 | 1969 FORD PKUP | F10BLF12655 |

ANNUAL PREM.

| | | | | | A/P | | | |
|---|---|---|---|---|---|---|---|---|
| | BI | PD | UM | MP | BI | PD | UM | MP |
| #28 | 123.00 | 47.00 | 3.00 | 19.00 | 71.00 | 27.00 | 2.00 | 11.00 |
| #29 | 123.00 | 47.00 | 3.00 | 19.00 | 71.00 | 27.00 | 2.00 | 11.00 |
| #30 | 123.00 | 47.00 | 3.00 | 19.00 | 71.00 | 27.00 | 2.00 | 11.00 |
| #31 | 123.00 | 47.00 | 3.00 | 19.00 | 71.00 | 27.00 | 2.00 | 11.00 |
| #32 | 42.00 | 26.00 | 3.00 | 17.00 | 24.00 | 15.00 | 2.00 | 10.00 |
| #33 | 42.00 | 26.00 | 3.00 | 17.00 | 24.00 | 15.00 | 2.00 | 10.00 |
| | 576.00 | 240.00 | 18.00 | 110.00 | 332.00 | 138.00 | 12.00 | 64.00 |

P/R .578

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000505

HFBKPLAN015086

SA 3395

6/18/AVD.   WILSON & ALLEN INC. 250480.

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**

 THE HARTFORD

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date stated herein.

Named Insured and Address

**10 C A43342 E**

**BOY SCOUTS OF AMERICA.**

**NEW BRUNSWICK, NEW JERSEY.**

Effective date  **6-10-75 TO 9-10-75.**   12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

Item

..med insured's NAME is amended to read ....................................

..d insured's ADDRESS is amended to read ....................................

.. ..'E OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

.. CLASSIFICATION for the Automobile designated herein is amended to read as follows:

☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**6. Automobile(s) ADDED**   *Purposes of Use (P and B = Pleasure and Business: C = Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 75 CHEV. |  |  |  | AS ABOVE. | C | PPT -40 |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
|  | 7,000 |  |  |  |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)   ACV means Actual Cash Value

| ★ Include | ★ Delete | ★ Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| X |  |  | Bodily Injury Liability | $ 500 ,000 each person | $ 500 ,000 each occurrence | $ 103 | $ 26 | $ |
| X |  |  | Medical Payments | $ 5000 each person | | $ 1 | $ NC | $ |
| X |  |  | Property Damage Liability | $ 500 ,000 each occurrence | | 53 | $ 13 | $ |
| X |  |  | Uninsured Motorists | $ 15 ,000 each person | $ 30 ,000 each accident | $ 2 | $ 1 | $ |
| X |  |  | Comprehensive | $ ACV unless amount stated less $ deductible | | $ 62 | $ 16 | $ |
|  |  |  | Collision | ACV less $ deductible | | $ | $ | $ |
|  |  |  | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
|  |  |  | Theft | $ ACV unless amount stated | | $ | $ | $ |
|  |  |  | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
|  |  |  | Towing | $ each disablement | | $ | $ | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements, or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

A-3459-0  Printed in U.S.A.

Countersigned by ....................

*Authorized Agent*

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000506

HFBKPLAN015087

SA 3396

6-18/AVD.   WILSON & ALLEN INC. 250480.

R/P 53.00

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43342E.** BOY SCOUTS OF AMERICA
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy NORTH BRUNSWICK, N J.
unless another effective date is stated herein.

Effective date ............**6-4-75**............12:01 A. M., standard time at the address of the *named insured* as
                                                  stated herein.

...d....rement modifies such insurance as is afforded by the provisions of the policy relating to the following:

## AUTOMOBILE PHYSICAL DAMAGE INSURANCE.

IT IS HEREBY UNDERSTOOD AND AGREED AUTOMOBILE PHYSICAL DAMAGE
ARE ELIMINATED FOR THE FOLLOWING VEHICLES DESCRIBED BELOW-COMPREHENSIVE.

|   |   |   |   | ANNL PREM | R/P |
|---|---|---|---|---|---|
| #28 | 1969 | CHEV CARRYALL | CE168F173539 | 19.00 | 11.00 |
| #29 | 1965 | CHEV CARRYALL | CT465F143668 | 19.00 | 11.00 |
| #30 | 1961 | CHEV CARRYALL | 1C146J118947 | 19.00 | 11.00 |
| #31 | 1952 | WILLYS JEEP | 7815 | 19.00 | 11.00 |
| #32 | 1963 | CHEV P/U | C254F126644 | 7.00 | 4.00 |
| #33 | 1969 | FORD P/U | F10BLF12655 | 9.00 | 5.00 |
|   |   |   |   | 92.00 | 53.00 |

GARAGE BOULDER JUNCT. WISCONSIN.

P/R .578

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



### THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

............................................
Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

CONFIDENTIAL

Confidential - Subject to Protective
Order

6-18-AVD.   WILSON & ALLEN, INC. 250480.

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43342E**
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date stated herein.

**BOY SCOUTS OF AMERICA.**

**NORTH BRUNSWICK, NEW JERSEY.**

Effective date...................**5-1-75.**   12:01 A. M., standard time at the address of the *named insured* as stated herein.

policy is amended, with respect only to such of the following Items as are indicated by ☒:

1. *named insured's* NAME is amended to read   ...........................................................

☐ 2. The *named insured's* ADDRESS is amended to read   ...........................................................

☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:   ☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**XX** 6. Automobile(s) ADDED —   *Purposes of Use* (P and B = *Pleasure and Business;* C = *Commercial*)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| **75 CHEVY SPORTVAN** | **8 CYL** | **CGY3654118766** | | **ORRINTON ME** | **P&B** | **PPT** |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**T-10**

SCHEDULE

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)   ACV means Actual Cash Value   PREMIUMS

| ★Include | ★Delete | ★Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| X | | | Bodily Injury Liability | $ **500** ,000 each person | | $ **82** | $ **55** | $ |
| X | | | Medical Payments | $ **500** ,000 each occurrence | | $ **17** | $ **11** | $ |
| X | | | Property Damage Liability | $ **5000** each person | | $ **52** | $ **35** | $ |
| X | | | Uninsured Motorists | $ **500** ,000 each occurrence $ **10** ,000 each person $ **20** ,000 each accident | | $ **3** | $ **2** | $ |
| | | | Comprehensive | ACV unless amount stated less $ deductible | | $ | $ | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | | | | $ | $ | $ |

Nothing herein contained shall be held to vary, **P/R. 1674** extend any ... endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

The company hereby certifies ... a complete and accurate copy of the policy.

Countersigned by ..........................

*Authorized Agent*

A-3459-0   Printed in U.S.A.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000508

HFBKPLAN015089

SA 3398

6-18-AVD.   WILSON & ALLEN, INC 250480

R/P $28.00

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43342 E**   BOY SCOUTS OF AMERICA,
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy   NORTH BRUNSWICK, NEW JERSEY.
unless another effective date is stated herein.

Effective date................**5-1-75**   12:01 A. M., standard time at the address of the *named insured* as
stated herein.

odifies such insurance as is afforded by the provisions of the policy relating to the following:

ENSIVE AUTOMOBILE LIABILITY.

IT IS HEREBY UNDERSTOOD AND AGREED ENDORSEMENT TYPE 5-29 AND C/S DAG IS
CANCELL &VOID.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company: provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 A   Printed in U.S.A.   10-'66   NBCU:

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000509

HFBKPLAN015090

SA 3399

6-18-YB AVD.     WILSON & ALLEN, INC. 250480.



Named Insured and Address

This endorsement forms a part of Policy No. **TO C A43342 E.**     **BOY SCOUTS OF AMERICA**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy     **NORTH BRUNSWICK, NEW JERSEY.**
unless another effective date is stated herein.

Effective date ........**1-1-75**............................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE GENERAL LIABILITY COMPOSITE
RATE IS BASED ON PER $100.00 OF WORKMEN'S COMPENSATION PAYROLL IN LIEU
OF TOTAL PAYROLL.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.


**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-0 B   Printed in U. S. A.  10-'66  NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

**CONFIDENTIAL**
Confidential - Subject to Protective
Order

6/18/AVD WILSON & ALLEN, INC 250480.

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43342E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA,**

**NORTH BRUNSWICK, NEW JERSEY.**

Effective date ......................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE.**

IT IS HEREBY UNDERSTOOD AND AGREED THE  FOLLOWING VEHICLE DESCRIBED
BELOW IS ADDED TO POLICY.

NO PREMIUM CHANGE

1973 INTERNATIONAL FOUR-DOOR CARRYALL  3H0H0CHB55064.



Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.


**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000511

HFBKPLAN015092

SA 3401



5-29-0AG
WILSON & ALLEN INC 20-0480

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**



**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43342E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

BOY SCOUTS OF AMERICA
NATIONAL COUNCIL
NORTH BRUNSWICK, N.J.

Effective date **5-1-75**

12:01 A. M., standard time at the address of the *named*
*insured* as stated herein.

...hat the policy is amended, with respect only to such of the following Items as are indicated by ☒:

☐ ...'s NAME is amended to read .................................................................
☐ ...'s ADDRESS is amended to read .................................................................
☐ ...COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.
☐ 4. The CLASSIFICATION for the Automobile designated herein is      ☐ 5. Automobiles DELETED —— The insurance with respect
amended to read as follows:                                          to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

☒ 6. Automobile(s) ADDED —                                           *Purposes of Use (P and B = Pleasure and Business; C = Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyl. Model | Principally Garaged in (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 1975 CHEVY SPORTVAN | 8 CYL | #CGY3654118766 | | CIMARRON NEW MEXICO | P&B | |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Sym-bol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured
by the policy such amendments apply only with respect to the following automobile(s):

T-06

**SCHEDULE**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy,
as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against
each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

★(Insert X in applicable column)                              ACV means Actual Cash Value                              PREMIUMS

| ★Include | ★Delete | ★Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| X | | | Bodily Injury Liability | $ 500,000 | each person | | | |
| X | | | | $ 500,000 | each occurrence | $ 13 00 | 9 00 | |
| X | | | Medical Payments | $ 5000 | each person | $ 19 00 | 13 00 | |
| X | | | Property Damage Liability | $ 500,000 | each occurrence | $ 4 00 | 3 00 | |
| | | | | $ 10,000 | each person | | | |
| X | | | Uninsured Motorists | $ 20,000 | each accident | $ 5 00 | 3 00 | |
| | | | Comprehensive | ACV unless amount stated less $ deductible | | $ | $ | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend ... than as herein stated. This endorsement shall not be binding unless counter...

Countersigned by ...................................................

........................................................
*Authorized Agent*

A-3459-0   Printed in U.S.A.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000512

HFBKPLAN015093

SA 3402



5/6/RM  WILSON & ALLEN INC  250480

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43342E**
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, N J**

**1/1/75**

Effective date .................................................12:01 A. M., standard time at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

TIT IS AGREED THAT THE ATTACHED SCHEDULES IS FORMING PART OF THE
CAPTIONED POLICY AND PREMIUM SHOULD READ AS STATED BELOW:

BI - $598.00

PD - 184.00

MP - 228.00

UM - 230.00
   $1240.00

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

This company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-0 B  Printed in U.S.A.  10-'66  NBCU:

**CONFIDENTIAL**

Confidential - Subject to Protective Order

5/6/RM   WILSON & ALLEN INC   250480

RP8683.00

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43342E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK, N J**

Effective date **1/1/75** .................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

..... at modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE**

IT IS AGREED ENDORSEMENT EFFECTIVE 1/1/75 AND COUNTERSIGNED

3/24 FC IS CONSIDERED NULL & VOID.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

*Authorized Agent*

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 B  Printed in U. S. A.  10-'66  NBCU

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

  

5/6/RM  WINTON & ALLEN INC  250480

**Premium Installment**        **THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43342E**
issued by THE HARTFORD INSURANCE GROUP company
designated therein, and takes effect as of the effective date of
said Policy unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA
NATIONAL COUNCIL
NORTH BRUNSWICK, N J**

Effective date.............**1/1/75**.............. 12:01 A. M., standard time at the address of the
named insured as stated herein.

It is hereby understood and agreed that the   **ADDITIONAL**   Premium of $   **1,240.00**
(Insert "original" or "additional" or "return")

will   **BE PAYABLE IN**   **ELEVEN**   installments as outlined in "Schedule of Payments."
(Insert "be payable in" or "reduce the")

## SCHEDULE OF PAYMENTS

| NO. | DUE DATE OF PAYMENT | BODILY INJURY & PROPERTY DAMAGE LIABILITY EXCEPT AUTO | BODILY INJURY & PROPERTY DAMAGE LIABILITY AUTO | AUTO PHYSICAL DAMAGE | | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 1/1/75 | | 120.00 | | | 120.00 |
| 2 | 2/1/75 | | 112.00 | | | 112.00 |
| 3 | 3/1/75 | | 112.00 | | | 112.00 |
| 4 | 4/1/75 | | 112.00 | | | 112.00 |
| 5 | 5/1/75 | | 112.00 | | | 112.00 |
| 6 | 6/1/75 | | 112.00 | | | 112.00 |
| 7 | 7/1/75 | | 112.00 | | | 112.00 |
| 8 | 8/1/75 | | 112.00 | | | 112.00 |
| 9 | 9/1/75 | | 112.00 | | | 112.00 |
| 10 | 10/1/75 | | 112.00 | | | 112.00 |
| 11 | 11/1/75 | | 112.00 | | | 112.00 |
| 12 | | | | | | |
| TOTALS | | | | | | 1,240.00 |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the
policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this
endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on
the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this
endorsement.



Countersigned by ......................................................
Authorized Agent

Counsel has located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-57-0  Printed in U.S.A.

**Schedule of Automobiles and Covered Automobiles**



5/6/RM WILSON & ALLEN INC
250480

THE HARTFORD

This Schedule forms a part of Policy No. 10 C A 342E issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date 1/1/75
12:01 A. M. standard time.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model / Trade Name — Body Type - Truck Size / No. of Cyls., Truck Load, Gallonage / Bus Seating Capacity — Location (Town, State) | Identification No. (1) Serial No. (S) Motor No. (M) — Rating Territory | *Purpose of Use — Rating Class | Purchased Mo./Yr. New-Old / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert Amt (Insible Symbols) / Coll. Cov. (Insert Amt (Insible Symbols)) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each coverage mobile) / Premium | (Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1970 FORD P/K #F11YRH14157 | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | 148-Trucks | | $ | $ 5.00 | | | | | | |
| 2 | 1966 FORD #F11YK806236 | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | $ 5.00 | | | | | | |
| 3 | 1962 INT'L CB #FD5671F | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | $ 5.00 | | | | | | |
| 4 | 1967 CHEV P/K #KS147S149625 | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | | | $ | $ 5.00 | | | | | | |
| 5 | 1972 FORD 4DR #2G51F244291 | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | 19.00 | | | | | | |
| 6 | 1972 FORD P/K #F26YRH8913 | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | $ 5.00 | | | | | | |
| 7 | 1973 FORD P/K #F10YRR86280 | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | 5.00 | | | | | | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

TOTAL: $91.00   $28.00   $   $

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

$ $$$.00   $ 35.00

No. | Name and Address of Loss Payee

CSL 9% (.91) INC.
NO FLEET DISC IN NEW MEXICO

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U.S.A.

**Schedule of Automobiles and Covered Automobiles**   5/6/RN  WILSON & ALLEN INC  250480

This Schedule forms a part of Policy No 10 C A 6142E issued by THE HARTFORD INSURANCE   Effective date 1/1/75
GROUP Company designated herein, and taken effect as of the effective date of said policy unless another effective   12:01 A. M., standard time.
date is stated herein.

**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium
charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments / Premium | PD Liab. Prem. / Uninsured Material / Premium | Min. Coll. Cov. (Insert Amt. Stable Symbols) / Coll. Cov. (Insert Amt. Stable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates | Premiums (each covered automobile) | *Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 1973 FORD P/K ½T #F11YR85820 | | | | $ 13.00 | $ 4.00 | $ | $ | $ | | $ | $ |
| | CIMARRON N.M. | 06 | | | | 5.00 | | | | | | |
| 9 | 1972 FORD P/K #F26YRN89132 | | | | $ 13.00 | $ 4.00 | | | | | | |
| | CIMARRON N.M. | 06 | | | $ | $ | $ | $ | $ | | $ | $ |
| 10 | 1964 DODGE 4DR #5543275529 | | | | $ 13.00 | $ 4.00 | | | | | | |
| | CIMARRON N.M. | 06 | | | 19.00 | 5.00 | | | | | | |
| 11 | 1968 FORD P/K #A101468 | | | | $ 13.00 | $ 4.00 | | | | | | |
| | CIMARRON N.M. | 06 | | | $ | 5.00 | $ | $ | $ | | $ | $ |
| 12 | 1973 FORD P/K #F00YRR83712 | | | | $ 13.00 | $ 4.00 | | | | | | |
| | CIMARRON N.M. | 06 | | | $ | 5.00 | $ | $ | $ | | $ | $ |
| 13 | 1973 FORD P/K#F11YRR85819 | | | | $ 13.00 | $ 4.00 | $ | $ | $ | | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | 5.00 | | | | | | |
| 14 | 1974 CHEV TRAVELALL #CKY264F179594 | | | | $ 13.00 | $ 4.00 | | | | | | |
| | CIMARRON N.M. | 06 | | | $ | 5.00 | $ | $ | $ | | $ | $ |

*Not Available in California   *P & B — Pleasure and Business; C = Commercial   **TOTALS** $ 91.00 | $ 28.00 | | | | | $ | $

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.   $ 19.00 | $ 35.00
No. | Name and Address of Loss Payee

CSL 9X (.91) INCL
NO FLEET DISC IN NEW MEXICO

A-3471-0  Printed in U.S.A.

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000517

HFBKPLAN015098

SA 3407

5/6/RM   WILSON & ALLEN INC 250480

## Schedule of Automobiles and Covered Automobiles

This Schedule forms a part of Policy No. **10 C A 342E** issued by **THE HARTFORD INSURANCE** Effective date **1/1/75**
GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.  12:01 A. M. standard time.


THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size / No. of Cyls., Truck Load, Gallonage Bus Seating Capacity | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased New/Re, New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert App. Stable Symbols) / Coll. Cov. (Insert App. Stable Symbols) | Amt. of "ACV" (Actual Cash Value) / Amt. of "ACV" (Actual Cash Value) | Deduc. tible if any / Deduc. tible if any | Rates / Rates | Premiums (each covered non-ownable) / Premiums (each covered non-ownable) | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 1974 FORD #F28BRU46661 | | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | | 06 | | | $19.00 | $ 5.00 | | | | | | |
| 16 | 1973 FORD CROW/CAB #F2SYCS24484 | | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | | 06 | | | $ | $ 5.00 | | | | | | |
| 17 | 1972 FORD 4DR #2G51F244292 | | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | | 06 | | | $19.00 | 5.00 | | | | | | |
| 18 | 1958 CHEV P/K #4B58K132267 | | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | | 06 | | | $ | 5.00 | | | | | | |
| 19 | 1965 FORD P/K #F10JD698518 | | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | | 06 | | | $ | 5.00 | | | | | | |
| 20 | 1958 CHEV P/K #3A58K131944 | | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | | 06 | | | $ | $ 5.00 | | | | | | |
| 21 | 1941 CHEV P/K #AVB1091441 | | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | | 06 | | | $ | 5.00 | | | | | | |
| | †Not Available in California   *P & B – Pleasure and Business; C – Commercial | | | TO. A | | $91.00 | $ 28.00 | | | | | $ | $ |

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | | | | | | | | | | | $38.00 | $ 35.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CSL 9% (.91) INCL
NO FLEET DISC IN NEW MEXICO

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy

PAGE 2

A-3471-0  Printed in U. S. A.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

**5/6/RM   WILSON & ALLEN INC   250480**

## Schedule of Automobiles and Covered Automobiles

This Schedule forms a part of Policy No. **10 C  342E** issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date **1/1/75**
12:01 A. M., standard time.


THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New or Used / Original Cost New or Rating Symbol | Casualty Coverages — BI Liab. Prem. / Medical Payments Premium | Casualty Coverages — PD Liab. Prem. / Uninsured Motorist Premium | Physical Damage Coverages — Non. Coll. Cov. (Insert Appr. Geable Symbols) / Coll. Cov. (Insert Appr. Geable Symbols) | Physical Damage Coverages — Amt. of "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deduc. tible if any / Deduc. tible if any | Rates / Rates | Premiums (each covered automobile) / Premiums (each covered automobile) | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 1964 DODGE CB #2261378469 | | | | $ 13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | $ 5.00 | $ | $ | $ | $ | $ | $ |
| 23 | 1972 FORD 4DR #2G51F244293 | | | | $ 13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ 19.00 | $ 5.00 | $ | $ | $ | $ | $ | $ |
| 24 | 1969 MACK TRK #MB403P2177 | | | | $ 13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | $ 5.00 | $ | $ | $ | $ | $ | $ |
| 25 | 1971 FORD CB #F35VKL64826 | | | | $ 13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | $ 5.00 | $ | $ | $ | $ | $ | $ |
| 26 | 1972 FORD P/K #F1OYKP24747 | | | | $ 13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | $ 5.00 | $ | $ | $ | $ | $ | $ |
| 27 | 1951 REO TRK #149480 | | | | $ 13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | $ 5.00 | $ | $ | $ | $ | $ | $ |
| 28 | 1969 CHEV P/K #KS169Z848257 | | | | $ 13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | $ 5.00 | $ | $ | $ | $ | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

†C = P.O.A.   $ 91.00   $ 28.00   $   $

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**          $ 19.00   $ 35.00   $   $

| No. | Name and Address of Loss Payee |
|---|---|
| | CSL 9X (.91) INCL |
| | NO FLEET DISC IN NEW MEXICO |

The company to which these documents in its business referred. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U. S. A.

**Schedule of Automobiles and Covered Automobiles**

96/RM   WILSON & ALLEN INC 250480


THE HARTFORD

This Schedule forms a part of Policy No. 10 C A 342E issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.   Effective date 1/1/75   12:01 A. M. standard time.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / No. of Cyls., Truck Load, Tonnage Body Type - Truck Size Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rated Territory | *Purpose of Use / Rated Class | Purchased New/Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert App. ticable Symbols) / Coll Cov (Insert App. ticable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deduc. tible if any / Deduc. tible if any | Rates / Rates | Premium (each cov. ered auto. mobile) / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 1971 INT'L DUMP #416060H154330 | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | $ 5.00 | $ | $ | $ | $ | $ |
| 30 | 1972 FORD 4DR #U196LP28943 | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | | | $ 19.00 | $ 5.00 | $ | $ | $ | $ | $ |
| 31 | 1961 FORD P/K #F10JD170009 | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | $ 5.00 | $ | $ | $ | $ | $ |
| 32 | 1972 FORD 2DR #U15GLP28942 | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ 19.00 | $ 5.00 | $ | $ | $ | $ | $ |
| 33 | 1963 FORD P/K #F10JD420602 | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ |
| | CIMARRON, N.M. | 06 | | | $ | $ 5.00 | $ | $ | $ | $ | $ |
| 34 | 1972 CHEV 4DR #CKS162F175471 | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ 19.00 | $ 5.00 | $ | $ | $ | $ | $ |
| 35 | 1972 CHEV 4DR #CKS162F175752 | | | | $13.00 | $ 4.00 | $ | $ | $ | $ | $ |
| | CIMARRON N.M. | 06 | | | $ 19.00 | $ 5.00 | $ | $ | $ | $ | $ |

*Not Available in California   *P & B - Pleasure and Business; C = Commercial

To[ta]l   $91.00   $ 28.00   $   $

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | | |
|---|---|---|---|
| | | $176.00 | $ 23.00 |
| | CSL 9% (.91) INCL | | |
| | NO FLEET DISC IN NEW MEXICO | | |

A-3471-0   Printed in U. S. A.

The company for and these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**Schedule of Automobiles and Covered Automobiles**   5/6/RM  WILSON & ALLEN INC  250480
1/1/75



THE HARTFORD

This Schedule forms part of Policy No. ___ 10 C-___8342E ___ issued ___ THE HARTFORD INSURANCE
GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective
date is stated herein.

Effective date ___  12:01 A. M., standard time.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Sex Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Terrtory | *Purpose of Use / Rating Class | Purchased New/Used / Original Cost New or Rating Symbol | Medical Payments Premium | BI Liab. Prem. / Uninsured Motorist Premium | PD Liab. Prem. | Non. Coll. Cov. (Insert App. icable Symbols) | Amt. or "ACV" (Actual Cash Value) | Coll. Cov. (Insert App. icable Symbols) | Amt. or "ACV" (Actual Cash Value) | Deduc. tible if any | Rates | Premiums (such covered auto. mobile) | *Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 1973 FORD P/K 2T #F10NRR86281 | | | | $13.00 | $ | $ 4.00 | | $ | $ | $ | | | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | | $ 5.00 | | | $ | | $ | | $ | |
| 37 | 1964 DODGE P/K #1161405724 | | | | $13.00 | $ | $ 4.00 | | $ | $ | $ | | | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | | $ 5.00 | | | $ | | $ | | $ | |
| 38 | 1973 FORD FB #F50CVR80490 | | | | $13.00 | $ | $ 4.00 | | $ | $ | $ | | | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | | $ 5.00 | | | $ | | $ | | $ | |
| 39 | 1957 CHEV P/K #3A57K123301 | | | | $13.00 | $ | $ 4.00 | | $ | $ | $ | | | $ | $ |
| | CIMARRON N.M. | 06 | | | $ | | $ 5.00 | | | $ | | $ | | $ | |
| 40 | 1966 MACK TRK #DM40351033 | | | | $13.00 | $ | $ 4.00 | | $ | $ | $ | | | $ | $ |
| | CIMARRON, N.M. | 06 | | | $ | | $ 5.00 | | | $ | | $ | | $ | |
| 41 | 1969 FORD CB #F11YKE77849 | | | | $13.00 | $ | $ 4.00 | | $ | $ | $ | | | $ | $ |
| | CIMARRON, N.M. | 06 | | | $ | | $ 5.00 | | | $ | | $ | | $ | |
| 42 | 1969 FORD CB #F11YKE77848 | | | | $13.00 | $ | $ 4.00 | | $ | $ | $ | | | $ | $ |
| | CIMARRON, N.M. | 06 | | | $ | | $ 5.00 | | | $ | | $ | - | $ | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

$91.00  $ 28.00   $   $
$   $ 38.00   $   $

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.
No. | Name and Address of Loss Payee

CSL 9% (.91) INCL

NO FLEET DISC IN NEW MEXICO

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U.S.A.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

## Schedule of Automobiles and Covered Automobiles

5/6/RM    WILSON & ALLEN INC 250488

This Schedule forms a part of Policy No. **10 C A 342E** issued to THE HARTFORD INSURANCE GROUP Company designated herein, and takes effect on the effective date of said policy unless another effective date is stated herein.

Effective date **1/1/75**
12:01 A. M., standard time.


THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Body Type – Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non-Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deduct-ible if any / Deduct-ible if any | Rates | Premiums (each covered automobile) / Premium | Towing and Labor Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 1969 CHEV 2DR #KS169Z847104 | | | | $ 13.00 | $ 4.00 | $ | $ | $ | | $ | $ |
| | CIMARRON N.M. | 06 | | | $ 19.00 | $ 5.00 | $ | $ | $ | $ | $ | |
| 44 | 1970 CHEV P/K #134800K188270 | | | | $ 13.00 | $ 4.00 | $ | $ | $ | | $ | $ |
| | CIMARRON, N.M. | 06 | | | $ | $ 5.00 | $ | $ | $ | $ | $ | |
| 45 | 1969 FORD S/W #U15FLD86048 | | | | $ 13.00 | $ 4.00 | $ | $ | $ | | $ | $ |
| | CIMARRON, N.M. | 06 | | | $ 19.00 | $ 5.00 | $ | $ | $ | $ | $ | |
| 46 | 1973 FORD 4DR #3P72H152401 | | | | $ 13.00 | $ 4.00 | $ | $ | $ | | $ | $ |
| | CIMARRON N.M. | 06 | | | $ 19.00 | $ 5.00 | $ | $ | $ | $ | $ | |
| 47 | 1965 CATTLE DEPARTMENT TRAILER #145365 | | MOBILE | | $ | $ | $ | $ | $ | | $ | $ |
| | CIMARRON N.M. | 06 | EQUIPMENT | | $ | $ | $ | $ | $ | $ | $ | |
| 48 | 1971 DITCHWITCH #8162 | | MOBILE | | $ | $ | $ | $ | $ | | $ | $ |
| | CIMARRON N.M. | 06 | EQUIPMENT | | $ | $ | $ | $ | $ | $ | $ | |
| 49 | 1974 LOWBOY TRAILER #NMF9000037 | | MOBILE | | $ | $ | $ | $ | $ | | $ | $ |
| | CIMARRON N.M. | 06 | EQUIPMENT | | $ | $ | $ | $ | $ | $ | $ | |
| | †Not Available in California  *P & B = Pleasure and Business; C = Commercial | | | TO TA L | $ 52.00 | $ 16.00 | | | | | $ | $ |
| | | | | | $ 457.00 | $ 28.00 | | | | | $ | |

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee |
|---|---|
| | CSL 9% (.91) INCL |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U. S. A.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000522

HFBKPLAN015103

SA 3412

## Schedule of Automobiles and Covered Automobiles

5/6/RM   WILSON & ALLER INC 250480



This Schedule forms part of Policy No. ___ 10 C ___342E issued ___ THE HARTFORD INS___ GROUP Company designated herein, and takes effect as of the effective date of said policy unless another effective date in stated herein.

Effective date ___ 1/1/75 ___ 12:01 A. M., standard time.

**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this Insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Seat Seating Capacity / Rating Territory | Identification No. (1) Serial No. (S) Motor No. (M) / Rating Class | *Purpose of Use | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | Medical Payments Premium | BI Liab. Prem. | PD Liab. Prem. Uninsured Motorist Premium | Non- Coll. Cov. (Insert App- licable Symbols) / Coll. Cov. (Insert App- licable Symbols) | Amt of "ACV" (Actual Cash Value) / Amt of "ACV" (Actual Cash Value) | Deduc- tible if any / Deduc- tible if any | Rates / Rates | Premium (each cov- ered auto- mobile) / Premium | Towing and Labor Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 1973 GOODE NECK TRAILER #182573 | | | | MOBILE | $ | $ | $ | $ | $ | $ | $ | $ | |
| | CIMARRON, N.M. | 06 | | | EQUIPMENT | $ | $ | $ | | | | | | |
| 51 | 1953 CATTLE STOCK TRAILER #6550 | | | | MOBILE | $ | $ | $ | $ | $ | $ | $ | $ | |
| | CIMARRON N.M. | 06 | | | | $ | $ | $ | | | | | | |
| 52 | 1955 LOWBOY TRAILER (LA CROSS) #DF6T-25F #056 | | | | MOBILE | $ | $ | $ | $ | $ | $ | $ | $ | |
| | CIMARRON N.M. | 06 | | | EQUIPMENT | $ | $ | $ | $ | $ | $ | $ | $ | |
| | | | | | | $ | $ | $ | | | | | | |
| | | | | | | $ | $ | $ | $ | $ | $ | $ | $ | |
| | | | | | | $ | $ | $ | | | | | | |
| | | | | | | $ | $ | $ | $ | $ | $ | $ | $ | |
| | | | | | | $ | $ | $ | | | | | | |
| | | | | | | $ | $ | $ | $ | $ | $ | $ | $ | |
| | | | | | | $ | $ | $ | | | | | | |
| | | | | | | $ | $ | $ | $ | $ | $ | $ | $ | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

| | | | $ | $ | | | | $ | $ |
|---|---|---|---|---|---|---|---|---|---|

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. |
|---|---|---|
| | CSL 9% (.91) INCL | |

The company found these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

**Schedule of Automobiles**

A/P $8683.00 3/24/FC/BJ
WILSON & ALLEN INC. 250480



Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43342B**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL
ROUTE #1
NORTH BRUNSWICK, N. J.**

Effective date......... **1-1-75** ..........................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

...uch insurance as is afforded by the provisions of the policy relating to the following:

## COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

IT IS AGREED THAT THE ATTACHED SCHEDULE IS FORMING PART OF THE
CAPTIONED POLICY AND PREMIUM SHOULD READ AS STATED BELOW:

B.I. $4721.00

P.D. $2813.00

M.P. 1057.00

U.M. 92.00

$8683.00

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by

*The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.*

Form AL-8-0 B  Printed in U. S. A.  10.'66  N BCU:

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

**HARTFORD000524**

HFBKPLAN015105

SA 3414

3/24/PC/BJ   PAGE #1   WILSON & ALLEN INC. 250480

## Schedule of Automobiles and Covered Automobiles

This Schedule forms a part of Policy No. **10 C A43342E** issued by THE HARTFORD INSURANCE GROUP* Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein. Effective date... **1-1-75** 12:01 A.M., standard time.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

**THE HARTFORD**

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rated Territory | *Purpose of Use / Rated Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments / Premium | PD Liab. Prem. / Uninsured Motorist / Premium | Non. Coll. Cov. (Insert App. icable Symbols) / Amt. or "ACV" (Actual Cash Value) | Amt. or "ACV" (Actual Cash Value) / Deduc- tible if any | Rates | Premiums (each cov- ered auto- mobile) | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 1970 FORD P/K #F11YRH14137 | | C | | $ 91.00 | $ 57.00 | $ | $ | $ | $ | $ |
|  | NORTH BRUNSWICK, N. J. | 40 | 6 | | $ 28.00 | $ 2.00 | | | | | |
| 2. | 1966 FORD P/K #F1NYK806235 | | C | | $ 91.00 | $ 57.00 | $ | $ | $ | $ | $ |
|  | NORTH BRUNSWICK, N. J. | 40 | 6 | | $ 28.00 | $ 2.00 | | | | | |
| 3. | 1962 INTL CB #FD5671F | | C | | $ 122.00 | $ 75.00 | $ | $ | $ | $ | $ |
|  | NORTH BRUNSWICK, N. J. | 40 | BCA | | $ 33.00 | $ 2.00 | | | | | |
| 4. | 1967 CHEV. P/K #KS147S149629 | | C | | $ 91.00 | $ 57.00 | $ | $ | $ | $ | $ |
|  | NORTH BRUNSWICK, N. J. | 40 | 6 | | $ 28.00 | $ 2.00 | | | | | |
| 5. | 1972 FORD 4 DR #2051F24U291 | | P&B | | $ 103.00 | $ 53.00 | $ | $ | $ | $ | $ |
|  | NORTH BRUNSWICK, N. J. | 40 | PPT | | $ 1.00 | $ 2.00 | | | | | |
| 6. | 1972 FORD P/K #F26YRH89131 | | C | | $ 91.00 | $ 57.00 | $ | $ | $ | $ | $ |
|  | NORTH BRUNSWICK, N. J. | 40 | 6 | | $ 28.00 | $ 2.00 | | | | | |
| 7. | 1973 FORD P/K #F10YRH86280 | | C | | $ 91.00 | $ 57.00 | $ | $ | $ | $ | $ |
|  | NORTH BRUNSWICK, N. J. | 40 | 6 | | $ 28.00 | $ 2.00 | | | | | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

TOTAL  $680.00  $413.00       $175.00  $16.00

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee |
|---|---|
| | CSL 9% (.91) INC. |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

Schedule of Automobiles

CONFIDENTIAL

Confidential - Subject to Protective Order

3/24/FC/BJ   PAGE #2   WILSON & ALLEN INC., 250480

## Schedule of Automobiles and Covered Automobiles

This Schedule forms a part of Policy No **10 C #43342B** , issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date **1-1-75**   12:01 A. M., standard time.


THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size / No. of Cyls., Truck Load, Tonnage / Bus Seating Capacity — Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) — Rating Territory | *Purpose of Use — Rating Class | Purchased New/Tr. New-Used — Original Cost (New or Rating Symbol) | BI Liab. Prem. — Medical Payments Premium | PD Liab. Prem. — Uninsured Motorist Premium | Non. Coll. Cov. (Insert Apx. Stable Symbols) | Coll. Cov. (Insert Apx. Stable Symbols) — Amt. or "ACV" (Actual Cash Value) | Deductible if any | Rates | Premiums (each carnned automobile) — Premium | Towing and Labor Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8. | '73 FORD P/K ½ T #F11YR85820 | | C | | $ 91.00 / $ 28.00 | $ 57.00 / $ 2.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | | | | | | | | |
| 9. | 1972 FORD P/K #F26YRR89132 | | C | | $ 91.00 / $ 28.00 | $ 57.00 / $ 2.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | | | | | | | | |
| 10. | 1964 DODGE 4DR #5543273529 | | P&B | | $ 103.00 / $ 1.00 | $ 53.00 / $ 2.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | PPT | | | | | | | | | |
| 11. | 1968 FORD P/K #A101468 | | C | | $ 91.00 / $ 28.00 | $ 57.00 / $ 2.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | | | | | | | | |
| 12. | 1973 FORD P/K #F10YRR83712 | | C | | $ 91.00 / $ 28.00 | $ 57.00 / $ 2.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | | | | | | | | |
| 13. | 1973 FORD P/K #F11YRR85819 | | C | | $ 91.00 / $ 28.00 | $ 57.00 / $ 2.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | | | | | | | | |
| 14. | 1974 CHEV/TRAVELALL #CKY264F179594 | | C | | $ 153.00 / $ 39.00 | $ 94.00 / $ 2.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 5CA | | | | | | | | | |

*Not Available in California   *P & B = Pleasure and Business; C = Commercial

TOTAL: $ 711.00 / $ 432.00   $   $

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.

| No. | Name and Address of Loss Payee |
|---|---|
| | CSL 9% (.91) INCL. $ 180.00 / $ 14.00 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U.S.A.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000526

HFBKPLAN015107

SA 3416

**3/24/PC/BJ  PAGE #3   WILSON & ALLEN INC. 250480**

## Schedule of Automobiles and Covered Automobiles

**10 C A4342E**

This Schedule forms a part of Policy No. _____ issued by THE HARTFORD INSURANCE GROUP* Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date **1-1-75**
12:01 A. M., standard time.


