IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC,[1] <br><br>    Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) (Jointly Administered) <br><br> Lead Case No. 22-cv-01237-RGA |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br><br>    Appellants, <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC *et al.*, <br><br>    Appellees. | Consolidated Case Nos. 22-cv-01238-RGA; 22-cv-01239-RGA; 22-cv-01240-RGA; 22-cv-01241-RGA; 22-cv-01242-RGA; 22-cv-01243-RGA; 22-cv-01244-RGA; 22-cv-01245-RGA; 22-cv-01246-RGA; 22-cv-01247-RGA; 22-cv-01249-RGA; 22-cv-01250-RGA; 22-cv-01251-RGA; 22-cv-01252-RGA; 22-cv-01258-RGA; 22-cv-01263-RGA |

**FUTURE CLAIMANTS' REPRESENTATIVE'S
APPENDIX TO ANSWERING BRIEF AND JOINDER**

---

[1] The Debtors in the Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

i

Dated: December 7, 2022

Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kenneth J. Enos (No. 4544)
Ashley E. Jacobs (No. 5635)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
eharron@ycst.com
kenos@ycst.com
ajacobs@ycst.com

-and-

Kami E. Quinn (admitted *pro hac vice*)
Rachel H. Jennings (admitted *pro hac vice*)
Kyle Y. Dechant (admitted *pro hac vice*)
December L. Huddleston (admitted *pro hac vice*)
GILBERT LLP
700 Pennsylvania Ave, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: quinnk@gilbertlegal.com
jenningsr@gilbertlegal.com
dechantk@gilbertlegal.com
huddlestond@gilbertlegal.com

*Counsel to the Future Claimants' Representative*

# INDEX

| Date Filed | Docket Index Number | Documents filed in *In re Boy Scouts of America and Delaware BSA, LLC*, Case No. 20-10343 (LSS) (Bankr. D. Del.) | Page(s) |
|---|---|---|---|
| 05/04/2020 | Bankr. D.I. 557 | Supplement to Debtors' Bar Date Motion | FCRA00001-FCRA00107 |
| 07/01/2021 | Bankr. D.I. 5466 | Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | FCRA00108-FCRA00257 |
| 11/22/2021 | Bankr. D.I. 7398 | Transcript regarding Hearing Held 11/19/2021 | FCRA00258-FCRA00487 |
| 12/14/2021 | Bankr. D.I. 7745 | Seventh Mediator's Report (attaching the Century and Chubb Companies Term Sheet) | FCRA00488-FCRA00525 |
| 02/15/2022 | Bankr. D.I. 8817 | Notice of Filing of Exhibits I-2, I-3, I-4 and J-2 to Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization | FCRA00526-FCRA00852 |
| 02/18/2022 | Bankr. D.I. 8904 | Supplemental Disclosure Regarding Plan Modifications and Summary of Chartered Organizations' Options Under the Debtors' Modified Chapter 11 Plan of Reorganization, Opt-Out Election Procedures for Participating Chartered | FCRA00853-FCRA00865 |

|            |                     | Organizations, and Supplemental Voting Deadline of March 7, 2022 at 4:00 P.M. (Eastern Time) for Holders of Class 9 Indirect Abuse Claims |                          |
|------------|---------------------|---|---|
| 02/18/2022 | Bankr. D.I. 8905    | Notice of Supplemental Voting Deadline of March 7, 2022 at 4:00 P.M. (Eastern Time) for Holders of Class 8 Direct Abuse Claims and Limited Disclosure Regarding Changes in Debtors' Chapter 11 Plan of Reorganization | FCRA00866-FCRA00872 |
| 08/12/2022 | Bankr. D.I. 10190   | Notice of Filing of Blackline of Conformed (I) Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and (II) Certain Other Plan Documents | FCRA00873-FCRA01202 |