# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC,[1] <br><br> Debtors. <br><br> National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br><br> Appellants. <br><br> v. <br><br> Boy Scouts of America, *et al.*, <br><br> Appellees. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br><br><br> Case No. 22-cv-01237-RGA |

## NOTICE OF LODGING OF MULTIMEDIA FILING

PLEASE TAKE NOTICE that the Appellees in the above-captioned appeal filed the *Debtors-Appellees' Supplemental Appendix to Consolidated Answering Brief* (the "Supplemental Appendix") with the Court on December 7, 2022 (located at Docket Nos. 68, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 82, 83, 84 and 87).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

PLEASE TAKE FURTHER NOTICE that certain of the documents included in the Supplemental Appendix could not be filed on the Court's docket due to their size or file format. The Appellees will make these documents available to the Court and the parties to this appeal.

| Document Description | Joint Trial Exhibit No. |
|---|---|
| BSA and Local Council Insurance Policies | 10 |
| All Proofs of Claim | 14 |
| Settled and Unsettled Local Council Policy Information | 2961 |

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: December 7, 2022<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Sophie Rogers Churchill*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Sophie Rogers Churchill (No. 6905)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>         aremming@morrisnichols.com<br>         ptopper@morrisnichols.com<br>         srchurchill@morrisnichols.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Jessica C. Lauria (admitted *pro hac vice*)<br>Glenn M. Kurtz (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br>         gkurtz@whitecase.com<br><br>– and –<br><br>Michael C. Andolina<br>Matthew E. Linder<br>Laura E. Baccash<br>Blair M. Warner<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>         mlinder@whitecase.com<br>         laura.baccash@whitecase.com<br>         blair.warner@whitecase.com<br><br>ATTORNEYS FOR DEBTORS-APPELLEES |