# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC,[1] <br><br>          Debtors. <br><br> National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br><br>          Appellants. <br><br> v. <br><br> Boy Scouts of America, *et al.*, <br><br>          Appellees. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br><br><br> Case No. 22-cv-01237-RGA |

## NOTICE OF LODGING OF MULTIMEDIA FILING

PLEASE TAKE NOTICE that the below-listed documents included in the *Debtors-Appellees' Supplemental Appendix to Consolidated Answering Brief* were lodged with the Court via hard drive on December 14, 2022.

| Document Description | Joint Trial Exhibit No. |
|---|---|
| BSA and Local Council Insurance Policies | 10 |
| All Proofs of Claim | 14 |
| Settled and Unsettled Local Council Policy Information | 2961 |

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated:  December 14, 2022<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

/s/ *Sophie Rogers Churchill*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Sophie Rogers Churchill (No. 6905)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email: dabbott@morrisnichols.com
　　　　aremming@morrisnichols.com
　　　　ptopper@morrisnichols.com
　　　　srchurchill@morrisnichols.com

– and –

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
Glenn M. Kurtz (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com
　　　　gkurtz@whitecase.com

– and –

Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
　　　　mlinder@whitecase.com
　　　　laura.baccash@whitecase.com
　　　　blair.warner@whitecase.com

ATTORNEYS FOR DEBTORS-APPELLEES