## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* <br><br> Boy Scouts of America and <br> Delaware BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |
| National Union Fire Insurance Co. of <br> Pittsburgh, PA, *et al.*, <br><br> Appellants. <br><br> v. <br><br> Boy Scouts of America, *et al.*, <br><br> Appellees. | Case No. 22-cv-01237-RGA |

## ORDER APPROVING STIPULATION REGARDING DESIGNATION OF CERTAIN ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO FEDERAL <u>RULE OF BANKRUPTCY PROCEDURE 8009(e)</u>

Upon consideration of the *Stipulation Regarding Designation of Certain Items to be Included in the Record on Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8009(e)* (the "<u>Stipulation</u>"), a copy of which is attached hereto **<u>Exhibit A</u>**; and the Court having determined that the relief requested in the Stipulation is in

---

[1]   The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

the best interests of the parties to the above-captioned appeal; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1.     The Stipulation, attached hereto as **Exhibit A**, is APPROVED, and the terms and conditions of the Stipulation are incorporated in this Order as if fully set forth herein.

2.     The record on appeal shall be amended as set forth in the Stipulation.

3.     The Parties are authorized to take all actions necessary or desirable to effectuate the relief granted pursuant to, and in accordance with, this Order and the Stipulation.

4.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _12/14/2022_____

/s/ Richard G. Andrews
_____
HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

# Exhibit A

## Stipulation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| | Bankruptcy Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC,[1] | |
| Debtors. | (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, | |
| Appellants. | Case No. 22-cv-01237-RGA |
| v. | |
| Boy Scouts of America, *et al.*, | |
| Appellees. | |

## STIPULATION REGARDING DESIGNATION OF CERTAIN ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009(e)

Boy Scouts of America and Delaware BSA, LLC (together, the "Debtors"),

certain additional appellees (together with the Debtors, the "Appellees"), and one or

more of the Certain Insurers,[2] the claimants represented by Dumas & Vaughn, LLC,

---

[1]   The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]   The Certain Insurers are Allianz Global Risks US Insurance Company, National Surety Corporation, Interstate Fire & Casualty Company, Argonaut Insurance Company, Colony Insurance Company, Liberty Mutual Insurance Company, *(Cont'd on next page)*

0

and the claimants represented by Lujan & Wolff LLP (collectively, the "Appellants," and with the Appellees, the "Parties") hereby stipulate and agree as follows (the "Stipulation"):

A.    WHEREAS, on July 29, 2022, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered and docketed its Opinion [Bankr. D.I. 10136] (the "Opinion") with respect to the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* [Bankr. D.I. 10296] (as amended, the "Plan");

B.    WHEREAS, on September 8, 2022, the Bankruptcy Court docketed and entered its *Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization*

---

General Star Indemnity Company, Great American Assurance Company f/k/a Agricultural Insurance Company, Great American E&S Insurance Company f/k/a Agricultural Excess and Surplus Insurance Company, Great American E&S Insurance Company, Arch Insurance Company, Continental Insurance Company, Columbia Casualty Company, Indian Harbor Insurance Company on behalf of itself and as successor in interest to Catlin Specialty Insurance Company, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, Gulf Insurance Company, Arrowood Indemnity Company, Gemini Insurance Company, Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company, Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, Endurance American Insurance Company, Old Republic Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., Lexington Insurance Company, Landmark Insurance Company, and The Insurance Company of the State of Pennsylvania.

