# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC,[1] <br><br>     Debtors. <br><br> National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br><br>     Appellants. <br><br> v. <br><br> Boy Scouts of America, *et al.*, <br><br>     Appellees. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> Lead Case No. 22-cv-01237-RGA <br><br> Consolidated Case Nos. <br> 22-cv-01238-RGA; <br> 22-cv-01239-RGA; <br> 22-cv-01240-RGA; <br> 22-cv-01241-RGA; <br> 22-cv-01242-RGA; <br> 22-cv-01243-RGA; <br> 22-cv-01244-RGA; <br> 22-cv-01245-RGA; <br> 22-cv-01246-RGA; <br> 22-cv-01247-RGA; <br> 22-cv-01249-RGA; <br> 22-cv-01250-RGA; <br> 22-cv-01251-RGA; <br> 22-cv-01252-RGA; <br> 22-cv-01258-RGA; <br> 22-cv-01263-RGA |

## ORDER GRANTING MOTION TO SEAL PORTIONS OF SUPPLEMENTAL APPENDIX TO DEBTORS-APPELLEES' CONSOLIDATED ANSWERING BRIEF

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Upon the *Motion to Seal Portions of Supplemental Appendix to Debtors-Appellees' Consolidated Answering Brief* (the "Motion")[2] for entry of an order authorizing the Debtors to file under seal a portion of the appendix; and the Court having reviewed the Motion and the responses thereto, if any; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are hereby authorized to file volume 6 [D.I. 100] of the appendix under seal and such volume shall be kept under seal.

3. The Debtors are authorized to take all actions necessary to effectuate the relief granted herein.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

SO ORDERED this 16th day of December, 2022

/s/ Richard G. Andrews
United States District Judge

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

11