## **CERTIFICATE OF SERVICE**

      I, Charles J. Brown, III, hereby certify that on December 21, 2022, I caused a copy of the forgoing **Appellant D & V Claimants' Reply Brief** to be filed with the clerk of Court via the CM/ECF system, which will notify all counsel of record for this matter and served via electronic mail.

Dated:  December 21, 2022

                                                                   */s/ Charles J. Brown, III*
                                                                   Charles J. Brown, III (DE 3368)