**CERTIFICATE OF SERVICE**

I, Karl Hill, hereby certify that on December 21, 2022, I caused a copy of the foregoing *Reply Brief of the Liberty Insurers and the Allianz Insurers*, to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case via CM/ECF.

Dated: December 21, 2022  SEITZ, VAN OGTROP & GREEN, P.A

Wilmington, Delaware

*/s/ R. Karl Hill*
R. Karl Hill (DE Bar No. 2747)
222 Delaware Avenue
Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com