December 23, 2022

**VIA CM/ECF**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

Re: *National Union Fire Insurance Co. of Pittsburgh, PA, et al., v. Boy Scouts of America & BSA, LLC*, Case No. 22-cv-01237-RGA

Dear Judge Andrews:

Pursuant to the Court's December 13, 2022 Oral Order, the parties in this consolidated appeal file this joint letter identifying the following proposed issues for oral argument and the proposed allotted time for each issue. The parties have been unable to agree on an allocation of time for the appeal.

**Appellants State:** In light of the significance and complexity of the issues presented in this consolidated appeal, the Appellants (the Certain Insurers, the Allianz and Liberty Insurers, the Lujan Claimants and the Dumas & Vaughn Claimants) request that the Court hear oral argument on all of the issues on appeal, as set forth in issues 1-8 below. With the proposed time allotments, Appellants' proposal is for a total hearing time of five hours.

**Appellees State:** In light of the extensive briefing and the focus of the arguments, the Appellees' proposal is for a 3 hour and 10 minute hearing that limits oral argument to issues 1-3. Alternatively, Appellees suggest that the Court divide time equally between the Appellants and the Appellees for whatever length hearing the Court determines to be appropriate, and the parties will use their time as instructed by the Court or otherwise however they see fit.

**Issues on Appeal:**

1. **Good Faith.** This issue will be addressed by (i) the Certain Insurers, and (ii) BSA and the Plan Supporters. Proposed time: 30 minutes for Appellants; 30 minutes for Appellees.

2. **Assignment of Insurance Contract Rights and Obligations.** This issue will be addressed by (i) the Certain Insurers, and (ii) BSA and the Plan Supporters. Proposed time: 20 minutes for Appellants; 20 minutes for Appellees.

3. **Third Party Releases and Channeling Injunctions (Subject Matter Jurisdiction, Statutory Authority, and Hallmarks/*Master Mortgage*).** These issues will be addressed by (i) the Lujan Claimants and the Dumas & Vaughn Claimants, and (ii) BSA and the Plan

The Honorable Richard G. Andrews
Page 2

Supporters.  Proposed time:  45 minutes for Appellants; 45 minutes for Appellees.

4. **Indirect Abuse Claims & Judgment Reduction.**  These issues will be addressed by (i) the Allianz and Liberty Insurers, and (ii) BSA and the Plan Supporters.  Proposed time: 10 minutes for Appellants; 10 minutes for Appellees.

5. **Treatment of Current and Future Claimants.**  These issues will be addressed by (i) the Dumas & Vaughn Claimants, and (ii) BSA and the Plan Supporters.  Proposed time:  5 minutes for Appellants; 5 minutes for Appellees.

6. **The Insurance Settlements.**  These issues will be addressed by (i) the Lujan Claimants, and (ii) BSA and the Plan Supporters.  Proposed time:  20 minutes for Appellants; 20 minutes for Appellees.

7. **Automatic Stay.**  These issues will be addressed by (i) the Lujan Claimants and (ii) BSA and the Plan Supporters.  Proposed time:  5 minutes for Appellants; 5 minutes for Appellees.

8. **Best Interests of Creditors, Classification, Equal Treatment and Plan Amendment.**  These issues will be addressed by (i) the Lujan Claimants and (ii) BSA and the Plan Supporters.  Proposed time:  15 minutes for Appellants; 15 minutes for Appellees.

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

*/s/Derek C. Abbott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)

1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
 aremming@morrisnichols.com
 ptopper@morrisnichols.com
 tremington@morrisnichols.com
-and-

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
Glenn M. Kurtz (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Email: Jessica.lauria@whitecase.com
 Gkurtz@whitecase.com
-and-
WHITE & CASE LLP
Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 881-5400
Emails: mandolina@whitecase.com
 mlinder@whitecase.com
 laura.baccash@whitecase.com
 blair.warner@whtiecase.com
-and-

