IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> Boy Scouts of America and Delaware BSA, LLC, <br> Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br> Appellants. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br> Appellees. | Case No. 22-cv-01237-RGA |
| Travelers Casualty and Surety Company, Inc. *et al.*, <br> Appellants. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br> Appellees. | Case No. 22-cv-01238-RGA |
| Old Republic Insurance Company, <br><br> Appellant. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br> Appellees. | Case No. 22-cv-01239-RGA |

i

| | |
|---|---|
| General Star Indemnity Company,<br><br>　　　　　　Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>　　　　　　Appellees. | Case No. 22-cv-01240-RGA |
| Indian Harbor Insurance Company,<br><br>　　　　　　Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>　　　　　　Appellees. | Case No. 22-cv-01241-RGA |
| Munich Reinsurance America, Inc.,<br><br>　　　　　　Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>　　　　　　Appellees. | Case No. 22-cv-01242-RGA |
| Arch Insurance Company,<br><br>　　　　　　Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>　　　　　　Appellees. | Case No. 22-cv-01243-RGA |

| | |
|---|---|
| Great American Assurance Company *et al.*,<br><br>Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>Appellees. | Case No. 22-cv-01244-RGA |
| The Continental Insurance Co., *et al.*,<br><br>Appellees.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>Appellees. | Case No. 22-cv-01245-RGA |
| Gemini Insurance Company,<br><br>Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>Appellees. | Case No. 22-cv-01246-RGA |
| Traders and Pacific Insurance Company *et al.*,<br><br>Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>Appellees. | Case No. 22-cv-01247-RGA |

| | |
|---|---|
| D & V Claimants,<br><br>    Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>    Appellees. | Case No. 22-cv-01249-RGA |
| Argonaut Insurance Company *et al.*,<br><br>    Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>    Appellees. | Case No. 22-cv-01250-RGA |
| Arrowood Indemnity Company,<br><br>    Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>    Appellees. | Case No. 22-cv-01251-RGA |
| Liberty Mutual Insurance Company *et al.*,<br><br>    Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>    Appellees. | Case No. 22-cv-01252-RGA |

| | |
|---|---|
| The Lujan Claimants,<br><br>   Appellant.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>   Appellees. | Case No. 22-cv-01258-RGA |
| Allianz Global Risks US Insurance Company *et al.*,<br><br>   Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>   Appellees. | Case No. 22-cv-01263-RGA |

## **ORDER**

Upon application of D & V Claimants and for good cause shown,

**IT IS HEREBY ORDERED** this  11th  day of  January  , 2022, that D & V Claimants may file full copies of Abuse Proofs of Claim (ADV 292-716) and certain Joint Trial Exhibits (ADV 717-25) under seal while filing a redacted version publicly.

            /s/ Richard G. Andrews
            United States District Judge