# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:  BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>   Debtors. | Chapter 11<br><br>Bankruptcy Case No. 20-10343 (LSS) (Jointly Administered)<br><br>Case No. 22-cv-01237-RGA |
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, et al.,<br><br>   Appellants,<br><br>v.<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>   Appellees. | |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

The undersigned hereby certifies that on January 13, 2023, counsel for the Certain Insurers and counsel for Appellees, including Delaware counsel for both sides, met and conferred via telephone with respect to the motion, and counsel for Appellees indicated that they do not consent to the motion.

Dated:     New York, New York
           January 13, 2023

Respectfully Submitted,

/s/ *Deirdre Richards*

| | |
|---|---|
| Theodore J. Boutrous Jr. (*pro hac vice*) | Deirdre M. Richards |
| Richard J. Doren (*pro hac vice*) | (DE Bar No. 4191) |
| Blaine H. Evanson (*pro hac vice*) | FINEMAN KREKSTEIN |
| GIBSON, DUNN & CRUTCHER LLP | & HARRIS PC |
| 333 South Grand Avenue | 1300 N. King Street |
| Los Angeles, California 90071 | Wilmington, DE 19801 |
| tboutrous@gibsondunn.com | Telephone: (302) 538-8331 |
| rdoren@gibsondunn.com | Facsimile: (302) 394-9228 |
| bevanson@gibsondunn.com | drichards@finemanlawfirm.com |
| | |
| Michael A. Rosenthal (*pro hac vice*) | Susan N.K. Gummow |
| Mitchell A. Karlan (*pro hac vice*) | (*pro hac vice*) |
| James Hallowell (*pro hac vice*) | FORAN GLENNON PALANDECH |
| Keith R. Martorana (*pro hac vice*) | PONZI & RUDLOFF P.C. |
| Seth M. Rokosky (*pro hac vice*) | 222 N. LaSalle St., Suite 1400 |
| GIBSON, DUNN & CRUTCHER LLP | Chicago, Illinois 60601 |
| 200 Park Avenue | sgummow@fgppr.com |
| New York, New York 10166 | |
| mrosenthal@gibsondunn.com | |
| mkarlan@gibsondunn.com | |
| jhallowell@gibsondunn.com | |
| kmartorana@gibsondun.com | |
| srokosky@gibsondunn.com | |

*Counsel for National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania*