# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:  BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.<br><hr>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, *et al.*,<br><br>Appellants<br><br>-v.-<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Appellees | Chapter 11<br><br>Bankruptcy Case No. 20-10343-LSS<br><br>(Jointly Administered)<br><br>Case No. 22-cv-01237-RGA |

## CERTIFICATE OF SERVICE

I, Deirdre M. Richards, hereby certify that on January 13, 2023, I caused a copy of the forgoing MOTION OF THE CERTAIN INSURERS TO SUPPLEMENT THE RECORD to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case via CM/ECF.

Dated: January 13, 2023          BY: /s/ *Deirdre M. Richards*
                                     Deirdre M. Richards (DE Bar No. 4191)
                                     FINEMAN KREKSTEIN & HARRIS PC
                                     1300 N. King Street
                                     Wilmington, DE 19801
                                     Telephone: (302) 538-8331
                                     Email: drichards@finemanlawfirm.com

{01865430;v1}

Michael A. Rosenthal (admitted pro hac vice)
Mitchell A. Karlan (admitted pro hac vice)
James Hallowell (admitted pro hac vice)
Keith R. Martorana (admitted pro hac vice)
Seth M. Rokosky (admitted pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: mrosenthal@gibsondunn.com
mkarlan@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

Theodore J. Boutrous (admitted pro hac vice)
Richard J. Doren (admitted pro hac vice)
Blaine H. Evanson (admitted pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7038
Email: rdoren@gibsondunn.com
bevanson@gibsondunn.com

Susan N.K. Gummow (admitted pro hac vice)
FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Email: sgummow@fgppr.com

*Counsel for Appellants National Union Fire Insurance Company of Pittsburgh, PA., Lexington Insurance Company, Landmark Insurance Company, and The Insurance Company of the State of Pennsylvania*

{01865430;v1}