# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>        Debtors. | Chapter 11<br><br>Bankruptcy Case No. 20-10343 (LSS) (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*,<br><br>        Appellants.<br><br>  v.<br><br>Boy Scouts of America and Delaware BSA, LLC, *et al.*,<br><br>        Appellees. | Lead Case No. 22-cv-01237-RGA<br><br>Consolidated Case Nos. 22-cv-01238-RGA; 22-cv-01239-RGA; 22-cv-01240-RGA; 22-cv-01241-RGA; 22-cv-01242-RGA; 22-cv-01243-RGA; 22-cv-01244-RGA; 22-cv-01245-RGA; 22-cv-01246-RGA; 22-cv-01247-RGA; 22-cv-01249-RGA; 22-cv-01250-RGA; 22-cv-01251-RGA; 22-cv-01252-RGA; 22-cv-01258-RGA; 22-cv-01263-RGA |

## JOINDER OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS, PFAU COCHRAN VERTETIS AMALA PLLC AND THE ZALKIN LAW FIRM, P.C. TO THE BSA'S OPPOSITION TO THE CERTAIN INSURERS' MOTION TO SUPPLEMENT THE RECORD

The Official Committee of Tort Claimants appointed in the above-captioned cases, Pfau Cochran Vertetis Amala PLLC's and The Zalkin Law Firm, P.C.'s hereby join in the *BSA'S Opposition to the Certain Insurers' Motion to Supplement*

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*the Record* (the "Opposition") [Docket No. 128] filed on January 27, 2023 and oppose the *Motion of the Certain Insurers to Supplement the Record* [Docket No. 123] for the reasons stated in the Opposition.

Dated:  January 27, 2023           PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (admitted *pro hac vice*)
Alan J. Kornfeld (admitted *pro hac vice*)
Debra I. Grassgreen (admitted *pro hac vice*)
Iain A.W. Nasatir (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email:      rpachulski@pszjlaw.com
               akornfeld@pszjlaw.com
               dgrassgreen@pszjlaw.com
               nasatir@pszjlaw.com
               joneill@pszjlaw.com

*Counsel for the Official Tort Claimants' Committee*

and

BIELLI & KLAUDER, LLC

*/s/ David I. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

-and-

KTBS LAW LLP
Thomas E. Patterson
(admitted *pro hac vice*)
Daniel J. Bussel
(admitted *pro hac vice*)
Robert J. Pfister
(admitted *pro hac vice*)
Sasha M. Gurvitz
(admitted *pro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Email: tpatterson@ktbslaw.com
         dbussel@ktbslaw.com
         rpfister@ktbslaw.com
         sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Bankruptcy Case No. 20-10343 (LSS) (Jointly Administered)<br><br>Lead Case No. 22-cv-01237-RGA |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*,<br><br>　　　　Appellants.<br><br>　v.<br><br>Boy Scouts of America and Delaware BSA, LLC, *et al.*,<br><br>　　　　Appellees. | Consolidated Case Nos. 22-cv-01238-RGA; 22-cv-01239-RGA; 22-cv-01240-RGA; 22-cv-01241-RGA; 22-cv-01242-RGA; 22-cv-01243-RGA; 22-cv-01244-RGA; 22-cv-01245-RGA; 22-cv-01246-RGA; 22-cv-01247-RGA; 22-cv-01249-RGA; 22-cv-01250-RGA; 22-cv-01251-RGA; 22-cv-01252-RGA; 22-cv-01258-RGA; 22-cv-01263-RGA |

## **CERTIFICATE OF COMPLIANCE**

　　The foregoing joinder complies with the word limit set by the Court. A proportionally spaced typeface was used, as follows:

Name of typeface:  Times New Roman
Point size:  14
Line spacing:  Double

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

The total number of words in the brief, excluding the items set forth in Federal Rule of Bankruptcy Procedure 8015(g), is 69.

Date:  January 27, 2023                 */s/ James E. O'Neill*
                                        James E. O'Neill (DE Bar No. 4042)