| | | |
|---|---|---|
| | ## Loizides, p.a. | |
| Christopher D. Loizides<br>*Admitted in DE, PA, NJ, NY and DC* | *The Law Office of Christopher D. Loizides*<br><br>Legal Arts Building<br>1225 King Street, Suite 800<br>Wilmington, DE  19801<br>*TEL: 302-654-0248*<br>*FAX: 302-654-0728*<br>www.loizides.com | *Email:*<br>loizides@loizides.com |

February 7, 2023

**VIA CM/ECF**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

        **Re:** *National Union Fire Insurance Co. of Pittsburgh, PA, et al., v. Boy Scouts of America & BSA, LLC*, **Case No. 22-cv-01237-RGA**

Dear Judge Andrews:

      I am Delaware counsel to the Lujan Claimants in this appeal.  I understand that oral argument is scheduled to proceed this week on February 9 and 10th, with the issues that most directly concern my clients to be heard on February 10th.  My corresponding counsel is Delia Lujan-Wolff, Esq. who is traveling from Guam to attend the argument.  She will be presenting the argument for the Lujan Claimants.

      I am requesting that I be excused from attendance as Ms. Lujan-Wolff will be handling the entirety of the argument for the Lujan Claimants.   In addition, my

attendance would impose some costs on the Lujan Claimants and would be somewhat difficult due to personal circumstance.  More important, as Ms. Lujan-Wolff will be presenting the entirety of the argument, I would not actually be participating.

      That being said, I will of course attend if that is what the Court requires.

      Respectfully,

      /s/ Christopher D. Loizides

      Christopher D. Loizides (No. 3968)