

*Charles J. Brown, III*
*302-425-5813*
*cbrown@gsbblaw.com*

February 8, 2023

<u>VIA E-FILING</u>
The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

  Re: *National Union Fire Insurance Co. of Pittsburgh, PA, et al., v. Boy Scouts of America & BSA, LLC*, Case No. 22-cv-01237-RGA

Dear Judge Andrews:

  I am Delaware counsel to the D & V Claimants in this appeal. Oral argument on the issues that most directly concern my clients is scheduled for February 10, 2023, at 9:00 a.m. My corresponding counsel is Gilion Dumas, Esq., of Dumas & Vaughn, LLC, who is traveling from Oregon to attend the argument. She will be presenting the argument for the D & V Claimants.

  I am requesting to be excused from attendance as Ms. Dumas will be handling the entirety of the argument for the D & V Claimants. In addition, my attendance would impose costs on the D & V Claimants. As Ms. Dumas will be presenting the entirety of the argument, I would not actually be participating.

  I will of course attend the oral argument if that is what the Court requites.

1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DELAWARE 19801
P: 302. 425. 5800 | F: 302. 425. 5814

www.GSBBLAW.com

8 PENN CENTER
1628 JOHN F. KENNEDY BLVD, SUITE 1901
PHILADELPHIA, PENNSYLVANIA 19103
P: 215. 238. 0010 | F: 215. 238. 0016

Judge Andrews
February 8, 2023
Page 2

If Your Honor has any questions, I am available at the convenience of the Court.

Respectfully,

*/s/ Charles J. Brown, III*

Charles J. Brown, III (Bar No. 3368)

cc: Counsel of Record (via ECF)