# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*,<br><br>　　　　　　Appellants.<br><br>　v.<br><br>Boy Scouts of America and Delaware BSA, LLC, *et al.*,<br><br>　　　　　　Appellees. | Lead Case No. 22-cv-01237-RGA<br><br>Consolidated Case Nos.<br>22-cv-01238-RGA;<br>22-cv-01239-RGA;<br>22-cv-01240-RGA;<br>22-cv-01241-RGA;<br>22-cv-01242-RGA;<br>22-cv-01243-RGA;<br>22-cv-01244-RGA;<br>22-cv-01245-RGA;<br>22-cv-01246-RGA;<br>22-cv-01247-RGA;<br>22-cv-01249-RGA;<br>22-cv-01250-RGA;<br>22-cv-01251-RGA;<br>22-cv-01252-RGA;<br>22-cv-01258-RGA;<br>22-cv-01263-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

---

[1]　The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael Stoner of Haynes and Boone, LLP, to represent appellees Boy Scouts of America and Delaware BSA, LLC in the above-captioned matter.

| | |
|---|---|
| Dated: February 9, 2023<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>*/s/ Tori L. Remington*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Tori L. Remington (No. 6901)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>         aremming@morrisnichols.com<br>         ptopper@morrisnichols.com<br>         tremington@morrisnichols.com<br><br>ATTORNEYS FOR APPELLEES BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC |

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____      _____
                                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Texas and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid

☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted

☒ to the Clerk's Office upon the filing of this motion.

Date: February 9, 2023

*/s/ Michael J. Stoner*
Michael J. Stoner
HAYNES & BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX  75219
(214) 651-5000