

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555



December 16, 2022

Judge Andrews,

Thank you for taking this important case. I have previously sent 2 letters to Judge Silverstein and I feel that our stories need to be told. Most of the survivors have waited decades for justice. For most if not all of us we have lost more than we will actually ever know. Dignity and innocence aside we lost being able to trust older kids and adults who were supposed to be leading us while we learn new skills, participate in campouts and jamborees as well as have fun.

I was abused at age 11 and 12 and after this occurred my grades and other issues developed. I was then sent to a military school which was notorious for the same thing. It was closed in 2019, after paying out settlements for abusing children. You can google "St Johns Military School".

There are survivors who are in their 90's and I believe there is one who isn't even 18 yet. In my case this has already been a 3-4 process. I am hopeful that you can help expedite justice. There has not been any collusion. The only intimidation were tactics used by some lawyers and their clients tried to shame us into voting against the plan. We still prevailed. 85.72% of us read through the extensive documents and ballot and chose to approve the plan in which I believe the trust and BSA have a contractual obligation to pay out according to the compensation calculator. In my case I not only had my counsel but I sought input from 2 friends who are attorneys and they helped me make my decision.

Compensation will never cover what I have lost. I am from a small community near ▇▇▇▇. There are 7 of us. The scoutmaster and his sons who abused us ran the troop for over 10 years. I believe there may be as many as 20 or more. I believe in total there are more than the 82,000 that filed claims. I also thank Chubb and The Hartford for stepping up and being the first to commit funds to the trust. I found out yesterday that Chubb has made their first tranche of $200 Million against their $800 million commitment.

I am hopeful that we can get a conclusion that favors us in the next 60-90 days. I am writing another letter to Judge Silverstein to ask her to issue the Effective Date. We as survivors need the trustee to get to work and make offers to survivors. This will tell us that we are getting justice. The appellants need to be shut down and shut out. It is time for AIG, Liberty Mutual, Allianz and the others to follow the lead of Chubb and The Hartford and settle. This needs to happen immediately. As a survivor I would like to know that my fellow survivors and I will see compensation by 3rd quarter of 2023. Time is not on our side as I mentioned before, we have comrades who are in their 80's and 90's. They have waited for justice since before some of us were born.

I am humbly and respectfully asking you to issue Affirmation and make it strong enough there can be no possible appeal to the third circuit. The insurers and other parties need to settle. There is not other acceptable outcome.

Thank you again for helping us conclude our quest for justice.



17 DEC 2022 PM 5 L

802

FOREVER / USA

U.S.M.S.

Honorable Richard Andrews
J Caleb Federal Building
844 N King Street Unit 9 Room 6325
Wilmington Delaware 19801-3555

19801-351999