US District of Delaware

Attention Judge Richard G. Andrews or to whom it may concern.

My name is ▓▓▓▓▓▓▓▓▓. I'm a victim of the BSA litigation. I've been trying to keep up with the progress of this case. Unfortunately I'm one of the victims who joined during all the attorney TV advertising, only because I was unaware that I could do anything prior to. There's a lot of doubt of out of the 82,000 claims who is really a victim. Unfortunately I didn't get a name of my attacker. At the time I was 13 years old shy and a quiet child that held everything in. The only evidence I have to support my statement is my troop number date and time, testimony from my mother dropping me off for the camping trip and the fact that after the camping trip everything in my life went to hell. I went from being a good student to being sent to a special Needs school after that I was placed in a full-time 24/7 program. This was nearly 35 years ago and I guess everybody just assumed I went from being a good student to a bad student for no reason. I don't recall anyone asking me why I was acting the way I did, not that I would tell them anyways because back then that was just a shameful thing to admit.

I fear after waiting what seems like forever for a final decision that I may be portrayed as one of the people faking their claim. This assault has affected and completely ruined my whole life. And now it has ruined my life even more so I'm currently seeking disability unemployed with no income 95% of what I saved I invested in the market and lost it mostly do to the fact of relying on the BSA settlement. Banks were giving out loans against the settlement so I figured it was a sure thing. Because of that it increased my risk factor in investing in the market. My financial situation currently is so grim there's a good possibility I could be homeless. I'm hoping by sending this it'll help in your decision.

Attached is a copy of my statement and aftermath that I sent to my attorney.

Thank you for your time.



RECEIVED JAN 23 2023

- Statement

It was the summer of 1984. I was on a camping trip in ▇▇▇▇. with 4 or 5 other Boy Scout troops. I was from Troop 72 out of ▇▇▇▇. After setting up my tent there was a announcement made by this tall skinny blonde haired guy wearing a beige boy scout shirt and blue jeans. He must have been from one of the other troops because I didn't know him . He was saying that we all need to bury our feces in the rear Woods behind the field and not leave trash because the farmer was nice enough to loan us his field for the weekend. Eventually I had to pee so I took a walk into the rear Woods which the tall skinny blonde haired guy was there watching Scouts which I thought was creepy. So I walked deeper into the woods away from everyone. Started to pee when he walked up beside me. Pulled his penis out acting like he had to pee and started playing with it. He then was coercing me verbally and physically into touching it then after a few minutes of that he push my head down for oral and then anal. Of course I started screaming another Scout member not from my troop I noticed was watching. When I looked at him he took off back to camp. After as we were walking back to camp the man that attacked me mentions to me not to tell anyone else that we both could get in a lot of trouble.

- Aftermath of assault

After the assault when I walked back to camp the boy scout that witnessed the assault was talking to other boy's from my Troop looking at me laughing. I obviously knew what they were talking about. I spent the whole weekend in my tent underwear filled with blood. Deciding whether to tell someone or not and if I did how it would all play out. Although I believed word got out to kids I went to school with anyways. I was completely ashamed and humiliated. I was never asked by any adults. I was broken. Body, Mind and Spirit and no will to push for a better life thereafter. Disconnected from society not able to socialize I was transferred to ▇▇▇▇ in ▇▇▇▇ for kids with special needs. I was there approximately 6 months or so. I was then transferred to a full-time live in facility called ▇▇▇▇ in ▇▇▇▇ I was placed on suicide watch unable to go to the bathroom without being watched. This place put me through hell all because of being a victim of a crime that was to shameful to speak about at the time. If Society was like it is now regarding stuff like that maybe I could have gotten help. ▇▇▇▇ hit the news when I believe at least one child died from improper restraining. I was put in a straight jacket then a body bag and tossed in a padded room because I was upset about my dog dying from being hit by a pickup truck while I was away. Children got hurt quite often there by staff. After that I used substances to try to forget and fell into an addiction that lasted half my life. Times throughout my life where I succeeded trauma and addiction played a part in losing it. blessed to go far in life, I was also now cursed. Got my GED and in 1997 graduated with dual degree's from ▇▇▇▇ and ▇▇▇▇ in computers and electronics. Was placed on a good job upgrading 80% of Fortune 500 servers for Y2K. Company jet at our disposal. I had provisional patents one of which that's now sold globally. All gone due to addiction. Family and friends have important or Powerful positions in life and I've become the black sheep. If the assault didn't take my will and drive from me and cause my addiction I wouldn't have lost my job and I would have pursued the rights on my patents. Spiritually and emotionally broken by the assault and the effect of the addiction suppressing my emotions I couldn't say what I wanted to say or grieve for family & friends that have passed on, which has left a hole in my soul. I tried to forget the assault but I realized since the litigation started it's affected me without me even knowing. That day started a domino effect of mental grief and misery that has caused me to make wrong decisions in life. addiction was a direct result from the assault which has taken so much from me. I'm now as well

disabled from a nearly fatal drug related car accident that I was a passenger in . I have two discs in my back that are burst fractured. clavicles shattered as well as many other bones and Whiplash from head to toe. I'm grateful for this coming forward after many years. But what price can you put on someone's life? I will never get back what I lost or say goodbye to a loved one lost. I'm now 51 free from addiction but still broken in many ways. It feels too late for me to have the normal things in life. but it could give me Financial stability which I should have had anyways. I read on the internet a gentleman represented by silver, Golub and Teitell ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆received a $16.000,000 settlement. He could have been from the same Boy Scout Troop as I and assaulted by the same man as me. Some victims are getting even more than that. I'm being told up to $2.8m at best. When our cases are very similar from what I read. How is that fair? If I hired the same attorney ▆▆▆▆▆ I'm sure I would have been paid by now. For quite a while you told me that all we needed was the judge to rule in favor of the bankruptcy which she has. Then I get a auto deleting video stating we need to wait on the district court which has been known to take up to several years. I need answers. Been more than patient. But now I feel I'm being scammed.

Sincerely ▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆

Ps: Please forgive errors as this was typed on a mobile app.

AttN: Clerks office
Judge Richard G. Andrews
J. Caleb Boggs federal Building
844 North St.
UNit 9 Room 6325
Wilmington, DE 19801-3555