
, Colorado



The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

February 4, 2023

Your Honor,

Thank you for the work you and your staff have done on this landmark case. As a survivor I and the 85.72% of my colleagues feel that we are now headed for Homeplate or the game winning field goal in the Super Bowl. Now I ask you to please Affirm the plan confirmed by Judge Silverstein.

I have waited 40 years for this. In fact, this weekend is the 40th anniversary of when the abuse in my situation began. I am going to be 52 this summer. I have nightmares and a lot of social issues. My abusers weren't just running our local troop but also have had significant ties to our volunteer fire department. My abuse picked up there when I was 19 and a rookie firefighter. I served in the Army and later became a fire investigator and fire marshal. But I have never been able to have good social interactions.

I read some of the letters that are on Omni that were sent to Judge Silverstein. Our stories aren't always aligned but the aftermath is certain. Many will never see justice. We also don't want millions of dollars that some lawyers like Tim Kosnoff promised his clients if they went against us in the vote last year. There is still ongoing intimidation by many parties. Not as bad as the certain insurers though. To this day I cannot understand how AIG was allowed to stay in business after what they did to our economy in 2008. It is time they and the others step up to the plate, withdraw their appeals and fund the settlement trust.



I propose to them the following in exchange for releases:

1. AIG - $1,000,000,000.00
2. Liberty Mutual - $1,000,000,000.00 and the LIMU Emu.
3. Allianz - $600,000,000,000.00

This would make the fund $5 Billion. **IT IS FAIR!!!**

The compensation calculator in my state and case which coincides with the plan is $850,500.00 without aggravators. There are a few. My attorneys believe my case is worth $2,000,000.00.

85.72% of survivors are asking you to rule in favor of affirmation and to make it so strong the circuit court won't allow the certain insurers to go further. We need the trustee to be able to start approving our claims by March 1st. We have waited for too long. We cannot wait any further or watch as our justice goes away because insurance companies believe they are all powerful like cartels.

In my case the attorneys representing me were thorough. I also have found out that there are 7 others from my small community near Denver. None of us were in the BSA at the same time. There may have been twice that. The abusers were involved from 1979-1990. 536 survivors from the Denver council alone.

Again, I thank you for the work you have done on this case. On a side note ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ So I appreciate the work of the federal courts.


Sincerely,

▆▆▆▆▆▆▆



6 FEB 2023   PM 8   L



Honorable Richard G. Andrews
District Judge
J Caleb Boggs Federal Building
844 N KING Street #9 Room 6325
Wilmington Delaware   19801-3555

19801-351975

U.S.M.S.
X-RAY