The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

February 28, 2023

RE: Boy Scouts Case

Your Honor,

I appreciate the hard work you and your staff have done on this case. I am hopeful that you will conform the plan as it sits now. I believe it is fair and equitable. I don't think many survivors will see justice any other way. In my case the scoutmaster whose son was my abuser died in 2019. Though I live in ▇▇▇ I am from a small affluent community called ▇▇▇. It is about ▇▇▇ and ▇▇▇ ▇▇▇ fame graduated a few years before me.

In my case I was abused at age 11 and 12. It caused a lot of issues for me at that time. I was in Special ed after having issues starting at 2 from anesthesia complications during tonsil removal. My grades and all that suffered so much that I was sent to ▇▇▇ for 3 years where this abuse happened so much that beginning in 2007 over 339 lawsuits were filed against the school. I was there from 84-87. The kids at that time didn't have what they had in 2007 to prove the abuse. Social Media and smuggled cell phone footage. The school closed in 2019. You can google ▇▇▇ ▇▇▇ and abuse. The victims lawyers cut so many deals that nothing was available for those from my era. I was working with a lawyer in ▇▇▇ on this when I was referred to a lawyer working on the BSA case.

I have been diagnosed with TBI. For nearly 5 years I was being treated for ALS. I was wrongfully diagnosed. This could be attributed to abuse as well as a head injury while in the Army.

My attorney has been good. They told me how to condense the plan to make my voting decision. I almost didn't get to vote as my package was porch pirated. The law firm couriered a new package to me and I was received the day prior to the vote.

I am frustrated by the more activist lawyers and their clients. You probably know who I am referring to. His clients are on social media attacking other survivors. They want you to not affirm the plan. They say they want $100 billion and want to put the BSA and churches out of business. I don't want that. As much as I have gone through.

My abuse has caused a lifelong set of problems. I am taking advantage of the therapy but my depression, anxiety and medical issues have caused strains with my family, as well as friendships, relationships and well everything.

These would be the questions I have. I realize you can't answer to them to me but just saying you know.

1. Is there not a workable solution to the releases etc so negotiations can continue after affirmation?
2. What can be done to expedite the trustee being able to begin their work?
3. Can the parties that don't settle still be sued?
4. 85.72% of us support the plan. I think even the 73.5% number should have been adequate.

This will be the only opportunity for us to get justice. Liberty Mutual, AIG and Allianz need to pay up and into the settlement trust. $1 Billion for each since they are causing the survivors more pain, suffering and problems. Punitive penalties should apply!

Nothing will take away the pain and issues we have but we do need justice and I feel that this plan is the way to achieve it. The 13% should not be able to influence the outcome.

Thank You Your Honor,

███████████████



Honorable Richard Andrews
J Caleb Boggs Federal Building
844 N King Street unit 18
Room 6325
Wilmington, Delaware
19801-3555

U.S. MAIL
X-RAY

