



20 March 2023

J. Caleb Boggs Federal Building

Attn: The Honorable Judge Richard G. Andrews

844 N. King Street, Unit 9, Room 6325

Wilmington, Delaware 19801

**Re: Boy Scouts of American and Delaware BSA, LLC Case Number 20-10343 (LLS)**

Dear Honorable Judge Richard G. Andrews,

    I would first like to thank the Judges and staff at your courts, The various insurance companies their staff and attorneys. As well as the attorneys that represent, we, the victims of the Boy scout abuse. I would as well like to include the members of the trust fund, the T.C.C., and the investigative staff. My name is ███████████, and I am a survivor of the Boy Scout abuse from Washington States troop ██.

    I was abused in the BSA at the age of 12 in 1978. I was coerced not to say anything to my mother at the time by the scout master the groomed and sexually assaulted me up to the point of near anal penetration. The same leader had convinced my mother that on a camping trip if I acted up, he could use whatever punishment he deemed fit to correct me. Ever since the age of 12, I had wet the bed until my later teen years, failed or near failed at school, cannot have my wife still touch my ass and giving me oral is a trigger. Since the age of 12 until today, I don't trust being around males. Through my army years I do not have photos with my male soldier friend and I cannot even attend a VFW meeting. It un-nerves me being around them as I cannot trust.

    After the Army I tried to fit in and work but could not for some reason. I decided to turn my attention after I retired from the Army to making sure other kids might not be harmed by joining ███████████████████████████ but had to quit, due to other means. This does not mean that I do not support any of such groups. ██████, UBAKA (Urban Bulldogs Against Kid Abuse), Guardians of the Children and Good Fellaz Children Coalition.

    I am not writing this letter like the ones I have seen asking to hurry with compensation. If there is any to give, in time it will happen after the courts and more for most of us. I am writing for the children, Past, present and future in the BSA. It is my understanding that there are an approval for the plan for the future boy scouts to protect the children in all ways. But that is tied up in red tape by the district court and maybe the circuit and supreme court after.

I must remind the courts if they have not remembered it already that **under 18 U.S. Code § 3509 Child victims' and child witnesses' rights (j)** states that the victim of child abuse, even as it progressed to adulthood is due in process for a speedy trial of court proceeding and the courts in this case have taken way too much of the 80,000 victims time by progressing this over 2 - 5 years. The court per this code is "expedite the proceeding and ensure that it takes precedence over any other." As the court is aware, that the definition of a trial is a "a formal examination of evidence before a judge, and typically before a jury, in order to decide guilt in a case of criminal or civil proceedings.' Well this is a formal examination of evidence by you the judge, and the guilt would be decided by the civil case (litigation) against the BSA, so to my understanding that 18 U.S. Code § 3509 still fits and should be expedited above all others.

**Taking Precedence over any other.** This means that every day that goes by in the courts eyes is another day that a now as girl and boy in BSA will get (unprotected by the new plan) groomed, another day that a child will be touched in a "friendly" way that the meaning is for something else, Another lie giving in exchange for secrets, Another fondled by a member of the BSA, Another oral performance one to a BSA Member or on the child, or raped by a pedophile in the scouts. The plan that is just that currently. Words on paper awaiting the outcome of the district court, perhaps the circuit court or the Supreme court. Awaiting 2 – 5 years for a court proceeding or in a way a trial for a plan to be implemented.

It still appears that the greed of the almighty dollar from the Insurance companies over the protection that us as victims (now parents), the courts, the insurance companies, that attorneys are sworn to if not to care for the girls and boys of the past, present and future. Placing the almighty dollar above current and future victims. We the victims of child abuse under the united states code is guaranteed a speedy court case that is delaying.

I am merely asking the court, the insurance companies, the attorneys, the staff of courts and legal teams to think not of their needs, but the needs of the children, the boys, and girls that until this is finished in courts will not be protected by the BSA and its new plan. The children need to be empowered, not have to go through the things that we the victims have gone through. For the children of past, present, and future. I ask and beg all the legal teams, Insurances and Judges to place a end to it and though the right to appeal is in the law, Come to a decision for the kids now and forward. Please.

Thank you for your time and consideration by reading this letter.

Sincerely,



U.S. Army Retired

Paralegal and currently a legal studies and Criminology Student for a B.S degree,

CC:

The Honorable Judge Laurie Silverstein




**PRIORITY MAIL EXPRESS®**

EI 599 778 110 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 60330
Scheduled Delivery Date (MM/DD/YY): 3/22/23
Postage: $28.75

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.*

Date Accepted (MM/DD/YY): 03/20/23
Scheduled Delivery Time: ☒ 6:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 2:38 ☐ AM ☒ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

**TO:** (PLEASE PRINT)   PHONE ( )
J. Caleb Braggs Federal Building
ATTN: Honorable Judge Richard G. Andrews
844 N. King Street, Unit 9, RM 6325
Wilmington, Delaware

ZIP + 4® (U.S. ADDRESSES ONLY): 19801-____

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $28.75

Weight: ___ lbs ___ ozs   ☒ Flat Rate
Acceptance Employee Initials: CB

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

⇨ **PEEL FROM THIS CORNER**

**US AT USPS.COM®**
**FREE SUPPLIES ONLINE**





**UNITED STATES POSTAL SERVICE.**