IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LLS)<br><br>(Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*,<br>　　　　　　Appellants.<br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>　　　　　　Appellees. | Case No. 22-cv-01237-RGA<br><br>(Jointly Consolidated) |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

The undersigned hereby certifies that on March 30, 2023, counsel for the Dums & Vaughn Claimants and counsel for Appellees, including Delaware counsel, met and conferred via telephone and video with respect to the motion, and counsel for Appellees indicated that they do not consent to the motion.

Dated: April 1, 2023

BY: /s/ *Charles J. Brown, III*
Charles J. Brown, III, Esquire (No. 3368)
1201 N. Orange St., 3rd Floor
Wilmington, DE 19801
Phone: (302) 425-5813
Email: cbrown@gsbblaw.com

BY: */s/ Gilion C. Dumas*
Dumas & Vaughn, LLC, *pro hac vice*
3835 NE Hancock Street, Suite GLB
Portland, OR 97212
Telephone: (503) 616-5007
Email: gilion@dumasandvaughn.com

*Counsel to D & V Claimants*