## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC, | Case No. 20-10343 (LLS) |
| Debtors. | (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, Appellants. v. | Case No. 22-cv-01237-RGA (Jointly Consolidated) |
| Boy Scouts of America and Delaware BSA, LLC, Appellees. | |

## **CERTIFICATE OF SERVICE**

I, Charles J. Brown, III, hereby certify that on April 1, 2023, I caused a copy of the forgoing (1) Emergency Motion of the Dumas & Vaughn Claimants for Stay Pending Appeal and a Temporary Stay While the Court Rules on the Motion (2) Statement Pursuant to Local Rule 7.1.1 and (3) Affidavit of Charles J. Brown Regarding Emergency Motion of the Dumas & Vaughn Claimants for Stay Pending Appeal to be served on all registered users of the Court's Case Management/ Electronic Case File ("CM/ECF") in this case via CM/ECF.

Dated: April 1, 2023

BY: /s/ *Charles J. Brown, III*
Charles J. Brown, III, Esquire (No. 3368)
1201 N. Orange St., 3rd Floor
Wilmington, DE 19801
Phone: (302) 425-5813
Email: cbrown@gsbblaw.com

*Counsel to D & V Claimants*