# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC,[1] <br><br>        Debtors. <br><br> National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br><br>        Appellants. <br><br> v. <br><br> Boy Scouts of America, *et al.*, <br><br>        Appellees. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br><br><br> Case No. 22-cv-01237-RGA |

## ORDER APPROVING STIPULATION TO EXTEND WORD LIMITS

Upon consideration of the *Stipulation to Extend Word Limits* (the "Stipulation"), a copy of which is attached hereto **Exhibit A**; and the Court having determined that the relief requested in the Stipulation is in the best interests of the parties to the above-captioned appeal; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1. The Stipulation, attached hereto as **Exhibit A**, is APPROVED, and the terms and conditions of the Stipulation are incorporated in this Order as if fully set forth herein.

2. The word limit for the Debtors' Omnibus Response to Appellants' Stay Motions is extended to a limit of 10,000 words, exclusive of any accompanying supporting documents.

3. The Parties are authorized to take all actions necessary or desirable to effectuate the relief granted pursuant to, and in accordance with, this Order and the Stipulation.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

HONORABLE RICHARD G. ANDREWS  
UNITED STATES DISTRICT JUDGE