IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC,[1] <br><br>     Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br><br>     Appellants. <br><br> v. <br><br> Boy Scouts of America, *et al.*, <br><br>     Appellees. | Case No. 22-cv-01237-RGA |

**ORDER ~~APPROVING~~ DENYING STIPULATION TO EXTEND WORD LIMITS**

Upon consideration of the *Stipulation to Extend Word Limits* (the "Stipulation"), a copy of which is attached hereto **Exhibit A**; and the Court having [FN1] determined that the relief requested in the Stipulation is ~~in the best interests of the parties to the above-captioned appeal~~ unnecessary; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[FN1] The longest of the three emergency motions is 3912 pages.

1. The Stipulation, attached hereto as **Exhibit A**, is NOT APPROVED. ~~and the terms and conditions of the Stipulation are incorporated in this Order as if fully set forth herein.~~

2. The word limit for the Debtors' Omnibus Response to Appellants' Stay Motions is ~~extended to a limit of 10,000~~ 5,200 words, exclusive of any accompanying supporting documents.

3. The Parties are authorized to ~~take all actions necessary or desirable to effectuate the relief granted pursuant to, and in accordance with, this Order and the Stipulation.~~

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: April 4, 2023

_____
HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

2