# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br>    Debtors. <br><br> NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, et al., <br>    Appellants, <br><br>    v. <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br>    Appellees. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343 (LSS) <br> (Jointly Administered) <br><br><br> Case No. 22-cv-01237-RGA |

## REPLY OF THE CERTAIN INSURERS IN FURTHER SUPPORT OF EMERGENCY MOTION FOR STAY PENDING APPEAL AND A TEMPORARY STAY WHILE THE COURT RULES ON THE MOTION

The Certain Insurers hereby submit this reply in further support of their emergency motion for a stay pending appeal and a temporary stay while the Court rules on the motion. The Certain Insurers also request, in the alternative, a short further stay to allow reasonable time for an emergency motion for stay pending appeal to be filed with and considered by the Third Circuit. The motion is fully submitted with this reply, and the Certain Insurers request a ruling from this Court as soon as possible.

1. As the Certain Insurers have explained, they and other appellants have raised many significant issues of public importance in this extraordinary case on which courts have disagreed, and there is a reasonable chance the Third Circuit will rule in their favor with regard to at least some of these issues on appeal. Without a stay, BSA will cause the effective date of its bankruptcy plan to occur immediately after this Court's order is effective, and thereafter seek to deprive the appellants of merits consideration of their appeals by the Third Circuit, causing irreparable harm. BSA admits as much in its omnibus response to appellants' motions.

2. BSA claims the Certain Insurers' appeals are "frivolous" because "two courts" have now ruled on the plan and considered the Certain Insurers' arguments. *See* Opp. at 5-8. But the Third Circuit will exercise plenary review over this Court's ruling, and the Certain Insurers need only show a "reasonable" chance of success on appeal to the Third Circuit, and have done so in their opening papers. Mot. at 3-4.

3. BSA contends that the Certain Insurers will not suffer irreparable harm because they point only to "the mere possibility that [their appeals] may become moot" (Opp. at 13), but contends that all conditions precedent to the plan's effective date, absent a stay, can be satisfied *immediately* and say nothing about the risk that BSA may seek to moot the appeals (Opp. at 2-3; Mot. at 8, 10-11). BSA also makes no attempt to address the litany of cases cited by the Certain Insurers addressing the irreparable harm arising from the potential for mootness (Mot. at 8) and ignores the

significant appeal issues at stake and harm the plan would cause the insurers, in addition to other harm resulting from denying a stay (Mot. at 8). BSA ignores the condition precedent to the Effective Date that no stay request be pending.

4. BSA claims that the public interest weighs "heavily" in favor of denying a stay (Opp. at 17-19) but ignores the extraordinary nature of the issues raised in this case that are likely to recur in mass tort bankruptcies and the importance of the Third Circuit addressing the merits of those issues on appeal (Mot. at 14-15). BSA points to nothing that would justify depriving the Third Circuit of the ability even to *consider* on the merits the issues in this case.

5. BSA will not be irreparably harmed by a stay. The Certain Insurers have made clear that they are amenable to a prompt briefing schedule that will facilitate the efficient resolution of all appeals on a consolidated basis. Indeed, the record in both the bankruptcy court and this Court proves without doubt the Certain Insurers' ability to facilitate the timely briefing and argument of the complex issues presented here. *See* Mot. at 13. BSA speculates that the "average appeal" in the Third Circuit lasts "more than a year." Opp. at 16. That is wrong (*see* https://www.uscourts.gov/data-table-numbers/b-4 (nine to thirteen months)), but in any event, this is not an "average" case—it is extraordinary—and BSA ignores that the Third Circuit is fully capable of considering the appeals on a shorter timeframe when it deems appropriate. *See* 3d Cir. Local Rule 4.1 (Motions to Expedite).

3

6.  And despite raising unsubstantiated fears of supposed liquidity "risk" and a speculative parade of financial horribles, BSA cannot support its assertions that a short delay of several months would cause liquidation of an organization after operating through more than *three years* of bankruptcy proceedings that included well more than ten thousand court filings. It is simply hyperbole to speculate in the face of the record here that BSA "may be forced to liquidate" and that the plan "may never be consummated" if any stay is granted, let alone the short stay that is requested here. *See* Opp. at 15-16; *see also, e.g.*, Whittman Decl. ¶ 14 (contending that BSA's membership "stabilize[d]" after the plan was confirmed). Contributions to the Settlement Trust are fixed, the settlement agreements with the plan supporters remain in effect, with no hint from the settling insurers either that a short stay would cause any party to walk away or that they could do so, and BSA itself has contended that substantial preparatory work on the trust remains to be completed before claims are paid. *See* Mot. at 11-13. The claimants and other plans supporters voted for the plan knowing abuse claims would not be paid for many months, or even years, regardless of a stay. *See* Mot. at 12 (citing A. 2619-2620; Bankr. D.I. 11010 at 5-6, 12). *Compare* Whittman Decl. ¶ 19 (wrongly assuming claimants would be paid immediately).

