# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 20-10343-LSS <br><br> (Jointly Administered) |
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, *et al.*, <br><br> Appellants, <br><br> v. <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Appellee. | Case No. 22-cv-01237-RGA |

## CERTIFICATE OF SERVICE

      I, Louis J. Rizzo, Jr., hereby certifies that on April 10, 2023, I caused a copy of the forgoing ***Notice of Appeal to the Unisted States Court of Appeals for the Third Circuit*** to be served upon all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case via CM/ECF.

Dated: April 10, 2023  
Wilmington, Delaware

By:   */s/ Louis J. Rizzo, Jr.*  
      Louis J. Rizzo, Jr., Esquire (DE Bar I.D. #3374)  
      REGER RIZZO & DARNALL LLP  
      1521 Concord Pike  
      Brandywine Plaza West Suite 305  
      Wilmington DE  19803  
      (302)477-7100  
      lrizzo@regerlaw.com

      *Attorney for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company ("Travelers")*