## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br>Debtors. | Chapter 11<br><br>Bankruptcy Case No.<br>20-10343 (LSS)<br><br>(Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*,<br><br>Appellants.<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>Appellees. | District Court Case No.<br>22-cv-01237-RGA |

## CERTAIN INSURERS' STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 6(b)(2)(B) of the Federal Rules of Appellate Procedure, the undersigned Appellants submit the following: (i) statement of issues to be considered on appeal from the District Court's final order; and (ii) designation of items to be included in the record on appeal.

### I.      Statement of Issues to Be Presented On Appeal

Appellants present the following statement of issues to be considered on appeal.

1.      Whether the Plan confirmed by the bankruptcy court impermissibly impairs Appellants' contractual and other rights.

---

[1]     The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2.      Whether the Plan confirmed by the bankruptcy court impermissibly permits the assignment or transfer of rights under the Appellants' contracts, including by not requiring the assignment or transfer of the obligations owed to the Appellants under such contracts.

3.      Whether the Plan confirmed by the bankruptcy court complies with the applicable provisions of Title 11 of the United States Code pursuant to 11 U.S.C. § 1129(a)(1).

4.      Whether the Plan confirmed by the bankruptcy court complies with 11 U.S.C. § 1129(a)(3).

5.      Whether the Plan confirmed by the bankruptcy court provides for a claims allowance process that violates 11 U.S.C. § 502 and related Federal Rules of Bankruptcy Procedure.

6.      Whether the Plan confirmed by the bankruptcy court impermissibly impairs the Appellants' rights under the judgment reduction clause.

## II.      Designations Of Items To Be Included In The Record On Appeal

Appellants submit the following designation of items to be included in the record on appeal, which includes all exhibits, appendices, and/or addenda:

### A.      Bankruptcy Court Docket Entries

| Item | Date Filed/Entered | Bankr. Dkt. No. | Description |
|------|--------------------|-----------------|-------------|
| 1. | 2/18/2020 | 1 | Chapter 11 Voluntary Petition |
| 2. | 3/6/2020 | 147 | National Surety Corporation's Motion (I) for Relief from the Automatic Stay or, in the Alternative, (II) to Extend the Stay |
| 3. | 3/17/2020 | 211 | Limited Objection of Creditors and Parties in Interest to National Surety Corporation's Motion |

2

| 4. | 3/18/2020 | 230 | Certification of Counsel Regarding National Surety Corporation's Motion |
|---|---|---|---|
| 5. | 3/19/2020 | 236 | Agreed Order Granting in Part National Surety Corporation's Motion |
| 6. | 3/1/2021 | 2293 | Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 7. | 3/1/2021 | 2294 | Disclosure Statement for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 8. | 3/1/2021 | 2295 | Motion to Approve Debtors' Motion for Entry of an Order Approving the Disclosure Statement and the Form and Manner of Notice |
| 9. | 4/13/2021 | 2592 | Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 10. | 4/14/2021 | 2594 | Amended Disclosure Statement for the Second Amended Chapter 11 Plan |
| 11. | 4/14/2021 | 2595 | Notice of Filing of Redlines of Plan and Disclosure Statement |
| 12. | 5/06/2021 | 3271 | Great American's Objection to Debtors' Disclosure Statement for Second Amended Chapter 11 Plan |
| 13. | 5/06/2021 | 3278 | Joinder by Travelers Casualty and Surety Company, Inc., to Great American's Objection to Debtors' Disclosure Statement |
| 14. | 5/06/2021 | 3285 | Argonaut Insurance Company's Objection to Debtors' Disclosure Statement |
| 15. | 5/10/2021 | 3523 | The AIG Companies' Objection to Motion for Approval of Debtors' Disclosure Statement |
| 16. | 5/10/2021 | 3549 | The Allianz Insurers' Objection to the |

| | | | Debtors' Disclosure Statement |
|---|---|---|---|
| 17. | 5/10/2021 | 3578 | Objection of Liberty Mutual Insurance Company to the Disclosure Statement |
| 18. | 5/12/2021 | 3740 | Joinder of General Star Indemnity Company to the Allianz Insurers' Objection to the Debtors' Disclosure Statement |
| 19. | 5/12/2021 | 3856 | Century Indemnity Company's Objections to the Debtors' Disclosure Statement |
| 20. | 5/16/2021 | 4107 | Proposed Amendments to Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America |
| 21. | 5/21/2021 | 4716 | Transcript regarding Hearing Held 5/19/2021 Re: Disclosure Statement |
| 22. | 6/18/2021 | 5368 | Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 23. | 6/18/2021 | 5371 | Amended Chapter 11 Combined Plan and Disclosure Statement |
| 24. | 6/17/2021 | 5372 | Notice of Filing of Redlines of Third Amended Plan and Proposed Amendments to Disclosure Statement |
| 25. | 7/1/2021 | 5466 | Motion for Entry of an Order Authorizing The Debtors To Enter Into and Perform under the Restructuring Support Agreement |
| 26. | 7/2/2021 | 5484 | Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 27. | 7/2/2021 | 5485 | Amended Disclosure Statement for Fourth Amended Chapter 11 Plan of Reorganization |
| 28. | 7/2/2021 | 5486 | Notice of Filing of Redlines of Fourth amended Plan and Amended Disclosure |

| | | | |
|---|---|---|---|
| | | | Statement |
| 29. | 7/8/2021 | 5529 | Transcript regarding Hearing Held 7/7/2021 Re: Status Conference |
| 30. | 7/22/2021 | 5684 | Certain Insurers Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into and Perform under the Restructuring Support Agreement |
| 31. | 7/22/2021 | 5707 | [SEALED] Objection to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement |
| 32. | 7/22/2021 | 5708 | [SEALED] Declaration of Daniel Shamah in Support of Century's Objections to Debtors' Motion for Entry of Order Authorizing Debtors to Enter into and Perform under the Restructuring Support Agreement |
| 33. | 7/23/2021 | 5723 | Final Redacted Version of Insurers' Objection to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into and Perform under the Restructuring Support Agreement |
| 34. | 7/26/2021 | 5759 | Debtors Omnibus Reply in Further Support of Debtors' Motion for Entry of an Order Authorizing Debtors to Enter Into and Perform under the Restructuring Support Agreement |
| 35. | 7/26/2021 | 5760 | Supplemental Brief of Coalition of Abused Scouts for Justice, Official Committee of Tort Claimants, and Future Claims Representative In Support of Debtors' Motion for Entry of an Order Authorizing Debtors to Enter Into and Perform under the Restructuring Support Agreement |
| 36. | 8/09/2021 | 5925 | Hartford's Supplement to Objection to |

