**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC[1], | Bankruptcy Case No. 20-10343 (LLS) |
| Debtors. | (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, <br> Appellants. <br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br> Appellees. | District Court Case No. 22-cv-01237-RGA <br><br> (Jointly Consolidated)[2] |

**DUMAS & VAUGHN CLAIMANTS' STATEMENT OF ISSUES ON APPEAL AND
DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 6(b)(2)(B) of the Federal Rules of Appellate Procedure, the undersigned Appellants submit the following: (i) statement of issues to be considered on appeal from the District Court's Judgment; and (ii) designation of items to be included in the record on appeal.

**I.      STATEMENT OF ISSUES ON APPEAL**

Appellant D & V Claimants presents the following statement of issues to be considered on appeal.

---

[1]      The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]      Case numbers 22-cv-01237, 22-cv-01238, 22-cv-01239, 22-cv-01240, 22-cv-01241, 22-cv-01242, 22-cv-01243, 22-cv-01244, 22-cv-01245, 22-cv-01246, 22-cv-01247, 22-cv-01249, 22-cv-01250, 22-cv-01251, 22-cv-01252, 22-cv-01258, and 22-cv-01263 have been jointly consolidated under 22-cv-01237.  The D & V Claimants' appeal is docketed at 22-cv-01249.

1.      Whether the Bankruptcy Court had jurisdiction over third-party claims against non-debtor Local Councils and Chartered Organizations such that the court could order those claims released and channeled to the Settlement Trust.

2.      Whether the Bankruptcy Code authorizes the release and injunction of third-party claims against non-debtors outside of asbestos cases.

3.      Even assuming the Bankruptcy Court had jurisdiction and statutory authority, whether the third-party releases and injunctions in this case met the standards courts in this Circuit have used in the past.

4.      Whether the BSA Plan treats current sex abuse claimants fairly and equitably compared to Future Claimants.

II.      DESIGNATIONS OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellants submit the following designation of items to be included in the record on appeal, which includes all exhibits, appendices, and/or addenda:

A.          Bankruptcy Court Docket Entries

| Item | Date Filed/Entered | Bankr. Dkt. No. | Description |
|------|--------------------|-----------------|-------------|
| 1. | 2/18/2020 | 1 | Chapter 11 Voluntary Petition |
| 2. | 2/18/2020 | 20 | Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 3. | 2/18/2020 | 21 | Disclosure Statement for the Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 4. | 3/6/2020 | 147 | National Surety Corporation's Motion (I) for Relief from the Automatic Stay or, in the Alternative, (II) to Extend the Stay |
| 5. | 3/1/2021 | 2293 | Amended Chapter 11 Plan of |

| | | | |
|---|---|---|---|
| | | | Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 6. | 3/1/2021 | 2294 | Disclosure Statement for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 7. | 3/1/2021 | 2295 | Motion to Approve Debtors' Motion for Entry of an Order Approving the Disclosure Statement and the Form and Manner of Notice |
| 8. | 4/13/2021 | 2592 | Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 9. | 4/14/2021 | 2594 | Amended Disclosure Statement for the Second Amended Chapter 11 Plan |
| 10. | 4/14/2021 | 2595 | Notice of Filing of Redlines of Plan and Disclosure Statement |
| 11. | 4/15/2021 | 2612 | Debtors' Objection to the Future Claimants' Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice's Motion for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), (I) Authorizing an Estimation of Current and Future Abuse Claims and (II) Establishing Procedures and Schedule for Estimation Proceedings |
| 12. | 5/5/2021 | 3154 | D & V Claimants' Objection to Disclosure Statement |
| 13. | 5/6/2021 | 3247 | Objection to Disclosure Statement Filed by Paul Mones, P.C. |
| 14. | 5/06/2021 | 3271 | Great American's Objection to Debtors' Disclosure Statement for Second Amended Chapter 11 Plan |
| 15. | 5/06/2021 | 3278 | Joinder by Travelers Casualty and Surety Company, Inc., to Great American's Objection to Debtors' |

| | | | Disclosure Statement |
|---|---|---|---|
| 16. | 5/06/2021 | 3285 | Argonaut Insurance Company's Objection to Debtors' Disclosure Statement |
| 17. | 5/10/2021 | 3523 | The AIG Companies' Objection to Motion for Approval of Debtors' Disclosure Statement |
| 18. | 5/10/2021 | 3526 | Objection of the Tort Claimants' Committee to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Form of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief |
| 19. | 5/10/2021 | 3549 | The Allianz Insurers' Objection to the Debtors' Disclosure Statement |
| 20. | 5/10/2021 | 3578 | Objection of Liberty Mutual Insurance Company to the Disclosure Statement |
| 21. | 5/10/2021 | 3581 | US Trustee's Objections to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Form of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief |
| 22. | 5/12/2021 | 3740 | Joinder of General Star Indemnity Company to the Allianz Insurers' |

4

| | | | Objection to the Debtors' Disclosure Statement |
|---|---|---|---|
| 23. | 5/12/2021 | 3856 | Century Indemnity Company's Objections to the Debtors' Disclosure Statement |
| 24. | 5/16/2021 | 4107 | Proposed Amendments to Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America |
| 25. | 5/21/2021 | 4716 | Transcript regarding Hearing Held 5/19/2021 Re: Disclosure Statement |
| 26. | 6/1/2021 | 5171 | Supplemental Objection to the Adequacy of Debtors' Disclosure Statement: Letter from SA 29655, Filed by D & V Claimants |
| 27. | 6/18/2021 | 5368 | Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 28. | 6/18/2021 | 5371 | Amended Chapter 11 Combined Plan and Disclosure Statement |
| 29. | 6/17/2021 | 5372 | Notice of Filing of Redlines of Third Amended Plan and Proposed Amendments to Disclosure Statement |
| 30. | 7/1/2021 | 5466 | Motion for Entry of an Order Authorizing The Debtors To Enter Into and Perform under the Restructuring Support Agreement |
| 31. | 7/2/2021 | 5484 | Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 32. | 7/2/2021 | 5485 | Amended Disclosure Statement for Fourth Amended Chapter 11 Plan of Reorganization |
| 33. | 7/2/2021 | 5486 | Notice of Filing of Redlines of Fourth amended Plan and Amended Disclosure Statement |

