# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Bankruptcy Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, Appellants. | Lead Case No. 22-cv-01237-RGA |
| v. | Consolidated Case Nos. 22-cv-01238-RGA; 22-cv-01239-RGA; 22-cv-01240-RGA; 22-cv-01241-RGA; 22-cv-01242-RGA; 22-cv-01243-RGA; 22-cv-01244-RGA; 22-cv-01245-RGA; 22-cv-01246-RGA; 22-cv-01247-RGA; 22-cv-01249-RGA; 22-cv-01250-RGA; 22-cv-01251-RGA; 22-cv-01252-RGA; 22-cv-01258-RGA; 22-cv-01263-RGA |
| Boy Scouts of America and Delaware BSA, LLC, | |
| Appellees. | |

## APPELLEES' JOINT DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 6

Boy Scouts of America and Delaware BSA, LLC (together, the "Debtors") and the other undersigned parties (with the Debtors, the "Appellees"),[2]

---

[1]  The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  The Appellees that are party to this Additional Designation are: The Debtors, the Coalition of Abused Scouts for Justice, the Future Claimants' Representative, Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance

by and through their undersigned counsel, hereby designate the following items to be included in the record on appeal of the above-captioned appeal pursuant to Rule 6(b)(2)(B)(ii) of the Federal Rules of Appellate Procedure.[3]

### Designation of Additional Items[4] to be Included in the Record on Appeal

Appellees designate the following additional items to be included in the record on appeal.

_____

Company, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, and Chubb Companies, American Zurich Insurance Company, American Guarantee Insurance Company, and Steadfast Insurance Company, Clarendon National Insurance Company, as successor in interest by merger to Clarendon America Insurance Company; River Thames Insurance Company Limited, as successor in interest to Union America Insurance Company, and Zurich American Insurance Company, as successor to Maryland Casualty Company, Zurich Insurance Company, and American General Fire & Casualty Company, and the Ad Hoc Committee of Local Councils of the Boy Scouts of America.

[3]   For the avoidance of doubt, the additional designations identified herein shall be part of the record in the following appeals pending in the Third Circuit: Case No. 23-1664; Case No. 23-1665; Case No. 23-1666; Case No. 23-1667; Case No. 23-1668; Case No. 23-1669; Case No. 23-1670; Case No. 23-1671; Case No. 23-1672; Case No. 23-1673; Case No. 23-1674; Case No. 23-1675; Case No. 23-1676; Case No. 23-1677; Case No. 23-1678; and Case No. 23-1780.

[4]   The Appellees file this Additional Designation in response to (i) the designations filed in the above-captioned appeal by the Certain Insurers (D.I. 209), the Dumas & Vaughn Claimants (D.I. 211), and Arch Insurance Company (D.I. 216); and (ii) the designation filed by the Lujan Claimants in its Third Circuit appeal. *See* Case No. 23-1664 (D.I. 40). In a few instances, a designation identified herein may have been designated by one but not all of the appellants. Out of an abundance of caution, the Appellees have included such item as an additional designation for completeness purposes. The items designated herein include all exhibits, attachments or other papers included within each docket entry for such item.

**A.     Documents filed in the main bankruptcy case.[5]**

| | ECF No. | Description | Date Filed |
|---|---|---|---|
| 1. | 4 | Debtors' Informational Brief | 2/18/202 |
| 2. | 147 | National Surety Corporation's Motion (I) for Relief from the Automatic Stay or, in the Alternative, (II) to Extend the Stay | 3/6/2020 |
| 3. | 211 | Limited Objection of Creditors and Parties in Interest to National Surety Corporation's Motion | 3/17/2020 |
| 4. | 230 | Certification of Counsel Regarding National Surety Corporation's Motion | 3/18/2020 |
| 5. | 236 | Agreed Order Granting in Part National Surety Corporation's Motion | 3/19/2020 |
| 6. | 557 | Supplement to Debtors' Bar Date Motion | 5/4/2020 |
| 7. | 695 | Order, Pursuant to 11 U.S.C. § 502(B)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, (I) Establishing Deadlines For Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for Abuse Survivors | 5/26/2020 |
| 8. | 770 | Old Republic Insurance Company's Reply in Support of its Motion Pursuant to Sections 105(a) and 362 of the Bankruptcy Code and Bankruptcy Rule 4001 For an Order Modifying the Automatic Stay to Permit Payments of Claims Against Non-Debtor Insureds and Related Defense Costs Under Insurance Policies | 6/3/2020 |
| 9. | 812 | Court appointment of panel of mediators Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [D.I. 812] | 6/9/2020 |
| 10. | 949 | Stipulation with Prepetition Secured Parties Reserving Certain Committee Rights Pursuant to Final Cash Collateral Order Between Tort Claimants' Committee | 7/2/2020 |

---

[5]   The chapter 11 cases are jointly administered.  Docket numbers used herein refer to the Bankruptcy Court's docket in the Debtors' main case, *In re Boy Scouts of America*, Case No. 20-10343 (LSS), unless otherwise provided.

| | | | |
|---|---|---|---|
| | | and Official Committee of Unsecured Creditors, Future Claimants' Representative, JPMorgan Chase Bank, National Association, as Sole Lender and Collateral Agent | |
| 11. | 1175 | Stipulation (Second) With Prepetition Secured Parties Reserving Certain Committee Rights Pursuant to Final Cash Collateral Order Between Official Committee of Unsecured Creditors and Official Tort Claimants' Committee, Future Claims Representative, JPMorgan Chase Bank, N.A. and the Debtors | 8/27/2020 |
| 12. | 1550 | Stipulation (Third) Between Official Committee of Unsecured Creditors and Prepetition Secured Parties Reserving Certain Committee Rights Pursuant to Final Cash Collateral Order | 10/19/2020 |
| 13. | 1883 | Stipulation (Fourth) Between Official Committee of Unsecured Creditors and Prepetition Secured Parties Reserving Certain Committee Rights Pursuant to Final Cash Collateral Order | 12/30/2020 |
| 14. | 1945 | Stipulation (Fifth) with Prepetition Secured Parties Reserving Certain Committee Rights Pursuant to the Final Cash Collateral Order Between Official Committee of Unsecured Creditors and Official Tort Claimants' Committee, Future Claims Representative, JPMorgan Chase Bank, N.A. and the Debtors | 1/14/2021 |
| 15. | 1971 | Hartford and Century's Motion for Rule 2004 Discovery [Filed Under Seal] | 1/22/2021 |
| 16. | 1972 | Hartford and Century's Motion for Rule 2004 Discovery [Redacted] | 1/22/2021 |
| 17. | 1989 | Stipulation (Sixth) Between Official Committee of Unsecured Creditors and Prepetition Secured Parties Reserving Certain Committee Rights Pursuant to Final Cash Collateral Order | 1/27/2021 |
| 18. | 2161 | Stipulation (Seventh) Between Official Committee of Unsecured Creditors and Prepetition Secured Parties Reserving Certain Committee Rights Pursuant to Final Cash Collateral Order | 2/11/2021 |
| 19. | 2180 | Insurers' Reply Brief in Support of Motion for an Order Authorizing Rule 2004 Discovery of Certain Proofs of Claim | 2/11/2021 |

