# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors.<br><br>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, *et al.*,<br><br>Appellants,<br>-v-<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Appellees. | Chapter 11<br><br>Case No. 20-10343-LSS<br>Jointly Administered<br><br><br><br>Case No. 22-cv-01237-RGA<br><br>Jointly Consolidated |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Gregory J. Flasser hereby withdraws as counsel to Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company ("Hartford") in this action and may be removed from the docket and service list.

PLEASE TAKE FURTHER NOTICE that this withdrawal is limited to Gregory J. Flasser and does not impact the representation of Hartford by other Bayard, P.A. attorneys in the above-captioned matter.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: May 11, 2023<br>Wilmington, Delaware | */s/ Daniel N. Brogan*<br>Daniel N. Brogan (No. 5723)<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Email: dbrogan@bayardlaw.com<br><br>*Co-counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company* |