IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC, | Case No. 20-10343 (LLS) |
| Debtors. | (Jointly Administered) |
| National Union Fire Insurance Co. of Pittsburgh, PA, *et al.*, Appellants. v. Boy Scouts of America and Delaware BSA, LLC, Appellees. | Case No. 22-cv-01237-RGA (Jointly Consolidated)[1] |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

The undersigned hereby certifies that prior to and on August 18, 2023, counsel for the Dumas & Vaughn Claimants and counsel for Appellees, including Delaware counsel, met and conferred by email and telephone with respect to the motion. Counsel for Appellees indicated that they oppose the motion or could not immediately consent to the motion.

/ / /
/ / /

---

[1] Case numbers 22-cv-01237, 22-cv-01238, 22-cv-01239, 22-cv-01240, 22-cv-01241, 22-cv-01242, 22-cv-01243, 22-cv-01244, 22-cv-01245, 22-cv-01246, 22-cv-01247, 22-cv-01249, 22-cv-01250, 22-cv-01251, 22-cv-01252, 22-cv-01258, and 22-cv-01263 have been jointly consolidated under 22-cv-01237.

Dated: August 18, 2023

    GELLERT SCALI BUSENKELL & BROWN LLC

    /s/ *Charles J. Brown, III*
    Charles J. Brown, III, Esquire (No. 3368)
    1201 N. Orange St., 3rd Floor
    Wilmington, DE 19801
    Phone: (302) 425-5813
    Email: cbrown@gsbblaw.com

    - and -

    DUMAS & VAUGHN, LLC

    /s/ *Gilion C. Dumas*
    Dumas & Vaughn, LLC., *admitted pro hac vice*
    3835 NE Hancock Street, Suite GLB
    Portland, OR 97212
    Telephone: (503) 616-5007
    Email: gilion@dumasandvaughn.com

3

## CERTIFICATE OF SERVICE

I, Charles J. Brown, III, hereby certify that on August 18, 2023, I caused a copy of the forgoing **STATEMENT PURSUANT TO LOCAL RULE 7.1.1**, to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case via CM/ECF.

| | |
|---|---|
| DATED: August 18, 2023 | GELLERT SCALI BUSENKELL & BROWN LLC |
| | /s/ *Charles J. Brown, III* |
| | Charles J. Brown, III, Esquire (No. 3368) |
| | 1201 N. Orange St., 3rd Floor |
| | Wilmington, DE 19801 |
| | Phone: (302) 425-5813 |
| | Email: cbrown@gsbblaw.com |
| | *Counsel for D&V Claimants* |