# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.<br><br>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, et al.,<br><br><br>Appellants,<br><br>v.<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Appellees. | Chapter 11<br><br>Bankruptcy Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br><br><br>Case No. 22-cv-01237-RGA |

**STATEMENT PURSUANT TO LOCAL RULE 7.1.1 RE:
RENEWED EMERGENCY MOTION OF LUJAN CLAIMANTS
FOR STAY PENDING APPEAL AND MOTION TO STAY APPEALS**

The undersigned hereby certifies that on August 18, 2023, undersigned counsel for the Lujan Claimants was advised that counsel for the D&V Claimants, who have filed a similar renewed motion for a stay pending appeal, had spoken telephonically with counsel for the Debtors and that the Debtors would not consent to a stay pending appeal. Subsequently, undersigned counsel emailed Delaware counsel to the Debtors (with a cc to counsel to other parties-in-interest) and, while offering to speak telephonically, asked counsel to the Debtors simply to confirm

2

that Debtors would not consent to a stay pending appeal as to the Lujan Claimants either. Counsel to the Debtors so confirmed via email.

| | |
|---|---|
| DATED: August 18, 2023 | Respectfully submitted,<br><br>/s/ Christopher D. Loizides<br>Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 654-0248<br>Facsimile: (302) 654-0728<br>Email: loizides@loizides.com<br><br>*Delaware Counsel to Lujan Claimants* |