# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.<br><br>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, *et al.*,<br><br>Appellants<br><br>-v.-<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Appellees | Chapter 11<br><br>Bankruptcy Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Case No. 22-cv-01237-RGA |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

The undersigned hereby certifies that on August 25, 2023, counsel for the Certain Insurers and counsel for Appellees, including Delaware counsel for both sides, emailed regarding the matters set forth in the motion, and Delaware counsel spoke via telephone. Appellees do not consent to the motion.

Dated: August 25, 2023

BY: /s/ *Deirdre M. Richards*
Deirdre M. Richards (DE Bar No. 4191)
FINEMAN KREKSTEIN & HARRIS PC
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Email: drichards@finemanlawfirm.com

Michael A. Rosenthal (*pro hac vice*)
Mitchell A. Karlan (*pro hac vice*)
James Hallowell (*pro hac vice*)
Keith R. Martorana (*pro hac vice*)
Seth M. Rokosky (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: mrosenthal@gibsondunn.com
mkarlan@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

Theodore J. Boutrous (*pro hac vice*)
Richard J. Doren (*pro hac vice*)
Blaine H. Evanson (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7038
Email: tboutrous@gibsondunn.com
rdoren@gibsondunn.com
bevanson@gibsondunn.com

Susan N.K. Gummow (*pro hac vice*)
FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Email: sgummow@fgppr.com

*Counsel for Appellants National Union Fire Insurance Company of Pittsburgh, PA., Lexington Insurance Company, Landmark Insurance Company, and The Insurance Company of the State of Pennsylvania*

Joseph T. Baio (*pro hac vice*)
Christopher J. St. Jeanos (*pro hac vice*)
Charles Dean Cording (*pro hac vice*)
Patricia O. Haynes (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000

*Additional Counsel for National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania*