# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.<br><br>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, *et al.*,<br><br>Appellants<br><br>-v.-<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Appellees | Chapter 11<br><br>Bankruptcy Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Case No. 22-cv-01237-RGA |

## **CERTIFICATE OF SERVICE**

I, Deirdre M. Richards, hereby certify that on August 25, 2023, I caused a copy of the forgoing MOTION OF THE CERTAIN INSURERS TO FOR STAY OF FURTHER IMPLEMENTATION OF PLAN PENDING SUPREME COURT DECISION IN *PURDUE* to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case via CM/ECF.

Dated: August 25, 2023
BY: */s/ Deirdre M. Richards*
Deirdre M. Richards (DE Bar No. 4191)
FINEMAN KREKSTEIN & HARRIS PC
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Email: drichards@finemanlawfirm.com

Michael A. Rosenthal (*pro hac vice*)
Mitchell A. Karlan (*pro hac vice*)
James Hallowell (*pro hac vice*)
Keith R. Martorana (*pro hac vice*)
Seth M. Rokosky (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: mrosenthal@gibsondunn.com
mkarlan@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

Theodore J. Boutrous (*pro hac vice*)
Richard J. Doren (*pro hac vice*)
Blaine H. Evanson (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7038
Email: tboutrous@gibsondunn.com
rdoren@gibsondunn.com
bevanson@gibsondunn.com

Susan N.K. Gummow (*pro hac vice*)
FORAN GLENNON PALANDECH PONZI
& RUDLOFF P.C.
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Email: sgummow@fgppr.com

*Counsel for Appellants National Union Fire Insurance Company of Pittsburgh, PA., Lexington Insurance Company, Landmark Insurance Company, and The Insurance Company of the State of Pennsylvania*

Joseph T. Baio (*pro hac vice*)
Christopher J. St. Jeanos (*pro hac vice*)
Charles Dean Cording (*pro hac vice*)
Patricia O. Haynes (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000

*Additional Counsel for National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania*