IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,<br><br>Debtors. | : Chapter 11<br>: Case No. 20-10343-LSS<br>: (Jointly Administered)<br>: |
| NATIONAL UNION FIRE INSURANCE, COMPANY OF PITTSBURGH, PA, *et al*,<br><br>Appellants,<br>v.<br><br>BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, *et al.*,<br><br>Appellees. | : Civ. No. 22-1237-RGA<br>:<br>: Jointly Consolidated[1]<br>: |

**ORDER GRANTING MOTION FOR LEAVE OF NON-PARTIES SETTLEMENT TRUST AND TRUSTEE TO FILE SEPARATE CONSOLIDATED OBJECTION TO THE STAY MOTIONS**

Having considered the *Settlement Trust's and Trustee's Motion for Leave to File Separate Consolidated Objection to the Renewed Emergency Motion of Lujan Claimants for Stay Pending Appeal and Motion to Stay Appeal, Emergency Renewed Motion of Dumas & Vaughn Claimants for Stay of Bankruptcy Plan and Motion to Stay Appeal, and Motion of Certain Insurers for a Stay of Further Implementation of the Plan Pending Supreme Court Decision in Purdue* (the "Motion for Leave"); IT IS HEREBY ORDERED that:

1. The Motion for Leave (D.I. 238) is GRANTED.

2. The Objection attached as Exhibit B to the Motion for Leave is deemed properly filed and part of the record on the Stay Motions filed at D.I. 222, 223, and 235.

---

[1] Case Numbers 22-1237, 22-1238, 22-1239, 22-1240, 22-1241, 22-1242, 22-1243, 22-1244, 22-1245, 22-1246, 22-1247, 22-1249, 22-1250, 22-1251, 22-1252, 22-1258, and 22-1263 have been jointly consolidated under Civ. No. 22-1237.

Entered this 12th day of September, 2023.

_____
United States District Judge