IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, <br><br>  Debtors. | : Chapter 11 <br> : Case No. 20-10343-LSS <br> : (Jointly Administered) <br> : |
| NATIONAL UNION FIRE INSURANCE, COMPANY OF PITTSBURGH, PA, *et al*, <br><br>  Appellants, <br> v. <br><br> BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, *et al.*, <br><br>  Appellees. | : Civ. No. 22-1237-RGA <br> : <br> : Jointly Consolidated |

## ORDER

For the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Renewed Stay Motions (D.I. 222, 223, 235) are DENIED.

Entered this 3rd day of October, 2023.

/s/ Richard G. Andrews
United States District Judge