IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br>Debtors. | :<br>:<br>:<br>: | Chapter 11<br>Case No. 20-10343 (LSS)<br>Jointly Administered |
| National Union Fire Insurance Co. of Pittsburgh PA el al.<br>v.<br>Boy Scouts of America & Delaware BSA LLC | :<br>:<br>:<br>:<br>: | Case No. 1:22-cv-01237-RGA |

### WITHDRAWAL OF APPEARANCE OF DANIEL S. SHAMAH

Kindly withdraw the appearance of Daniel S. Shamah, of the law firm O'Melveny & Myers LLP as *pro hac vice* counsel on behalf of Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company in the above-captioned adversary proceeding.

Attorneys Stamatios Stamoulis of Stamoulis & Weinblatt LLC, Janine Panchok-Berry, Andrew Kirshbenbaum, and Tancred Schiavoni of O'Melveny & Myers LLP will continue to represent Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company in the above-captioned adversary proceeding.

Date: April 4, 2024

/s/ Stamatios Stamoulis
Stamatios Stamoulis (DE No. 4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street Third Floor
Wilmington, Delaware 19801
Tel: (302) 999-1540
Email: stamoulis@swdelaw.com

*Counsel to Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North*

OMM_US:77553181.1

*America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

OMM_US:77553181.1