**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and Delaware BSA, LLC,[1]<br><hr>National Union Fire Insurance Co. of Pittsburgh, PA, et al.,<br><br>　　　　　　　　Appellants,<br><br>　　　　　　v.<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>　　　　　　　　Appellee. | Chapter 11<br><br>Bankruptcy Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br><br><br>C.A. No. 22-cv-01237-RGA |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF STEPHEN M. MILLER

In accordance with D. Del. R. 83.7, the undersigned, Stephen M. Miller, Esq., of Morris James LLP, hereby withdraws his appearance as counsel for Old Republic Insurance Company ("Old Republic"). Old Republic will continue to be represented by Margaret M. Anderson, Esq. of Fox Swibel Levin & Carroll LLP and Carl N. Kunz, III, Esq. of Morris James LLP.

Dated: December 24, 2024　　　　**MORRIS JAMES LLP**

　　　　　　　　　　　　　　　　/s/ *Stephen M. Miller*
　　　　　　　　　　　　　　　　Stephen M. Miller (DE Bar No. 2610)
　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1500
　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　Telephone: (302) 888-6800
　　　　　　　　　　　　　　　　Facsimile: (302) 571-1750
　　　　　　　　　　　　　　　　E-mail: smiller@morrisjames.com

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

17059594/1