**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size No. of Cyls., Truck Load, Tonnage Bus Seating Capacity / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Class | *Purpose of Use | Purchased New/Fr. Non-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Unnamed Material Premium | Non. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert Applicable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deduct. t/Me if any / Deduct. t/Me if any | Rates / Rates | Premium (each covered automobile) / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15. | 1974 FORD #F28BRU46661 | | | C | | $ 91.00 | $ 57.00 | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | | $ 28.00 | $ 2.00 | | | | | |
| 16. | 1973 FORD CREW/CAB #F25YCS24484 | | | C | | $ 122.00 | $ 75.00 | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 8CA | | | $ 33.00 | $ 2.00 | | | | | |
| 17. | 1972 FORD 4DR. #2051F244292 | | | FEB | | $ 103.00 | $ 53.00 | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | PPT | | | $ 1.00 | $ 2.00 | | | | | |
| 18. | 1958 CHEV P/K #4B58K132267 | | | C | | $ 91.00 | $ 57.00 | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | | $ 28.00 | $ 2.00 | | | | | |
| 19. | 1965 FORD P/K #F10JD698518 | | | C | | $ 91.00 | $ 57.00 | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | | $ 28.00 | $ 2.00 | | | | | |
| 20. | 1958 CHEV P/K #3A58K131944 | | | C | | $ 91.00 | $ 57.00 | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | | $ 28.00 | $ 2.00 | | | | | |
| 21. | 1941 CHEV P/K #AVB1091441 | | | C | | $ 91.00 | $ 57.00 | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | TO TA L | $ 28.00 | $ 2.00 | | | | | |
| | | | | | | $ 680.00 | $ 413.00 | | | | $ | $ |

†Not Available in California  *P & B – Pleasure and Business; C – Commercial

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. | |
|---|---|---|---|
| | CSL 9% (.91) INCL | | $ 374.00 | $ 18.00 |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U.S.A.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000527

HFBKPLAN015108

SA 3417

3/24/FC/BJ   PAGE #4   WILSON & ALLEN INC. 250480

**Schedule of Automobiles and Covered Automobiles**

This Schedule forms a part of Policy No. **10 C A43342E**   issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date **1-1-75**
12:01 A. M., standard time.



THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size No. of Cyls., Truck Load, Cubicage Bus Seating Capacity / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Class | *Purpose Mo./Tr. New-Used | Purchased Mo./Tr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. Premium / Medical Payments Premium | PD Liab. Prem. Premium / Uninsured Motorist Premium | Coll. Cov. (Insert Amt. Deductible Symbols) | Com. Coll. Cov. (Insert Amt. Deductible Symbols) | Amt. of "ACV" (Actual Cash Value) | Deduc. tible if any | Rates | Premiums (such covered automobile) | Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22. | 1964 DODGE CB #2261378469 | | | C | | $122.00 / $ | $75.00 / $ | $ | $ | $ | $ | | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 8CA | | | $ 33.00 | $ 2.00 | | | | | | | |
| 23. | 1972 FORD 4DR. #2051P244293 | | | P&B | | $103.00 / $ | $53.00 / $ | $ | $ | $ | $ | | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | PPT | | | $ 1.00 | $ 2.00 | | | | | | | |
| 24. | 1969 MACK TRK. #3DA03P2177 | | | C | | $122.00 / $ | $75.00 / $ | $ | $ | $ | $ | | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 8CA | | | $ 33.00 | $ 2.00 | | | | | | | |
| 25. | 1971 FORD CB #F35YKI64826 | | | C | | $122.00 / $ | $75.00 / $ | $ | $ | $ | $ | | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 8CA | | | $ 33.00 | $ 2.00 | | | | | | | |
| 26. | 1972 FORD P/K #P10YKP24747 | | | C | | $ 91.00 / $57.00 | $ | $ | $ | $ | $ | | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | | $ 28.00 | $ 2.00 | | | | | | | |
| 27. | 1951 REO TRK #149480 | | | C | | $122.00 / $75.00 | $ | $ | $ | $ | $ | | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 8CA | | | $ 33.00 | $ 2.00 | | | | | | | |
| 28. | 1969 CHEV P/K #KS1692848257 | | | C | | $ 91.00 / $57.00 | $ | $ | $ | $ | $ | | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | | $ 28.00 | $ 2.00 | | | | | | | |
| | (Not Available in California)   *P & B = Pleasure and Business; C = Commercial | | | | TOTAL | $773.00 | $467.00 | | | | | | $ | $ |

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**   TOTAL $389.00   $ 14.00

| No. | Name and Address of Loss Payee |
|---|---|
| | CSL 9% (.91) INCL |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000528

HFBKPLAN015109

SA 3418

3/24/PC/BJ   PAGE #5   WILSON & ALLEN INC. 250480

## Schedule of Automobiles and Covered Automobiles

This Schedule forms a part of Policy No. **10 C 443342B**   issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date **1-1-75**
12:01 A. M., standard time.



**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this Insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / No. of Cyls. Truck Load Gn'l'mage Box Seating Capacity — Body Type — Truck Size / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert App. ienble Symbols) | Amt. of "ACV" (Actual Cash Value) | Coll. Cov. (Insert App. ienble Symbols) | Amt. of "ACV" (Actual Cash Value) | Deduc- tible if any | Rates | Premium (each cur- rent auto- mobile) | *Transpt and Labor Cost / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29. | 1971 INTL DUMP #416060H164330 | | C | | $122.00 | $75.00 | $ | $ | | $ | $ | $ | $ | |
| | NORTH BRUNSWICK, N. J. | 40 | 8CA | | $ 33.00 | $ 2.00 | $ | $ | | $ | | $ | $ | |
| 30. | 1972 FORD 2DR. #U15GLP28943 | | P&B | | $108.00 | $53.00 | $ | $ | | $ | $ | $ | $ | |
| | NORTH BRUNSWICK, N. J. | 40 | PPT | | $ 1.00 | $ 2.00 | $ | $ | | $ | | $ | $ | |
| 31. | 1961 FORD P/K #P10JD170009 | | C | | $ 91.00 | $57.00 | $ | $ | | $ | $ | $ | $ | |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | $ 28.00 | $ 2.00 | $ | $ | | $ | | $ | $ | |
| 32. | 1972 FORD 2DR. #U15GLP28942 | | P&B | | $103.00 | $53.00 | $ | $ | | $ | $ | $ | $ | |
| | NORTH BRUNSWICK, N. J. | 40 | PPT | | $ 1.00 | $ 2.00 | $ | $ | | $ | | $ | $ | |
| 33. | 1963 FORD P/K #P10JD420602 | | C | | $ 91.00 | $57.00 | $ | $ | | $ | $ | $ | $ | |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | $ 28.00 | $ 2.00 | $ | $ | | $ | | $ | $ | |
| 34. | 1972 CHEV 4DR. #CKS162P175471 | | P&B | | $103.00 | $53.00 | $ | $ | | $ | $ | $ | $ | |
| | NORTH BRUNSWICK, N. J. | 40 | PPT | | $ 1.00 | $ 2.00 | $ | $ | | $ | | $ | $ | |
| 35. | 1972 CHEV 4DR. #CKS162P175752 | | P&B | | $103.00 | $53.00 | $ | $ | | $ | $ | $ | $ | |
| | NORTH BRUNSWICK, N. J. | 40 | PPT | | $ 1.00 | $ 2.00 | $ | $ | | $ | | $ | $ | |
| | | | | TO TA L | $716.00 | $401.00 | | | | | | | $ | |
| | | | | | $ 93.00 | $34.00 | | | | | | | $ | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.

| No. | Name and Address of Loss Payee |
|---|---|
| | CSL 9% (.91) INCL |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U. S. A.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000529

HFBKPLAN015110

SA 3419

3/24/FC/BJ   PAGE #6   WILSON & ALLEN INC. 250480

**Schedule of Automobiles and Covered Automobiles**

10 C A43342R

This Schedule forms a part of Policy No. .................. issued by THE HARTFORD INSURANCE GROUP Company designated herein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ...... **1-1-75** ...... 12:01 A. M., standard time.



THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Locations (Town, State) | Body Type · Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Rated Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rated Class | *Purpose of Use | Purchased Mo./Yr. New-Used / Original Cost New or Rated Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Car. (Except Any. Stable Symbols) | Amt. or "ACV" (Actual Cash Value) / Coll. Car. (Except Any. Stable Symbols) | Amt. or "ACV" (Actual Cash Value) / Deductible if any | Rates | Premium (each covered automobile) / Rates | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36. | 1973 FORD P/K ½ T #F10YRR86281 | | | C | | $ 91.00 / | $ 57.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | | $ 28.00 / | $ 2.00 | | | | | | |
| 37. | 1964 DODGE P/K #1161405724 | | | C | | $ 91.00 / | $ 57.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | | $ 28.00 / | $ 2.00 | | | | | | |
| 38. | 1973 FORD FB #F50CVR80490 | | | C | | $122.00 / | $ 75.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 8CA | | | $ 33.00 / | $ 2.00 | | | | | | |
| 39. | 1957 CHEV P/K #3A57K123301 | | | C | | $ 91.00 / | $ 57.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 6 | | | $ 28.00 / | $ 2.00 | | | | | | |
| 40. | 1966 MACK TRK. #DM40351033 | | | C | | $122.00 / | $ 75.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 8CA | | | $ 33.00 / | $ 2.00 | | | | | | |
| 41. | 1969 FORD CB #F11YKE77849 | | | C | | $122.00 / | $ 75.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 8CA | | | $ 33.00 / | $ 2.00 | | | | | | |
| 42. | 1969 FORD CB #F11YKE77848 | | | C | | $122.00 / | $ 75.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | 8CA | | | $ 33.00 / | $ 2.00 | | | | | | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

TOTALS $761.00 / $471.00 / $216.00 / $ 14.00 / $ / $

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee |
|---|---|
| | CSL 9% (.91) INCL. |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U.S.A.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000530

HFBKPLAN015111

SA 3420

3/24/PC/BJ, PAGE #7   WILSON & ALLEN INC. 250480

## Schedule of Automobiles and Covered Automobiles

This Schedule forms a part of Policy No. **10 C 143342E** ... issued by THE HARTFORD INSURANCE
GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective
date is stated herein.

Effective date ... **1-1-75**
12:01 A. M., standard time.

**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name — Body Type / No. of Cyls., Truck Load, Carbonage — Bus Seating Capacity — Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) — Rated Territory | *Purpose of Use — Rating Class | Purchased Mo./Yr. New-Used — Original Cost New or Rating Symbol | BI Liab. Prem. — Medical Payments Premium | PD Liab. Prem. — Uninsured Motorist Premium | Min. Coll. Cov. (Insert App.-licable Symbols) — Coll. Cov. (Insert App.-licable Symbols) | Amt. of "ACV" (Actual Cash Value) — Amt. of "ACV" (Actual Cash Value) | Deduc-tible if any — Deduc-tible if any | Rates | Premium (each cov-ered auto-mobile) | *Towing and Labor Costs — Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43. | 1969 CHEV 2DR. #K81692847104 NORTH BRUNSWICK, N. J. | 40 | P&B PPT | | $103.00 $ 1.00 | $53.00 $ 2.00 | $ $ | $ $ | $ $ | | $ $ | $ $ |
| 44. | 1970 CHEV P/K #134800K188270 NORTH BRUNSWICK, N. J. | 40 | C 6 | | $ 91.00 $ 28.00 | $57.00 $ 2.00 | $ $ | $ $ | $ $ | | $ $ | $ $ |
| 45. | 1969 FORD S/W #N15VL086049 NORTH BRUNSWICK, N. J. | 40 | P&B PPT | | $103.00 $ 1.00 | $53.00 $ 2.00 | $ $ | $ $ | $ $ | | $ $ | $ $ |
| 46. | 1973 FORD 4DR. #3P72H152401 NORTH BRUNSWICK, N. J. | 40 | P&B PPT | | $103.00 $ 1.00 | $53.00 $ 2.00 | $ $ | $ $ | $ $ | | $ $ | $ $ |
| 47. | 1965 CATTLE DEPARTMENT TRAILER #145365 NORTH BRUNSWICK, N. J. | 40 | MOBILE EQUIPMENT | | $ $ | $ $ | $ $ | $ $ | $ $ | | $ $ | $ $ |
| 48. | 1971 DITCHWITCH #8162 NORTH BRUNSWICK, N. J. | 40 | MOBILE EQUIPMENT | | $ $ | $ $ | $ $ | $. $ | $ $ | | $ $ | $ $ |
| 49. | 1947 LOWBOY TRAILER #NMF-9000037 NORTH BRUNSWICK, N. J. | 40 | MOBILE EQUIPMENT | | $ $ | $. $. | $ $ | $ $ | $ $ | | $ $ | $ $ |
| | †Not Available in California *P & B = Pleasure and Business; C = Commercial | | | T O T A L | $400.00 $ 33.00 | $216.00 $ 6.00 | | | | | $ $ | $ |

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.

| No. | Name and Address of Loss Payee |
|---|---|
| | CBL 9% (.91) INCL |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U. S. A.

Automobile

Schedule of Automobiles

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

HARTFORD000531

HFBKPLAN015112

SA 3421

3/24/PC/BJ  PAGE #8  WILSON & ALLEN INC. 250480

## Schedule of Automobiles and Covered Automobiles
10 C  3342E



**THE HARTFORD**

This Schedule forms a part of Policy No. _____ issued by THE HARTFORD INSURANCE    Effective date 1-1-75
GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective    12:01 A. M., standard time.
date is stated herein.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name · No. of Cyls. Truck Load, Gullenage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased New/Tr., New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert Applicable Symbols) | Amt. of "ACV" (Actual Cash Value) / Amt. of "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premium (each covered non-mobile) / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50. | 1973 GOOSE NECK TRAILER #182573 | | MOBILE EQUIPMENT | $ | $ | $ | $ | $ | | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | | $ | $ | $ | $ | $ | | $ | $ |
| 51. | 1953 CATTLE STOCK TRAILER #6550 | | MOBILE EQUIPMENT | $ | $ | $ | $ | $ | | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | | $ | $ | $ | $ | $ | | $ | $ |
| 52. | 1955 LOWBOY TRAILER (LA CROSS) DP6 T-25F #DP6 | | MOBILE EQUIPMENT | $ | $ | $ | $ | $ | | $ | $ |
| | NORTH BRUNSWICK, N. J. | 40 | | $ | $ | $ | $ | $ | | $ | $ |
| | | | | $ | $ | $ | $ | $ | | $ | $ |
| | | | | $ | $ | $ | $ | $ | | $ | $ |
| | | | | $ | $ | $ | $ | $ | | $ | $ |
| | | | | $ | $ | $ | $ | $ | | $ | $ |
| | | | | $ | $ | $ | $ | $ | | $ | $ |
| | | | | $ | $ | $ | $ | $ | | $ | $ |
| | | | | $ | $ | $ | $ | $ | | $ | $ |
| | | | | $ | $ | $ | $ | $ | | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial    TOTAL  $    $

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.
No.   Name and Address of Loss Payee

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U. S. A.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000532

HFBKPLAN015113

SA 3422

3/24/FC/BJ   WILSON & ALLEN INC. 250480

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43342E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

BOY SCOUTS OF AMERICA NATIONAL COUNCIL
ROUTE #1
NORTH BRUNSWICK, N. J.

Effective date .......... **1-1-75** .......................... 12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE
COMPREHENSIVE GENERAL LIABILITY INSURANCE

IT IS AGREED ENDORSEMENT AL-8-2B NOTICE OF OCCURRENCE IS ALSO COVERED FOR
COMPREHENSIVE GENERAL LIABILITY INSURANCE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company, provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD. CONNECTICUT

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 A   Printed in U. S. A.   10-'66   NBCU:

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000533

HFBKPLAN015114

SA 3423

3/24/FC/BJ   WILSON & ALLEN INC. 250480

**Named Insured and Address**

This endorsement forms a part of Policy No. **10 C A43342E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

BOY SCOUTS OF AMERICA NATIONAL COUNCIL
ROUTE #1
NORTH BRUNSWICK, N. J.

Effective date........**1-1-75**........................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### GARAGEKEEPERS' LEGAL LIABILITY

---

IT IS HEREBY UNDERSTOOD AND AGREED 1966 TENNANT 86 POWER SWEEPER

#90692 IS ADDED AT COVERAGES 50 DED. COLLISION, FIRE & THEFT

PREMIUM INCLUDED IN COMPOSITE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by ..................................................

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000534

HFBKPLAN015115

SA 3424

3/24/C/BJ
WILSON AND ALLEN INC. 250480

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43342B**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

BOY SCOUTS OF AMERICA NATIONAL COUNCIL
ROUTE #1
NORTH BRUNSWICK, N. J.

Effective date ........ **1-1-75** ........12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

IN CONSIDERATION OF THE PREMIUM INCLUDED IN COMPOSITE RATE, IT IS AGREED

THAT FORM L-3037-1, "REAL PROPERTY LIABILITY FIRE" IS EXTENDED TO

INCLUDE THE FOLLOWING LOCATION:

| DESC. OF PROPERTY | LIMIT OF LIABILITY | RATE PER $100 LIMIT | PREMIUM |
|---|---|---|---|
| 275 BUSH ST.<br>SAN FRANCISCO, CALIFORNIA<br>94104 | 100,000 EACH OCCURRENCE | | INC. IN<br>COMPOSITE<br>RATE |

*add to main list*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000535

HFBKPLAN015116

SA 3425

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No.......................................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.............................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

Add'l Insured

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

ADDITIONAL INSURED

IN CONSIDERATION OF THE PREMIUM INCLUDED IN THE COMPOSITE RATE

IT IS UNDERSTOOD AND AGREED THAT THE POLICY IS EXTENDED TO INCLUDE

THE INTEREST OF U.S. FOUNDATION FOR INTERNATIONAL SCOUTING AS

ADDITIONAL INSURED.

? — *remove note*?

*Professional Scouts —
Employees of B.S.A.*

*OK*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.


**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL
Confidential - Subject to Protective
Order

HARTFORD000536

HFBKPLAN015117

SA 3426

**Premium Installment**

 

**THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. **10 C A43342E**
issued by THE HARTFORD INSURANCE GROUP company
designated therein, and takes effect as of the effective date of
said Policy unless another effective date is stated herein.

Effective date............................................... 12:01 A. M., standard time at the address of the
named insured as stated herein.

It is hereby understood and agreed that the **ORIGINAL** Premium of $ **21,220.00**
(insert "original" or "additional" or "return")

will **BE PAYABLE IN** **ELEVEN** installments as outlined in "Schedule of Payments."
(insert "be payable in" or "reduce the")

### SCHEDULE OF PAYMENTS

| NO. | DUE DATE OF PAYMENT | BODILY INJURY & PROPERTY DAMAGE LIABILITY EXCEPT AUTO | BODILY INJURY & PROPERTY DAMAGE LIABILITY AUTO | AUTO PHYSICAL DAMAGE | | TOTAL |
|-----|---------------------|---------|---------|---------|---|---------|
| 1 | 1 1 75 | 1524.00 | 416.00 | | | 1940.00 |
| 2 | 2 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 3 | 3 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 4 | 4 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 5 | 5 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 6 | 6 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 7 | 7 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 8 | 8 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 9 | 9 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 10 | 10 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 11 | 11 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 12 | | | | | | |
| TOTALS | | 16,744.00 | 4,476.00 | | | 21,220.00 |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Counterpart company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

_Authorized Agent_

Form AL-57-0  Printed in U. S. A.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

**HARTFORD000537**

HFBKPLAN015118

**SA 3427**

Named Insured and Address

**10 C A43342E**

This endorsement forms a part of Policy No................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................................................. 12:01 A. M., standard time at the address of the *named insured* as
stated herein.

## VESSELS

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE

IT IS AGREED THAT SUCH INSURANCE AS IS AFFORDED BY THE POLICY
BODILY INJURY LIABILITY COVERAGE AND BY THE PROPERTY DAMAGE
LIABILITY COVERAGE APPLIES,SUBJECT TO THE FOLLOWING PROVISIONS:

1. THE EXCLUSION RELATING TO WATERCRAFT DOES NOT APPLY WITH RESPECT
   TO THE WATERCRAFT DESCRIBED BELOW.

2. THE INSURANCE WITH RESPECT TO SUCH WATERCRAFT DOES NOT APPLY TO:

   BODILY INJURY TO ANY PASSENGER BEING CARRIED FOR A CONSIDERATION
   WHILE IN OR UPON,ENTERING OR ALIGHTING FROM ANY SUCH WATERCRAFT;

   DESCRIPTION OF WATERCRAFT:

   300 CANOES AND ANY OTHER VESSEL NOT EXCEEDING 50 FEET IN LENGTH

   *use std. form*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

.................................................
Authorized Agent

Form AL-8-0 B  Printed in U. S. A.  10-'66  NBCU:

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No.................................................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................:...............................................:.........12:01 A. M., standard time at the address of the *named insured* as
stated herein.

### VESSELS

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

IT IS AGREED THAT SUCH INSURANCE AS IS AFFORDED BY THE POLICY
BODILY INJURY LIABILITY COVERAGE AND BY THE PROPERTY DAMAGE
LIABILITY COVERAGE APPLIES, SUBJECT TO THE FOLLOWING PROVISIONS:

1. THE EXCLUSION RELATING TO WATERCRAFT DOES NOT APPLY WITH RESPECT
   TO THE WATERCRAFT DESCRIBED BELOW.

2. THE INSURANCE WITH RESPECT TO SUCH WATERCRAFT DOES NOT APPLY TO:

   BODILY INJURY TO ANY PASSENGER BEING CARRIED FOR A CONSIDERATION
   WHILE IN OR UPON, ENTERING OR ALIGHTING FROM ANY SUCH WATERCRAFT:

   DESCRIPTION OF WATERCRAFT:

   300 CANOES AND ANY OTHER VESSEL NOT EXCEEDING 50 FEET IN LENGTH

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL.-8-0 B  Printed in U. S. A.  10-'66  NBCU:

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000539

HFBKPLAN015120

SA 3429

Named Insured and Address

**10 C A43342E**

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date .................................................12:01 A. M., standard time at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

CGL
APD
Personal Injury
Contractual

NOTICE OF OCCURRENCE

IT IS AGREED THAT NOTICE OF CLAIM OR SUIT

TO THE INSURED, IS TO BE DEEMED EFFECTIVE

ONLY WHEN GIVEN TO AN EXECUTIVE OFFICER OR

THE INSURANCE MANAGER AT B.S.A. NATIONAL HEADQUARTERS

NORTH BRUNSWICK N J.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company: provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by .................................................
Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

CONFIDENTIAL
Confidential - Subject to Protective Order

HARTFORD000540

HFBKPLAN015121

SA 3430

Named Insured and Address

**10 C A43342E**

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date. ............. .. .......... ............ .........12:01 A. M., standard time at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE**

CGL
APD
Cont
PD

IT IS AGREED THAT THE ADDITIONAL INSURED OF THE

ABOVE MENTIONED POLICY ARE:

EMPLOYEES,COUNCIL MEMBERS,EXECUTIVE BOARD

MEMBERS,VOLUNTEERS,TRUSTEES,SPONSORS AND

DONORS OF AUTOS OR WATERCRAFT.

~~ANY ENTITY WHICH THE NAMED INSURED IS OBLIGATED~~

~~VIA CONTRACT OR BY ISSUANCE OF A PERMIT, TO~~

~~PROVIDE INSURANCE~~

~~INTEREST OF EMPLOYEES OR ANY OTHER PERSONS USING~~

~~MOTOR VEHICLES ON BEHALF OF THE INSURED.~~

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declaration page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.


**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Authorized Agent

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL
Confidential - Subject to Protective Order

HARTFORD000541

HFBKPLAN015122

SA 3431

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No...................................................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date....................:......................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

*Add'L Insured*

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

IT IS AGREED THAT THE ADDITIONAL INSURED OF THE

ABOVE MENTIONED POLICY ARE:

EMPLOYEES,COUNCIL MEMBERS,EXECUTIVE BOARD

MEMBERS,VOLUNTEERS,TRUSTEES,SPONSORS AND

DONORS OF AUTOS OR WATERCRAFT

ANY ENTITY WHICH THE NAMED INSURED IS OBLIGATED

VIA CONTRACT,OR BY ISSUANCE OF A PERMIT, TO

PROVIDE INSURANCE

INTEREST OF EMPLOYEES OR ANY OTHER PERSONS USING

MOTOR VEHICLES ON BEHALF OF THE INSURED.

*as per specs*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.


**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by....................................................

Form AL.-8-0 B   Printed in U.S.A.   10-'66   NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000542

HFBKPLAN015123

SA 3432

**10 C A43342E**

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Named Insured and Address

Effective date ...................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

IT IS HEREBY UNDERSTOOD AND AGREED THAT THIS POLICY IS TO PROVIDE
COVERAGE FOR ALL INDIVIDUALS PARTICIPATING IN CAR POOLING AT THE
DIRECTION OF B.S.A. IT IS FURTHER UNDERSTOOD THAT SUCH COVERAGE IS
TO BE EXCESS OVER ANY OTHER VALID AND COLLECTIBLE INSURANCE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

..........................................................
Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

CONFIDENTIAL
Confidential - Subject to Protective
Order

HARTFORD000543

HFBKPLAN015124

SA 3433

Named Insured and Address

## 10 C A43342E

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date ................................................... 12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

THE POLICY IS EXTENDED TO COVER A CANOE TRAILER

WHICH WILL BE USED TO CARRY CANOES IN THE EAST

PRINICPAL GARAGE LOCATION NEW YORK N Y.


*Principal*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

## THE HARTFORD
### INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

The company located these documents in its
business records. At this time, the Hartford
does not certify that these documents constitute
a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

**HARTFORD000544**

HFBKPLAN015125

SA 3434

Named Insured and Address

**10 C A43342E**

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date ................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY INS**

**AUTOMOBILE PHYSICAL DAMAGE INS**



THE NOTICE OF ACCIDENT CONDITION OF THE

POLICY IS AMENDED TO READ:

UPON THE HAPPENING OF AN ACCIDENT

OCCURRENCE, OR PRESENTATION OF CLAIM

WRITTEN NOTICE SHALL BE GIVEN BY OR

ON BEHALF OF THE INSURED TO THE COMPANY

OR ANY OF ITS AUTHORIZED AGENTS AS SOON

AS PRACTICABLE AFTER IT IS KNOWN AT THE

HEADQUARTERS OF THE BOY SCOUTS OF AMERICA.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

The company located these documents in its
business records. At this time, the Hartford agent
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

**CONFIDENTIAL**
Confidential - Subject to Protective
Order

io C A43342E

This endorsement forms a part of Policy No.............................................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Named Insured and Address

Effective date ..............................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INS

AUTOMOBILE PHYSICAL DAMAGE INS

IN CONSIDERATION OF THE PREMIUM CHARGED THE POLICY

TERRITORY IS EXTENDED TO COVER MEXICO ON AN EXCESS

AND DIFFERENCE AND CONDITIONS BASIS OVER ANY UNDERLYING

INSURANCE OBTAINED BY THE INSURED.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by ........................................
.........................................................Authorized Agent

Form AL-8-0 B  Printed in U. S. A.  10-'66  NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date ....................................................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INS*urance*

AUTOMOBILE PHYSICAL DAMAGE INS*urance*

IT IS UNDERSTOOD AND AGREED THAT THE POLICY

IS EXTENDED TO COVER EMPLOYEES OF THE INSURED

AS ADDITIONAL INSUREDS WITH RESPECT TO VEHICLES

HIRED IN THEIR OWN NAME FOR USE ON BOY SCOUTS OF

AMERICA BUSINESS, PROVIDED THEY ARE ACTING

AT THE DIRECTION OF BOY SCOUTS OF

AMERICA.



Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

CONFIDENTIAL
Confidential - Subject to Protective
Order

HARTFORD000547

HFBKPLAN015128

SA 3437

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

## COMPREHENSIVE AUTOMOBILE LIABILITY INS

IT IS UNDERSTOOD AND AGREED THAT THE POLICY IS
EXTENDED TO COVER THE LIABILITY ASSUMED BY THE
INSURED UNDER ANY HIRDD AND/OR LEASED CAR AGREEMENTS
IN CONJUNCTION WITH BUSINESS ON BEHALF OF THE BOY
SCOUTS OF AMERICA.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by.......................................
.......................................Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 B  Printed in U. S. A.  10-'66  NBCU:

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000548

HFBKPLAN015129

SA 3438

AMENDMENT—LIMITS OF LIABILITY

( SINGLE LIMIT )

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date ........................................................ 12:01 A. M. standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

SCHEDULE

|  |  | PERSON |
|---|---|---|
| BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY. | $ 500 ,000 EACH | XXXXXXXXXXX |
|  | $ 500 ,000 | XXXXXXXXX OCCURRENCE |

IT IS AGREED THAT PROVISIONS OF THE POLICY CAPTIONED " LIMITS OF LIABILITY"
RELATING TO BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY ARE
AMENDED TO READ AS FOLLOWS:

LIMITS OF LIABILITY

REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2) PERSONS
OR ORGANIZATIONS WHO SUSTAIN BODILY INJURY OR PROPERTY DAMAGE, (3) CLAIMS
MADE OR SUITS BROUGHT ON ACCOUNT OF BODILY INJURY OR PROPERTY DAMAGE OR
(4) AUTOMOBILES OR UNITS OF MOBILE EQUIPMENT TO WHICH THIS POLICY
APPLIES, THE COMPANY'S LIABILITY IS LIMITED AS FOLLOWS:

BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY:

(A)     THE LIMIT OF LIABILITY STATED IN THE SCHEDULE AS APPLICABLE TO
        "EACH OCCURRENCE" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY
        FOR ALL DAMAGES BECAUSE OF BODILY INJURY OR PROPERTY DAMAGE AS
        A RESULT OF ANY ONE OCCURRENCE PROVIDED THAT WITH RESPECT TO
        ANY OCCURRENCE FOR WHICH NOTICE OF THIS POLICY IS GIVEN IN LIEU
        OF SECURITY OR WHEN THIS POLICY IS CERTIFIED AS PROOF OF
        FINANCIAL RESPONSIBILITY UNDER THE PROVISIONS OF THE MOTOR
        VEHICLE FINANCIAL RESPONSIBILITY LAW OF ANY STATE OR PROVINCE
        SUCH LIMIT OF LIABILITY SHALL BE APPLIED TO PROVIDE THE SEPARATE
        LIMITS REQUIRED BY SUCH LAW FOR BODILY INJURY LIABILITY AND
        PROPERTY DAMAGE LIABILITY TO THE EXTENT OF THE COVERAGE REQUIRED
        BY SUCH LAW, BUT THE SEPARATE APPLICATION OF SUCH LIMIT SHALL
        NOT INCREASE THE TOTAL LIMIT OF THE COMPANY'S LIABILITY.

(B)     SUBJECT TO THE ABOVE PROVISIONS RESPECTING "EACH OCCURRENCE"
        THE TOTAL LIABILITY OF THE COMPANY FOR ALL DAMAGES BECAUSE OF
        ALL BODILY INJURY AND PROPERTY DAMAGE WHICH OCCURS DURING EACH
        ANNUAL PERIOD WHILE THIS POLICY IS IN FORCE COMMENCING FROM ITS
        EFFECTIVE DATE AND IS DESCRIBED IN ANY OF THE NUMBERED SUBPARAGRAPHS
        BELOW SHALL NOT EXCEED THE LIMIT OF LIABILITY STATED IN THE
        SCHEDULE AS "AGGREGATE".

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-9 C  Printed in U.S.A.  10-66  NBCC'(

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Authorized Agent

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000549

HFBKPLAN015130

SA 3439

AMENDMENT-LIMITS OF LIABILITY

( SINGLE LIMIT )

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date .......................................................................12:01 A. M., standard time at the address of the *named insured* as
CONTINUED                                         stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE

(1)    ALL PROPERTY DAMAGE ARISING OUT OF PREMISES OR OPERATIONS RATED
ON A REMUNERATION BASIS OR CONTRACTOR'S EQUIPMENT RATED ON A
RECEIPTS BASIS, INCLUDING PROPERTY DAMAGE FOR WHICH LIABILITY IS
ASSUMED UNDER ANY INCIDENTAL CONTRACT RELATING TO SUCH PREMISES OR
OPERATIONS, BUT EXCLUDING PROPERTY DAMAGE INCLUDED  IN SUBPARAGRAPH
(2) BELOW.

(2)    ALL PROPERTY DAMAGE ARISING OUT OF AN OCCURRING IN THE COURSE OF
OPERATIONS PERFORMED FOR THE NAMED INSURED BY INDEPENDENT
CONTRACTORS AND GENERAL SUPERVISION THEREOF BY THE NAMED INSURED,
INCLUDING ANY SUCH PROPERTY DAMAGE FOR WHICH LIABILITY IS ASSUMED
UNDER ANY INCIDENTAL CONTRACT RELATING TO SUCH OPERATIONS, BUT
THIS SUBPARAGRAPH (2) DOES NOT INCLUDE PROPERTY DAMAGE ARISING OUT
OF MAINTENANCE OR REPAIRS AT PREMISES OWNED BY OR RENTED TO THE
NAMED  INSURED OR STRUCTURAL ALTERATIONS AT SUCH PREMISES WHICH DO
NOT INVOLVE CHANGING THE SIZE OF OR MOVING BUILDINGS OR OTHER
STRUCTURES;

(3)    ALL BODILY INJURY AND PROPERTY DAMAGE INCLUDED WITHIN THE COMPLETED
OPERATIONS HAZARD AND ALL BODILY INJURY AND PROPERTY DAMAGE INCLUDED
WITHIN THE PRODUCTS HAZARD;

(4)    ALL PROPERTY DAMAGE FOR WHICH LIABILITY IS ASSUMED UNDER ANY CONTRACT
TO WHICH THE CONTRACTUAL LIABILITY INSURANCE APPLIES.

SUCH AGGREGATE LIMIT SHALL APPLY SEPARATELY:

(I)     TO THE PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPHS (1)AND (2)
SEPARATELY WITH RESPECT TO EACH PROJECT AWAY FROM PREMISES
OWNED BY OR RENTED TO THE NAMED INSURED;

(II)    TO THE SUM OF THE DAMAGED FOR ALL BODILY INJURY AND
PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPH(3); AND

(III)   TO THE  PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPH (4)
SEPARATELY WITH RESPECT TO EACH PROJECT AWAY FROM PREMISES
OWNED BY OR RENTED TO THE NAMED INSURED.

(c)    FOR THE PURPOSE OF DETERMINING THE LIMIT OF THE COMPANY'S LIABILITY,
ALL BODILY INJURY AND PROPERTY DAMAGE ARISING OUT OF CONTINUOUS OR
REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL CONDITIONS SHALL
BE CONSIDERED AS ARISING OUT OF ONE OCCURRENCE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

................................................................
Countersigned by ........................................ *Authorized Agent*



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-0 C  Printed in U. S. A.  10/26  S.R.C.I's

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

AMENDMENT—LIMITS OF LIABILITY

( SINGLE LIMIT )

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date .................................................... 12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

(1)    ALL PROPERTY DAMAGE ARISING OUT OF PREMISES OR OPERATIONS RATED
       ON A REMUNERATION BASIS OR CONTRACTOR'S EQUIPMENT RATED ON A
       RECEIPTS BASIS, INCLUDING PROPERTY DAMAGE FOR WHICH LIABILITY IS
       ASSUMED UNDER ANY INCIDENTAL CONTRACT RELATING TO SUCH PREMISES OR
       OPERATIONS, BUT EXCLUDING PROPERTY DAMAGE INCLUDED  IN SUBPARAGRAPH
       (2) BELOW.