*(with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* [Bankr. D.I. 10316] (the "Confirmation Order"), confirming the Plan;

C.      WHEREAS, the Appellants have sought review of the Bankruptcy Court's confirmation of the Plan by the United States District Court for the District of Delaware (the "District Court") through appeals from the Confirmation Order, the Opinion, and all other subsumed orders pursuant to 28 U.S.C. § 158 and Rules 8001, *et seq.*, of the Federal Rules of Bankruptcy Procedure (collectively, the "Appeals");

D.      WHEREAS, on September 27, 2022, the Parties submitted to the District Court a joint motion and proposed order regarding that certain *Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC* [D.I. 3] (the "Consolidation Stipulation"), which, among other things, requested consolidation of the Appeals;

E.      WHEREAS, the Appellants and Appellees filed their respective designations of records (collectively, the "Designations of Record") in the Appeals on October 3, 2022 and October 6, 2022, respectively;

F.      WHEREAS, on October 17, 2022, the District Court entered the *Order Granting Motion on Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC* [D.I. 14] (the "Order") and consolidated the Appeals into the above-captioned appeal (the "Consolidated Appeal");

2

G.      WHEREAS, the Parties previously agreed in the Consolidation Stipulation that all exhibits admitted into evidence at the hearing to consider confirmation of the Debtors' Plan (the "Confirmation Hearing") shall be designated in the record on appeal and that the Parties shall cooperate to facilitate the transmittal of the record to the District Court;

**NOW, THEREFORE,** it is hereby stipulated and agreed to by and among the Parties:

1.      Following the filing of the *Appellees' Joint Designation Pursuant to Fed. R. Bankr. P. 8009 of Additional Items to Be Included in the Record on Appeal* [D.I. 15] (the "Appellees' Counter-Designation"), the Parties conferred regarding certain items listed on the Appellees' Counter-Designation.

2.      Following such conferral, the Parties hereby agree and stipulate pursuant to Bankruptcy Rule 8009(e)(2)(A) that the items identified below shall not be included in the record of this Consolidated Appeal notwithstanding the Appellees' designation of such items in the Appellee's Counter-Designation.

| JTX | Description |
|------|-------------|
| 13-5 | Gutzler Opening Materials Considered List |
| 347 | Revised Exhibit 9 to Gutzler Report |
| 701 | Deposition Transcript of J. Kinney, dated July 23, 2021 |
| 1040 | BSA Coverage Charts (Gutzler - Opening report - Exhibit 3) |
| 1043 | Table of Policies with Prior Exhaustion Amounts (Gutzler - Opening report - Exhibit 5) |
| 1044 | Prior Exhaustion (Gutzler - Opening report - Exhibit 6) |
| 1045 | Policy Archeology (Gutzler- Opening report - Exhibit 7) |

| 1046 | BSA Local Council Insurance Archaeology Guidance (Gutzler - Opening report - Exhibit 7.1) |
| 1047 | Policy Allocation Assumptions (Gutzler - Opening report - Exhibit 8) |
| 1050 | Claim Allocation Examples (Gutzler - Opening report - Exhibit 11) |
| 1052 | Expert Report of Charles E. Bates |
| 1058 | Bates White BSA valuation model (Tranche 6) (Gutzler Opening Materials Considered List) |
| 1063 | Exhaustion Report – All Policies (Excel) - As of 01.22.2021 - Riskonnect data from the BSA (Gutzler Opening Materials Considered List) |
| 1118 | December 29, 2021 Updated Expert Report of Brian Whittman |
| 1186 | Policy Listing with Allocation Results |
| 1194 | Supplemental Report of Charles E. Bates |
| 1431 | Charles E. Bates Second Supplemental Expert Report, dated March 2, 2022 |
| 1435 | Brian Whittman Supplemental Expert Report, dated March 2, 2022 |

3.      In addition, the Parties hereto have conferred and hereby agree and stipulate pursuant to Bankruptcy Rule 8009(e)(2)(A) that the exhibit marked DDX-41, which the parties agree was admitted into evidence at the Confirmation Hearing, shall be included in the record of this Consolidated Appeal.