FINEMAN KREKSTEIN & HARRIS PC

*/s/Deirdre M. Rickards*
Deirdre M. Richards (No. 4191)
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Email: drichards@finemanlawfirm.com
 -and-
FORAN GLENNON PALANDECH PONZI &
RUDLOFF P.C.
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, IL 60601
Telephone: (312) 863-5000
Email: sgummow@fgppr.com
 -and-
GIBSON, DUNN & CRUTCHER LLP
Michael A. Rosenthal (admitted *pro hac vice*)
Mitchell A. Karlan (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
Seth M. Rokosky (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Email: mrosenthal@gibsondunn.com
mkarlan@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com
srokosky@gibsondunn.com
-and-
GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous Jr.(admitted *pro hac vice*)
Richard Doren (admitted *pro hac vice*)
Blaine H. Evanson (admitted *pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071
Telephone: (213) 229-7000
Email:  tboutrous@gibsondunn.com
rdoren@gibsondunn.com
bevanson@gibsondunn.com

*Attorneys for National Union Fire Insurance
Company of Pittsburgh, PA., Lexington Insurance
Company, Landmark Insurance Company, and*

WHITE & CASE LLP
Ronald K. Gorsich
Doah Kim
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
rgorsich@whitecase.com
doah.kim@whitecase.com

*Attorneys for the Debtors and Debtors in Possession*

TROUTMAN PEPPER HAMILTON
SANDERS LLP

*/s/Marcy J. McLaughlin Smith*
David M. Fournier (No. 2812)
Marcy J. McLaughlin Smith (No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 404.885.3000
david.fournier@troutman.com
marcy.smith@troutman.com
-and-
PARKER, HUDSON, RAINER &
DOBBS LLP
Harris B. Winsberg (*pro hac vice*)
Matthew G. Roberts (*pro hac vice*)
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone: 404.420.4313
Facsimile: 404.522.8409
hwinsberg@phrd.com
mroberts@phrd.com
 -and-
McDERMOTT WILL & EMERY LLP
Margaret H. Warner (*pro hac vice*)
Ryan S. Smethurst (*pro hac vice*)
Alex M. Spisak (*pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531

*The Insurance Company of the State of Pennsylvania*

BODELL BOVE, LLC

*/s/ Bruce W. McCullough*
Bruce W. McCullough (No. 3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: (302) 655-6749
Facsimile:  (302) 655-6827
Email: bmccullough@bodellbove.com
- and -
CLYDE & CO US LLP
Bruce D. Celebrezze (admitted *pro hac vice*)
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:  (415) 365-9800
Facsimile:   (415) 365-9801
Email:  bruce.celebrezze@clydeco.us

Konrad R. Krebs (admitted *pro hac vice*)
340 Mt. Kemble Avenue | Suite 300
Morristown, NJ 07960
Telephone:  (973) 210-6700
Facsimile:   (973) 210-6701
Email:  konrad.krebs@clydeco.us
– and –
DAVID CHRISTIAN ATTORNEYS LLC
David Christian (admitted *pro hac vice*)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Telephone:  312-282-5282
Email:  dchristian@dca.law

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*

4

Telephone: 202.756.8228
Facsimile: 202.756.8087
mwarner@mwe.com
rsmethurst@mwe.com
aspisak@mwe.com

*Attorneys for Allianz Global Risks US
Insurance Company*


TROUTMAN PEPPER HAMILTON
SANDERS LLP

*/s/Marcy J. McLaughlin Smith*
David M. Fournier (No. 2812)
Marcy J. McLaughlin Smith (No. 6184)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 302.777.6500
Facsimile: 302.421.8390
david.fournier@troutman.com
marcy.smith@troutman.com
-and-
PARKER, HUDSON, RAINER & DOBBS
Harris B. Winsberg (*pro hac vice*)
Matthew G. Roberts (*pro hac vice*)
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone: 404.420.4313
Facsimile: 404.522.8409
-and-
BRADLEY RILEY JACOBS PC
Todd C. Jacobs (*pro hac vice*)
John E. Bucheit (*pro hac vice*)
Paul J. Esker (*pro hac vice*)
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone: 312.281.0295
tjacobs@bradleyriley.com
jbucheit@bradleyriley.com
pesker@bradleyriley.com