7.  For substantially the same reasons, BSA's request for a staggering $6.9 billion bond as a condition of a stay is meritless. *See* Opp. at 21-22; Mot. at 13; *see*

*also, e.g.*, Whittman Decl. ¶¶ 6-12, 16-18 (*speculating* about "hypothetical" harms that conceivably could result upon liquidation after a stay of "one to two years"), ¶¶ 11-14 (*assuming* additional expenses and lost donations and membership fees during such a stay).  There is no money judgment against the Certain Insurers here that might require that some bond be posted, and BSA has offered no realistic assessment of its harms that approaches anything near $6.9 billion, let alone a reasonable bond reflecting the minimal costs that could actually arise from a stay.

8.  The Certain Insurers request that this Court act on the motions as soon as practicable.  The automatic stay under Federal Rule of Bankruptcy Procedure 8025 will expire after Tuesday, April 11.  The Court should grant a stay or, at minimum, a temporary stay to allow a reasonable time for emergency motions to be filed with and considered by the Third Circuit without the plan going effective.

9.  Because their appellate rights are at risk, the Certain Insurers respectfully state that, absent a stay, notices of appeal will be filed no later than 12:00 pm ET on Monday, April 10, followed by an expedited stay relief request thereafter in the Third Circuit.

Dated: Wilmington, Delaware
April 7, 2023

                                          Respectfully Submitted,
                                          /s/ Deirdre M. Richards

| | |
|---|---|
| Theodore J. Boutrous Jr. (*pro hac vice*) | Deirdre M. Richards |
| Richard J. Doren (*pro hac vice*) | (DE Bar No. 4191) |
| Blaine H. Evanson (*pro hac vice*) | FINEMAN KREKSTEIN |
| GIBSON, DUNN & CRUTCHER LLP | & HARRIS PC |
| 333 South Grand Avenue | 1300 N. King Street |
| Los Angeles, California 90071 | Wilmington, DE 19801 |
| tboutrous@gibsondunn.com | Telephone: (302) 538-8331 |
| rdoren@gibsondunn.com | Facsimile: (302) 394-9228 |
| bevanson@gibsondunn.com | drichards@finemanlawfirm.com |
| | |
| Michael A. Rosenthal (*pro hac vice*) | Susan N.K. Gummow |
| Mitchell A. Karlan (*pro hac vice*) | (*pro hac vice*) |
| James Hallowell (*pro hac vice*) | FORAN GLENNON PALANDECH |
| Keith R. Martorana (*pro hac vice*) | PONZI & RUDLOFF P.C. |
| Seth M. Rokosky (*pro hac vice*) | 222 N. LaSalle St., Suite 1400 |
| GIBSON, DUNN & CRUTCHER LLP | Chicago, Illinois 60601 |
| 200 Park Avenue | sgummow@fgppr.com |
| New York, New York 10166 | |
| mrosenthal@gibsondunn.com | |
| mkarlan@gibsondunn.com | |
| jhallowell@gibsondunn.com | |
| kmartorana@gibsondun.com | |
| srokosky@gibsondunn.com | |