| | | | |
|---|---|---|---|
| | | | Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement |
| 37. | 8/9/2021 | 5932 | Redacted Version of Supplemental Objection of Century Indemnity to Motion to Authorize Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into and Perform under the Restructuring Support Agreement |
| 38. | 8/9/2021 | 5934 | Certain Excess Insurers' Joinder in Century's Supplemental Objection |
| 39. | 8/9/2021 | 5935 | AIG's Joinder to Century's Supplemental Objection and Partial Joinder to Hartford's Supplemental Objection |
| 40. | 8/11/2021 | 5961 | Debtors' Motion for Leave to file Debtors' Response to Certain Supplemental Objections |
| 41. | 8/17/2021 | 6052 | Certain Insurers' Supplemental Objection to Motion for Approval of Debtors' Disclosure Statement |
| 42. | 8/17/2021 | 6053 | Joinder of Arch Insurance Company to Certain Insurers' Objections |
| 43. | 8/17/2021 | 6055 | The Allianz Insurers' Joinder to the Certain Insurers' Supplemental Objection to Disclosure Statement |
| 44. | 8/17/2021 | 6056 | Certain Excess Insurers' Supplemental Objection to Debtors' Disclosure Statement |
| 45. | 8/17/2021 | 6057 | Joinder and Supplemental Objection of Liberty Mutual Insurance Company to the Disclosure Statement |
| 46. | 8/17/2021 | 6062 | Certain Insurers' Superseding Objections to the Disclosure Statement for Debtors' Fourth Amended Plan |

| 47. | 8/18/2021 | 6083 | Century's Objections to the Debtors' Disclosure Statement |
|---|---|---|---|
| 48. | 8/20/2021 | 6098 | Transcript regarding Hearing Held 8/19/2021 Re: Ruling on RSA Motion |
| 49. | 9/15/2021 | 6212 | Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 50. | 9/16/2021 | 6249 | Debtors' Omnibus Reply in Support of Debtors' Motion for Entry of an Order Approving Disclosure Statement |
| 51. | 9/29/2021 | 6429 | Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 52. | 9/29/2021 | 6430 | Redline of Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 53. | 9/29/2021 | 6431 | Amended Disclosure Statement |
| 54. | 9/30/2021 | 6432 | Redline of the Amended Disclosure Statement |
| 55. | 9/30/2021 | 6436 | Transcript regarding Hearing Held 9/28/2021 Re: Disclosure Statement |
| 56. | 9/30/2021 | 6438 | Order Approving the Disclosure Statement and Notice |
| 57. | 12/18/2021 | 7832 | Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 58. | 12/18/2021 | 7833 | Second Modified Fifth Amended Chapter 11 Plan, and Blackline |
| 59. | 12/18/2021 | 7834 | Second Modified Fifth Amended Chapter 11 Plan, and Blackline |
| 60. | 1/07/2022 | 8190 | The Official Committee of Tort Claimants' Status Report Re: Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 61. | 1/7/2022 | 8210 | Joinder of the Zalkin Law Firm, P.C., et al., to the Official Committee of Tort Claimants' Status Report |

| 62. | 1/11/2022 | 8234 | Debtors' Response to the Official Committee of Tort Claimants' Status Report |
| 63. | 2/4/2022 | 8685 | Munich Reinsurance America, Inc., Joinder to Certain Objections and Separate Objection to the Plan |
| 64. | 2/4/2022 | 8695 | [SEALED] Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan |
| 65. | 2/4/2022 | 8696 | [SEALED] Allianz Insurers' Objection to Second Modified Fifth Amended Chapter 11 Plan |
| 66. | 2/4/2022 | 8697 | [SEALED] Appendix to Certain Insurers Objection |
| 67. | 2/4/2022 | 8698 | [SEALED] Joinder and Objection of Liberty Mutual Insurance Company to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 68. | 2/4/2022 | 8699 | Old Republic Insurance Company Joinder to Objections and Supplemental Objection |
| 69. | 2/4/2022 | 8700 | Joinder by Travelers and Surety Company, Inc., et al., to Allianz Insurers' Objection |
| 70. | 2/5/2022 | 8703 | Joinder of Traders and Pacific Insurance Company to Certain Insurers' Objection |
| 71. | 2/9/2022 | 8763 | Joinder and Objection of Liberty Mutual Insurance Company to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 72. | 2/10/2022 | 8772 | Eleventh Mediator's Report |
| 73. | 2/10/2022 | 8778 | Allianz Insurers' Objection to Second Modified Fifth Amended Chapter 11 Plan |
| 74. | 2/10/2022 | 8785 | Certain Insurers' Statement in Advance of February 11, 2022 Status Conference |

| 75. | 2/11/2022 | 8793 | Proposed Redacted Version of Certain Insurers Objection to Confirmation of Debtors Chapter 11 Plan |
|---|---|---|---|
| 76. | 2/14/2022 | 8811 | Unsealed Joint FCR and Coalition Motion for Entry of an Order Striking Portions of Bates Reports and Precluding Testimony Related to Improper Valuation Opinion |
| 77. | 2/15/2022 | 8812 | Unsealed Version of the Limited Objection of the Tort Claimants' Committee to Findings Related to the Valuation of Abuse Claims |
| 78. | 2/15/2022 | 8813 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 79. | 2/15/2022 | 8814 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization, and Blackline |
| 80. | 2/15/2022 | 8815 | Fourth Amended Plan Supplement |
| 81. | 2/15/2022 | 8816 | Exhibits I-1 and J-1 to Third Modified Fifth Amended Chapter 11 Plan |
| 82. | 2/15/2022 | 8817 | Exhibits I-2, I-3, I-4, and J-2 to Third Modified fifth Amended Chapter 11 Plan |
| 83. | 2/15/2022 | 8819 | Transcript regarding Hearing Held 2/11/2022 Re: Status Conference |
| 84. | 2/15/2022 | 8825 | Supplement to Appendix to Certain Insurers' Objection to Confirmation |
| 85. | 2/16/2022 | 8858 | Amended Proposed Redacted Versions of Certain Insurers Objection to Confirmation of Debtors Chapter 11 Plan and Appendix |
| 86. | 2/25/2022 | 9009 | Transcript regarding Hearing Held 2/24/2022 Re: Status Conference |
| 87. | 2/25/2022 | 9033 | Certain Insurers Supplemental Objection to Confirmation of Plan |

| 88. | 3/2/2022 | 9097 | Fifth Amended Plan Supplement |
|---|---|---|---|
| 89. | 3/2/2022 | 9101 | [SEALED] Certain Insurers' Opposition to Limited Objection of the Tort Claimants' Committee and Joint FCR and Coalition Motion Regarding Expert Reports and Valuation Opinions |
| 90. | 3/2/2022 | 9104 | [SEALED] Declaration of Betty X. Yang in Support of Certain Insurers' Opposition |
| 91. | 3/3/2022 | 9118 | Debtors' Response to the Joint FCR and Coalition Motion and Objection |
| 92. | 3/3/2022 | 9136 | Transcript regarding Hearing Held 3/2/2022 Re: Motions in Limine |
| 93. | 3/7/2022 | 9177 | Unsealed Versions of Certain Insurers' Opposition and Declaration |
| 94. | 3/9/2022 | 9252 | Transcript regarding Hearing Held 3/8/2022 Re: Pretrial Conference |
| 95. | 3/10/2022 | 9273 | Declaration of Bruce Griggs |
| 96. | 3/10/2022 | 9274 | Declaration of Michael Burnett |
| 97. | 3/10/2022 | 9275 | Supplemental Declaration of Catherine Nownes-Whitaker |
| 98. | 3/11/2022 | 9279 | Declaration of Devang Desai |
| 99. | 3/11/2022 | 9280 | Declaration of Brian Whittman |
| 100. | 3/12/2022 | 9309 | Declaration of Adrian Azer |
| 101. | 3/13/2022 | 9311 | Certain Insurers' Evidentiary Objections to Witness Declarations |
| 102. | 3/14/2022 | 9316 | Declaration of William S. Sugden |
| 103. | 3/14/2022 | 9317 | Declaration of Makeda Murray |
| 104. | 3/15/2022 | 9337 | Objection of Certain Insurers to the Declaration of Adrian Azer |
| 105. | 3/15/2022 | 9339 | Debtors' Response to the Certain Insurers' Evidentiary Objection to Declaration of Bruce Griggs |