| 34. | 7/8/2021 | 5529 | | Transcript regarding Hearing Held 7/7/2021 Re: Status Conference |
|-----|----------|------|---|-----|
| 35. | 7/22/2021 | 5684 | | Certain Insurers Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into and Perform under the Restructuring Support Agreement |
| 36. | 7/22/2021 | 5707 | | [SEALED] Objection to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement |
| 37. | 7/22/2021 | 5708 | | [SEALED] Declaration of Daniel Shamah in Support of Century's Objections to Debtors' Motion for Entry of Order Authorizing Debtors to Enter into and Perform under the Restructuring Support Agreement |
| 38. | 7/23/2021 | 5723 | | Final Redacted Version of Insurers' Objection to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into and Perform under the Restructuring Support Agreement |
| 39. | 7/26/2021 | 5759 | | Debtors Omnibus Reply in Further Support of Debtors' Motion for Entry of an Order Authorizing Debtors to Enter Into and Perform under the Restructuring Support Agreement |
| 40. | 7/26/2021 | 5760 | | Supplemental Brief of Coalition of Abused Scouts for Justice, Official Committee of Tort Claimants, and Future Claims Representative In Support of Debtors' Motion for Entry of an Order Authorizing Debtors to Enter Into and Perform under the Restructuring Support Agreement |
| 41. | 8/09/2021 | 5925 | | Hartford's Supplement to Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into |

| | | | and Perform Under the Restructuring Support Agreement |
|---|---|---|---|
| 42. | 8/9/2021 | 5932 | Redacted Version of Supplemental Objection of Century Indemnity to Motion to Authorize Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into and Perform under the Restructuring Support Agreement |
| 43. | 8/9/2021 | 5934 | Certain Excess Insurers' Joinder in Century's Supplemental Objection |
| 44. | 8/9/2021 | 5935 | AIG's Joinder to Century's Supplemental Objection and Partial Joinder to Hartford's Supplemental Objection |
| 45. | 8/11/2021 | 5961 | Debtors' Motion for Leave to file Debtors' Response to Certain Supplemental Objections |
| 46. | 8/16/2021 | 6030 | Dumas & Vaughn Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement |
| 47. | 8/17/2021 | 6052 | Certain Insurers' Supplemental Objection to Motion for Approval of Debtors' Disclosure Statement |
| 48. | 8/17/2021 | 6053 | Joinder of Arch Insurance Company to Certain Insurers' Objections |
| 49. | 8/17/2021 | 6055 | The Allianz Insurers' Joinder to the Certain Insurers' Supplemental Objection to Disclosure Statement |
| 50. | 8/17/2021 | 6056 | Certain Excess Insurers' Supplemental Objection to Debtors' Disclosure Statement |
| 51. | 8/17/2021 | 6057 | Joinder and Supplemental Objection of Liberty Mutual Insurance Company to the Disclosure Statement |
| 52. | 8/17/2021 | 6062 | Certain Insurers' Superseding Objections to the Disclosure Statement |

| | | | |
|---|---|---|---|
| | | | for Debtors' Fourth Amended Plan |
| 53. | 8/18/2021 | 6083 | Century's Objections to the Debtors' Disclosure Statement |
| 54. | 8/20/2021 | 6098 | Transcript regarding Hearing Held 8/19/2021 Re: Ruling on RSA Motion |
| 55. | 9/15/2021 | 6212 | Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 56. | 9/15/2021 | 6213 | Amended Disclosure Statement for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 57. | 9/15/2021 | 6222 | TCC's Motion to Adjourn the Hearing to Consider Approval of the Disclosure Statement |
| 58. | 9/16/2021 | 6247 | Joinder of Dumas & Vaughn to the TCC's Motion to Adjourn the Hearing to Consider Approval of the Disclosure Statement |
| 59. | 9/16/2021 | 6249 | Debtors' Omnibus Reply in Support of Debtors' Motion for Entry of an Order Approving Disclosure Statement |
| 60. | 9/27/2021 | 6377 | Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 61. | 9/27/2021 | 6383 | Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 62. | 9/29/2021 | 6416 | Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 63. | 9/29/2021 | 6419 | Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |

| 64. | 9/29/2021 | 6429 | Modified Fifth Amended Chapter 11 Plan of Reorganization |
|-----|-----------|------|----------------------------------------------------------|
| 65. | 9/29/2021 | 6430 | Redline of Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 66. | 9/29/2021 | 6431 | Amended Disclosure Statement |
| 67. | 9/30/2021 | 6432 | Redline of the Amended Disclosure Statement |
| 68. | 9/30/2021 | 6436 | Transcript regarding Hearing Held 9/28/2021 Re: Disclosure Statement |
| 69. | 9/30/2021 | 6438 | Order Approving the Disclosure Statement and Notice |
| 70. | 9/30/2021 | 6443 | Solicitation Version Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 71. | 9/30/2021 | 6445 | Solicitation Version Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 72. | 12/08/2021 | 7611 | Verified Statement filed by D & V Claimants (redacted) |
| 73. | 12/18/2021 | 7832 | Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 74. | 12/18/2021 | 7833 | Second Modified Fifth Amended Chapter 11 Plan, and Blackline |
| 75. | 12/18/2021 | 7834 | Second Modified Fifth Amended Chapter 11 Plan, and Blackline |
| 76. | 1/4/2022 | 8141 | Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Preliminary Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |

| 77. | 1/07/2022 | 8190 | The Official Committee of Tort Claimants' Status Report Re: Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 78. | 1/7/2022 | 8210 | Joinder of the Zalkin Law Firm, P.C., et al., to the Official Committee of Tort Claimants' Status Report |
| 79. | 1/11/2022 | 8234 | Debtors' Response to the Official Committee of Tort Claimants' Status Report |
| 80. | 1/18/2022 | 8345 | Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Final Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 81. | 1/18/2022 | 8346 | Notice of Filing of Solicitation Changes in Connection with Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Final Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 82. | 2/4/2022 | 8683 | Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agana (Bankr. D. Guam 19-00010) to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 83. | 2/4/2022 | 8685 | Munich Reinsurance America, Inc., Joinder to Certain Objections and Separate Objection to the Plan |

| 84. | 2/4/2022 | 8687 | Joinder of Archbishop of Agana, a Corporation Sole, to the Roman Catholic Ad Hoc Committee's Objection to the Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
|-----|----------|------|---|
| 85. | 2/4/2022 | 8695 | [SEALED] Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan |
| 86. | 2/4/2022 | 8696 | [SEALED] Allianz Insurers' Objection to Second Modified Fifth Amended Chapter 11 Plan |
| 87. | 2/4/2022 | 8697 | [SEALED] Appendix to Certain Insurers Objection |
| 88. | 2/4/2022 | 8698 | [SEALED] Joinder and Objection of Liberty Mutual Insurance Company to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 89. | 2/4/2022 | 8699 | Old Republic Insurance Company Joinder to Objections and Supplemental Objection |
| 90. | 2/4/2022 | 8700 | Joinder by Travelers and Surety Company, Inc., et al., to Allianz Insurers' Objection |
| 91. | 2/5/2022 | 8703 | Joinder of Traders and Pacific Insurance Company to Certain Insurers' Objection |
| 92. | 2/7/2022 | 8708 | Lujan Claimants' Objection to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America an d Delaware BSA, LLC, and Joinder in Objection Filed by Guam Committee |
| 93. | 2/7/2022 | 8710 | United States Trustee's Objection to Confirmation of the Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |

| 94. | 2/9/2022 | 8744 | Dumas & Vaughn Claimants' Objection to Confirmation of the Second Modified Fifth Amended Chapter 11 Plan |
|---|---|---|---|
| 95. | 2/9/2022 | 8763 | Joinder and Objection of Liberty Mutual Insurance Company to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 96. | 2/10/2022 | 8772 | Eleventh Mediator's Report |
| 97. | 2/10/2022 | 8778 | Allianz Insurers' Objection to Second Modified Fifth Amended Chapter 11 Plan |
| 98. | 2/10/2022 | 8785 | Certain Insurers' Statement in Advance of February 11, 2022 Status Conference |
| 99. | 2/11/2022 | 8793 | Proposed Redacted Version of Certain Insurers Objection to Confirmation of Debtors Chapter 11 Plan |
| 100. | 2/14/2022 | 8811 | Unsealed Joint FCR and Coalition Motion for Entry of an Order Striking Portions of Bates Reports and Precluding Testimony Related to Improper Valuation Opinion |
| 101. | 2/15/2022 | 8812 | Unsealed Version of the Limited Objection of the Tort Claimants' Committee to Findings Related to the Valuation of Abuse Claims |
| 102. | 2/15/2022 | 8813 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 103. | 2/15/2022 | 8814 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization, and Blackline |
| 104. | 2/15/2022 | 8815 | Fourth Amended Plan Supplement |
| 105. | 2/15/2022 | 8816 | Exhibits I-1 and J-1 to Third Modified Fifth Amended Chapter 11 Plan |
| 106. | 2/15/2022 | 8817 | Exhibits I-2, I-3, I-4, and J-2 to Third Modified fifth Amended Chapter 11 Plan |

| 107. | 2/15/2022 | 8819 | Transcript regarding Hearing Held 2/11/2022 Re: Status Conference |
| 108. | 2/15/2022 | 8825 | Supplement to Appendix to Certain Insurers' Objection to Confirmation |
| 109. | 2/15/2022 | 8830 | Order (I) Amended and Scheduling Certain Supplemental Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization and (II) Approving a Limited Supplemental Voting Deadline for Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims |
| 110. | 2/16/2022 | 8858 | Amended Proposed Redacted Versions of Certain Insurers Objection to Confirmation of Debtors Chapter 11 Plan and Appendix |
| 111. | 2/18/2022 | 8894 | Order Approving Form and Manner of Notice of Supplemental Disclosure Regarding Plan Modifications |
| 112. | 2/18/2022 | 8904 | Supplemental Disclosure Regarding Plan Modifications and Summary of Chartered Organization Options under the Debtors' Modified Chapter 11 Plan of Reorganization, Opt-Out Election Procedures for Participating Chartered Organizations, and Supplemental Voting Deadline of March 7, 2022 at 4:00 p. m. (Eastern Time) for Holders of Class 9 Indirect Abuse Claims |
| 113. | 2/18/2022 | 8905 | Notice of Supplemental Voting Deadline of March 7, 2022 at 4:00 p.m. (Eastern Time) for Holders of Class 8 Direct Abuse Claims and Limited Disclosure Regarding Changes in Debtors' Chapter 11 Plan of Reorganization Filed by Boy Scouts of America |
| 114. | 2/18/2022 | 8907 | Notice of Filing of Exhibits I-2, I-3, I-4 and J-2 to Debtors' Third Modified Fifth |