| 20. | 2297 | Tort Claimants' Committee's Response to First Mediator's Report | 3/2/2021 |
|---|---|---|---|
| 21. | 2305 | Joinder of the Future Claimants' Representative to the Tort Claimants' Committee's Response to First Mediator's Report | 3/2/2021 |
| 22. | 2319 | Joinder and Statement of Support of the Coalition of Abused Scouts for Justice Regarding Objections to First Mediator's Report | 3/4/2021 |
| 23. | 2325 | Affidavit/Declaration of Mailing re: Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 2293], Disclosure Statement for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 2294], Debtors Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 2295], and Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 2298] | 3/05/2021 |
| 24. | 2391 | Motion of the Future Claimants' Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), (I) Authorizing an Estimation of Current and Future Abuse Claims and (II) Establishing Procedures and Schedule for Estimation Proceedings | 3/16/2021 |
| 25. | 2399 | Motion of the Future Claimants' Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice for Entry of an Order, Pursuant to 28 U.S.C. § 157(d) and Bankruptcy Rule 5011(a), Withdrawing the Reference of Proceedings Involving the Estimating of Personal Injury Claims | 3/17/2021 |

| 26. | 2407 | Transcript regarding Hearing Held 3/17/2021 RE: Omnibus | 3/18/2021 |
|---|---|---|---|
| 27. | 2591 | Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Second Amended Chapter 11 Plan for Reorganization for Boy Scouts of America and Delaware BSA, LLC | 4/13/2021 |
| 28. | 2609 | Affidavit/Declaration of Service re: Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Second Amended Chapter 11 Plan of Reorganization for Boys Scouts of America and Delaware BSA, LLC [Docket No. 2591], Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 2592], Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 2594], and Notice of Filing of Redlines of Plan and Disclosure Statement, Trust Distribution Procedures, and Settlement Trust Agreement [Docket No. 2595] | 4/15/2021 |
| 29. | 2611 | Opposition of Certain Insurers to Motion of the Coalition, TCC and FCR to Estimate Current and Future Abuse Claims | 4/15/2021 |
| 30. | 2612 | Debtors' Objection to the Future Claimants' Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice's Motion for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), (I) Authorizing an Estimation of Current and Future Abuse Claims and (II) Establishing Procedures and Schedule for Estimation Proceedings | 4/15/2021 |
| 31. | 2618 | Motion to Approve Debtors Motion for Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief | 4/15/2021 |
| 32. | 2624 | Second Mediator's Report | 4/16/2021 |
| 33. | 2647 | Affidavit/Declaration of Service re: Second Mediator's Report [Docket No. 2624] | 4/20/2021 |

| 34. | 2668 | [SEALED] Objection of the Coalition of Abused Scouts for Justice and Future Claimants' Representative to Debtors' Third Motion for Entry of An Order Extending the Debtors' Exclusive Period to File a Chapter 11 Plan and Solicit Acceptances Thereof | 4/22/2021 |
|---|---|---|---|
| 35. | 2726 | Notice of Revised Solicitation Procedures Order | 4/28/2021 |
| 36. | 4103 | Statement of the Ad Hoc Committee of Local Councils in Support of Amended Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC | 5/16/2021 |
| 37. | 4104 | Debtors' Omnibus Reply to Objections to Motion for Entry of Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization, (II) Establishing Certain Protocols, and (III) Granting Related Relief | 5/16/2021 |
| 38. | 4108 | Proposed Amendments to Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC | 5/16/2021 |
| 39. | 4109 | Notice of Filing of Redlines of Proposed Amendments to Plan and Disclosure Statement | 5/16/2021 |
| 40. | 4111 | Motion for Leave to Exceed Page Limitations Regarding Debtors Omnibus Reply in Support of Debtors Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief | 5/16/2021 |
| 41. | 4112 | Notice of Filing of Revised Proposed Solicitation Procedures Order | 5/16/2021 |
| 42. | 4709 | Affidavit/Declaration of Service re: Proposed Amendments to Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 4107], Proposed Amendments to Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy | 5/20/2021 |

| | | | |
|---|---|---|---|
| | | Scouts of America and Delaware BSA, LLC [Docket No. 4108], Notice of Filing of Redlines of Proposed Amendments to Plan and Disclosure Statement [Docket No. 4109], and Notice of Filing of Revised Proposed Solicitation Procedures Order [Docket No. 4112] | |
| 43. | 5280 | Affidavit/Declaration of Service re: Third Mediator's Report [Docket No. 5219] | 6/08/2021 |
| 44. | 5328 | Affidavit/Declaration of Service re: Fifth Mediator's Report [Docket No. 5287], Amended Notice of Status Conference and Adjournment of Hearing Originally Scheduled on June 11, 2021, at 10:10 A.M. (ET) [Docket No. 5288], and Sixth Supplemental Declaration of Derek C. Abbott in Support of The Debtors Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1, Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Co-Counsel for The Debtors *Nunc Pro Tunc* to The Petition Date [Docket No. 5299] | 6/14/2021 |
| 45. | 5402 | Affidavit/Declaration of Service re: Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 5368], Proposed Amendments to Disclosure Statement for the Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 5371], Notice of Filing of Redlines of Third Amended Plan and Proposed Amendments to Disclosure Statement [Docket No. 5372], and Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Third Amended Chapter 11 Plan of Reorganization for Boys Scouts of America and Delaware BSA, LLC [Docket No. 5373] | 6/22/2021 |
| 46. | 5469 | Declaration of Roger C. Mosby in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | 7/1/2021 |

| 47. | 5470 | Declaration of Brian Whittman in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | 7/1/2021 |
|-----|------|---|----------|
| 48. | 5488 | Notice of Filing of Revised Solicitation Procedures Order | 7/2/2021 |
| 49. | 5537 | Affidavit/Declaration of Service re: Second Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Third Amended Chapter 11 Plan of Reorganization for Boys Scouts of America and Delaware BSA, LLC [Docket No. 5463] | 7/09/2021 |
| 50. | 5539 | Affidavit/Declaration of Service re: Third Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fourth Amended Chapter 11 Plan of Reorganization for Boys Scouts of America and Delaware BSA, LLC [Docket No. 5527] | 7/09/2021 |
| 51. | 5559 | Affidavit/Declaration of Service (Supplemental Service) re: Second Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Third Amended Chapter 11 Plan of Reorganization for Boys Scouts of America and Delaware BSA, LLC [Docket No. 5463], Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 5484], Amended Disclosure Statement for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 5485], Notice of Filing of Redlines of Fourth Amended Plan and Amended Disclosure Statement to the Fourth Amended Plan [Docket No. 5486], Notice of Depositions [Docket No. 5487], Notice of Filing of Revised Proposed Solicitation Procedure Order [Docket No. 5488], and Notice of Filing of Revised Proposed Confirmation Scheduling Order [Docket No. 5489] | 7/12/2021 |