(2)    ALL PROPERTY DAMAGE ARISING OUT OF AN OCCURRING IN THE COURSE OF
       OPERATIONS PERFORMED FOR THE NAMED INSURED BY INDEPENDENT
       CONTRACTORS AND GENERAL SUPERVISION THEREOF BY THE NAMED INSURED,
       INCLUDING ANY SUCH PROPERTY DAMAGE FOR WHICH LIABILITY IS ASSUMED
       UNDER ANY INCIDENTAL CONTRACT RELATING TO SUCH OPERATIONS, BUT
       THIS SUBPARAGRAPH (2) DOES NOT INCLUDE PROPERTY DAMAGE ARISING OUT
       OF MAINTENANCE OR REPAIRS AT PREMISES OWNED BY OR RENTED TO THE
       NAMED  INSURED OR STRUCTURAL ALTERATIONS AT SUCH PREMISES WHICH DO
       NOT INVOLVE CHANGING THE SIZE OF OR MOVING BUILDINGS OR OTHER
       STRUCTURES;

(3)    ALL BODILY INJURY AND PROPERTY DAMAGE INCLUDED WITHIN THE COMPLETED
       OPERATIONS HAZARD AND ALL BODILY INJURY AND PROPERTY DAMAGE INCLUDED
       WITHIN THE PRODUCTS HAZARD;

(4)    ALL PROPERTY DAMAGE FOR WHICH LIABILITY IS ASSUMED UNDER ANY CONTRACT
       TO WHICH THE CONTRACTUAL LIABILITY INSURANCE APPLIES.

SUCH AGGREGATE LIMIT SHALL APPLY SEPARATELY:

    (I)     TO THE PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPHS (1)AND (2)
            SEPARATELY WITH RESPECT TO EACH PROJECT AWAY FROM PREMISES
            OWNED BY OR RENTED TO THE NAMED INSURED;

    (II)    TO THE SUM OF THE DAMAGED FOR ALL BODILY INJURY AND
            PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPH(3); AND

    (III)   TO THE  PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPH (4)
            SEPARATELY WITH RESPECT TO EACH PROJECT AWAY FROM PREMISES
            OWNED BY OR RENTED TO THE NAMED INSURED.

(c)    FOR THE PURPOSE OF DETERMINING THE LIMIT OF THE COMPANY'S LIABILITY,
       ALL BODILY INJURY AND PROPERTY DAMAGE ARISING OUT OF CONTINUOUS OR
       REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL CONDITIONS SHALL
       BE CONSIDERED AS ARISING OUT OF ONE OCCURRENCE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless counter-signed by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.


THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the history of a

Form AL-8-0 C  Printed in U.S.A. 10/66  NBCU's

CONFIDENTIAL
Confidential - Subject to Protective
Order

**Personal Injury Protection Endorsement (Minnesota)**



**THE HARTFORD**

Named Insured and Address

### 10 C A43342E

This endorsement forms a part of Policy No. ................. issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ................................................12:01 A. M., standard time at the address of the named insured as stated herein.

## SCHEDULE OF BENEFITS

The Company will pay up to the limit indicated for each of the benefits shown.

| | | | | | AUTO No. | PREMIUM |
|---|---|---|---|---|---|---|
| A. MEDICAL EXPENSES $20,000. per person less $ deductible | B. WORK LOSS $200. per week less $ deductible | C. ESSENTIAL SERVICES EXPENSES $15. per day | D. FUNERAL EXPENSES $1,250. per person | E. SURVIVORS' LOSS $200. per week | 22 | $9.00 $ $ $ |
| | AGGREGATE LIMIT FOR BENEFITS B, C, D and E—$10,000. | | | | | $ |
| | | | | TOTAL PREMIUM $ | | 9.00 incl |

The Company agrees with the named insured, subject to all of the provisions of this endorsement and to all of the provisions of the policy except as modified herein, as follows:

## SECTION I

**PERSONAL INJURY PROTECTION COVERAGE**

The Company will pay, in accordance with the Minnesota no-fault automobile insurance act, personal injury protection benefits for

(a) medical expenses,
(b) work loss,
(c) essential services expenses,
(d) funeral expenses and
(e) survivors' loss

incurred with respect to bodily injury sustained by an eligible injured person caused by an accident arising out of the maintenance or use of a motor vehicle as a vehicle.

**Exclusions**

This coverage does not apply:

(a) to bodily injury sustained by the named insured or any relative arising out of the maintenance or use of any motor vehicle owned by the named insured which is not an insured motor vehicle;

(b) to bodily injury sustained by any relative arising out of the maintenance or use of any motor vehicle owned by such relative with respect to which the security required by the Minnesota no-fault automobile insurance act is not in effect;

(c) to bodily injury sustained by any relative if such relative is entitled to personal injury protection coverage as a self-insured or as a named insured under the terms of any other policy with respect to such coverage;

(d) to bodily injury sustained by any person, other than the named insured or a relative, if such person is entitled to personal injury protection coverage as a self insured or as a named insured or relative under the terms of any other policy with respect to such coverage;

(e) to bodily injury sustained by any person arising out of the maintenance or use of a motor vehicle, other than the insured motor vehicle,

(a) being used in the business of transporting persons or property, or
(b) furnished by the employer of the named insured or relative,

if with respect to such vehicle the security required by the Minnesota no-fault automobile insurance act is in effect, provided that such bodily injury is sustained while not occupying another insured motor vehicle;

(f) to any benefits any person would otherwise be entitled to receive hereunder for bodily injury intentionally caused by such person or arising out of his intentionally attempting to cause bodily injury, and, if any person dies as a result of intentionally causing or attempting to cause bodily injury to himself, his survivors are not entitled to any survivors' loss benefits;

(g) to bodily injury sustained by any person in the course of an officiated racing or speed contest, or in practice or preparation therefor;

(h) to bodily injury sustained by any person if such injury arises out of conduct within the course of a business of repairing, servicing, or otherwise maintaining motor vehicles unless such conduct occurs off the business premises;

(i) to bodily injury sustained by any person if such injury arises out of conduct in the course of loading or unloading any motor vehicle unless the conduct occurs while such person is occupying such motor vehicle;

(j) to bodily injury sustained by any person while occupying a motorcycle;

(k) to personal injury protection benefits otherwise payable in the event that a lapse of one year or more occurs in the period of disability and medical treatment of an eligible injured person as a result of any one accident;

(l) to bodily injury sustained by any person, other than the named insured or any relative, arising out of the maintenance or use by such person of a motor vehicle without a good faith belief that he is legally entitled to use such motor vehicle;

(m) to bodily injury sustained by any person, other than the named insured or any relative, while a pedestrian through

being struck by the insured motor vehicle, if the accident occurs outside the State of Minnesota;

(n) to bodily injury sustained by any person arising out of the maintenance or use of a motor vehicle which is located for use as a residence or premises;

(o) to bodily injury due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(p) to bodily injury resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material;

(q) with respect to work loss, essential services expenses, and survivors' loss, to bodily injury sustained by any person, other than the named insured or relative, while occupying any motor vehicle owned by the named insured or relative, which is being operated by the named insured or relative;

(r) to bodily injury sustained by any person, other than the named insured or any relative, while occupying a vehicle which is regularly used in the course of the business of transporting persons or property and which is one of five or more vehicles under common ownership or a vehicle owned by a government other than the State of Minnesota, its political subdivisions, municipal corporations, or public agencies, if the accident occurs outside the State of Minnesota.

**Definitions**

When used in reference to this coverage:

**"bodily injury"** means bodily injury, sickness or disease including death at any time resulting therefrom;

**"eligible injured person"** means

(a) the named insured or any relative who sustains bodily injury while occupying, or while a pedestrian through being struck by, any motor vehicle or motorcycle;

(b) any other person who sustains bodily injury while occupying, or while a pedestrian through being struck by, the insured motor vehicle;

(c) any other person who sustains bodily injury while occupying a motor vehicle not owned by, but operated by the named insured or relative, other than a public or livery conveyance, if the bodily injury results from the operation of the motor vehicle by the named insured or relative;

**"essential services expenses"** means expenses reasonably incurred during a period commencing 8 days after the date of the accident and during the eligible injured person's lifetime, in obtaining usual and necessary substitute services in lieu of those that, had he not been injured, he would have performed not for income but for the direct benefit of himself or his household; if the non fatally injured eligible injured person normally, as a full time responsibility, provides care and maintenance of a home, with or without children, the benefit is the reasonable value of such care and maintenance, if greater than the expense incurred;

**"funeral expenses"** means reasonable expenses for professional funeral and burial services including expenses for cremation, or delivery under the Minnesota Uniform Anatomical Gift Act;

**"insured motor vehicle"** means a motor vehicle with respect to which

(a) the bodily injury liability insurance of the policy applies and for which a specific premium is charged, and

(b) the named insured is required to maintain security under the provisions of the Minnesota no-fault automobile insurance act;

**"medical expenses"** means all reasonable expenses incurred for necessary medical, surgical, x-ray, optical, dental, chiropractic and rehabilitative services, including prosthetic devices, prescription drugs, necessary ambulance, hospital, extended care and nursing services, including necessary remedial treatment and services recognized and permitted under the laws of Minnesota for an eligible injured person who relies upon spiritual means through prayer alone for healing in accordance with his religious belief;

**"motor vehicle"** means every vehicle including a trailer, other than a motorcycle or other vehicle with fewer than four wheels, which ...

... Hartford ... At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form A-3351-0 TERM Printed in U.S.A. (ISO: E070; CP-05-57) Ed. 1-78



**Personal Injury
Protection Endorsement
(Minnesota)**

**THE HARTFORD**

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No. ..................
Issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date ........................................12:01 A. M., standard
time at the address of the named insured as stated herein.

## SCHEDULE OF BENEFITS

The Company will pay up to the limit indicated for each of the benefits shown.

| A. MEDICAL EXPENSES | B. WORK LOSS | C. ESSENTIAL SERVICES EXPENSES | D. FUNERAL EXPENSES | E. SURVIVORS' LOSS | AUTO No. | PREMIUM |
|---|---|---|---|---|---|---|
| $20,000. per person | $200. per week | $15. per day | $1,250. per person | $200. per week | 23 | $9.00  5.50 |
| less $ deductible | less $ deductible | | | | | $ |
| | | | | | | $ |
| | AGGREGATE LIMIT FOR BENEFITS B, C, D and E — $10,000. | | | | | $ |

TOTAL PREMIUM $ $9.00  incl

The Company agrees with the named insured, subject to all of the provisions of this endorsement and to all of the provisions of the policy
except as modified herein, as follows:

### SECTION I

**PERSONAL INJURY PROTECTION COVERAGE**
The Company will pay, in accordance with the Minnesota no-fault
automobile insurance act, personal injury protection benefits for
  (a) medical expenses,
  (b) work loss,
  (c) essential services expenses,
  (d) funeral expenses and
  (e) survivors' loss
incurred with respect to bodily injury sustained by an eligible in-
jured person caused by an accident arising out of the maintenance
or use of a motor vehicle as a vehicle.

**Exclusions**
This coverage does not apply:
  (a) to bodily injury sustained by the named insured or any relative
      arising out of the maintenance or use of any motor vehicle
      owned by the named insured which is not an insured motor
      vehicle;
  (b) to bodily injury sustained by any relative arising out of the
      maintenance or use of any motor vehicle owned by such rela-
      tive with respect to which the security required by the Minne-
      sota no-fault automobile insurance act is not in effect;
  (c) to bodily injury sustained by any relative if such relative is
      entitled to personal injury protection coverage as a self-
      insured or as a named insured under the terms of any other
      policy with respect to such coverage;
  (d) to bodily injury sustained by any person, other than the named
      insured or a relative, if such person is entitled to personal
      injury protection coverage as a self insured or as a named
      insured or relative under the terms of any other policy with
      respect to such coverage;
  (e) to bodily injury sustained by any person arising out of the
      maintenance or use of a motor vehicle, other than the insured
      motor vehicle,
      (a) being used in the business of transporting persons or
          property, or
      (b) furnished by the employer of the named insured or rela-
          tive,
      If with respect to such vehicle the security required by the
      Minnesota no-fault automobile insurance act is in effect, pro-
      vided that such bodily injury is sustained while not occupying
      another involved motor vehicle;
  (f) to any benefits any person would otherwise be entitled to re-
      ceive hereunder for bodily injury intentionally caused by such
      person or arising out of his intentionally attempting to re-
      ceive injury, and, if any person dies as a result of intentionally
      causing or attempting to cause bodily injury to himself, his
      survivors are not entitled to any survivors' loss benefits;
  (g) to bodily injury sustained by any person in the course of an
      officiated racing or speed contest, or in practice or preparation
      therefor;
  (h) to bodily injury sustained by any person if such injury arises
      out of conduct within the course of a business of repairing,
      servicing, or otherwise maintaining motor vehicles unless
      such conduct occurs off the business premises;
  (i) to bodily injury sustained by any person if such injury arises
      out of conduct in the course of loading or unloading any motor
      vehicle, unless the conduct occurs while such person is oc-
      cupying such motor vehicle;
  (j) to bodily injury sustained by any person while occupying a
      motorcycle;
  (k) to personal injury protection benefits otherwise payable in the
      event that a lapse of one year or more occurs in the period of
      disability and medical treatment of an eligible injured person
      as a result of any one accident;
  (l) to bodily injury sustained by any person, other than the named
      insured or any relative, arising out of the maintenance or use
      by such person of a motor vehicle without a good faith belief
      that he is legally entitled to use such motor vehicle;
  (m) to bodily injury sustained by any person, other than the
      named insured or any relative, while a pedestrian through

  (n) being struck by the insured motor vehicle, if the accident
      occurs outside the State of Minnesota;
  (n) to bodily injury sustained by any person arising out of the
      maintenance or use of a motor vehicle while located for use
      as a residence or premises;
  (o) to bodily injury due to war, whether or not declared, civil war,
      insurrection, rebellion or revolution, or to any act or condition
      incident to any of the foregoing;
  (p) to bodily injury resulting from the radioactive, toxic, explosive
      or other hazardous properties of nuclear material;
  (q) with respect to work loss, essential services expenses, and
      survivors' loss, to bodily injury sustained by any person, other
      than the named insured or relative, while occupying any
      motor vehicle, not owned by the named insured or relative,
      which is being operated by the named insured or relative;
  (r) to bodily injury sustained by any person, other than the named
      insured or any relative, while occupying a vehicle which is
      regularly used in the course of the business of transporting
      persons or property and which is one of five or more vehicles
      under common ownership or a vehicle owned by a government
      other than the State of Minnesota, its political subdivisions,
      municipal corporations, or public agencies, if the accident
      occurs outside the State of Minnesota.

**Definitions**
When used in reference to this coverage:
"bodily injury" means bodily injury, sickness or disease including
death at any time resulting therefrom;
"eligible injured person" means
  (a) the named insured or any relative who sustains bodily injury
      while occupying, or while a pedestrian through being struck
      by, any motor vehicle or motorcycle;
  (b) any other person who sustains bodily injury while occupying,
      or while a pedestrian through being struck by, the insured
      motor vehicle;
  (c) any other person who sustains bodily injury while occupying
      a motor vehicle not owned by, but operated by the named in-
      sured or relative, other than a public or livery conveyance, if
      the bodily injury results from the operation of the motor
      vehicle by the named insured or relative;
"essential services expenses" means expenses reasonably incurred
during a period commencing 8 days after the date of the accident
and during the eligible injured person's lifetime, in obtaining usual
and necessary substitute services in lieu of those that, had he not
been injured, he would have performed not for income but for the
direct benefit of himself or his household; if the non fatally injured
eligible injured person normally, as a full time responsibility, pro-
vides care and maintenance of a home, with or without children, the
benefit is the reasonable value of such care and maintenance, if
greater than the expense incurred;
"funeral expenses" means reasonable expenses for professional
funeral and burial services including expenses for cremation, or
delivery under the Minnesota Uniform Anatomical Gift Act;
"insured motor vehicle" means a motor vehicle with respect to which
  (a) the bodily injury liability insurance of the policy applies and
      for which a specific premium is charged, and
  (b) the named insured is required to maintain security under the
      provisions of the Minnesota no-fault automobile insurance act;
"medical expenses" means all reasonable expenses incurred for
necessary medical, surgical, x-ray, optical, dental, chiropractic and
rehabilitative services, including prosthetic devices, prescription
drugs, necessary ambulance, hospital, extended care and nursing
services, including necessary remedial treatment and services
recognized and permitted under the laws of Minnesota for an eligible
injured person who relies upon spiritual means through prayer alone
for healing in accordance with his religious belief;
"motor vehicle" means every vehicle including a trailer, other than
a motorcycle or other vehicle with fewer than four wheels, which

Form A-3351-0 TERM   Printed in U. S. A.   (ISO: E070; CP-05-87) Ed. 1-...

The endorsement appears to be a reproduction from business records. At this time the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000553

HFBKPLAN015134

SA 3443

(b) is designed to be self-propelled by an engine or motor for use primarily upon public roads, highways or streets in the transportation of persons or property;

"named insured" means the person or organization named in the declarations;

"occupying" means in or upon, entering into or alighting from;

"relative" means the spouse and any person related to the named insured by blood, marriage or adoption including a minor in the custody of the named insured, spouse or such related person who is a resident of the same household as the named insured, whether or not temporarily residing elsewhere;

"survivors' loss" means

(a) loss, in the event of the death of an eligible injured person occurring within one year from the date of the accident, of contributions of money or tangible things of economic value, not including services, that his surviving dependents would have received from him for their support during their dependency had he not suffered the fatal bodily injury, and

(b) expenses reasonably incurred by surviving dependents after the death of an eligible injured person in obtaining ordinary and necessary substitute services in lieu of those he would have performed for their benefit had he not suffered the fatal bodily injury; minus expenses of the surviving dependents avoided by reason of such death,

provided that the dependency of the surviving spouse shall be terminated in the event such surviving spouse remarries or dies, and the dependency of a child who is not physically or mentally incapacitated from earning shall be terminated in the event he attains majority, marries or becomes otherwise emancipated, or dies;

"work loss" means 85% of loss of gross income resulting from the eligible injured person's inability to work, reduced by any income from substitute work actually performed by the eligible injured person, or by any income he would have earned in available appropriate substitute work which he was capable of performing but unreasonably failed to undertake.

**Policy Period; Territory**

This coverage applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada.

**Limits of Liability**

Regardless of the number of persons insured, policies or plans of self-insurance applicable, claims made or insured motor vehicles to which this coverage applies, the Company's liability for personal injury protection benefits with respect to bodily injury sustained by any one eligible injured person in any one motor vehicle accident shall not exceed $30,000 in the aggregate and subject to such aggregate:

(a) the maximum amount payable for medical expenses shall not exceed $20,000;

(b) the maximum aggregate amount payable for work loss, essential services expenses, funeral expenses and survivors' loss shall not exceed $10,000 provided that:

1. the maximum amount payable for work loss shall not exceed $200 per week;

2. the maximum amount payable for essential services expenses shall not exceed $15 per day;

3. the maximum amount payable for funeral expenses shall not exceed $1,250; and

4. the maximum amount payable for survivors' loss

(i) with respect to paragraph (a) of the definition of survivors' loss shall not exceed $200 per week; and

(ii) with respect to paragraph (b) of the definition of survivors' loss shall not exceed $200 per week.

Any amount payable by the Company under the terms of this coverage shall be reduced by:

(a) any amounts paid, payable or required to be provided on account of such bodily injury under any workmen's compensation law;

(b) the amount of any deductible applicable to medical expenses set forth in the Schedule, but only with respect to bodily injury sustained by the named insured or by a relative, provided that, if two or more such persons sustain bodily injury in the same motor vehicle accident, the total amount of the deductible applicable to all of them shall not exceed the deductible amount stated in the Schedule and such amount shall be allocated equally among them;

(c) the amount of any deductible applicable to work loss set forth in the Schedule but only with respect to bodily injury sustained by the named insured or any relative.

**SECTION II**

In consideration of the coverage afforded under Section I and the adjustment of applicable rates:

(a) any amount payable under the Protection Against Uninsured Motorists Coverage shall be reduced by the amount of any personal injury protection benefits paid or payable or which would be paid or payable but for the application of a deductible under this or any other motor vehicle insurance policy because of bodily injury sustained by an eligible injured person;

(b) any Automobile Medical Payments or Medical Expense Coverage afforded under this policy shall be excess over any personal injury protection benefits paid or payable or which would be paid or payable but for the application of a deductible under this or any other motor vehicle insurance policy because of bodily injury sustained by an eligible injured person.

**SECTION III**

**CONSTITUTIONALITY CLAUSE.**

The premium for and the coverages of this policy have been established in reliance upon the provisions of the Minnesota no-fault automobile insurance act. In the event a court of competent jurisdiction declares, or enters a judgment the effect of which is to render, the provisions of such act invalid or unenforceable in whole or in part, the Company shall have the right to recompute the premium payable for the policy and the provisions of this endorsement shall be voidable or subject to amendment at the option of the Company.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute a valid countersignature of this endorsement.

**Conditions**

A. **Action Against Company.** No action shall lie against the Company unless as a condition precedent thereto, there shall have been full compliance with all the terms of this coverage.

B. **Notice.** In the event of an accident, written notice containing particulars sufficient to identify the eligible injured person, and also reasonably obtainable information respecting the time, place and circumstances of the accident shall be given by or on behalf of each eligible injured person to the Company or any of its authorized agents within 6 months from the date of the accident. If an eligible injured person, his legal representative or his surviving dependents shall institute legal action to recover damages for bodily injury against a person or organization who is or may be liable in tort therefor, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded as soon as practicable to the Company by such eligible injured person, his legal representative or his surviving dependents.

C. **Medical Reports; Proof of Claim; Rehabilitation Notice.** As soon as practicable, the eligible injured person or someone on his behalf shall give to the Company written proof of claim, under oath if required, including full particulars of the nature and extent of the bodily injury, incurred and rehabilitation received and contemplated, and such other information as may assist the Company in determining the amount due and payable. The eligible injured person shall submit to physical and mental examination by physicians selected by the Company when and as often as the Company may reasonably require. An eligible injured person who has undertaken a procedure or treatment for rehabilitation or a course of rehabilitative occupational training, other than medical rehabilitation procedure or treatment, shall notify the Company that he has undertaken the procedure, treatment, or training within 60 days after a rehabilitation expense exceeding $1,000 has been incurred for the procedure, treatment, or training, unless the Company knows or has reason to know of the undertaking. If the eligible injured person does not give the required notice within the prescribed time, the Company is responsible only for $1,000 or the expense incurred after the notice is given and within the 60 days before the notice, whichever is greater, unless failure to give timely notice is the result of excusable neglect.

D. **Subrogation.** Subject to any applicable limitations set forth in the Minnesota no-fault accident insurance act, in the event of any payment under this coverage, the Company is subrogated to the rights of the person to whom or for whose benefit such payments were made, to the extent of such payments, and such person shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. Such person shall do nothing after loss to prejudice such rights.

E. **Reimbursement and Trust Agreement.** Subject to any applicable limitations set forth in the Minnesota no-fault accident insurance act, in the event of any payment to any person under this coverage:

1. the Company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the bodily injury because of which such payment is made; and the Company shall have a lien to the extent of such payment, notice of which may be given to the person or organization causing such bodily injury, his agent, his insurer or a court having jurisdiction in the matter;

2. such person shall hold in trust for the benefit of the Company all rights of recovery which he shall have against such other person or organization because of such bodily injury;

3. such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights; and

4. such person shall execute and deliver to the Company instruments and papers as may be appropriate to secure the rights and obligations of such person and the Company established by this provision.

F. **Non-Duplication of Benefits; Other Insurance.** No eligible injured person shall recover duplicate benefits for the same elements of loss under this or any similar insurance including self-insurance. In the event the eligible injured person has other similar insurance including self-insurance available and applicable to the accident, the maximum recovery under all such insurance shall not exceed the amount which would have been payable under the provisions of the insurance providing the highest dollar limit, and the Company shall not be liable for a greater proportion of any loss to which this coverage applies than the limit of liability hereunder bears to the sum of the applicable limits of liability of this coverage and such other insurance.

The Hartford certifies that the foregoing documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

**HARTFORD000554**

**HFBKPLAN015135**

**SA 3444**

(b) is designed to be self-propelled by an engine or motor for use primarily upon public roads, highways or streets in the transportation of persons or property;

**"named insured"** means the person or organization named in the declarations;

**"occupying"** means in or upon, entering into or alighting from;

**"relative"** means the spouse and any person related to the named insured by blood, marriage or adoption including a minor in the custody of the named insured, spouse or such related person who is a resident of the same household as the named insured, whether or not temporarily residing elsewhere;

**"survivors' loss"** means

(a) loss, in the event of the death of an eligible injured person occurring within one year from the date of the accident, of contributions of money or tangible things of economic value, not including services, that his surviving dependents would have received from him for their support during their dependency had he not suffered the fatal bodily injury, and

(b) expenses reasonably incurred by surviving dependents after the death of an eligible injured person in obtaining ordinary and necessary substitute services in lieu of those he would have performed for their benefit had he not suffered the fatal bodily injury; minus expenses of the surviving dependents avoided by reason of such death,

provided that the dependency of the surviving spouse shall be terminated in the event such surviving spouse remarries or dies, and the dependency of a child who is not physically or mentally incapacitated from earning shall be terminated in the event he attains majority, marries or becomes otherwise emancipated, or dies;

**"work loss"** means 85% of loss of gross income resulting from the eligible injured person's inability to work, reduced by any income from substitute work actually performed by the eligible injured person, or by any income he would have earned in available appropriate substitute work which he was capable of performing but unreasonably failed to undertake.

**Policy Period; Territory**

This coverage applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada.

**Limits of Liability**

Regardless of the number of persons insured, policies or plans of self-insurance applicable, claims made or insured motor vehicles to which this coverage applies, the Company's liability for personal injury protection benefits with respect to bodily injury sustained by any one eligible injured person in any one motor vehicle accident shall not exceed $30,000 in the aggregate and subject to such aggregate:

(a) the maximum amount payable for medical expenses shall not exceed $20,000;

(b) the maximum aggregate amount payable for work loss, essential services expenses, funeral expenses and survivors' loss shall not exceed $10,000 provided that:

1. the maximum amount payable for work loss shall not exceed $200 per week;

2. the maximum amount payable for essential services expenses shall not exceed $15 per day;

3. the maximum amount payable for funeral expenses shall not exceed $1,250; and

4. the maximum amount payable for survivors' loss

(i) with respect to paragraph (a) of the definition of survivors' loss shall not exceed $200 per week; and

(ii) with respect to paragraph (b) of the definition of survivors' loss shall not exceed $200 per week.

Any amount payable by the Company under the terms of this coverage shall be reduced by:

(a) any amounts paid, payable or required to be provided on account of such bodily injury under any workmen's compensation law;

(b) the amount of any deductible applicable to medical expenses set forth in the Schedule, but only with respect to bodily injury sustained by the named insured or by a relative, provided that, if two or more such persons sustain bodily injury in the same motor vehicle accident, the total amount of the deductible applicable to all of them shall not exceed the deductible amount stated in the Schedule and such amount shall be allocated equally among them;

(c) the amount of any deductible applicable to work loss set forth in the Schedule but only with respect to bodily injury sustained by the named insured or a relative.

**SECTION II**

In consideration of the coverage afforded under Section I and the adjustment of applicable rates:

(a) any amount payable under the Protection Against Uninsured Motorists Coverage shall be reduced by the amount of any personal injury protection benefits paid or payable which would be paid or payable but for the application of a deductible under this or any other motor vehicle insurance policy because of bodily injury sustained by an eligible injured person;

(b) any Automobile Medical Payments or Medical Expense Coverage afforded under this policy shall be excess over any personal injury protection benefits paid or payable or which would be paid or payable but for the application of a deductible under this or any other motor vehicle insurance policy because of bodily injury sustained by an eligible injured person.

**SECTION III**

**CONSTITUTIONALITY CLAUSE.**

The premium for and the coverages of the policy have been established in reliance upon the provisions of the Minnesota no-fault automobile insurance act. In the event a court of competent jurisdiction declares, or enters a judgment the effect of which is to render, the provisions of such act invalid or unenforceable in whole or in part, the Company shall have the right to recompute the premium payable for the policy and the provisions of this endorsement shall be voidable or subject to amendment at the option of the Company.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

**Conditions**

A. **Action Against Company.** No action shall lie against the Company unless as a condition precedent thereto, there shall have been full compliance with all the terms of this coverage.

B. **Notice.** In the event of an accident, written notice containing particulars sufficient to identify the eligible injured person, and also reasonably obtainable information respecting the time, place and circumstances of the accident shall be given by or on behalf of each eligible injured person to the Company or any of its authorized agents within 6 months from the date of the accident. If an eligible injured person, his legal representative or his surviving dependents shall institute legal action to recover damages for bodily injury against a person or organization who is or may be liable in tort therefor, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded as soon as practicable to the Company by such eligible injured person, his legal representative or his surviving dependents.

C. **Medical Reports; Proof of Claim; Rehabilitation Notice.** As soon as practicable, the eligible injured person or someone on his behalf shall give to the Company written proof of claim, under oath if required, including full particulars of the nature and extent of the bodily injury, treatment and rehabilitation received and contemplated, and such other information as may assist the Company in determining the amount due and payable. The eligible injured person shall submit to physical and mental examination by physicians selected by the Company when and as often as the Company may reasonably require. An eligible injured person who has undertaken a procedure or treatment for rehabilitation or a course of rehabilitative occupational training, other than medical rehabilitation procedure or treatment, shall notify the Company that he has undertaken the procedure, treatment, or training within 60 days after a rehabilitation expense exceeding $1,000 has been incurred for the procedure, treatment, or training, unless the Company knows or has reason to know of the undertaking. If the eligible injured person does not give the required notice within the prescribed time, the Company is responsible only for $1,000 or the expense incurred after the notice is given and within the 60 days before the notice, whichever is greater, unless failure to give timely notice is the result of excusable neglect.

D. **Subrogation.** Subject to any applicable limitations set forth in the Minnesota no-fault accident insurance act, in the event of any payment under this coverage, the Company is subrogated to the rights of the person to whom or for whose benefit such payments were made, to the extent of such payments, and such person shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. Such person shall do nothing after loss to prejudice such rights.

E. **Reimbursement and Trust Agreement.** Subject to any applicable limitations set forth in the Minnesota no-fault accident insurance act, in the event of any payment to any person under this coverage:

1. the Company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the bodily injury because of which such payment is made; and the Company shall have a lien to the extent of such payment, notice of which may be given to the person or organization causing such bodily injury, his agent, his insurer or a court having jurisdiction in the matter;

2. such person shall hold in trust for the benefit of the Company all rights of recovery which he shall have against such other person or organization because of such bodily injury;

3. such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights; and

4. such person shall execute and deliver to the Company instruments and papers as may be appropriate to secure the rights and obligations of such person and the Company established by this provision.

F. **Non-Duplication of Benefits; Other Insurance.** No eligible injured person shall recover duplicate benefits for the same elements of loss under this or any similar insurance including self-insurance. In the event the eligible injured person has other similar insurance including self-insurance available and applicable to the accident, the maximum recovery under all such insurance shall not exceed the amount which would have been payable under the provisions of the insurance providing the highest dollar limit, and the Company shall not be liable for a greater proportion of any loss to which this coverage applies than the limit of liability hereunder bears to the sum of the applicable limits of liability of this coverage and such other insurance.

Form A-3351-O

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

## NEW JERSEY BASIC
## PERSONAL INJURY PROTECTION

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No. _____
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date _____ 12:01 A. M. standard time
at the address of the named insured as stated herein.

**SCHEDULE**

| COVERAGE | Auto No. | PREMIUMS |
|---|---|---|
| | 12 | $ 6.00 6.00 |
| BASIC PERSONAL INJURY PROTECTION | | $ 6.00 |
| | | $ |
| | | $ |
| | | $ 6.00 |
| | TOTAL PREMIUM $ | 12.00 Incl |

This endorsement provides coverage as required under the New Jersey Automobile Reparation Reform Act, commonly referred to as the "New Jersey No-Fault Law".

All terms printed in bold face, other than section headings or titles, are defined terms. For a complete understanding of provisions containing these terms refer to the section entitled "Definitions".

The Company agrees with the named insured, subject to all of the provisions in this endorsement and to all of the provisions of the policy except as modified herein, as follows:

**SECTION I**

**Basic Personal Injury Protection**

The Company will pay basic personal injury protection benefits consisting of

(a) medical expense benefits,
(b) income continuation benefits,
(c) essential services benefits,
(d) survivor benefits, and
(e) funeral expense benefits

with respect to bodily injury sustained by an eligible injured person, caused by accident and arising out of the ownership, maintenance or use, including loading or unloading, of a private passenger automobile as follows:

**Exclusions**

The insurance under this endorsement does not apply:

(a) to bodily injury to a person whose conduct contributed to the injury in any of the following ways:

(1) while committing a high misdemeanor or felony or seeking to avoid lawful apprehension or arrest by a police officer, or

(2) while acting with specific intent to cause injury or damage to himself or others;

(b) to bodily injury to the named insured or any relative of the named insured sustained while occupying, using or entering into or alighting from a private passenger automobile which is not an insured automobile under this policy, if he is required to maintain automobile liability insurance coverage with respect to the automobile under the New Jersey Automobile Reparation Reform Act;

(c) to bodily injury to any person, other than the named insured or a relative of the named insured or a resident of New Jersey, if the accident occurs outside of New Jersey;

(d) to bodily injury arising out of the ownership, maintenance, or use, including loading or unloading, of any vehicle while located for use as a residence or premises other than for transitory recreational purposes;

(e) to bodily injury due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(f) to bodily injury resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material.

**Definitions**

When used in reference to this insurance:

"bodily injury" means bodily injury, sickness or disease, including death at any time resulting therefrom;

"eligible injured person" means

(a) the named insured or any relative of the named insured, if the named insured or relative sustains bodily injury

(1) while occupying, using, entering into or alighting from a private passenger automobile, or

(2) while a pedestrian, caused by a private passenger automobile or as a result of being struck by an object propelled by or from such an automobile; or

(b) any other person who sustains bodily injury

(1) while, with the permission of the named insured, occupying, using, entering into or alighting from the insured automobile, or

(2) while a pedestrian, caused by the insured automobile or as a result of being struck by an object propelled by or from the insured automobile;

"essential services benefits" means an amount not exceeding a limit of $12.00 per day and a total limit of $4,380 payable to an eligible

injured person as reimbursement for payments made to others, for substitute essential services of the type actually rendered during his lifetime and which he would ordinarily have performed not for income but for the care and maintenance of himself and his relatives;

"funeral expense benefits" means an amount not exceeding $1,000 for reasonable funeral, burial and cremation expenses incurred;

"income" means salary, wages, tips, commissions, fees and other earnings derived from work or employment;

"income continuation benefits" means an amount not exceeding a limit of $100 per week and a total limit of $5,200 payable for the loss of income of an income producer during his lifetime, as a result of bodily injury disability;

"income producer" means a person who, at the time of the accident, was in an occupational status, earning or producing income;

"insured automobile" means an automobile with respect to which the named insured is required to maintain automobile liability insurance coverage under the New Jersey Automobile Reparation Reform Act, to which the bodily injury liability insurance of the policy applies and for which a specific premium is charged;

"medical expense benefits" means all reasonable expenses incurred for medical, surgical and dental treatment, professional nursing, hospital and rehabilitation services, x-ray and other diagnostic services, prosthetic devices, ambulance services, medication and other reasonable and necessary expenses incurred for treatment prescribed by persons licensed to practice medicine, surgery, psychology or chiropractic, or for any nonmedical remedial treatment rendered in accordance with a recognized religious method of healing;

"named insured" means the person or organization named as the insured in the declarations. If the insured automobile is owned by a farm family co-partnership or corporation, the term "named insured" also includes the head of the household of each family designated in the policy as having a working interest in the farm;

"pedestrian" means any person who is not occupying a vehicle propelled by other than muscular power and designed primarily for use on highways, rails and tracks and includes any person who is entering into or alighting from such a vehicle;

"private passenger automobile" means a self-propelled vehicle designed for use principally on public roads and which is one of the following types:

(1) a private passenger or station wagon type automobile,

(2) a pick-up or panel truck or delivery sedan, or

(3) a utility automobile designed for personal use as a camper or motor home or for family recreational purposes; but

a private passenger automobile does not include a motorcycle, an automobile used as a public or livery conveyance for passengers, a pick-up or panel truck, delivery sedan or utility automobile customarily used for business, occupational or professional purposes other than farming or ranching or a utility automobile customarily used for the transportation of passengers other than members of the user's family or their guests;

"relative" means a person related to the named insured by blood, marriage or adoption (including a ward or foster child) who is a resident of the same household as the named insured;

"survivor benefits" means the amount or amounts payable in the event of the death of an eligible injured person as determined in subdivision (1) or (2) hereof, as appropriate:

(1) if the eligible injured person was an income producer at the time of the accident, an amount equal to the difference between $5,200 and all basic income continuation benefits paid for any loss of income resulting from his injury prior to his death;

(2) if the eligible injured person ordinarily performed essential services for the care and maintenance of himself, his family or family members, an amount not to exceed the difference between $4,380 and all basic essential services benefits paid with respect to such services during his lifetime;

A-2991-1  TERM  Printed in U. S. A.  (ISO: A989b)

# NEW JERSEY BASIC
# PERSONAL INJURY PROTECTION

Named Insured and Address

**10 C A43342E**

This endorsement forms a part of Policy No.........................
issued by THE HARTFORD INSURANCE GROUP company designated
therein, and takes effect as of the effective date of said policy unless
another effective date is stated herein.

Effective date .......................... 12:01 A. M., standard time
at the address of the named insured as stated herein.