4.      Except as explicitly set forth herein, the Parties' respective designations shall remain unchanged.

Dated: December 14 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  DRAFT*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Tori L. Remington (No. 6901)
1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ptopper@morrisnichols.com
        tremington@morrisnichols.com

-and-

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
Glenn M. Kurtz (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Email: Jessica.lauria@whitecase.com
        Gkurtz@whitecase.com

-and-

WHITE & CASE LLP
Michael C. Andolina
(*pro hac vice* forthcoming)
Matthew E. Linder
(*pro hac vice* forthcoming)
Laura E. Baccash
(*pro hac vice* forthcoming)
Blair M. Warner
(*pro hac vice* forthcoming)
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 881-5400
Emails: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whtiecase.com

*Attorneys for the Debtors and Debtors in Possession*

FINEMAN KREKSTEIN & HARRIS PC

*/s/Deirdre M. Richards*
Deirdre M. Richards (No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Email: drichards@finemanlawfirm.com

 -and-

FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, IL 60601
Telephone: (312) 863-5000
Email: sgummow@fgppr.com

 -and-

GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted *pro hac vice*)
Mitchell A. Karlan (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Email: mrosenthal@gibsondunn.com
mkarlan@gibsondunn.com
jhallowell@gibsondunn.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Richard Doren (admitted *pro hac vice*)
Blaine H. Evanson (admitted *pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071
Telephone: (213) 229-7000

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/Marcy J. McLaughlin Smith*
David M. Fournier (No. 2812)
Marcy J. McLaughlin Smith (No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 404.885.3000
david.fournier@troutman.com
marcy.smith@troutman.com

-and-

PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg (*pro hac vice*)
Matthew G. Roberts (*pro hac vice*)
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone: 404.420.4313
Facsimile: 404.522.8409
hwinsberg@phrd.com
mroberts@phrd.com

-and-

McDERMOTT WILL & EMERY LLP
Margaret H. Warner (*pro hac vice*)
Ryan S. Smethurst (*pro hac vice*)
Alex M. Spisak (*pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: 202.756.8228
Facsimile: 202.756.8087
mwarner@mwe.com
rsmethurst@mwe.com
aspisak@mwe.com

*Attorneys for Allianz Global Risks US Insurance Company*

Email:  rdoren@gibsondunn.com
bevanson@gibsondunn.com

*Attorneys for National Union Fire Insurance Company of Pittsburgh, PA., Lexington Insurance Company, Landmark Insurance Company, and The Insurance Company of the State of Pennsylvania*

BODELL BOVE, LLC

*/s/Bruce W. McCullough*
Bruce W. McCullough (No. 3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: (302) 655-6749
Facsimile:  (302) 655-6827
Email: bmccullough@bodellbove.com

- and -

CLYDE & CO US LLP
Bruce D. Celebrezze (admitted *pro hac vice*)
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:  (415) 365-9800
Facsimile:   (415) 365-9801
Email:  bruce.celebrezze@clydeco.us

Konrad R. Krebs (admitted *pro hac vice*)
340 Mt. Kemble Avenue | Suite 300
Morristown, NJ 07960
Telephone:  (973) 210-6700
Facsimile:   (973) 210-6701
Email:  konrad.krebs@clydeco.us

– and –

6

TROUTMAN PEPPER HAMILTON
SANDERS LLP

*/s/Marcy J. McLaughlin Smith*
David M. Fournier (No. 2812)
Marcy J. McLaughlin Smith (No. 6184)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 302.777.6500
Facsimile: 302.421.8390
david.fournier@troutman.com
marcy.smith@troutman.com

-and-

PARKER, HUDSON, RAINER &
DOBBS
Harris B. Winsberg (*pro hac vice*)
Matthew G. Roberts (*pro hac vice*)
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone: 404.420.4313
Facsimile: 404.522.8409

-and-

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (*pro hac vice*)
John E. Bucheit (*pro hac vice*)
Paul J. Esker (*pro hac vice*)
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone: 312.281.0295
tjacobs@bradleyriley.com
jbucheit@bradleyriley.com
pesker@bradleyriley.com

*Attorneys for National Surety*
*Corporation and Interstate Fire &*
*Casualty Company*