SMITH, KATZENSTEIN & JENKINS LLP

*/s/Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Email: kmiller@skjlaw.com
-and-
WILEY REIN LLP
Mary E. Borja (admitted *pro hac vice*)
Gary P. Seligman (admitted *pro hac vice*)
Ashley L. Criss (admitted *pro hac vice*)
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
Email:  mborja@wiley.law
gseligman@wiley.law
acriss@wiley.law

*Attorneys for General Star Indemnity Company*


SEITZ, VAN OGTROP & GREEN, P.A

*/s/R. Karl Hill*
R. Karl Hill (No. 2747)
222 Delaware Avenue
Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com
-and-
CHOATE, HALL & STEWART LLP
Douglas R. Gooding (*pro hac vice*)
Jonathan D. Marshall (*pro hac vice*)
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com

-and-

5

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*


POST & SCHELL, P.C.
*/s/Paul Logan*
Paul Logan (No. 3339)
300 Delaware Avenue
Suite 1380
Wilmington, DE  19801
Phone:  (302) 251-8856
E-mail:  plogan@postschell.com
-and-
POST & SCHELL, P.C.
John C. Sullivan (admitted *pro hac vice*)
Kathleen K. Kerns (admitted *pro hac vice*)
Four Penn Center – 13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA  19103
Phone: (215) 587-1000
E-mail: jsullivan@postschell.com
kkerns@postschell.com
-and-
IFRAH PLLC
George R. Calhoun (admitted *pro hac vice*)
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC  20006
Phone:  (202) 840-8758
E-mail:  george@ifrahlaw.com

*Attorneys for Argonaut Insurance Company and Colony Insurance Company*


GOLDSTEIN & MCCLINTOCK LLLP

*/s/Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com
-and-

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO PC
Kim V. Marrkand (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
kvmarrkand@mintz.com
lbstephens@mintz.com

*Counsel to Liberty Mutual Insurance Company, The Ohio Casualty Insurance Company, Liberty Insurance Underwriters, Inc. and Liberty Surplus Insurance Corporation*


SMITH, KATZENSTEIN & JENKINS LLP

*/s/Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, DE  19899 (courier 19801)
302-652-8400
-and-
HANGLEY ARONCHICK SEGAL PUDLIN &
SCHILLER
Ronald P. Schiller (admitted *pro hac vice*)
Matthew A. Hamermesh (admitted *pro hac vice*)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568 6200
(215) 568 0300 facsimile
rschiller@hangley.com
mhamermesh@hangley.com

*Attorneys for Arch Insurance Company*

LOEB & LOEB LLP
Laura McNally (admitted *pro hac vice*)
Emily Stone (admitted *pro hac vice*)
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Attorneys for The Continental Insurance
Company and Columbia Casualty
Company*

DILWORTH PAXSON LLP

*/s/Thaddeus J. Weaver*
Thaddeus J. Weaver (No. 2790)
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031
(302) 571-8867 (telephone)
(302) 655-1480 (facsimile)
tweaver@dilworthlaw.com
-and-
DILWORTH PAXSON LLP
William E. McGrath, Jr. (*pro hac vice*)
2 Research Way, Suite 103
Princeton, NJ  08540
(609) 924-6000 (telephone)
(215) 893-8537 (facsimile)
wmcgrath@dilworthlaw.com

*Attorneys for Munich Reinsurance America,
Inc., formerly known as American Re-Insurance
Company*


WERB & SULLIVAN

*/s/Brain A. Sullivan*
Brian A. Sullivan (No. 2098)
LEGAL ARTS BUILDING
1225 N. King Street
Suite 600
Wilmington, Delaware  19801
Telephone: (302)  652-1100

SMITH, KATZENSTEIN & JENKINS LLP

*/s/Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com
-and-
MOUND COTTON WOLLAN &
GREENGRASS LLP
Lloyd A. Gura (admitted *pro hac vice*)
Pamela J. Minetto (admitted *pro hac vice*)
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com