*Counsel for National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania*

| | |
|---|---|
| /s/ Marcy J. McLaughlin Smith<br>David M. Fournier (DE Bar No. 2812)<br>Marcy J. McLaughlin Smith (DE No. 6184)<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Hercules Plaza<br>1313 Market Street<br>Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: 404.885.3000<br>david.fournier@troutman.com<br>marcy.smith@troutman.com<br><br>-and-<br><br>Harris B. Winsberg (*pro hac vice*)<br>Matthew G. Roberts (*pro hac vice*)<br>PARKER, HUDSON, RAINER & DOBBS LLP<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, GA  30308<br>Telephone: 404.420.4313<br>Facsimile: 404.522.8409<br>hwinsberg@phrd.com<br>mroberts@phrd.com<br><br>-and-<br><br>Margaret H. Warner (*pro hac vice*)<br>Ryan S. Smethurst (*pro hac vice*)<br>Alex M. Spisak (*pro hac vice*)<br>McDERMOTT WILL & EMERY LLP<br>The McDermott Building<br>500 North Capitol Street, NW<br>Washington, DC 20001-1531<br>Telephone: 202.756.8228 | /s/ Marcy J. McLaughlin Smith<br>David M. Fournier (DE Bar No. 2812)<br>Marcy J. McLaughlin Smith (DE No. 6184)<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: 302.777.6500<br>Facsimile: 302.421.8390<br>david.fournier@troutman.com<br>marcy.smith@troutman.com<br><br>-and-<br><br>Harris B. Winsberg (*pro hac vice*)<br>Matthew G. Roberts (*pro hac vice*)<br>PARKER, HUDSON, RAINER & DOBBS LLP<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, GA  30308<br>Telephone: 404.420.4313<br>Facsimile: 404.522.8409<br>hwinsberg@phrd.com<br>mroberts@phrd.com<br><br>-and-<br><br>Todd C. Jacobs (*pro hac vice*)<br>John E. Bucheit (*pro hac vice*)<br>Paul J. Esker (*pro hac vice*)<br>BRADLEY RILEY JACOBS PC<br>500 West Madison Street<br>Suite 1000<br>Chicago, IL 60661<br>Telephone: 312.281.0295<br>tjacobs@bradleyriley.com |

Facsimile: 202.756.8087
mwarner@mwe.com
rsmethurst@mwe.com
aspisak@mwe.com

*Counsel for Allianz Global Risks US Insurance Company*

/s/ Kathleen M. Miller
Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
kmiller@skjlaw.com

Ronald P. Schiller (*pro hac vice*)
Matthew A. Hamermesh (*pro hac vice*)
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
T: (215) 568-6200
F: (215) 568-0300
E: rschiller@hangley.com
mhamermesh@hangley.com

*Counsel for Arch Insurance Company*

jbucheit@bradleyriley.com
pesker@bradleyriley.com

*Counsel for National Surety Corporation and Interstate Fire & Casualty Company*

/s/ Paul Logan
Paul Logan (No. 3339)
POST & SCHELL, P.C.
300 Delaware Avenue, Suite 1380
Wilmington, DE 19801
Telephone: (302) 251-8856
Email: plogan@postschell.com

John C. Sullivan (*pro hac vice*)
Kathleen K. Kerns (*pro hac vice*)
POST & SCHELL, P.C.
Four Penn Center – 13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103
Telephone: (215) 587-1000
jsullivan@postschell.com
kkerns@postschell.com

-and-

George R. Calhoun (*pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Avenue, N.W.
Suite 650
Washington, DC 20006
Telephone: (202) 840-8758
george@ifrahlaw.com

*Counsel for Argonaut Insurance Company and Colony Insurance Company*

/s/ Michael J. Joyce
Michael J. Joyce (No. 4563)
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 388-1944
Email: mjoyce@mjlawoffices.com

-and-

Kevin Coughlin (*pro hac vice*)
Lorraine Armenti (*pro hac vice*)
Michael Hrinewski (*pro hac vice*)
COUGHLIN MIDLIGE &
GARLAND, LLP
350 Mount Kemble Avenue
PO Box 1917
Morristown, NJ 07962
Telephone: (973) 267-0058
Facsimile: 973-267-6442
kcoughlin@cmg.law
larmenti@cmg.law
mhrinewski@cmg.law

-and-

Britton C. Lewis
John M. Flynn
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth Street
P.O. Box 540
Greensboro, NC 27401
Telephone: (336) 478-1146
Facsimile: (336) 478-1145
jmf@crlaw.com
bcl@crlaw.com

*Counsel for Arrowood
Indemnity Company*

/s/ Maria Aprile Sawczuk
Maria Aprile Sawczuk (DE #3320)
GOLDSTEIN & MCCLINTOCK
LLLP
501 Silverside Road
Wilmington, DE 19809
302-444-6710
marias@goldmclaw.com

-and-

Laura McNally (*pro hac vice*)
Emily Stone (*pro hac vice*)
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
312-464-3155
lmcnally@loeb.com
estone@loeb.com

*Counsel for The Continental Insurance
Company and Columbia Casualty
Company*

9

/s/ Brian A. Sullivan
Brian A. Sullivan (No. 2098)
WERB & SULLIVAN
LEGAL ARTS BUILDING
1225 N. King Street
Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Cell: (302) 757-9932
Facsimile: (302) 652-1111
Email: bsullivan@werbsullivan.com