| 106. | 3/15/2022 | 9341 | Transcript regarding Hearing Held 3/14/2022 RE: Confirmation (Day 1). |
| 107. | 3/16/2022 | 9348 | Debtors' Response to Objection of the Certain Insurers to the Declaration of Adrian Azer |
| 108. | 3/16/2022 | 9354 | Transcript regarding Hearing Held 3/16/2022 RE: Confirmation (Day 2). |
| 109. | 3/17/2022 | 9368 | Certain Insurers' Evidentiary Objections to Witness Declarations |
| 110. | 3/17/2022 | 9388 | Declaration of Charles E Bates |
| 111. | 3/18/2022 | 9389 | Transcript regarding Hearing Held 3/16/2022 RE: Confirmation (Day 3). |
| 112. | 3/18/2022 | 9391 | Debtors' Response to Certain Insurers' Evidentiary Objections |
| 113. | 3/19/2022 | 9395 | Declaration of James L. Patton, Jr. |
| 114. | 3/19/2022 | 9396 | Declaration of Aaron Lundberg |
| 115. | 3/19/2022 | 9397 | Declaration of Catherine Nownes-Whitaker |
| 116. | 3/19/2022 | 9398 | Declaration of Nancy Gutzler |
| 117. | 3/19/2022 | 9400 | Declaration of Jessica Horewitz |
| 118. | 3/19/2022 | 9401 | Declaration of Paul Rytting |
| 119. | 3/20/2022 | 9402 | Certain Insurers' Evidentiary Objections to Witness Declarations |
| 120. | 3/21/2022 | 9403 | Debtors' Response to Certain Insurers' Evidentiary Objections |
| 121. | 3/21/2022 | 9404 | Certain Insurers' Evidentiary Objections to Witness Declarations |
| 122. | 3/21/2022 | 9406 | Transcript Regarding Hearing Held 3/18/2022 RE: Confirmation (Day 4). |
| 123. | 3/21/2022 | 9407 | Transcript Regarding Hearing Held 3/18/2022 RE: Confirmation (Day 5). |
| 124. | 3/21/2022 | 9408 | Transcript Regarding Hearing Held |

| | | | 03/17/2022 RE: Confirmation Hearing. |
|---|---|---|---|
| 125. | 3/21/2022 | 9409 | Transcript Regarding Hearing Held 03/18/2022 RE: Confirmation Hearing. |
| 126. | 3/21/2022 | 9411 | Agreed Order Regarding Certain Insurers' Motions in Limine |
| 127. | 3/22/2022 | 9426 | Certain Insurers' Evidentiary Objections to Witness Declarations |
| 128. | 3/22/2022 | 9428 | Future Claimants' Representative's Response to Certain Insurers' Evidentiary Objections |
| 129. | 3/22/2022 | 9429 | Debtors' Response to Certain Insurers' Evidentiary Objections |
| 130. | 3/23/2022 | 9446 | Declaration of Andrew Hammond |
| 131. | 3/23/2022 | 9449 | Declaration of Paul Rytting |
| 132. | 3/23/2022 | 9454 | Transcript Regarding Hearing Held 3/21/2022 RE: Confirmation (Day 6). |
| 133. | 3/23/2022 | 9455 | Transcript Regarding Hearing Held 3/22/2022 RE: Confirmation (Day 7). |
| 134. | 3/24/2022 | 9481 | Declaration of Jason P. Amala |
| 135. | 3/25/2022 | 9482 | Transcript Regarding Hearing Held 3/23/2022 RE: Confirmation (Day 8). |
| 136. | 3/25/2022 | 9490 | Transcript Regarding Hearing Held 03/24/22 RE: Confirmation (Day 9). |
| 137. | 3/25/2022 | 9491 | Declaration of Tancred Schiavoni |
| 138. | 3/28/2022 | 9497 | Transcript Regarding Hearing Held 03/25/2022 RE: Trail. |
| 139. | 3/29/2022 | 9507 | Declaration Concerning Certification of Records by Liberty Mutual |
| 140. | 3/29/2022 | 9508 | Stipulation Between Debtors, Century, Hartford, Zurich, and Clarendon |
| 141. | 3/29/2022 | 9509 | Stipulation Between Debtors, Settling Insurers, and Certain Insurers Regarding Admissibility of Insurance Policies |

| 142. | 3/30/2022 | 9517 | Transcript Regarding Hearing Held 03/28/2022 RE: Confirmation (Day 11). |
|------|-----------|------|------------------------------------------------------------------------|
| 143. | 3/30/2022 | 9529 | Stipulation Between Debtors and Certain Insurers Regarding Admission of Insurance Policies |
| 144. | 3/31/2022 | 9530 | Transcript Regarding Hearing Held 3/29/2022 RE: Confirmation (Day 12). |
| 145. | 4/1/2022 | 9544 | Transcript Regarding Hearing Held 3/29/2022 RE: Confirmation (Day 13). |
| 146. | 4/4/2022 | 9562 | Transcript Regarding Hearing Held 3/30/2022 RE: Confirmation (Day 13). |
| 147. | 4/4/2022 | 9563 | Transcript Regarding Hearing Held 3/31/2022 RE: Confirmation (Day 14). |
| 148. | 4/4/2022 | 9564 | Transcript Regarding Hearing Held 4/1/2022 RE: Confirmation (Day 15). |
| 149. | 4/4/2022 | 9576 | Stipulation Between Debtors and Certain Insurers Regarding Admissibility of Exhibits |
| 150. | 4/5/2022 | 9578 | Transcript Regarding Hearing Held 4/4/2022 RE: Confirmation (Day 16). |
| 151. | 4/5/2022 | 9591 | Stipulation Between Debtors and Lujan Claimants Regarding Admissibility of Exhibits |
| 152. | 4/5/2022 | 9594 | Sixth Amended Plan Supplement |
| 153. | 4/8/2022 | 9616 | Transcript Regarding Hearing Held 4/6/2022 RE: Confirmation (Day 17). |
| 154. | 4/13/2022 | 9638 | Transcript Regarding Hearing Held 4/7/2022 RE: Confirmation (Day 18). |
| 155. | 4/13/2022 | 9639 | Transcript Regarding Hearing Held 4/11/2022 RE: Confirmation (Day 19). |
| 156. | 4/14/2022 | 9646 | Transcript Regarding Hearing Held 4/12/2022 RE: Confirmation (Day 20). |
| 157. | 4/14/2022 | 9648 | Transcript Regarding Hearing Held 4/13/2022 RE: Confirmation (Day 21). |