| | | | Amended Chapter 11 Plan of Reorganization |
|---|---|---|---|
| 115. | 2/18/2022 | 8908 | Notice of Filing of Exhibit J-1 to Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 116. | 2/18/2022 | 8910 | Notice of Errata Retarding Certain Provisions in Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 117. | 2/25/2022 | 9009 | Transcript regarding Hearing Held 2/24/2022 Re: Status Conference |
| 118. | 2/25/2022 | 9017 | Supplemental Objection to Confirmation of Plan Filed on Behalf of Abuse Claimant SA-29655, Filed by D & V Claimants |
| 119. | 2/25/2022 | 9023 | Supplemental Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agana (Bankr. D. Guam 19-00010) to the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 120. | 2/25/2022 | 9031 | Lujan Claimants' Supplemental Objection to Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, and Joinder in Objections of United States Trustee and Guam Committee |
| 121. | 2/25/2022 | 9033 | Certain Insurers Supplemental Objection to Confirmation of Plan |
| 122. | 3/2/2022 | 9097 | Fifth Amended Plan Supplement |
| 123. | 3/2/2022 | 9101 | [SEALED] Certain Insurers' Opposition to Limited Objection of the Tort Claimants' Committee and Joint FCR and Coalition Motion Regarding Expert Reports and Valuation Opinions |

| 124. | 3/2/2022 | 9104 | [SEALED] Declaration of Betty X. Yang in Support of Certain Insurers' Opposition |
|---|---|---|---|
| 125. | 3/3/2022 | 9118 | Debtors' Response to the Joint FCR and Coalition Motion and Objection |
| 126. | 3/3/2022 | 9136 | Transcript regarding Hearing Held 3/2/2022 Re: Motions in Limine |
| 127. | 3/7/2022 | 9177 | Unsealed Versions of Certain Insurers' Opposition and Declaration |
| 128. | 3/9/2022 | 9252 | Transcript regarding Hearing Held 3/8/2022 Re: Pretrial Conference |
| 129. | 3/10/2022 | 9273 | Declaration of Bruce Griggs |
| 130. | 3/10/2022 | 9274 | Declaration of Michael Burnett |
| 131. | 3/10/2022 | 9275 | Supplemental Declaration of Catherine Nownes-Whitaker |
| 132. | 3/11/2022 | 9279 | Declaration of Devang Desai |
| 133. | 3/11/2022 | 9280 | Declaration of Brian Whittman |
| 134. | 3/11/2022 | 9285 | Final Pretrial Order for the Plan Confirmation Hearing |
| 135. | 3/12/2022 | 9309 | Declaration of Adrian Azer |
| 136. | 3/13/2022 | 9311 | Certain Insurers' Evidentiary Objections to Witness Declarations |
| 137. | 3/13/2022 | 9312 | Limited Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agana (Bankr. D. Guam 19-00010) to the Declaration of Brian Whittman in Support of Confirmation of the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 138. | 3/13/2022 | 9313 | Lujan Claimants Joinder in Objections of Roman Catholic ad hoc Committee and Guam Committee to Declaration of |

15

| | | | |
|---|---|---|---|
| | | | Brian Whittman |
| 139. | 3/14/2022 | 9316 | Declaration of William S. Sugden |
| 140. | 3/14/2022 | 9317 | Declaration of Makeda Murray |
| 141. | 3/15/2022 | 9337 | Objection of Certain Insurers to the Declaration of Adrian Azer |
| 142. | 3/15/2022 | 9339 | Debtors' Response to the Certain Insurers' Evidentiary Objection to Declaration of Bruce Griggs |
| 143. | 3/15/2022 | 9341 | Transcript regarding Hearing Held 3/14/2022 RE: Confirmation (Day 1). |
| 144. | 3/16/2022 | 9348 | Debtors' Response to Objection of the Certain Insurers to the Declaration of Adrian Azer |
| 145. | 3/16/2022 | 9354 | Transcript regarding Hearing Held 3/16/2022 RE: Confirmation (Day 2). |
| 146. | 3/17/2022 | 9368 | Certain Insurers' Evidentiary Objections to Witness Declarations |
| 147. | 3/17/2022 | 9388 | Declaration of Charles E Bates |
| 148. | 3/18/2022 | 9389 | Transcript regarding Hearing Held 3/16/2022 RE: Confirmation (Day 3). |
| 149. | 3/18/2022 | 9391 | Debtors' Response to Certain Insurers' Evidentiary Objections |
| 150. | 3/19/2022 | 9395 | Declaration of James L. Patton, Jr. |
| 151. | 3/19/2022 | 9396 | Declaration of Aaron Lundberg |
| 152. | 3/19/2022 | 9397 | Declaration of Catherine Nownes-Whitaker |
| 153. | 3/19/2022 | 9398 | Declaration of Nancy Gutzler |
| 154. | 3/19/2022 | 9400 | Declaration of Jessica Horewitz |
| 155. | 3/19/2022 | 9401 | Declaration of Paul Rytting |
| 156. | 3/20/2022 | 9402 | Certain Insurers' Evidentiary Objections to Witness Declarations |

| 157. | 3/21/2022 | 9403 | Debtors' Response to Certain Insurers' Evidentiary Objections |
| 158. | 3/21/2022 | 9404 | Certain Insurers' Evidentiary Objections to Witness Declarations |
| 159. | 3/21/2022 | 9406 | Transcript Regarding Hearing Held 3/18/2022 RE: Confirmation (Day 4) |
| 160. | 3/21/2022 | 9407 | Transcript Regarding Hearing Held 3/18/2022 RE: Confirmation (Day 5) |
| 161. | 3/21/2022 | 9408 | Transcript Regarding Hearing Held 03/17/2022 RE: Confirmation Hearing. |
| 162. | 3/21/2022 | 9409 | Transcript Regarding Hearing Held 03/18/2022 RE: Confirmation Hearing. |
| 163. | 3/21/2022 | 9411 | Agreed Order Regarding Certain Insurers' Motions in Limine |
| 164. | 3/22/2022 | 9426 | Certain Insurers' Evidentiary Objections to Witness Declarations |
| 165. | 3/22/2022 | 9428 | Future Claimants' Representative's Response to Certain Insurers' Evidentiary Objections |
| 166. | 3/22/2022 | 9429 | Debtors' Response to Certain Insurers' Evidentiary Objections |
| 167. | 3/23/2022 | 9446 | Declaration of Andrew Hammond |
| 168. | 3/23/2022 | 9449 | Declaration of Paul Rytting |
| 169. | 3/23/2022 | 9454 | Transcript Regarding Hearing Held 3/21/2022 RE: Confirmation (Day 6) |
| 170. | 3/23/2022 | 9455 | Transcript Regarding Hearing Held 3/22/2022 RE: Confirmation (Day 7) |
| 171. | 3/24/2022 | 9481 | Declaration of Jason P. Amala |
| 172. | 3/25/2022 | 9482 | Transcript Regarding Hearing Held 3/23/2022 RE: Confirmation (Day 8) |
| 173. | 3/25/2022 | 9490 | Transcript Regarding Hearing Held 03/24/22 RE: Confirmation (Day 9) |
| 174. | 3/25/2022 | 9491 | Declaration of Tancred Schiavoni |