| 52. | 5680 | Notice of Filing of Final Redacted Version of the Joinder of the Coalition of Abused Scouts for Justice, The Official Committee of Tort Claimants, and The Future Claims Representative to, and Brief in Support of Debtors' Motion for Entry of an Order, Pursuant to Section 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | 7/22/2021 |
|---|---|---|---|
| 53. | 5681 | Hartford's Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | 7/22/2021 |
| 54. | 5756 | Reply - Statement of the Ad Hoc Committee of Local Councils in Support of the RSA Approval Motion | 7/26/2021 |
| 55. | 5758 | Declaration of Devang Desai in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | 7/26/2021 |
| 56. | 5755 | Brief Supplemental Brief of the Coalition of Abused Scouts for Justice, the Official Committee of Tort Claimants, and the Future Claims Representative in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement, and (II) Granting Related | 7/26/2021 |
| 57. | 5763 | Declaration of Devang Desai in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | 7/26/2021 |
| 58. | 5766 | Supplemental Declaration of Brian Whittman in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter | 7/26/2021 |

| | | | |
|---|---|---|---|
| | | into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | |
| 59. | 5864 | Affidavit/Declaration of Service re: Fourth Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (As May be Further Amended) [Docket No. 5833] | 8/03/2021 |
| 60. | 5868 | Notice of Additional Joining Parties to the Restructuring Agreement | 8/4/2021 |
| 61. | 5916 | Claimant's Supplemental Objection to the Debtors Motion for Entry of an Order, Pursuant to Sections 363(B) and 105(A) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement, and (II) Granting Related Relief | 8/9/2021 |
| 62. | 5961 | Debtors' Motion for Leave to file Debtors' Response to Certain Supplemental Objections | 8/11/2021 |
| 63. | 6045 | Stipulated Additional Exhibits for RSA Hearing | 8/16/2021 |
| 64. | 6068 | Hr'g Tr. Aug. 16, 2021 | 8/17/2021 |
| 65. | 6117 | Affidavit/Declaration of Service re: Amended Notice of Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (As May Be Further Amended) [Docket No. 6101] | 8/25/2021 |
| 66. | 6210 | Sixth Mediator's Report | 9/14/2021 |
| 67. | 6215 | Notice of Filing of Revised Proposed Solicitation Procedures Order | 9/15/2021 |
| 68. | 6240 | Notice of Withdrawal of Objection of the Future Claimants' Representative to (A) Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and (B) Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection With Approval of the | 9/16/2021 |

| | | Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief | |
|---|---|---|---|
| 69. | 6245 | Ad Hoc Committee of Local Councils' Statement in Support of Fifth Amended Disclosure Statement and Related Filings and Objection to TCC's Motion to Adjourn Hearing | 9/16/2021 |
| 70. | 6246 | Joint Reply in Support of Debtors' Disclosure Statement for the Fifth Amended Plan, Solicitation Procedures and Form of Ballots | 9/16/2021 |
| 71. | 6293 | Debtors' Omnibus Objection to the TCC's Motions to (I) Adjourn the Disclosure Statement Hearing; (II) Enter an Order Terminating the Debtors' Exclusive Periods to File a Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Code; and (III) Shorten Notice Period and Scheduling Hearing on Motion for Entry of Order Terminating the Debtors' Exclusive Periods to File a Plan and Solicit Acceptances Thereof | 9/20/2021 |
| 72. | 6314 | Joinder of Lujan Claimants to Tort Claimants' Committee's Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6222) | 9/20/2021 |
| 73. | 6334 | Affidavit/Declaration of Service re: Notice of Filing of Redlines of Exhibit F to the Amended Disclosure Statement to the Fifth Amended Plan [Docket No. 6224] | 9/21/2021 |
| 74. | 6352 | Affidavit/Declaration of Service re: Sixth Mediator's Report [Docket No. 6210], Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 6212], Amended Disclosure Statement for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 6213], Notice of Filing of Redlines of Fifth Amended Plan and Amended Disclosure Statement to the Fifth Amended Plan [Docket No. 6214], Notice of Filing of Revised Proposed Solicitation Procedures Order [Docket No. 6215], and Notice of Filing of Revised Proposed Confirmation Scheduling Order [Docket No. 6216] | 9/23/2021 |

| 75. | 6353 | Affidavit/Declaration of Service re: Debtors Amended Omnibus Reply in Support of Debtors Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 6249] and Motion for Leave to Exceed the Page Limit Regarding Debtors Amended Omnibus Reply in Support of Debtors Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 6250] | 9/23/2021 |
| 76. | 6392 | Transcript regarding Hearing Held 9/23/2021 RE: Omnibus | 9/28/2021 |
| 77. | 6437 | Transcript regarding Hearing Held 9/29/2021 RE: Disclosure Statement (continued) | 9/30/2021 |
| 78. | 6446 | Affidavit/Declaration of Service re: Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 6377], Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 6383], Notice of Filing of Redlines of Modified Fifth Amended Plan, Disclosure Statement and Related Documents [Docket No. 6385], Notice of Filing of Revised Proposed Solicitation Procedures Order [Docket No. 6386], and Notice of Amended Agenda of Matters Scheduled for Hearing on September 28, 2021, at 10:00 A.M. Eastern Time [Docket No. 6387] | 9/30/2021 |

| | | | |
|---|---|---|---|
| 79. | 6462 | Affidavit/Declaration of Service re: Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 6429], Notice of Filing of Redline of Modified Fifth Amended Chapter 11 Plan of Reorganization for the Boy Scouts of America and Delaware BSA, LLC [Docket No. 6430], Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 6431], Notice of Filing of Redline of the Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 6432], and Notice of Filing of Revised Proposed Solicitation Procedures Order [Docket No. 6433] | 10/01/2021 |
| 80. | 6520 | Certification of Counsel Regarding Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of The Debtors Plan Of Reorganization, (II) Establishing Certain Protocols, And (III) Granting Related Relief | 10/7/2021 |
| 81. | 6528 | Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of The Debtors Plan Of Reorganization, (II) Establishing Certain Protocols, And (III) Granting Related Relief | 10/8/2021 |
| 82. | 6532 | Notice of Intent of Lujan Claimants to Participate in Plan Confirmation Proceedings | 10/8/2021 |
| 83. | 6760 | Affidavit/Declaration of Service re: Notice of Intended Modifications to Certain Conditions Precedent to Confirmation of the Debtors Chapter 11 Plan of Reorganization [Docket No. 6650] | 10/21/2021 |
| 84. | 7065 | [SEALED] Letter Regarding Abuse. Filed by N.S. | 11/08/2021 |
| 85. | 7205 | Letter from Mark D. Plevin, Attorney, Crowell & Moring LLP to Court (Nov. 12, 2021) | 11/14/2021 |
| 86. | 7398 | Transcript regarding Hearing Held 11/19/2021 | 11/22/2021 |
| 87. | 7611 | Verified Statement filed by D & V Claimants (redacted) | 12/8/2021 |
| 88. | 7673 | Affidavit/Declaration of Service re: Notice of Filing of Plan Supplement to Modified Fifth Amended Chapter | 12/10/2021 |