## SCHEDULE

| COVERAGE | | Auto No. | PREMIUMS |
|---|---|---|---|
| | | 2 | $  6.00 |
| | | 6 | $  6.00 |
| BASIC PERSONAL INJURY PROTECTION | | | $ |
| | | | $ |
| | | | $ |
| | | TOTAL PREMIUM $ | 12.00 incl |

This endorsement provides coverage as required under the New Jersey Automobile Reparation Reform Act, commonly referred to as the "New Jersey No-Fault Law".

All terms printed in bold face, other than section headings or titles, are defined terms. For a complete understanding of provisions containing these terms refer to the section entitled "Definitions".

The Company agrees with the named insured, subject to all of the provisions in this endorsement and to all of the provisions of the policy except as modified herein, as follows:

**SECTION I**

**Basic Personal Injury Protection**
The Company will pay basic personal injury protection benefits consisting of
(a) medical expense benefits,
(b) income continuation benefits,
(c) essential services benefits,
(d) survivor benefits, and
(e) funeral expense benefits
with respect to bodily injury sustained by an eligible injured person, caused by accident and arising out of the ownership, maintenance or use, including loading or unloading, of a private passenger automobile as an automobile.

**Exclusions**
The insurance under this endorsement does not apply:
(a) to bodily injury to a person whose conduct contributed to the injury in any of the following ways:
(1) while committing a high misdemeanor or felony or seeking to avoid lawful apprehension or arrest by a police officer, or
(2) while acting with specific intent to cause injury or damage to himself or others;
(b) to bodily injury to the named insured or any relative of the named insured sustained while occupying, using or entering into or alighting from a private passenger automobile which is not an insured automobile under this policy, if he is required to maintain automobile liability insurance coverage with respect to the automobile under the New Jersey Automobile Reparation Reform Act;
(c) to bodily injury to any person, other than the named insured or a relative of the named insured or a resident of New Jersey, if the accident occurs outside of New Jersey;
(d) to bodily injury arising out of the ownership, maintenance, or use, including loading or unloading, of any vehicle while located for use as a residence or premises other than for transitory recreational purposes;
(e) to bodily injury due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;
(f) to bodily injury resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material.

**Definitions**
When used in reference to this insurance:
"**bodily injury**" means bodily injury, sickness or disease, including death at any time resulting therefrom;
"**eligible injured person**" means
(a) the named insured or any relative of the named insured, if the named insured or relative sustains bodily injury
(1) while occupying, using, entering into or alighting from a private passenger automobile, or
(2) while a pedestrian, caused by a private passenger automobile or as a result of being struck by an object propelled by or from such an automobile; or
(b) any other person who sustains bodily injury
(1) while, with the permission of the named insured, occupying, using, entering into or alighting from the insured automobile, or
(2) while a pedestrian, caused by the insured automobile or as a result of being struck by an object propelled by or from the insured automobile;
"**essential services benefits**" means an amount not exceeding a limit of $12.00 per day and a total limit of $4,380 payable to an eligible

injured person as reimbursement for payments made to others, for substitute essential services of the type actually rendered during his lifetime and which he would ordinarily have performed not for income but for the care and maintenance of himself and his relatives;
"**funeral expense benefits**" means an amount not exceeding $1,000 for reasonable funeral, burial and cremation expenses incurred;
"**income**" means salary, wages, tips, commissions, fees and other earnings derived from work or employment;
"**income continuation benefits**" means an amount not exceeding a limit of $100 per week and a total limit of $5,200 payable for the loss of income of an income producer during his lifetime, as a result of bodily injury disability;
"**income producer**" means a person who, at the time of the accident, was in an occupational status, earning or producing income;
"**insured automobile**" means an automobile with respect to which the named insured is required to maintain automobile liability insurance coverage under the New Jersey Automobile Reparation Reform Act, to which the bodily injury liability insurance of the policy applies and for which a specific premium is charged;
"**medical expense benefits**" means all reasonable expenses incurred for medical, surgical and dental treatment, professional nursing, hospital and rehabilitation services, x-ray and other diagnostic services, prosthetic devices, ambulance services, medication and other reasonable and necessary expenses incurred for treatment prescribed by persons licensed to practice medicine, surgery, psychology or chiropractic, or for any nonmedical remedial treatment rendered in accordance with a recognized religious method of healing;
"**named insured**" means the person or organization named as the insured in the declarations. If the insured automobile is owned by a farm family co-partnership or corporation, the term "named insured" also includes the head of the household of each family designated in the policy as having a working interest in the farm;
"**pedestrian**" means any person who is not occupying a vehicle propelled by other than muscular power and designed primarily for use on highways, rails and tracks and includes any person who is entering into or alighting from such a vehicle;
"**private passenger automobile**" means a self-propelled vehicle designed for use principally on public roads and which is one of the following types:
(1) a private passenger or station wagon type automobile,
(2) a pick-up or panel truck or delivery sedan, or
(3) a utility automobile designed for personal use as a camper or motor home or for family recreational purposes; but
a private passenger automobile does not include a motorcycle, an automobile used as a public or livery conveyance for passengers, a pick-up or panel truck, delivery sedan or utility automobile customarily used for business, occupational or professional purposes other than farming or ranching or a utility automobile customarily used for the transportation of passengers other than members of the user's family or their guests;
"**relative**" means a person related to the named insured by blood, marriage or adoption (including a ward or foster child) who is a resident of the same household as the named insured;
"**survivor benefits**" means the amount or amounts payable in the event of the death of an eligible injured person as determined in subdivision (1) or (2) hereof, as appropriate:
(1) if the eligible injured person was an income producer at the time of the accident, an amount equal to the difference between $5,200 and all basic income continuation benefits paid for any loss of income resulting from his injury prior to his death;
(2) if the eligible injured person ordinarily performed essential services for the care and maintenance of his family, its family or household, an amount equal to the difference between $4,380 and all basic essential services benefits paid for any loss of such services resulting from his injury prior to his death;

The Hartford Insurance Group makes no claim that this document constitutes a complete and accurate copy of the policy. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy

A-2991-1  TERM  Printed in U. S. A.  (ISO: A989b)

**CONFIDENTIAL**
Confidential - Subject to Protective Order

**HARTFORD000557**

HFBKPLAN015138

**SA 3447**

**Limit of Liability**

Any amount payable by the Company as personal injury protection benefits with respect to bodily injury shall be reduced by all amounts paid, payable or required to be provided under any workmen's compensation or employees temporary disability law, or under Medicare provided under federal law.

The applicable limit on income continuation benefits applies separately to each full regular and customary work week of an eligible injured person. If his disability from work or employment consists of or includes only a part of such a week, the Company shall be liable for only that proportion of such weekly limit that the number of days lost from work or employment during the part week bears to the number of days in his full work week.

**Policy Period; Territory**

This insurance applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions or Canada.

**Conditions**

1. **Notice.** In the event of an accident, written notice containing particulars sufficient to identify the eligible injured person, and also reasonably obtainable information respecting the time, place and circumstances of the accident shall be given by or on behalf of each eligible injured person to the Company or any of its authorized agents as soon as practicable. If any eligible injured person, his legal representative or survivors shall institute legal action to recover damages for injury against a person or organization who is or may be liable in tort therefor, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded as soon as practicable to the Company by such eligible injured person, his legal representative or his survivors.

2. **Medical Reports; Proof of Claim.** As soon as practicable the eligible injured person or someone on his behalf shall give to the Company written proof of claim, including full particulars of the nature and extent of the injuries and treatment received and contemplated, and such other information as may assist the Company in determining the amount due and payable. The eligible injured person shall submit to physical examination by physicians when and as often as the Company may reasonably require and a copy of the medical report will be furnished to each eligible injured person if requested.

3. **Multiple Policies Applicable to One Accident; Non-duplication of Benefits; Priority of Complying Policies.** Regardless of the number of automobiles insured for basic personal injury protection coverage pursuant to Section 4 of the New Jersey Automobile Reparation Reform Act, or the number of insurers or policies affording such coverage, there shall be no duplication of payment of basic personal injury protection benefits and the aggregate maximum amount payable under this and all applicable policies with respect to bodily injury to any one person as the result of any one accident shall not exceed the applicable amounts or limits specified in Section 4 of said Act.

   This insurance applies on a primary basis to bodily injury to the named insured and his relative and on a secondary basis to all other eligible injured persons. Similarly, the basic personal injury protection coverage provided by other complying policies applies on a primary basis to bodily injury to those persons who are named insureds under such policies and their relatives. If an eligible injured person to whom this insurance applies on a secondary basis has other basic personal injury protection coverage under another complying policy applicable to his bodily injury on a primary basis, all claims for basic personal injury protection benefits shall first be made against the insurer issuing the other complying policy. No basic personal injury protection benefits shall be due and payable under this insurance unless the other insurer fails to pay such benefits by reason of insolvency and the Company gives written notice by the claimant of such failure. "Complying Policy" means a policy of automobile liability insurance maintained pursuant to the requirements of Section 3 of the New Jersey Automobile Reparation Reform Act and providing basic personal injury protection coverage as approved by the Commissioner of Insurance.

4. **Subrogation.** In the event of any payment under this endorsement, the Company is subrogated to the rights of the person for whose benefit such payments were made, to the extent of such payments, and such person must execute and deliver instruments and papers and do whatever else is necessary to secure such rights. Such person shall do nothing after loss to prejudice such rights.

5. **Reimbursement and Trust Agreement.** Subject to any applicable limitations set forth in the New Jersey Automobile Reparation Reform Act, in the event of any payment to any person under this endorsement:

   (a) the Company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the bodily injury because of which such payment is made; and the Company shall have a lien to the extent of such payment notice of which may be given to the person or organization causing such bodily injury, his agent, his insurer or a court having jurisdiction in the matter;

   (b) such person shall hold in trust for the benefit of the Company all rights of recovery which he shall have against such other person or organization because of such bodily injury;

   (c) such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights;

   (d) such person shall execute and deliver to the Company such instruments and papers as may be appropriate to secure the rights and obligations of such person and the Company established by this provision.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company and, if it requires countersignature, takes effect as of the effective date of the policy and, at issue of said policy, forms a part of said policy. Issuance of this endorsement and countersignature of said policy by a duly authorized agent of the company shall constitute a valid countersignature of said policy.

6. **Payment of Personal Injury Protection Benefits.** Medical expense benefits and essential services benefits may be paid at the option of the Company to the eligible injured person or the person or organization furnishing the products or services for which such benefits are due. In the event of the death of an eligible injured person any amounts payable, but unpaid prior to death, for medical expense benefits are payable to the eligible injured person's estate.

   Benefits payable under subdivision (1) of the definition of survivor benefits are payable to the eligible injured person's surviving spouse, or if there is no surviving spouse, to his surviving children, or if there are no surviving spouse or surviving children, to the eligible injured person's estate.

   Benefits payable under subdivision (2) of the definition of survivor benefits are payable to the person who has incurred the expense of providing essential services.

   Funeral expense benefits are payable to the eligible injured person's estate.

**SECTION II**

**Extended Medical Expense Benefits**

The Company will pay medical expense benefits not to exceed the total amount of $10,000 with respect to bodily injury sustained by an insured person, caused by an accident occurring during the policy period within the United States of America, its territories or possessions or Canada and arising out of the ownership, maintenance or use, including loading or unloading, of an insured automobile or of a highway vehicle not owned by or furnished or available for the regular use of the named insured or any relative of the named insured.

**Exclusions**

The insurance under Section II is subject to all of the exclusions applicable to Section I, except that the word "person" in exclusion (c) is replaced by the word "pedestrian".

**Definitions**

The definitions under Section I apply to Section II and under Section II: "highway vehicle" means a land motor vehicle or trailer other than (1) a farm type tractor or other equipment designed for use principally off public roads, while not upon public roads, (2) a vehicle operated on rails or crawler-treads or (3) a vehicle while located for use as a residence or premises;

"insured person" means

(a) the named insured or any relative of the named insured, if the named insured or relative sustains bodily injury

   (1) while occupying, using, entering into or alighting from a highway vehicle; or

   (2) while a pedestrian, caused by a highway vehicle;

(b) any other person who sustains bodily injury while occupying a highway vehicle (other than a motorcycle or a vehicle while being used as a public or livery conveyance) if such highway vehicle is being operated by the named insured or a relative of the named insured or any other person using such highway vehicle with the permission of the named insured;

(c) any other person who sustains bodily injury while occupying an insured automobile if such insured automobile is being operated by the named insured or a relative of the named insured or any other person using such insured automobile with the permission of the named insured.

**Conditions**

Conditions 1, 2 and 4 of Section I apply to Section II, substituting the term "insured person" for "eligible injured person" wherever it appears therein. The following additional condition applies under Section II:

**Other Insurance or Benefits.** This insurance does not apply to loss or expense with respect to which an insured person is entitled to benefits under any workmen's compensation law or Medicare provided under federal law or under Section 4 of the New Jersey Automobile Reparation Reform Act.

This insurance does not apply to loss or expense to the extent that benefits are payable or are required to be provided therefor under any other automobile no-fault law or under any other automobile medical payments insurance.

**SECTION III**

In consideration of the insurance afforded under Sections I and II of this endorsement, and the adjustment of applicable rates:

(a) any amount payable for economic loss under the Protection Against Uninsured Motorists Coverage shall be reduced by the amount of any personal injury protection benefits paid or payable under this or any other automobile insurance policy because of bodily injury to an eligible injured person;

(b) any Automobile Medical Payments or Medical Expense Coverage afforded under the policy is deleted with respect to an automobile which is an insured automobile.

**SECTION IV**

**Premium Recomputation**

The premium for the policy is based on rates which have been revised in accordance with Section 18 of the New Jersey Automobile Reparation Reform Act to reflect the limitations on the right to recover damages imposed by Section 8 of said Act. If a court of competent jurisdiction declares, or enters a judgment the effect of which is to render, Section 8 of the Act invalid or unenforceable in whole or in part, the Company shall have the right to recompute the premium payable for the policy on the basis of revised rates which are subject to approval by the Commissioner of Insurance.

[Watermark text]: ... the Company does not certify that these documents constitute a complete and accurate copy of the policy ...

Countersigned by _____   Authorized _____

A-2991-1  TCRM  (Printed in U. S. A.  (880) A0896)

**CONFIDENTIAL**

Confidential - Subject to Protective Order

**Limit of Liability**

Any amount payable by the Company as personal injury protection benefits with respect to bodily injury shall be reduced by all amounts paid, payable or required to be provided under any workmen's compensation or employees temporary disability law, or under Medicare provided under federal law.

The applicable limit on **income continuation benefits** applies separately to each full regular and customary work week of an eligible injured person. If his disability from work or employment consists of or includes only a part of such a week, the Company shall be liable for only that proportion of such weekly limit that the number of days lost from work or employment during the part week bears to the number of days in his full work week.

**Policy Period; Territory**

This insurance applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions or Canada.

**Conditions**

1. **Notice.** In the event of an accident, written notice containing particulars sufficient to identify the eligible injured person, and also reasonably obtainable information respecting the time, place and circumstances of the accident shall be given by or on behalf of each eligible injured person to the Company or any of its authorized agents as soon as practicable. If any eligible injured person, his legal representative or survivors shall institute legal action to recover damages for injury against a person or organization which or may be liable in tort therefor, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded as soon as practicable to the Company by such eligible injured person, his legal representative or his survivors.

2. **Medical Reports; Proof of Claim.** As soon as practicable the eligible injured person or someone on his behalf shall give to the Company written proof of claim, including full particulars of the nature and extent of the injuries and treatment received and contemplated, and such other information as may assist the Company in determining the amount due and payable. The eligible injured person shall submit to physical examination by physicians when and as often as the Company may reasonably require and a copy of the medical report will be forwarded to such eligible injured person if requested.

3. **Multiple Policies Applicable to One Accident; Non-duplication of Benefits; Priority of Complying Policies.** Regardless of the number of automobiles insured for basic personal injury protection coverage pursuant to Section 4 of the New Jersey Automobile Reparation Reform Act, or the number of insurers or policies affording such coverage, there shall be no duplication of payment of basic personal injury protection benefits and the aggregate maximum amount payable under this and all applicable policies with respect to bodily injury to any one person as the result of any one accident shall not exceed the applicable amounts or limits specified in Section 4 of said Act.

   This insurance applies on a primary basis to bodily injury to the named insured and his relative and on a secondary basis to all other eligible injured persons. Similarly, the basic personal injury protection coverage provided by other complying policies applies on a primary basis to bodily injury to those persons who are named insureds under such policies and their relatives. If an eligible injured person to whom this insurance applies on a secondary basis has other basic personal injury protection coverage under another complying policy applicable to his bodily injury on a primary basis, all claims for basic personal injury protection benefits shall first be made against the insurer issuing the other complying policy. No basic personal injury protection benefits shall be due and payable under this insurance unless the other insurer fails to pay such benefits by reason of insolvency and the Company has been given written notice by the claimant of such failure. "Complying Policy" means a policy of automobile liability insurance maintained pursuant to the requirements of Section 3 of the New Jersey Automobile Reparation Reform Act and providing basic personal injury protection coverage as approved by the Commissioner of Insurance.

4. **Subrogation.** In the event of any payment under this endorsement, the Company is subrogated to the rights of the person for whose benefit such payments were made, to the extent of such payments, and such person must execute and deliver instruments and papers and do whatever else is necessary to secure such rights. Such person shall do nothing after loss to prejudice such rights.

5. **Reimbursement and Trust Agreement.** Subject to any applicable limitations set forth in the New Jersey Automobile Reparation Reform Act, in the event of any payment to any person under this endorsement:

   (a) the Company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the **bodily injury** because of which such payment is made; and the Company shall have a lien to the extent of such payment notice of which may be given to the person or organization causing such bodily injury, his agent, his insurer or a court having jurisdiction in the matter;

   (b) such person shall hold in trust for the benefit of the Company all rights of recovery which he shall have against such other person or organization because of such bodily injury;

   (c) such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights;

   (d) such person shall execute and deliver to the Company such instruments and papers as may be appropriate to secure the rights and obligations of such person and the Company established by this provision.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

6. **Payment of Personal Injury Protection Benefits.** Medical expense benefits and essential services benefits may be paid at the option of the Company to the eligible injured person or the person or organization furnishing the products or services for which such benefits are due. In the event of the death of an eligible injured person any amounts payable, but unpaid prior to death, for medical expense benefits are payable to the eligible injured person's estate.

   Benefits payable under subdivision (1) of the definition of survivor benefits are payable to the eligible injured person's surviving spouse, or if there is no surviving spouse, to his surviving children, or if there are no surviving spouse or surviving children, to the eligible injured person's estate.

   Benefits payable under subdivision (2) of the definition of survivor benefits are payable to the person who has incurred the expense of providing essential services.

   Funeral expense benefits are payable to the eligible injured person's estate.

**SECTION II**

**Extended Medical Expense Benefits**

The Company will pay medical expense benefits not to exceed the total amount of $10,000 with respect to bodily injury sustained by an insured person, caused by an accident occurring during the policy period within the United States of America, its territories or possessions or Canada and arising out of the ownership, maintenance or use, including loading or unloading, of an insured automobile or of a highway vehicle not owned by or furnished or available for the regular use of the named insured or any relative of the named insured.

**Exclusions**

The insurance under Section II is subject to all of the exclusions applicable to Section I, except that the word "person" in exclusion (c) is replaced by the word "pedestrian".

**Definitions**

The definitions under Section I apply to Section II and under Section II: "highway vehicle" means a land motor vehicle or trailer other than (1) a farm type tractor or other equipment designed for use principally off public roads, while not upon public roads, (2) a vehicle operated on rails or crawler-treads or (3) a vehicle while located for use as a residence or premises;

"insured person" means

(a) the named insured or any relative of the named insured, if the named insured or relative sustains bodily injury

   (1) while occupying, using, entering into or alighting from a highway vehicle; or

   (2) while a pedestrian, caused by a highway vehicle;

(b) any other person who sustains bodily injury while occupying a highway vehicle (other than a motorcycle or a vehicle while being used as a public or livery conveyance) if such highway vehicle is being operated by the named insured or a relative of the named insured or any other person using such highway vehicle with the permission of the named insured;

(c) any other person who sustains bodily injury while occupying an insured automobile if such insured automobile is being operated by the named insured or a relative of the named insured or any other person using such insured automobile with the permission of the named insured.

**Conditions**

Conditions 1, 2 and 4 of Section I apply to Section II, substituting the term "insured person" for "eligible injured person" wherever it appears therein. The following additional condition applies under Section II:

**Other Insurance or Benefits.** This insurance does not apply to loss or expense with respect to which an insured person is entitled to benefits under any workmen's compensation law or Medicare provided under federal law or under Section 4 of the New Jersey Automobile Reparation Reform Act.

This insurance does not apply to loss or expense to the extent that benefits are payable or are required to be provided thereunder under any other automobile no-fault law or under any other automobile medical payments insurance.

**SECTION III**

In consideration of the insurance afforded under Sections I and II of this endorsement, and the adjustment of applicable rates:

(a) any amount payable for economic loss under the Protection Against Uninsured Motorists Coverage shall be reduced by the amount of any personal injury protection benefits paid or payable under this or any other automobile insurance policy because of bodily injury to an eligible injured person;

(b) any Automobile Medical Payments or Medical Expense Coverage afforded under the policy is deleted with respect to an automobile which is an insured automobile.

**SECTION IV**

**Premium Recomputation**

The premium for the policy is based on rates which have been reduced in accordance with Section 18 of the New Jersey Automobile Reparation Reform Act to reflect the limitations on the right to recover damages imposed by Section 8 of said Act. If a court of competent jurisdiction declares, or enters a judgment the effect of which is to render, Section 8 of the Act invalid or unenforceable in whole or in part, the Company shall have the right to recompute the premium payable for the policy on the basis of revised rates which are subject to approval by the Commissioner of Insurance.

A-2991-1 TERM Printed in U. S. A.  (ISO: A2996)

The company located these documents in its business records. At this time, the Company does not certify that these documents constitute a complete and accurate copy of the policy.

# COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE—COVERAGE PART

**COMPANY COPY**

**THE HARTFORD INSURANCE GROUP**
HARTFORD CONNECTICUT

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

**10 C A43342E**

This Coverage Part forms a part of Policy No. ............................................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective ........................................(at the hour stated in the policy) and forms a part of the above designated policy issued to .............................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of this policy having reference thereto.

| Coverages | Advance Premiums | Limits of Liability |
|---|---|---|
| C — Bodily Injury Liability | $ 1710.00 | $500,000 each person<br>$500,000 each occurrence |
| D — Property Damage Liability | $ 1074.00 | $500,000 each occurrence |

### Description of Hazards

**1. Owned Automobiles          Premium Basis — Per Automobile**

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage, Bus Seating Capacity) | Identification No. (I) Serial No. (S) Motor No. (M) | Town and State in which the automobile will be principally garaged | (a) Purpose of Use Classification | Advance Premiums Coverage C | Coverage D |
|---|---|---|---|---|---|---|
| | SEE SCHEDULE ATT | | | | 1557.00 | 995.00 |

**2. Hired Automobiles          Premium Basis—Cost of Hire**

| Types Hired (h) | Locations where automobiles will be principally used | Purposes of Use (a) | Estimated Cost of Hire | Rates per $100 Cost of Hire Coverage C | Coverage D |
|---|---|---|---|---|---|
| IF ANY | NORTH BRUNSWICK N J | COMM PPT | | | |

**3. Non-Owned Automobiles          Premium Basis—Class 1 Persons and Class 2 Employees**

Class 1 Persons—Location of Headquarters of Class 1 Persons and Total Number of such persons at each location

| | | Rates Per Person Coverage C | Coverage D |
|---|---|---|---|
| NORTH BRUNSWICK N J IF ANY | | | |

| Class 2 Employees—Estimated Average Number | Location of Headquarters of Class 2 Employees | Rates Per Employee Coverage C | Coverage D | | |
|---|---|---|---|---|---|
| 900    NORTH BRUNSWICK N J | | .258 | .133 | 153.00 | 79.00 |

Form Numbers of Endorsements forming part of this Coverage Part at issue:

**TOTAL ADVANCE PREMIUMS**   $ 1710.00   $ 1074.00

The conditions and provisions printed on page CAL-2 of this form are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company, provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

does not certify that these documents constitute a complete and accurate copy of the policy.

(a) *P & B = Pleasure and Business; C = Commercial*
(b) *PP = Private Passenger Automobile; C = Commercial Automobile*

Form A-3007-0  CDR  Printed in U.S.A.  (ISO: CAL)          **CAL-1**

**CONFIDENTIAL**
Confidential - Subject to Protective Order

# COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE—COVERAGE PART

**COMPANY COPY**

**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No. **10 C A43342E** ............................ issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective.................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to....................................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Advance Premiums | Limits of Liability |
|---|---|---|
| C — Bodily Injury Liability | $ 1710.00 | $500 ,000 each person |
| | | $500 ,000 each occurrence |
| D — Property Damage Liability | $ 1074.00 | $500 ,000 each occurrence |

**Description of Hazards**

### 1. Owned Automobiles — Premium Basis — Per Automobile

| Year Model Trade Name (Truck Load, Gallonage, Bus Seating Capacity) | Body Type - Truck Size | Identification No. (I) Serial No. (S) Motor No. (M) | Town and State in which the automobile will be principally garaged | (a) Purpose of Use Classification | Advance Premiums Coverage C | Coverage D |
|---|---|---|---|---|---|---|
| SEE SCHEDULE ATT | | | | | 1557.00 | 995.00 |

*(handwritten) Correct this*

### 2. Hired Automobiles — Premium Basis—Cost of Hire

| Types Hired (b) | Locations where automobile will be principally used | Purposes of Use | Estimated Cost of Hire | Rates per $100 Cost of Hire Coverage C | Coverage D |
|---|---|---|---|---|---|
| IF ANY NORTH BRUNSWICK N J | | COMM PPT | | | |

### 3. Non-Owned Automobiles — Premium Basis—Class 1 Persons and Class 2 Employees

Class 1 Persons—Location of Headquarters of Class 1 Persons and Total Number of such persons at each location

| | | Rates Per Person Coverage C | Coverage D |
|---|---|---|---|
| NORTH BRUNSWICK N J IF ANY | | | |

| Class 2 Employees—Estimated Average Number | Location of Headquarters of Class 2 Employees | Rates Per Employee Coverage C | Coverage D | | |
|---|---|---|---|---|---|
| 900 | NORTH BRUNSWICK N J | .258 | .133 | 153.00 | 79.00 |

Form Numbers of Endorsements forming part of this Coverage Part at issue:

**TOTAL ADVANCE PREMIUMS** $ 1710.00 $ 1074.00

The conditions and provisions printed on page CAL.-2 of this form are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part also.

business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy

(a)  *P & B = Pleasure and Business; C = Commercial*

(b)  *PP = Private Passenger Automobile; C = Commercial Automobile*

Form A-3007-0   CDR   Printed in U.S.A.   (ISO: CAL)        **CAL-1**

**CONFIDENTIAL**

Confidential - Subject to Protective Order

**HARTFORD000561**

**HFBKPLAN015142**

**SA 3451**

**COMPANY COPY** *(left margin)*

**ATTACH FORMS ALONG MARGIN BELOW THIS MARK +** *(left margin)*

## Automobile Medical Payments
## Insurance Coverage Part

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

**10 C A43342E**

This Coverage Part forms a part of Policy No.......................................................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective.........................................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to.....................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

### SCHEDULE

The Insurance afforded is with respect to the following coverage as indicated by specific premium charge or charges. The limit of the company's liability against such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Advance Premium | Limits of Liability |
|---|---|---|
| F — Automobile Medical Payments | $ 346.00 | $ 5,000 each person |

**Designation of Automobiles—Division 1**

(1) ☐ Any *owned automobile*

(2) ☐ Any *hired automobile*

(3) ☒ Any *licensed owned private passenger automobile*

(4) ☐ Any *automobile* described in the schedule and designated "M.P."

(5) ☐ Any *non-owned automobile*

(6) ☐ ...........................................................................

**Designated Person Insured—Division 2**          **Advance Premium**

$

$

$

**Form Numbers of Endorsements forming part of this Coverage Part at issue:**

The conditions and provisions printed on page AMP-2 of this form are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

A-3008-1  CDR  Printed in U. S. A.  (ISO: CP-00-15) Ed 1-'74          AMP-1

business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000562

HFBKPLAN015143

SA 3452

COMPANY COPY

ATTACH FORMS ALONG MARGIN BELOW THIS MARK +

## Automobile Medical Payments
## Insurance Coverage Part

| Und. Approv. | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

10 C A43342E

This Coverage Part forms a part of Policy No.................................................................issued by THE HARTFORD INSURANCE GROUP
Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective............. ...................................................(at the hour stated in the policy) and forms a part of the above designated
policy issued to ....................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

### SCHEDULE

The insurance afforded is with respect to the following coverage as indicated by specific premium charge or charges.  The limit of the company's liability against such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Advance Premium | | Limits of Liability | |
|---|---|---|---|---|
| F — Automobile Medical Payments | $ ~~346.00~~ / 443 (1) | $ | 5,000 | each person |

**Designation of Automobiles—Division 1**

(1) ☐ Any *owned automobile*

(2) ☐ Any *hired automobile*

(3) ☒ Any licensed *owned private passenger automobile*

(4) ☐ Any *automobile* described in the schedule and designated "M.P."

(5) ☐ Any *non-owned automobile*

(6) ☐ ....................

**Designated Person Insured···Division 2**                    Advance Premium

$

$

$

Form Numbers of Endorsements forming part of this Coverage Part at issue:

The conditions and provisions printed on page AMP-2 of this form are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, the countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

A-3008-1  CDR  Printed in U. S. A.  (ISO: CP-00-15) Ed 1-'74        AMP-1

business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL
Confidential - Subject to Protective
Order

HARTFORD000563

HFBKPLAN015144

SA 3453

**Protection Against UNINSURED MOTORISTS INSURANCE—COVERAGE PART;**    **COMPANY COPY**

 **THE HARTFORD** INSURANCE GROUP HARTFORD CONNECTICUT    

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

**1O C A43342E**

This Coverage Part forms a part of Policy No. .................................................................................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective .................................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to ..........................................................................................................................................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverage | Advance Premium | Limits of Liability |
|---|---|---|
| U — Uninsured Motorists | $ ~~26.00~~ 32.00 | $ 15 ,000 each person / $ 30 ,000 each accident |

**Designated Insured:**

## AS RESPECTS TO: NEW JERSEY

Description of *Insured Highway Vehicles*
(Check appropriate box)

☒ Any *automobile* owned by the *named insured*

☐ Any *private passenger automobile* owned by the *named insured*

☐ Any *highway vehicle* to which are attached dealer's license plates issued to the *named insured*

☐ Any *highway vehicle* designated in the schedule of the policy by the letters "UM" and a *highway vehicle* ownership of which is acquired during the policy period by the *named insured* as a replacement therefor

☐ Any *mobile equipment* owned or leased by and registered in the name of the *named insured*

☐ ...................................................................................

ATTACH FORMS ALONG MARGIN BELOW THIS MARK

### I. COVERAGE U — UNINSURED MOTORISTS
*(Damages for Bodily Injury)*

The company will pay all sums which the *insured* or his legal representative shall be legally entitled to recover as damages from the owner or operator of an *uninsured highway vehicle* because of *bodily injury* sustained by the *insured*, caused by accident and arising out of the ownership, maintenance or use of such *uninsured highway vehicle*; provided, for the purposes of this coverage, determination as to whether the *insured* or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the *insured* or such representative and the company or, if they fail to agree, by arbitration.

No judgment against any person or organization alleged to be legally responsible for the *bodily injury* shall be conclusive, as between the *insured* and the company, of the issues of liability of such person or organization or of the amount of damages to which the *insured* is legally entitled unless such judgment is entered pursuant to an action prosecuted by the *insured* with the written consent of the company.

**Exclusions**

This insurance does not apply:

(a) to *bodily injury* to an *insured* with respect to which such *insured*, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor;

(b) to *bodily injury* to an *insured* while *occupying* a *highway vehicle* (other than an *insured highway vehicle*) owned by the *named insured*, any *designated insured* or any relative resident in the same household as the *named* or *designated insured*, or through being struck by such a vehicle, but this exclusion does not apply to the *named insured* or his relatives while *occupying* or if struck by a *highway vehicle* owned by a *designated insured* or his relatives;

(c) so as to inure directly or indirectly to the benefit of any workmen's compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workmen's compensation or disability benefits law or any similar law.

### II. PERSONS INSURED

Each of the following is an *insured* under this insurance to the extent set forth below:

(a) the *named insured* and any *designated insured* and, while residents of the same household, the spouse and relatives of either;

(b) any other person while *occupying* an *insured highway vehicle*; and

(c) any person, with respect to damages he is entitled to recover because of *bodily injury* to which this insurance applies sustained by an *insured* under (a) or (b) above.

The insurance applies separately with respect to each *insured*, except with respect to the limits of the company's liability.

The conditions and provisions printed on pages UM-2 and UM-3 of this form are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature of the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

Form A-3809-1  CDR  Printed in U. S. A.  (ISO: UM)     UM-1

does not certify that these documents constitute a complete and accurate copy of the policy.

Protection Against UNINSURED MOTORISTS INSURANCE—COVERAGE PART

**COMPANY COPY**

**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

| Und. Approved | Confidential Report | Und. Notes: |
| Quality Control | | |

10 C A43342E

This Coverage Part forms a part of Policy No............................9..............issued by THE HARTFORD INSURANCE GROUP
Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective.............................................................(at the hour stated in the policy) and forms a part of the above designated
policy issued to.........................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein,
agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges.
The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having
reference thereto.

| Coverage | Advance Premium | Limits of Liability |
|---|---|---|
| U ···· Uninsured Motorists | $   18.00  297.00 | $10 ,000 each person |
| | | $20 ,000 each accident |

Designated Insured:

### AS RESPECTS TO: WISCONSIN MAINE AND MINNESOTA

Description of *Insured Highway Vehicles*
(Check appropriate box)

☒ Any *automobile* owned by the *named insured*

☐ Any *private passenger automobile* owned by the *named insured*

☐ Any *highway vehicle* to which are attached dealer's license plates issued to the *named insured*

☐ Any *highway vehicle* designated in the schedule of the policy by the letters "UM" and a *highway vehicle* ownership of which is acquired during the policy period by the *named insured* as a replacement therefor

☐ Any *mobile equipment* owned or leased by or registered in the name of the *named insured*

☐ .............................................

ATTACH FORMS ALONG MARGIN BELOW THIS MARK +

### I. COVERAGE U— UNINSURED MOTORISTS
*(Damages for Bodily Injury)*

The company will pay all sums which the *insured* or his legal representative shall be legally entitled to recover as damages from the owner or operator of an *uninsured highway vehicle* because of *bodily injury* sustained by the *insured*, caused by accident and arising out of the ownership, maintenance or use of such *uninsured highway vehicle*; provided, for the purposes of this coverage, determination as to whether the *insured* or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the *insured* or such representative and the company or, if they fail to agree, by arbitration.

No judgment against any person or organization alleged to be legally responsible for the *bodily injury* shall be conclusive, as between the *insured* and the company, of the issues of liability of such person or organization or of the amount of damages to which the *insured* is legally entitled unless such judgment is entered pursuant to an action prosecuted by the *insured* with the written consent of the company.

**Exclusions**

This insurance does not apply:

(a) to *bodily injury* to an *insured* with respect to which such *insured*, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor;

(b) to *bodily injury* to an *insured* while *occupying* a *highway vehicle* (other than an *insured highway vehicle*) owned by the *named insured*, any *designated insured* or any relative resident in the same household as the *named* or *designated insured*, or through being struck by such a vehicle, but this exclusion does not apply to the *named insured* or his relatives while *occupying* or if struck by a *highway vehicle* owned by a *designated insured* or his relatives;

(c) so as to inure directly or indirectly to the benefit of any workmen's compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workmen's compensation or disability benefits law or any similar law.

### II. PERSONS INSURED

Each of the following is an *insured* under this insurance to the extent set forth below:

(a) the *named insured* and any *designated insured* and, while residents of the same household, the spouse and relatives of either;

(b) any other person while *occupying* an *insured highway vehicle*; and

(c) any person, with respect to damages he is entitled to recover because of *bodily injury* to which this insurance applies sustained by an *insured* under (a) or (b) above.

The insurance applies separately with respect to each *insured*, except with respect to the limits of the company's liability.

The conditions and provisions printed on pages UM-2 and UM-3 of this form are hereby referred to and made a part hereof. This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, issued a part hereof, countersignature on the declarations page of the policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

Form A-3009-4  CDR  Printed in U. S. A.  (ISO; UM)         UM-1

does not certify that these documents constitute
a complete and accurate copy of the policy.

Protection Against UNINSUR   MOTORISTS INSURANCE—COVEF   E PART

**COMPANY COPY**

### THE HARTFORD
INSURANCE GROUP
HARTFORD CONNECTICUT

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

**10 C A43342E**

This Coverage Part forms a part of Policy No. ........................................................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective.................................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to......................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

### SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverage | Advance Premium | Limits of Liability |
|---|---|---|
| U — Uninsured Motorists | $  26.00 | $ 15 ,000 each person |
| | | $ 30 ,000 each accident |

Designated Insured:   **AS RESPECTS TO: NEW JERSEY**

Description of *Insured Highway Vehicles*
   (Check appropriate box)

☒ Any *automobile* owned by the *named insured*

☐ Any *private passenger automobile* owned by the *named insured*

☐ Any *highway vehicle* to which are attached dealer's license plates issued to the *named insured*

☐ Any *highway vehicle* designated in the schedule of the policy by the letters "UM" and a *highway vehicle* ownership of which is acquired during the policy period by the *named insured* as a replacement therefor

☐ Any *mobile equipment* owned or leased by and registered in the name of the *named insured*

☐ ................................................................