DAVID CHRISTIAN ATTORNEYS
LLC
David Christian (admitted *pro hac vice*)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone:  312-282-5282
Email:  dchristian@dca.law

*Attorneys for Great American Assurance*
*Company, f/k/a Agricultural Insurance*
*Company; Great American E&S*
*Insurance Company, f/k/a Agricultural*
*Excess and Surplus Insurance Company;*
*and Great American E&S Insurance*
*Company*

SMITH, KATZENSTEIN & JENKINS
LLP

*/s/Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Email: kmiller@skjlaw.com

-and-

WILEY REIN LLP
Mary E. Borja (admitted *pro hac vice*)
Gary P. Seligman (admitted *pro hac vice*)
Ashley L. Criss (admitted *pro hac vice*)
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
Email:  mborja@wiley.law
gseligman@wiley.law
acriss@wiley.law

*Attorneys for General Star Indemnity*
*Company*

POST & SCHELL, P.C.

*/s/Paul Logan*
Paul Logan (No. 3339)
300 Delaware Avenue
Suite 1380
Wilmington, DE  19801
Phone:  (302) 251-8856
E-mail:  plogan@postschell.com

-and-

POST & SCHELL, P.C.
John C. Sullivan (admitted *pro hac vice*)
Kathleen K. Kerns (admitted *pro hac vice*)
Four Penn Center – 13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA  19103
Phone: (215) 587-1000
E-mail: jsullivan@postschell.com
kkerns@postschell.com

-and-

IFRAH PLLC
George R. Calhoun (admitted *pro hac vice*)
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC  20006
Phone:  (202) 840-8758
E-mail:  george@ifrahlaw.com

*Attorneys for Argonaut Insurance Company and Colony Insurance Company*

SEITZ, VAN OGTROP & GREEN, P.A

*/s/R. Karl Hill*
R. Karl Hill (No. 2747)
222 Delaware Avenue
Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com

-and-

CHOATE, HALL & STEWART LLP
Douglas R. Gooding (*pro hac vice*)
Jonathan D. Marshall (*pro hac vice*)
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com

-and-

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC
Kim V. Marrkand (*pro hac vice*)
Laura Bange Stephens (*pro hac vice* forthcoming)
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
kvmarrkand@mintz.com
lbstephens@mintz.com

*Counsel to Liberty Mutual Insurance Company, The Ohio Casualty Insurance Company, Liberty Insurance Underwriters, Inc. and Liberty Surplus Insurance Corporation*

GOLDSTEIN & MCCLINTOCK LLLP

*/s/Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com

-and-

LOEB & LOEB LLP
Laura McNally
Emily Stone
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for The Continental Insurance Company and Columbia Casualty Company*

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, DE  19899 (courier 19801)
302-652-8400

-and-

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
Ronald P. Schiller (admitted *pro hac vice*)
Matthew A. Hamermesh (admitted *pro hac vice*)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568 6200
(215) 568 0300 facsimile
rschiller@hangley.com
mhamermesh@hangley.com

*Attorneys for Arch Insurance Company*

DILWORTH PAXSON LLP

*/s/Thaddeus J. Weaver*
Thaddeus J. Weaver (No. 2790)
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031
(302) 571-8867 (telephone)
(302) 655-1480 (facsimile)
tweaver@dilworthlaw.com

-and-

DILWORTH PAXSON LLP

William E. McGrath, Jr. (*pro hac vice*)
2 Research Way, Suite 103
Princeton, NJ  08540
(609) 924-6000 (telephone)
(215) 893-8537 (facsimile)
wmcgrath@dilworthlaw.com

*Attorneys for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company*

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

-and-

MOUND COTTON WOLLAN & GREENGRASS LLP
Lloyd A. Gura (admitted *pro hac vice*)
Pamela J. Minetto (admitted *pro hac vice*)
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com