*Attorneys for Indian Harbor Insurance
Company, on behalf of itself and as successor in
interest to Catlin Specialty Insurance Company*

JOYCE, LLC

*/s/Michael J. Joyce*
Michael J. Joyce, Esquire (No. 4563)
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com
-and-
COUGHLIN MIDLIGE & GARLAND, LLP
Kevin Coughlin, Esquire (*pro hac vice*)
Lorraine Armenti, Esquire (*pro hac vice*)
Michael Hrinewski, Esquire (*pro hac vice*)
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law
- and -

7

Facsimile: (302)  652-1111
Email: bsullivan@werbsullivan.com
-and-
GIEGER LABORDE & LAPEROUSE
LLC
John E.W. Baay II, Esq. (admitted *pro hac vice*)
701 Poydras Street, Suite 4800
New Orleans, LA  70139-
Telephone:  (504) 561-0400
Facsimile: (504) 561-0100
Email: jbaay@glllaw.com
-and-
KIERNAN TREBACH LLP
William H. White Jr., Esq. (*pro hac vice*)
1233 20th Street, NW, 8th Floor
Washington, DC  20036
Direct: 202-712-7042
Fax: 202-712-7100
Email: wwhite@kiernantrebach.com

*Attorneys for Gemini Insurance Company*

MORRIS JAMES LLP

*/s/Stephen M. Miller*
Stephen M. Miller (No. 2610)
Carl N. Kunz, III (No. 3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email:   smiller@morrisjames.com
ckunz@morrisjames.com

- and –

FOX SWIBEL LEVIN & CARROLL LLP
Margaret M. Anderson, Esq. (admitted *pro hac vice*)
Ryan T. Schultz (admitted *pro hac vice*)
Adam A. Hachikian (admitted *pro hac vice*)
Kenneth M. Thomas (admitted *pro hac vice*)
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200

CARRUTHERS & ROTH, P.A.
Britton C. Lewis, Esquire (*pro hac vice*)
John M. Flynn
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC  27401
(336) 478-1146 (Telephone)
(336) 478-1145 (Facsimile)
bcl@crlaw.com
jmf@crlaw.com

*Counsel to Arrowood Indemnity Company*

COZEN O'CONNOR

*/s/Marla S. Benedek*
Marla S. Benedek (No. 6638)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2024
Facsimile: (302) 250-4498
Email: mbenedek@cozen.com

*Counsel to Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company*

REGER RIZZO & DARNALL LLP

*/s/Louis J. Rizzo*
Louis J. Rizzo, Jr., Esquire (No. 3374)
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email: lrizzo@regerlaw.com

*Attorney for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

Facsimile: (312) 224-1201
Email:  panderson@foxswibel.com
rschultz@foxswibel.com
ahachikian@foxswibel.com
kthomas@foxswibel.com

*Counsel for Old Republic Insurance Company*

LOIZIDES, P.A.

*/s/ Christopher D. Loizides*_____
Christopher D. Loizides (No. 3968)
1225 North King Street, Suite 800
Wilmington DE 19801
Phone:  (302) 654-0248
Email:  Loizides@loizides.com
-and-
LUJAN & WOLFF LLP
Delia Lujan Wolff (admitted *pro hac vice*)
Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910
Phone: (671) 477-8064/5
Facsimile: (671) 477-5297
Email:  dslwolff@lawguam.com

*Attorneys for Lujan Claimants*

PACHULSKI STANG ZIEHL
& JONES LLP

*/s/ James E. O'Neill*_
Richard M. Pachulski (admitted *pro hac vice*)
Alan J. Kornfeld (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
Iain A.W. Nasatir (admitted *pro hac vice*)
James E. O'Neill (No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email: rpachulski@pszjlaw.com
akornfeld@pszjlaw.com
dgrassgreen@pszjlaw.com
inasatir@pszjlaw.com
joneill@pszjlaw.com