John E.W. Baay II (*pro hac vice*)
GIEGER LABORDE &
LAPEROUOSE, LLC
701 Poydras Street
Suite 4800
New Orleans, LA 70139
Tel.: 504-561-0400
Fax: 504-561-1011
Email: jbaay@glllaw.com

-and-

William H. White Jr (*pro hac vice*)
KIERNAN TREBACH LLP
1233 20th Street, NW
8th Floor
Washington, DC 20036
Tel.: 202-712-7000
Fax: 202-712-7100
Email: wwhite@kiernantrebach.com

*Counsel for Gemini Insurance Company*

/s/ Kathleen M. Miller
Kathleen M. Miller (DE Bar No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Email: kmiller@skjlaw.com

-and-

Mary E. Borja (*pro hac vice*)
Gary P. Seligman (*pro hac vice*)
Ashley L. Criss (*pro hac vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
Email: mborja@wiley.law
gseligman@wiley.law
acriss@wiley.law

*Counsel for General Star Indemnity Company*

/s/ Bruce W. McCullough
Bruce W. McCullough (No. 3112)
BODELL BOVÉ, LLC
1225 N. King Street, Suite 1000
Wilmington, Delaware 19801-3250
Telephone: (302) 655-6749
bmccullough@bodellbove.com

-and-

Bruce D. Celebrezze (*pro hac vice*)
CLYDE & CO US LLP
150 California Street | 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
bruce.celebrezze@clydeco.us

Konrad R. Krebs (*pro hac vice*)
CLYDE & CO US LLP
340 Mt. Kemble Avenue | Suite 300
Morristown, NJ 07960
Telephone: (973) 210-6700
Facsimile: (973) 210-6701
konrad.krebs@clydeco.us

-and-

David Christian (*pro hac vice*)
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 1400
Chicago, Illinois 60602
Telephone: (312) 282-5282
dchristian@dca.law

*Counsel for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a*

/s/ Kathleen M. Miller
Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN
& JENKINS LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
kmiller@skjlaw.com

and

Lloyd A. Gura (*pro hac vice*)
Pamela J. Minetto (*pro hac vice*)
MOUND COTTON WOLLAN & GREENGRASS LLP
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
lgura@moundcotton.com
pminetto@moundcotton.com

 *Counsel for Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company*

11

*Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*

/s/ R. Karl Hill
R. Karl Hill (DE Bar No. 2747)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue
Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-0600
khill@svglaw.com

-and-

CHOATE, HALL & STEWART LLP
Douglas R. Gooding (*pro hac vice*)
Jonathan D. Marshall (*pro hac vice*)
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com

-and-

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC
Kim V. Marrkand (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
kvmarrkand@mintz.com

*Counsel for Liberty Mutual Insurance Company, The Ohio Casualty Insurance Company, Liberty Insurance Underwriters, Inc.*

/s/ Marla S. Benedek
Marla S. Benedek (No. 6638)
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2024
Facsimile: (302) 250-4498
mbenedek@cozen.com

*Counsel for Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company*

*and Liberty Surplus Insurance Corporation*

/s/ Carl N. Kunz, III
Stephen M. Miller (No. 2610)
Carl N. Kunz, III (No. 3201)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile:  (302) 571-1750
smiller@morrisjames.com
ckunz@morrisjames.com

-and-

Margaret M. Anderson (*pro hac vice*)
Ryan T. Schultz (*pro hac vice*)
Adam A. Hachikian (*pro hac vice*)
Kenneth M. Thomas (*pro hac vice*)
FOX SWIBEL LEVIN & CARROLL LLP
200 W. Madison Street, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 224-1200
Facsimile:  (312) 224-1201
panderson@foxswibel.com
rschultz@foxswibel.com
ahachikian@foxswibel.com
kthomas@foxswibel.com

*Counsel for Old Republic Insurance Company*

/s/ Louis J. Rizzo, Jr.
Louis J. Rizzo, Jr. (DE Bar No. 3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike Suite 305
Brandywine Plaza West
Wilmington DE  19803
Telephone: (302) 477-7100
Facsimile: (302) 652-3620
lrizzo@regerlaw.com

*Counsel for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

## CERTIFICATE OF COMPLIANCE

The foregoing reply complies with the type-volume limitation of Federal Rule of Bankruptcy Procedure 8013(f).  A proportionally spaced typeface was used, as follows:

>Name of typeface:  Times New Roman
>Point size:  14
>Line spacing:  Double

The total number of words in the reply, excluding the items set forth in Federal Rule of Bankruptcy Procedure 8015(g), is 1,095.