| 158. | 4/18/2022 | 9656 | Transcript Regarding Hearing Held 4/14/2022 RE: Confirmation (Day 22). |
|---|---|---|---|
| 159. | 4/20/2022 | 9673 | Order Regarding Stipulation |
| 160. | 4/20/2022 | 9674 | Order Regarding Stipulation |
| 161. | 4/20/2022 | 9675 | Order Regarding Stipulation |
| 162. | 4/20/2022 | 9676 | Order Regarding Stipulation |
| 163. | 4/20/2022 | 9677 | Order Regarding Stipulation |
| 164. | 4/21/2022 | 9689 | Statement Regarding Closing Argument of Liberty Mutual Insurance Company |
| 165. | 4/21/2022 | 9690 | Letter from Claimants Regarding Liberty Mutual's Objection |
| 166. | 4/22/2022 | 9696 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) |
| 167. | 4/22/2022 | 9697 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications), and Blackline |
| 168. | 4/22/2022 | 9798 | Seventh Amended Plan Supplement |
| 169. | 4/22/2022 | 9699 | Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications), and Blackline |
| 170. | 4/27/2022 | 9746 | Certain Insurers' Letter Response |
| 171. | 7/29/2022 | 10136 | Opinion |
| 172. | 8/12/2022 | 10188 | Debtors' Motion to Amend and Supplement Findings of Fact and Conclusions of Law in Confirmation Opinion |
| 173. | 8/15/2022 | 10192 | Certain Insurers' Objection to Debtors' Motion to Shorten Notice |
| 174. | 8/19/2022 | 10215 | Transcript Regarding Hearing Held |

| | | | 8/18/2022 |
|---|---|---|---|
| 175. | 8/24/2022 | 10247 | Certain Insurers' Objection to Motion to Amend and Supplement The Findings of Fact and Conclusions of Law |
| 176. | 8/29/2022 | 10258 | Debtors' Omnibus Reply in Support of Debtors Motion to Amend and Supplement Findings of Fact and Conclusions of Law |
| 177. | 8/29/2022 | 10259 | Joint Reply of Tort Claimants' Committee, Coalition of Abused Scouts for Justice, Pfau Cochran Vertetis Amala PLLC and Zalkin Law Firm, PC. And the Future Claimants Representative to Certain Insurers' Objection |
| 178. | 8/29/2022 | 10262 | Chapter 11 Plan of Reorganization Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) |
| 179. | 8/29/2022 | 10265 | Notice of Filing of Revised Supplemental Findings of Fact and Conclusions of Law |
| 180. | 9/2/2022 | 10288 | Transcript Regarding Hearing Held 9/1/2022 |
| 181. | 9/6/2022 | 10295 | Notice of Filing of Further Revised Supplemental Findings of Fact and Conclusions of Law |
| 182. | 9/6/2022 | 10296 | Chapter 11 Plan of Reorganization // Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications |
| 183. | 9/6/2022 | 10297 | Notice of Filing of Blackline of Conformed Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 184. | 9/7/2022 | 10304 | Letter from The Hon. Judge Silverstein re: Language for Paragraph 51(b) |

| 185. | 9/8/2022 | 10316 | Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) |
| 186. | 9/8/2022 | 10317 | Transcript Regarding Hearing Held 9/7/2022 |
| 187. | 9/21/2022 | 10378 | Notice of Appeal filed by National Union Fire Insurance Company of Pittsburgh, PA, *et al.* |
| 188. | 9/21/2022 | 10379 | Notice of Appeal filed by Travelers Casualty and Surety Company, Inc., *et al.* |
| 189. | 9/21/2022 | 10382 | Notice of Appeal filed by Continental Insurance Company, *et al.* |
| 190. | 9/21/2022 | 10384 | Notice of Appeal filed by Allianz Global Risks US Insurance Company, *et al.* |
| 191. | 9/21/2022 | 10386 | Notice of Appeal filed by Argonaut Insurance Company and Colony Insurance Company |
| 192. | 9/21/2022 | 10388 | Notice of Appeal filed by Arrowood Indemnity Company |
| 193. | 9/21/2022 | 10391 | Notice of Appeal filed by Liberty Mutual Insurance Company, *et al.* |
| 194. | 9/21/2022 | 10392 | Notice of Appeal filed by Old Republic Insurance Company |
| 195. | 9/21/2022 | 10393 | Notice of Appeal filed by General  Star Indemnity Company |
| 196. | 9/21/2022 | 10396 | Notice of Appeal filed by Indian Harbor Insurance Company |
| 197. | 9/21/2022 | 10398 | Notice of Appeal filed by Munich Reinsurance Company America, Inc. |
| 198. | 9/21/2022 | 10401 | Notice of Appeal filed by Arch |

| | | | Insurance Company |
|---|---|---|---|
| 199. | 9/21/2022 | 10403 | Notice of Appeal filed by Great American Assurance Company, *et al.* |
| 200. | 9/21/2022 | 10405 | Notice of Appeal filed by Gemini Insurance Company |
| 201. | 9/21/2022 | 10407 | Notice of Appeal filed by Traders and Pacific Insurance Company, *et al.* |

### B.      District Court Docket Entries

| Consolidated Appeal: *National Union Fire Insurance Co. of Pittsburgh PA et al. v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01237-RGA[2] | | | |
|---|---|---|---|
| **Item** | **Date Filed/Entered** | **Dis. Ct. Dkt. No.** | **Description** |
| 202. | 9/22/2022 | 1 | Notice of Appeal |
| 203. | 9/22/2022 | 2 | Notice of Docketing |
| 204. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 205. | 10/3/2022 | 5 | Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal |
| 206. | 10/4/2022 | 6 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of Appellees |
| 207. | 10/6/2022 | 15 | Joint Designation of Additional Items to |

[2] National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania were original appellants in case number 22-cv-01237.  On October 17, 2022, their appeal was procedurally consolidated with appeals of other insurers and certain claimant groups, with the Court directing that "[a]ll further filings with this Court will be docketed under the Master Case Number." *See* Order Granting Motion, *National Union Fire Ins. Co. of Pittsburgh PA, et al. v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01237-RGA (D. Del.) (Dkt. No. 22). Designated filings in other appeals by insurers prior to consolidation are set forth below.

| | | | Be Included in the Record on Appeal |
|---|---|---|---|
| 208. | 10/17/2022 | 21 | [PROPOSED] Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC, and Stipulation Regarding Appeals from Order Confirming Plan or Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 209. | 10/17/2022 | 22 | Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 210. | 11/07/2022 | 43 | Appellant's Brief by Liberty and Allianz Insurers |
| 211. | 11/07/2022 | 45 | Appellant's Brief by Certain Insurers |
| 212. | 11/07/2022 | 47 | Notice of Filing Hard Drive Containing Appendix of Certain Insurers |
| 213. | 11/14/2022 | 55 | Hard Drive Containing Appendix of Certain Insurers |
| 214. | 12/7/2022 | 66 | Appellee's Brief by BSA |
| 215. | 12/7/2022 | 67 | Appellee's Brief by Ad Hoc Committee of Local Councils of the Boy Scouts of America |
| 216. | 12/7/2022 | 69 | Appendix of Ad Hoc Committee of Local Councils of the Boy Scouts of America |
| 217. | 12/7/2022 | 81 | Appellee's Brief by FCR |
| 218. | 12/7/2022 | 85 | Appendix of FCR |
| 219. | 12/7/2022 | 86 | Appellee's Brief by First State Insurance Company, Hartford Accident and Indemnity Company, Navigators Specialty Insurance Company, Twin City Fire Insurance Company |