| 175. | 3/28/2022 | 9497 | Transcript Regarding Hearing Held 03/25/2022 RE: Trail. |
| 176. | 3/29/2022 | 9507 | Declaration Concerning Certification of Records by Liberty Mutual |
| 177. | 3/29/2022 | 9508 | Stipulation Between Debtors, Century, Hartford, Zurich, and Clarendon |
| 178. | 3/29/2022 | 9509 | Stipulation Between Debtors, Settling Insurers, and Certain Insurers Regarding Admissibility of Insurance Policies |
| 179. | 3/30/2022 | 9517 | Transcript Regarding Hearing Held 03/28/2022 RE: Confirmation (Day 11). |
| 180. | 3/30/2022 | 9529 | Stipulation Between Debtors and Certain Insurers Regarding Admission of Insurance Policies |
| 181. | 3/31/2022 | 9530 | Transcript Regarding Hearing Held 3/29/2022 RE: Confirmation (Day 12). |
| 182. | 4/1/2022 | 9544 | Transcript Regarding Hearing Held 3/29/2022 RE: Confirmation (Day 13). |
| 183. | 4/4/2022 | 9562 | Transcript Regarding Hearing Held 3/30/2022 RE: Confirmation (Day 13). |
| 184. | 4/4/2022 | 9563 | Transcript Regarding Hearing Held 3/31/2022 RE: Confirmation (Day 14). |
| 185. | 4/4/2022 | 9564 | Transcript Regarding Hearing Held 4/1/2022 RE: Confirmation (Day 15). |
| 186. | 4/4/2022 | 9576 | Stipulation Between Debtors and Certain Insurers Regarding Admissibility of Exhibits |
| 187. | 4/5/2022 | 9578 | Transcript Regarding Hearing Held 4/4/2022 RE: Confirmation (Day 16). |
| 188. | 4/5/2022 | 9591 | Stipulation Between Debtors and Lujan Claimants Regarding Admissibility of Exhibits |
| 189. | 4/5/2022 | 9594 | Sixth Amended Plan Supplement |
| 190. | 4/8/2022 | 9616 | Transcript Regarding Hearing Held |

| | | | |
|---|---|---|---|
| | | | 4/6/2022 RE: Confirmation (Day 17). |
| 191. | 4/13/2022 | 9638 | Transcript Regarding Hearing Held 4/7/2022 RE: Confirmation (Day 18). |
| 192. | 4/13/2022 | 9639 | Transcript Regarding Hearing Held 4/11/2022 RE: Confirmation (Day 19). |
| 193. | 4/14/2022 | 9646 | Transcript Regarding Hearing Held 4/12/2022 RE: Confirmation (Day 20). |
| 194. | 4/14/2022 | 9648 | Transcript Regarding Hearing Held 4/13/2022 RE: Confirmation (Day 21). |
| 195. | 4/18/2022 | 9656 | Transcript Regarding Hearing Held 4/14/2022 RE: Confirmation (Day 22). |
| 196. | 4/20/2022 | 9673 | Order Regarding Stipulation |
| 197. | 4/20/2022 | 9674 | Order Regarding Stipulation |
| 198. | 4/20/2022 | 9675 | Order Regarding Stipulation |
| 199. | 4/20/2022 | 9676 | Order Regarding Stipulation |
| 200. | 4/20/2022 | 9677 | Order Regarding Stipulation |
| 201. | 4/21/2022 | 9689 | Statement Regarding Closing Argument of Liberty Mutual Insurance Company |
| 202. | 4/21/2022 | 9690 | Letter from Claimants Regarding Liberty Mutual's Objection |
| 203. | 04/21/2022 | 9693 | Letter from Delia Lijan Wolff and Christopher Loizides in Response to D.I. 9655 |
| 204. | 4/22/2022 | 9696 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) |
| 205. | 4/22/2022 | 9697 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications), and Blackline |
| 206. | 4/22/2022 | 9798 | Seventh Amended Plan Supplement |
| 207. | 4/22/2022 | 9699 | Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third Modified Fifth |

| | | | |
|---|---|---|---|
| | | | Amended Chapter 11 Plan of Reorganization (with Technical Modifications), and Blackline |
| 208. | 4/27/2022 | 9746 | Certain Insurers' Letter Response |
| 209. | 7/29/2022 | 10136 | Opinion |
| 210. | 08/11/2022 | 10177 | Corrected Thirteenth Mediator's Report |
| 211. | 08/11/2022 | 10178 | Notice of Corrected Thirteenth Mediator's Report Regarding Modifications to the Plan and Confirmation Order |
| 212. | 8/12/2022 | 10188 | Debtors' Motion to Amend and Supplement Findings of Fact and Conclusions of Law in Confirmation Opinion |
| 213. | 8/15/2022 | 10192 | Certain Insurers' Objection to Debtors' Motion to Shorten Notice |
| 214. | 08/15/2022 | 10195 | Notice of the Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion |
| 215. | 8/19/2022 | 10215 | Transcript Regarding Hearing Held 8/18/2022 |
| 216. | 08/24/2022 | 10239 | Dumas & Vaughn Claimants' Response to Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion and Objections to Proposed Confirmation Order |
| 217. | 08/24/2022 | 10246 | Lujan Claimants' Objection to Debtor's Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion |
| 218. | 8/24/2022 | 10247 | Certain Insurers' Objection to Motion to Amend and Supplement The Findings of Fact and Conclusions of Law |
| 219. | 8/29/2022 | 10258 | Debtors' Omnibus Reply in Support of |