|  |  | 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 7515] |  |
|---|---|---|---|
| 89. | 7741 | Seventh Mediator's Report | 12/13/2021 |
| 90. | 7744 | Notice of Withdrawal of Seventh Mediator's Report | 12/14/2021 |
| 91. | 7767 | Affidavit/Declaration of Service re: Seventh Mediator's Report [Docket No. 7745] | 12/14/2021 |
| 92. | 7883 | Second Modified Fifth Amended Chapter 11 Plan, and Blackline | 12/21/2021 |
| 93. | 7930 | Affidavit/Declaration of Service re: Eighth Mediator's Report [Docket No. 7884] | 12/22/2021 |
| 94. | 7996 | Order Granting Certain Insurers' Motion to Modify the Confirmation Scheduling Order | 12/28/2021 |
| 95. | 8170 | Affidavit/Declaration of Service re: Notice of Filing of Debtors Second Modified Fifth Amended Chapter 11 Plan of Reorganization and Blackline Thereof [Docket No. 7834] | 1/06/2022 |
| 96. | 8171 | Affidavit/Declaration of Service re: Notice of Eighth and Ninth Mediators Report Regarding United Methodist Term Sheet and Zurich Term Sheet and Zurich Term Sheet Including Treatment of Chartered Organizations [Docket No. 7929] | 1/06/2022 |
| 97. | 8172 | Affidavit/Declaration of Service re: Notice of Filing of Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 7953] | 1/06/2022 |
| 98. | 8210 | Joinder of the Zalkin Law Firm, P.C., et al., to the Official Committee of Tort Claimants' Status Report |  |
| 99. | 8224 | Affidavit/Declaration of Service re: Notice of Tenth Mediator's Report Regarding Clarendon Term Sheet [Docket No. 8102] | 1/10/2022 |
| 100. | 8378 | Affidavit/Declaration of Mailing Supplemental re Plan Solicitation | 1/19/2022 |
| 101. | 8607 | Lujan Claimants' Identification of Witnesses | 1/7/2022 |
| 102. | 8694 | Delaware BSA, LLC's Monthly Operating Report | 2/4/2022 |
| 103. | 8697 | [SEALED] Appendix to Certain Insurers Objection | 2/4/2022 |
| 104. | 8763 | Joinder and Objection of Liberty Mutual Insurance Company to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization | 2/9/2022 |

| 105. | 8785 | Certain Insurers' Statement in Advance of February 11, 2022 Status Conference | 2/10/2022 |
|---|---|---|---|
| 106. | 8778 | Allianz Insurers' Objection to Second Modified Fifth Amended Chapter 11 Plan | 2/11/2022 |
| 107. | 8886 | Affidavit/Declaration of Service re: Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 8813], Debtors Motion for Entry of an Order Approving Supplemental Notices Regarding Plan Modifications [Docket No. 8823], Motion to Shorten Notice of Debtors Motion for Entry of an Order Approving Supplemental Notices Regarding Plan Modifications [Docket No. 8824], Order (I) Amending and Scheduling Certain Supplemental Dates and Deadlines in Connection With Confirmation of the Debtors Plan of Reorganization and (II) Approving a Limited Supplemental Voting Deadline for Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims [Docket No. 8830], and Order Shortening Notice of Debtors' Motion for Entry of an Order Approving Supplemental Notices Regarding Plan Modifications [Docket No. 8831] | 2/18/2022 |
| 108. | 8921 | Affidavit/Declaration of Service re: Order Approving Form and Manner of Notice of Supplemental Disclosure Regarding Plan Modifications [Docket No. 8894], Notice of Filing of Exhibits I-2, I-3, I-4 and J-2 to Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 8907], Notice of Filing of Exhibit J-1 to Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 8908], Notice of Errata Regarding Certain Provisions in Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 8910], and Notice of Identities of the Claims Administrators and Status Update Regarding the Settlement Trustee in Connection With the Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 8912] | 2/21/2022 |
| 109. | 8947 | Affidavit/Declaration of Service re: Notice of Filing of Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization and Blackline Thereof [Docket No. | 2/22/2022 |

| | | | |
|---|---|---|---|
| | | 8814] and Notice of Filing of Fourth Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 8815] | |
| 110. | 9012 | Affidavit/Declaration of Service re: Notice of Supplement to Disclosures Regarding Settlement Trustee in Connection with the Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 8981] | 2/25/2022 |
| 111. | 9032 | Notice of Summary Final Voting Report Data with Respect to Local Councils and Chartered Organizations Named in Abuse Survivor Proofs of Claim | 2/25/2022 |
| 112. | 9073 | Affidavit/Declaration of Service re: Notice of Filing of Exhibits I-1 and J-1 to Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization and Redlines Thereof [Docket No. 8816] and Notice of Filing of Exhibits I-2, I-3, I-4 and J-2 to Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 8817] | 3/01/2022 |
| 113. | 9100 | [SEALED] Reply of The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC in Support of the Debtors' Third Modified Amended Plan of Reorganization | 3/2/2022 |
| 114. | 9104 | [SEALED] Declaration of Betty X. Yang in Support of Certain Insurers' Opposition | 3/2/2022 |
| 115. | 9111 | Century's Memorandum of Law in Support of Century and Chubb Settlements | 3/2/2022 |
| 116. | 9113 | Declaration of Samantha Indelicato in Support of Approval of the Century and Chubb Companies' Settlements | 3/3/2022 |
| 117. | 9106 | [SEALED] Reply Tort Claimants' Committee's (I) Statement Regarding Proposed Corrections to the Settlement Trust Agreement and (II) Reply to Confirmation Objections to the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC | 3/2/2022 |
| 118. | 9115 | [SEALED] Statement of the Coalition of Abused Scouts for Justice and Future Claimants' Representative in Support of Confirmation of Modified Fifth Amended | 3/3/2022 |