ATTACH FORMS ALONG MARGIN BELOW THIS MARK +

### I. COVERAGE U — UNINSURED MOTORISTS
*(Damages for Bodily Injury)*

The company will pay all sums which the *insured* or his legal representative shall be legally entitled to recover as damages from the owner or operator of an *uninsured highway vehicle* because of *bodily injury* sustained by the *insured*, caused by accident and arising out of the ownership, maintenance or use of such *uninsured highway vehicle*; provided, for the purposes of this coverage, determination as to whether the *insured* or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the *insured* or such representative and the company or, if they fail to agree, by arbitration.

No judgment against any person or organization alleged to be legally responsible for the *bodily injury* shall be conclusive, as between the *insured* and the company, of the issues of liability of such person or organization or of the amount of damages to which the *insured* is legally entitled unless such judgment is entered pursuant to an action prosecuted by the *insured* with the written consent of the company.

**Exclusions**

This insurance does not apply:

(a) to *bodily injury* to an *insured* with respect to which such *insured*, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor;

(b) to *bodily injury* to an *insured* while *occupying* a *highway vehicle* (other than an *insured highway vehicle*) owned by the *named insured*, any *designated insured* or any relative resident in the same household as the *named* or *designated insured*, or through being struck by such a vehicle, but this exclusion does not apply to the *named insured* or his relatives while *occupying* or if struck by a *highway vehicle* owned by a *designated insured* or his relatives;

(c) so as to inure directly or indirectly to the benefit of any workmen's compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workmen's compensation or disability benefits law or any similar law.

### II. PERSONS INSURED

Each of the following is an *insured* under this insurance to the extent set forth below:

(a) the *named insured* and any *designated insured* and, while residents of the same household, the spouse and relatives of either;

(b) any other person while *occupying* an *insured highway vehicle;* and

(c) any person, with respect to damages he is entitled to recover because of *bodily injury* to which this insurance applies sustained by an *insured* under (a) or (b) above.

The insurance applies separately with respect to each *insured*, except with respect to the limits of the company's liability.

The conditions and provisions printed on pages UM-2 and UM-3 of this form are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company, or, if countersigned as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

does not certify that these documents constitute a complete and accurate copy of the policy.

Form A-3009-0  CDR  Printed in U. S. A.  (ISO: UM)        UM-1

CONFIDENTIAL
Confidential - Subject to Protective Order



HARTFORD000566

HFBKPLAN015147

SA 3456

**Automobile Physical Damage Insurance (Fleet Automatic) Coverage Part**

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

10 C A43342E

This Coverage Part forms a part of Policy No. ............................................... issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective ........................... (at the hour stated in the policy) and forms a part of the above designated policy issued to. ...........................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

**Items**

**1.(a)** The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges and, under each such coverage, applies only to such *covered automobiles* as are indicated, by entry herein, of one or more of the designating numerals for that purpose appearing in division (b) of this Item. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Coverages | ★Covered Automo-biles | Amount or "ACV" (Actual Cash Value) | Deductible | Limit of Liability — each covered automobile "S" entered below means: "As separately stated in the Schedule of Covered Automobiles made a part hereof" | Advance Premiums |
|---|---|---|---|---|---|
| O. Comprehensive | CA-  CA- | ACV | $ | SEE SCHEDULE ATTACHED | 26 00  290.00 |
| P. Collision | CA-  CA- | | $ | | $ |
| Q. Fire, Lightning or Transportation | CA-  CA- | | $ | | $ |
| R. Theft | CA-  CA- | | $ | | $ |
| S. Windstorm, Hail, Earthquake or Explosion | CA-  CA- | | $ | | $ |
| T. Combined Additional | CA-  CA- | | $ | | $ |
| V. Towing (Not available in California) | CA-  CA- | — $25 for each disablement | | | $ |

| Form Numbers of Endorsements forming part of this Coverage Part at issue: | Maximum Limit of Liability | Advance Premium for Endorsements |
|---|---|---|
| $ | ..........Any one covered automobile | $ |
| $ | ...All covered automobiles at any one location | |
| $ | All covered automobiles | TOTAL ADVANCE PREMIUMS ... 290.00 |
| | Records to be submitted ("M" = monthly; "Q" = quarterly; "S" = semi-annually): | 211.00 |

**(b)** Explanation of above entries designating the *covered automobiles* to which this insurance applies, under each Coverage afforded:
★ **CA-1**=all *covered automobiles*
 **CA-2**=all registered *covered automobiles*
 **CA-3**=all *covered automobiles* of the private passenger type
 **CA-4**=all *covered automobiles* of the commercial type
 **CA-5**=the *covered automobiles* described in the Schedule of Covered Automobiles made a part hereof (including newly acquired vehicles, subject to the provisions of paragraph (b) of the "*covered automobile*" definition)
 **6**=excluding vehicles leased to the *named insured*
 **7**=excluding under Collision Coverage, any vehicle not having an actual cash value of at least $ ..........

**2.** Schedule of Covered Automobiles as of effective date of this insurance
 **(a)** Description; **(b)** Facts Respecting Purchase; **(c)** Limit of Liability (if not stated in Item 1 above), Rates, Advance Premiums

| AUTO No. | (a) | Year Model Trade Name | Body Type · Capacity (Truck Load, Gallonage, Bus Seating) | Identification No.(I), Serial No. (S), Motor No. (M) | No. of Cyls. | Principally garaged in (Town, State) | *Purpose of Use | Classi-cation |
|---|---|---|---|---|---|---|---|---|
| 1 | | SEE SCHEDULE ATTACHED | | | | | | |
| 2 | | | | | | | | |

| AUTO No. | (b) | List Price | Actual Cost | Purchased Mo./Yr.—New (N); Used (U) | Rating Symbol | Any loss under Coverage other than Towing is payable as interest may appear to the named insured and the Loss Payee named below: |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |

**(c)** Limit of Liability—each *covered automobile* described in (a) above and covered for:

| AUTO No. | Coverages other than Collision Enter: Amt. or "ACV" | Deductible | Collision Enter: "ACV" | Deductible | Rates | Advance Premiums | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Cov. O | Cov. P | Cov. Q | Cov. R | Cov. S | Cov. T | Cov. V |
| 1 | | | | | $ | $ | $ | $ | $ | $ | $ | $ |
| 2 | | | | | $ | $ | $ | $ | $ | $ | $ | $ |
| | "ACV" means Actual Cash Value | | | Totals | $ | $ | $ | $ | $ | $ | $ | $ |

**3.** Except with respect to bailment lease, conditional sale, purchase agreement, mortgage or other encumbrance, the *named insured* is the sole owner of *every covered automobile* designated above as covered under this insurance, unless otherwise stated herein.

The conditions and provisions printed on pages PHF-2, PHF-3 and PHF-4 of this form are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company. Upon issuance of the Coverage Part, it shall take effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

* **P & B** = Pleasure and Business; **C** = Commercial

A-3011-1  CDR  Printed in U.S.A.  (ISO: CP-00-35)  Ed. 8—'74

Countersigned by .......................

**PHF-1**

*Authorized Agent*

**CONFIDENTIAL**

Confidential - Subject to Protective Order

**GARAGE INSURANCE — COVERAGE PART**

**COMPANY COPY**

| Und. Approved | Confidential Report | Und. Notes: |
| Quality Control | | |

## 10 C A43342E

This Coverage Part forms a part of Policy No...........................................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective...................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to ...................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages and hazards thereunder as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Limits of Liability | Hazards | Advance Premiums |
|---|---|---|---|
| **GARAGE LIABILITY** | | *Garage operations* including | |
| G. Bodily Injury Liability | $............,000 each person | Automobile Hazard 1 | $ |
| | $............,000 each occurrence | Automobile Hazard 2 | $ |
| | | Escalators | $ |
| H. Property Damage Liability | $............,000 each occurrence subject to $100 deductible as set forth in Limits of Liability provision. | *Garage operations* including | |
| | | Automobile Hazard 1 | $ |
| | | Automobile Hazard 2 | $ |
| | | Escalators | $ |
| **EXPENSES FOR MEDICAL SERVICES** | | **Premium Rate** | |
| I. Automobile Medical Payments | $............ each person | ............% of Coverage G Premium | $ |
| I. and J. Automobile and Premises Medical Payments | | ............% of Coverage G Premium | $ |

| GARAGEKEEPERS' LEGAL LIABILITY | Limits of Liability — each location | Less Deductible | |
|---|---|---|---|
| K-1. Fire and Explosion | As stated below | | 522.00 485.00 |
| K-2. Theft of the Entire Automobile | As stated below | | INCL |
| K-3. Riot, Civil Commotion, Malicious Mischief and Vandalism | As stated below | $25 each *loss* caused by malicious mischief or vandalism | 168.00 149.00 |
| K-4. Collision or Upset | As stated below. If Coverage K-4 is afforded, the limit stated below for each location includes $5,000 limit for *loss* to property other than *automobiles*. | $ 250 each *loss* caused by Collision or Upset | 388.00 360.00 |

Form Numbers of Endorsements forming part of this Coverage Part at issue:

Advance Prem. for Endorsements $
TOTAL ADVANCE PREMIUMS $ 1,000.00 105#a

The following are the addresses of all premises where the *named insured* conducts garage operations.

| Location No. | Address (Show main sales location, if any, as Location No. 1) | GARAGE LIABILITY — Premium Basis (1) (2) (3): Remuneration (4): Total Number (5): Total Number | GARAGE LIABILITY — Rates (1) (2) (3): Per $100 Remuneration (4): Per Automobile (5): Per Escalator | | GARAGEKEEPERS' LEGAL LIABILITY | |
|---|---|---|---|---|---|---|
| | | | Coverage G | Coverage H | Limit of Liability | Maximum No. of Customers' Automobiles Stored |
| 1 | **PHILTOWER BLDG TULSA OKLA** Description of Escalator Location in Building          Code No. | (1) Class A $ (2) Class B $ (3) Class C $ (4) Furnished *Automobiles* (5) *Escalators* | | | 750,000 $ | 315 |
| 2 | Description of Escalator Location in Building          Code No. | (1) Class A $ (2) Class B $ (3) Class C $ (4) Furnished *Automobiles* (5) *Escalators* | | | $ | |

All automobiles owned by the *named insured* are used principally in *garage operations* of the *named insured*, except *automobiles* (1) assigned to the *named insured*, a partner therein or a member thereof, or an executive officer thereof, or, if a resident of the same household, the spouse of any of them or (2) furnished to any person or organization named below.

*Automobiles* owned by the *named insured* are furnished to the following persons or organizations for their regular use for other business purposes or for non-business purposes (do not list the *named insured*, any partner, member, executive officer or, if a resident of the same household, the spouse of any of them, unless *more than one automobile* is furnished concurrently to such person and then show only the *number of automobiles* so furnished in excess of one):

Name: ...................   Number of Such Automobiles: ...................

The conditions and provisions printed on pages GAR-2, GAR-3 and GAR-4 are hereby referred to and made part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company as provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

Form A-3013-1   CDR   Printed in U.S.A.                    **GAR-1**

The company located these documents in its files and produced a true and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

**Schedule of Automobiles and Covered Automobiles    PAGE 1**



10 C _ 8342E

This Schedule forms a part of Policy No. _____ issued by THE HARTFORD INSURANCE    Effective date ____ 1 1 75
GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective    12:01 A. M., standard time.
date is stated herein.

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges.  The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this Insurance having reference thereto.

**THE HARTFORD**

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size No. of Cyls., Truck Load, Gallonage or Seating Capacity / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Class | *Purpose of Use | Purchased Ma./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. P I P Medical Payments Premium | PD Liab. Prem. Uninsured Motorist Premium | Non. Coll. Cov. (Insert Amt. (ceable Symbols) | Amt. or "ACV" (Actual Cash Value) | Coll. Cov. (Insert Amt. (ceable Symbols) | Amt. or "ACV" (Actual Cash Value) | Deduc- tible if any | Rates | Deduc- tible if any | Rates | Premiums (such cov- ered auto- mobile) | Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 69 CHEV DUMP #CS439P843448 | | | C | | $ 71.00 | $ 59.00 | $ | $ | $ | $ | $ | $ | | | $ | $ |
| | MENDHAM N J | 25 | 8CA | | | 22.00 | 2.00 | $ | $ | | | | | | | | |
| 2. | 71 DODGE S W #B23A418120542 | | | P&B | | $ 86.00 | $ 52.00 | | | | | $ | $ | | | $ | $ |
| | MENDHAM N J | 25 | PPT | | | 1.00 | 2.00 | $ | $ | | | | | | | | |
| 3. | 69 CHEV P U #CS139T830725 | | | C | | $ 54.00 | $ 45.00 | | | | | $ | $ | | | $ | $ |
| | MENDHAM N J | 25 | 6 | | | 17.00 | 2.00 | $ | $ | | | | | | | | |
| 4. | 60 CHEV P U #KS2495804986 | | | C | | $ 54.00 | $ 45.00 | | | | | $ | $ | | | $ | $ |
| | MENDHAM N J | 25 | 6 | | | 17.00 | 2.00 | $ | $ | | | | | | | | |
| 5. | 70 FORD TRACTOR #C243596 | | | | | $ 13.00 | $ 4.00 | | | | | $ | $ | | | $ | $ |
| | MENDHAM N J | 25 | MOBILE EQUIPMENT | | | | | $ | $ | | | | | | | | |
| 6. | 66 CHEV VAN #PG1266P105182 | | | P&B | | $ 86.00 | $ 52.00 | | | | | $ | $ | | | $ | $ |
| | MENDHAM N J | 25 | PPT | | | 1.00 | 2.00 | $ | $ | | | | | | | | |
| 7. | 66 INTL BACKHOE #05182 | | | | | $ 13.00 | $ 4.00 | | | | | $ | $ | | | $ | $ |
| | MENDHAM N J | 25 | MOBILE EQUIPMENT | | | | | $ | $ | | | | | | | | |

Not Available in California   *P & B = Pleasure and Business; C = Commercial

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. |
|---|---|---|
| | CSL 9% (.91) INCL | |

TOTALS: $ 377.00  $ 261.00    $    $
$ 12.00
$ 58.00  $ 30.00

The company found these documents in its
business records in this line, the company
does not certify that these documents constitute
a complete and accurate copy of the policy

A-3471-0  Printed in U. S. A.

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000569

HFBKPLAN015150

SA 3459

**Schedule of Automobiles and Covered Automobiles**

This Schedule forms a part of Policy No. **10 C 433428** issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date **1 1 75** 12:01 A. M. standard time.


**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size No. of Cyls. - Truck Load, Gallonage Bus Seating Capacity | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased Ma./Yr. New-Used / Original Cost New or Rating Symbol | Bl Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll Cov. (Insert App. (Leable Symbols)) / Coll. Cov. (Insert App. (Leable Symbols)) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deduc- tible if any / Deduc- tible if any | Rates / Rates | Premiums (each cov- ered auto- mobile) / Premium | Towing and Labor Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8. | 73 DODGE P U #026BE3F103904 | | | C | | $ 54.00 | $ 45.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | | 25 | 6 | | 17.00 | 2.00 | $ | $ | $ | | $ | $ |
| 9. | 68 CHEV P U #CS148T122234 | | | C | | $ 54.00 | $ 45.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | | 25 | 6 | | 17.00 | 2.00 | $ | $ | $ | | $ | $ |
| 10. | 68 CHEV P U #CS148T122265 | | | C | | $ 54.00 | $ 45.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | | 25 | 6 | | 17.00 | 2.00 | $ | $ | $ | | $ | $ |
| 11. | 72 CHEV P U #CCS142R139673 | | | C | | $ 54.00 | $ 45.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | | 25 | 6 | | 17.00 | 2.00 | $ | $ | $ | | $ | $ |
| 12. | 64 CHEV STAKE TRK #4C362132515 | | | C | | $ 71.00 | $ 59.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | | 25 | 8 CA | | 22.00 | 2.00 | $ | $ | $ | | $ | $ |
| 13. | 68 FORD TRACTOR C187425 | | | MOBILE EQUIPMENT | | $ 13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK N J | | 40 | | | $ | $ | $ | $ | $ | | $ | $ |
| 14. | 72 FORD 1½ T TRK #F50CEN63371 | | | C | | $ 122.00 | $ 75.00 | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK N J | | 40 | 8CA | | 33.00 | 2.00 | $ | $ | $ | | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

TO.   $ 422.00   $ 318.00   $   $
TA   $   $ 123.00   $ 12.00   $   $

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.
No. | Name and Address of Loss Payee | No.
CSL 9% (.91) INCL

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U.S.A.

CONFIDENTIAL
Confidential - Subject to Protective Order

HARTFORD000570

HFBKPLAN015151

SA 3460

## Schedule of Automobiles and Covered Automobiles

10 C 43342E

This Schedule forms a part of Policy No. ................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and made effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ....... 1 1 75 ....... 12:01 A. M. standard time.



THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type · Truck Size No. of Cyls., Truck Load, Cubicage Bus Seating Capacity / Rated Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rated Class | *Purpose of Use | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. Prem. | Amt. at "ACV" Cash Value | Deduc. tible if any | Rates | Premium (each cov. erd auto- mobile) | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15. | 72 INTL WAGONEER | A838606490094 | | C | | $ 91.00 | $ 56.00 | $ | $ | $ | | $ | $ |
| | NORTH BRUNSWICK N J | 40 | 6 | | | 28.00 | 2.00 | $ | $ | $ | | $ | $ |
| 16. | 68 FORD TR J | #F35YEC58580 | | C | | $ 153.00 | $ 94.00 | $ | $ | $ | | $ | $ |
| | NORTH BRUNSWICK N J | 40 | 5CA | | | 39.00 | 2.00 | $ | $ | $ | | $ | $ |
| 17. | 74 CHEV CARRYALL | #CCZ264F180084 | | P&B | | $ 82.00 | $ 52.00 | $ | $ | $ | | $ | $ |
| | ARRINGTON MAINE | 10 | PPT | | | 17.00 | 3.00 | $ | $ | $ | | $ | $ |
| 18. | 74 CHEV CARRYALL | #CCZ264F178865 | | P&B | | $ 82.00 | $ 52.00 | $ | $ | $ | | $ | $ |
| | ORRINGTON MAINE | 10 | PPT | | | 17.00 | 3.00 | $ | $ | $ | | $ | $ |
| 19. | 72 CHEV CARRYALL | #CCE262F175642 | | P&B | | $ 123.00 | $ 47.00 | $ | $ | $ | | $ | $ |
| | BOULDER JUNCT WISC | 09 | PPT | | | 19.00 | 3.00 | $ | $ | $ | | $ | $ |
| 20. | 71 CHEV SUBURBAN | #CE3614102709 | | P&B | | $ 123.00 | $ 47.00 | $ | $ | $ | | $ | $ |
| | BOULDER JUNCH WISC | 09 | PPT | | | 19.00 | 3.00 | $ | $ | $ | | $ | $ |
| 21. | 73 INTL TRAVEALL | #3H0H0CHB51426 | | C | | $ 57.00 | $ 35.00 | $ | $ | $ | | $ | $ |
| | BOULDER JUNCH WISC | 09 | 5CA | | | 17.00 | 3.00 | $ | $ | $ | | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

TOTAL: $ 711.00 / $ 383.00 ... $ ... $

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.

$ 156.00 / $ 39.00 ... $ ... $

| No. | Name and Address of Loss Payee |
|---|---|
| | CSL 9% (.91) INCL |

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U.S.A.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000571

HFBKPLAN015152

SA 3461

## Schedule of Automobiles and Covered Automobiles
### 10 C 1 3428

This Schedule forms a part of Policy No. .......................... issued by THE HARTFORD INSURANCE
GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective
date is stated herein.

Effective date **1 1 75**

12:01 A. M., standard time

**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium
charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Class | *Purpose of Use | Purchased New or Rating Symbol | Medical Payments Premium | Uninsured Motorist Premium | Non. Coll. Cov. (Insert App. icable Symbols) | Amt. or "ACV" (Actual Cash Value) | Coll. Cov. (Insert App. icable Symbols) | Amt. or "ACV" (Actual Cash Value) | Deduc. tible if any | Rates | Premiums (each car- and auto- mobile) | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **PIP** | | | | | | | | | |
| | | | | | | $ 47.00 | $33.00 | | | | | $ | $ | $ | $ |
| 22. | 71 FORD ECONOLINE E22GHR50128 | | | C | | 9.00 | | | | | | | | | |
| | ELY MINNESOTA | 07 | 5CA | | | | 3.00 | | | | | | | | |
| 23. | 72 CHEV CARRYALL CCE262F174138 | | | P&B | | $ | $ | O | $ | | $ | | $ | 28.00 | $ |
| | ORRINGTON MAINE | 10 | PPT | | 3700 | $ | $ | | | | | | $ | | $ |
| 24. | 72 CHEV CARRYALL CCE262F162143 | | | P&B | | $ | $ | O | $ | | $ | | $ | 28.00 | $ |
| | ORRINGTON MAINE | 10 | PPT | | 3700 | $ | $ | | | | | | $ | | $ |
| 25. | 73 CHEV CARRYALL CCZ263F171514 | | | P&B | | $ | $ | O | $ | | $ | | $ | 52.00 | $ |
| | ORRINGTON MAINE | 10 | PPT | | 4000 | $ | $ | | | | | | $ | | $ |
| 26. | 73 CHEV CARRYALL CCZ263F171671 | | | P&B | | $ | $ | O | $ | | $ | | $ | 52.00 | $ |
| | ORRINGTON MAINE | 10 | PPT | | 4000 | $ | $ | | | | | | $ | | $ |
| 27. | 71 CHEV CARRYALL CS261F650350 | | | P&B | | $ | $ | O | $ | | $ | | $ | 38.00 | $ |
| | ORRINGTON MAINE | 10 | PPT | | 4252 | $ | $ | | | | | | $ | | $ |
| 28. | 69 CHEV CARRYALL CE168F173539 | | | P&B | | $ | $ | O | $ | | $ | | $ | 19.00 | $ |
| | BOULDER JUNCT WISC | 09 | PPT | | 1275 | $ | $ | | | | | | $ | | $ |
| | | | | | TOTALS | $ 47.00 | $ 33.00 | | | | | | $ | 217.00 | $ |
| | | | | | | $ 9.00 | $ 3.00 | | | | | | $ | | $ |

†Not Available in California    *P & B = Pleasure and Business;  C = Commercial

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | No. |
|---|---|---|
| | OBL 9% (.91) INCL | |

A-3471-9   Printed in U.S.A.

This company (could) offer these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000572

HFBKPLAN015153

SA 3462

**Schedule of Automobiles and Covered Automobiles**

This Schedule forms a part of Policy No. **10 C A** issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date **1 1 75**    12:01 A. M., standard time.



**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type · Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Class | *Purpose of Use | Purchased Mo./Yr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. Premium | PD Liab. Prem. Uninsured Motorist Premium | Non. Coll. Cov. (Insert App-licable Symbols) Coll. Cov. (Insert App-licable Symbols) | Amt. or "ACV" (Actual Cash Value) Amt. or "ACV" (Actual Cash Value) | Deduc-tible if any Deduc-tible if any | Rates Rates | Premium (each cov-ered auto-mobile) Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29. | 65 CHEV CARRYALL C1465F143668 | | | P&B | | $ | $ | O | $ | $ | | $ 19.00 |
| | BOULDER JUNCT WISC | 09 | | PPT | 625 | $ | $ | | $ | $ | | $ |
| 30. | 61 CHEV CARRYALL 1C146J118947 | | | P&B | | $ | $ | O | $ | $ | | $ 19.00 |
| | BOULDER JUNCT WISC | 09 | | PPT | 1175 | $ | $ | | $ | $ | | $ |
| 31. | 52 WILLYS JEEP 7815 | | | P&B | | $ | $ | O | $ | $ | | $ 19.00 |
| | BOULDER JUNCT WISC | 09 | | PPT | 435 | $ | $ | | $ | $ | | $ |
| 32. | 63 CHEV P U C254F126644 | | | C | | $ | $ | O | $ | $ | | $ 7.00 |
| | BOULDER JUNCT WISC | 09 | | 6 | 2000 | $ | $ | | $ | $ | | $ |
| 33. | 69 FORD P U F10BLF12655 | | | C | | $ | $ | O | $ | $ | | $ 9.00 |
| | BOULDER JUNCT WISC | 09 | | 6 | 2490 | $ | $ | | $ | $ | | $ |
| | | | | | | $ | $ | | $ | $ | | $ |
| | | | | | | $ | $ | | $ | $ | | $ |
| | | | | | | $ | $ | | $ | $ | | $ |
| | | | | | | $ | $ | | $ | $ | | $ |
| | | | | | | $ | $ | | $ | $ | | $ |
| | | | | | | $ | $ | | $ | $ | | $ |

(Not Available in California   *P & B = Pleasure and Business; C = Commercial      TOTAL   $ 73.00

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee |
|---|---|

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0   Printed in U. S. A.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000573

HFBKPLAN015154

SA 3463

 

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.. ...... .............. ... .. ...... .............12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INS

AUTOMOBILE PHYSICAL DAMAGE INS

ENDORSEMENTS AND COVERAGE PARTS FORMING PART OF POLICY:

A 3717-0
A 3007-0

A 3013-4

A 3471-0

A 3011-1

AL 6-4

A 3351-0

A 3008-1

A 3009-1

A 2991-0

A 2993-0

A 2860 Single limit Liab

A 2036-3

A 2998-2

A 3363-0

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

 **THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000574

HFBKPLAN015155

SA 3464

DUPLICATE IN CLAIM DEPT.

DUPLICATE IN AUDIT DEPT.

WILSON AND ALLEN INC
200 PARK AVE
NEW YORK N Y 10017      25-0480

12:01 A. M., standard time at the address of the *named insured* as stated herein.

Audit Period: Annual, unless otherwise stated.

☐ Semi-Annual
☐ Quarterly
☐ Monthly

## SUMMARY OF ADVANCE PREMIUMS

| COVERAGE PARTS | ADVANCE PREMIUM |
|---|---|
| Comprehensive General Liability Insurance | 19,570.00 / 16,744.00 |
| Comprehensive Automobile Liability Insurance | 1671.00 / 2,805.00 |
| Automobile Medical Payments Insurance | 1143.00 / 337.00 |
| Uninsured Motorists Insurance | 354.00 / 44.00 |
| Automobile Physical Damage Insurance | 265.00 / 290.00 |
| Premises Medical Payments Insurance | included |
| Contractual Liability Insurance | INCLUDED |
| Personal Injury Liability Insurance | INCLUDED |
| Garage Insurance | 1058.00 / 1,000.00 |
| Employee Benefit Liability Insurance | included |
| | |

NOTIFY SPEC. ACCTS. INS.

Form Numbers of Coverage Parts and endorsements not listed on Coverage Parts forming part of Policy at issue:
SEE FORM AL 8 0 C

| | |
|---|---|
| TOTAL ADVANCE PREMIUM | 21,220.00 / 24,216.00 |

If Policy Period more than one year: Gross Premium $ ___ Discount $ ___ Net Premium $ ___
Premium is payable: On effective date of Policy $ ___ 1st Anniversary $ ___ 2nd Anniversary $ ___

4. Business of the *named insured* is — EDUCATIONAL DEVELOPMENT

5. During the past 3 years no Insurer has cancelled insurance, issued to the *named insured*, similar to that afforded hereunder unless otherwise stated herein.

Guaranty Underwriters

SPEC. ACCTS. INS. DEPT.

Form AL-51-8 CDR Printed in U. S. A.

CONFIDENTIAL
Confidential - Subject to Protective Order

HARTFORD000575
HFBKPLAN015156
SA 3465

DECLARATIONS

Producer's Name and Address
WILSON AND ALLEN INC
200 PARK AVE
NEW YORK N Y 10017

25-0480

12:01 A. M. standard time at the address of the named insured as stated herein.
Audit Period: Annual, unless otherwise stated.

☐ Semi-Annual
☐ Quarterly
☐ Monthly

**SUMMARY OF ADVANCE PREMIUMS**

| COVERAGE PARTS | ADVANCE PREMIUM |
|---|---|
| Comprehensive General Liability Insurance | $ 16,744.00 |
| Comprehensive Automobile Liability Insurance | 1671.00 |
| Automobile Medical Payments Insurance | 2,805.00 |
| Uninsured Motorists Insurance | 1443.00 |
|  | 397.00 |
|  | 354.00 |
| Automobile Physical Damage Insurance | 44.00 |
|  | 265.00 |
| Premises Medical Payments Insurance | 296.00 |
| Contractual Liability Insurance | included |
| Personal Injury Liability Insurance | INCLUDED |
| Garage Insurance | INCLUDED |
|  | 1035.00 |
|  | 5,000.00 |
| Employee Benefit Liability Insurance | included |

DUPLICATE IN CLAIM DEPT.

DUPLICATE IN AUDIT DEPT.

NOTIFY SPEC. ACCTS. INS.

Form Numbers of Coverage Parts and endorsements not listed on Coverage Parts forming part of Policy at issue:
SEE FORM AL 8 0 C

| | | |
|---|---|---|
| TOTAL ADVANCE PREMIUM | $ 21,220.00 |
| | $ 14,276.00 |

If Policy Period more than one year: Gross Premium $          Discount $          Net Premium $
Premium is payable: On effective date of Policy $          1st Anniversary $          2nd Anniversary $

4.  Business of the named insured is →   EDUCATIONAL DEVELOPMENT

5.  During the past 3 years no Insurer has cancelled insurance, issued to the named insured, similar to that afforded hereunder unless otherwise stated herein.

Guaranty Underwriters

SPEC. ACCTS.

Form AL-51-0 CDR Printed in U. S. A.

The company located these documents in its files recently. At this time, the company does not verify that these documents constitute a complete and accurate copy of the policy.

**Premium Installment**

**THE HARTFORD**

10 C A43342E

This endorsement forms a part of Policy No.............................
issued by THE HARTFORD INSURANCE GROUP company
designated therein, and takes effect as of the effective date of
said Policy unless another effective date is stated herein.

Named Insured and Address

Effective date.............................................. 12:01 A. M., standard time at the address of the
named insured as stated herein.

It is hereby understood and agreed that the.......... ORIGINAL ........................Premium of $ .......... 21,220.00
(insert "original" or "additional" or "return")

BE PAYABLE IN

will ..............
(insert "be payable in" or "reduce the")

ELEVEN
........................................................installments as outlined in "Schedule of Payments."

## SCHEDULE OF PAYMENTS

| NO. | DUE DATE OF PAYMENT | BODILY INJURY & PROPERTY DAMAGE LIABILITY EXCEPT AUTO | BODILY INJURY & PROPERTY DAMAGE LIABILITY AUTO | AUTO PHYSICAL DAMAGE | | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 1 1 75 | 1524.00 | 416.00 | | | 1940.00 |
| 2 | 2 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 3 | 3 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 4 | 4 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 5 | 5 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 6 | 6 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 7 | 7 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 8 | 8 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 9 | 9 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 10 | 10 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 11 | 11 1 75 | 1522.00 | 406.00 | | | 1928.00 |
| 12 | | | | | | |
| TOTALS | | 16,744.00 | 4,476.00 | | | 21,220.00 |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the
policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this
endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on
the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this
endorsement.

Countersigned by...........................................
                                    Authorized Agent

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-57-0   Printed in U.S.A.

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

HARTFORD000577

HFBKPLAN015158

SA 3467

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

1 [1] Hartford Fire Insurance Company
2 [5] Hartford Accident and Indemnity Company
3 [3] Citizens Insurance Company of New Jersey

3 [6] New York Underwriters Insurance Company
[7] Twin City Fire Insurance Company

**Named Insured and Address**

This Endorsement forms
a part of ☐ Policy No. ☐ *Bond No.........................................
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**10 C A43342E**

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK N J**

Effective date........................................ **1 1 75** ....................

Effective hour is the same as stated in the Declarations of the Policy.

***Note:*** *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| DIST OF COLUMBIA | WILSON AND ALLEN INC 250480 |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| | Bodily Injury | $ | 5 | General Liability | $ 7.00 |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| | Property Damage | $ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| | Other (specify) | $ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy, in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7   Printed in U. S. A.   6-'70

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**CONFIDENTIAL**
Confidential - Subject to Protective Order

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD CONNECTICUT

1 Hartford Fire Insurance Company
5 Hartford Accident and Indemnity Company
3 Citizens Insurance Company of New Jersey

6 New York Underwriters Insurance Company
7 Twin City Fire Insurance Company

Named Insured and Address

This Endorsement forms a part of ☐ Policy No. ☐ *Bond No. **10 C A43342E**
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK N J

Effective date............................. **1 1 75** ............... Effective hour is the same as stated in the Declarations of the Policy.

**\*Note:** *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| GA. | WILSON AND ALLEN INC 250480 |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| | Bodily Injury | $ | 5 | General Liability | $ 53.00 |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| | Property Damage | $ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| | Other (specify) | $ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy, in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7   Printed in U.S.A.   6-'70

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000579

HFBKPLAN015160

SA 3469

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

- [1] Hartford Fire ....urance Company
- [5] Hartford Accident and Indemnity Company
- [3] Citizens Insurance Company of New Jersey

- [6] New York Underwr.   ..nsurance Company
- [7] Twin City Fire Insurance Company

Named Insured and Address

This Endorsement forms       10 C A43342E
a part of [ ] Policy No. [ ]  *Bond No.....................
issued by THE HARTFORD INSURANCE GROUP company des-
ignated herein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK N J

Effective date.........................................................  1 1 75  .................................   Effective hour is the same as stated in the Declarations of the Policy.

*Note:  *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| INDIANA | WILSON AND ALLEN INC 250480 |

The Insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| | Bodily Injury | $ | 5 | General Liability | $ .7.00 |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| | Property Damage | $ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| | Other (specify) | $ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy, in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7  Printed in U. S. A.  6-'70

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective Order

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD CONNECTICUT

☐ ☐ Hartford Fire Insurance Company
☐ ☐ Hartford Accident and Indemnity Company
☐ ☐ Citizens Insurance Company of New Jersey

☐ ☐ New York Underwriters Insurance Company
☐ ☐ Twin City Fire Insurance Company
☐

Named Insured and Address

This Endorsement forms
a part of ☐ Policy No. ☐ *Bond No. ....................................
issued by THE HARTFORD INSURANCE GROUP company des-
ignated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**10 C A43342E**

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK N J**

Effective date.................................................. **1 1 75**

Effective hour is the same as stated in the Declarations of
the Policy.

**\*Note:** *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| MAINE | WILSON AND ALLEN INC 250480 |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| 5 | Bodily Injury | $ 164.00 | | General Liability | $ |
| 5 | Medical Payments | $ 34.00 | | Workmen's Compensation | $ |
| 5 | Property Damage | $ 104.00 | | Burglary | $ |
| 5 | Comprehensive | $ 198.00 | | Glass | $ |
| 5 | Collision | $ | | Bond | $ |
| 5 | Other (specify) UM | $ 6.00 | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy, in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7   Printed in U.S.A.   6-'70

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD CONNECTICUT

1 Hartford Fire Insurance Company
5 Hartford Accident and Indemnity Company
3 Citizens Insurance Company of New Jersey

6 New York Underwriters Insurance Company
7 Twin City Fire Insurance Company

Named Insured and Address

This Endorsement forms a part of ☐ Policy No. ☐ *Bond No. issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**10 C A43342E**

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK N J**

Effective date...................................................................    **1 1 75**    Effective hour is the same as stated in the Declarations of the Policy.

*Note: *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| **MINNESOTA** | **WILSON AND ALLEN INC 250480** |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| 5 | Bodily Injury | $ 47.00 | | General Liability | $ |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| 5 | Property Damage | $ 33.00 | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ 9.00 | | Bond | $ |
| 5 | Other (specify) PIP UM | $ 3.00 | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy, in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7  Printed in U. S. A.  6-'70

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective Order

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD CONNECTICUT

1 Hartford Fire Insurance Company
2 Hartford Accident and Indemnity Company
3 Citizens Insurance Company of New Jersey

6 New York Underwriters Insurance Company
7 Twin City Fire Insurance Company

Named Insured and Address

This Endorsement forms a part of ☐ Policy No. ☐ *Bond No. ..........
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**10 C A43342E**

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK N J**

Effective date ................... **1 1 75** ...........................

Effective hour is the same as stated in the Declarations of the Policy.

*Note: If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".