*Attorneys for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*

WERB & SULLIVAN

*/s/Brian A. Sullivan*
Brian A. Sullivan
LEGAL ARTS BUILDING
1225 N. King Street
Suite 600
Wilmington, Delaware  19801
Telephone: (302)  652-1100
Facsimile: (302)  652-1111
Email: bsullivan@werbsullivan.com

-and-

GIEGER LABORDE & LAPEROUSE
LLC
John E.W. Baay II, Esq. (*pro hac vice*)
701 Poydras Street, Suite 4800
New Orleans, LA  70139-
Telephone:  (504) 561-0400
Facsimile: (504) 561-0100
Email: jbaay@glllaw.com

-and-

KIERNAN TREBACH LLP
William H. White Jr., Esq. (*pro hac vice*)
1233 20th Street, NW, 8th Floor
Washington, DC  20036
Direct: 202-712-7042
Fax: 202-712-7100
Email: wwhite@kiernantrebach.com

*Attorneys for Gemini Insurance Company*

JOYCE, LLC

*/s/Michael J. Joyce*
Michael J. Joyce, Esquire (No. 4563)
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

COUGHLIN MIDLIGE & GARLAND,
LLP
Kevin Coughlin, Esquire
(*pro hac vice*)
Lorraine Armenti, Esquire
(*pro hac vice*)
Michael Hrinewski, Esquire
(*pro hac vice*)
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law

- and -

CARRUTHERS & ROTH, P.A.
Britton C. Lewis, Esquire (*pro hac vice*)
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC  27401
(336) 478-1146 (Telephone)
(336) 478-1145 (Facsimile)
bcl@crlaw.com

*Counsel to Arrowood Indemnity Company*

MORRIS JAMES LLP

*/s/Sarah M. Ennis*
Sarah M. Ennis (No. 5745)
Stephen M. Miller (No. 2610)
Carl N. Kunz, III (No. 3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email:  smiller@morrisjames.com
ckunz@morrisjames.com

- and –

FOX SWIBEL LEVIN & CARROLL LLP
Margaret M. Anderson, Esq. (admitted *pro hac vice*)
Ryan T. Schultz (admitted *pro hac vice*)
Adam A. Hachikian (admitted *pro hac vice*)
Kenneth M. Thomas (admitted *pro hac vice*)
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
Email:  panderson@foxswibel.com
rschultz@foxswibel.com
ahachikian@foxswibel.com
kthomas@foxswibel.com

*Counsel for Old Republic Insurance Company*

LOIZIDES, P.A.

*/s/ Christopher D. Loizides*
Christopher D. Loizides (No. 3968)
1225 North King Street, Suite 800
Wilmington DE 19801
Phone:  (302) 654-0248
Email:  Loizides@loizides.com

-and-

LUJAN & WOLFF LLP
Delia Lujan Wolff (admitted *pro hac vice*)
Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910
Phone: (671) 477-8064/5
Facsimile: (671) 477-5297
Email:  dslwolff@lawguam.com

COZEN O'CONNOR

*/s/Marla S. Benedek*
Marla S. Benedek (No. 6638)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2024
Facsimile: (302) 250-4498
Email: mbenedek@cozen.com

*Counsel to Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company*

REGER RIZZO & DARNALL LLP

*/s/Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr., Esquire (No. 3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email: lrizzo@regerlaw.com

*Attorney for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

GELLERT SCALI BUSENKELL & BROWN LLC

*/s/Charles J. Brown, III*
Charles J. Brown, III
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Telephone: 302-425-5813
Email: cbrown@gsbblaw.com

- and –

DUMAS & VAUGHN, LLC
Gilion C. Dumas, Esq. (admitted *pro hac vice*)
Ashley L. Vaughn (admitted *pro hac vice*)
3835 NE Hancock St., Ste. GL-B
Portland, OR 97212
Phone:  (503) 616-5007
Fax:  (503) 616-5007
Email:  gilion@dumasandvaughn.com
ashley@dumasandvaughn.com