GELLERT SCALI BUSENKELL & BROWN
LLC

*/s/Charles J. Brow, III*
Charles J. Brown, III (No. 3368)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Telephone: 302-425-5813
Email: cbrown@gsbblaw.com
- and –
DUMAS & VAUGHN, LLC
Gilion C. Dumas, Esq. (admitted *pro hac vice*)
Ashley L. Vaughn (admitted *pro hac vice*)
3835 NE Hancock St., Ste. GL-B
Portland, OR 97212
Phone:  (503) 616-5007
Fax:  (503) 616-5007
Email:  gilion@dumasandvaughn.com

*Attorneys for the D & V Claimants*

BIELLI & KLAUDER, LLC

*/s/ David M. Klauder*_____
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com
-and-
KTBS LAW LLP
Thomas E. Patterson (admitted *pro hac vice*)
Daniel J. Bussel (admitted *pro hac vice*)
Robert J. Pfister (admitted *pro hac vice*)
Sasha M. Gurvitz (admitted *pro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Email: tpatterson@ktbslaw.com
dbussel@ktbslaw.com
rpfister@ktbslaw.com
sgurvitz@ktbslaw.com
*Counsel to each of The Zalkin Law Firm, P.C.
and Pfau Cochran Vertetis Amala PLLC*

*Counsel for the Tort Claimants' Committee*

MONZACK MERSKY & BROWDER, P.A.

*/s/ Rachel B. Mersky*_____
Rachel B. Mersky (No. 2049)
1201 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
Email: RMersky@Monlaw.com
-and-
BROWN RUDNICK LLP
David J. Molton, Esq. (admitted *pro hac vice*)
Eric R. Goodman, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: DMolton@BrownRudnick.com
Email: EGoodman@BrownRudnick.com
-and-
Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: SBeville@BrownRudnick.com
Email: TAxelrod@BrownRudnick.com

*Counsel to the Coalition of Abused Scouts for Justice*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*_____
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kenneth J. Enos (No, 4544)
Ashley E. Jacobs (No. 5635)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
eharron@ycst.com
kenos@ycst.com
ajacobs@ycst.com
-and-
GILBERT LLP
Kami E. Quinn (admitted *pro hac vice* )
Rachel H. Jennings (admitted *pro hac vice* )
Kyle Y. Dechant (admitted *pro hac vice* )
December L. Huddleston (admitted *pro hac vice*)
700 Pennsylvania Ave, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: quinnk@gilbertlegal.com
jenningsr@gilbertlegal.com
dechantk@gilbertlegal.com
huddlestond@gilbertlegal.com

*Counsel to the Future Claimants' Representative*

10

BAYARD, P.A.

/s/Erin R. Fay
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 North King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com
gflasser@bayardlaw.com
-and-
RUGGERI PARKS WEINBERG LLP
James P. Ruggeri (admitted *pro hac vice* )
Joshua D. Weinberg (admitted *pro hac vice* )
1875 K Street, NW, Suite 600
Washington, D.C. 20003
Tel: (202) 469-7750
Email: jrugerri@rugerrilaw.com
jweinberg@ruggerilaw.com
-and-
WILMER CUTLER PICKERING HALE AND
DORR LLP
Philip D. Anker (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8890
Email: philip.anker@wilmerhale.com
-and-
WILMER CUTLER PICKERING HALE AND
DORR LLP
Joel Millar (*pro hac vice* forthcoming)
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Email: joel.millar@wilmerhale.com

*Attorneys for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company*

STAMOULIS & WEINBLATT LLC

/s/ Stamatios Stamoulis
Stamatios Stamoulis (No. 4606)
800 N. West Street, Third Floor
Wilmington, DE 19081
Telephone: (302) 999-1540
Email: stamoulis@swdelaw.com
-and-
O'MELVENY & MYERS LLP
Tancred Schiavoni (admitted *pro hac vice*)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: tschiavoni@omm.com

-and-
O'MELVENY & MYERS LLP
Steve Warren (*pro hac vice* forthcoming)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Email: swarren@omm.com
-and-
O'MELVENY & MYERS LLP
Johnathan D. Hacker (admitted *pro hac vice*)
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5200