| 220. | 12/7/2022 | 88 | Compendium of Unreported Decisions |
|---|---|---|---|
| 221. | 12/7/2022 | 89 | Appellee's Brief by Coalition, Pfau Cochran Vertetis Amala PLLC, the Zalkin Law Firm, P.C., and the TCC |
| 222. | 12/9/2022 | 95 | Appendix of BSA: Volume 1 |
| 223. | 12/9/2022 | 96 | Appendix of BSA: Volume 2 |
| 224. | 12/9/2022 | 97 | Appendix of BSA: Volume 3 |
| 225. | 12/9/2022 | 98 | Appendix of BSA: Volume 4 |
| 226. | 12/9/2022 | 99 | Appendix of BSA: Volume 5 |
| 227. | 12/14/2022 | 103 | Notice of Filing Multimedia Materials |
| 228. | 12/14/2022 | 104 | [PROPOSED] Order Approving Stipulation Regarding Designation of Certain Items to be Included in the Record on Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8009(e) |
| 229. | 12/14/2022 | 105 | Multimedia Documents |
| 230. | 12/14/2022 | 106 | Order Approving Stipulation Regarding Designation of Certain Items to be Included in the Record on Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8009(e) |
| 231. | 12/21/2022 | 109 | Reply Brief by Certain Insurers |
| 232. | 12/21/2022 | 111 | Reply Brief by Allianz and Liberty Insurers |
| 233. | 12/23/2022 | 115 | Letter to Hon. Richard G. Andrews regarding oral argument |
| 234. | 1/4/2023 | 118 | [REDACTED] Appendix of BSA: Volume 6. |
| 235. | 1/05/2023 | 120 | Oral Order Regarding Redactions |
| 236. | 1/10/2023 | 121 | Oral Order Regarding Argument |
| 237. | 1/13/2023 | 123 | Motion of the Certain Insurers to Supplement the Record |

| 238. | 1/13/2023 | 124 | Notice of Filing Multimedia Materials |
|---|---|---|---|
| 239. | 1/17/2023 | 125 | Multimedia Document |
| 240. | 1/19/2023 | 127 | Official Transcript of Scheduling Conference held on 10/7/22 before Judge Richard G. Andrews. |
| 241. | 1/27/2023 | 128 | Boy Scouts of America's Opposition to the Certain Insurers' Motion to Supplement the Record |
| 242. | 1/27/2023 | 129 | Joinder of the Official Committee of Tort Claimants, Pfau Cochran Vertetis Amala PLLC, and the Zalkin Law Firm, P.C. to the BSA's Opposition to the Certain Insurers' Motion to Supplement the Record |
| 243. | 2/1/2023 | 130 | Letter to Hon. Richard G. Andrews Regarding Third Circuit Decision |
| 244. | 2/2/2023 | 131 | Letter to Hon. Richard G. Andrews Regarding Third Circuit Decision |
| 245. | 2/3/2023 | 132 | Reply of the Certain Insurers in Further Support of Motion to Supplement the Record |
| 246. | 3/7/2023 | 144 | Official Transcript of Oral Argument held on 2/9/23 before Judge Richard G. Andrews |
| 247. | 3/7/2023 | 145 | Official Transcript of Oral Argument held on 2/10/23 before Judge Richard G. Andrews |
| 248. | 3/28/2023 | 150 | Opinion |
| 249. | 3/28/2023 | 151 | Order |
| 250. | 3/31/2023 | 152 | Emergency Motion for Stay |
| 251. | 3/31/2023 | 153 | Affidavit of Deirdre M. Richards |
| 252. | 4/4/2023 | 162 | Oral Order |
| 253. | 4/6/2023 | 164 | Response to Emergency Motion |

| 254. | 4/6/2023 | 165 | Declaration of Brian Whittman |
|------|----------|-----|-------------------------------|
| 255. | 4/6/2023 | 166 | Declaration of Stephen Ehmann |
| 256. | 4/6/2023 | 167 | Declaration of David Stern |
| 257. | 4/6/2023 | 168 | Declaration of Evan Smola |
| 258. | 4/6/2023 | 169 | Declaration of Irwin Zalkin |
| 259. | 4/6/2023 | 170 | Declaration of Peter Janci |
| 260. | 4/6/2023 | 171 | Declaration of Patrick Stoneking |
| 261. | 4/6/2023 | 172 | Declaration of Paul Mones |
| 262. | 4/6/2023 | 173 | Declaration of Jordan Merson |
| 263. | 4/7/2023 | 174 | Reply to Emergency Motion |
| 264. | 4/10/2023 | 178 | Notice of Appeal filed by Liberty Insurance Underwriters Inc., et al. |
| 265. | 4/10/2023 | 180 | Notice of Appeal filed by Columbia Casualty Co., et al. |
| 266. | 4/10/2023 | 181 | Notice of Appeal filed by Landmark Insurance Company, et al. |
| 267. | 4/10/2023 | 182 | Notice of Appeal filed by Indian Harbor Insurance Company |
| 268. | 4/10/2023 | 183 | Notice of Appeal filed by Old Republic General Insurance Group |
| 269. | 4/10/2023 | 184 | Notice of Appeal filed by Travelers Casualty and Surety Company, Inc. |
| 270. | 4/10/2023 | 185 | Notice of Appeal filed by Great American Assurance Company, et al. |
| 271. | 4/10/2023 | 186 | Notice of Appeal filed by Allianz Global Risks US Insurance Company, et al. |
| 272. | 4/10/2023 | 187 | Notice of Appeal filed by Argonaut Insurance Company, et al. |
| 273. | 4/10/2023 | 188 | Notice of Appeal filed by Gemini Insurance Company |

| 274. | 4/10/2023 | 189 | Notice of Appeal filed by General Star Indemnity Company |
| 275. | 4/10/2023 | 190 | Notice of Appeal filed by Arrowood Indemnity Company |
| 276. | 4/10/2023 | 191 | Notice of Appeal filed by Endurance American Insurance Company, et al. |
| 277. | 4/11/2023 | 193 | Memorandum Order |

| Pre-Consolidated Appeal: *Travelers Casualty and Surety Company, Inc. et al. v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01238-RGA | | | |
|---|---|---|---|
| **Item** | **Date Filed/Entered** | **Dis. Ct. Dkt. No.** | **Description** |
| 278. | 9/22/2022 | 1 | Notice of Appeal |
| 279. | 9/22/2022 | 2 | Notice of Docketing |
| 280. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 281. | 10/03/2022 | 5 | Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal |
| 282. | 10/04/2022 | 6 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of Appellees |
| 283. | 10/06/2022 | 11 | Joint Designation of Additional Items to Be Included in the Record on Appeal |
| 284. | 10/17/2022 | 12 | [PROPOSED] Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC, and Stipulation Regarding Appeals from Order Confirming Plan or Reorganization of Boy Scouts of America and Delaware BSA, LLC |

| 285. | 10/17/2022 | 13 | Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |

**Pre-Consolidated Appeal:** ***Old Republic Insurance Company v. Boy Scouts of America and Delaware BSA, LLC***, No. 22-cv-01239-RGA

| Item | Date Filed/Entered | Dis. Ct. Dkt. No. | Description |
|------|--------------------|--------------------|-------------|
| 286. | 9/22/2022 | 1 | Notice of Appeal |
| 287. | 9/22/2022 | 2 | Notice of Docketing |
| 288. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 289. | 10/03/2022 | 5 | Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal |
| 290. | 10/04/2022 | 7 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of Appellees |
| 291. | 10/06/2022 | 13 | Joint Designation of Additional Items to Be Included in the Record on Appeal |
| 292. | 10/17/2022 | 14 | [PROPOSED] Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC, and Stipulation Regarding Appeals from Order Confirming Plan or Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 293. | 10/17/2022 | 15 | Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware |

| | | | BSA, LLC |
|---|---|---|---|
| Pre-Consolidated Appeal: *General Star Indemnity Company v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01240-RGA | | | |
| **Item** | **Date Filed/Entered** | **Dis. Ct. Dkt. No.** | **Description** |
| 294. | 9/22/2022 | 1 | Notice of Appeal |
| 295. | 9/22/2022 | 2 | Notice of Docketing |
| 296. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 297. | 10/03/2022 | 8 | Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal |
| 298. | 10/04/2022 | 10 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of Appellees |
| 299. | 10/06/2022 | 15 | Joint Designation of Additional Items to Be Included in the Record on Appeal |
| 300. | 10/17/2022 | 16 | [PROPOSED] Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC, and Stipulation Regarding Appeals from Order Confirming Plan or Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 301. | 10/17/2022 | 17 | Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |

| Pre-Consolidated Appeal: *Indian Harbor Insurance Company v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01241-RGA | | | |
|---|---|---|---|
| **Item** | **Date Filed/Entered** | **Dis. Ct. Dkt. No.** | **Description** |
| 302. | 9/22/2022 | 1 | Notice of Appeal |
| 303. | 9/22/2022 | 2 | Notice of Docketing |
| 304. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 305. | 10/03/2022 | 5 | Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal |
| 306. | 10/04/2022 | 6 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of Appellees |
| 307. | 10/06/2022 | 14 | Joint Designation of Additional Items to Be Included in the Record on Appeal |
| 308. | 10/17/2022 | 15 | [PROPOSED] Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC, and Stipulation Regarding Appeals from Order Confirming Plan or Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 309. | 10/17/2022 | 16 | Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| Pre-Consolidated Appeal: *Munich Reinsurance America, Inc. v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01242-RGA | | | |
| **Item** | **Date** | **Dis. Ct. Dkt. No.** | **Description** |

25

|  | Filed/Entered |  |  |
|---|---|---|---|
| 310. | 9/22/2022 | 1 | Notice of Appeal |
| 311. | 9/22/2022 | 2 | Notice of Docketing |
| 312. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 313. | 10/03/2022 | 5 | Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal |
| 314. | 10/04/2022 | 6 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of Appellees |
| 315. | 10/06/2022 | 11 | Joint Designation of Additional Items to Be Included in the Record on Appeal |
| 316. | 10/17/2022 | 12 | [PROPOSED] Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC, and Stipulation Regarding Appeals from Order Confirming Plan or Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 317. | 10/17/2022 | 13 | Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| Pre-Consolidated Appeal: *Arch Insurance Company v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01243-RGA | | | |
| Item | Date Filed/Entered | Dis. Ct. Dkt. No. | Description |
| 318. | 9/22/2022 | 1 | Notice of Appeal |
| 319. | 9/22/2022 | 2 | Notice of Docketing |

| 320. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 321. | 10/03/2022 | 7 | Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal |
| 322. | 10/04/2022 | 9 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of Appellees |
| 323. | 10/06/2022 | 14 | Joint Designation of Additional Items to Be Included in the Record on Appeal |
| 324. | 10/17/2022 | 15 | [PROPOSED] Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC, and Stipulation Regarding Appeals from Order Confirming Plan or Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 325. | 10/17/2022 | 16 | Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |

| Pre-Consolidated Appeal: *Great American Assurance Company et al. v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01244-RGA | | | |
|---|---|---|---|
| **Item** | **Date Filed/Entered** | **Dis. Ct. Dkt. No.** | **Description** |
| 326. | 9/22/2022 | 1 | Notice of Appeal |
| 327. | 9/22/2022 | 2 | Notice of Docketing |
| 328. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of |

| Item | Date Filed/Entered | Dis. Ct. Dkt. No. | Description |
|---|---|---|---|
| | | | America and Delaware BSA, LLC |
| 329. | 10/03/2022 | 8 | Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal |
| 330. | 10/04/2022 | 9 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of Appellees |
| 331. | 10/06/2022 | 15 | Joint Designation of Additional Items to Be Included in the Record on Appeal |
| 332. | 10/17/2022 | 16 | [PROPOSED] Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC, and Stipulation Regarding Appeals from Order Confirming Plan or Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 333. | 10/17/2022 | 17 | Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| **Pre-Consolidated Appeal:** *The Continental Insurance Co. et al. v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01245-RGA | | | |
| **Item** | **Date Filed/Entered** | **Dis. Ct. Dkt. No.** | **Description** |
| 334. | 9/22/2022 | 1 | Notice of Appeal |
| 335. | 9/22/2022 | 2 | Notice of Docketing |
| 336. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 337. | 10/03/2022 | 5 | Statement of Issues on Appeal and Designation of Items to Be Included in |

| | | | the Record on Appeal |
|---|---|---|---|
| 338. | 10/04/2022 | 6 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of Appellees |
| 339. | 10/06/2022 | 12 | Joint Designation of Additional Items to Be Included in the Record on Appeal |
| 340. | 10/17/2022 | 13 | [PROPOSED] Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC, and Stipulation Regarding Appeals from Order Confirming Plan or Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 341. | 10/17/2022 | 14 | Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| **Pre-Consolidated Appeal:** *Gemini Insurance Company v. Boy Scouts of America and Delaware BSA, LLC*, **No. 22-cv-01246-RGA** | | | |
| **Item** | **Date Filed/Entered** | **Dis. Ct. Dkt. No.** | **Description** |
| 342. | 9/22/2022 | 1 | Notice of Appeal |
| 343. | 9/22/2022 | 2 | Notice of Docketing |
| 344. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 345. | 10/03/2022 | 7 | Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal |
| 346. | 10/04/2022 | 8 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of |

| | | | Appellees |
|---|---|---|---|
| 347. | 10/06/2022 | 13 | Joint Designation of Additional Items to Be Included in the Record on Appeal |
| 348. | 10/17/2022 | 15 | [PROPOSED] Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC, and Stipulation Regarding Appeals from Order Confirming Plan or Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 349. | 10/17/2022 | 16 | Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |

| Pre-Consolidated Appeal: *Traders and Pacific Insurance Company et al. v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01247-RGA | | | |
|---|---|---|---|
| **Item** | **Date Filed/Entered** | **Dis. Ct. Dkt. No.** | **Description** |
| 350. | 9/22/2022 | 1 | Notice of Appeal |
| 351. | 9/22/2022 | 2 | Notice of Docketing |
| 352. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 353. | 10/03/2022 | 5 | Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal |
| 354. | 10/04/2022 | 6 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of Appellees |
| 355. | 10/06/2022 | 11 | Joint Designation of Additional Items to Be Included in the Record on Appeal |

| 356. | 10/17/2022 | 12 | [PROPOSED] Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC, and Stipulation Regarding Appeals from Order Confirming Plan or Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 357. | 10/17/2022 | 13 | Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |

| Pre-Consolidated Appeal: *Argonaut Insurance Company et al. v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01250-RGA | | | |
|---|---|---|---|
| **Item** | **Date Filed/Entered** | **Dis. Ct. Dkt. No.** | **Description** |
| 358. | 9/22/2022 | 1 | Notice of Appeal |
| 359. | 9/22/2022 | 2 | Notice of Docketing |
| 360. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 361. | 10/03/2022 | 5 | Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal |
| 362. | 10/04/2022 | 11 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of Appellees |
| 363. | 10/06/2022 | 16 | Joint Designation of Additional Items to Be Included in the Record on Appeal |
| 364. | 10/17/2022 | 17 | [PROPOSED] Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of |