|  |  |  | Debtors Motion to Amend and Supplement Findings of Fact and Conclusions of Law |
|---|---|---|---|
| 220. | 8/29/2022 | 10259 | Joint Reply of Tort Claimants' Committee, Coalition of Abused Scouts for Justice, Pfau Cochran Vertetis Amala PLLC and Zalkin Law Firm, PC. And the Future Claimants Representative to Certain Insurers' Objection |
| 221. | 8/29/2022 | 10262 | Chapter 11 Plan of Reorganization Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) |
| 222. | 8/29/2022 | 10265 | Notice of Filing of Revised Supplemental Findings of Fact and Conclusions of Law |
| 223. | 9/2/2022 | 10288 | Transcript Regarding Hearing Held 9/1/2022 |
| 224. | 9/6/2022 | 10295 | Notice of Filing of Further Revised Supplemental Findings of Fact and Conclusions of Law |
| 225. | 9/6/2022 | 10296 | Chapter 11 Plan of Reorganization // Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications |
| 226. | 9/6/2022 | 10297 | Notice of Filing of Blackline of Conformed Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 227. | 09/06/2022 | 10299 | Century's Statement Regarding the Debtors' Proposed Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC |

| 228. | 9/7/2022 | 10304 | Letter from The Hon. Judge Silverstein re: Language for Paragraph 51(b) |
| 229. | 9/8/2022 | 10316 | Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) |
| 230. | 9/8/2022 | 10317 | Transcript Regarding Hearing Held 9/7/2022 |
| 231. | 09/12/2022 | 10327 | Order Releasing Pre-Petition Century/Chubb Claims Pursuant to Century and Chubb Companies Insurance Settlement Agreements ("Century Order") |
| 232. | 09/16/2022 | 10358 | Notice of Entry of Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC |
| 233. | 9/21/2022 | 10378 | Notice of Appeal filed by National Union Fire Insurance Company of Pittsburgh, PA, *et al.* |
| 234. | 9/21/2022 | 10379 | Notice of Appeal filed by Travelers Casualty and Surety Company, Inc., *et al.* |
| 235. | 9/21/2022 | 10382 | Notice of Appeal filed by Continental Insurance Company, *et al.* |
| 236. | 9/21/2022 | 10384 | Notice of Appeal filed by Allianz Global Risks US Insurance Company, *et al.* |
| 237. | 9/21/2022 | 10386 | Notice of Appeal filed by Argonaut Insurance Company and Colony Insurance Company |
| 238. | 9/21/2022 | 10388 | Notice of Appeal filed by Arrowood Indemnity Company |

| 239. | 9/21/2022 | 10391 | Notice of Appeal filed by Liberty Mutual Insurance Company, *et al.* |
| 240. | 9/21/2022 | 10392 | Notice of Appeal filed by Old Republic Insurance Company |
| 241. | 9/21/2022 | 10393 | Notice of Appeal filed by General Star Indemnity Company |
| 242. | 9/21/2022 | 10396 | Notice of Appeal filed by Indian Harbor Insurance Company |
| 243. | 9/21/2022 | 10398 | Notice of Appeal filed by Munich Reinsurance Company America, Inc. |
| 244. | 9/21/2022 | 10401 | Notice of Appeal filed by Arch Insurance Company |
| 245. | 9/21/2022 | 10403 | Notice of Appeal filed by Great American Assurance Company, *et al.* |
| 246. | 9/21/2022 | 10405 | Notice of Appeal filed by Gemini Insurance Company |
| 247. | 9/21/2022 | 10407 | Notice of Appeal filed by Traders and Pacific Insurance Company, *et al.* |
| 248. | 09/22/2022 | 10412 | Notice of Appeal filed by Dumas & Vaughn Claimants |
| 249. | 9/22/2022 | 10454 | Notice of Appeal of Lujan Claimants |

**B.        District Court Docket Entries**

| Pre-Consolidated Appeal: *Dumas & Vaughn Claimants v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01249-RGA | | | |
|---|---|---|---|
| **Item** | **Date Filed/Entered** | **Dis. Ct. Dkt. No.** | **Description** |
| 250. | 9/22/2022 | 1 | Notice of Appeal |
| 251. | 9/22/2022 | 2 | Notice of Docketing |

23

| 252. | 9/27/2022 | 3 | Joint Motion for Consolidation and to Approve Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 253. | 10/03/2022 | 6 | Statement of Issues on Appeal from Bankruptcy Court and Designation of Record |
| 254. | 10/03/2022 | 7 | District of Delaware Bankruptcy Court Appeal Transmittal Sheet and List of Appellees |
| 255. | 10/6/2022 | 12 | Joint Designation of Additional Items to be Included in the Record on Appeal |
| 256. | 10/17/2022 | 13 | PROPOSED Order re Motion on Stipulation Regarding Appeals from Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 257. | 10/17/2022 | 14 | Order Granting Motion on Stipulation Regarding Appeal From Order Confirming Plan of Reorganization of Boy Scouts of America and Delaware BSA, LLC |
| 258. | 1/19/2023 | 15 | Official Transcript of Scheduling Conference held on 10/7/22 before Judge Richard G. Andrews |