| | | | |
|---|---|---|---|
| | | Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC | |
| 119. | 9142 | Affidavit/Declaration of Service re: Eleventh Mediator's Report [Docket No. 8772] | 3/03/2022 |
| 120. | 9164 | Joinder of the Tort Claimants' Committee to Reply of The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC in Support of the Debtors' Third Modified Fifth Amended Plan of Reorganization | 3/4/2022 |
| 121. | 9172 | Transcript regarding Hearing Held 3/4/2022 RE: Omnibus | 3/7/2022 |
| 122. | 9177 | Unsealed Versions of Certain Insurers' Opposition and Declaration | 3/7/2022 |
| 123. | 9191 | Lujan Claimants' Exhibit List | 3/7/2022 |
| 124. | 9192 | Lujan Claimants' Witness List | 3/7/2022 |
| 125. | 9258 | Affidavit/Declaration of Service re: Debtors (I) Memorandum of Law in Support of Confirmation of Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and (II) Omnibus Reply to Plan Confirmation Objections [Docket No. 9114] | 3/09/2022 |
| 126. | 9285 | Final Pretrial Order for the Plan Confirmation Hearing | 3/11/2022 |
| 127. | 9297 | Affidavit/Declaration of Service re: Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 9146] | 3/11/2022 |
| 128. | 9311 | Certain Insurers' Evidentiary Objections to Witness Declarations | 3/13/2022 |
| 129. | 9312 | Limited Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agana (Bankr. D. Guam 19-00010) to the Declaration of Brian Whittman in Support of Confirmation of the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC | 3/13/2022 |
| 130. | 9313 | Lujan Claimants' Joinder in Objections of Roman Catholic Ad Hoc Committee and Guam Committee to Declaration of Brian Whittman | 3/13/2022 |

| 131. | 9315 | Debtors' Response to Objection of Roman Catholic Ad Hoc Committee to the Declaration of Brian Whittman | 3/13/2022 |
|---|---|---|---|
| 132. | 9318 | Debtors' Response to Limited Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agana (Bankr. D. Guam 19-00010) to the Declaration of Brian Whittman in Support of Confirmation of the Third Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC | 3/14/2022 |
| 133. | 9321 | The Roman Catholic Diocese of Paterson's Statement in Support in Plan Confirmation and Joinder in Arguments Made by the Debtors, Hartford and Century, All in Opposition to Arguments Made by the RCAHC | 3/14/2022 |
| 134. | 9333 | Affidavit/Declaration of Service re: Notice of Filing of Fifth Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 9097] | 3/14/2022 |
| 135. | 9337 | Objection of Certain Insurers to the Declaration of Adrian Azer | 3/15/2022 |
| 136. | 9348 | Debtors' Response to Objection of the Certain Insurers to the Declaration of Adrian Azer | 3/16/2022 |
| 137. | 9360 | Certification of Counsel Regarding the Certain Insurers' (I) Motion *In Limine* to Exclude Opinion Testimony of Debtors' Witnesses Nancy Gutzler and Michael Burnett and (II) Motion *In Limine* to Exclude Opinion Testimony of the Official Tort Claimants' Witnesses Mark Kolman and Katheryn McNally | 3/16/2022 |
| 138. | 9368 | Certain Insurers' Evidentiary Objections to Witness Declarations | 3/17/2022 |
| 139. | 9369 | Notice of Withdrawal of Zuckerman Spaeder LLP Objection to Confirmation of Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization [D.I. 8709] | 3/17/2022 |
| 140. | 9386 | Twelfth Mediator's Report | 3/17/2022 |
| 141. | 9387 | Notice of Twelfth Mediator's Report Regarding Roman Catholic Ad Hoc Committee Term Sheet | 3/17/2022 |
| 142. | 9390 | Notice of Filing of the Roman Catholic Ad Hoc Committee Term Sheet | 3/18/2022 |

| 143. | 9391 | Debtors' Response to Certain Insurers' Evidentiary Objections | 3/18/2022 |
|---|---|---|---|
| 144. | 9402 | Certain Insurers' Evidentiary Objections to Witness Declarations | 3/20/2022 |
| 145. | 9403 | Debtors' Response to Certain Insurers' Evidentiary Objections | 3/21/2022 |
| 146. | 9404 | Certain Insurers' Evidentiary Objections to Witness Declarations | 3/21/2022 |
| 147. | 9416 | Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC | 3/21/2022 |
| 148. | 9422 | Notice of Withdrawal of Documents Consistent with the Terms of the RCAHC Term Sheet | 3/21/2022 |
| 149. | 9426 | Certain Insurers' Evidentiary Objections to Witness Declarations | 3/22/2022 |
| 150. | 9428 | Future Claimants' Representative's Response to Certain Insurers' Evidentiary Objections | 3/22/2022 |
| 151. | 9429 | Debtors' Response to Certain Insurers' Evidentiary Objections | 3/22/2022 |
| 152. | 9442 | Affidavit/Declaration of Service re: Twelfth Mediator's Report [Docket No. 9386] | 3/22/2022 |
| 153. | 9443 | Notice of Deposition of Morgan Wade Paul Filed by Boy Scouts of America, Delaware BSA, LLC | 3/22/2022 |
| 154. | 9444 | Notice of Deposition of Norman Aguon Filed by Boy Scouts of America, Delaware BSA, LLC | 3/22/2022 |
| 155. | 9445 | Debtors' Supplemental Response to Objection of the Roman Catholic Ad Hoc Committee to the Declaration of Brian Whittman | 3/22/2022 |
| 156. | 9448 | Notice of Withdrawal of Joinder to Objection to Confirmation of the Debtors' Plan of Reorganization. Filed by Archdiocese of New York Parishes and Related Entities. | 3/23/2022 |
| 157. | 9453 | Debtors' Submission in Support of Admitting Expert Demonstrative of Dr. Charles Bates | 3/23/2022 |
| 158. | 9461 | Notice of Deposition of Norman Aguon Filed by Tort Claimants' Committee | 3/23/2022 |