State for which this endorsement is issued: **NJ**

Producing Agent or Broker: **WILSON AND ALLEN INC 250480**

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| 5 | Bodily Injury | $ 1043.00 | 5 | General Liability | $ 7870.00 |
| 5 | Medical Payments | $ 248.00 | | Workmen's Compensation | $ |
| 5 | Property Damage | $ 729.00 | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| 5 | Other (specify) UM | $ 26.00 | | Other (specify) | $ |
| | PIP | $ 12.00 | | | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy, in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7   Printed in U. S. A.   6-'70

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD** INSURANCE GROUP HARTFORD CONNECTICUT

3 [1] Hartford Fire Insurance Company
5 [5] Hartford Accident and Indemnity Company
8 [X] Citizens Insurance Company of New Jersey

3 [6] New York Underwriters Insurance Company
6 [7] Twin City Fire Insurance Company
8

**Named Insured and Address**

This Endorsement forms **10 C A43342E**
a part of ☐ Policy No. ☐ *Bond No. ..................................
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA NATIONAL COUNCIL**

**NORTH BRUNSWICK NJ**

Effective date .................. **1 1 75** ..................

Effective hour is the same as stated in the Declarations of the Policy.

***Note:** If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| NEW MEXICO | WILSON AND ALLEN INC 250480 |

The Insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| | Bodily Injury | $ | 5 | General Liability | $ 4298.00 |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| | Property Damage | $ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| | Other (specify) | $ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy, in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7   Printed in U.S.A.   6-'70

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL
Confidential - Subject to Protective Order

HARTFORD000584

HFBKPLAN015165

SA 3474

RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

☐ 1 Hartford Fire Insurance Company
☐ 3 Hartford Accident and Indemnity Company
☐ 4 Citizens Insurance Company of New Jersey

☐ 6 New York Underwriters Insurance Company
☐ 7 Twin City Fire Insurance Company

Named Insured and Address

This Endorsement forms a part of ☐ Policy No. ☐ *Bond No............................. issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**10 C A43342E**

BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK N J

Effective date.............................. **1 1 75** ..............................

Effective hour is the same as stated in the Declarations of the Policy.

*Note:   *If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".*

State for which this endorsement is issued   **OKLA**          Producing Agent or Broker   **WILSON AND ALLEN INC 250480**

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| | Bodily Injury | $ | 5 | General Liability | $ 2100.00 |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| | Property Damage | $ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| | Other (specify) | $ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy, in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1766-7   Printed in U. S. A.   6-'70

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective Order

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD INSURANCE GROUP**
HARTFORD CONNECTICUT

3 [1] Hartford Fire Insurance Company
3 [5] Hartford Accident and Indemnity Company
3 [3] Citizens Insurance Company of New Jersey

4 [6] New York Underwriters Insurance Company
3 [7] Twin City Fire Insurance Company

**Named Insured and Address**

This Endorsement forms a part of ☐ Policy No. ☐ *Bond No. ........................ issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**10 C A43342E**

Effective date........................ **1 1 75**

BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK N J

Effective hour is the same as stated in the Declarations of the Policy.

*Note:  If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| TEXAS | WILSON AND ALLEN INC 250480 |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| | Bodily Injury | $ | 5 | General Liability | $ 48.00 |
| | Medical Payments | $ | | Workmen's Compensation | $ |
| | Property Damage | $ | | Burglary | $ |
| | Comprehensive | $ | | Glass | $ |
| | Collision | $ | | Bond | $ |
| | Other (specify) | $ | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy, in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form G-1760-7   Printed in U.S.A.  6-'70

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

**CONFIDENTIAL**
Confidential - Subject to Protective Order

HARTFORD000586

HFBKPLAN015167

SA 3476

## RESIDENT AGENT COUNTERSIGNATURE ENDORSEMENT

**THE HARTFORD**
INSURANCE GROUP
HARTFORD CONNECTICUT

1 Hartford Fire Insurance Company
5 Hartford Accident and Indemnity Company
4 Citizens Insurance Company of New Jersey

6 New York Underwriters Insurance Company
7 Twin City Fire Insurance Company

**Named Insured and Address**

This Endorsement forms a part of ☐ Policy No. ☐ *Bond No.
issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

**10 C A43342E**

BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NORTH BRUNSWICK N J

Effective date.................... **1 1 75** ...................

Effective hour is the same as stated in the Declarations of the Policy.

*Note: If this endorsement is issued to form a part of a bond, the word "Policy" as used herein means "Bond".

| State for which this endorsement is issued | Producing Agent or Broker |
|---|---|
| WISC | WILSON AND ALLEN INC 250480 |

The insurer with respect to each coverage shall be as designated by Co. Code Number.

| Co. Code | Coverages (Automobile) | Premium For State | Co. Code | Coverages (other than Automobile) | Premium For State |
|---|---|---|---|---|---|
| 5 | Bodily Injury | $ 303.00 | | General Liability | $ |
| 5 | Medical Payments | $ 55.00 | | Workmen's Compensation | $ |
| 5 | Property Damage | $ 129.00 | | Burglary | $ |
| 5 | Comprehensive | $ 73.00 | | Glass | $ |
| 5 | Collision | $ | | Bond | $ |
| 5 | Other (specify)      UM | $ 9.00 | | Other (specify) | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

The countersignature hereto, by a duly authorized agent of the company, is to be considered the valid countersignature to the above policy, in so far as concerns that portion of the Risk located in the State named above.

| Agency Location | Countersigned by (Resident Agent) |
|---|---|
| | |

Form C-1760-7  Printed in U. S. A.  6-'70

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective Order

AUTOMOBILE                        `0 C A43342E

## PROTECTION AGAINST UNINSURED MOTORISTS INSURANCE
### (NEW JERSEY)

This endorsement forms a part of the policy issued by THE HARTFORD INSURANCE GROUP company designated therein, which indicates this endorsement forms a part thereof, and takes effect as of the effective date of said policy.

### SCHEDULE

| Designated Insured | Advance Premium | Limits of Liability | |
|---|---|---|---|
| | Included | Bodily Injury Liability: | 15 thousand dollars each person<br>30 thousand dollars each accident |
| | | Property Damage Liability: | 5 thousand dollars each accident |

Description of Insured Highway Vehicles:
An insured highway vehicle is any highway vehicle registered or principally garaged in New Jersey (1) which is designated by ☒ below or (2) if no ☒ is entered below, which is an owned automobile under Section I of the policy.

☐ A private passenger automobile owned by the named insured

☐ Owned by the named insured

☐ Designated in the declarations of the policy by the letters "UM" and any highway vehicle of the same type ownership of which is acquired during the policy period by the named insured as a replacement therefor

☐ Any mobile equipment owned by the named insured

☐ ...............................................................................................

In consideration of the payment of premium and subject to all of the provisions of this endorsement and to the applicable provisions of the policy, the company agrees with the named insured as follows:

### I. UNINSURED MOTORISTS COVERAGE

*(Damages for Bodily Injury and Property Damage Caused by Uninsured Highway Vehicles)*

The company will pay all sums which the insured or his legal representative shall be legally entitled to recover as damages from the owner or operator of an uninsured highway vehicle because of bodily injury or property damage, caused by accident and arising out of the ownership, maintenance or use of such uninsured highway vehicle; provided, for the purposes of this coverage, determination as to whether the insured or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the insured or such representative and the company or, if they fail to agree, by arbitration.

No judgment against any person or organization alleged to be legally responsible for the bodily injury or property damage shall be conclusive, as between the insured and the company, of the issues of liability of such person or organization or of the amount of damages to which the insured is legally entitled unless such judgment is entered pursuant to an action prosecuted by the insured with the written consent of the company.

#### Exclusions

This insurance does not apply:

(a) to bodily injury or property damage with respect to which the insured, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor;

(b) to bodily injury to an insured while occupying a highway vehicle (other than an insured highway vehicle) owned by the named insured, any designated insured or any relative resident in the same household as the named or designated insured, or through being struck by such a vehicle, but this exclusion does not apply to the named insured or his relatives while occupying or if struck by a highway vehicle owned by a designated insured or his relatives;

(c) to property contained in an insured highway vehicle (other than an insured highway vehicle) owned by the named insured, any designated insured or any relative resident in the same household as the named or designated insured, but this exclusion does not apply to property of the named insured or his relatives while contained in or struck by a highway vehicle owned by a designated insured or his relatives;

(d) so as to inure directly or indirectly to the benefit of any workmen's compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workmen's compensation or disability benefits law or any similar law;

(e) to the first $100 of the amount of property damage to the property of each insured as the result of any one accident;

(f) so as to inure directly or indirectly to the benefit of any insurer of property;

(g) to property damage arising out of the ownership, maintenance or use of a hit-and-run vehicle.

### II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) the named insured and any designated insured and, while residents of the same household, the spouse and relatives of either;

(b) any other person while occupying an insured highway vehicle; and

(c) any person, with respect to damages he is entitled to recover because of bodily injury to which this insurance applies sustained by an insured under (a) or (b) above.

The insurance applies separately with respect to each insured, except with respect to the limits of the company's liability.

### III. LIMITS OF LIABILITY

Regardless of the number of insureds under this insurance, the company's liability is limited as follows:

(a) The limit of bodily injury liability stated in the schedule as applicable to "each person" is the limit of the company's liability for all damages because of bodily injury sustained by one person as the result of any one accident and, subject to the above provision respecting "each person", the limit of liability stated in the schedule as applicable to "each accident" is the total limit of the company's liability for all damages because of bodily injury sustained by two or more persons as the result of any one accident.

(b) The limit of property damage liability stated in the schedule is the total limit of the company's liability for all damages because of property damage to all property of one or more insureds as the result of any one accident.

(c) Any amount payable under the terms of this insurance because of bodily injury or property damage sustained in an accident by a person who is an insured shall be reduced by

(1) all sums paid on account of such bodily injury or property damage by or on behalf of
   (i) the owner or operator of the uninsured highway vehicle and
   (ii) any other person or organization jointly or severally liable together with such owner or operator for such bodily injury or property damage,

including all sums paid under the bodily injury or property damage liability coverage of the policy, and

(2) the amount paid and the present value of all amounts payable on account of such bodily injury under any workmen's compensation law, disability benefits law or any similar law.

(d) Any payment made under this insurance to or for any insured shall be applied in reduction of the amount of damages which he may be entitled to recover from any person insured under the bodily injury or property damage liability coverage of the policy.

(e) The company shall not be obligated to pay under this insurance that part of the damages which the insured may be entitled to recover from the owner or operator of an uninsured highway vehicle which represents expenses for medical services paid or payable under the medical payments or medical expense coverage of the policy or which represents loss paid or payable to the insured under any automobile physical damage insurance of the policy.

### IV. POLICY PERIOD; TERRITORY

This insurance applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada.

### V. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):

"bodily injury" means bodily injury, sickness or disease, including death, sustained by an insured under (a) or (b) of the Persons Insured provision;

"designated insured" means an individual named in the schedule under Designated Insured and also includes his spouse, if a resident of the same household;

"highway vehicle" means a land motor vehicle or trailer other than

(a) a farm type tractor or other equipment designed for use principally off public roads, while not upon public roads,
(b) a vehicle operated on rails or crawler-treads, or
(c) a vehicle while located for use as a residence or premises.

"hit-and-run vehicle" means (i) a highway vehicle which causes an accident resulting in bodily injury to an insured arising out of physical contact of such vehicle with the insured or with a vehicle which the insured is occupying at the time of the accident, or (ii) a highway vehicle which without physical contact with the insured or with a vehicle which the insured is occupying at the time of the accident causes bodily injury to an insured arising out of an accident in New Jersey, provided:

(a) there cannot be ascertained the identity of either the operator or owner of such highway vehicle; and

(b) the insured or someone on his behalf shall have reported the accident within 48 hours to a police, peace or judicial officer or to the Commissioner of Motor Vehicles, and shall have filed with the company within 30 days thereafter a statement under oath that the insured or his legal representative has a cause or causes of action arising out of such accident for damages against a person or persons whose identity is unascertainable, and setting forth the facts in support thereof; and

(c) at the company's request, the insured or his legal representative makes available for inspection the vehicle which the insured was occupying at the time of the accident; and

(d) with respect to subdivision (ii) the facts of such accident can be corroborated by competent evidence other than the testimony of any person having a claim under this or any other similar insurance as the result of such accident.

"insured highway vehicle" means a highway vehicle:

(a) described in the schedule as an insured highway vehicle to which the bodily injury and property damage liability coverage of the policy applies;

(b) while temporarily used as a substitute for an insured highway vehicle as described in subparagraph (a) above, when withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction;

(c) while being operated by the named or designated insured or by the ..............................................................

but the term "insured highway vehicle" shall not include:

(i) a vehicle while used as a public or livery conveyance, unless such use ..........................................................

(ii) a vehicle being used without the permission of the owner:

Form A-2993-0  Printed in U.S.A.  11-72  (ISO-A914a)

(iii) under subparagraphs (b) and (c) above, a vehicle owned by the named insured, any designated insured or any resident of the same household in the named or designated insured; or

(iv) under subparagraphs (b) and (c) above, a vehicle furnished for the regular use of the named insured or any resident of the same household:

"named insured" means the individual named in item 1 of the declarations and also includes his spouse, if a resident of the same household;

"occupying" means in or upon or entering into or alighting from;

"property damage" means injury to or destruction of (i) an insured highway vehicle owned by the named insured or his spouse, if a resident of the same household, (ii) any property owned by an insured under (a) or (b) of the Persons Insured provision while contained in such insured highway vehicle and (iii) any property owned by an insured under (a) of the Persons Insured provision while contained in any insured highway vehicle;

"state" includes the District of Columbia, a territory or possession of the United States, and a province of Canada;

"uninsured highway vehicle" means:
(a) a highway vehicle with respect to the ownership, maintenance or use of which there is, in at least the amounts specified by the financial responsibility law of the state in which the insured highway vehicle is principally garaged, no bodily injury and property damage liability bond or insurance policy applicable at the time of the accident with respect to any person or organization legally responsible for the use of such vehicle, or with respect to which there is a bodily injury and property damage liability bond or insurance policy applicable at the time of the accident but the company writing the same denies coverage thereunder or is or becomes insolvent; or
(b) a hit-and-run vehicle, but only with respect to bodily injury caused thereby;

but the term "uninsured highway vehicle" shall not include:
(i) an insured highway vehicle,
(ii) a highway vehicle which is owned or operated by a self-insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law or any similar law,
(iii) a highway vehicle which is owned by the United States of America, Canada, a state, a political subdivision of any such government or an agency of any of the foregoing.

## VI. ADDITIONAL CONDITIONS

**A.  Policy Provisions.**

None of the Insuring Agreements, Exclusions, Conditions or other provisions of the policy shall apply to the insurance afforded by this endorsement except the Conditions "Notice" (or "Notice of Accident" or "Insured's Duties in Event of Occurrence, Claim or Suit"), "Changes," "Assignment," "Cancellation" and "Declarations".

**B.  Premium.**

If during the policy period the number of insured highway vehicles owned by the named insured or spouse or the number of dealer's license plates issued to the named insured changes, the named insured shall notify the company during the policy period of any change and the premium shall be adjusted in accordance with the manuals in use by the company. If the earned premium thus computed exceeds the advance premium paid, the named insured shall pay the excess to the company; if less, the company shall return to the named insured the unearned portion paid by such insured.

**C.  Proof of Claim.**

As soon as practicable, the insured or other person making claim shall give to the company written proof of claim, under oath if required, including full particulars of the nature and extent of the injuries, treatment, and other details entering into the determination of the amount payable hereunder. The insured and every other person making claim hereunder shall submit to examinations under oath by any person named by the company and subscribe the same, as often as may reasonably be required. Proof of claim shall be made upon forms furnished by the company unless the company shall have failed to furnish such forms within 15 days after receiving notice of claim.

The injured person shall submit to physical examinations by physicians selected by the company when and as often as the company may reasonably require and to, or in the event of his death his legal representative, or in the event of his death his legal representative or the person or persons entitled to sue therefor, shall upon each request from the company execute authorization to enable the company to obtain medical reports and copies of records.

The insured or other person making claim for damage to property shall file proof of loss with the company within sixty days after the occurrence of loss, unless such time is extended in writing by the company, in the form of a sworn statement in writing setting forth the interest of the insured and of all others in the property affected, any encumbrances thereon, the actual cash value thereof at time of loss, the amount, place, time and cause of such loss, and the description and amounts of all other insurance covering such property. Upon the company's request, the insured shall exhibit the damaged property to the company.

**D.  Assistance and Cooperation of the Insured.**

After notice of claim under this insurance, the company may require the insured to take such action as may be necessary or appropriate to preserve his right to recover damages from any person or organization alleged to be legally responsible for the bodily injury or property damage; and in any action against the company, the company may require the insured to join such person or organization as a party defendant.

**E.  Notice of Legal Action.**

If, before the company makes payment of loss hereunder, the insured or his legal representative shall institute any legal action for bodily injury or property damage against any person or organization legally responsible for the use of a highway vehicle involved in the accident, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded immediately to the company by the insured or his legal representative.

**F.  Other Insurance.**

With respect to bodily injury to an insured while occupying a highway vehicle not owned by the named insured, this insurance shall apply only as excess insurance over any other similar insurance available to such insured and applicable to such vehicle as primary insurance, and this insurance shall then apply only in the amount by which the limit of liability for this coverage exceeds the applicable limit of liability of such other insurance.

Except as provided in the foregoing paragraph, if the insured has other similar insurance available to him and applicable to the accident, the damages shall be deemed not to exceed the higher of the applicable limits of liability of this insurance and such other insurance, and the company shall not be liable for a greater proportion of any loss to which this coverage applies than the limit of liability hereunder bears to the sum of the applicable limits of liability of this insurance and such other insurance.

With respect to property damage, the insurance hereunder shall apply only as excess insurance over any other valid and collectible insurance of any kind applicable to such property damage, and this insurance shall apply only in the amount by which the limit of liability for this coverage exceeds the amount recoverable under such other insurance.

**G.  Arbitration.**

If any person making claim hereunder and the company do not agree that such person is legally entitled to recover damages from the owner or operator of an uninsured highway vehicle because of bodily injury or property damage to the insured, or do not agree as to the amount of payment which may be owing under this insurance, then, upon written demand of either, the matter or matters upon which such person and the company do not agree shall be settled by arbitration, which shall be conducted in accordance with the rules of the American Arbitration Association unless other means of conducting the arbitration are agreed to between the insured and the company, and judgment upon the award rendered by the arbitration may be entered in any court having jurisdiction thereof. Such person and the company each agree to consider itself bound and to be bound by any award made by the arbitration pursuant to this insurance.

**H.  Trust Agreement.**

In the event of payment to any person under this insurance;
(a) the company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the bodily injury or property damage because of which such payment is made;
(b) such person shall hold in trust for the benefit of the company all rights of recovery which he shall have against such other person or organization because of the damages which are the subject of claim made under this insurance;
(c) such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights;
(d) if requested in writing by the company, such person shall take, through any representative designated by the company, such action as may be necessary or appropriate to recover such payment as damages from such other person or organization, such action to be taken in the name of such person; in the event of a recovery, the company shall be reimbursed out of such recovery for expenses, costs and attorneys' fees incurred by it in connection therewith;
(e) such person shall execute and deliver to the company such instruments and papers as may be appropriate to secure the rights and obligations of such person and the company established by this provision.

**I.  Payment of Loss by the Company.**

Any amount due hereunder is payable
(a) to the insured, or
(b) if the insured is a minor to his parent or guardian, or
(c) if the insured be deceased to his surviving spouse, otherwise
(d) to a person authorized by law to receive such payment or to a person legally entitled to recover the damages which the payment represents; provided, the company may at its option pay any amount due hereunder in accordance with division (d) hereof.

**J.  Action Against Company.**

No action shall be against the company unless, as a condition precedent thereto, the insured or his legal representative has fully complied with all the terms of the policy applicable to this coverage.

**K.**  This endorsement replaces any other provisions of the policy, including any endorsement forming a part thereof, affording similar insurance with respect to any damages arising out of the ownership, maintenance or use of an uninsured vehicle or a hit-and-run vehicle.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT
Form A-2193-0   Printed in U.S.A.   11-72   [ISO: A914a]

The company located does documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy

## AMENDMENT — CASUALTY INSURANCE POLICY — WISCONSIN

When this policy is issued or delivered in the State of Wisconsin it is agreed that:

1.  Paragraph (a) of the Condition entitled "Insured's Duties in the Event of Occurrence, Claim or Suit" is amended to read:

    **Insured's Duties in the Event of Occurrence, Claim or Suit**

    (a) In the event of an *occurrence*, written notice containing particulars sufficient to identify the *insured* and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the *insured* to the company or any of its authorized agents within 20 days following the *date of the occurrence*; provided, that failure to give such notice within the time specified shall not invalidate any claim made by the *insured* if it shall be shown not to have been reasonably possible to give such notice within the prescribed time and that such notice was given as soon as reasonably possible.

2.  Paragraph (b) of the Automobile Physical Damage Insurance Condition entitled "Named Insured's Duties in Event of Loss" is amended to read:

    (b) give notice thereof (i) to the company or any of its authorized agents within 20 days following the date the *loss* occurs, provided that failure to give such notice within the time specified shall not invalidate any claim made by the *named insured* if it shall be shown not to have been reasonably possible to give such notice within the prescribed time and that such notice was given as soon as reasonably possible, and also (ii) in the event of theft or larceny, promptly to the police;

3.  The Condition entitled "Changes" is amended to read:

    **Changes**  The terms of this policy shall not be changed, except by endorsement issued to form a part of this policy, signed by an authorized representative of the Company.

    Knowledge of an agent of the company at the time this policy is issued or an application made shall be knowledge of the company, and any fact which breaches a condition of the policy and is known to the agent when the policy is issued or the application made shall not void the policy or defeat a recovery thereon in the event of loss.

4.  The following paragraph is added to the Condition entitled "Declarations":

    No oral or written statement, representation or warranty made by the *insured* or in his behalf in the negotiation of this policy shall be deemed material or defeat or avoid the policy, unless such statement, representation or warranty was false and made with intent to deceive, or unless the matter misrepresented or made a warranty increased the risk or contributed to the loss.  No breach of a warranty in this policy shall defeat or avoid this policy unless the breach of such warranty increased the risk at the time of the loss, or contributed to the loss, or existed at the time of the loss.

5.  With respect only to such insurance as is afforded by the policy for *bodily injury* liability or *property damage* liability arising out of the ownership, maintenance or use of motor vehicles:

    (a) The company shall not cancel nor refuse to renew this policy solely because of the age, residence, race, color, creed, national origin, ancestry or occupation of any person who is an *insured* under this policy.

    (b) If the *named insured* is an individual, the "Persons Insured" provision is amended to include as an *insured* any person using a motor vehicle owned by the *named insured* which is designed to transport or draw persons or property on the public highways with the permission of an adult member of the *named insured's* household other than a chauffeur or domestic servant, and any other person or organization but only with respect to his or its liability because of acts or omissions of such an *insured*.

6.  If an action for *bodily injury* or *property damage* is brought in Wisconsin, the Condition entitled "Action Against Company" is amended to read:

    **Action Against Company**  No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance by the *insured* with all of the terms of this policy.

    Any person or organization or the legal representative thereof who has secured a judgment against the *insured* shall be entitled to recover under this policy to the extent of the insurance afforded by this policy.  Bankruptcy or insolvency of the *insured* or of the *insured's* estate shall not relieve the company of any of its obligations hereunder.

7.  The following Conditions are added:

    **A. Cancellation by Company Limited**

    After this policy has been in effect for sixty days or, if this policy is a renewal, effective immediately, the company shall not exercise its right to cancel the insurance unless the *named insured* fails to discharge when due any of his obligations in connection with the payment of premium for this policy or any installment thereof, whether payable directly to the company or its agent or indirectly under any premium finance plan or extension of credit.

    This agreement shall apply to each successive policy period for which the company consents to renew or continue this policy but nothing herein shall obligate the company to renew or continue this policy beyond the expiration of any annual period commencing with its original effective date; provided that, if this policy is written without a fixed expiration date or for a policy period longer than one year, this policy may be terminated by the company effective on the expiration of any such annual period by mailing to the *insured* named in Item 1 of the declarations at the address shown in this policy, written notice of such termination not less than thirty days prior to the expiration of such annual period.  The mailing of notice as aforesaid shall be sufficient proof of notice.  Delivery of such written notice by the company shall be equivalent to mailing.

    Notwithstanding the failure of the company to comply with the foregoing provisions of this Condition, this policy shall terminate on the effective date of any other insurance policy issued as a replacement for any insurance affected by this policy, with respect to any such insurance to which both such policies apply.

    **B. Renewal**

    If the company elects not to renew this policy, it shall mail to the *insured* named in Item 1 of the declarations at the address shown in this policy, written notice of such nonrenewal not less than thirty days prior to the expiration date, provided that notwithstanding the failure of the company to comply with the foregoing provisions of this paragraph, this policy shall terminate

Form AL-4-4  Printed in U. S. A.  1-'73  (ISO: A 0012/G 511)

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

HARTFORD000590

HFBKPLAN015171

SA 3480

1. on such expiration date, if

   (a) the *named insured* has failed to discharge when due any of his obligations in connection with the payment of premium for this policy, or for the renewal thereof, or any installment of such premium, whether payable directly to the company or its agent or indirectly under any premium finance plan or extension of credit, or

   (b) the company has by any means manifested its willingness to renew to the *named insured* or his representative, or

   (c) the *named insured* has notified the company or its agent that he does not wish this policy to be renewed;  or

2. on the effective date of any other insurance policy issued as a replacement for any insurance afforded by this policy, with respect to any such insurance to which both such policies apply.

The mailing of notice as aforesaid shall be sufficient proof of notice.   Delivery of such written notice by the company shall be equivalent to mailing.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement forms a part of the policy, issued by THE HARTFORD INSURANCE GROUP company designated therein, which indicates this endorsement forms a part thereof, and takes effect as of the effective date of said policy.



President

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-6-4

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000591

HFBKPLAN015172

SA 3481

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date ............................................12:01 A. M., standard time at the address of the named insured as
stated herein.

EXTENSION TO FORM L 3037-1

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

IT IS AGREED THAT THE FOLLOWING SCHEDULE APPLIES AS RESPECTS FORM L3037-1
"REAL PROPERTY LIABILITY FIRE:"

| DESC OF PROPERTY | LIMIT OF LIAB | RATE PER $100 LIMIT | PREMIUM |
|---|---|---|---|
| 1. 308 FIFTH AVE | | | |
| NEW YORK N Y | 100,000 EA OCCURRENCE | | INCLUDED |
| 2. 300 WEST ADAMS ST | | | |
| CHICAGO ILLINOIS | 100,000 EA OCCURRENCE | | |
| 3. 2515 PEACHTREE CENTER | | | |
| BLDG ATLANTA GA | 100,000 EA OCCURRENCE | | IN THE |
| 4. POWER & LIGHT BLDG | | | |
| 14TH BALTIMORE | | | |
| SUITE 2606 | | | |
| KANSAS CITY MO | 100,000 EA OCCURRENCE | | COMPOSITE |
| 5. 44 CARILLON TOWER EAST | | | |
| 13601 PRESTON RD | | | |
| DALLAS TEXAS | 100,000 EA OCCURRENCE | | |
| 6. 790 LUCERNE DRIVE | | | |
| SUNNYVALE CALIF | 100,000 EA OCCURRENCE | | RATE |

add other loc

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-0 C. Printed in U. S. A. 10/66 NBCL's

The company located these documents in its
business records. At this time, the company
does not verify that these documents constitute
a complete and accurate copy of the policy.
Authorized Agent

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

HARTFORD000592

HFBKPLAN015173

SA 3482

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No......................................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date...........................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
PERSONAL INJURY LIABILITY INSURANCE
COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE
AUTOMOBILE PHYSICAL DAMAGE INSURANCE

NAMED INSURED ENDORSEMENT

IT IS AGREED THAT ITEM #1, NAMED INSURED SHALL READ
AS FOLLOWS:

BOY SCOUTS OF AMERICA, NATIONAL AND REGIONAL COUNCILS

SOUTH CINCINNATI PARKING GARAGE

PHILMONT SCOUT RANCH

CIMARRON N M            type error

PHILTOWER BUILDING TULSA OKLA

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL
Confidential - Subject to Protective
Order

HARTFORD000593

HFBKPLAN015174

SA 3483

Named Insured and Address

**10 C A43342E**

This endorsement forms a part of Policy No........................................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

## INCIDENTAL MALPRACTICE LIABILITY ENDORSEMENT

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

IT IS AGREED THAT:

1) THE DEFINITION OF "BODILY INJURY" IS AMENDED TO INCLUDE
   INJURY ARISING OUT OF THE RENDERING OF OR FAILURE TO
   RENDER PROFESSIONAL SERVICES BY ANY PHYSICIAN, DENTIST
   OR NURSE WHILE EMPLOYED BY THE NAMED INSURED TO PROVIDE
   SUCH SERVICES.

2) EXCLUSION (H) DOES NOT APPLY TO INJURY TO THE EMOTIONS
   OR REPUTATION OF A PERSON ARISING OUT OF THE RENDERING
   OF SUCH SERVICES

3) LIMITS OF LIABILITY   500,000 COMBINED SINGLE LIMIT

---

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No..................................................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date .......................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

incl: APD, CGL, GKLL

NOTICE OF OCCURRENCE

IT IS AGREED THAT NOTICE OF CLAIM OR SUIT

TO THE INSURED, IS TO BE DEEMED EFFECTIVE

ONLY WHEN GIVEN TO AN EXECUTIVE OFFICER OR

THE INSURANCE MANAGER AT B.S.A. NATIONAL HEADQUARTERS

NORTH BRUNSWICK N J.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

............................................................................................
...................................................................Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL
Confidential - Subject to Protective Order

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date..................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

## ELIMINATION OF EXCLUSION "C"

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

PERSONAL INJURY LIABILITY INSURANCE

IN CONSIDERATION OF THE PREMIUM INCLUDED IN THE COMPOSITE RATE IT IS
AGREED THAT EXCLUSION (C) OF THE PERSONAL INJURY LIABILITY COVERAGE PART
IS DELETED.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

*Countersigned by* ..................................................................

*Authorised Agent*

Form AL-8-0 A   Printed in U.S.A.   10-'66   NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000596

HFBKPLAN015177

SA 3486

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

## CAR POOLING

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

IT IS HEREBY UNDERSTOOD AND AGREED THAT THIS POLICY IS TO PROVIDE

COVERAGE FOR ALL INDIVIDUALS PARTICIPATING IN CAR POOLING AT THE

DIRECTION OF B.S.A. IT IS FURTHER UNDERSTOOD THAT SUCH COVERAGE IS

TO BE EXCESS OVER ANY OTHER VALID AND COLLECTIBLE INSURANCE.

*Must meet Minimum Limits. Statutory of various states;*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU;

Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date ...................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

THE POLICY IS EXTENDED TO COVER A CANOE TRAILER

WHICH WILL BE USED TO CARRY CANOES IN THE EAST

PRINICPAL GARAGE LOCATION NEW YORK N Y.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL.-8-0 B  Printed in U. S. A.  10-'66  NBCU:

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000598

HFBKPLAN015179

SA 3488

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No.................................................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date...................................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INS

AUTOMOBILE PHYSICAL DAMAGE INS

THE NOTICE OF ACCIDENT CONDITION OF THE

POLICY IS AMENDED TO READ:

UPON THE HAPPENING OF AN ACCIDENT

OCCURRENCE, OR PRESENTATION OF CLAIM

WRITTEN NOTICE SHALL BE GIVEN BY OR

ON BEHALF OF THE INSURED TO THE COMPANY

OR ANY OF ITS AUTHORIZED AGENTS AS SOON

AS PRACTICABLE AFTER IT IS KNOWN AT THE

HEADQUARTERS OF THE BOY SCOUTS OF AMERICA.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by................................................Authorized Agent

Form AL-8-0 B  Printed in U. S. A.  10-'66  NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No.............................................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date............................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INS

AUTOMOBILE PHYSICAL DAMAGE INS

---

IN CONSIDERATION OF THE PREMIUM CHARGED THE POLICY

TERRITORY IS EXTENDED TO COVER MEXICO ON AN EXCESS

AND DIFFERENCE AND CONDITIONS BASIS OVER ANY UNDERLYING

INSURANCE OBTAINED BY THE INSURED.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date...........................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INS

AUTOMOBILE PHYSICAL DAMAGE INS

IT IS UNDERSTOOD AND AGREED THAT THE POLICY

IS EXTENDED TO COVER EMPLOYEES OF THE INSURED

AS ADDITIONAL INSUREDS WITH RESPECT TO VEHICLES

HIRED IN THEIR OWN NAME FOR USE ON BOY SCOUTS OF

AMERICA BUSINESS.

*At direction of B.S.A.*

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Authorized Agent

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000601

HFBKPLAN015182

SA 3491

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date..................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement *modifies* such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INS

IT IS UNDERSTOOD AND AGREED THAT THE POLICY IS
EXTENDED TO COVER THE LIABILITY ASSUMED BY THE
INSURED UNDER ANY HIRED AND/OR LEASED CAR AGREEMENTS
IN CONJUNCTION WITH BUSINESS ON BEHALF OF THE BOY
SCOUTS OF AMERICA.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD CONNECTICUT

Form AL-8-0 B  Printed *in* U. S. A.  10-'66  NBCU:

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

HARTFORD000602

HFBKPLAN015183

SA 3492

AMENDMENT—LIMITS OF LIABILITY

( SINGLE LIMIT )

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated herein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**10 C A03302Z**

Named Insured and Address

Effective date...........................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

## COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

### SCHEDULE

BODILY INJURY LIABILITY AND PROPERTY DAMAGE
LIABILITY.

$ 900 ,000 EACH OCCURRENCE PERSON

$ 500 ,000 AGGREGATE OCCURRENCE

IT IS AGREED THAT PROVISIONS OF THE POLICY CAPTIONED " LIMITS OF LIABILITY"
RELATING TO BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY ARE
AMENDED TO READ AS FOLLOWS:

LIMITS OF LIABILITY

REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2) PERSONS
OR ORGANIZATIONS WHO SUSTAIN BODILY INJURY OR PROPERTY DAMAGE, (3) CLAIMS
MADE OR SUITS BROUGHT ON ACCOUNT OF BODILY INJURY OR PROPERTY DAMAGE OR
(4) AUTOMOBILES OR UNITS OF MOBILE EQUIPMENT TO WHICH THIS POLICY
APPLIES, THE COMPANY'S LIABILITY IS LIMITED AS FOLLOWS:

BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY:

(A)   THE LIMIT OF LIABILITY STATED IN THE SCHEDULE AS APPLICABLE TO
"EACH OCCURRENCE" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY
FOR ALL DAMAGES BECAUSE OF BODILY INJURY OR PROPERTY DAMAGE AS
A RESULT OF ANY ONE OCCURRENCE PROVIDED THAT WITH RESPECT TO
ANY OCCURRENCE FOR WHICH NOTICE OF THIS POLICY IS GIVEN IN LIEU
OF SECURITY OR WHEN THIS POLICY IS CERTIFIED AS PROOF OF
FINANCIAL RESPONSIBILITY UNDER THE PROVISIONS OF THE MOTOR
VEHICLE FINANCIAL RESPONSIBILITY LAW OF ANY STATE OR PROVINCE
SUCH LIMIT OF LIABILITY SHALL BE APPLIED TO PROVIDE THE SEPARATE
LIMITS REQUIRED BY SUCH LAW FOR BODILY INJURY LIABILITY AND
PROPERTY DAMAGE LIABILITY TO THE EXTENT OF THE COVERAGE REQUIRED
BY SUCH LAW, BUT THE SEPARATE APPLICATION OF SUCH LIMIT SHALL
NOT INCREASE THE TOTAL LIMIT OF THE COMPANY'S LIABILITY.

(B)   SUBJECT TO THE ABOVE PROVISIONS RESPECTING "EACH OCCURRENCE",
THE TOTAL LIABILITY OF THE COMPANY FOR ALL DAMAGES BECAUSE OF
ALL BODILY INJURY AND PROPERTY DAMAGE WHICH OCCURS DURING EACH
ANNUAL PERIOD WHILE THIS POLICY IS IN FORCE COMMENCING FROM ITS
EFFECTIVE DATE AND IS DESCRIBED IN ANY OF THE NUMBERED SUBPARAGRAPHS
BELOW SHALL NOT EXCEED THE LIMIT OF LIABILITY STATED IN THE
SCHEDULE AS "AGGREGATE".

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD CONNECTICUT

Form AL-3-9 C   Printed in U. S. A.   10/66  NUCC's

The company located these documents in its
business records. At this time, the company
does not verify that these documents constitute
a complete and accurate copy of the policy.

**CONFIDENTIAL**

Confidential - Subject to Protective
Order

**HARTFORD000603**

**HFBKPLAN015184**

**SA 3493**

AMENDMENT—LIMITS OF LIABILITY

( SINGLE LIMIT )

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No.
Issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date .................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INSURANCE

(1)    ALL PROPERTY DAMAGE ARISING OUT OF PREMISES OR OPERATIONS RATED
ON A REMUNERATION BASIS OR CONTRACTOR'S EQUIPMENT RATED ON A
RECEIPTS BASIS, INCLUDING PROPERTY DAMAGE FOR WHICH LIABILITY IS
ASSUMED UNDER ANY INCIDENTAL CONTRACT RELATING TO SUCH PREMISES OR
OPERATIONS, BUT EXCLUDING PROPERTY DAMAGE INCLUDED IN SUBPARAGRAPH
(2) BELOW.