PACHULSKI STANG ZIEHL
& JONES LLP

*/s/James E. O'Neill*
Richard M. Pachulski (*pro hac vice*
forthcoming)
Alan J. Kornfeld (*pro hac vice*
forthcoming)
Debra I. Grassgreen (*pro hac vice*
forthcoming)
Iain A.W. Nasatir (*pro hac vice*
forthcoming)
James E. O'Neill (No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier
19801)
Tele/Fax: (302) 652-4100 / (302) 652-
4400
Email: rpachulski@pszjlaw.com
akornfeld@pszjlaw.com
dgrassgreen@pszjlaw.com
inasatir@pszjlaw.com
joneill@pszjlaw.com

*Counsel for the Tort Claimants'
Committee*

BIELLI & KLAUDER, LLC

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

-and-

KTBS LAW LLP
Thomas E. Patterson
(*pro hac vice* forthcoming)
Daniel J. Bussel
(*pro hac vice* forthcoming)
Robert J. Pfister
(*pro hac vice* forthcoming)
Sasha M. Gurvitz
(*pro hac vice* forthcoming)
1801 Century Park East, Twenty-Sixth
Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Email: tpatterson@ktbslaw.com
dbussel@ktbslaw.com
rpfister@ktbslaw.com
sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm,
P.C. and Pfau Cochran Vertetis Amala
PLLC*

MONZACK MERSKY & BROWDER,
P.A.

*/s/ Rachel B. Mersky* _____
Rachel B. Mersky (No. 2049)
1201 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
Email: RMersky@Monlaw.com

-and-

BROWN RUDNICK LLP
David J. Molton, Esq.
(admitted *pro hac vice*)
Eric R. Goodman, Esq.
(admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: DMolton@BrownRudnick.com
Email: EGoodman@BrownRudnick.com

-and-

Sunni P. Beville, Esq.
(*pro hac vice* forthcoming)
Tristan G. Axelrod, Esq.
(admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: SBeville@BrownRudnick.com
Email: TAxelrod@BrownRudnick.com

*Counsel to the Coalition of Abused
Scouts for Justice*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Robert S. Brady* _____
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com
skohut@ycst.com

-and-

GILBERT LLP
Kami E. Quinn (*pro hac vice* forthcoming)
Emily P. Grim (*pro hac vice* forthcoming)
Kyle Y. Dechant (*pro hac vice*
forthcoming)
700 Pennsylvania Ave, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: quinnk@gilbertlegal.com
grime@gilbertlegal.com
dechantk@gilbertlegal.com

*Counsel to the Future Claimants'
Representative*

BAYARD, P.A.

*/s/ Erin R. Fay*
Erin R. Fay (5268)
Gregory J. Flasser (6154)
600 North King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com
gflasser@bayardlaw.com

-and-

RUGGERI PARKS WEINBERG LLP
James P. Ruggeri (*pro hac vice*
forthcoming)
Joshua D. Weinberg (*pro hac vice*
forthcoming)
1875 K Street, NW, Suite 600
Washington, D.C. 20003
Tel: (202) 469-7750
Email: jrugerri@rugerrilaw.com
jweinberg@ruggerilaw.com

-and-

WILMER CUTLER PICKERING HALE
AND DORR LLP
Philip D. Anker (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8890
Email: philip.anker@wilmerhale.com

-and-

WILMER CUTLER PICKERING HALE
AND DORR LLP
Danielle Spinelli (*pro hac vice*
forthcoming)
Joel Millar (*pro hac vice* forthcoming)
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Email: danielle.spinelli@wilmerhale.com
joel.millar@wilmerhale.com

*Attorneys for Hartford Accident and*
*Indemnity Company, First State*
*Insurance Company, Twin City Fire*
*Insurance Company, and Navigators*
*Specialty Insurance Company*

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)
800 N. West Street, Third Floor
Wilmington, DE 19081
Telephone: (302) 999-1540
Email: stamoulis@swdelaw.com