*Attorneys for Century Indemnity Company, as successor to CCI Insurance Company as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

STAMOULIS & WEINBLATT LLC

/s/Stamatios Stamoulis
Stamatios Stamoulis (No. 4606)
800 N. West Street, Third Floor
Wilmington, DE 19081
Telephone: (302) 999-1540
Email: stamoulis@swdelaw.com
-and-

11

TYBOUT, REDFEARN & PELL

/s/Robert D. Cecil, Jr.
Robert D. Cecil, Jr. (No. 5317)
501 Carr Road, Suite 300
Wilmington, DE 19809
Telephone: (302) 658-6901
Email: rcecil@trplaw.com
-and-
CROWELL & MORING LLP
Mark D. Plevin (admitted *pro hac vice*)
Kevin D. Cacabelos (admitted *pro hac vice*)
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: mplevin@crowell.com
kcacbelos@crowell.com
-and-
CROWELL & MORING LLP
Tacie H. Yoon (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*)
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Email: tyoon@crowell.com
rjankowski@crowell.com

*Attorneys for Zurich Insurers and Zurich
Affiliated Insurers, American Guarantee
Insurance Company, and Steadfast Insurance
Company*

REED SMITH LLP

/s/ Kurt F. Gwynne
Kurt F. Gwynne (DE Bar No. 3951)
Mark W. Eckard (DE Bar No. 4542)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com
meckard@reedsmith.com
-and-

SIMPSON THACHER & BARTLETT LLP
David Elbaum (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Email:
    david.elbaum@stblaw.com

*Attorneys for Federal Insurance Company and
Westchester Fire Insurance Company*

BALLARD SPAHR LLP

/s/ Matthew G. Summers
Matthew G. Summers (No. 5533)
Chantelle D. McClamb (No. 5978)
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4428
Email: summersm@ballardspahr.com
mcclambc@ballardspahr.com
-and-
STEPTOE & JOHNSON LLP
Harry Lee (*pro hac vice* forthcoming)
John O'Connor (*pro hac vice* forthcoming)
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Email: hlee@steptoe.com
joconnor@steptoe.com

*Attorneys for Clarendon National Company, as
successor in interest by merger to Clarendon
America Insurance Company; River Thames
Insurance Company Limited (as successor in
interest to Unionamerica Insurance Company
Limited, on its own behalf and in turn as
successor to St. Katherine Insurance Company
Limited); and Zurich American Insurance
Company, as successor to Maryland Casualty
Company, Zurich Insurance Company, and
Maryland American General Insurance
Company*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Rachael Ringer (*pro hac vice* forthcoming)
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email: rringer@kramerlevin.com

*Attorneys for the Creditors' Committee*


WOMBLE BOND DICKINSON (US) LLP

*/s/Matthew P. Ward* _____
Matthew P. Ward (No. 4471)
Morgan L. Patterson (No. 5388)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com
-and-
NORTON ROSE FULBRIGHT US LLP
Kristian W. Gluck (*pro hac vice* forthcoming)
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
Email: Kristian.gluck@nortonrosefulbright.com

*Attorneys for JPMorgan Chase Bank., N.A.*

DLA PIPER, LLP (US)

*/s/  R. Craig Martin* _____
R. Craig Martin (No. 5032)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5655
Facsimile: (302) 778-7834
Email: craig.martin@dlapiper.com
-and-
WACHTELL, LIPTON, ROSEN & KATZ
Richard G. Mason (admitted *pro hac vice*)
Douglas K. Mayer (admitted *pro hac vice* )
Joseph C. Celentino (admitted *pro hac vice*)
Mitchell S. Levy (admitted *pro hac vice* )
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Email:  RGMason@wlrk.com
DKMayer@wlrk.com
JCCelentino@wlrk.com
MSLevy@wlrk.com

*Attorneys for Ad Hoc Committee of Local Councils of the Boy Scouts of America*

13