| | | | America and Delaware BSA, LLC, and Stipulation Regarding Appeals from Order Confirming Plan or Reorganization of Boy Scouts of America and Delaware BSA, LLC |
|---|---|---|---|
| 365. | 10/17/2022 | 18 | Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |

| Pre-Consolidated Appeal: *Arrowood Indemnity Company v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01251-RGA | | | |
|---|---|---|---|
| **Item** | **Date Filed/Entered** | **Dis. Ct. Dkt. No.** | **Description** |
| 366. | 9/22/2022 | 1 | Notice of Appeal |
| 367. | 9/22/2022 | 2 | Notice of Docketing |
| 368. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 369. | 10/03/2022 | 5 | Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal |
| 370. | 10/04/2022 | 6 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of Appellees |
| 371. | 10/06/2022 | 12 | Joint Designation of Additional Items to Be Included in the Record on Appeal |
| 372. | 10/17/2022 | 13 | [PROPOSED] Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC, and Stipulation Regarding Appeals from Order Confirming Plan or Reorganization of Boy Scouts of |

| | | | America and Delaware BSA, LLC |
|---|---|---|---|
| 373. | 10/17/2022 | 14 | Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |

**Pre-Consolidated Appeal:** *Liberty Mutual Insurance Company et al. v. Boy Scouts of America and Delaware BSA, LLC*, **No. 22-cv-01252-RGA**

| Item | Date Filed/Entered | Dis. Ct. Dkt. No. | Description |
|---|---|---|---|
| 374. | 9/22/2022 | 1 | Notice of Appeal |
| 375. | 9/22/2022 | 2 | Notice of Docketing |
| 376. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 377. | 10/03/2022 | 8 | Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal |
| 378. | 10/04/2022 | 10 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of Appellees |
| 379. | 10/06/2022 | 15 | Joint Designation of Additional Items to Be Included in the Record on Appeal |
| 380. | 10/17/2022 | 16 | [PROPOSED] Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC, and Stipulation Regarding Appeals from Order Confirming Plan or Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 381. | 10/17/2022 | 17 | Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of |

| | | | Boy Scouts of America and Delaware BSA, LLC |
|---|---|---|---|
| **Pre-Consolidated Appeal:** ***Allianz Global Risks US Insurance Company et al. v. Boy Scouts of America and Delaware BSA, LLC***, No. 22-cv-01263-RGA | | | |
| **Item** | **Date Filed/Entered** | **Dis. Ct. Dkt. No.** | **Description** |
| 382. | 9/22/2022 | 1 | Notice of Appeal |
| 383. | 9/22/2022 | 2 | Notice of Docketing |
| 384. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 385. | 10/03/2022 | 5 | Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal |
| 386. | 10/04/2022 | 7 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of Appellees |
| 387. | 10/06/2022 | 12 | Joint Designation of Additional Items to Be Included in the Record on Appeal |
| 388. | 10/17/2022 | 13 | [PROPOSED] Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC, and Stipulation Regarding Appeals from Order Confirming Plan or Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 389. | 10/17/2022 | 14 | Order Granting Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |

### C.       Exhibits

The parties agreed by stipulation that all exhibits admitted into evidence at the Confirmation Hearing in the Bankruptcy Court would be designated and that the parties shall cooperate to facilitate transmittal of the record.  In accordance with the instructions of the District Court, exhibits that were not docketed in the Bankruptcy Court were submitted to the District Court via multi-media filing and can be provided to the circuit clerk upon request.  For avoidance of doubt, Appellants again designate all exhibits admitted into evidence into the record for appeal. Appellants reserve the right to seek to amend or supplement the exhibits admitted into the record to the extent necessary to add any omitted exhibits.

Dated:  Wilmington, Delaware
        April 24, 2023

                                        Respectfully Submitted,
                                        /s/ Deirdre M. Richards

Theodore J. Boutrous Jr. (*pro hac vice*)      Deirdre M. Richards
Richard J. Doren (*pro hac vice*)              (DE Bar No. 4191)
Blaine H. Evanson (*pro hac vice*)             FINEMAN KREKSTEIN
GIBSON, DUNN & CRUTCHER LLP                    & HARRIS PC
333 South Grand Avenue                         1300 N. King Street
Los Angeles, California 90071                  Wilmington, DE 19801
tboutrous@gibsondunn.com                       Telephone: (302) 538-8331
rdoren@gibsondunn.com                          Facsimile: (302) 394-9228
bevanson@gibsondunn.com                        drichards@finemanlawfirm.com

Michael A. Rosenthal (*pro hac vice*)          Susan N.K. Gummow
Mitchell A. Karlan (*pro hac vice*)            (*pro hac vice*)
James Hallowell (*pro hac vice*)               FORAN GLENNON PALANDECH
Keith R. Martorana (*pro hac vice*)            PONZI & RUDLOFF P.C.
Seth M. Rokosky (*pro hac vice*)               222 N. LaSalle St., Suite 1400
GIBSON, DUNN & CRUTCHER LLP                    Chicago, Illinois 60601
200 Park Avenue                                sgummow@fgppr.com
New York, New York 10166
mrosenthal@gibsondunn.com
mkarlan@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondun.com
srokosky@gibsondunn.com

*Counsel for National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance
Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania*

/s/ Marcy J. McLaughlin Smith
David M. Fournier (DE Bar No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 404.885.3000
david.fournier@troutman.com
marcy.smith@troutman.com

-and-

Harris B. Winsberg (*pro hac vice*)
Matthew G. Roberts (*pro hac vice*)
PARKER, HUDSON, RAINER &
DOBBS LLP
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone: 404.420.4313
Facsimile: 404.522.8409
hwinsberg@phrd.com
mroberts@phrd.com

-and-

Margaret H. Warner (*pro hac vice*)
Ryan S. Smethurst (*pro hac vice*)
Alex M. Spisak (*pro hac vice*)
McDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: 202.756.8228
Facsimile: 202.756.8087
mwarner@mwe.com
rsmethurst@mwe.com
aspisak@mwe.com

*Counsel for Allianz Global Risks US
Insurance Company*

/s/ Marcy J. McLaughlin Smith
David M. Fournier (DE Bar No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 302.777.6500
Facsimile: 302.421.8390
david.fournier@troutman.com
marcy.smith@troutman.com

-and-

Harris B. Winsberg (*pro hac vice*)
Matthew G. Roberts (*pro hac vice*)
PARKER, HUDSON, RAINER &
DOBBS LLP
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone: 404.420.4313
Facsimile: 404.522.8409
hwinsberg@phrd.com
mroberts@phrd.com

-and-

Todd C. Jacobs (*pro hac vice*)
John E. Bucheit (*pro hac vice*)
Paul J. Esker (*pro hac vice*)
BRADLEY RILEY JACOBS PC
500 West Madison Street
Suite 1000
Chicago, IL 60661
Telephone: 312.281.0295
tjacobs@bradleyriley.com
jbucheit@bradleyriley.com
pesker@bradleyriley.com

*Counsel for National Surety Corporation and
Interstate Fire & Casualty Company*

/s/ Paul Logan
Paul Logan (No. 3339)
POST & SCHELL, P.C.
300 Delaware Avenue, Suite 1380
Wilmington, DE  19801
Telephone:  (302) 251-8856
Email:  plogan@postschell.com