| Consolidated Appeal: *National Union Fire Insurance Co. of Pittsburgh PA et al. v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01237-RGA[3] | | | |
|---|---|---|---|
| **Item** | **Date Filed/Entered** | **Dis. Ct. Dkt. No.** | **Description** |
| 259. | 11/07/2022 | 41 | Appellant's Brief by The Lujan Claimants |
| 260. | 11/07/2022 | 41 | Appellant's Brief by The D & V Claimants |
| 261. | 11/07/2022 | 42 | Appendix re Appellant's Brief by The D & V Claimants |
| 262. | 11/07/2022 | 43 | Appellant's Brief by Liberty and Allianz Insurers |
| 263. | 11/07/2022 | 44 | Appendix re Appellant's Brief by The Lujan Claimants |
| 264. | 11/07/2022 | 45 | Appellant's Brief by Certain Insurers |
| 265. | 11/07/2022 | 46 | [SEALED] Appendix re Appellant's Brief by The D & V Claimants |
| 266. | 11/07/2022 | 47 | Notice of Filing Hard Drive Containing Appendix of Certain Insurers |
| 267. | 11/08/2022 | 51 | Certificate of Service for [SEALED] Appendix re Appellant's Brief by The D & V Claimants |
| 268. | 11/14/2022 | 54 | Motion for Leave to File Exhibits Identified in Appendix Under Seal - filed by D & V Claimants |
| 269. | 11/14/2022 | 55 | Hard Drive Containing Appendix of Certain Insurers |

---

[3]     Dumas & Vaughn Claimants were originally assigned District Court Case No. 22-cv-01249.  On October 17, 2022, their appeal was procedurally consolidated with appeals of all Appellants in Case No. 22-cv-01237, with the Court directing that "[a]ll further filings with this Court will be docketed under the Master Case Number."  *See* Order Granting Motion, *National Union Fire Ins. Co. of Pittsburgh PA, et al. v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01237-RGA (D. Del.) (Dkt. No. 22).  D & V Claimants have not listed the District Court designations of all Appellants, but join in the designations of other Appellants as if set forth in full.

| 270. | 11/14/2022 | 56 | Statement re Motion for Leave to File Exhibits Identified in Appendix Under Seal - filed by D & V Claimants |
| 271. | 11/14/2022 | 57 | Notice of Filing Appendix Exhibits ADV 217-222 of Appellant D & V Claimants |
| 272. | 11/14/2022 | 58 | Redacted Version of Appendix by D & V Claimants |
| 273. | 12/7/2022 | 66 | Appellee's Brief by BSA |
| 274. | 12/7/2022 | 67 | Appellee's Brief by Ad Hoc Committee of Local Councils of the Boy Scouts of America |
| 275. | 12/7/2022 | 69 | Appendix of Ad Hoc Committee of Local Councils of the Boy Scouts of America |
| 276. | 12/7/2022 | 81 | Appellee's Brief by FCR |
| 277. | 12/7/2022 | 85 | Appendix of FCR |
| 278. | 12/7/2022 | 86 | Appellee's Brief by First State Insurance Company, Hartford Accident and Indemnity Company, Navigators Specialty Insurance Company, Twin City Fire Insurance Company |
| 279. | 12/7/2022 | 88 | Compendium of Unreported Decisions |
| 280. | 12/7/2022 | 89 | Appellee's Brief by Coalition, Pfau Cochran Vertetis Amala PLLC, the Zalkin Law Firm, P.C., and the TCC |
| 281. | 12/9/2022 | 95 | Appendix of BSA: Volume 1 |
| 282. | 12/9/2022 | 96 | Appendix of BSA: Volume 2 |
| 283. | 12/9/2022 | 97 | Appendix of BSA: Volume 3 |
| 284. | 12/9/2022 | 98 | Appendix of BSA: Volume 4 |
| 285. | 12/9/2022 | 99 | Appendix of BSA: Volume 5 |
| 286. | 12/14/2022 | 103 | Notice of Filing Multimedia Materials |
| 287. | 12/14/2022 | 104 | [PROPOSED] Order Approving |

| | | | Stipulation Regarding Designation of Certain Items to be Included in the Record on Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8009(e) |
|---|---|---|---|
| 288. | 12/14/2022 | 105 | Multimedia Documents |
| 289. | 12/14/2022 | 106 | Order Approving Stipulation Regarding Designation of Certain Items to be Included in the Record on Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8009(e) |
| 290. | 12/21/2022 | 109 | Reply Brief by Certain Insurers |
| 291. | 12/21/2022 | 110 | Reply Brief by D & V Claimants |
| 292. | 12/21/2022 | 111 | Reply Brief by Allianz and Liberty Insurers |
| 293. | 12/21/2022 | 113 | Reply Brief by The Lujan Claimants |
| 294. | 12/23/2022 | 115 | Letter to Hon. Richard G. Andrews regarding oral argument |
| 295. | 1/4/2023 | 118 | [REDACTED] Appendix of BSA: Volume 6. |
| 296. | 1/05/2023 | 120 | Oral Order Regarding Redactions |
| 297. | 1/10/2023 | 121 | Oral Order Regarding Argument |
| 298. | 1/11/2023 | 122 | Order Granting [D & V Claimants' Motion] MOTION for Leave to File Exhibits Identified in Appendix Under Seal |
| 299. | 1/13/2023 | 123 | Motion of the Certain Insurers to Supplement the Record |
| 300. | 1/13/2023 | 124 | Notice of Filing Multimedia Materials |
| 301. | 1/17/2023 | 125 | Multimedia Document |
| 302. | 1/19/2023 | 127 | Official Transcript of Scheduling Conference held on 10/7/22 before Judge Richard G. Andrews. |
| 303. | 1/27/2023 | 128 | Boy Scouts of America's Opposition to the Certain Insurers' Motion to |