| 159. | 9462 | Notice of Deposition of Morgan Wade Paul Filed by Tort Claimants' Committee | 3/23/2022 |
|---|---|---|---|
| 160. | 9478 | Guam Committee's Response To The Debtors' Supplemental Response To Objection Of The Roman Catholic Ad Hoc Committee To The Declaration Of Brian Whittman | 3/24/2022 |
| 161. | 9489 | Brief in Support of Motion Under Bnkr. R. 5007(C) for Admission of Exhibits | 3/25/2022 |
| 162. | 9492 | Brief of the Settling Insurers in Support of the Admission of the Declaration of Brian Whittman | 3/25/2022 |
| 163. | 9493 | Declaration in Support of Tancred Schiavoni in Support of Settling Insurers Motion to Admit Whittman Testimony | 3/25/2022 |
| 164. | 9494 | Notice of Deposition of Morgan Wade Paul for March 26, 2022 Filed by Century Indemnity Company | 3/26/2022 |
| 165. | 9496 | Debtors' Submission in Support of the Testimony of Brian Whittman | 3/28/2022 |
| 166. | 9498 | Affidavit/Declaration of Service re: Notice of Twelfth Mediators Report Regarding Roman Catholic Ad Hoc Committee Term Sheet [Docket No. 9387] | 3/28/2022 |
| 167. | 9507 | Declaration Concerning Certification of Records by Liberty Mutual | 3/29/2022 |
| 168. | 9510 | Stipulation Between Munich Reinsurance America, Inc. f/k/a American Re-Insurance Company and Debtors and Debtors in Possession Regarding Policy No. M-1027493 | 3/29/2022 |
| 169. | 9555 | Notice of Continuing Objection of Archbishop of Agana, a Corporation Sole to the Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization | 4/1/2022 |
| 170. | 9558 | Notice of Withdrawal of the Certain Insurers' Designations and Counter-Designations to Certain Deposition Transcripts Filed by Travelers Casualty and Surety Company, Inc. | 4/03/2022 |
| 171. | 9559 | Century's Counter-Designation and Rebuttal Designations of Jesse Lopez Deposition Transcript | 4/3/2022 |
| 172. | 9560 | Notice of Filing of Revised Exhibit B (Settlement Trust Agreement) to the Third Modified Fifth Amended Plan | 4/4/2022 |

| 173. | 9595 | Notice of the Tort Claimants Committee's Filing of Redlined Revised Pages of Exhibit B (Settlement Trust Agreement) to the Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization | 4/06/2022 |
|---|---|---|---|
| 174. | 9605 | Notice of Opinion and Order Granting BSA's Motion for Summary Judgment in Girl Scouts of the United States of America v. Boy Scouts of America Filed by Boy Scouts of America, Delaware BSA, LLC. | 4/07/2022 |
| 175. | 9615 | Notice of Corrected Assumption Schedule in Sixth Amended Plan Supplement | 4/7/2022 |
| 176. | 9655 | Letter to the Honorable Chief Judge Laurie Selber Silverstein from Jessica C. Lauria and Derek C. Abbott Regarding Certain Decisions in W.R. Grace | 4/15/2022 |
| 177. | 9657 | Affidavit/Declaration of Service re: Notice of Filing of Sixth Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC [Docket No. 9594] | 4/18/2022 |
| 178. | 9689 | Statement Regarding Closing Argument of Liberty Mutual Insurance Company | 4/21/2022 |
| 179. | 9690 | Letter from Claimants Regarding Liberty Mutual's Objection | 4/21/2022 |
| 180. | 9693 | 4/21/22 Lujan & Wolff Letter to Court | 4/21/2022 |
| 181. | 9694 | Notice of Errata Regarding Certain Provisions in Exhibit I-1 to the Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization | 4/21/2022 |
| 182. | 9695 | Notice of Filing of Addendum to Exhibit J-1 to the Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization | 4/21/2022 |
| 183. | 9710 | Dumas & Vaughn Claimants' Response to Letter Brief filed by Debtors on April 15, 2022 relating to W.R. Grace decisions | 4/22/2022 |
| 184. | 9728 | Affidavit/Declaration of Service re: Notice of Errata Regarding Certain Provisions in Exhibit I-1 to the Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 9694], Notice of Filing of Addendum to Exhibit J-1 to the Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization [Docket No. 9695], and Notice of Filing | 4/26/2022 |

| | | of Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and Blackline Thereof [Docket No. 9699] | |
|---|---|---|---|
| 185. | 9732 | Affidavit/Declaration of Service re: Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 9696], Notice of Filing of Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and Blackline Thereof [Docket No. 9697], and Notice of Filing of Seventh Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 9698] | 4/26/2022 |
| 186. | 9795 | Affidavit/Declaration of Service (Supplemental Service) re: Notice of Filing of Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and Blackline Thereof [Docket No. 9697] and Notice of Filing of Seventh Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 9698] | 5/12/2022 |
| 187. | 10117 | Debtors' Motion for Entry of an Order (I) Approving Settlement Agreement Between Boy Scouts of America and Girl Scouts of the United States of America and (II) Granting Related Relief Filed by Boy Scouts of America, Delaware BSA, LLC. | 7/22/2022 |
| 188. | 10169 | Certificate of No Objection Regarding Debtors Motion for Entry of an Order (I) Approving Settlement Agreement Between Boy Scouts of America and Girl Scouts of the United States of America and (II) Granting Related Relief (related document(s)[10117]) Filed by Boy Scouts of America, Delaware BSA, LLC | 8/08/2022 |

| 189. | 10177 | Corrected Thirteenth Mediator's Report | 8/11/2022 |
|---|---|---|---|
| 190. | 10178 | Notice of Corrected Thirteenth Mediator's Report Regarding Modifications to the Plan and Confirmation Order | |
| 191. | 10189 | Motion to Shorten Notice of Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52 | 8/12/2022 |
| 192. | 10190 | Notice of Filing of Blackline of Conformed (I) Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and (II) Certain Other Plan Documents | 8/11/2022 |
| 193. | 10193 | Order (I) Approving Settlement Agreement Between Boy Scouts of America and Girl Scouts of the United States of America and (II) Granting Related Relief | 8/15/2022 |
| 194. | 10195 | Notice of the Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion | 8/15/2022 |
| 195. | 10201 | Affidavit/Declaration of Service re: Notice of Corrected Thirteenth Mediator's Report Regarding Modifications to the Plan and Confirmation Order [Docket No. 10178] | 8/17/2022 |
| 196. | 10203 | Affidavit/Declaration of Service re: Notice of Filing of Blackline of Conformed (I) Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and (II) Certain Other Plan Documents [Docket No. 10190] | 8/17/2022 |
| 197. | 10219 | Notice of Withdrawal of Girl Scouts of the United States of Americas Withdrawal of Proof of Claim and Objection to Debtors Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (related document(s)[9696]) | 8/19/2022 |
| 198. | 10221 | Affidavit/Declaration of Service (Supplemental Service) re: Notice of Filing of Blackline of Conformed (I) Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and (II) Certain Other Plan Documents [Docket No. 10190] | 8/19/2022 |