(2)    ALL PROPERTY DAMAGE ARISING OUT OF AN OCCURRING IN THE COURSE OF
OPERATIONS PERFORMED FOR THE NAMED INSURED BY INDEPENDENT
CONTRACTORS AND GENERAL SUPERVISION THEREOF BY THE NAMED INSURED,
INCLUDING ANY SUCH PROPERTY DAMAGE FOR WHICH LIABILITY IS ASSUMED
UNDER ANY INCIDENTAL CONTRACT RELATING TO SUCH OPERATIONS, BUT
THIS SUBPARAGRAPH (2) DOES NOT INCLUDE PROPERTY DAMAGE ARISING OUT
OF MAINTENANCE OR REPAIRS AT PREMISES OWNED BY OR RENTED TO THE
NAMED INSURED OR STRUCTURAL ALTERATIONS AT SUCH PREMISES WHICH DO
NOT INVOLVE CHANGING THE SIZE OF OR MOVING BUILDINGS OR OTHER
STRUCTURES;

(3)    ALL BODILY INJURY AND PROPERTY DAMAGE INCLUDED WITHIN THE COMPLETED
OPERATIONS HAZARD AND ALL BODILY INJURY AND PROPERTY DAMAGE INCLUDED
WITHIN THE PRODUCTS HAZARD;

(4)    ALL PROPERTY DAMAGE FOR WHICH LIABILITY IS ASSUMED UNDER ANY CONTRACT
TO WHICH THE CONTRACTUAL LIABILITY INSURANCE APPLIES.

SUCH AGGREGATE LIMIT SHALL APPLY SEPARATELY:

(I)    TO THE PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPHS (1)AND (2)
SEPARATELY WITH RESPECT TO EACH PROJECT AWAY FROM PREMISES
OWNED BY OR RENTED TO THE NAMED INSURED;

(II)   TO THE SUM OF THE DAMAGED FOR ALL BODILY INJURY AND
PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPH(3); AND

(III)  TO THE PROPERTY DAMAGE DESCRIBED IN SUBPARAGRAPH (4)
SEPARATELY WITH RESPECT TO EACH PROJECT AWAY FROM PREMISES
OWNED BY OR RENTED TO THE NAMED INSURED.

(c)    FOR THE PURPOSE OF DETERMINING THE LIMIT OF THE COMPANY'S LIABILITY,
ALL BODILY INJURY AND PROPERTY DAMAGE ARISING OUT OF CONTINUOUS OR
REPEATED EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL CONDITIONS SHALL
BE CONSIDERED AS ARISING OUT OF ONE OCCURRENCE.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company, provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by ...................................................

Authorized Agent



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Hartford has produced these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

AMENDMENT—LIMITS OF LIABILITY

( SINGLE LIMIT )

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated herein. and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date ............................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE

SCHEDULE

BODILY INJURY LIABILITY AND PROPERTY DAMAGE      $ 500   ,000 EACH OCCURRENCE
LIABILITY.                                       $ 500   ,000 AGGREGATE

IT IS AGREED THAT PROVISIONS OF THE POLICY CAPTIONED " LIMITS OF LIABILITY"
RELATING TO BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY ARE
AMENDED TO READ AS FOLLOWS:

LIMITS OF LIABILITY

REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2) PERSONS
OR ORGANIZATIONS WHO SUSTAIN BODILY INJURY OR PROPERTY DAMAGE, (3) CLAIMS
MADE OR SUITS BROUGHT ON ACCOUNT OF BODILY INJURY OR PROPERTY DAMAGE OR
(4) AUTOMOBILES OR UNITS OF MOBILE EQUIPMENT TO WHICH THIS POLICY
APPLIES, THE COMPANY'S LIABILITY IS LIMITED AS FOLLOWS:

BODILY INJURY LIABILITY AND PROPERTY DAMAGE LIABILITY:

(A)     THE LIMIT OF LIABILITY STATED IN THE SCHEDULE AS APPLICABLE TO
        "EACH OCCURRENCE" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY
        FOR ALL DAMAGES BECAUSE OF BODILY INJURY OR PROPERTY DAMAGE AS
        A RESULT OF ANY ONE OCCURRENCE PROVIDED THAT WITH RESPECT TO
        ANY OCCURRENCE FOR WHICH NOTICE OF THIS POLICY IS GIVEN IN LIEU
        OF SECURITY OR WHEN THIS POLICY IS CERTIFIED AS PROOF OF
        FINANCIAL RESPONSIBILITY UNDER THE PROVISIONS  OF THE MOTOR
        VEHICLE FINANCIAL RESPONSIBILITY LAW OF ANY STATE OR PROVINCE
        SUCH LIMIT OF LIABILITY SHALL BE APPLIED TO PROVIDE THE SEPARATE
        LIMITS REQUIRED BY SUCH LAW FOR BODILY INJURY LIABILITY AND
        PROPERTY DAMAGE LIABILITY TO THE EXTENT OF THE COVERAGE REQUIRED
        BY SUCH LAW, BUT THE  SEPARATE APPLICATION OF SUCH LIMIT SHALL
        NOT INCREASE  THE TOTAL LIMIT OF THE COMPANY'S LIABILITY.

(B)     SUBJECT TO THE ABOVE PROVISIONS RESPECTING "EACH OCCURRENCE",
        THE TOTAL LIABILITY OF THE COMPANY FOR ALL DAMAGES BECAUSE OF
        ALL BODILY INJURY AND PROPERTY DAMAGE WHICH OCCURS DURING EACH
        ANNUAL PERIOD WHILE THIS POLICY IS IN FORCE COMMENCING FROM ITS
        EFFECTIVE DATE AND IS DESCRIBED IN ANY OF THE NUMBERED SUBPARAGRAPHS
        BELOW SHALL NOT  EXCEED THE LIMIT OF LIABILITY STATED IN THE
        SCHEDULE AS "AGGREGATE".

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.


THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-9 C  Printed in U. S. A.  10/66  NRCU

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the trust file.

CONFIDENTIAL

Confidential - Subject to Protective
Order

## Protection Against UNINSURED MOTORISTS INSURANCE—COVERAGE PART

**COMPANY COPY**

 **THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

### 10 C A43342E

This Coverage Part forms a part of Policy No. .................................................... issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective .................... .................................................... (at the hour stated in the policy) and forms a part of the above designated policy issued to ....................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

### SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverage | Advance Premium | | Limits of Liability | |
|---|---|---|---|---|
| U — Uninsured Motorists | $  18.00 | | $10 | ,000 each person |
| | | | $20 | ,000 each accident |

Designated Insured:

## AS RESPECTS TO: WISCONSIN MAINE AND MINNESOTA

Description of Insured Highway Vehicles
(Check appropriate box)

☒ Any *automobile* owned by the *named insured*

☐ Any *private passenger automobile* owned by the *named insured*

☐ Any *highway vehicle* to which are attached dealer's license plates issued to the *named insured*

☐ Any *highway vehicle* designated in the schedule of the policy by the letters "UM" and a *highway vehicle* ownership of which is acquired during the policy period by the *named insured* as a replacement therefor

☐ Any *mobile equipment* owned or leased by and registered in the name of the *named insured*

☐ ....................

### I. COVERAGE U — UNINSURED MOTORISTS
*(Damages for Bodily Injury)*

The company will pay all sums which the *insured* or his legal representative shall be legally entitled to recover as damages from the owner or operator of an *uninsured highway vehicle* because of *bodily injury* sustained by the *insured*, caused by accident and arising out of the ownership, maintenance or use of such *uninsured highway vehicle*; provided, for the purposes of this coverage, determination as to whether the *insured* or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the *insured* or such representative and the company or, if they fail to agree, by arbitration.

No judgment against any person or organization alleged to be legally responsible for the *bodily injury* shall be conclusive, as between the *insured* and the company, of the issues of liability of such person or organization or of the amount of damages to which the *insured* is legally entitled unless such judgment is entered pursuant to an action prosecuted with the written consent of the company.

**Exclusions**

This insurance does not apply:

(a) to *bodily injury* to an *insured* with respect to which such *insured*, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor;

(b) to *bodily injury* to an *insured* while *occupying* a *highway vehicle* (other than an *insured highway vehicle*) owned by the *named insured*, any *designated insured* or any relative resident in the same household as the *named* or *designated insured*, or through being struck by such a vehicle, but this exclusion does not apply to the *insured* or his relatives while *occupying* or if struck by a *highway vehicle* owned by a *designated insured* or his relatives;

(c) so as to inure directly or indirectly to the benefit of any workmen's compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workmen's compensation or disability benefits law or any similar law.

### II. PERSONS INSURED

Each of the following is an *insured* under this insurance to the extent set forth below:

(a) the *named insured* and any *designated insured* and, while residents of the same household, the spouse and relatives of either;

(b) any other person while *occupying* an *insured highway vehicle*; and

(c) any person, with respect to damages he is entitled to recover because of *bodily injury* to which this insurance applies sustained by an *insured* under (a) or (b) above.

The insurance applies separately with respect to each *insured*, except with respect to the limits of the company's liability.

The conditions and provisions printed on pages UM-2 and UM-3 of this form are hereby referred to and made a part hereof. This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company, provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

Form A-3009-0   CDR   Printed in U. S. A.   (ISO; UM)

UM-1

At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000606

HFBKPLAN015187

SA 3496

**Automobile Physical Damage
Insurance (Fleet Automatic) Coverage Part**

10 C A43342E

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No. .......................................................... issued by THE HARTFORD INSURANCE GROUP
Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*
This Coverage Part is effective.............................................................................(at the hour stated in the policy) and forms a part of the above designated
policy issued to ............................................................................................................................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein,
agrees with the *named insured* as follows:

*(left margin text)* COMPANY COPY — ATTACH FORMS ALONG MARGIN BELOW THIS MARK ✛

**Items** | **SCHEDULE**

1.(a) The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or
charges and, under each such coverage, applies only to such *covered automobiles* as are indicated, by entry herein, of one or
more of the designating numerals for that purpose appearing in division (b) of this Item.  The limit of the company's liability
against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Coverages | ★Covered Automobiles | Limit of Liability — each *covered automobile* "S" entered below means: "As separately stated in the Schedule of Covered Automobiles made a part hereof" | | Advance Premiums |
|---|---|---|---|---|
| | | Amount or "ACV" (Actual Cash Value) | Deductible | |
| O.  Comprehensive | CA-<br>CA- | ACV | $ | SEE SCHEDULE ATTACHED $ 290.00 |
| P.  Collision | CA-<br>CA- | | $ | $ |
| Q.  Fire, Lightning or Transportation | CA-<br>CA- | | | $ |
| R.  Theft | CA-<br>CA- | | | $ |
| S.  Windstorm, Hail, Earthquake or Explosion | CA-<br>CA- | | | $ |
| T.  Combined Additional | CA-<br>CA- | | | $ |
| V.  Towing (Not available in California) | CA-<br>CA- | $25 for each disablement | | $ |

| Form Numbers of Endorsements forming part of this Coverage Part at issue: | Maximum Limit of Liability | Advance Premium for Endorsements | |
|---|---|---|---|
| $...... | $..........Any one covered automobile | | |
| $...... | ..........All covered automobiles at any one location | TOTAL ADVANCE PREMIUMS | $ 290.00 |
| | ..........All covered automobiles | | |
| | Records to be submitted ("M" = monthly; "Q" = quarterly; "S" = semi-annually): | | |

(b) Explanation of above entries designating the *covered automobiles* to which this insurance applies, under each Coverage afforded:
★ **CA-1** = all *covered automobiles*
**CA-2** = all registered *covered automobiles*
**CA-3** = all *covered automobiles* of the *private passenger type*
**CA-4** = all *covered automobiles* of the *commercial type*
**CA-5** = the *covered automobiles* described in the Schedule of Covered Automobiles made a part hereof (including newly acquired vehicles, subject to the provisions of paragraph (b) of the *"covered automobile"* definition)
When also entered with CA-1, 2, 3 or 4:
**6** = excluding vehicles leased to the *named insured*
**7** = excluding under Collision Coverage, any vehicle not having an actual cash value of at least $..........

2.  Schedule of Covered Automobiles as of effective date of this insurance
(a) Description; (b) Facts Respecting Purchase; (c) Limit of Liability (if not stated in Item 1 above), Rates, Advance Premiums

| AUTO No. | (a) | Year Model Trade Name | Body Type - Capacity (Truck Load, Gallonage, Bus Seating) | Identification No.(I), Serial No. (S), Motor No. (M) | No. of Cyls. Model | Principally garaged in (Town, State) | ★Purpose of Use | Classification |
|---|---|---|---|---|---|---|---|---|
| 1 | | SEE SCHEDULE ATTACHED | | | | | | |
| 2 | | | | | | | | |

| AUTO No. | (b) | List Price | Actual Cost | Purchased Mo./Yr.—New (N); Used (U) | Rating Symbol | Any loss under Coverages other than Towing is payable as interest may appear to the named insured and the Loss Payee named below: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |

| AUTO No. | (c) Limit of Liability—each covered automobile described in (a) above and covered for: | | | | Rates | | Advance Premiums | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Coverage other than Collision Enter: | | Collision Enter: | | | | Cov. O | Cov. P | Cov. Q | Cov. R | Cov. S | Cov. T | Cov. V |
| | Amt. or "ACV" | Deductible | "ACV" | Deductible | | | | | | | | | |
| 1 | $ | $ | $ | $ | $ | | $ | $ | $ | $ | $ | $ | $ |
| 2 | $ | $ | $ | $ | $ | | $ | $ | $ | $ | $ | $ | $ |
| | "ACV" means Actual Cash Value | | | | Totals | $ | $ | $ | $ | $ | $ | $ | $ |

3.  Except with respect to bailment lease, conditional sale, purchase agreement, mortgage or other encumbrance, the *named insured* is the sole owner of every *covered automobile* designated above as covered under this insurance, unless otherwise stated herein:

The conditions and provisions printed on pages PHF-2, PHF-3 and PHF-4 of this form are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company provided that this Coverage Part takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

★ *P & B = Pleasure and Business; C = Commercial*

A-3011-1   CDR   Printed in U. S. A.  (ISO: CP-00-35)   Ed. 8—'74

P⟨PHF-1⟩

Countersigned by ..............................................   .............................................. *Authorized Agent*

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000607

HFBKPLAN015188

SA 3497

GARAGE INSURANCE — CO  RAGE PART

**COMPANY COPY**

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

## 1O C A43342E

This Coverage Part forms a part of Policy No. ...........................................issued by THE HARTFORD INSURANCE GROUP
Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective ...................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to ..........................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages and hazards thereunder as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Limits of Liability | Hazards | Advance Premiums |
|---|---|---|---|
| **GARAGE LIABILITY** | | *Garage operations including* | |
| G. Bodily Injury Liability | $............,000 each person | Automobile Hazard 1 | $ |
| | | Automobile Hazard 2 | $ |
| | $............,000 each occurrence | Escalators | $ |
| H. Property Damage Liability | $............,000 each occurrence subject to $100 deductible as set forth in Limits of Liability provision. | *Garage operations including* | |
| | | Automobile Hazard 1 | $ |
| | | Automobile Hazard 2 | $ |
| | | Escalators | |
| **EXPENSES FOR MEDICAL SERVICES** | | Premium Rate | |
| I. Automobile Medical Payments | $............... each person | ..........% of Coverage G Premium | $ |
| I. and J. Automobile and Premises Medical Payments | | ..........% of Coverage G Premium | $ |
| **GARAGEKEEPERS' LEGAL LIABILITY** | Limits of Liability — each location | Less Deductible | |
| K-1. Fire and Explosion | As stated below | | $ 483.00 |
| K-2. Theft of the Entire Automobile | As stated below | | $ INCL. |
| K-3. Riot, Civil Commotion, Malicious Mischief and Vandalism | As stated below | $25 each *loss* caused by malicious mischief or vandalism | $ 149.00 |
| K-4. Collision or Upset | As stated below. If Coverage K-4 is afforded, the limit stated below for each location includes $5,000 limit for *loss* to property other than *automobiles*. | $ 250 each *loss* caused by Collision or Upset | $ 368.00 |
| Form Numbers of Endorsements forming part of this Coverage Part at issue: | | Advance Prem. for Endorsements | $ |
| | | TOTAL ADVANCE PREMIUMS | $ 1,000.00 |

The following are the address of all premises where the named insured conducts garage operations.

| Location No. | Address (Show main sales location, if any, as Location No. 1) | GARAGE LIABILITY — Premium Basis (1) (2) (3): Remuneration (4): Total Number (5): Total Number | GARAGE LIABILITY — Rates (1) (2) (3): Per $100 Remuneration (4): Per Automobile (5): Per Escalator Coverage G / Coverage H | GARAGEKEEPERS' LEGAL LIABILITY Limit of Liability | Maximum No. of Customers' Automobiles Stored |
|---|---|---|---|---|---|
| 1 | PHILTOWER BLDG TULSA OKLA | (1) Class A $............ | | | |
| | | (2) Class B $............ | | | |
| | Description of Escalator / Location in Building / Code No. | (3) Class C $............ | | 750,000 | 315 |
| | | (4) Furnished *Automobiles*............ | | $ | |
| | | (5) *Escalators* | | | |
| 2 | | (1) Class A $............ | | | |
| | | (2) Class B $............ | | | |
| | Description of Escalator / Location in Building / Code No. | (3) Class C $............ | | | |
| | | (4) Furnished *Automobiles*............ | | | |
| | | (5) *Escalators* | | | |

All *automobiles* owned by the *named insured* are used principally in *garage operations* of the *named insured*, except *automobiles* (1) assigned to the *named insured*, a partner therein or a member thereof, or an executive officer thereof, or, if a resident of the same household, the spouse of any of them or (2) furnished to any person or organization named below.

*Automobiles* owned by the *named insured* are furnished to the following persons or organizations for their regular use for other business purposes or for non-business purposes (do not list the *named insured*, any partner, member, executive officer, or, if a resident of the same household, the spouse of any of them, unless more than one *automobile* is furnished concurrently to such person and then show only the number of *automobiles* so furnished in excess of one):

| Name: | Number of Such Automobiles |
|---|---|
| | |

The conditions and provisions printed on pages GAR-2, GAR-3 and GAR-4 are hereby referred to and made a part of this Coverage Part.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company, and at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature to this Coverage Part.

Form A-3013-0  CDR  Printed in U. S. A.                    **GAR-1**

**CONFIDENTIAL**

Confidential - Subject to Protective Order

**HARTFORD000608**

HFBKPLAN015189

**SA 3498**

Schedule of Automobiles and Covered Automobiles    **PAGE 1**

This Schedule forms a part of Policy No.  10   A43342E  .......issued by THE HARTFORD INSURANCE    Effective date    1 1 75
GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective    12 01 A.M., standard time.
date is stated herein.



**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges.  The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type · Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Class | *Purpose of Use | Purchased New, Used / Original Cost New or Rating Symbol | BI Liab. Prem. PIP Medical Payments / Premium | PD Liab. Prem. Uninsured Motorist Premium | Non. Coll. Cov. (Insert App. Symbol) / Coll. Cov. (Insert App. Symbol) | Amt. of "ACV" (Actual Cash Value) / Amt. of "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates | Premium (each current auto-mobile) / Excess | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 69 CHEV DUMP #C5439F843448 | | | C | | $ 11.00 | $ 59.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | 25 | 8CA | | | 22.00 | 2.00 | $ | $ | $ | $ | $ | $ |
| 2. | 71 DODGE S W #E23A41S120542 | | | P&B | | $ 86.00 | $ 52.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | 25 | PPT | | | $ 6.00 / 1.00 | 2.00 | $ | $ | $ | $ | $ | $ |
| 3. | 69 CHEV P U #CS139T830725 | | | C | | $ 54.00 | $ 45.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | 25 | 6 | | | 17.00 | 2.00 | $ | $ | $ | $ | $ | $ |
| 4. | 60 CHEV P U #KS2495804986 | | | C | | $ 54.00 | $ 45.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | 25 | 6 | | | $ 17.00 | $ 2.00 | $ | $ | $ | $ | $ | $ |
| 5. | 70 FORD TRACTOR #C243596 | | | MOBILE EQUIPMENT | | $ 13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | 25 | | | | $ | $ | $ | $ | $ | $ | $ | $ |
| 6. | 66 CHEV VAN #PG1266P105182 | | | P&B | | $ 86.00 | $ 52.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | 25 | PPT | | | $ 6.00 / 1.00 | 2.00 | $ | $ | $ | $ | $ | $ |
| 7. | 66 INTL BACKHOE #05182 | | | MOBILE EQUIPMENT | | $ 13.00 | $ 4.00 | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | 25 | | | | $ | $ | $ | $ | $ | $ | $ | $ |

*Not Available in California  *P & B = Pleasure and Business;  C = Commercial    **To TALS**  $ 377.00  $ 261.00    $    $
**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**    $ 12.00  $    No.....SA 36.00 & 10.00    $
| No. | Name and Address of Loss Payee |
|---|---|
| | CSL 9% (.91) INCL |

This company has furnished its customer copies. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U.S.A.

**CONFIDENTIAL**
Confidential - Subject to Protective Order

HARTFORD000609

HFBKPLAN015190

SA 3499

## Schedule of Automobiles and Covered Automobiles

This Schedule forms a part of Policy No. 1 : A 43342E issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date 1 1 75
12:01 A.M., standard time.


THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size No. of Cyls. Truck Load, Gallonage Bus Seating Capacity / Rated Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Class | Purpose of Use | Purchased New/Fr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Material Premium | Comp. Coll. Cov. (Insert App-licable Symbols) / Coll. Cov. (Insert App-licable Symbols) | Amt. of "ACV" (Actual Cash Value) / Amt. of "ACV" (Actual Cash Value) | Deduc-tible if any / Deduc-tible if any | Rates / Rates | Premium (each cov-ered auto-mobile) / Premium | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8. | 73 DODGE P U #026BE3F103904 | | | C | | $ 54.00 / $ | $ 45.00 / $ | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | 25 | 6 | | | 17.00 | 2.00 | $ | $ | $ | $ | $ | $ |
| 9. | 68 CHEV P U #CS148T122234 | | | C | | $ 54.00 / $ | $ 45.00 / $ | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | 25 | 6 | | | 17.00 | 2.00 | $ | $ | $ | $ | $ | $ |
| 10. | 68 CHEV P U #CS148T122265 | | | C | | $ 54.00 / $ | $ 45.00 / $ | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | 25 | 6 | | | 17.00 | 2.00 | $ | $ | $ | $ | $ | $ |
| 11. | 72 CHEV P U  #CCS142B139673 | | | C | | $ 54.00 / $ | $ 45.00 / $ | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | 25 | 6 | | | 17.00 | 2.00 | $ | $ | $ | $ | $ | $ |
| 12. | 64 CHEV STAKE TRK #4C369T132515 | | | C | | $ 71.00 / $ | $ 59.00 / $ | $ | $ | $ | $ | $ | $ |
| | MENDHAM N J | 25 | 8 CA | | | 22.00 | 2.00 | $ | $ | $ | $ | $ | $ |
| 13. | 68 FORD TRACTOR C187425 | | | MOBILE EQUIPMENT | | $ 13.00 / $ | $ 4.00 / $ | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK N J | 40 | | | | | | $ | $ | $ | $ | $ | $ |
| 14. | 72 FORD 1½ T TRK #F50CEN63371 | | | C | | $ 122.00 / $ | $ 75.00 / $ | $ | $ | $ | $ | $ | $ |
| | NORTH BRUNSWICK N J | 40 | 8CA | | | 33.00 | 2.00 | $ | $ | $ | $ | $ | $ |
| | | | | | TOTAL | $ 422.00 | $ 318.00 | | | | | $ | $ |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee |
|---|---|
| | CSL 9% (.91) INCL |

A-3471-0  Printed in U.S.A.

The company has redacted this document in some respects. As one time, the company does not certify that these documents constitute a complete and accurate copy of the policy

## Schedule of Automobiles and Covered Automobiles

This Schedule forms a part of Policy No. 10 A43342B issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date 1 1 75 at 12:01 A. M., standard time.


THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this Insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size No. of Cyls. Truck Load, Gallonage Bus Seating Capacity / Rated Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Class | *Purpose of Use | Purchased New-Cost / Original Cost New or Rating Symbol | BI Liab. Prem. Medical Payments Premium | PD Liab. Prem. Uninsured Motorist Premium | Non. Coll. Cov. (Insert App. (Inside Symbols)) Coll. Cov. (Insert App. (Inside Symbols)) | Amt. of "ACV" (Actual Cash Value) / Amt. of "ACV" (Actual Cash Value) | Deductible if any / Deductible if any | Rates / Rates | Premiums (each covered automobile) / Premium | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5. | 72 INTL WAGONEER A838606490094 | | | C | | $ 91.00 | $ 56.00 | $ | $ | $ | $ | $ | |
| | NORTH BRUNSWICK N J | 40 | 6 | | | 28.00 | 2.00 | $ | $ | | | $ | |
| 16. | 68 FORD TR J #F35YEC58580 | | | C | | $ 153.00 | $ 94.00 | $ | $ | $ | $ | $ | |
| | NORTH BRUNSWICK N J | 40 | 5CA | | | 39.00 | 2.00 | $ | $ | | | $ | |
| 17. | 74 CHEV CARRYALL #CCZ264F180084 | | | P&B | | $ 82.00 | $ 52.00 | $ | $ | $ | $ | $ | |
| | ARRINGTON MAINE | 10 | PPT | | | 17.00 | 3.00 | $ | $ | | | $ | |
| 18. | 74 CHEV CARRYALL #CCZ264F178865 | | | P&B | | $ 82.00 | $ 52.00 | $ | $ | $ | $ | $ | |
| | ORRINGTON MAINE | 10 | PPT | | | 17.00 | 3.00 | $ | $ | | | $ | |
| 19. | 72 CHEV CARRYALL #CCE262F175642 | | | P&B | | $ 123.00 | $ 47.00 | $ | $ | $ | $ | $ | |
| | BOULDER JUNCT WISC | 09 | PPT | | | 19.00 | 3.00 | $ | $ | | | $ | |
| 20. | 71 CHEV SUBURBAN #CE3614102709 | | | P&B | | $ 123.00 | $ 47.00 | $ | $ | $ | $ | $ | |
| | BOULDER JUNCH WISC | 09 | PPT | | | 19.00 | 3.00 | $ | $ | | | $ | |
| 21. | 73 INTL TRAVEALL #3HOHOCHB51426 | | | C | | $ 57.00 | $ 35.00 | $ | $ | $ | $ | $ | |
| | BOULDER JUNCH WISC | 09 | 5CA | | | 17.00 | 3.00 | $ | $ | | | $ | |
| | | | | | | $ 711.00 | $ 383.00 | | | | | $ | |

*Not Available in California   *P & B = Pleasure and Business; C = Commercial

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee | | | | | |
|---|---|---|---|---|---|---|
| | CSL 9% (.91) INCL | | | | $ 155.00 | $ 19.00 |

The company issued these documents in its business records. At that time, the company does not certify that these documents constitute a complete and accurate copy of the policy

A-3471-0   Printed in U.S.A.

CONFIDENTIAL

Confidential - Subject to Protective Order

## Schedule of Automobiles and Covered Automobiles

This Schedule forms a part of Policy No. **10   A43342E** issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date   **1 1 75**   12:01 A. M., standard time.

THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Your Model Trade Name / Location (Town, State) | Body Type - Truck Size, No. of Cyls., Truck Load, Gallonage, Bus Seating Capacity / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) | *Purpose of Use / Rating Class | Original Cost New or Rating Symbol | Medical Payments Premium | PIP Uninsured Motorist Premium | Coll. Cov. (Insert App. Deduc. Symbols) | Amt. or "ACV" (Actual Cash Value) | Deduc. ible if any | Rates | Premiums (each covered automobile) | Towing and Labor Costs Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 71 FORD ECONOLINE  E22GHK50128  ELY MINNESOTA | C / 07 / 5CA | E22GHK50128 | C  5CA | | $47.00 $9.00 | $33.00  3.00 | | $ | $ | $ | $ | $ |
| 23. | 72 CHEV CARRYALL  CCE262F174138  ORRINGTON MAINE | P&B / 10 / PPT | CCE262F174138 | P&B  PPT | 3700 | $  $ | $  $ | O | $ | $ | 28.00 | $ | $ |
| 24. | 72 CHEV CARRYALL CCE262F162143  ORRINGTON MAINE | P&B / 10 / PPT | CCE262F162143 | P&B  PPT | 3700 | $  $ | $  $ | O | $ | $ | 28.00 | $ | $ |
| 25. | 73 CHEV CARRYALL CCZ263F171514  ORRINGTON MAINE | P&B / 10 / PPT | CCZ263F171514 | P&B  PPT | 4000 | $  $ | $  $ | O | $ | $ | 52.00 | $ | $ |
| 26. | 73 CHEV CARRYALL CCZ263F171671  ORRINGTON MAINE | P&B / 10 / PPT | CCZ263F171671 | P&B  PPT | 4000 | $  $ | $  $ | O | $ | $ | 52.00 | $ | $ |
| 27. | 71 CHEV CARRYALL CS261F650350  ORRINGTON MAINE | P&B / 10 / PPT | CS261F650350 | P&B  PPT | 4252 | $  $ | $  $ | O | $ | $ | 38.00 | $ | $ |
| 28. | 69 CHEV CARRYALL  CE168F173539  BOULDER JUNCT WISC | P&B / 09 / PPT | CE168F173539 | P&B  PPT | 1275 | $  $ | $  $ | O | $ | $ | 19.00 | $ | $ |

†Not Available in California  *P & B = Pleasure and Business; C = Commercial

| | $ 47.00 | $ 33.00 | | | | $ 217.00 | |
| | $ 9.00 | $ 3.00 | | | | | |

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**

| No. | Name and Address of Loss Payee |
|---|---|
| | SL 9% (.91) INCL |

The company located these documents in its business records; at this time, the company does not certify that these documents constitute a complete and accurate copy of the policy

A-3471-0  Printed in U.S.A.

CONFIDENTIAL
Confidential - Subject to Protective Order

**Schedule of Automobiles and Covered Automobiles**

This Schedule forms a part of Policy No. 10  A43342E  issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date   1 1 75
12:01 A. M., standard time.


**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Location (Town, State) | Body Type - Truck Size No. of Cyls., Truck Load, Gallonage Bus Seating Capacity / Rated Territory | Identification No. (1) Serial No. (2) Motor No. (3) / Rating Class | *Purpose of Use | Purchased Mo./Yr. New-Used / Original Cost New or Rated Symbol | BI Liab. Prem. Premium | Medical Payments Premium | PD Liab. Prem. Premium | Uninsured Motorist Premium | Non. Coll. Cov. (Insert Amp. ductible Symbols) | Coll. Cov. (Insert Amp. ductible Symbols) | Aggr. or "ACV" (Actual Cash Value) / Amp. or "ACV" (Actual Cash Value) | Deduc- tible if any / Deduc- tible if any | Rates / Rates | Premium (cash carried auto- mobile) | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29. | 65 CHEV CARRYALL C1465F143668 | | | P&B | $ | $ | | $ | | O | | $ | $ | | $ 19.00 | $ |
| | BOULDER JUNCT WISC | 09 | PPT | 625 | $ | | $ | | | | $ | $ | | $ | |
| 30. | 61 CHEV CARRYALL 1C146J118947 | | | P&B | $ | $ | | $ | | O | | $ | $ | | $ 19.00 | $ |
| | BOULDER JUNCT WISC | 09 | PPT | 1175 | $ | | $ | | | | $ | $ | | $ | |
| 31. | 52 WILLYS JEEP 7815 | | | P&B | $ | $ | | $ | | O | | $ | $ | | $ 19.00 | $ |
| | BOULDER JUNCT WISC | 09 | PPT | 435 | $ | | $ | | | | $ | $ | | $ | |
| 32. | 63 CHEV P U  C254F126644 | | | C | $ | $ | | $ | | O | | $ | $ | | $ 7.00 | $ |
| | BOULDER JUNCT WISC | 09 | 6 | 2000 | $ | | $ | | | | $ | $ | | $ | |
| 33. | 69 FORD P U F10BLF12655 | | | C | $ | $ | | $ | | O | | $ | $ | | $ 9.00 | $ |
| | BOULDER JUNCT WISC | 09 | 6 | 2490 | $ | | $ | | | | $ | $ | | $ | |
| | | | | | $ | | $ | | | | $ | $ | | $ | |
| | | | | | $ | | $ | | | | $ | $ | | $ | |
| | | | | | $ | | $ | | | | $ | $ | | $ | |
| | | | | | $ | | $ | | | | $ | $ | | $ | |
| | | | | | $ | | $ | | | | $ | $ | | $ 73.00 | |

†Not Available in California   *P & B = Pleasure and Business; C = Commercial

**LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.**
No.   Name and Address of Loss Payee

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U.S.A.

Automobile

Schedule of Automobiles

CONFIDENTIAL

Confidential - Subject to Protective Order

## REAL PROPERTY — LIABILITY — FIRE

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No.....................................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date..........................................................12:01 A. M., standard time at the address of the *named insured* as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE**

---

It is agreed that the Property Damage Liability Coverage applies to *property damage* to structures or portions thereof rented to or occupied by the *named insured* and described in this endorsement, including fixtures permanently attached thereto, if such *property damage* arises out of fire, subject to the following additional provisions:

1. With respect to the insurance provided by this endorsement, all of the exclusions of the policy, other than the Nuclear Energy Liability Exclusion (Broad Form), are deleted and replaced by the following:

   This insurance does not apply to liability assumed by the *insured* under any contract or agreement.

2. The limit of liability stated in this endorsement applies separately to the insurance under this endorsement and is in lieu of any other limit of liability stated in the policy.

| Description of Property | Limit of Liability | Rate (per $100 of Limit) | Premium |
|---|---|---|---|
| | $ | each *occurrence* | |

SEE FORM AL 8 0 C

---

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form L-3037-1   Printed in U. S. A.   10-'69   (NBCU: G 209)

...............Countersigned by..............................................................
                                              Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the original.

CONFIDENTIAL

Confidential - Subject to Protective Order

## ADDITIONAL·INSURED
(Vendors - Broad Form)

Named Insured and Address

**10 C A43342E**

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date..................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE

It is agreed that the "Persons Insured" provision is amended to include any person or organization (herein referred to as "Vendor") as an Insured
but only with respect to the distribution or sale in the regular course of the Vendor's business of the Named Insured's products subject to the following
additional provisions:

1. The insurance with respect to the Vendor does not apply to:

   (a) any express warranty unauthorized by the Named Insured;

   (b) bodily injury or property damage arising out of

   (i) any physical or chemical change in the form of the product made intentionally by the Vendor,

   (ii) repacking, unless unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instruction
   from the manufacturer and then repacked in the original container,

   (iii) demonstration, installation, servicing or repair operations, except such operations performed at the Vendor's premises in connection
   with the sale of the product, or

   (iv) products which after distribution or sale by the Named Insured have been labeled or relabeled or used as a container, part or ingredient
   or any other thing or substance by or for the Vendor.

2. The insurance does not apply to any person or organization, as insured, from whom the Named Insured has acquired such products or any
ingredient, part or container, entering into, accompanying or containing such products.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by

The company located these documents in its
business records. At this time, the company
does not verify that these documents constitute
a complete and accurate copy of the policy.

Form L-3239-0  Printed in U.S.A.  10-'68  (NBCU: G-113)

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000615

HFBKPLAN015196

**SA 3505**

## ERRORS AND OMISSIONS INSURANCE—EMPLOYEE BENEFIT PROGRAMS

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No.........................................
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date..................................................... Effective hour is the same as stated in the Declarations of the policy.

### SCHEDULE

| Limits of Liability | | Estimated Advance Premium |
|---|---|---|
| $ 500,000 | each claim | $ |
| $ 500,000 | aggregate | INCLUDED IN COMPOSITE RATE |

The company agrees with the Named Insured, in consideration of the payment of the premium and in reliance upon the statements in the declarations
and in the schedule herein and subject to the limits of liability, exclusions, conditions and other terms of this endorsement:

### INSURING AGREEMENTS

I. **COVERAGE.** To pay on behalf of the Insured all sums which the Insured shall become legally obligated to pay on account of any claim made
against the Insured and caused by any negligent act, error or omission of the Insured, or any other person for whose acts the Insured is legally
liable in the administration of the Insured's Employee Benefit Programs as defined herein.

II. **DEFENSE, SETTLEMENT, SUPPLEMENTARY PAYMENTS.** As respects such insurance as is afforded by the terms of this endorsement,
the company shall:
(a) defend in his name and behalf any suit against the Insured alleging such negligent act, error or omission and seeking damages on account
thereof, even if such suit is groundless, false or fraudulent; but the company may make such investigation and negotiation and, with the
written consent of the Insured, such settlement of any claim or suit as the company deems expedient;
(b) pay all premiums on bonds to release attachments for an amount not in excess of the applicable limit of liability of this endorsement, all
premiums on appeal bonds required in any suit defended but, but without any obligation to apply for or furnish such bonds, all costs taxed
against the Insured in any such suit, all expenses incurred by the company, all interest accruing after entry of judgment until the company
has paid, tendered or deposited in court such part of such judgment as does not exceed the limit of the company's liability thereon;
(c) reimburse the Insured for all reasonable expenses, other than loss of earnings, incurred at the company's request;
and the amounts incurred under this insuring agreement, except settlements of claims and suits, are payable by the company in addition to the
applicable limit of liability of this endorsement.