-and-

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*
forthcoming)
Daniel Shamah (*pro hac vice*
forthcoming)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: tschiavoni@omm.com
dshamah@omm.com

-and-

O'MELVENY & MYERS LLP
Steve Warren (*pro hac vice* forthcoming)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Email: swarren@omm.com

-and-

SIMPSON THACHER & BARTLETT
LLP Mary Beth Forshaw (*pro hac vice*
forthcoming)
David Elbaum (*pro hac vice*
forthcoming)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Email: mforshaw@stblaw.com
david.elbaum@stblaw.com

*Attorneys for Century and Chubb*
*Companies*

TYBOUT, REDFEARN & PELL

*/s/ Robert D. Cecil, Jr.*
Robert D. Cecil, Jr. (No. 5317)
501 Carr Road, Suite 300
Wilmington, DE 19809
Telephone: (302) 658-6901
Email: rcecil@trplaw.com

-and-

CROWELL & MORING LLP
Mark D. Plevin (admitted *pro hac vice*)
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: mplevin@crowell.com

-and-

CROWELL & MORING LLP
Tacie H. Yoon (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*)
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Email: tyoon@crowell.com
rjankowski@crowell.com

*Attorneys for Zurich Insurers and Zurich Affiliated Insurers*

BALLARD SPAHR LLP

*/s/ Matthew G. Summers*
Matthew G. Summers (No. 5533)
Chantelle D. McClamb (No. 5978)
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4428
Email: summersm@ballardspahr.com
mcclambc@ballardspahr.com

-and-

STEPTOE & JOHNSON LLP
Harry Lee (*pro hac vice* forthcoming)
John O'Connor (*pro hac vice* forthcoming)
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Email: hlee@steptoe.com
joconnor@steptoe.com

*Attorneys for Clarendon*

16

REED SMITH LLP

*/s/ Mark W. Eckard*
Kurt F. Gwynne (DE Bar No. 3951)
Mark W. Eckard (DE Bar No. 4542)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com
meckard@reedsmith.com

-and-

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Rachael Ringer (*pro hac vice*
forthcoming)
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email: rringer@kramerlevin.com

*Attorneys for the Creditors' Committee*


WOMBLE BOND DICKINSON (US)
LLP

*/s/ Matthew P. Ward*
Matthew P. Ward (No. 4471)
Morgan L. Patterson (No. 5388)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com

-and-

NORTON ROSE FULBRIGHT US LLP
Kristian W. Gluck (*pro hac vice*
forthcoming)
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
Email:
Kristian.gluck@nortonrosefulbright.com

*Attorneys for JPMorgan Chase Bank.,
N.A.*


DLA PIPER, LLP (US)

*/s/R. Craig Martin*
R. Craig Martin (No. 5032)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5655
Facsimile: (302) 778-7834
Email: craig.martin@dlapiper.com

-and-

WACHTELL, LIPTON, ROSEN &
KATZ
Richard G. Mason (admitted *pro hac
vice*)
Douglas K. Mayer (*pro hac vice*
forthcoming)
Joseph C. Celentino (admitted *pro hac
vice*)
Mitchell S. Levy (*pro hac vice*
forthcoming)
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Email:  RGMason@wlrk.com
        DKMayer@wlrk.com
        JCCelentino@wlrk.com
        MSLevy@wlrk.com

*Attorneys for Ad Hoc Committee of
Local Councils of the Boy Scouts of
America*

MACAULEY LLC

*/s/   Thomas G. Macauley*
Thomas G. Macauley (No. 3411)
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801-1607
Telephone: (302) 656-0100
Email: tm@macdelaw.com

-and-

BRADLEY ARANT BOULT
CUMMINGS LLP
Edwin G. Rice (*pro hac vice*
forthcoming)
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Email: erice@bradley.com

*Attorneys for United Methodist ad hoc
committee*