John C. Sullivan (*pro hac vice*)
Kathleen K. Kerns (*pro hac vice*)
POST & SCHELL, P.C.
Four Penn Center – 13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA  19103
Telephone:  (215) 587-1000
jsullivan@postschell.com
kkerns@postschell.com

-and-

George R. Calhoun (*pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Avenue, N.W. Suite 650
Washington, DC  20006
Telephone:  (202) 840-8758
george@ifrahlaw.com

*Counsel for Argonaut Insurance Company
and Colony Insurance Company*

/s/ Michael J. Joyce                                   /s/ Maria Aprile Sawczuk
Michael J. Joyce (No. 4563)                     Maria Aprile Sawczuk (DE #3320)
JOYCE, LLC                                               GOLDSTEIN & MCCLINTOCK LLLP
1225 King Street, Suite 800                       501 Silverside Road
Wilmington, DE 19801                             Wilmington, DE 19809
Telephone:  (302) 388-1944                      Telephone:  302-444-6710
Email:  mjoyce@mjlawoffices.com           marias@goldmclaw.com

-and-                                                            -and-

Kevin Coughlin (*pro hac vice*)               Laura McNally (*pro hac vice*)
Lorraine Armenti (*pro hac vice*)            Emily Stone (*pro hac vice*)
Michael Hrinewski (*pro hac vice*)          LOEB & LOEB LLP
COUGHLIN MIDLIGE & GARLAND, LLP    321 N. Clark Street, Suite 2300
350 Mount Kemble Avenue                        Chicago, IL 60654
PO Box 1917                                              Telephone:  312-464-3155
Morristown, NJ 07962                               lmcnally@loeb.com

Telephone:  (973) 267-0058
Facsimile:  973-267-6442
kcoughlin@cmg.law
larmenti@cmg.law
mhrinewski@cmg.law

-and-

Britton C. Lewis
John M. Flynn
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth Street
P.O. Box 540
Greensboro, NC  27401
Telephone:  (336) 478-1146
Facsimile:  (336) 478-1145
jmf@crlaw.com
bcl@crlaw.com

*Counsel for Arrowood*
*Indemnity Company*

/s/ Brian A. Sullivan
Brian A. Sullivan (No. 2098)
WERB & SULLIVAN
LEGAL ARTS BUILDING
1225 N. King Street
Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Cell: (302) 757-9932
Facsimile: (302) 652-1111
Email: bsullivan@werbsullivan.com

John E.W. Baay II (*pro hac vice*)
GIEGER LABORDE & LAPEROUOSE,
LLC
701 Poydras Street
Suite 4800
New Orleans, LA 70139
Tel.: 504-561-0400
Fax: 504-561-1011
Email: jbaay@glllaw.com

-and-

estone@loeb.com

David Christian, Esq.
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 1400
Chicago, Illinois 60602
Telephone:  (312) 282-5282
dchristian@dca.law

*Counsel for The Continental Insurance*
*Company and Columbia Casualty Company*

/s/ Kathleen M. Miller
Kathleen M. Miller (DE Bar No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Email: kmiller@skjlaw.com

-and-

Mary E. Borja (*pro hac vice*)
Gary P. Seligman (*pro hac vice*)
Ashley L. Criss (*pro hac vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
Email: mborja@wiley.law
gseligman@wiley.law
acriss@wiley.law

*Counsel for General Star Indemnity*
*Company*

William H. White Jr (*pro hac vice*)
KIERNAN TREBACH LLP
1233 20th Street, NW
8th Floor
Washington, DC 20036
Tel.: 202-712-7000
Fax: 202-712-7100
Email: wwhite@kiernantrebach.com

*Counsel for Gemini Insurance Company*

/s/ Bruce W. McCullough
Bruce W. McCullough (No. 3112)
BODELL BOVÉ, LLC
1225 N. King Street, Suite 1000
Wilmington, Delaware 19801-3250
Telephone: (302) 655-6749
bmccullough@bodellbove.com

-and-

Bruce D. Celebrezze (*pro hac vice*)
CLYDE & CO US LLP
150 California Street | 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
bruce.celebrezze@clydeco.us

Konrad R. Krebs (*pro hac vice*)
CLYDE & CO US LLP
340 Mt. Kemble Avenue | Suite 300
Morristown, NJ 07960
Telephone: (973) 210-6700
Facsimile: (973) 210-6701
konrad.krebs@clydeco.us

-and-

David Christian (*pro hac vice*)
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 1400

/s/ Kathleen M. Miller
Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN
& JENKINS LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
kmiller@skjlaw.com

and

Lloyd A. Gura (*pro hac vice*)
Pamela J. Minetto (*pro hac vice*)
MOUND COTTON WOLLAN &
GREENGRASS LLP
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
lgura@moundcotton.com
pminetto@moundcotton.com

*Counsel for Indian Harbor Insurance
Company, on behalf of itself and as successor
in interest to Catlin Specialty Insurance
Company*

Chicago, Illinois 60602
Telephone: (312) 282-5282
dchristian@dca.law

*Counsel for Great American Assurance
Company, f/k/a Agricultural Insurance
Company; Great American E&S Insurance
Company, f/k/a Agricultural Excess and
Surplus Insurance Company; and Great
American E&S Insurance Company*

/s/ R. Karl Hill
R. Karl Hill (DE Bar No. 2747)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue
Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-0600
khill@svglaw.com

-and-

CHOATE, HALL & STEWART LLP
Douglas R. Gooding (*pro hac vice*)
Jonathan D. Marshall (*pro hac vice*)
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com

-and-

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO PC
Kim V. Marrkand (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
kvmarrkand@mintz.com

*Counsel for Liberty Mutual Insurance
Company, The Ohio Casualty Insurance
Company, Liberty Insurance Underwriters,
Inc. and Liberty Surplus Insurance
Corporation*

/s/ Marla S. Benedek
Marla S. Benedek (No. 6638)
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2024
Facsimile:  (302) 250-4498
mbenedek@cozen.com

*Counsel for Traders and Pacific Insurance
Company, Endurance American Specialty
Insurance Company, and Endurance
American Insurance Company*

/s/ Stephen M. Miller
Stephen M. Miller (No. 2610)
Carl N. Kunz, III (No. 3201)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
smiller@morrisjames.com
ckunz@morrisjames.com

-and-

Margaret M. Anderson (*pro hac vice*)
Ryan T. Schultz (*pro hac vice*)
Adam A. Hachikian (*pro hac vice*)
Kenneth M. Thomas (*pro hac vice*)
FOX SWIBEL LEVIN & CARROLL LLP
200 W. Madison Street, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
panderson@foxswibel.com
rschultz@foxswibel.com
ahachikian@foxswibel.com
kthomas@foxswibel.com

*Counsel for Old Republic Insurance
Company*

/s/ Louis J. Rizzo, Jr.
Louis J. Rizzo, Jr. (DE Bar No. 3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike Suite 305
Brandywine Plaza West
Wilmington DE  19803
Telephone: (302) 477-7100
Facsimile: (302) 652-3620
lrizzo@regerlaw.com

*Counsel for Travelers Casualty and Surety
Company, Inc. (f/k/a Aetna Casualty & Surety
Company), St. Paul Surplus Lines Insurance
Company and Gulf Insurance Company*