| | | | Supplement the Record |
|---|---|---|---|
| 304. | 1/27/2023 | 129 | Joinder of the Official Committee of Tort Claimants, Pfau Cochran Vertetis Amala PLLC, and the Zalkin Law Firm, P.C. to the BSA's Opposition to the Certain Insurers' Motion to Supplement the Record |
| 305. | 2/1/2023 | 130 | Letter to Hon. Richard G. Andrews Regarding Third Circuit Decision |
| 306. | 2/2/2023 | 131 | Letter to Hon. Richard G. Andrews Regarding Third Circuit Decision |
| 307. | 2/3/2023 | 132 | Reply of the Certain Insurers in Further Support of Motion to Supplement the Record |
| 308. | 3/7/2023 | 144 | Official Transcript of Oral Argument held on 2/9/23 before Judge Richard G. Andrews |
| 309. | 3/7/2023 | 145 | Official Transcript of Oral Argument held on 2/10/23 before Judge Richard G. Andrews |
| 310. | 3/28/2023 | 150 | Opinion |
| 311. | 3/28/2023 | 151 | Order |
| 312. | 3/31/2023 | 152 | Emergency Motion for Stay by Certain Insurers |
| 313. | 3/31/2023 | 153 | Affidavit of Deirdre M. Richards |
| 314. | 4/01/2023 | 154 | Emergency Motion for Stay by D & V Claimants |
| 315. | 4/01/2023 | 156 | Emergency Motion for Stay by The Lujan Claimants |
| 316. | 4/01/2023 | 156 | Affidavit of Christopher D. Loizides |
| 317. | 4.03/2023 | 159 | Affidavit of Charles J. Brown, III |
| 318. | 4/4/2023 | 162 | Oral Order |
| 319. | 4/6/2023 | 164 | Response to Emergency Motion |

| 320. | 4/6/2023 | 165 | Declaration of Brian Whittman |
| 321. | 4/6/2023 | 166 | Declaration of Stephen Ehmann |
| 322. | 4/6/2023 | 167 | Declaration of David Stern |
| 323. | 4/6/2023 | 168 | Declaration of Evan Smola |
| 324. | 4/6/2023 | 169 | Declaration of Irwin Zalkin |
| 325. | 4/6/2023 | 170 | Declaration of Peter Janci |
| 326. | 4/6/2023 | 171 | Declaration of Patrick Stoneking |
| 327. | 4/6/2023 | 172 | Declaration of Paul Mones |
| 328. | 4/6/2023 | 173 | Declaration of Jordan Merson |
| 329. | 4/7/2023 | 174 | Reply to Emergency Motion by Certain Insurers |
| 330. | 4/07/2023 | 175 | Reply to Emergency Motion by D & V Claimants |
| 331. | 4/07/2023 | 176 | Reply to Emergency Motion by The Lujan Claimants |
| 332. | 4/10/2023 | 177 | Notice of Appeal by The Lujan Claimants |
| 333. | 4/10/2023 | 178 | Notice of Appeal filed by Liberty Insurance Underwriters Inc., et al. |
| 334. | 4/10/2023 | 179 | Notice of Appeal by D & V Claimants |
| 335. | 4/10/2023 | 180 | Notice of Appeal filed by Columbia Casualty Co., et al. |
| 336. | 4/10/2023 | 181 | Notice of Appeal filed by Landmark Insurance Company, et al. |
| 337. | 4/10/2023 | 182 | Notice of Appeal filed by Indian Harbor Insurance Company |
| 338. | 4/10/2023 | 183 | Notice of Appeal filed by Old Republic General Insurance Group |
| 339. | 4/10/2023 | 184 | Notice of Appeal filed by Travelers Casualty and Surety Company, Inc. |
| 340. | 4/10/2023 | 185 | Notice of Appeal filed by Great |

| | | | American Assurance Company, et al. |
|---|---|---|---|
| 341. | 4/10/2023 | 186 | Notice of Appeal filed by Allianz Global Risks US Insurance Company, et al. |
| 342. | 4/10/2023 | 187 | Notice of Appeal filed by Argonaut Insurance Company, et al. |
| 343. | 4/10/2023 | 188 | Notice of Appeal filed by Gemini Insurance Company |
| 344. | 4/10/2023 | 189 | Notice of Appeal filed by General Star Indemnity Company |
| 345. | 4/10/2023 | 190 | Notice of Appeal filed by Arrowood Indemnity Company |
| 346. | 4/10/2023 | 191 | Notice of Appeal filed by Endurance American Insurance Company, et al. |
| 347. | 4/11/2023 | 193 | Memorandum Order |

### C.        Exhibits

The parties agreed by stipulation that all exhibits admitted into the evidence at the Confirmation Hearing in the Bankruptcy Court would be designated and that the parties shall cooperate to facilitate transmittal of the record.  In accordance with the instructions of the District Court, exhibits that were not docketed in the Bankruptcy Court were submitted to the District Court via multi-media filing and can be provided to the circuit clerk upon request.  For avoidance of doubt, Appellants again designate all exhibits admitted into the evidence into the record for appeal.  Appellants reserve the right to seek to amend or supplement the exhibits admitted into the record to the extent necessary to add any omitted exhibits.

Dated: April 24, 2023                         GELLERT SCALI BUSENKELL & BROWN LLC

                                              /s/ Charles J. Brown, III
                                              Charles J. Brown, III, Esquire (No. 3368)
                                              1201 N. Orange St., 3rd Floor
                                              Wilmington, DE 19801
                                              Phone: (302) 425-5813
                                              Email: cbrown@gsbblaw.com

                                              - and -

                                              DUMAS & VAUGHN, LLC

                                              /s/ Gilion C. Dumas
                                              Dumas & Vaughn, LLC, *pro hac vice*
                                              3835 NE Hancock Street, Suite GLB
                                              Portland, OR 97212
                                              Telephone: (503) 616-5007
                                              Email: gilion@dumasandvaughn.com

                                              *Counsel to D & V Claimants*