| 199. | 10239 | Dumas & Vaughn Claimants' Response to Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion and Objections to Proposed Confirmation Order | 8/24/2022 |
| --- | --- | --- | --- |
| 200. | 10246 | Lujan Claimants' Objection to Debtor's Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion | 8/24/2022 |
| 201. | 10358 | Notice of Entry of Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC | 9/16/2022 |
| 202. | 10263 | Exhibit(s) Notice of Filing of Blackline of Further Conformed Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC | 8/29/2022 |
| 203. | 10271 | Notice of Filing of Corrected Scheduled to the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC | 8/30/2022 |
| 204. | 10284 | Affidavit/Declaration of Service re: Notice of Filing of Revised Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 10265] | 9/01/2022 |
| 205. | 10291 | Affidavit/Declaration of Service re: Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 10262] and Notice of Filing of Blackline of Further Conformed Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 10263] | 9/02/2022 |
| 206. | 10299 | Century's Statement Regarding Debtors' Proposed Revised Confirmation Order | 9/6/2022 |

| | | | |
|---|---|---|---|
| 207. | 10310 | Certification of Counsel Regarding Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC Filed by Boy Scouts of America, Delaware BSA, LLC | 9/7/2022 |
| 208. | 10311 | Affidavit/Declaration of Service re: Notice of Filing of Further Revised Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 10295] | 9/07/2022 |
| 209. | 10327 | Order Releasing Pre-Petition Century/Chubb Claims Pursuant to Century and Chubb Companies Insurance Settlement Agreement | 9/12/2022 |
| 210. | 10332 | Affidavit/Declaration of Service re: Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 10316] | 9/12/2022 |
| 211. | 10409 | Affidavit/Declaration of Service (Supplemental Service) re: Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 10316]. | 9/21/2022 |
| 212. | 10481 | Affidavit/Declaration of Service re: Notice of Entry of Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC [Docket No. 10358] | 9/26/2022 |
| 213. | 10546 | Debtors' Motion for Entry of an Order (I) Approving the Stipulation Among BSA, AOA Debtor and AOA Committee and (II) Granted Related Relief | 10/6/2022 |

| 214. | 10547 | Declaration of Brian Whittman in Support of Debtors' Motion for Entry of an Order (I) Approving the Stipulation Among BSA, AOA Debtor and AOA Committee and (II) Granted Related Relief | 10/6/2022 |
| 215. | 11119 | Notice of Entry of Confirmation Order and Occurrence of Effective Date of Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) For Boy Scouts of America and Delaware BSA, LLC | 4/19/2023 |
| 216. | 11123 | Notice of Errata Regarding Notice of Entry of Confirmation Order and Occurrence of Effective Date of Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) For Boy Scouts of America and Delaware BSA, LLC | 4/19/2023 |

**B.    Documents filed in the District Court consolidated appeal.**

| Consolidated Appeal: *National Union Fire Insurance Co. of Pittsburgh PA et al. v. Boy Scouts of America and Delaware BSA, LLC*, No. 22-cv-01237-RGA[6] | | | |
|---|---|---|---|
| | ECF No. | Description | Date Filed |
| 1. | 40 | Appellant's Brief by The Lujan Claimants | 11/7/2022 |
| 2. | 41 | Appellant's Brief by D & V Claimants | 11/7/2022 |
| 3. | 42 | Appendix re Appellant's Brief by D & V Claimants | 11/7/2022 |
| 4. | 44 | Appendix re Appellant's Opening Brief, filed by The Lujan Claimants | 11/7/2022 |
| 5. | 46 | [SEALED] Appendix re Appellant's Brief by D & V Claimants | 11/7/2022 |
| 6. | 57 | Notice of Filing Appendix Exhibits ADV 217-222 of Appellant D & V Claimants, by D & V Claimants | 11/14/2022 |
| 7. | 58 | Redacted Version of 46 (Appendix), by D & V Claimants | 11/14/2022 |
| 8. | 100 | [SEALED] Appendix, Volume 6 of Appellees' Brief, by Boy Scouts of America, Delaware BSA LLC | 12/09/2022 |

---

[6]    The parties proposed to designate *National Union Fire Insurance Company of Pittsburgh, Pa., et al. v. Boy Scouts of America et al.*, Case No. 22-cv-01237 as the consolidated lead docket in the District Court appeals.  Thereafter, the Court consolidated the appeals and directed that "[a]ll further filings with this Court will be docketed under the Master Case Number."  *See Order Granting Motion, National Union Fire Ins. Co. of Pittsburgh PA, et al. v. Boy Scouts of America and Delaware BSA, LLC*, Case No. 22-cv-01237-RGA (D. Del.) (Dkt. No. 22).

| 9. | 110 | Reply Brief, by D & V Claimants | 12/21/2022 |
|---|---|---|---|
| 10. | 113 | Reply Brief, by The Lujan Claimants | 12/21/2022 |
| 11. | 119 | Declaration of Blair M. Warner re Redacted Document, by Boy Scouts of America and Delaware BSA, LLC | 1/04/2023 |
| 12. | 154 | Emergency Motion for Stay Pending Appeal and a Temporary Stay While the Court Rules on the Motion - filed by D & V Claimants | 4/01/2023 |
| 13. | 155 | Affidavit of Charles J. Brown, III re Emergency Motion for Stay Pending Appeal and a Temporary Stay While the Court Rules on the Motion, filed by D & V Claimants | 4/01/2023 |
| 14. | 156 | Emergency Motion for Stay Pending Appeal and A Temporary Stay While the Court Rules on the Motion and Joinder, filed by The Lujan Claimants | 4/01/2023 |
| 15. | 158 | Declaration of Christopher D. Loizides re Emergency Motion of Lujan Claimants for Stay Pending Appeal and A Temporary Stay While the Court Rules on the Motion; and Joinder, by The Lujan Claimants | 4/01/2023 |
| 16. | 159 | Affidavit of Charles J. Brown, III re Emergency Motion for Stay Pending Appeal and a Temporary Stay While the Court Rules on the Motion, filed by D & V Claimants | 4/03/2023 |
| 17. | 163 | Notice of Errata Regarding Emergency Motion of Lujan Claimants for Stay Pending Appeal and A Temporary Stay While the Court Rules on the Motion; and Joinder, by The Lujan Claimants | 4/05/2023 |
| 18. | 175 | Reply Brief re Emergency Motion for Stay Pending Appeal and a Temporary Stay While the Court Rules on the Motion, filed by D & V Claimants | 4/07/2023 |
| 19. | 176 | Reply Brief re Emergency Motion of Lujan Claimants for Stay Pending Appeal and A Temporary Stay While the Court Rules on the Motion; and Joinder, filed The Lujan Claimants | 4/07/2023 |
| 20. | 177 | Notice of Appeal of Memorandum Opinion and Order. Appeal filed by The Lujan Claimants | 4/10/2023 |
| 21. | 179 | Notice of Appeal of Memorandum Opinion and Order. Appeal filed by D & V Claimants | 4/10/2023 |

**C.**     **Joint trial exhibits.**

The Appellees further designate any and all trial exhibits admitted into evidence at the confirmation trial and designated as part of the record in the above-captioned District Court appeals to the extent they are omitted from the designations filed by the appellants.