III. **DEFINITIONS.**
(a) **"Insured"**— The unqualified word "Insured", wherever used, includes not only the Named Insured, but also any partner, executive
officer, director, stockholder or employee, provided such employee is authorized to act in the administration of the Insured's Employee
Benefit Programs.
(b) **"Employee Benefit Programs"**— The term "Employee Benefit Programs" shall mean Group Life Insurance, Group Accident or Health
Insurance, Pension Plans, Employee Stock Subscription Plans, Workmen's Compensation, Unemployment Insurance, Social Security and
Disability Benefits.
(c) **"Administration"**— The unqualified word "Administration", wherever used, shall mean:
(1) giving counsel to employees with respect to Employee Benefit Programs;
(2) interpreting Employee Benefit Programs;
(3) handling of records in connection with Employee Benefit Programs;
(4) effecting enrollment of employees under Employee Benefit Programs;
provided all such acts are authorized by the Named Insured.

IV. **ENDORSEMENT PERIOD, TERRITORY.** This endorsement applies only to claims under the local jurisdiction of a court of law within
the United States of America, its territories or possessions or Canada, resulting from negligent acts, errors or omissions of the Insured, or any
person acting on behalf of the Insured in the administration of Employee Benefit Programs provided such claim is brought against the Named
Insured during the policy period and the Named Insured at the effective date of this endorsement had no knowledge of or could not have reason-
ably foreseen any circumstances which might result in a claim or suit.

### EXCLUSIONS

This endorsement does not apply:
(a) to any dishonest, fraudulent, criminal or malicious act, libel, slander, discrimination, or humiliation;
(b) to bodily injury to, or sickness, disease, or death, of any person, or to injury to or destruction of any tangible property, including the loss of
use thereof;
(c) to any claim for failure of performance of contract by an insurer;
(d) to any claim based upon:
(1) failure of stock to perform as represented by an insured,
(2) advice given by an insured to an employee to participate or not to participate in stock subscription plans.

### CONDITIONS

1. **Policy Conditions.** All the Conditions of the policy which would apply to the bodily injury or property damage liability coverages thereof shall
apply to the insurance under this endorsement except those respecting "Premium", "Definitions" and "Limits of Liability".

2. **Limits of Liability**
(a) Subject to the provisions of the following paragraphs, the limit of liability stated in the schedule herein as applicable to "each claim" is the
limit of the company's liability for all damages on account of each claim or suit covered hereunder; the limit of liability stated in the schedule
herein as "aggregate", is, subject to the above provision respecting "each claim", the total limit of the company's liability hereunder for all
damages.
(b) $1,000. shall be deducted from the total amount resulting from each claim and the company shall be liable only for the difference between
such deductible amount and the amount of insurance otherwise applicable to each claim. Such deductible amount shall not apply to the
coverage provided under Insuring Agreement II.
(c) The terms of this endorsement and the policy, including those with respect to notice of claim or suit and the company's right to investigate,
negotiate and settle any claim or suit, apply irrespective of the application of the deductible amount. If the company undertakes to negotiate
or settle any claim or suit, the Insured agrees to join the company in such negotiation or settlement to the extent of the amount to be deducted
as herein provided, or to reimburse the company for such deductible amount, if and when such claim is paid by the company.
(d) The inclusion herein of more than one insured shall not operate to increase the limits of the company's liability.

3. **Premium.** The premium developed by this endorsement shall be determined in accordance with the following schedule of rates and is subject
to adjustment at audit:

| Estimated Number of Employees | Rate (Each Employee) | | Estimated Premium |
|---|---|---|---|
| | First  5,000 | INCLUDED IN COMPOSITE | $ |
| | Next  5,000 | RATE | $ |
| | Over 10,000 | | $ |
| | | Total $ | |

If the policy period of the policy to which this endorsement is attached is more than one year, upon termination of each annual period of the
policy the Insured, on request, will furnish the company a statement of personnel changes during the policy period and the earned premium shall
be computed in accordance with the above rates. If the earned premium thus computed exceeds the estimated advance premium paid, the Insured
shall pay the excess to the company; if less, the company shall return to the Insured the unearned portion paid by such Insured.

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form L-2853-1  Printed in U.S.A.  6-'66

The company located these documents in its
business records. At this time, the company
does not verify that these documents constitute
a complete and accurate copy of the policy.

**CONFIDENTIAL**
Confidential - Subject to Protective
Order

HARTFORD000616

HFBKPLAN015197

SA 3506

**PERSONAL INJURY LIABILITY INSURANCE — COVERAGE PART**

**COMPANY COPY**

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No.......................................................issued by THE HARTFORD INSURANCE GROUP  **10 C A43342E**
Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*
This Coverage Part is effective.............................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to.................................................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to personal injury arising out of an offense included within such of the following groups of offenses as are indicated by specific premium charge or charges.

| Coverage | Limits of Liability | |
|---|---|---|
| PI—Personal Injury Liability | $ 500,000 | aggregate |
| | Insured's participation .......................% | |

| Groups of Offenses | Advance Premium |
|---|---|
| A. False Arrest, Detention or Imprisonment, or Malicious Prosecution | $ INCL |
| B. Libel, Slander, Defamation or Violation of Right of Privacy | $ INCL |
| C. Wrongful Entry or Eviction or Other Invasion of Right of Private Occupancy | $ INCL |
| Minimum Premium $        Total Advance Premium | $ INCL |

| Location and Description of Exposure | Premium Basis | Rates | Premium |
|---|---|---|---|
| ALL LOCATIONS OF THE INSURED ( FILED WITH THE COMPANY) | | | INCL IN COMPOSITE RATE |

Form Numbers of Endorsements forming part of this Coverage Part at issue:
**ELIMINATION OF EXCL "C" AL 8 0 A**

If the Policy Period is more than one year, the Premium is Payable:

| On effective date of Policy $ | 1st Anniversary | 2nd Anniversary $ |
|---|---|---|

The conditions and provisions printed on page PI-2 of this form are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company, and if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

does not certify that these documents constitute a complete and accurate copy of the policy.

Form L-3525-0  CDR  Printed in U.S.A.  (ISO: Advisory: PI 1/1/73)     PI-1

CONFIDENTIAL
Confidential - Subject to Protective Order

HARTFORD000617

HFBKPLAN015198

SA 3507

## LIQUOR LIABILITY INSURANC — COVERAGE PART

**COMPANY COPY**

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No. **10 C A43342E** .........................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective...................................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to .....................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

### SCHEDULE

The insurance afforded is with respect to the following coverage as indicated by specific premium charge. The limit of the company's liability against such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverage | Limits of Liability | | Advance Premium |
|---|---|---|---|
| X — Liquor Liability | $500 ,000 each common cause | | $ |
| | $500 ,000 aggregate | | **INCLUDED** |

| Location of Insured Premises | Code No. | Premium Basis | Rate | Advance Premium |
|---|---|---|---|---|
| **LIQUOR HOST LIABILITY** | | Receipts | Per $100 of Receipts | |
| **ALL LOCATIONS COVERED** | | | | |
| **BY POLICY** | | | **INCLUDED IN COMPOSITE RATE** | |

| Class of Business ⟶ | | TOTAL ADVANCE PREMIUM | $ |
|---|---|---|---|
| Form Numbers of Endorsements forming part of this Coverage Part at issue: | | | |

If the Policy Period is more than one year, the Premium is Payable:

On effective date of Policy $          1st Anniversary $          2nd Anniversary $

### I.  COVERAGE X — LIQUOR LIABILITY

The company will pay on behalf of the *insured* all sums which the *insured* shall become legally obligated to pay as *damages* because of injury to which this insurance applies, sustained by any person if such liability is imposed upon the *insured* by reason of the selling, serving or giving of any alcoholic beverage at or from the *insured premises*, and the company shall have the right and duty to defend any suit against the *insured* seeking such *damages*, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to any obligation for which the *insured* or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(b) to *bodily injury* to any employee of the *insured* arising out of and in the course of his employment by the *insured* or to any obligation of the *insured* to indemnify another because of *damages* arising out of such injury;

(c) to injury arising out of any alcoholic beverage sold, served or given while any license therefor, required by law, is suspended or after such license expires, is cancelled or revoked;

(d) to *bodily injury* or *property damage* arising out of the *named insured's products* or reliance upon a representation or warranty made at any time with respect thereto; but this exclusion does not apply to *bodily injury* or *property damage* for which the *insured* or his indemnitee may be held liable if such liability is imposed

(1) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

(2) by reason of the selling, serving or giving of any alcoholic beverage, to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person.

The conditions and provisions printed on page LL-2 of this form are hereby referred to and made a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this Coverage Part takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

*Authorized Agent*

Form L-3524-0  CDR  Printed in U. S. A.                    LL-1

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000618

HFBKPLAN015199

SA 3508

CONTRACTUAL LIABILITY INSURANCE (BLANKET COVERAGE) — COVERAGE PART

**COMPANY COPY**

| Und. Approved | Confidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

This Coverage Part forms a part of Policy No. **10 C A43342E** ........issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective.................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to.........................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Advance Premiums | Limits of Liability |
|---|---|---|
| YB — Contractual Bodily Injury Liability | $ INCL | $SEE SINGLE ,000 each occurrence |
| ZB — Contractual Property Damage Liability | $ INCL | $ LIMIT ,000 each occurrence |
| | | $ ENDT ,000 aggregate |

| Designation of Contracts | Code No. | Premium Bases | Rates B.I. | Rates P.D. | Advance Premiums B.I. | Advance Premiums P.D. |
|---|---|---|---|---|---|---|
| THAT PART OF ALL WRITTEN CONTRACTS OTHER THAN AS DEFINED UNDER "INCIDENTAL CONTRACTS" IN THE POLICY DEFINITION IN WHICH THE NAMED INSURED ASSUMES THE LIABILITY OF OTHERS | | (a) Cost (b) Sales | (a) Per $100 of Cost (b) Per $1,000 of Sales | | INCLUDED IN THE COMPOSITE RATE | |

Form Numbers of Endorsements forming part of this Coverage Part at issue:
**SEE FORM AL 8 0 C**

TOTAL ADVANCE PREMIUMS $

If the Policy Period is more than one year, the Premium is Payable:
On effective date of Policy $          1st Anniversary $          2nd Anniversary $

The following exclusions also apply:
☐ Exclusion (p) — Products and Completed Operations   ☐ Exclusion (q)—x, c & u

**I.   COVERAGE YB—CONTRACTUAL BODILY INJURY LIABILITY**

**COVERAGE ZB—CONTRACTUAL PROPERTY DAMAGE LIABILITY**

The company will pay on behalf of the *insured* all sums which the *insured*, by reason of *contractual liability* assumed by him under any written contract of the type designated in the schedule for this insurance, shall become legally obligated to pay as damages because of

**Coverage YB.** *bodily injury* or

**Coverage ZB.** *property damage*

to which this insurance applies, caused by an *occurrence*, and the company shall have the right and duty to defend any *suit* against the *insured* seeking damages on account of such *bodily injury* or *property damage*, even if any of the allegations of the *suit* are groundless, false or fraudulent, and may make such investigation and settlement of any claim or *suit* as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend

(1) any arbitration proceeding wherein the company is not entitled to exercise the *insured's* rights in the choice of arbitrators and in the conduct of such proceedings, or

(2) any *suit* after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**
This insurance does not apply:

(a) to liability assumed by the *insured* under any *incidental contract*;

(b) (1) if the *insured* is an architect, engineer or surveyor, to *bodily injury* or *property damage* arising out of professional services performed by such *insured*, including

(i) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, and

(ii) supervisory, inspection or engineering services;

(2) if the indemnitee of the *insured* is an architect, engineer or surveyor, to the liability of the indemnitee, his agents or employees, arising out of

The conditions and provisions printed on pages KB-2 and KB-3 of this form are hereby referred to and made a part hereof.
This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company ... effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersigned on the declarations page of said policy by a duly authorized agent of the company shall constitute valid counter-signature for this Coverage Part.

Form L-3523-0  GDR  Printed in U.S.A.  (ISO: KB 1/1/73)          KB-1

*Authorized Agent*

CONFIDENTIAL
Confidential - Subject to Protective Order

HARTFORD000619

HFBKPLAN015200

SA 3509

COMPREHENSIVE GENERAL LIABILITY INSURANCE—COVERAGE PART

**COMPANY COPY**

| Und. Approved | ifidential Report | Und. Notes: |
|---|---|---|
| Quality Control | | |

## 10 C A43342E

This Coverage Part forms a part of Policy No. ..................................................issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless otherwise stated herein.

*(For use only if this Coverage Part is effective after the effective date of the Policy)*

This Coverage Part is effective.......................................................(at the hour stated in the policy) and forms a part of the above designated policy issued to ........................................

The Company, in consideration of the payment of the premium and subject to all of the provisions of the policy not expressly modified herein, agrees with the *named insured* as follows:

## SCHEDULE

The insurance afforded is only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverages | Advance Premiums | Limits of Liability | |
|---|---|---|---|
| A -- Bodily Injury Liability | $ 15,912.00 | $ SEE | ,000 each occurrence |
| | | SINGLE | |
| | | $ LIMIT | ,000 aggregate |
| B — Property Damage Liability | $ 832.00 | $ ENDT | ,000 each occurrence |
| | | $ ATT | ,000 aggregate |

| Rating Classifications<br>Entries herein, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | B. I. | P. D. | B. I. | P. D. |
| (a) Premises — Operations | | (a) Area<br>(b) Frontage<br>(c) Remuneration<br>(d) Receipts | (a) Per 100 Sq. Ft. of Area<br>(b) Per Linear Foot<br>(c) Per $100 of Remuneration<br>(d) Per $100 of Receipts | | | |
| (b) Escalators | | (e) Landings | (e) Per Landing | | | |
| (c) Independent Contractors | | (f) Cost | (f) Per $100 of Cost | | | |
| (d) Completed Operations | | (g) Receipts | (g) Per $1,000 of Receipts | | | |
| (e) Products | | (h) Sales | (h) Per $1,000 of Sales | | | |
| | | 1)PAYROLL | 1) PER $100 OF PAYROLL | | | |
| ALL PREMISES OPERATIONS OF THE INSURED INCLUDING PRODUCTS AND ALSO INCLUDING PERSONAL INJURY LIABILITY INSURANCE EXCLUSION C NOT APPLICABLE) | 70050 | 13,000,000 | .1224 | .0064 | 15,912.00 | 832.00 |

*use quote figure*

| | | | | TOTAL ADVANCE PREMIUMS | $ 15,912.00 | 832.00 |
|---|---|---|---|---|---|---|

Form Numbers of Endorsements forming part of this Coverage Part at issue:

SEE FORM AL 8 0 B

If the Policy Period is more than one year, the Premium is Payable:

On effective date of Policy $ ................... 1st Anniversary $ ...................

The conditions and provisions printed on pages CGL-2 and CGL-3 of this form instead per to as a part hereof.

This Coverage Part shall not be binding unless countersigned by a duly authorized agent of the company and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this Coverage Part.

Countersigned by ..........................................

*Authorized Agent*

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000620

HFBKPLAN015201

SA 3510

10 C A43342E

Named Insured and Address

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE AUTOMOBILE LIABILITY INS

AUTOMOBILE PHYSICAL DAMAGE INS

ENDORSEMENTS AND COVERAGE PARTS FORMING PART OF POLICY:

A 3007-0

A 3013-0

A 3471-0

A 3011-1

AL 6-4

A 3351-0

A 3008-1

A 3009-1

A 2991-0

A 2993-0

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

...........................................
Authorized Agent

Form AL-8-0 B   Printed in U. S. A.   10-'66   NBCU:

CONFIDENTIAL

Confidential - Subject to Protective
Order

HARTFORD000621

HFBKPLAN015202

SA 3511

Named Insured and Address

10 C A43342E

This endorsement forms a part of Policy No.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated herein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

Effective date.................................................12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
PERSONAL INJURY LIABILITY INSURANCE
LIQUOR LIABILITY INSURANCE ( HOST COVERAGE)

FORM NUMBERS OF COVERAGE PARTS AND ENDORSEMENTS FORMING PART OF THE
POLICY AT ISSUE:

<u>CGL</u>

L 3503-0

L 3523-0

L 3524-0

L 3525-0

L 2583-0

L 3037-1 AND EXTENSION AL 8 0 C

L 3239-0

AL 8 0 B NOTICE OF OCCURRENCE

AL 8 0 B INTERESTS OF THE TYA,INCLUDED AS AN ADDITIONAL INSURED

AL 8 0 B INCIDENTAL MALPRACTICE LIABILITY ENDORSEMENT

AL 8 0 B VESSELS

AL 8 0 C AMENDMENT LIMITS OF LIABILITY ( SINGLE LIMIT)

<u>AS PER CONTRACTUAL LIAB COV PART</u>

AL 8 0 C AMENDMENT LIMITS OF LIABILITY ( SINGLE LIMIT)

<u>AS PER PERSONAL INJURY LIAB COV PART</u>

AL 8 0 A ELIMINATIONS OF EXCLUSION C

<u>AS PER DECLARATION PAGE AL 51-0</u>
AL 8 0 B NAMED INSURED ENDT

AL 8 0 B ADDITIONAL INSURED

AL 57-0

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company: provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Form AL-8-0 C   Printed in U.S.A.   10-'66   NHCC1

The company located these documents in its
business records. At this time, the company
does not certify that these documents constitute
a complete and accurate copy of the policy.

CONFIDENTIAL

Confidential - Subject to Protective
Order

2 15 75 EDG
WILSON AND ALEXA, INC 250020          REVISED

## Change, Elimination or Addition of Automobile
## Change of Coverage — Amendment of Declarations


**THE HARTFORD**

Named Insured and Address

**BOY SCOUTS OF AMERICA**

**NORTH BRUNSWICK N J**

This endorsement forms a part of Policy No. ......... **10 C A13342B**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

**10 22 75**

Effective date.............................          12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

**Item**

☐ 1. The *named insured's* NAME is amended to read ..............................................

☐ 2. The *named insured's* ADDRESS is amended to read ..............................................

☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:          ☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

☒ 6. Automobile(s) ADDED —          \* *Purposes of Use* (P and B = *Pleasure and Business; C = Commercial)*

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged In (Town, State) | *Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 75 DODGE P/U | D14BE5164505 | | | NEWMAN N J | C | 2ND TRUCK |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Sym-bol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

**SCHEDULE**          **3-25**

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage is as stated herein, subject to all of the terms of the policy having reference thereto.

\*(Insert X in applicable column)          ACV means Actual Cash Value          PREMIUMS

| \*Include | \*Delete | \*Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| | | | Bodily Injury Liability | $ 100 ,000 each person | | $ 12.00 | $ 2.00 | |
| | | | | $ 300 ,000 each occurrence | | | | |
| | | | Medical Payments | $ 5000 each person | | $ 19.00 | $ 6.00 | |
| | | | Property Damage Liability | $ 500 ,000 each occurrence | | $ 4.00 | $ 1.00 | |
| | | | | $ 15 ,000 each person | | | | |
| | | | Uninsured Motorists | $ 30 ,000 each accident | | $ 5.00 | $ 1.00 | |
| | | | | $ ACV unless amount stated | | $ | $ | $ |
| | | | Comprehensive | less $ deductible | | $ | $ | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |
| | | | | | | $ | $ | $ |
| | | | | TOTALS | | $ | $ | $ |

**FR 195**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or limitations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by .....................................................

.....................................................
*Authorized Agent*

A-3459-0  Printed in U.S.A.

CONFIDENTIAL
Confidential - Subject to Protective Order

HARTFORD000623

HFBKPLAN015204

SA 3513

11/19/   WILSON & ALLEN, INC 2F 90.

**Change, Elimination or Addition of Automobile**
**Change of Coverage — Amendment of Declarations**

UNDERWRITING COPY   SAID   **THE HARTFORD**

Named Insured and Address

This endorsement forms a part of Policy No. 10 C A43342E.
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date stated herein.

BOY SCOUTS OF AMERICA.

NORTH BRUNSWICK, NEW JERSEY.

Effective 9-27-75.   12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following Items as are indicated by ☒:

Item

☐ 1. The *named insured's* NAME is amended to read

☐ 2. The *named insured's* ADDRESS is amended to read

☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:

☐ 5. Automobiles DELETED — The insurance with respect
XX to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | 1969 CHEV P/U | | CS139T830725. |

☐ 6. Automobile(s) ADDED —   *Purposes of Use* (P and B = Pleasure and Business; C = Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged in (Town, State) | Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| | | | | | | |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Sym-bol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

### SCHEDULE

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, and being either an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

*Insert X in applicable column)   ACV means Actual Cash Value   PREMIUMS

| *Include | Delete | *Amend Limits | COVERAGES | LIMITS OF LIABILITY | | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|---|
| | X | | Bodily Injury Liability | $ 500 .000 each person $ 500 .000 each occurrence | | 54 | $ | $ 14 |
| | X | | Medical Payments | $ 5000 each person | | $ 17 | $ | $ 4 |
| | X | | Property Damage Liability | $ 500 .000 each occurrence | | $ 45 | $ | $ 12 |
| | X | | Uninsured Motorists | $ 15 .000 each person $ 30 .000 each accident | | $ 2 | $ | $ 1 |
| | | | Comprehensive | $ ACV unless amount stated less $ deductible | | $ | $ | $ |
| | | | Collision | ACV less $ deductible | | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | | $ | $ | $ |
| | | | Towing | $ each disablement | | $ | $ | $ |

The company has filed this document in its ...

TOTALS $ 118 $ ... $ ...

NET ADDITIONAL RETURN $ ... $ ... $ 31 ...

PR .263

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by.................................   Authorized Agent

A-3459-0   Printed in U.S.A.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

11-18-AVD. W SON & ALLEN, INC. 0804805 G COPY SAID

## Change, Elimination or Addition of Automobile
## Change of Coverage — Amendment of Declarations

**THE HARTFORD**

This endorsement forms a part of Policy No. 10 C A43342E issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date stated herein.

Named Insured and Address

BOY SCOUTS OF AMERICA.

NORTH BRUNSWICK, NJ.

Effective date .......................10-22-75. .............. 12:01 A. M., standard time at the address of the *named insured* as stated herein.

It is agreed that the policy is amended, with respect only to such of the following items as are indicated by ☒:

**Item**

☐ 1. The *named insured's* NAME is amended to read ....................................................................................................

☐ 2. The *named insured's* ADDRESS is amended to read ....................................................................................................

☐ 3. CHANGE OF COVERAGE — The insurance afforded is amended as indicated by entry in the SCHEDULE of this endorsement.

☐ 4. The CLASSIFICATION for the Automobile designated herein is amended to read as follows:

☐ 5. Automobiles DELETED — The insurance with respect to the Automobile designated herein is terminated.

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | Rating Classification | Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. |
|---|---|---|---|---|---|---|
| | | | | | | |

☒ 6. Automobile(s) ADDED — *Purposes of Use* (P and B = Pleasure and Business; C = Commercial)

| Year Model Trade Name | Body Type - Truck Size (Truck Load, Gallonage Bus Seating Capacity) | Identification No. | No. of Cyls. Model | Principally Garaged in (Town, State) | Purpose of Use | Rating Classification |
|---|---|---|---|---|---|---|
| 75 DODGE P/U D11BE55164505. | GVW3145 | | | MENDHAM,NJ | C | 034986 |
| | | | | | | 1.40 |

| List Price | Actual Cost | Purchased Mo./Yr. New-Used | Symbol | LOSS PAYEE: Any loss under the Physical Damage Coverages (excluding Towing) is payable as interest may appear to the named insured and: |
|---|---|---|---|---|
| | | | | |

If more than one automobile is insured by the policy and the amendments effected by this endorsement are not to apply to all automobiles insured by the policy such amendments apply only with respect to the following automobile(s):

T-25

## SCHEDULE

The insurance afforded for the added automobile is only with respect to such and so many of the following coverages, each as defined in the policy, as are indicated by an additional or return premium or the words "no charge" in the Premiums column. The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

*(Insert X in applicable column)    ACV means Actual Cash Value

| Include | Delete | Amend Limits | COVERAGES | LIMITS OF LIABILITY | ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|---|---|---|
| | | | Bodily Injury Liability | $ 500 ,000 each person | $ 95 | $ 19 | $ |
| | | | | $ 500 ,000 each occurrence | | | |
| | | | Medical Payments | $ 5000 each person | $ 26 | $ 5 | $ |
| | | | Property Damage Liability | $ 500 ,000 each occurrence | $ 87 | $ 17 | $ |
| | | | | $ 15 ,000 each person | | | |
| | | | Uninsured Motorists | $ 30 ,000 each accident | $ 2 | $ | $ |
| | | | Comprehensive | $ ACV unless amount stated less $ deductible | $ | $ | $ |
| | | | Collision | ACV less $ deductible | $ | $ | $ |
| | | | Fire, Lightning or Transportation | $ ACV unless amount stated | $ | $ | $ |
| | | | Theft | $ ACV unless amount stated | $ | $ | $ |
| | | | Combined Additional | $ ACV unless amount stated | $ | $ | $ |
| | | | Towing | $ each disablement | $ | $ | $ |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated. This endorsement shall not be binding unless countersigned by a duly authorized agent of the company.

Countersigned by.......................................................................................

CONFIDENTIAL

Confidential - Subject to Protective Order



N/P $44.00   7/10/73
WILSON & ALLEN INC. 25-0480

UNDERWRITING COPY   SAID

THE HARTFORD

Named Insured and Address

BOY SCOUTS OF AMERICA NATIONAL COUNCIL

NEW BRUNSWICK, N.J.

This endorsement forms a part of Policy No. 10 C AA13028 issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date 6/1/73 TO 8/31/73 12:01 A. M., standard time at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

AUTOMOBILE PHYSICAL DAMAGE INSURANCE

IT IS HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES DESCRIBED BELOW, COMPREHENSIVE IS ELIMINATED:

| | | | | ANNUAL | P/R |
|---|---|---|---|---|---|
| 7 | 72 | CHEV | 4788C4 | 53.00 | 13.00 |
| 18 | 74 | CHEV CARRYALL | CC4585412813S | 21.00 | 5.00 |
| 20 | 72 | CHEV CARRYALL | CC4585412813S | 21.00 | 5.00 |
| 24 | 72 | CHEV CARRYALL | CCE8591071504 | 30.00 | 7.00 |
| 25 | 73 | CHEV CARRYALL | CCE63M17243 | 30.00 | 7.00 |
| 26 | 73 | CHEV CARRYALL | CS261F650350 | 27.00 | 7.00 |
| 27 | 71 | CHEV CARRYALL | | | 114.00 |

P/R .249

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.

Countersigned by _____
Authorized Agent

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-6-1 B   Printed in U.S.A.   ISO:

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000626

HFBKPLAN015207

SA 3516

A/P ƒ  .00

10/21/RM  WILSON & ALLER INC  250480        UNDERWRITING COPY    SAID

Named Insured and Address

This endorsement forms a part of Policy No. **TO C A43342E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**BOY SCOUTS OF AMERICA**

**NORTH BRUNSWICK, N.J.**

Effective date **8/31/75 -1/1/76** ...............12:01 A. M., standard time at the address of the *named insured* as
stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**AUTOMOBILE PHYSICAL DAMAGE INS.**

**IT IS HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES DESCRIBED
ON THE ATTACHED SCHEDULE ARE COVERED FOR COMPREHENSIVE ONLY FROM
8/31/75 TO 1/1/76.**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other
than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes
effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy
by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



THE HARTFORD
INSURANCE GROUP
HARTFORD, CONNECTICUT

Countersigned by ...............................

The company located these documents in its
business records. At this time, the company does
does not certify that these documents constitute
a complete and accurate copy of the policy.

Form AL-8-0 B   Printed in U.S.A.  10-'66   NBCU:

A/P 140..J
10/21/RH   WILSON & ALLEN INC   250680

This endorsement forms a part of Policy No...... **10 C AA3342E**
issued by THE HARTFORD INSURANCE GROUP company desig-
nated therein, and takes effect as of the effective date of said policy
unless another effective date is stated herein.

**Named Insured and Address**

**BOY SCOUTS OF AMERICA**

**NORTH BRUNSWICK, N.J.**

Effective date.............. **6/1/75 TO 8/31/75**..............12:01 A. M., standard time at the address of the *named insured* as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE AUTOMOBILE LIABILITY**

**IT IS HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES DESCRIBED ON THE ATTACHED SCHEDULE ARE COVERED FOR LIABILITY ONLY.**

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company; provided that if this endorsement takes effect as of the effective date of the policy and, at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.


**THE HARTFORD**
INSURANCE GROUP
HARTFORD, CONNECTICUT

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-0 B   Printed in U.S.A.   10-'66   NBCU:

**CONFIDENTIAL**
Confidential - Subject to Protective Order

10/21/RM  WILSON & ALLEN INC  250480

R/P $198.00

| | |
|---|---|
| **10 C A43342E** | Named Insured and Address |
| This endorsement forms a part of Policy No........... issued by THE HARTFORD INSURANCE GROUP company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein. | **BOY SCOUTS OF AMERICA** **NORTH BRUNSWICK N.J.** |

**1/1/75**

Effective date.................................................12:01 A. M., standard time at the address of the *named insured* as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**AUTOMOBILE PHYSICAL DAMAGE INSURANCE**

---

IT IS HEREBY UNDERSTOOD AND AGREED THE FOLLOWING VEHICLES
DESCRIBES BELOW, COMPREHENSIVE COVERAGE ARE DELETED :

| # | | | | COMP |
|---|---|---|---|---|
| 23 | 72 | CHEV CARRYALL | #CCE262F174138 | 28.00 |
| 24 | 72 | CHEV CARRYALL | #CCE262F162143 | 28.00 |
| 25 | 73 | CHEV CARRYALL | #CCZ263F171514 | 52.00 |
| 26 | 73 | CHEV CARRYALL | #CCZ263F171671 | 52.00 |
| 27 | 71 | CHEV CARRYALL | #CS261F650350 | 38.00 |
| | | | | $198.00 |

Nothing herein contained shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as herein stated.

This endorsement shall not be binding unless countersigned by a duly authorized agent of the company;  provided that if this endorsement takes effect as of the effective date of the policy and at issue of said policy, forms a part thereof, countersignature on the declarations page of said policy by a duly authorized agent of the company shall constitute valid countersignature of this endorsement.



**THE HARTFORD**
**INSURANCE GROUP**
HARTFORD, CONNECTICUT

The Company located these documents in its business records. At this time, the Company does not certify that these documents constitute a complete and accurate copy of the policy.

Form AL-8-0 B  Printed in U.S.A.  10-'65  NBCU;

---

CONFIDENTIAL

Confidential - Subject to Protective Order

10/21/RR   WILSON & ALLEN INC   25046U

## Schedule of Automobiles and Covered Automobiles

10 C A43342E

This Schedule forms a part of Policy No. _____ issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date __6/1/75 TO 8/31/75__   12:01 A. M., standard time



THE HARTFORD

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. / Location (Town, State) | Year Model Trade Name / Body Type - Truck Size No. of Cyls., Truck Load, Gahonage Bus Seating Capacity / Rating Territory | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Class | *Purpose of Use | Purchased New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Material Premium | Non. Coll. Cov. (Insert Amt. Inside Symbols) Coll. Cov. (Insert Amt. Inside Symbols) | Amt. or "ACV" (Actual Cash Value) Amt. or "ACV" (Actual Cash Value) | Deduc- tible if any / Deduc- tible if any | Rates / Rates | Premiums (each covered automobile) / Premiums (each covered automobile) | Towing and Labor Costs / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 72 CHEV CARRYALL | CCE262F162143 | C | | | $ 13.00 | $ 14.00 | $ | $ | $ | $ | $ | |
| ORRINGTON, MAINE | 10 | 5CA | | | $ | 1.00 | $ | $ | $ | $ | $ | |
| 24 72 CHEV CARRYALL | CCE262F162143 | C | | | $ 13.00 | $ 14.00 | $ | $ | $ | $ | $ | |
| ORRINGTON, MAINE | 10 | 5CA | | | $ | 1.00 | $ | $ | $ | $ | $ | |
| 25 73 CHEV CARRYALL | CCE2263F171514 | C | | | $ 13.00 | $ 14.00 | $ | $ | $ | $ | $ | |
| ORRINGTON, MAINE | 10 | 5CA | | | $ | 1.00 | $ | $ | $ | $ | $ | |
| 26 73 CHEV CARRYALL | CCZ263F171671 | C | | | $ 13.00 | $ 14.00 | $ | $ | $ | $ | $ | |
| ORRINGTON, MAINE | 10 | 5CA | | | $ | 1.00 | $ | $ | $ | $ | $ | |
| 27 71 CHEV CARRYALL | CS261F650350 | C | | | $ 13.00 | $ 14.00 | $ | $ | $ | $ | $ | |
| ORRINGTON , MAINE | 10 | 5CA | | | $ | 1.00 | $ | $ | $ | $ | $ | |
| | | | | | $ | $ | | | | | $ | |
| | | | | | $ | $ | | | | | $ | |
| | | | | | $ | $ | $ | $ | | | $ | $ |
| | | | | | $ | $ | | | | | $ | |
| | | | | | $ | $ | $ | $ | | | $ | $ |

†Not Available in California   *P & B – Pleasure and Business;  C — Commercial   TOTALS $ 65.00 | $ 70.00 | | | | | | $ | $ |

LOSS PAYEES — IDENTIFY BY UNIT OR ENTRY NO.   $ 5.00

No. | Name and Address of Loss Payee

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

A-3471-0  Printed in U.S.A.

CONFIDENTIAL

Confidential - Subject to Protective Order

HARTFORD000630

HFBKPLAN015211

SA 3520

## Schedule of Automobiles and Covered Automobiles

10/21/RH  WILSON & ALLEN INC  250480

This Schedule forms a part of Policy No. **10 C A43342E** ....... issued by THE HARTFORD INSURANCE GROUP Company designated therein, and takes effect as of the effective date of said policy unless another effective date is stated herein.

Effective date ...... **8/31/75-1/1/76**
12:01 A. M., standard time.

**THE HARTFORD**

As respects each *covered automobile* described herein, the insurance afforded applies only with respect to such of the following coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| Unit or Entry No. | Year Model Trade Name / Body Type - Truck Size No. of Cyls., Truck Load, Tonnage Bus Seating Capacity / Location (Town, State) | Identification No. (I) Serial No. (S) Motor No. (M) / Rating Territory | *Purpose of Use / Rating Class | Purchased New/Tr. New-Used / Original Cost New or Rating Symbol | BI Liab. Prem. / Medical Payments Premium | PD Liab. Prem. / Uninsured Motorist Premium | Non. Coll. Cov. (Insert Applicable Symbols) / Coll. Cov. (Insert App. cable Symbols) | Amt. or "ACV" (Actual Cash Value) / Amt. or "ACV" (Actual Cash Value) | Deduc- tible if any / Deduc- tible if any | Rates / Rates | Premium (each covered automobile) / Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 74 CHEV CARRYALL CCZ264F178865 | | C | | $ | $ | 0 | $ | $ | | $ 18.00 $ |
| | ORRINGTON, MAINE | 10 | 5CA | 5080 | $ | $ | | $ | $ | | $ |
| 23 | 72 CHEV CARRYALL CCE262F174138 | | C | | $ | $ | 0 | $ | $ | | $ 7.00 $ |
| | ORRINGTON, MAINE | 10 | 5CA | 3700 | $ | $ | | $ | $ | | $ |
| 24 | 72 CHEV CARRYALL CCE262F162143 | | C | | $ | $ | 0 | $ | $ | | $ 7.00 |
| | ORRINGTON MAINE | 10 | 5CA | 3700 | $ | $ | | $ | $ | | $ |
| 25 | 73 CHEV CARRYALL CCZ263F171514 | | C | | $ | $ | 0 | $ | $ | | $ 10.00 |
| | ORRINGTON MAINE | 10 | 5CA | 4000 | $ | $ | | $ | $ | | $ |
| 26 | 73 CHEV CARRYALL CCZ263F17143 | | C | | $ | $ | 0 | $ | $ | | $ 10.00 |
| | ORRINGTON MAINE | 10 | 5CA | 4000 | $ | $ | | $ | $ | | $ |
| 2. | 71 CHEV CARRYALL CS261F650350 | | C | | $ | $ | 0 | $ | $ | | $ 9.00 |
| | ORRINGTON, MAINE | | 5CA | 4252 | $ | $ | | $ | $ | | $ |
| | | | | | $ | $ | | $ | $ | | $ |
| | | | | | $ | $ | | $ | $ | | $ |

†Not Available in California   *P & B – Pleasure and Business, C – Commercial

TOTALS  $   $   $ 61.00

**LOSS PAYEES** ··· IDENTIFY BY UNIT OR ENTRY NO.
| No. | Name and Address of Loss Payee | No. | | $ | $ | | | | | | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

P/R 937

A-3471-0  Printed in U.S.A.

**CONFIDENTIAL**

Confidential - Subject to Protective Order

HARTFORD000631

HFBKPLAN015212

SA 3521