<u>**Reservation of Rights**</u>

The Appellees reserve the right to amend or supplement the designations identified herein.

*[Remainder of page intentionally left blank]*

Dated:  May 8, 2023
           Wilmington, Delaware

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

*/s/  Derek C. Abbott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Tori L. Remington (No. 6901)
Sophie Rogers Churchill (No. 6905)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
      aremming@morrisnichols.com
      ptopper@morrisnichols.com
      tremington@morrisnichols.com
      srchurchill@morrisnichols.com
-and-

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
Glenn M. Kurtz (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com
      gkurtz@whitecase.com

WHITE & CASE LLP
Michael C. Andolina
(*pro hac vice* forthcoming)
Matthew E. Linder
(*pro hac vice* forthcoming)
Laura E. Baccash
(admitted *pro hac vice*)
Blair M. Warner
(admitted *pro hac vice*)
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 881-5400
Emails: mandolina@whitecase.com
      mlinder@whitecase.com
      laura.baccash@whitecase.com
      blair.warner@whtiecase.com

*Counsel to the Debtors*

BIELLI & KLAUDER, LLC

*/s/  David M. Klauder*
David M. Klauder, Esquire  (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

-and-

KTBS LAW LLP
Thomas E. Patterson
(*pro hac vice* forthcoming)
Daniel J. Bussel
(*pro hac vice* forthcoming)
Robert J. Pfister
(*pro hac vice* forthcoming)
Sasha M. Gurvitz
(*pro hac vice* forthcoming)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Email: tpatterson@ktbslaw.com
      dbussel@ktbslaw.com
      rpfister@ktbslaw.com
      sgurvitz@ktbslaw.com

*Counsel to each of The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC*

MONZACK MERSKY &
BROWDER, P.A.

*/s/   Rachel B. Mersky*_____
Rachel B. Mersky (No. 2049)
1201 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
Email: RMersky@Monlaw.com

-and-

BROWN RUDNICK LLP
David J. Molton, Esq.
(admitted *pro hac vice*)
Eric R. Goodman, Esq.
(admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: DMolton@BrownRudnick.com
Email:
EGoodman@BrownRudnick.com

-and-

Sunni P. Beville, Esq.
(*pro hac vice* forthcoming)
Tristan G. Axelrod, Esq.
(admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: SBeville@BrownRudnick.com
Email: TAxelrod@BrownRudnick.com

*Counsel to the Coalition of Abused*
*Scouts for Justice*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/   Robert S. Brady*_____
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
eharron@ycst.com

-and-

GILBERT LLP
Kami E. Quinn
Emily P. Grim
Rachel H. Jennings
Kyle Y. Dechant
700 Pennsylvania Ave, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: quinnk@gilbertlegal.com
grime@gilbertlegal.com
jenningsr@gilbertlegal.com
dechantk@gilbertlegal.com

*Counsel to the Future Claimants'*
*Representative*

BALLARD SPAHR LLP

*/s/  Matthew G. Summers*
Matthew G. Summers (No. 5533)
Chantelle D. McClamb (No. 5978)
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4428
Email: summersm@ballardspahr.com
mcclambc@ballardspahr.com

-and-

STEPTOE & JOHNSON LLP
Harry Lee (*pro hac vice* forthcoming)
John O'Connor (*pro hac vice*
forthcoming)
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-8078
Email: hlee@steptoe.com
joconnor@steptoe.com

*Attorneys for Clarendon*

DLA PIPER, LLP (US)

*/s/ R. Craig Martin*
R. Craig Martin (No. 5032)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5655
Facsimile: (302) 778-7834
Email: craig.martin@dlapiper.com

-and-

WACHTELL, LIPTON, ROSEN &
KATZ
Richard G. Mason (admitted *pro hac
vice*)
Douglas K. Mayer (admitted *pro hac
vice*)
Mitchell S. Levy (admitted *pro hac vice*)
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Email:  RGMason@wlrk.com
          DKMayer@wlrk.com
          MSLevy@wlrk.com

*Attorneys for Ad Hoc Committee of
Local Councils of the Boy Scouts of
America*

BAYARD, P.A.

/s/ Evan T. Miller
Evan T. Miller (DE Bar No. 5364)
Daniel N. Brogan (DE Bar No. 5723)
600 North King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: EMiller@bayardlaw.com
        DBrogan@bayardlaw.com

-and-

RUGGERI PARKS WEINBERG LLP
James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
1875 K Street, NW, Suite 600
Washington, D.C. 20003
Tel: (202) 469-7750
Email: jrugerri@rugerrilaw.com
jweinberg@ruggerilaw.com

-and-

WILMER CUTLER PICKERING HALE
AND DORR LLP
Philip D. Anker (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8890
Email: philip.anker@wilmerhale.com

-and-

WILMER CUTLER PICKERING HALE
AND DORR LLP
Joel Millar (admitted *pro hac vice*)
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Email: joel.millar@wilmerhale.com

*Attorneys for Hartford Accident and
Indemnity Company, First State
Insurance Company, Twin City Fire
Insurance Company, and Navigators
Specialty Insurance Company*

STAMOULIS & WEINBLATT LLC

/s/ Stamatios Stamoulis
Stamatios Stamoulis (No. 4606)
800 N. West Street, Third Floor
Wilmington, DE 19081
Telephone: (302) 999-1540
Email: stamoulis@swdelaw.com

-and-

O'MELVENY & MYERS LLP
Tancred Schiavoni (admitted *pro hac vice*)
Daniel Shamah (*pro hac vice* forthcoming)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: tschiavoni@omm.com
        dshamah@omm.com

-and-

O'MELVENY & MYERS LLP
Steve Warren (admitted *pro hac vice*)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Email: swarren@omm.com

-and-

SIMPSON THACHER & BARTLETT
LLP Mary Beth Forshaw (*pro hac vice*
forthcoming)
David Elbaum (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Email: mforshaw@stblaw.com
        david.elbaum@stblaw.com

*Attorneys for Century and Chubb
Companies*

TYBOUT, REDFEARN & PELL

*/s/  Robert D. Cecil, Jr.*
Robert D. Cecil, Jr. (No. 5317)
501 Carr Road, Suite 300
Wilmington, DE 19809
Telephone: (302) 658-6901
Email: rcecil@trplaw.com

-and-

CROWELL & MORING LLP
Mark D. Plevin (admitted *pro hac vice*)
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: mplevin@crowell.com

-and-

CROWELL & MORING LLP
Tacie H. Yoon (admitted *pro hac vice*)
Rachel A. Jankowski (admitted *pro hac vice*)
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Email: tyoon@crowell.com
rjankowski@crowell.com

*Attorneys for Zurich Insurers and Zurich Affiliated Insurers*